# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

**Amended Complaint**

BERNARD D. WILSON,

Inmate ID Number: T24935,

(*Write your full name and inmate ID number.*)

PROVIDED TO JACKSON C.I. ON
JAN 24 2024
FOR MAILING 

Case No.: 5:23-cv-253-TKW-MJF
(*To be filled in by the Clerk's Office*)

v.

Lieutenant Ingram,
J. Causey, Lieutenant Granger
D. Jones, Stoudemire,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

**Jury Trial Requested?**
☒ YES   ☐ NO

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: BERNARD D. WILSON   ID Number: T54935

List all other names by which you have been known: N/A

Current Institution: Jackson C.I.

Address: 5563 10th St - Malone, FL. 32445

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Ingram

   Official Position: Lieutenant

   Employed at: Jackson C.I. (A.M.U)

   Mailing Address: 5563 10th St - Malone, FL. 32445

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

2. Defendant's Name: __Granger__

   Official Position: __Lieutenant__

   Employed at: __Jackson C.I.__

   Mailing Address: __5563 10th St. - Malone, FL. 32445__

   ☒ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: __J. Causey__

   Official Position: __Officer__

   Employed at: __Jackson C.I.__

   Mailing Address: __5563 10th St. - Malone, FL. 32445__

   ☒ Sued in Individual Capacity          ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

continued from pg. 3 (Parties to complaint)

4.) Defendant's Name: D. Jones
    official position: Sergeant
    Employed at: Jackson C.I.
    mailing address: 5563 10th St. - Malone, FL. 32445
    ☒ individual capacity (sued in)

5.) Defendant's Name: Stoudemire
    official position: Sergeant
    Employed at: Jackson C.I.
    mailing address: 5563 10th St. - Malone, FL. 32445
    ☒ sued in individual capacity

3A

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

Acting under color of state law, defendants Ingram, J. Causey, and Granger, as employees of the state of Florida Dept. of corrections failed to protect plaintiff from serious harm suffered at the hands of another inmate. Named defendants, Ingram, Granger and Causey, were made aware that plaintiff faced a risk of serious harm when he verbally notified them that he could not be housed with inmate Villarde because Villarde had, 4 days prior, alleged that plaintiff sexually assaulted him which resulted in plaintiff and Villarde being seperated. Defendants on November 8th 2022 escorted plaintiff from his previous confinement cell (H1219) and relocated him to H2201. Upon arriving at the cell front of H2201 plaintiff observed inmate Villarde inside the cell. At this point plaintiff attempted to plead with Granger, Causey and Ingram to not place him in this cell with Villarde. Plaintiff explained that Villarde and himself could not be housed together because Villarde alleged P.R.E.A allegations against plaintiff. (Prison-Rape-Elimination Act) And if they were to

**Statement of Facts Continued** (Page 2 of 3)

place him in the cell with Villarde then Villarde would kill him. Defendants disregarded plaintiff's warnings by responding with derogatory remarks such as, "Well, now its your turn to be molested Wilson!" This spoken by Causey. Granger then stated, "Get your scary ass in that cell!" Plaintiff continued to beg defendants to not place him in the cell with Villarde which caused Ingram to become irate and state, "Stop being a coward and let's see who fucks who!" Villarde, once the cell door opened, told Ingram, Causey and Granger "thats the inmate who tried to rape me I told you about. If you put him in here I'm going to kill him." Ingram then stated, "This I've got to see!" as he then forcefully shoved plaintiff into the cell, while Granger stated, "Wilson get your big scary ass in there and fuck or fight!" Once inside the cell Villarde began to attack plaintiff as Ingram struggled to remove plaintiff's hand restraints. Once the handcuffs were removed plaintiff attempted to defend himself but was struck by Villarde in his head causing him to temporarily lose consciousness and fall and hit his back on the steel bottom bunk.

Statement of facts continued (page 3 of 3)

2.) Defendants stood at the cell laughing and taunting plaintiff as he was covered in blood. This attack continued on for approximately 30 minutes before Lieutenant Oliver ordered that plaintiff be removed from the cell with Villarde.

3.) After being relocated to another cell plaintiff was examined by Nurse Jane Doe. As Nurse Jane Doe attempted to document plaintiff's injuries Ingram interrupted and stated, "He's good! We're just making it look good for the camera." Ingram then began to make threats towards plaintiff telling him to not report this incident "or else"!!

4.) On Nov. 9th 2022 plaintiff was released from confinement and he immediately initiated "sick call" due to severe pain suffered from the Nov. 8th 2022 attack, along with a number of grievances.

5.) On Nov. 13, 2022 between the hours of 5-6pm defendant D. Jones, whom was not assigned to G-dormitory where plaintiff was housed, entered G-4 dorm and proceeded directly to plaintiff's cell (G4108) and began to search his cell. Jones, upon not finding any contraband, then placed plaintiff in confinement. While Jones was escorting plaintiff to confinement plaintiff continually asked why was he being placed in confinement, Jones replied "We told you not to write those grievances and not to report that incident last week. Now your snitch ass gonna learn the hard way!" (Note: Jones was present in H dorm conf. on Nov. 8th 2022 in the control booth).

6A

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Defendants Ingram, Causey and Granger, all acting under color of state law while employed by the state of Florida's Dept. of corrections violated plaintiff's 8th amendment right to be free from cruel and unusual punishment, suffered at the hands of another inmate, when they subjected him to such risk of

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Plaintiff seeks monetary damages in the amount of sixty-thousand-dollars from defendant Granger, Ingram and Causey seperately for pain and suffering both physical and emotionally in actual damages and twenty-thousand dollars a piece from

statement of claims continued (pg 2 of 2)
   violent harm by forcing him into the cell with inmate Villarde and allowing villarde to attack plaintiff, AFTER both plaintiff and villarde warned/informed defendants that they could not be housed together because of previous RAPE allegations made by Villarde against plaintiff when they were cellmates 4 days prior to this incident. (P.R.E.A allegation were made on November 4, 2022.) Defendants acted with deliberate indifference to this said risk of harm and by their acting with sadistic and malicious intent they allowed violence to befall plaintiff which in turn caused plaintiff extreme pain and suffering significantly both physically and emotionally. Plaintiff has recieved medical treatment for his injuries for an exponential amount of time.
   Defendant Jones, acting under color of state law while employed by the state of Florida's Dept. of corrections, violated plaintiff's 1st, 8th and 14th amendment rights under the violation of free speech clause, violation of the right to be free from cruel and unusual punishment clause, and the right to be free from retaliation. Jones' acts of retaliation against plaintiff for his exercising of his right to the redress of the grievance procedure subjected plaintiff to cruel and unusual punishment when she had him placed in administrative confinement without his violating of ANY disciplinary infraction causing him to suffer severe mental anguish following the physical attack prior to defendant's acts of retaliation.

7A

Relief Requested continued (pg. 2 of 2)
Granger, Causey and Ingram for punitive damages.

Defendant Jones shall pay sixty-thousand-dollars in actual damages for emotional damages and twenty-nine-thousand-dollars in punitive damages.

All defendants shall pay the requisite nominal damages.

Injunctive relief: Plaintiff shall be transferred immediately from Jackson C.I. due to the retaliatory acts committed by several staff members here.

7B

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES  ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: Feb. 2014      Case #: Unknown

   Court: U.S. Dist. Ct. N.D. of Florida

   Reason: Failed to state a claim

2. Date: May 2023      Case #: 2:23-cv-247-SPC-KCD

   Court: U.S. Dist. Ct. M.D of FL.

   Reason: must amend complaint

3. Date: _____   Case #: _____

   Court: N/A

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____ Parties:_____

   Court:_____ Judge:_____

   Date Filed:_____ Dismissal Date (*if not pending*):_____

   Reason:_____

2. Case #:_____ Parties:_____

   Court:_____ Judge:_____

   Date Filed:_____ Dismissal Date (*if not pending*):_____

   Reason:_____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____ Parties: _____

   Court:_____ N/A Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ N/A Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____ Parties: _____

   Court:_____ N/A Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____ Parties: _____

   Court:_____ N/A Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____ Parties: _____

   Court:_____ N/A Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ ~~N/A~~ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   *(Attach additional pages as necessary to list all cases.)*

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: _____ Plaintiff's Signature: _____

Printed Name of Plaintiff: BERNARD D. WILSON

Correctional Institution: Jackson

Address: 5563 10th St. - Malone, FL. 32445

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 24 day of Jan, 2024.**

Signature of Incarcerated Plaintiff: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

13

BERNARD WILSON #T24930
5563 10th Street
Malone, FL. 32445



"Clerk" U.S Dist. Ct.
N.D. of FL.
1 North Palafox Street
Pensacola, FL. 32502

JAN 20 2024