UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| BERNARD D. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>LIEUTENANT INGRAM, *et al*.,<br><br>    Defendants. | Case No. 5:23-cv-00253-TKW-MJF |

**NOTICE OF APPEARANCE**

Please take notice that Joshua Tarjan of The Tarjan Law Firm P.A. appears as co-counsel on behalf of Plaintiff BERNARD D. WILSON. (James V. Cook, FBN 966843, is the lead attorney.)

The certificate of service for all pleadings, orders, and other papers in this action should include **Joshua Tarjan**, at the address set forth below.

Dated: May 15, 2024.

                                        Respectfully submitted,

                                        */s/ Joshua Tarjan*
                                        Joshua Tarjan (FBN 107092)
                                        THE TARJAN LAW FIRM P.A.
                                        12372 SW 82 Avenue
                                        Pinecrest, FL 33156
                                        (305) 423-8747
                                        (323) 243-3186 (cell)
                                        (786) 842-4430 (fax)

josh@tarjanlawfirm.com

*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: <u>*/s/ Joshua Tarjan*</u>
      Joshua Tarjan