PROVIDED TO JACKSON C.I. ON
MAY 08 2024
FOR MAILING

UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT of FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON
  Plaintiff
v.                          CASE NO: 5:23-CV-253-TKW-MJF
STOUDEMIRE and J. Causey
  Defendants

### Notice of Voluntary Dismissal

I, BERNARD D. WILSON, Plaintiff in the above-entitled action, voluntarily dismiss this action against defendants Causey & Stoudemire ONLY, pursuant to FED. R. C. P. 41(a)(1)(A)(i).

The remaining defendants; Granger, Ingram and Jones civil action shall proceed forth as required by this honorable magistrate.

### Unnotarized Oath/Certificate of Service

I swear, due to penalties of perjury, that the above statements are true and correct and a copy of this document has been placed in the hands of a Jackson C.I. staff member for mailing to; "Clerk, U.S. Dist. ct. N. Dist. of FL. on this 8th day of May 2024 by the undersigned.

Respectfully Submitted,
#T24935
Jackson Corr. Inst.

FILED USDC FLND PN
MAY 15 '24 AM 10:34  JFJ



BERNARD D. WILSON #T24493
5563 10th Street
Malone, FL. 32445

Mailed from a State Correctional Institution
PENSACOLA FL 32
14 MAY 2024 PM 2

Clerk's office
U.S District Court
1 North Palafox Street
Pensacola, Florida 32502