UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

**MOTION TO WITHDRAW PLAINTIFF'S
PRO SE MOTION TO DISMISS (ECF 29)**

Plaintiff, BERNARD WILSON, through counsel, moves this Honorable Court for leave to withdraw his Notice of Voluntary Dismissal (ECF 29).

Undersigned counsel has discussed the facts underlying Plaintiff's inclusion of Step'Han Stoudemire in his First Amended Complaint. Counsel believes in good faith that there is a basis for Plaintiff's action against Stoudemire and that it can be adequately pled in a Second Amended Complaint which will be filed on or before the Court's new deadline for amendment of May 20, 2024.

Counsel was unable to communicate with his client, Bernard Wilson, a prisoner, in time to let him know counsel had filed a Motion to Extend, which was granted. On May 14, 2024, the first date available for a legal call, Counsel had a substantial discussion with his client, ascertaining additional facts not set forth in the First Amended Complaint that support the action as to Stoudemire and Plaintiff agrees that he wants to go forward with a Second Amendment including Stoudemire.

This motion is not made for purposes of delay.

1

WHEREFORE Plaintiff moves this Court to GRANT Plaintiff's Motion.

Respectfully Submitted,   /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY the foregoing was filed electronically on 5/16/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook

2