UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

LIEUTENANT INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

## NOTICE OF REQUEST FOR SUMMONSES

NOTICE IS HEREBY GIVEN that Plaintiff, through counsel, seeks the attached Summonses to be issued by the Clerk.

Respectfully submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: (850) 222-8080
Fax: (850) 561-0836
Email: cookjv@gmail.com

Counsel for Plaintiff

I CERTIFY the foregoing was filed electronically on May 27, 2024 serving counsel of record registered to be notified by the CM/ECF electronic filing system.

<u>/s/Joshua Tarjan</u>