UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                                             Case No.  5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.
_____/

## ORDER

On May 8, 2024, counsel filed a notice of appearance on behalf of Plaintiff Bernard D. Wilson. Doc. 25. That same date, Wilson, on his own behalf, delivered to prison officials for mailing a notice of voluntary dismissal of his claims against two Defendants (Causey and Stoudemire). Doc. 29. The District Court received the purported voluntary dismissal on May 15, 2024, and entered the dismissal on the docket. *Id*.

Counsel's entry of an appearance ended Wilson's *pro se* status. N.D. Fla. Loc. R. 11.1(F). And because Wilson was represented by an attorney at the time he submitted the voluntary dismissal for filing, he was prohibited by Local Rule from filing the document on his own behalf. *Id*. ("A party who is represented by an attorney must appear only through

the attorney; the party may not file documents . . . on the party's own behalf.").

Accordingly, it is **ORDERED** that:

1. Plaintiff's purported *pro se* voluntary dismissal of Defendants Causey and Stoudemire, Doc. 29, is **INVALID**.

2. Plaintiff's counseled "Motion to Withdraw Plaintiff's Pro Se Motion to Dismiss," Doc. 30, is **MOOT** in light of this order deeming the purported voluntary dismissal invalid.

3. The clerk of court shall sign, seal, and issue the summonses attached to Plaintiff's Notice of Request for Summonses, Doc. 32.

**SO ORDERED** this 28th day of May, 2024.

                                         /s/ *Michael J. Frank*
                                         **Michael J. Frank**
                                         **United States Magistrate Judge**