## RETURN OF SERVICE

**State of UNITED STATES**    **County of NORTH FLORIDA**    **District Court**

Case Number: 5:23-CV-00253-TKW-MJF

Plaintiff:
**BERNARD D. WILSON**

vs.

Defendant:
**LIEUTENANT INGRAM, et al.**

For:
THE TARJAN LAW FIRM P.A.

Received by TBS Process Service Inc. on the 6th day of June, 2024 at 2:10 pm to be served on **DANIELLE JONES, C/O JACKSON CORRECTIONAL INSTITUTION, 5563 10TH STREET, MALONE, FL 32445**.

I, Thomas J. Dinse, do hereby affirm that on the **21st day of June, 2024** at **4:18 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **DANIELLE JONES** at the address of: **C/O JACKSON CORRECTIONAL INSTITUTION, 5563 10TH STREET, MALONE, FL 32445**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (30.9685,-85.1652) accuracy 4 m.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Thomas J. Dinse
#018

TBS Process Service Inc.
5210 Park Street
Panama City, FL 32404
(850) 896-3257

Our Job Serial Number: TBS-2024001707

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

