# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    Plaintiff,

v.                                        Case No.: **5:23-cv-253-TKW/MJF**

**INGRAM, ET AL.,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for defendants **Danielle Jones** and **Joshua Causey**. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on July 9, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2