IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD D. WILSON**
DC# T24935,

    Plaintiff,

v.                        Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.**,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**Benny Ingram** ("Defendants"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court for an extension of time, up to and including August 12, 2024, in which to file his Responsive Pleading, and in support states the following:

1. On July 8, 2024, Defendant was served with a copy of Plaintiff's Second Amended Complaint.

2. Undersigned counsel was recently retained and on July 12, 2024, undersigned counsel entered a Notice of Appearance. (Doc. 40).

3. Based on the execution of service, Defendant's Responsive Pleadings is due on July 29, 2024.

1

4. However, Defendant requests additional time to explore a Responsive Pleading to Plaintiff's Second Amended Complaint.

5. Undersigned counsel was recently retained to represent Defendant in this case and has not had an opportunity to review Plaintiff's allegations and obtain documents related to this case. At this point in time, Defendant does not have adequate documentation to determine what the proper Responsive Pleading would be to Plaintiff's Second Amended Complaint.

6. However, to remedy the lack of information about Plaintiff's claims, Defendant has requested documentation, but has not yet been provided with the information. The information would inform what Defendant's defenses would be as well as the proper way to respond to Plaintiff's Second Amended Complaint.

7. On July 12, 2024, undersigned counsel conferred with Plaintiff's counsel about the content of this Motion, and Plaintiff does not oppose the relief requested in this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant would request additional time to work on his Responsive Pleading to Plaintiff's Complaint. As indicated above, undersigned counsel recently appeared on this case after being retained and has not had the opportunity to obtain documentation and evidence sufficient to determine what the defense would be to Plaintiff's claims.

    **WHEREFORE**, Defendant respectfully requests that this Court enter an Order providing Defendant with until August 12, 2024, to file his Responsive Pleading.

    Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF CONFERRAL

I certify that an e-mail was sent to Plaintiff's counsel on July 12, 2024, to determine whether Plaintiff opposes this Motion, and on July 12, 2024, Plaintiff's counsel indicated that they did not oppose the relief requested within this Motion.

/s/ Erik Kverne
Erik Kverne

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Responsive Pleading* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on July 12, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General