# RETURN OF SERVICE

State of UNITED STATES      County of NORTH FLORIDA      District Court

Case Number: 5:23-CV-00253-TKW-MJF

Plaintiff:
**BERNARD D. WILSON**

vs.

Defendant:
**LIEUTENANT INGRAM, et al.**

For:
THE TARJAN LAW FIRM P.A.

Received by TBS Process Service Inc. on the 6th day of June, 2024 at 2:10 pm to be served on **STEP'HAN STOUDEMIRE, C/O JACKSON CORRECTIONAL INSTITUTION, 5563 10TH STREET, MALONE, FL 32445.**

I, Thomas J. Dinse, do hereby affirm that on the **10th day of July, 2024** at **2:58 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **STEP'HAN STOUDEMIRE** at the address of: **Graceville work camp, 5230 Ezell rd, Graceville, FL**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: BLACK, Height: 5'11, Weight: 206, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Thomas J. Dinse
#018

TBS Process Service Inc.
5210 Park Street
Panama City, FL 32404
(850) 896-3257

Our Job Serial Number: TBS-2024001710

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

