# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    **Plaintiff,**

v.                             Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.,**

    **Defendants.**
_____/

## DEFENDANTS' ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES

      **Ingram**, **Granger**, **Jones**, and **Causey** ("Defendants"), hereby answer **Bernard Wilson's** ("Plaintiff") Second Amended Complaint, (Doc. 31)[1], as follows:

**I.**     **Jurisdiction and Venue** (Doc. 31 at 1).

1.     Admit.

2.     Admit that Plaintiff predicates his claims on the listed statutes.

3.     Admit.

4.     Admit as it relates to Defendants. Deny as it relates to Stoudemire.

**II.**     **Parties** (*Id*. at 1-2).

5-11.     Admit.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

### III. Common Allegations of Fact (*Id*. at 2-7).

12-14. Admit.

15. Deny.

16. Admit that Plaintiff had submitted grievances prior to November 8, 2022. Deny the remainder of Plaintiff's allegations.

17-29. Deny.

30. Admit.

31-43. Deny.

44. Admit.

45. Without knowledge.

46. Admit that the individual in the officer's station would have the ability to open and close doors. Deny the remainder of Plaintiff's allegations.

47-55. Deny.

56. Without knowledge.

57. Admit that Plaintiff submitted grievances related to Defendants. Deny that Plaintiff submitted grievances relating to Stoudemire.

58. Admit that Defendant Jones was working on the date. Deny the remainder of Plaintiff's allegations.

59-62. Deny.

63. Admit that Plaintiff was placed in Administrative Confinement for a period of 7 days. Deny the remainder of Plaintiff's allegations.

64-65. Deny.

**IV.   Causes of Action.** (*Id*. at 8-15).

66-124. Deny Plaintiff's allegations. Deny also that Plaintiff is entitled to any requested relief.

**V.   Prayer for Relief.** (*Id*. at 15-16).

A-E.   Deny that Plaintiff is entitled to any relief whatsoever.

**III.   DEFENSES AND AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a cause of action against Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted.

3. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution, the Florida Constitution, or Florida or Federal statutory law.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury because of Defendants' actions.

5. Defendant is entitled to qualified immunity for their actions relative to the incident set forth in Plaintiff's Second Amended Complaint.

6. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and any action or inaction by Defendants as required for liability under 42 U.S.C. §1983.

7. The actions taken by Defendants about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions to warrant recovery under 42 U.S.C. § 1983.

8. Defendants' actions do not rise to the level of intentional or criminally reckless behavior which would allow for Plaintiff to obtain relief.

9. Plaintiff cannot establish any violation or injury of his guaranteed rights.

10. The actions taken by Defendants regarding the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions to warrant recovery under 42 U.S.C. § 1983.

11. Plaintiff is not entitled to punitive damages under the Prison Litigation Reform Act.

## IV. RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendants reserve the right to amend and supplement these affirmative defenses by adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## V. DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues so triable.

        Respectfully submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**
        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399-1050
        Telephone: (850) 414-3300
        Facsimile: (850) 488-4872

        /s/ Erik Kverne
        Erik Kverne
        Assistant Attorney General
        Florida Bar No. 99829
        Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Answer, Defenses, and Affirmative Defenses* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on August 12, 2024.

        /s/ Erik Kverne
        Erik Kverne
        Assistant Attorney General
        Florida Bar No. 99829
        Erik.Kverne@myfloridalegal.com