IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    Plaintiff,

v.                                    Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.,**

    Defendants.
_____/

## SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**Stoudemire** ("Defendant")[1], through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court for an extension of time, up to and including August 26, 2024, in which to file their Responsive Pleading, and in support states the following:

1. On July 10, 2024, Defendants were served with a copy of Plaintiff's Second Amended Complaint.

2. On July 16, 2024, undersigned counsel entered a Notice of Appearance. (Doc. 43).

---

[1] An Answer has been filed on behalf of the other defendants. (Doc. 53).

3. Based on the execution of service, Defendant's Responsive Pleadings was due on July 31, 2024.

4. However, Defendant required additional time, and after conferring with opposing counsel requested until August 12, 2024, to file a Responsive Pleading. (Doc. 45). This Court granted Defendant's Extension. (Doc. 46).

5. Since the requested extension, Defendant has been working on a Responsive Pleading to Plaintiff's Second Amended Complaint.

6. Based on a review of Plaintiff's Second Amended Complaint, Defendant has determined that Plaintiff has not exhausted his claims against him and is in the process of obtaining declarations to support his position.

7. On August 10, 2024, undersigned counsel conferred with Plaintiff's counsel about the content of this Motion, and it is believed that Plaintiff opposes the relief requested in this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant would request additional time to work on his Responsive Pleading to Plaintiff's Complaint. As indicated above, Defendant has determined that Plaintiff has not exhausted his claims against him prior to filing suit and is in the process of obtaining declarations to support his position.

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order providing Defendant with until August 26, 2024, to file his Responsive Pleading.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF CONFERRAL

I certify that an e-mail was sent to Plaintiff's counsel on August 10, 2024, to determine whether Plaintiff opposes this Motion, and as of August 12, 2024, Plaintiff's counsel indicated whether opposition exists to this Motion. However, it is believed that that Plaintiff opposes the relief requested within this Motion.

/s/ Erik Kverne
Erik Kverne

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Motion for Extension of Time to File Responsive Pleading* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on August 12, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General