UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

**PLAINTIFF'S NOTICE OF NON-OBJECTION**

NOTICE IS HEREBY GIVEN that counsel for Defendants sought to confer with undersigned counsel and co-counsel regarding extension of time to file a motion to dismiss the Plaintiff's Second Amended Complaint. Plaintiff is a state prisoner and counsel cannot confer with him quickly, however, through counsel, Plaintiff extends the courtesy of non-objection to the Motion to Extend Time.

Respectfully Submitted, /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 8/13/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook