Exhibit A



**Bureau of Inmate Grievance Appeals**

**Informal Grievance Summary By Inmate**

**Report Date Range:** 11/8/2022   To   9/13/2023

**Report Date:** 8/13/2024

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Facility | Comments |
|---|---|---|---|---|---|---|---|
| 11/15/2022 | T24935 | WILSON, BERNARD | Denied | 10G - IMPROPER CONDUCT | 104-2211-0193 | 104 - JACKSON C.I. | I/m grieving the fact being improper conduct. |
| 11/17/2022 | T24935 | WILSON, BERNARD | Approved | 10G - IMPROPER CONDUCT | 104-2211-0233 | 104 - JACKSON C.I. | I/m is grieving improper conduct by ofc. Jones. |
| 11/17/2022 | T24935 | WILSON, BERNARD | Returned | 06E - SECURITY MATTERS   (INST OPER) | 104-2211-0236 | 104 - JACKSON C.I. | I/m is grieving that he was placed in a cell with an inmate that alleged PREA against |
| 11/17/2022 | T24935 | WILSON, BERNARD | Returned | 06X - PREA/TRANSGENDER | 104-2211-0234 | 104 - JACKSON C.I. | I/m is grieving that he is in fear of his life due to a PREA. |
| 01/26/2023 | T24935 | WILSON, BERNARD | Denied | 30A - E-MAIL | 104-2301-0308 | 104 - JACKSON C.I. | I/m grieving the fact being denying of photos. |
| 02/16/2023 | T24935 | WILSON, BERNARD | Approved | 10D - VERBAL ABUSE (COMPLNTS) | 104-2302-0215 | 104 - JACKSON C.I. | staff complaint |
| 02/27/2023 | T24935 | WILSON, BERNARD | Returned | 11B - CONFISCATION (PERS PROP) | 104-2302-0314 | 104 - JACKSON C.I. | I/m grieving the fact being his tablet. |
| 03/17/2023 | T24935 | WILSON, BERNARD | Denied | 06E - SECURITY MATTERS   (INST OPER) | 104-2303-0214 | 104 - JACKSON C.I. | I/m grieving the fact being his removed from management meal. |
| 03/17/2023 | T24935 | WILSON, BERNARD | Denied | 12A - MASTER MENU (FOOD SERV) | 104-2303-0218 | 104 - JACKSON C.I. | I/m grieving the fact being his vegan diet. |
| 04/18/2023 | T24935 | WILSON, BERNARD | Denied | 06H - GENERAL POLICIES   (INST OPER) | 104-2304-0199 | 104 - JACKSON C.I. | I/m grieving the fact being F.L.D.O.C policy and procedure. |
| 06/19/2023 | T24935 | WILSON, BERNARD | Approved | 11A - LOSS (PERS PROP) | 104-2306-0240 | 104 - JACKSON C.I. | I/m grieving the fact being his missing property. |
| 07/05/2023 | T24935 | WILSON, BERNARD | Denied | 02A - PROTECTIVE MGT (PGM ASGN) | 104-2307-0044 | 104 - JACKSON C.I. | I/m grieving the fact being placed on PM |
| 07/19/2023 | T24935 | WILSON, BERNARD | Approved | 10B - THREATS BY STAFF   (COMPLNTS) | 104-2307-0255 | 104 - JACKSON C.I. | I/m grieving the fact being threats. |
| 07/21/2023 | T24935 | WILSON, BERNARD | Approved | 08H - ILLEGAL NON-CLASS VIOLATION 33 | 104-2307-0275 | 104 - JACKSON C.I. | I/m grieving the fact being violation |
| 07/21/2023 | T24935 | WILSON, BERNARD | Approved | 11F - STAFF NOT FOLLOWING | 104-2307-0273 | 104 - JACKSON C.I. | I/m grieving the fact being failure to provide the legal materials. |
| 07/31/2023 | T24935 | WILSON, BERNARD | Approved | 11F - STAFF NOT FOLLOWING | 104-2307-0418 | 104 - JACKSON C.I. | I/m grieving the fact being his legal documents. |
| 08/17/2023 | T24935 | WILSON, BERNARD | Approved | 11F - STAFF NOT FOLLOWING | 104-2308-0208 | 104 - JACKSON C.I. | I/m grieving the fact being have a legal deadline. |
| 09/05/2023 | T24935 | WILSON, BERNARD | Denied | 05A - VIOLATION(S) OF 33-601(DISCPLN) | 104-2309-0032 | 104 - JACKSON C.I. | I/m grieving the fact being DR. |

**Total:** 18

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

LOG : Security

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters G4108 L | Job Assignment U - A | Date 11-11-22 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is in regards to the constant retaliatory acts of harassment by Lieutenant PATRICE BARNES towards grievant. On 11-11-22 approximately 6:45 A.M as grievant (6.4) and his dormitory were en-route to the dining hall for the morning meal L.T. BARNES observed grievant and for the first time as he was recently released from confinement (11-9-22) and very loudly stated, "why they let your switching ass out of confinement you stupid well-writer (a person who writes grievances) take your ass back to the dorm, you will NEVER eat any time I'm out here!!" Grievant was then sent back to his dormitory without be allowed to eat morning meal. PER chapter 33-204-003 (2) (E) "Food shall not be withheld... as a disciplinary action for an individual inmate!" (ACA Standard 4-4320) Furthermore. DEWALT v. CARTER, 224 F.3d 607 (7th cir 2000) > A prison official MAY not retaliate against a prisoner because that prisoner filed a grievance. L.T. BARNES denying

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) _____          DC#: T24935

104 - 28 11 - 0195

──────── **DO NOT WRITE BELOW THIS LINE** ────────   RECEIVED

**RESPONSE**                           DATE RECEIVED:   NOV 15 2022

Your Grievance has been reviewed and
processed. Officer Barnes was inter
viewed and denied all allegations
Due to that Fact This Grievance is
denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Conly | Official (Signature): _____ | Date: 11/18/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

cont. from p. 1 - pg. 2 of 3

grievant his right to "eat" clearly violates his 8th Amendment constitutional right to be free from cruel and unusual punishment due to Barnes' acting with sadistic and malicious intent in her depriving grievant of such a right resulting in a form of torture. Grievant does not have any food/canteen which would compensate for his not being allowed to eat "morning meal" resorting in his suffering severe hunger pains/cramps, migraine headaches, worry, stress and severe depression. Also, to satisfy "Fair Notice": ACA standard 4-4228-"All personnel who work with inmates should receive sufficient training so that they are thoroughly familiar with the rules..." Thusfore, Barnes' being on "fair notice" that her conduct is unlawful has been satisfied.

At the outset, grievant request that surveillance video footage taken from G-dormitory (G-4 and G-dorm sallyport of G-4 and G-dorm front walk way) shall be perserved for any future civil action and also to be used as proof to support and substantiate grievant's claim set forth herein in the above-styled cause.

Grievant does not wish to be retaliated upon by Patrice Barnes nor any of her co-horts for his petitioning for the redress of the grievance procedure.

Remedy Sought; Patrice Barnes has blatantly stated that "Jackson C. Y. needs me! I run this shit and these crackers wouldn't dare try me!" obviously Barnes seems to be invincible and above the law. Therefore Lieutenant Barnes shall be held responsable and her interactions with inmates shall be restricted.

✳ Attachment: as grievant prepared this informal grievance (see surveillance recording footage of G-4 dormitory at approximately 7:05 a.m - until) L.t. Barnes entered G-4 dormitory and ordered inmates to "lockdown" (count has not been called)! At which time Barnes announced to the dorm, "this switch

2

p. 3 of 3

ASS INMATE BERNARD WILSON in 4108 bottom is the
reason ya'll on lockdown EARLY AND until ya'll beat his ASS
then ya'll gonna stay locked down OR EVERY MORNING I'm in
here I will torture ya'll ASS so blame Wills Wilson!"
BARNES' behavior is ROGUE AND sadistic! BARNES' has
clearly acted with callous disregard for grievant's safety
and welth welfare!

NOTE: SEVERAL INMATES witnessed, AND HAVE WRITTEN "SWORN
Affidavits", BARNES unpro unproffessional actions.

3

*original copy*

**IDG-Security**

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H1-104 | Job Assignment Conf. | Date 11-14-22 |
|---|---|---|---|---|---|

**REQUEST**                          Check here if this is an informal grievance ☑

This grievance is in regards to officer D. Jones' retaliatory acts displayed against grievant. On Nov 13th 2022 at approximately 5:00p.m-6:00p.m while grievant was on the phone in G-4 dormitory, officer Jones whom was not ~~stationed~~ stationed in G-dormitory Entered G-4 dorm and proceeded directly to grievant's cell G4-108 and ~~com~~ commenced to search for no apparent provoking from grievant. After conducting her search Jones ordered grievant to the sally port where she placed him in hand restraints and proceeded to escort him to confinement. When grievant asked what reason he was being placed in conf. Jones stated, "didn't they tell you not to report that little incident?! And you filed a grievance anyway! So you're switch ass is going to suffer." This form of retaliation against grievant for his right to the redress of the grievance procedure clearly violates his 1st Amend. constitutional rights to free speech! D. Jones' actions has placed grievant in grave fear of his safety & well-being.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC#: T24935

104-2215-0233

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:  ~~RECEIVED~~ NOV 17 2022

Your Grievance has been reviewed and processed. Based on the nature of these allegations this Grievance will be forwarded to the Colonels office for review.

[The following pertains to informal grievances only]

Based on the above information, your grievance is **APPROVED** . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): _____ | Official (Signature): _____ | Date: 11/22/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

Original copy

O6C-Security

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☑ Dental  ☑ Other INSPECTOR GENERA |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H1·104 | Job Assignment Conf. | Date 11·9·22 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

PER ch. 33... this informal grievance is in regards to Jackson C.I staff members' display of retaliatory acts toward grievant. On Nov. 4th 2022 between the hours of 1:00p.m - 2:50 p.m grievant was escorted by confinement staff and relocated to H2·201 where an inmate was housed who had previously alleged "PREA" against grievant which an incident report was documented and a "SPECIAL REVIEW" was established between grievant and other inmate. However, grievant notified staff of this issue and that he was afraid to go into cell H2·201. Staff then stated, "Switches gets stitches!" and forced grievant into cell where grievant was then attacked and physically assaulted. Video recording and audio recordings from H·2 during the afore-mentioned time will substantiate this claim. Grievant was threatened by confinement staff and including it's lieutenant to not report nor document ANY injuries. Grievant is in DIRE fear of his life, well-being and welfare. Grievant does not wish to be retaliated upon any further.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

104-22T1- 08.310

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: NOV 17 2022

Your Grievance has been reviewed and processed. Reason for return more information is needed to properly investigate this matter. Officers names and inmates names are needed

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___Return___ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) COOK | Official (Signature): | Date: 11/22/2___ |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

IRN0105                          REF        ADMINISTRATIVE CONFINEMENT, DC6-233A                11/13/2022  19:09
                                            JACKSON C.I.                                        PAGE      1

INMATE NAME:   WILSON, BERNARD D          DC#: T24935    PREV LOC/HOUS/JOB: 104/H1104U/UUU     HOUS: H1104U    P.O. BOX:

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT    (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 11/13/2022    TIME: 17:30
DISP: 205 = AC-INVEST/CHANGE OF STATUS
STAFF: GIB78 - GIBSON, ERIC        JDK09 - JONES, DANIELLE K

    ON NOVEMBER 13, 2022, AT APPROXIMATELY 5:30PM, INMATE WILSON, BERNARDDC#T24935 WAS PLACED IN ADMINISTRATIVE CONFINEMENT
UNDER INVESTIGATION FOR POSSIBLE CHARGE OF 3-16 (NON-DEATH ROW AND/OR NON-COMMUNITY RELEASE PROGRAM INMATES - POSSESSION,
INTRODUCTION, OR TRAFFICKING OF TOBACCO OR TOBACCO-RELATED PRODUCTS SUCH AS LIGHTERS OR CIGARETTE PAPERS) PER LIEUTENANT
E. GIBSON. INMATE WILSON WAS PREVIOUSLY HOUSED AS AN AMU INMATE. OFFICER D. JONES REPORT WHILE CONDUCTING A RANDOM CELL
SEARCH IN G HOUSING UNIT QUAD 4, SHE OBSERVED WHAT APPEARED TO BE TOBACCO WRAPPED IN CELLOPHANE UNDERNEATH A SHEET ON
INMATE WILSONS BUNK G41-08L. INMATE WILSON WAS PREVIOUSLY HOUSED AS AN AMU INMATE. THE REASON WAS EXPLAINED TO INMATE
WILSON AS TO WHY HE WAS BEING PLACED IN ADMINISTRATIVE CONFINEMENT. INMATE WILSON WAS AFFORDED THE OPPORTUNITY TO MAKE
A STATEMENT. INMATE WILSON MADE NO STATEMENT. INMATE WILSON WAS AFFORDED THE OPPORTUNITY TO NOTIFY THREE (03) APPROVED
VISITORS FROM HIS APPROVED VISITATION LIST BUT LISTED NO NAMES TO BE CONTACTED. INMATE WILSON RECEIVED A PRE-CONFINEMENT
PHYSICAL BY MEDICAL STAFF C. EVERETT, RN PRIOR TO BEING PLACED IN ADMINISTRATIVE CONFINEMENT. INMATE WILSON PROPERTY WAS
INVENTORIED BY SECURITY STAFF OFFICER(S) H. RASH AND P. WRIGHT. INMATE WILSON CASHLESS CANTEEN CARD WAS DEACTIVATED BY
SECURITY STAFF UPON HIS PLACEMENT IN CONFINEMENT. INMATE WILSON WILL REMAIN IN ADMINISTRATIVE CONFINEMENT PENDING REVIEW
OF THE CLASSIFICATION TEAM.



*Original copy*

. O6X- Security

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☑ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>BERNARD WILSON | DC Number<br>T24935 | Quarters<br>H1-104U | Job Assignment<br>CONF. | Date<br>11.10.22 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☑

Per Ch 33... this informal grievance is in regards to Jackson C.I's staff member display of retaliatory acts towards grievant. On November 4, 2022 during cont. showers grievant's cellmate alleged "PREA" against grievant. A PREA assessment was conducted by medical and an incident report followed thus, placing a "special review" on grievant and his "then" cellmate. On November 8th, 2022 between the hours of 12:30pm - 2:30pm grievant was removed from his cell (H1-219) and en-route to another cell confinement. staff members made abusive, threatening and derogatory comments towards grievant as they then stated, "You like to write grievances? This is how we deal with snitches like you!" As they led me grievant to cell H2-201 where grievant's previous cellmate was housed (whom there's a special review placed on.) while at the cell front of H2-201 grievant informed cont. staff that "I can't go in there with him! I'm afraid he would hurt me and we are keep seperate" from one another." (cont. pg-2)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

104-2211-0234

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                          DATE RECEIVED: NOV 17 2022

Your Grievance has been reviewed and processed. Reson for return more information is needed. Officers names and inmates names.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is RETURN (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: 11/22/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

pg. 2 of 2

At which point Sgt. INGRAM stated, "Nah, you'll be alright! Snitches get stitches!" Proceeding to place grievant in cell H2-201. At which point grievant's cellmate began to attack him, hitting him in the head and causing him to fall and hit his back flat on the steal bottom bunk. He then bit grievant on his abdomen area. Grievant began to scream for help while beating on the cell door. Confinement staff approached the cell door several times and taunted grievant while encouraging his cellmate to continue assaulting him. Lieutenant Oliver then approached H2-201 and grievant cried while begging him to remove him from the cell at the same time showing the blood and injuries that his cellmate caused. At which point Oliver stated, "You gotta deal with it." Only after approximately one hour of this beating that grievant was removed from cell H2-201 and placed in H1-208. Grievant was then removed from H1-208 to go see medical staff at which point he was threatened by confinement staff, "That if he told anyone what occurred then they would kill him themselves! Were at A.M.U we run this shit and do as we please!" Medical staff did not document any of grievant's injuries.

Grievant is in dire fear of his life and welfare! The staff here at Jackson C.I has instilled grave fear in the the mind of grievant and he prays that this internal grievance be considered as a plea for Help!

Unnotarized Oath

I swear that the above-mentioned facts are True and correct.

* July Note; Grievant wishes to preserve the video/audio recordings from H2-between the times of 1:00pm - 2:45pm! Thus, validating, supporting and substantiating grievant's claim!

* A handwritten copy of this document has been forwarded to grievant's family + attorney for documentation purposes.

IOD - Security

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | Bernard Wilson | T24935 | 64208 L | H/M | 2-15-23 |

**REQUEST**                                              Check here if this is an informal grievance ☑

Per ch. 33- grievant files this informal grievance in regards to retaliatory acts displayed by officer (Training officer) Lovette. On 2/14/23 at approximately 9:41pm, Lovette approached grievant's cell having his cell door opened, and began to verbally assault grievant while making violent + sodomizing threats. Lovette stated to grievant, "oh, so you're the bitch who suppose to be suing my friend" Lieutenant Oliver and keep writing grievances?!" She then order me to give her my tablet for no apparent reason. These acts of retaliation displayed by staff is unprohibited and is constituted as an attempt to hinder grievant's access to the courts which is clearly a violation of grievant's constitutional rights protected under the free speech act. Further legal action will be taken. Lovette, being a openly LGTBQ member also threatened to "stick her flashlight up grievant's rectum" if he didn't stop pursuing a lawsuit against her (cont. pg.2)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

IOD ____-0215                          **DO NOT WRITE BELOW THIS LINE**          T24935

                                                                                    RECEIVED
**RESPONSE**                          DATE RECEIVED: _____          FEB 16 2023

Your grievance has been reviewed and processed. Based on the nature of these allegations this grievance will be forwarded to the Colonels office for review.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Approved** . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Cooley | Date: | 2/20/23 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

cont. from pg. 1

fellow co-worker. Such threats of sexual Abuse constitutes
A "PREA" violation. This Abuse by Lovette And her co-workers
shall stop.

**INMATE REQUEST**

11B - Property

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☑ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

**FROM:** Inmate Name: BERNARD WILSON | DC Number: T24935 | Quarters: G4208 | Job Assignment: 14M | Date: 2-26-23

**REQUEST**

Check here if this is an informal grievance ☑

On Feb. 14 2023 at approximately 9:41 pm grievant's tablet was taken by Sgt. Hamler + Off. Lovette without any provocation from grievant. Grievant never recieved any confiscation document nor was he afforded an opportunity to sign one. Grievant has not been notified by said officials as to the whereabouts of mentioned tablet. Grievant has previously submitted an informal grievance pertaining to this matter which was approved. See informal grievance log # 104-2302-0215. The cont unlawful confiscation of any grievants property (state or personal) without affording him the opportunity to sign a DC6-220 nor providing him a copy of the DC6-220 is a clear violation of ch.33-602-201. Several staff members has inquired of Sgt. Hamler as to the whereabouts of grievants tablet to which she will not say. Cont. P.2

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: T24935

104-2302-0314

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: FEB 27 2023

Your grievance is being returned, as this situation has already been addressed. Returned.

[The following pertains to informal grievances only:

Based on the above information, your grievance is Returned. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): A. Gibson C.O. | Official (Signature): _____ | Date: 2-28-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

p.2.

Grievant wishes that his tablet be returned to him without any damage nor any fees.

**INMATE REQUEST**

*not - Mailroom*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters 62209 | Job Assignment H·M | Date 1-23-23 |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☑

This informal grievance is in regards to the denying of photos being sent to grievant via J-pay kiosk. The photos sent were denied because of alleged "content". However there was no illicit profane, nor derogatory graphic in neither photo. The photos are from grievant's son/family. Remedy sought; The allowing of said photos to be cleared for grievant's viewing. (Jawnan Wilson & Andrea Smith were the senders of said photos.)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) _____

104-2226-0308

DC#: T24935

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: JAN 26 2023

Rejected due to Gang signs + Screen shot.

[The following pertains to informal grievances only:

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Clifford | Official (Signature): Clifford | Date: 1/27/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

**INMATE REQUEST**

Dept - Security

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number 124935 | Quarters H3112 | Job Assignment U-A | Date 3-17-23 |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☑

On March 16 2023 while conducting showers Sgt. Ennis and his staff conducted a cell search at grievant's cell H3112 at which time they discovered food service items which consisted of all RDP/CFO items condiments and styrofoam cups! Grievant's cellmate took full ownership of all said items being as though he is & recieves C.F.O. meals. Grievant is on a veegan diet and none of the food items belonged to grievant. However Sgt. Ennis deviated from FL.D.O.C's policy & procedures by placing both grievant and his cellmate on a management meal restriction. This abuse of authority by Sgt. Ennis is prohibited by FL. Dept. of Corr. and FL. Statutes and is considered cruel and unusual punishment which violates grievant's U.S. constitutional rights protected under the 4th and 8th amendments which Ennis violated "Due Process" being that it is clear that none of the food service items found by Ennis relates to grievant's veegan diet coupled with the fact that grievant's cellmate I/M Daniels openly admitted to Ennis & L. + Dudley that the said items belonged to Daniels. Grievant shall immedsately be removed from management meal.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ 04-2303-0214    DC#: T24935

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: MAR 17 2023

Your Grievance has been reviewed and processed. Based on these facts and also the interview Sgt Ennis gave inmates are not to keep any Food service items in their cells no matter what Food program they're on. The Staff at Jackson CI do not use any type of restrictions as punishment agInst inmates If you were placed on property restriction it was for a valid reason for this reason this is Denied

[The following pertains to informal grievances only]

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): C. Cooley | Official (Signature): C. Cooley | Date: 3/27/23 |
|---|---|---|

Original: Inmate (plus one copy)
C: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

All Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

To obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Furthermore, it was brought to grievant's attention that a disciplinary report would be written alleging grievant possessed "contraband" (food service items). The "Statement of facts" authored by Sgt. Ennis are fabricated and thus results in falsifying documents which is a crime under Florida Law. Sgt. Ennis shall be reprimanded for such criminal acts, his rogue behavior, and re-educated on Fl.D.O.C's S.O.P + F.A.C (Florida's Administrative Code).

Grievant, with all due respect, wishes for this manifest injustice to be rectified at the informal level and he reiterates his wishes to be removed from management meal as soon as possible being as though he was unjustly placed on such.

Also, grievant prays that confinement staff does not retaliate upon him for his exercising his right to the redress of the grievance procedure.

Sgt. Ennis' training + familiarizing himself with ch. 33 + F.A.C should have placed him on "fair notice" that said conduct was unlawful. However, this informal grievance satisfies this requisite prong + standard. therefore, it is respectfully requested that the threat of future + continuous harm + unlawfulness be alleviated.

Respectfully Submitted

T74935

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

2A- Food Service

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Food Service |
|---|---|---|---|---|

| FROM: | Inmate Name Bernard Wilson | DC Number T24935 | Quarters H3112 | Job Assignment U-A | Date 3-16-23 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☒

This informal is in regards to grievant's vegan diet + the lack of being served the proper portions as required. As a human being why are you so SPITEFUL?! So what if too many people are on vegan diet. There's no reason you should attempt to discourage humans rather inmates or otherwise to not wish by right to participate in the Vegan diet. Once an adult we put away childish acts and to act out of "SPITE" is to be sadistic + malicious. There's no way this "BILLION DOLLAR" machine called FL-D.O.C. nor ARAMARK is affected monetarily, by grievant's being a vegan and his recieving the adequate amount of food. And neither D.O.C. nor ARAMARK cares enough about you to share their Billions of dollars with you! You're still considered lower class and at any instance you could find yourself in a soup line needing food assistance, i.E, Karma! The portions in which you are doling out are not the allotted amount. PLEASE adhere to the adequate amount required.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____
104-2303-0218

DC#: T24935

DO NOT WRITE BELOW THIS LINE

RECEIVED

**RESPONSE**                    DATE RECEIVED: MAR 17 2023

The Correct Portions are Being Served according to the Therapeutic Diet menu.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _DENIED_. (Returned Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) S.Black | Official (Signature): _____ | Date: 3/21/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

OcH - Security

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H3112 | Job Assignment U-A | Date 4·17·23 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is in regards to JACKSON C.I confinement staff abuse of authority. Chapter 33 clearly states that "Inspection" is to be conducted by a "Lieutenant" or anyone of a higher rank. On April 17 2023 the conf. Sgt. in H dormitory will be heard, via the recording audio at approximately 7:50 AM demanding grievant and confinement inmates to stand on the yellow lines for cell inspection. When asked where is the lieutenant, this Sgt. Booth responded "I am the white shirt". This staff member has clearly refused to adhere to the F.L.D.O.C policy and procedure governed by F.A.C & Ch. 33. Sgt. Booth also shall be re-educated on Standard Operating procedures and not allowed to conduct cell inspections without a Lieutenant or above rank as required.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: T24935

104-2304-0199

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED: APR 18

Your Grievance has been reviewed and processed. In Chapter 33 and the rules of the institution inmates are to follow all orders given by any staff member. For that fact there is no evidence to support these allegations.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) Cooley | Official (Signature) Cooley | Date: 4/24/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

11A-Property

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Property |
|---|---|---|---|---|

| FROM: | Inmate Name Bernard Wilson | DC Number T24935 | Quarters H3206 | Job Assignment U/A | Date 6·16·23 |
|---|---|---|---|---|---|

**REQUEST**                                          Check here if this is an informal grievance ☒

Please provide me with my legal materials along with a complete inventory of All of my property. I was life flighted to the hospital and fear that my personal belongings were stolen by my cellmate.

~~Please~~ I am missing size 9½ New Balance shoes (IN boot condition), set of Koss Headphones, misc. canteen and Tablet.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

104-2326-0240

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              **DATE RECEIVED:** Jun 16 2023

Your grievance has been reviewed And processed. Property will locate your legal mail And property receipts. Approved

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___Approved___ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A. Gibson | Official (Signature): A. Gibson | Date: 6-20-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

02A-Security    L.T. BENTON

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
[x] Warden
[ ] Asst. Warden
[ ] Classification
[x] Security
[ ] Medical
[ ] Mental Health
[ ] Dental
[ ] Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Bernard Wilson | T24935 | H3206 | U/A | 6-29-23 |

**REQUEST**                                    Check here if this is an informal grievance [x]

I am requesting protective management due to a "hit" being placed on me by the Bloods, folks, inmate villarde the head of the "Gangster Disciples (Larry Jenkins). Inmate villarde once accused me of soliciting him for homosexual favors back in November 2022 he alleged PREA. An investigation was conducted. villarde then, in h-4 confirmed this rumor in June 2023 when the Bloods asked him in my presence for the truth. As a Blood homosexuality is punishment by death! Also I've been accused of "snitching" on Sargeant Blakely back in Nov. 2022 for bringing drugs into the prison via confinement. Another violative act consequences are death. Now Jenkins has put a hit on me because he says I snitched on him on June 4, 2023 when his brother carried out a hit on me and I was stabbed multiple times. Jenkins was also locked up for this incident. I FEAR for my LiFe. Please help me

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) | DC#: T24935 |
|---|---|
| 04-2367-0044 | |

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED   RECEIVED JUL 05 2023

Your request for protection will be forwarded to security for review.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): M. Widgeon, Co | Official (Signature): M ___ Co | Date: 7/14/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

IIB - Security

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T04935 | Quarters H3206 | Job Assignment U/A | Date 7/18/23 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is to notify you of Sgt. Eustices' threats of retaliatory acts against grievant. On July 18,2023 at approximately 11:40pm-11:55pm while grievant was inside of the holding cell cage in the sally-port of H-dorm confinement Sgt. Eustice approached grievant and stated "You're the ugly ass snitching nigger who's afraid to go back on the compound! If you're snitch ass write one more grievance then I'm gonna spray your black ass!" Threats to inmates and retaliatory acts are prohibited by F.D.O.C. Furthermore said behavior is a violation of grievant's 8th amend rights to be free from cruel and unusual punishment. Eustice's actions has resulted in grievant's suffering of severe mental anguish and has increased his state of paranoia. Please note grievant has sought protective management several times and he's now scheduled to be placed on medication. Eustice's threats of retaliation is an attempt to hinder grievant from his rights to the redress of the grievance procedure. Eustice shall be held liable to all civil action

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T04935 |
|---|---|

104 - 8389-0055

**DO NOT WRITE BELOW THIS LINE**                    RECEIVED

**RESPONSE**                    **DATE RECEIVED:**   JUL 1 8 2023

Your grievance has been received, reviewed, and is being processed. Based on the nature of your complaint, it has been forwarded to the Colonel's office for review. If it meets the requirements for referral to the office of the Inspector General, it will be forwarded for investigative review. In that and only that, you may consider this approved.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): M. Brunson Sec | Official (Signature): | Date: 7/31/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**
08H Security

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H3206 | Job Assignment U/A | Date 7.19.23 |
|---|---|---|---|---|---|

**REQUEST**                                          Check here if this is an informal grievance ☑

This informal grievance is in regards to ½ off. Joseph Basford's violating grievant's 8th Amend
rights by labeling him a "snitch". On July 12, 2023 at approximately 4:15pm - 4:30 4:35 pm
officer Basford will be heard on audio recording system in H dormitory wing 3 stating "Wilson
your big soft ass is a snitch and check-in and EVERYBODY knows THAT!" Basford will be heard
making this statement several times very loudly in the confinement wing. Late Basford's actions had
caused grievant to mental health state to decline dramatically he's previously suffering from
depression and other mental anguish and grievant attempted suicide which resulted in his being
sprayed and placed in "S.H.O.S (suicide observation). Grievant had/has requested protective
management and at the time Basford verbally abused grievant he was pending "P.M."
Labeling an inmate a "snitch" clearly places him in danger of being assaulted by other
inmates in a violent prison setting. Officer J. Basford, acting under color of state law, clearly
violated grievant rights protected under the FL. const's 8th Amend.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

104-2367-6275

---------- **DO NOT WRITE BELOW THIS LINE** ----------               RECEIVED

**RESPONSE**                          **DATE RECEIVED:**    JUL 21 2023

Your grievance has been received, reviewed, and is being processed. Due to the
nature of your complaint, it has been forwarded to the Colonel's office for review.
If it meets the requirements for the office of the inspector general, it will be
forwarded for further investigation. In that and only that, you may
consider this approved.

**[The following pertains to informal grievances only:]**

Based on the above information, your grievance is _approved_. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Brewer Src | Official (Signature): | Date: 8/1/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

11F—Property

| | | | | | |
|---|---|---|---|---|---|
| Mail Number: | | | | | |
| Team Number: | | | | | |
| Institution: | | | | | |

**TO:** (Check One)  ☑ Warden  ☐ Asst. Warden  ☐ Classification  ☐ Security  ☐ Medical  ☐ Mental Health  ☐ Dental  ☑ Other ___Property___

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Berward Wilson | T34935 | H3206 | U/A | 7/21/23 |

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is in regards to property dept.'s failure to provide grievant with his legal material which he's requested a number of times and filed a previous informal grievance which was approved but has yet any action to recieve any of his legal material. This lack of providing grievant with requested items had resulted in his missing a legal deadline which only results in this offices' obstructing grievant's access to the courts which is a clear violation of his 14th, 4th, and 1st amend. rights protected under the U.S. constitution. Grievant wishes for this office to provide him with above his legal material as soon as possible, and to notify the courts that it was not the fault of grievant for his missing his deadline.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: T34935

04-2307-0073

—————————— DO NOT WRITE BELOW THIS LINE ——————————

RECEIVED
JUL 21 2023

**RESPONSE**                                    DATE RECEIVED: _____

Reviewed and processed. Based on the information provided, your property will be located and your legal material provided to you

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___Approved___ . (Returned, Denied, or ⟨Approved⟩). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Gibson | Official (Signature): | Date: 7-25-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

```
            FLORIDA DEPARTMENT (   )RRECTIONS          08/24/2023
ISSO158 (14)            DISCIPLINARY REPORT               PAGE   1
                          HEARING INFORMATION
                          LOG # 104-231454
--------------------------------------------------------------------------------
DC#: T24935   INMATE NAME: WILSON, BERNARD D.       H3101U INFRACTION
  VIOLATION CODE:  0031   TITLE: POSS OF WEAPONS          DATE: 08/15/2023
  FACILITY CODE:  104   NAME: JACKSON C.I.              TIME: 15.00
--------------------------------------------------------------------------------
        TEAM    FINDINGS AND ACTION  DATE: 08/24/2023, AT: 09.20
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INMATE PRESENT: YES
  POSTPONEMENT:
  BASIS FOR DECISION:
        TEAM DECISION BASED ON THE INVESTIGATION, THE HEARING AND
        OFC. A. KIRKLAND'S STATEMENT IN SECTION 1 OF THE DR WHERE IT
        IS REPORTED THAT ON AUGUST 15, 2023 OFFICER A. KIRKLAND WAS
        ASSIGNED AS INTERNAL SECURITY OFFICER AT JACKSON
        CORRECTIONAL INSTITUTION. AT APPROXIMATELY 3:00PM, HE WAS
        PRESENT IN QUAD 4 OF G- HOUSING UNIT CONDUCTING A SEARCH OF
        THE DAYROOM AND CELL G4-114, TO WHICH INMATE WILSON IS
        ASSIGNED. DURING THE SEARCH OF THE CELL AND THE DAY ROOM, HE
        DISCOVERED ONE HOMEMADE WEAPON INSIDE THE STATE ISSUED
        MATTRESS OF INMATE WILSON, TO WHICH INMATE WILSON ADMITTED
        OWNERSHIP TO, AND 2 HOMEMADE WEAPONS IN THE TRASH CAN IN THE
        DAY ROOM. UPON REVIEW OF THE FIXED WING CAMERA IT WAS
        OBSERVED THAT INMATE WILSON THREW THE HOMEMADE WEAPONS INTO
        THE TRASH CAN. ALL THE HOMEMADE WEAPONS WERE APPROXIMATELY 6
        INCHES IN LENGTH, MADE OUT OF METAL, AND SHARPENED TO A
        POINT ON ONE END. ALL AVAILABLE EVIDENCE AND WITNESS
        STATEMENTS WERE PRESENTED CONSIDERED. DC TIME TO BE SERVED
        CONCURRENT TO ANY OTHER DC TIME CURRENTLY BEING SERVED,
        UNLESS OTHERWISE NOTED. INMAET SERVED 9 DAYS IN AC STATUS.
        THE TEAM IS APPLYING 9 DAYS AC CREDIT TO THE 60-DAY PENALTY
        WITH 51 DAUS REMAINING TO SERVE. INMATE WAS ADVISED THAT HE
        HAS15 DAYS TO APPEAL THE TEAM'S DECISION.
  HEARING DELAY COMMENTS:
        DELAYED DUE TO INVESTIGATION.


  ACTIONS TAKEN:
  DISCIPLINARY CONFINEMENT:  60; AC CREDIT DAYS:   9; ADJUSTED DC DAYS:  51
  DC PROBATION DAYS SET:     0; CONCURRENT


  RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N


  TEAM CHAIRMAN:   CWR06 - CLOUD, W. RICKY
  TEAM MEMBERS:    SAL49 - SHELTON, AMANDA          -
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
```

**INMATE REQUEST**

NF - Property

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other _Property_

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Bernard Wilson | T84935 | H3206 | U/A | 7-29-23 |

**REQUEST**                                Check here if this is an informal grievance ☑

This informal is a follow up regarding the previous informal
grievance filed and approved by this office, concerning
grievant's legal material. On 7/28/23 grievant recieved a "partial"
amount of his legal material. He now respectfully asks that
this office provides grievant with ALL his legal documents that
are being stored in property storage. Every tangible paper in
grievant's property partially relates to any one of grievant's
on-going (active) case(s). There are (7) seven more folders of
legal work missing.
            Furthermore, would you please include a property
inventory form.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All
informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T84935 |
|---|---|
| 104 - 236 - 2418 | |

**DO NOT WRITE BELOW THIS LINE**                    RECEIVED

**RESPONSE**                    **DATE RECEIVED:** JUL 3 1 2023

Reviewed all promised. Based on your allegations, property will locate
your legal documents. Inventory to you.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___Approved___ . (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Alnbson CO. | Official (Signature): | A. Hill | Date: 8-2-23 |
|---|---|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

IF- Property

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- ☐ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Mental Health
- ☐ Dental
- ☒ Other _Property_

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
| | BERNARD WILSON | T24935 | H3101 | Conf. | 8·17·23 |

**REQUEST**                Check here if this is an informal grievance ☒

I have legal dead lines and am in dire need of my legal materials. I've submitted a request form which has not been responded to, I have a number of manila folders which are ALL active legal papers. Please, per ch. 33, provide grievant with ALL legal material.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC#: T24935

1N4-2208-0208

DO NOT WRITE BELOW THIS LINE

RECEIVED

**RESPONSE**                DATE RECEIVED: AUG 17 2023

Approved ~~you will~~ you will be issued all of your Approved property that you are allowed to have while housed in Confinement

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A. Miss/dine | Official (Signature): _____ | Date: 8.24.23 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

OSA - Classification

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☑ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | BERNARD WILSON | T24935 | H1102 | Conf. | 9·3·23 |

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is in regards to the ~~disciplinary~~ disciplinary hearing team's staff member, one Ricky Clark's, abuse of authority and misappropriating of laws and procedures along with his failing to adhere to FL.D.O.C's policy and procedures. On Aug. 24, 2023 grievant attended D.R. hearing, which was held by Lt. Shelton and Cloud on a charge of poss. of weapons. This infraction alleged that grievant had a knife (shank) in his mattress discovered by Ofc. Kirkland and Kirkland further alleged that video surveillance footage of H-4 dormitory observed grievant particularly "throw 2 knives into the trash can in B-4 dayroom." Also, grievant allegedly "admitted ownership to the shank found in his mattress. However at the D.R. hearing Cloud read the investigator's version of what the video footage of B-4 shown in which this evidence clearly contradicted Kirkland's "statement of facts", by revealing that video footage "cannot" verify/make out what exactly was thrown into the trash can!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____                     DC#: T24935

104 - 2309 - 0032

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED: SEP 05 2023

Unfortunately, you cannot file for an officer not to complete his job assignment or daily tasks.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): _____     Official (Signature): _____     Date: 9-5-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

page 2 of

Cloud chose to clearly disregard this exculpatory substantial evidence that clearly conflicted with the statement of facts (sworn Affidavit document) made by Kirkland. Furthermore, grievant had provided a witness statement denying ever having possession of Any shank nor placing one in his mattress. Grievant even went so far as to produce evidence to further contradict Kirkland's falsifying document by calling the cell inspection sheet as an exhibit and the lack of photos documenting the alleged "hole" in said mattress. Which would clearly refute Kirkland's Allegation that grievant "Admitted ownership" to said shank. Cloud Cloud, once presented with grievant's substantial testimony, witness statement and exculpatory evidence became very irate and based grievant's unlawful and unfounded guilt decision of guilt on Cloud's personal feelings. Such actions violated grievant's 14th amend. right to due process.

        Grievant filed an appeal with the institution but Also seeks justice from this office regarding Cloud's unproffessional behavior and his malicious + sadistic intent to deprive grievant of his right to a fair and impartial hearing. Cloud shall be prohibited from participating in Any future D. R. hearings.

                        Respectfully Submitted