Exhibit B



## Bureau of Inmate Grievance Appeals
### Formal Grievance Summary By Inmate

**Report Date Range:**  11/8/2022   **To**   9/13/2023

**Report Date:**   8/13/2024

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Section Responsible | Facility | Comments |
|---|---|---|---|---|---|---|---|---|
| 03/23/2023 | T24935 | WILSON, BERNARD | Denied | 05H - IMPROPER TEAM ACTION | 2303-104-156 | GRIEVANCE COORDINATOR | 104 - JACKSON C.I. | Your Request for Administrative Remedy or Appeal has been |
| 06/23/2023 | T24935 | WILSON, BERNARD | Denied | 05B - POOR INVESTIGATION | 2306-104-109 | GRIEVANCE COORDINATOR | 104 - JACKSON C.I. | Your Request for Administrative Remedy has been reviewed and |
| 07/17/2023 | T24935 | WILSON, BERNARD | Returned | 11A - LOSS (PERS PROP) | 2307-104-079 | PROPERTY | 104 - JACKSON C.I. | Your request for Administrative |
| 08/28/2023 | T24935 | WILSON, BERNARD | Denied | 05B - POOR INVESTIGATION | 2308-104-210 | GRIEVANCE COORDINATOR | 104 - JACKSON C.I. | Your Request for Administrative Remedy has been reviewed and |
| 09/05/2023 | T24935 | WILSON, BERNARD | Returned | 09D - NO RESPONSE | 2309-104-014 | GRIEVANCE COORDINATOR | 104 - JACKSON C.I. | Your request for Administrative Remedy or Appeal is being |
| 09/08/2023 | T24935 | WILSON, BERNARD | Returned | 11A - LOSS (PERS PROP) | 2309-104-034 | PROPERTY | 104 - JACKSON C.I. | Your Request for Administrative Remedy or Appeal is being |
| **Total:** | **6** | | | | | | | |

## PART B - RESPONSE

| WILSON, BERNARD | T24935 | 2303-104-156 | JACKSON C.I. | H3112L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed and investigated with the following finding:

Investigation of your complaint reveals that the Disciplinary Report you are grieving, charging you with violation of (3-12) Possession of any other contraband or transfer of item to another inmate resulting in item becoming contraband, Disciplinary Report Log number 104-230495 dated 3/16/2023 has been thoroughly reviewed.

The DR Team found you not guilty.

Based on the above information, your Request for Administrative Remedy or Appeal is approved.

Glenn Hancock, AWP          Heath Holland, Warden          March 23, 2023

_____          _____          3/23/2023
SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASS'T          DATE
EMPLOYEE RESPONDING          WARDEN, OR SECRETARY'S
                               REPRESENTATIVE

INMATE FILE COPY

MAILED / FILED

MAR 27 2023

JACKSON CI

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Wilson Bernard D. | 124935 | Jackson C.I |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

05H                 2303-104-156

---

### Part A – Inmate Grievance

This is a request for admin. remedy/appeal in regards to disciplinary report #104-230495 and the basis surrounding the D.R team's decision of guilt. On 3-16-23 off. Basford and confinement staff conducted a cell search of grievant's cell H3112. During said search Basford discovered several food service items i.e. salad dressing mustard and styrofoam cups. These items are the basis for said infraction. However, none of these items belonged to grievant being as though grievant is on a vegan diet and therefore are not served any of said items. Furthermore, grievant's cellmate (I/M Daniels) is on the C.F.O (RDP) diet program and clearly informed Basford that he was the possessor of all food items discovered. Daniels even completed a witness statement form admitting to said items. Daniels' statement coupled with the knowledge of "Jackson v. State, 995 So. 2d 535 (Fla. 2 DCA 2008) which quotes "mere proximity to contraband, without more, is legally insufficient to prove possession."

     This evidence presented by grievant, taken as a whole, shall result in overturning of said disciplinary Report and the exonerating of grievant's guilt.

     Grievant attended disciplinary hearing for this infraction on 3/21/23 and entered a plea of "not guilty". Team chairman; Ricky W. Cloud brought to record live witness; Aaron Daniels grievant's cellmate, whom not only a completed a witness statement confessing to said items as belonging to him but interfered the D.R hearing team LIVE and personally informed both Ricky Cloud + Lt. Oliver that the food service items in question belonged to him. To further substantiate grievant's claim Ricky Cloud called forth Sgt. Granger, confinement Sgt. as a witness whom attested to grievant's evidence of the items not being those of a VEGAN (cont. on. pg. 2)

| 3/21/23 | 124935 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

     6 / 1                            

     #            Signature

#### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: **MAR 2 3 2023**    Institutional Mailing Log #:_____         _____

           (Date)                                                         (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

Cont from pg. 1
which is grievant's diet. Ricky Cloud After hearing testimony
from both, I/m Daniels and Sgt. Granger, whom both testified
in grievants favor verbally stated that he found grievant
"Not Guilty"!!' A Review of I/m Daniels' Witness
statement along with the interviewing of Sgt. Granger
will support this claim.
        Grievant prays this institution adheres to the
policy + procedures' and rectify this injustice.

```
                        FLORIDA DEPARTMENT OF CORRECTIONS     03/17/2023
  ISSO150 (01)          CHARGING DISCIPLINARY REPORT                        PAGE:      1
                            LOG # 104-230495
----------------------------------------------------------------------
  DC#: T24935    INMATE NAME: WILSON, BERNARD D.        INFRACTION
  VIOLATION CODE:  0312    TITLE: POSS OF CONTRABAND    DATE: 03/16/23
  FACILITY CODE:  104    NAME:  JACKSON C.I.            TIME: 19:50
----------------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     INMATE WILSON, BERNARD DC# T24935, HOUSED IN H3-112L, IS IN
     DIRECT VIOLATION OF CHAPTER 33-601.314 SECTION 3-12
     POSSESSION OF ANY OTHER CONTRABAND OR TRANSFER OF ITEM TO
     ANOTHER INMATE RESULTING IN ITEM BECOMING CONTRABAND. ON
     03/16/2023 I OFFICER J. BASFORD WAS ASSIGNED AS H HOUSING
     UNIT OFFICER AT JACKSON CORRECTIONAL INSTITUTION. AT
     APPROXIMATELY 7:50PM WHILE CONDUCTING A CELL SEARCH OF CELL
     H3-112 DURING SHOWERS; I DISCOVERED MULTIPLE FOOD SERVICE
     ITEMS TO INCLUDE STYRO-FOAM CUPS AND PLASTIC SPOONS IN THE
     POSSESSION OF INMATE WILSON. INMATE WILSON WILL REMAIN IN
     DISCIPLINARY CONFINEMENT PENDING THE DISPOSITION OF THIS
     REPORT. THE H-HOUSING LIEUTENANT WAS NOTIFIED AND AUTHORIZED
     ME TO SUBMIT THIS REPORT.

     REPORT WRITTEN: 03/16/23, AT 21:00      BY: BJ232 - BASFORD, JOSEPH NMN
----------------------------------------------------------------------
II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _3_/17/23_, AT _11:06a_

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

          DELIVERED BY : _PG2L_ - _____
----------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
----------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
----------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
----------------------------------------------------------------------

H3112L

```
ISS0158*(14)           FLORIDA DEPARTMENT \ CORRECTIONS         03/07/2023
                          DISCIPLINARY REPORT              PAGE   1
                          HEARING INFORMATION
                           LOG # 104-230377
-------------------------------------------------------------------------
DC#: T24935   INMATE NAME: WILSON, BERNARD D.        H3112L INFRACTION
VIOLATION CODE: 0033   TITLE: POSS OF NARCOTICS       DATE: 02/28/2023
FACILITY CODE: 104   NAME: JACKSON C.I.               TIME: 06.20
-------------------------------------------------------------------------
          TEAM   FINDINGS AND ACTION   DATE: 03/07/2023, AT: 08.50
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: NO CONTEST    FINDINGS: GUILTY
          INMATE PRESENT: YES
     POSTPONEMENT:
     BASIS FOR DECISION:
          BASED UPON INMATE`S PLEA OF NO CONTEST. INMATE SERVED 7
          DAYS IN AC STATUS. THE TEAM IS APPLYING 7 DAYS AC CREDIT TO
          THE 60-DAY DC PENALTY WITH A REMAINING 53 DAYS TO SERVE AND
          180 DAYS LOSS OF GAINTIME.


ACTIONS TAKEN:
  LOSS OF GAIN TIME:        180; PROBATION DAYS SET:   0
  DISCIPLINARY CONFINEMENT:  60; AC CREDIT DAYS:   7; ADJUSTED DC DAYS:  53
  DC PROBATION DAYS SET:      0; CONCURRENT

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:   CSD32 - CURLIN, STACY D
  TEAM MEMBERS:    HTR22 - GAINES, TRACEY R
-------------------------------------------------------------------------
-------------------------------------------------------------------------
```

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 2306-104-109 | JACKSON C.I. | H3206U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy has been reviewed and investigated with the following finding:

Investigation of your complaint reveals that the Disciplinary Report you are grieving, charging you with violation of (3-1) Possession of or manufacture of weapons, ammunition, or explosives, Disciplinary Report Log number 104-231026 dated 6/4/2023 has been thoroughly reviewed.

Department of Corrections Rules Chapter 33 governs the rules for disciplinary report hearings and a plea of no contest requires no further evidence.  If you wanted to challenge the statement of facts, you should not have pled no contest.

Based on the above information, your request for Administrative Remedy or appeal is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by the Department of Corrections Rules Chapter 33-103.007 (3) (a) and (b) F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399.

Glenn Hancock, AWP                 Heath Holland, Warden           June 26, 2023

_____          _____        _____
SIGNATURE AND TYPED OR PRINTED NAME OF    SIGNATURE OF WARDEN, ASST.         DATE
EMPLOYEE RESPONDING                       WARDEN, OR SECRETARY'S
                                          REPRESENTATIVE

INMATE FILE COPY

MAILED / FILED

JUN 27 2023

JACKSON CI

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

Wilson    Bernard    D.            T34935          Jackson (A.M.U)
Last    First    Middle Initial         DC Number         Institution
                                                      2306-104-109

| Part A – Inmate Grievance |
|---|

Per ch. 33 grievant/appellant files this request for administrative appeal, in a timely manner, pertaining to D.R. log # 104-231026 "poss. of weapon". Claim one, as required by ch.33(6).304, Sgt. Rymer fails to state the approximate "TIME" of said incident/infraction. This violation of due process clearly hinders appellant from presenting a proper defense against said allegations. Any Disciplinary Reports statement of facts "SHALL" include; Date of infraction, location, and time. Rymer clearly states the time, 2:40 pm, at which time he reviewed the fixed using camera but neglects to include the time appellant committed said infraction. Staff's failure to adhere to FL. Dept. of Corr. policy + procedure results in a manifest injustice which reaches down into the validity of allegations, charges, and decision of guilt found upon by the DCR hearing team. The sentence and judgement regarding this matter shall be overturned and said Disciplinary Report must be expunged from Appellant's records.

Appellant prays that this administration adheres to its own policy + procedure + rectifies this matter as according to FL. Admin. Code (F.A.C) and FL. Dept. of Corrs. Standard Operating Procedures.

"Attached: copy of D.R. team's basis for decision and Disciplinary Report.

6/22/23
DATE

_____  T34935
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

∅ / _____
#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for A ppeals Bein gForwarded to Central Office

**JUN 2 3 2023**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                    (Date)                                                      (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        06/13/2023
   ISSO158 (14)            DISCIPLINARY REPORT                  PAGE  1
                          HEARING INFORMATION
                         LOG # 104-231026
-------------------------------------------------------------------------------
   DC#: T24935   INMATE NAME: WILSON, BERNARD D.        H3206U INFRACTION
   VIOLATION CODE:  0031   TITLE: POSS OF WEAPONS        DATE: 06/04/2023
   FACILITY CODE:  104    NAME: JACKSON C.I.             TIME: 14.40
-------------------------------------------------------------------------------
          TEAM    FINDINGS AND ACTION   DATE: 06/13/2023, AT: 10.17
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: NO CONTEST   FINDINGS: GUILTY
          INMATE PRESENT: YES
      POSTPONEMENT:
      BASIS FOR DECISION:
          THE TEAM REVIEWED THE DISCIPLINARY PACKET, EXPLAINED THE
          CHARGES TO THE INMATE, ENSURED THE INMATE UNDERSTOOD THE
          CHARGES, READ THE STATEMENT OF FACTS TO THE INMATE, ALLOWED
          THE INMATE TO ENTER A PLEA, ALLOWED THE INMATE TO MAKE A
          STATEMENT, AND THEN REVIEWED THE DISCIPLINARY PACKET WITH
          THE CHARGED INMATE. ALL WITNESS STATEMENTS WERE REVIEWED AND
          CONSIDERED. INMATE REFUSED TO SIGN DC6-112D 24 HOUR/REFUSAL
          TO APPEAR FORM INDICATING HIS WAIVER OF THE 24 HOUR WAITING
          PERIOD.  BASED UPON INMATE'S PLEA OF NO CONTEST HE WAS FOUND
          GUILTY. NO WITNESS STATEMENTS OR PHYSICAL EVIDENCE WERE
          REQUESTED BY THE CHARGED INMATE OR INVESTIGATING OFFICER.
          INMATE RECEIVED 60DC-10AC=50DC
          BASED UPON INMATE'S PLEA OF NO CONTEST.


   ACTIONS TAKEN:
   DISCIPLINARY CONFINEMENT:  60; AC CREDIT DAYS:  10; ADJUSTED DC DAYS:  50
   DC PROBATION DAYS SET:     0; CONCURRENT


     RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N


   TEAM CHAIRMAN:   DSR17 - DYKES, STACIE R
   TEAM MEMBERS:    PAR19 - PENIX, A.R.            -
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        06/08/2023
 ISSO150 (01)          CHARGING DISCIPLINARY REPORT                       PAGE:      1
                          LOG # 104-231026
------------------------------------------------------------------------------
 DC#: T24935   INMATE NAME: WILSON, BERNARD D.         INFRACTION
 VIOLATION CODE:  0031   TITLE: POSS OF WEAPONS        DATE: 06/04/23
 FACILITY CODE:  104    NAME:  JACKSON C.I.            TIME: 14:40
------------------------------------------------------------------------------
 I.    STATEMENT OF FACTS
       INMATE WILSON, BERNARD DC# T24935 HOUSED IN G4-209U, IS IN
       DIRECT VIOLATION OF CHAPTER 33-601.314 RULES OF PROHIBITED
       CONDUCT SECTION 3-1 POSSESSION OF OR MANUFACTURE OF WEAPONS,
       AMMUNITION, OR EXPLOSIVES. ON JUNE 4,2023 I SERGEANT ALBERT
       RYMER WAS ASSIGNED AS G-HOUSING UNIT SUPERVISOR AT JACKSON
       CORRECTIONAL INSTITUTION. AT APPROXIMATELY 2:40 PM, WHILE
       REVIEWING THE FIXED WING CAMERA AFTER AN INCIDENT OCCURRED
       IN G-HOUSING UNIT QUAD 4, IT WAS DISCOVERED INMATE WILSON
       WAS IN POSSESSION OF A LOCK ATTACHED TO A BLUE CANTEEN BAG.
       INMATE WILSON WILL BE PLACED IN ADMINISTRATIVE CONFINEMENT
       PENDING THE DISPOSITION OF THIS REPORT. THE WEAPON WAS THEN
       STORED OF ACCORDING TO POLICY AND PROCEDURE. THE AMU
       LIEUTENANT WAS NOTIFIED. AND AUTHORIZED  ME TO SUBMIT THIS
       REPORT.


     REPORT WRITTEN: 06/04/23, AT 14:50      BY: RA075 - RYMER, ALBERT
------------------------------------------------------------------------------
 II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 6/10/23, AT 1:20P

           NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
           EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
           NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
           33-601, FLORIDA ADMINISTRATIVE CODE.

              DELIVERED BY : BSW64  -
------------------------------------------------------------------------------

 NOTICE TO INMATE:
 AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
 CONDUCT, YOU ARE ADVISED THE FOLLOWING:
------------------------------------------------------------------------------

 INVESTIGATION:
 AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
 DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
 OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
 THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
 OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
 SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
 HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
 TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
------------------------------------------------------------------------------
```

## PART B - RESPONSE

| WILSON, BERNARD | T24935 | 2307-104-079 | JACKSON C.I. | H3206L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal is being returned without disposition for the following reasons:

The grievance you have submitted is out of timeframe. Your attached informal grievance was responded to on June 20, 2023. Your formal grievance in regards to this issue was received in this office on July 17, 2023. Your grievance is not in compliance per Chapter 33-103.014 (d) The formal grievance was not received within 15 calendar days of the date of the response to the informal grievance.

Your request for administrative appeal is returned without action.

Glenn Hancock, AWP          July 17, 2023

| _____ | _Jack Floyd_ | _7/17/23_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

INMATE FILE COPY

MAILED / FILED

JUL 18 2023

JACKSON CI

**FLORIDA DEPARTMENT OF CORRECTIC**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Wilson, Bernard   D.   T24935   Jackson

| Last | First | Middle Initial | DC Number | Institution |

2307-104-079

**Part A – Inmate Grievance**

This is a formal grievance in regards to property Staff's failing to provide grievant with his legal material which has resulted in grievant's being hindered access to the courts. On June 20, 2023 property Sgt. Gibson approved grievance log # 104-2306-0240 (see attached). However, as of this 14th date of ~~Jan~~ July 2023 grievant has yet to recieve ANY of his law material from property as requested. This sign of deliberate indifference has clearly resulted in a violation of grievant's constitutional rights to access the courts. Grievant solely wishes to obtain his law material being as though his legal matters are still active.

7/14/23
**DATE**

T24935
**SIGNATURE OF GRIEVANT AND D.C. #**

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 0 /
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: **JUL 1 7 2023**   Institutional Mailing Log #:_____
(Date)                                                          (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY         CENTRAL OFFICE
INMATE (2 Copies)            INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

*IIA-Property*

| Mail Number: |
| Team Number: |
| Institution: |

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other *Property*

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Bernard Wilson | T24935 | H3206 | U/A | 6-16-23 |

**REQUEST**                                    Check here if this is an informal grievance ☑

Please provide me with my legal materials along with a complete inventory of ALL of my property. I was life flighted to the hospital and fear that my personal belongings were stolen by my cellmate. ~~Please~~ I am missing size 9½ New Balance shoes (In good condition), set of Koss Headphones, misc. canteen, and Tablet.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

*104-2326-0240*

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:** Jun 1 8 20__

Your grievance has been reviewed and processed. Property will locate your legal mail and property reciepts. Approved

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A. Gibson | Official (Signature): A. Gibson | Date: 6-20-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 2308-104-210 | JACKSON C.I. | H1102U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy has been reviewed and investigated with the following finding:

Investigation of your complaint reveals that the Disciplinary Report you are grieving, charging you with violation of (3-1) Possession of or manufacture of weapons, ammunition, or explosives, Disciplinary Report Log number 104-231454 dated 8/15/2023 has been thoroughly reviewed.

You grieve that Officer Kirkland falsified your DR. The purpose of the grievance procedure is to provide an inmate with a channel for the administrative settlement of a grievance or complaint. You should be careful of the terminology you utilize in your grievance or its attachments. Accusing staff of falsifying reports or lying can only be considered disrespect to staff. While no action will be taken against an inmate as the result of the submission of a grievance or appeal, an exception to this will be made where the inmate knowingly includes false, threatening, obscene or disrespectful statements in the grievance or any of its attachments. In this instance, the inmate shall be subject to administrative action in accordance with the provisions of Department of Corrections Rules Chapter 33-601 F.A.C.

Furthermore, video footage determined that you had discarded contraband by retrieving them from your pants and putting the objects into the trash. Shortly after, it was discovered that two weapons were in the trash. You grieve that you never claimed ownership of the weapon, and that a cell inspection sheet will provide proof to support your claim. Records were reviewed and reveals that you were placed in cell G4114L on 8/4/2023. You received your DR for the violation of (3-1) on 8/15/2023. You had approximately 11 days to resolve any discrepancies in regards to your cell inspection prior to the date that the contraband was discovered.

You state that pictures of the mattress were not included in your DR. You received a DR for possession of a weapon, taking a photo of the weapon itself is sufficient enough evidence to support the charge. If you wanted a photo of the mattress, you should have called for it on form DC6-151 during your investigation. You grieve that Officer Kirkland discovered the weapons in your cell and in the dayroom at two separate times. The violation of both locations occurred within the same timeframe. Officer Kirkland wrote your DR in accordance with Policy and Procedure.

Based on the above information, your request for Administrative Remedy or appeal is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by the Department of Corrections Rules Chapter 33-103.007 (3) (a) and (b) F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399.

| Glenn Hancock, AWP | Heath Holland, Warden | August 30, 2023 |
|---|---|---|

| _(signature)_ | _(signature)_ | _8/30/2023_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MAILED / FILED

SEP 0 1 2023

JACKSON CI



**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

WILSON, BERNARD D.          T24935          Jackson

OSB   Last   First   Middle Initial      DC Number      2308-104-210

Institution

---

### Part A – Inmate Grievance

Per ch. 33 grievant appeals the D.R.'s team basis for decision of guilt pertaining to infraction 3-1. In the statement of facts Aaron Kirkland alleged that "the fixed wing camera (particularly) observed grievant threw weapons into the trash can in the dayroom." However, the D.R. investigator, upon review of said camera, contradicts Kirkland's false report thus stating, "The camera cannot identify what appellant threw into the trash." Therefore, establishing that Kirkland falsified his report.

Furthermore, Kirkland alleges that a "shank" was found inside appellant's mattress and that appellant admitted ownership of! This is a blatant lie told by Kirkland. Appellant relied upon the cell inspection record proving that he never signed such and he further relied upon the fact that Kirkland did not take photos of the mattress which should have shown requisite "hole" in mattress which shall also resulted in a destruction of state's property. Appellant also provided a written statement totally denying an alleged "ownership" of said weapon. Appellant reiterates that he never possessed any weapon in his mattress nor was he aware of any "shank" in his mattress.

Also, it is impossible for any human to conduct a search of 2 seperate locations at the same exact time! However, Kirkland alleges that he searched both, appellant's cell and the dayroom at the same exact time of 3:00 pm. Such allegations violate appellant's 14th amendment due process rights protected under the U.S. constitution by hindering his ability to properly defend against said D.R. which includes one time stamp for 2 seperate locations. Relief sought; The overturning of sentence and guilt.

8/25/23
DATE

_(signature)_  T24935
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   Ø 1

\#      Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:   AUG 2 8 2023

(Date)          Institutional Mailing Log #:_____          _____
                                                                                              (Received By)

DISTRIBUTION:   **INSTITUTION/FACILITY**          **CENTRAL OFFICE**
                         INMATE (2 Copies)                  INMATE
                         INMATE'S FILE                        INMATE'S FILE - INSTITUTION/FACILITY
                         INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

```
                           FLORIDA DEPARTMENT OF CORRECTIONS        08/16/2023
     ISSO150 (01)          CHARGING DISCIPLINARY REPORT                            PAGE:      1
                              LOG # 104-231454
    ---------------------------------------------------------------------------
     DC#: T24935    INMATE NAME: WILSON, BERNARD D.              INFRACTION
     VIOLATION CODE:  0031   TITLE: POSS OF WEAPONS              DATE: 08/15/23
     FACILITY CODE:  104     NAME:  JACKSON C.I.                 TIME: 15:00
    ---------------------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     INMATE WILSON, BERNARD DC# T24935, HOUSED IN G4-114L, IS IN
     DIRECT VIOLATION OF CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT SECTION 3-1 POSSESSION OF OR MANUFACTURE OF WEAPONS,
     AMMUNITION, OR EXPLOSIVES. ON AUGUST 15, 2023 I OFFICER A.
     KIRKLAND WAS ASSIGNED AS INTERNAL SECURITY OFFICER AT
     JACKSON CORRECTIONAL INSTITUTION. AT APPROXIMATELY 3:00PM, I
     WAS PRESENT IN QUAD 4 OF G- HOUSING UNIT CONDUCTING A SEARCH
     OF  THE DAYROOM AND CELL G4-114, TO WHICH INMATE WILSON IS
     ASSIGNED. DURING THE SEARCH OF THE CELL AND THE DAY ROOM, I
     DISCOVERED ONE HOMEMADE WEAPON INSIDE THE STATE ISSUED
     MATTRESS OF INMATE WILSON, TO WHICH INMATE WILSON ADMITTED
     OWNERSHIP TO, AND 2 HOMEMADE WEAPONS IN THE TRASH CAN IN THE
     DAY ROOM. UPON REVIEW OF THE FIXED WING CAMERA IT WAS
     OBSERVED THAT INMATE WILSON THREW THE HOMEMADE WEAPONS INTO
     THE TRASH CAN. ALL THE HOMEMADE WEAPONS WERE APPROXIMATELY 6
     INCHES IN LENGTH, MADE OUT OF METAL, AND SHARPENED TO A
     POINT ON ONE END. THE G-HOUSING UNIT LIEUTENANT WAS NOTIFIED
     AND AUTHORIZED THIS REPORT.  INMATE WILSON WAS PLACED IN
     ADMINISTRATIVE CONFINEMENT PENDING THE RESOLUTION OF THIS
     REPORT. THE WEAPONS WERE CONFISCATED, PHOTOGRAPHED, AND
     DISPOSED OF ACCORDING TO POLICY AND PROCEDURE.


     REPORT WRITTEN: 08/15/23, AT 15:45     BY: KAA14 - KIRKLAND, AARON A
    ---------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 8/17/23, AT 12:51

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

              DELIVERED BY : M5096 -
    ---------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
---------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED

## PART B - RESPONSE

| WILSON, BERNARD | T24935 | 2309-104-014 | JACKSON C.I. | H1106L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal is being returned without disposition for the following reasons:

Your request for Administrative Remedy has not been filed in compliance with Chapter 33-103.006, F.A.C., Inmate Grievance Procedure. You did not provide this office with a copy of the informal grievance filed at the institutional level required by rule. Chapter 33-103.014(1)(g) states that a grievance may be returned without further action if the grievance did not have the attachments required: informal grievance AND RESPONSE.

In order to receive administrative review of your complaint, you must correct the stated defect (s) and re-submit the grievance within the time frames set forth in Department of Corrections Rules Chapter 33-103.011 F.A.C.

Your request for administrative appeal is returned without action.

Glenn Hancock, AWP                September 5, 2023

_____          _____          _____
SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.          DATE
EMPLOYEE RESPONDING                WARDEN, OR SECRETARY'S
                          REPRESENTATIVE

INMATE FILE COPY

MAILED / FILED

SEP 0 7 2023

JACKSON CI

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Wilson, Bernard D. _____   T24935 _____   Jackson C.I _____
O9D   Last   First   Middle Initial      DC Number      Institution

2309-104-014

_____ Part A – Inmate Grievance _____

This formal grievance is in regards to the property dept's failure to comply
with ch. 33-103 which requires that the informal grievance be responded to
within 15 days following reciept by staff. Complainant submitted an informal
grievance directed to the property dept. Sgt. missledine, on August
16, 2023. Requesting, with all due respect, his legal material. As of this
4th date of September 2023 grievant has yet to recieve a response to he niether his
request forms nor informal grievance submitted to the property dept.. And
now grievant seeks administrative relief from this office, in good faith, that
Sgt. missledine (Property dept.) be compelled to provide complainant with all legal
material which are pertinent to his active legal cases. Due to the property dept.'s
acting in such an objectively unreasonable manner to complainant's legal matters
grievant has missed 2 seperate legal deadlines (2 second dist. ct. of appeals
-criminal and U.S. m.D of FL.). Grievant has made Sgt. missledine subjectively
aware of these legal matters as his legal issues are still active, However,
missledine chose to act with deliberate indifference to this matter by
failing to adhere to the policy and procedures set forth by the F.A.C and
ch. 33.

    Relief sought; Grievant solely wishes to recieve his legal materials,
which are mandated by the U.S. constitution and Fl. statutes and ch.33...
    Furthermore, Sgt. missledine shall be retrained in the proper manner as
to the requirements of a Property dept. staff.

                       Respectfully Submitted

9/6/23 _____      _____ T24935
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   Ø / _____   Signature
                                                       #

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: SEP 0 5 2023      Institutional Mailing Log #: _____   _____
             (Date)                                                                                   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

OSA - Classification

| Mail Number: _____ |
| Team Number: _____ |
| Institution: _____ |

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | BERNARD WILSON | T24935 | H1102 | Conf. | 9-3-23 |

**REQUEST**                                  Check here if this is an informal grievance ☑

This informal grievance is in regards to the ~~mother~~ disciplinary hearing team's staff member, one Ricky Clark's, abuse of authority and misappropriating of laws and procedures along with his failing to adhere to FL.D.O.C's policy and procedures. On Aug. 24, 2023 grievant attended D.R. hearing which was held by Lt. Shelton and Claud on a charge of poss. of weapons. This infraction alleged that grievant had a knife (shank) in his mattress discovered by off. Kirkland and Kirkland further alleged that video surveillance footage of H-4 dormitory observed grievant particularily "throw 2 knives into the trash can in A-4 dayroom." Also grievant allegedly "admitted" ownership to the shank found in his mattress. However at the D.R. hearing Claud read the investigator's version of what the video footage of A-4 shown in which this evidence clearly contradicted Kirkland's "statement of facts", by revealing that video footage "cannot" verify/make out what exactly was thrown into the trash can!

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): _____ | DC#: T24935 |
|---|---|

104-2309-0052

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                         DATE RECEIVED: 9-05-23

Unfortunately, You cannot file for an officer not to complete his job assignment or daily tasks

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied** . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Watson | Official (Signature): _____ | Date: 9-5-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

page 2 of

Cloud chose to clearly disregard this exculpatory substantial evidence that clearly conflicted with the statement of facts (sworn affidavit document) made by Kirkland. Furthermore, grievant had provided a witness statement denying ever having possession of any shank nor placing one in his mattress. Grievant even went so far as to produce evidence to further contradict Kirkland's falsifying document by calling the cell inspection sheet as an exhibit and the lack of photos documenting the alleged "hole" in said mattress. Which would clearly refute Kirkland's allegation that grievant "admitted ownership" to said shank. Cloud Cloud, once presented with grievant's substantial testimony, witness statement and exculpatory evidence became very irate and based grievant's unlawful and unfounded guilt decision of guilt on Cloud's personal feelings. Such actions violated grievant's 14th amend. right to due process.

Grievant filed an appeal with the institution but also seeks justice from this office regarding Cloud's unprofessional behavior and his malicious + sadistic intent to deprive grievant of his right to a fair and impartial hearing. Cloud shall be prohibited from participating in any future D.R. hearings.

Respectfully Submitted

## PART B - RESPONSE

| WILSON, BERNARD | T24935 | 2309-104-034 | JACKSON C.I. | H1106L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal is being returned without disposition for the following reason:

Chapter 33-103.014(1)(m) states that a grievance may be returned without further action if a decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it. There is no provision for grieving an issue that has been approved at the prior level.

If you wish to grieve inaction on an approved Informal Grievance, this becomes a new issue and must be grieved beginning at the informal level.

Your request for administrative appeal is returned without action.

Glenn Hancock, AWP            September 8, 2023

_____          _____          9/8/2023
SIGNATURE AND TYPED OR PRINTED NAME OF         SIGNATURE OF WARDEN, ASST.               DATE
EMPLOYEE RESPONDING                            WARDEN, OR SECRETARY'S
                                               REPRESENTATIVE



INMATE FILE COPY

MAILED / FILED

SEP 11 2023

JACKSON CI

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

Wilson Bernard D.   T24935   Jackson
Last   First   Middle Initial   DC Number   Institution
2309-104-034

IIA

---

Part A – Inmate Grievance

Grievant forwards this matter to the administration in regards to property dept.'s "Approving" informal grievance log # 104-2308-8208 however failing to provide grievant with his requested legal material as of this 7th day of September 2023.

Grievant solely, with ALL due respect seeks to be provided with his legal material which he is allowed to have in his possession while housed in confinement. Per ch. 33-602.220 - 223.

This formal Grievance is being placed in the grievant lock box, on this 8th day of Sept. 2023.

9/7/23
DATE

T24935
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:
Ø /
#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **SEP 0 8 2023**
(Date)   Institutional Mailing Log #:_____   _____
(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**

**INM~ ~ REQUEST**   DEPARTMENT OF CO~ ~CTIONS

1F- Property

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other Property |
|---|---|---|---|---|

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H3101 | Job Assignment Conf. | Date 8·17·23 |
|---|---|---|---|---|---|

**REQUEST**                          Check here if this is an informal grievance ☑

I have legal dead lines and am in dire need of my legal materials.
I've submitted a request form which has not been responded to. I have
a number of manila folders which are ALL active legal papers. Please,
per ch. 33, provide grievant with ALL legal material.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

104- 2308-0258

**DO NOT WRITE BELOW THIS LINE**            RECEIVED

**RESPONSE**                    DATE RECEIVED: AUG 1 7 2023

Approved ~~you will~~ you will be issued
all of your Approved property that you
are allowed to have while housed in
Confinement

[The following pertains to informal grievances only:]

Based on the above information, your grievance is Approved . (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): A. Missildine | Official (Signature): | Date: 8-24-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later
than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Att- Food Service

Mail Number: _____
Team Number: _____
Institution: _____

**.TO:** (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [x] Other Food Service

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | BERNARD WILSON | T24935 | H1102 | Conf. | 9.1.23 |

**REQUEST**                                    Check here if this is an informal grievance [✓]

Per ch. 33-103 grievant files this grievance in regards to the Food service director's blatant disregard foe FL.D.O.C's policy and procedure ch.33-602.220-222 which clearly states that inmates in confinement shall be afforded the same meal options and rights as those in general population! Therefore, grievant, while in confinement at ANY period of time, shall be allowed to participate in the vegan diet program. food service director's (Taylor Atwell) failure to adhere to FL.Dept. of corrs. Standard operating Procedure, which is governed by F.A.C (Florida's Administrative Code), clearly results in a violation of complainant's 14th amendment right under the Equal Protection Clause. protected by the United States Constitution, And as a result of said civil rights violation, would furthermore constitute a violation of grievant's 8th amend. Right under the conditions of confinement clause thus, by subjecting plaintiff/complainant to serious harm that he is now making Atwell subjectively aware of. (continue on page 2)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|
| 104-2809-0053 | |

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED: _____

Ch 33-204.002 food Service standards Sec (9)(c) An inmate may alter her/his choice of the regular menu and other Entrée by a request to confinement housing officers No More than once every 30 calender Day in Special Housing

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Taylor Atwell | Official (Signature): | Date: 09-13-23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Informal grievance continued (page 2 of 2)
Grievant has developed a serious allergic reaction to the alleged "ground meat" and the "meat patties" that are served on the regular diet trays. After consuming these foods it becomes very noticable that complainant has blood in his feces/stool. This is clearly a serious health issue that has resulted in grievant seeking medical attention which they've adviced grievant to participate in the food options provided by food service. However, due to food service director's failure to allow grievant said access, which by the United States constitution, he's every right entitled to, he is forced to continue to consume said ~~unhealt~~ foods which is only causing severe digestive problems and ~~the deteriation~~ deteriation of grievant's health. Atwell's objectively unreasonable manner in which he displays towards ~~ge~~ the substantial risk of further serious harm that grievant faces, which could be alleviated by Atwell's taking precautionary measures, would result in his being liable to any civil action brought forth by grievant. Atwell is now being made subjectively aware of aforementioned ~~risk of~~ objectively substantial risk of serious harm complainant faces. In other words Atwell has been given fair notice that his conduct is unlawful therefore, grievant respectfully requests that he not act in a deliberate indifferent manner.

  Also ~~per ch. 33~~

  Relief sought; Grievant, with ALL DUE RESPECT, be allowed to participate in the vegan diet program as soon as possible.

  ✕ Please note: Staff is prohibited from deviating from FL.D.O.C's policy and procedures and are not allowed to create its own rule(s) doing so would only add "insult to injury" thus, violating 14th amend. right to due process.

  Copies of this document has been made and recorded as potential exhibits for any future civil litigation.

                              Respectfully Submitted