Exhibit C

MAILED/FILED
WITH AGENCY CLERK

DEC 09 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 22-6-34873 | JACKSON C.I. | G2209U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The issue of your complaint has been referred to the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

As action has been initiated, you may consider your appeal approved from that standpoint. This does not constitute substantiation of your allegations.

A. JOHNS

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

*Original Copy*

**FLORIDA DEPARTMENT OF CORRECTIONS**

GRIEVANCE
JACKSON C.I.

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

RECEIVED

NOV 28 2022

Department of Corrections
Inmate Grievance Appeals

TO: ☐ Warden ☐ FOR MAILING Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

WiLSON, BERNARD D.                T24935               JACKSON C.I
Last      First      Middle Initial            DC Number              Institution

---

**Part A – Inmate Grievance**                 22-6-34873

This is AN ~~Emergency~~ *Grievance* in regards to "Retaliatory Acts" displayed by
Jackson C.I's "A.M.U" staff members: Sgt. Ingram (confinement staff), Sgt.
Granger (conf. staff), Officer Causey (conf. staff), Lieutenant Oliver (conf. staff),
Officer Danielle Jones! The following is an account of the events in which for
grievant files this *Emergency Grievance*. On November 4, 2022 during conf. showers
grievant's cellmate alleged "Prea" against grievant. A "PREA" assessment was
conducted by medical and an incident report followed thus, placing a "Special Review"
on grievant and his "then" cellmate. On November 8th, 2022 between the hours of 1:00pm
through 2:45 p.m grievant was removed from cell H1-219 and en-route to be housed
to another cell conf. staff, as named above, made abusive, threatening and derogatory
comments towards grievant as they stated, "You like to write grievances? This is how we
deal with snitches like you!" As Grievant was led to cell H2-201 where grievant's previous
cellmate was housed (whom there's a special review placed on) While at the cell front of
H2-201 grievant informed conf. staff that, "I can't go in there with him! I'm afraid he's
gonna beat me up and we are "keep seperate" from one another!" At which point Sgt. Benny
Ingram stated, "Naw, you'll be alright! Snitches get stitches!" as he proceeded to force
grievant into cell H2-201. At which point grievant's cellmate began to attack him, hitting him
in the head and causing him to fall and hit his back flat on the edge of the steal bottom bunk.
He then bit grievant on his abdomen. Grievant screamed for help and beat on the door.
Confinement staff approached the cell door several times throughout this altercation thus,
witnessing said assault and the blood on grievant while they taunted and encouraged grievant's
cellmate to continue assaulting him. Lieutenant Oliver then approached cell H2-201 and
grievant cried and begged him to remove him from the cell while showing him the blood
and injuries that his cellmate caused. At which Oliver stated, "You gotta deal with it!" Oliver
then looked at grievant's cellmate and stated, "continue handling that problem!" (cont. pg.2)

11-14-22                                                    T24935
DATE                        S            SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø 1
#            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)                                                                            (Received By)      104

                                                                                                   105

**DISTRIBUTION:**     INSTITUTION/FACILITY          CENTRAL OFFICE
                     INMATE (2 Copies)             INMATE
                     INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                     INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                 Incorporated by Reference in Rule 33-103.006, F.A.C.

cont. from pg. 1

(further encouraging him to assault grievant) Only after approximately one hour of this "beating" that grievant was removed from cell H2-201 and housed in H1-208. Grievant then was escorted to see medical at which point he was threatened by conf. staff that if, "...You tell ANYONE what occurred then ~~you~~ we will kill you ourselves! You're at A.M.U & we run this shit!" Medical staff did not document ANY of grievant's injuries.

&ast;    Grievant's U.S. constitutional Rights to be free from cruel + Unusual Punishment at the hands of other inmates, by staff's labeling him a snitch which are protected under the 8th amendment and his 1st amend right to be free from retaliatory acts for his petitioning his right to the redress of the grievance procedure.

   On November 13, 2022 between the hours of 5:00pm - 6:30pm, as grievant was housed in G4-108Low, grievant was on the phone and off. D. Jones, accompanied by 2 other officers, entered G-4 dormitory and proceeded directly to grievant's assigned cell and commenced to "search".

&ast;    Duly note, D. Jones was NOT assigned to G dorm at all but security 9! Jones then, after her search, ordered grievant to the sally port where she placed him in hand restraints and escorted him to confinement. ~~(grievant's)~~ (grievant's cell was the ONLY cell Jones conducted a search of! > SEE video surveillance of G-4 dormitory) On the way to confinement Jones informed grievant that he's a snitch for writing grievances and, "I will make your stay here at A.M.U a living hell you fucking rat!" Grievant was then placed in H-dormitory confinement. Grievant has yet to find out his confinement status!

<center>Unnotarized Oath</center>

   I swear, due to penalties of perjury, that the above facts are true and correct. Executed this 14th day of Nov. 2022 by the undersigned.

<div align="right">Respectfully Submitted,<br>
# T24935</div>

&ast;  Grievant has filed several informal/formal grievances at the institutional level in regards to these incidents. Grievant prays that none are destroyed.

BERNARD WILSON T34935
Jackson Corr Inst
5863 10th Street
Malone, FL 32445

NOV 1 6 2022

SECRETARY, FL. Dept. of Corrections
601 Calhoun Street
Tallahassee, FL 32399



```
12/01/2022           FLORIDA DEPARTMENT OF CORRECTIONS          PAGE:  1
  MINO101                MINS INCIDENT REPORT               TIME 12:00
```

```
PREPARED BY: DIMGAS3 STOKES, ASHLEY      INCIDENT NUMBER: 0001155181
INCIDENT TYPE: 10G IMPROPER CONDUCT      STATUS OF INCIDENT: ENTERED
REPORT DATE:   12/01/2022                REPORT TIME:   11:54
INCIDENT DATE: 11/08/2022                INCIDENT TIME: 01:00
REPORTING FACILITY: 000 CENTRAL OFFICE   INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.     INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 03 COMPOUND           DAY CODE: 9      SHIFT CODE: 9
DATE REPORTED TO MANAGEMENT: 12/01/2022  W-B REVIEW BY:
IG NUMBER:                               UOF NUMBER:
DATE ASSIGNED:
INJURIES: N       STG/STI INVOLVEMENT: N  PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N   WEAPONS USED: N         INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N         CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                         SEND TO IG OFFICE: Y
```

```
         NAME              TITLE          BIRTHDATE  R S   ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
SUBJECT (S)
  INGRAM, BENNY R.    CORRECTIONAL OFFICER SE 09/18/1969 1 1 10260
  OLIVER, LUCIOUS A.  CORRECTIONAL OFFICER LI 04/06/1973 2 1 27295
VICTIMS (S)
  WILSON, BERNARD D.   INMATE  TRD:LIFE SNT  10/08/1982 2 1 T24935
```

```
CONTRABAND RECOVERED        TYPE    POSSESS    QUANTITY     UNIT MSR
------------------------    ------  -------    ----------   --------
```

```
MEDICAL DEPT. DESCRIPTION OF INJURIES:
      INMATE WILSON, BERNARD DC#T24935 FILED A GRIEVANCE APPEAL
      #22-6-34873 ALLEGING THAT ON 11/4/22 DURING CONFINEMENT
      SHOWERS HIS CELLMATE REPORTED A PREA INCIDENT ON HIM  (THIS
      WAS PREVIOUSLY REPORTED MINS#1151168) AND ON 11/8/22 HE  WAS
      REMOVED FROM CELL H1-219, HOWEVER SGT. INGRAM TOLD HELP
      "SNITCHES GET STITCHES" AS HE PROCEEDED TO FORCE HIM INTO
      CELL H2-201 WHERE THE SAME CELLMATE WAS AND STARTED
      ATTACKING HIM, HITTING HIM IN THE HEAD AND CAUSING HIM TO
      FALL AND HIT HIS BACK FLAT ON THE EDGE OF THE STEAL BOTTOM
      BUNK AND THEN HE BIT HIM IN THE ABDOMEN. INMATE WILSON
      SCREAMED AND BEAT ON THE DOOR FOR HELP AND CONFINEMENT STAFF
      APPROACHED THE CELL DOOR SEVERAL TIMES THROUGHOUT THE
      ALTERCATION AND THEY JUST TAUNTED AND ENCOURAGED THE
      CELLMATE TO CONTINUE TO ASSAULT HIM. INMATE WILSON ALLEGES
      THAT LT. OLIVER CAME TO HIS CELL AND AS HE BEGGED TO BE
      REMOVED OLIVER STATED "YOU GOTTA DEAL WITH IT".
```

FILE INFORMATION ONLY DO NOT SEND TO INMATE

WITH AGENCY CLERK

MAR 01 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 23-6-06089 | JACKSON C.I. | G4208L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note:  This grievance is not accepted as a grievance of an emergency nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

When making allegations of staff misconduct, you need to provide all pertinent information, such as names, dates, times, places and specific details, for a proper review.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Johns

2-24-23
DATE

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

PROVIDED TO JACKSON C.I. ON

**RECEIVED**

FEB 24 2023

Department of Corrections
Inmate Grievance Appeals

FEB 16 2023

FOR MAILING

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Wilson Bernard D.     T24935     Jackson
Last   First   Middle Initial     DC Number     Institution

---

Part A – Inmate Grievance    23-6-06089

This is an Emergency Grievance; Retaliatory acts. Per ch. 33 and FL/U.S. constitution such acts by government officials are prohibited. The named staff members are constantly retaliating against grievant for exercising his right to the grievance procedure. Named defendants, Sgt. B. Hamler, officer Shakarra Dinkins, Training Trainee Lovette. On 2-14-23 at approximately 9:41 pm during lockdown Trainee officer Lovette opened grievant's cell door G-4208 and stated "oh, so you're the bitch who suppose to be suing my "dawg" Lieutenant Oliver?! Well, let me tell you something, if you go through with that shit then I'm gonna make it my business to shove this flashlight up your ass!" This barrage of insults and threats carried on for a while with Sgt. B. Hamler present whom stated that she heared about the lawsuit grievant was planning against Jackson C.I staff and further stated that she, Sgt. Hamler, put a hit on several inmates to have them stabbed. Such threats and verbal abuse is a violation of grievant's constitutional rights to be free from cruel + unusual punishment. "8th Amendment.
Grievant has an open investigation concerning said matters with Jackson C.I staff and their acts of retaliation.
Furthermore, threats of sodomizing is a clearly violation of "PREA".

2-15-23
DATE

T24935
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: Ø / _____
#    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2-17-23
(Date)    Institutional Mailing Log #: _____

JOG 104

(Received By)

Trainee Lovette
Sgt Hamler

DISTRIBUTION:   INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

Det 31
NYG 18 F
23 WAS
10
Phi 17
Ind 16 F
BAL 13 F
CAR 3
ATL 27
Chi 24 F
Buff 28
CLV 16
NYJ 3
NE 10
Cinn
Pitts
Dall
Miami
NO 27 F
RAM 20

WITH AGENCY CLERK

JUL 1 2 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| **WILSON, BERNARD** | **T24935** | **23-6-21386** | **JACKSON C.I.** | **H3206U** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Your request for protection and subsequent investigation has been reviewed by this office. We uphold the Institutional Classification Team and State Classification Officer decision to deny you protective custody at this time. You have provided no substantial evidence to show a need for special protective measures above and beyond our normal security operations.

You are special reviewed against inmate Pelham, Brett. The ICT recommended and the SCO approved you to be released to general population to resume AMU programming.

Based on the foregoing information, your appeal is denied.

Z. Culpepper

| _____ | _Z. Culpepper_ | _7-11-23_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

<u>REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL</u>

**RECEIVED**
JUL 1 1 2023
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department

From or **IF Alleging Sexual Abuse**, on the behalf of:

WILSON  BERNARD  S.        T24935        Jackson

Last      First      Middle Initial        DC Number        Institution

---

Part A – Inmate Grievance

23-6-21386

Per ch 33 appellant files this request for administrative appeal in regards to his being denied protective management by S.C.O on this 28th day of June 2023. Appellant is in dire fear of his life here at Jackson C.I. On June 4, 2023 while housed in G-4 appellant was stabbed multiple times by a "folk" gang member. while one of his "brothers" assisted him (Larry Jenkins). Video Surveillance of this incident will clearly show Larry Jenkins rushing towards appellant in a very aggressive and threatening manner while holding his knife while his gang brother attempted to kill me! I had been notified throughout that morning that someone had a "Hit" placed on them and contrary to the rumors this incident did not originate from any canteen debt. Appellant had been threatened by Brett Pelham a number of times and appellant attempted to carry out a pre-emptive strike. This incident stems from appellant's gang affiliation (Blood). Back in November 2022 inmate Webens Villarde accused appellant of making sexual advancements towards him while they were housed in confinement together > SEE PREA incident report. At this time a PREA assessment was conducted and Villarde was relocated to another cell. However, 4 days later appellant was forced to go back inside a cell with Villarde where Villarde attacked appellant. Appellant was threatened by staff members to not pursue this injustice. Appellant filed a number of informal and formal grievances regarding this matter and a lawsuit has been initiated against staff here at Jackson C.I for failure to protect. Prior to the June 4th 2023 attack/attempt on my life, Villarde was then housed in G-4 213 in the same wing as appellant again. Villarde then began telling the Bloods that appellant was gay and a snitch as he informed them that appellant snitched on Sgt. Blakely for bringing drugs. Appellant was interviewed by the I.n concerning this matter also. So now the Bloods along with Villarde has placed a (cont. pg. 2)

6-25-23
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #  T24935

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   Ø 1   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: JUL 0 5 2023   Institutional Mailing Log #: 0-10523-4   2A
(Date)                                                              (Received By)  104

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

"HIT" on my Life. Other inmates has also warned me of this planned attack on my Life. I have recieved a sworn affidavit from one witness (Eric Duberry) whom has informed me of more particulars surrounding the threat posed against my life. Appellant has placed Jackson C.I.'s administration (I.C.T), Ms. Peterson, Major Brown and A.W. Hancock, on fair notice, Along with this office, that their conduct is unlawful if Any fail to alleviate the future/imminent threat of violence from befalling appellant by failing to take Any precautionary measures to provide protection. Appellant was lifeflighted due to the June 4 2023 attack and as pronounced by the doctors appellant "almost died". Appellant is afraid that he will be killed if he is released back on this compound at Jackson C.I. Failure to protect will result in a violation of Appellant's 8th amend. rights and will lead to civil action if Any harm is suffered by appellant or if Any "pre-emptive" strike is nde by appellant in an attempt to defend or protect himself. Appellant is extremely paranoid. Larry Jenkins (the Head of folk nation) has been relocated to H3106 while appellant has been housed in H3106 in conf. Jenkins has now communicated through the A/c vent to appellant, that appellant is a "Snitch". Jenkins assisted Brett Pelham in the attack against me. Jenkins was placed in confinement that day along with another inmate to which Jenkins stated that I snitched on them and thats the reason they were placed in conf. He further stated that if the "Bloods or villarde don't, get yo Rat ass, then I told my brothers to kill you where ever you go." The Bloods and villarde had paid the folks to kill me. There is no special review in place against appellant, villarde, or Jenkins. Appellant fears for his Life and warns this agency that his life is in Jeopardy.

WITH AGENCY CLERK

JUL 1 9 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 23-6-22406 | JACKSON C.I. | H3206L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

This office has previously addressed your protection issue in appeal log #23-6-21386. We will not redress this issue.

Your request for administrative appeal is returned without action.

Z. Culpepper

_Z. Culpepper_                    7-N-23

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

PROVIDED TO JACKSON C.I. ON

RECEIVED JUL 1 1 2023 FOR MAILING

JUL 18 2023
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

Wilson  Bernard D.        T24935        Jackson
Last   First   Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**

23-6-22406

This is an appeal from the institution and S.C.O's denial of appellant's request for protective management. On June 4, 2023 appellant was severely stabbed multiple times by gang members causing him to be emergency Life Flighted to the hospital where he suffered "near life-threatening" injuries. Appellant was never interviewed by any P.M investigator concerning this matter. Appellant provided to Lieutenant Harbower, on June 28th 2023 a written witness statement detailing the cause of his being stabbed. Appellant had also appeared before the I.C.T and verbally outlined in detail the facts surrounding the threats on appellant's life to which no protection was provided. Appellant was denied protection. On July 6, 2023 major White informed appellant that S.C.O denied his P.M request at which time appellant requested an appeal. This is his second appeal to this office. A "Hit" has been placed on appellant's life due to allegations of his being a homosexual and a "snitch" which are violations that are punishable by death. In Nov. 2022 inmate Villarde, who is a Zoe, was housed as appellant's cellmate and alleged that appellant sexually assaulted him and solicited him for sexual favors. A Prea assessment was conducted at this time. Four days later appellant was again placed back inside the same cell as Villarde at which point Villarde attacked appellant. The inspector General's office investigated this matter and a recorded interview was conducted. In June Villarde was relocated from confinement and housed in the same housing unit as appellant (6-4) where he informed the Bloods that appellant was a homosexual. Per appellant's S.T.G file he is documented as a "Blood" gang member. Furthermore, Villarde also confirmed the rumor that appellant was a "snitch" because he snitched on Sargeant A. Blakely for bringing drugs into the institution back in Nov. 2022. The Bloods along with Villarde (Zoe) placed a "Hit" on appellant to have him killed. The Folk nation accepted said "Hit". Brett Pelham on June 4, 2023 attempted to kill appellant. (cont. on pg. 2

7/10/23
DATE

T24935
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

0 /
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and

Bernard Wilson T34935
A563 10th St.
Malone, FL 32445

JUL 1 2 2023

Bureau of Inmate Grievance
501 S Calhoun St. Suite 135
Tallahassee, FL 32399



# PART B - RESPONSE

| WILSON, BERNARD | T24935 | 23-6-23042 | JACKSON C.I. | H3206L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note:  This grievance is not accepted as a grievance of an emergency nature.

Your request for administrative review has been received, reviewed, and evaluated.

This office has previously addressed your protection issue in appeal log #23-6-21386. We will not redress this issue.

Your request for administrative appeal is returned without action.

Your request is being returned without action.

A. Johns

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*A. Johns*

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

7.24.23
DATE

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUL 24 2023
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Wilson | Bernard | D. | T24935 | Jackson |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance

23-6-23447

This is a grievance of sensitive nature / EMERGENCY. CONCERNING this administration's displaying of callous disregard for grievant's safety. This administration has been given "FAIR NOTICE" that its conduct is unlawful. On June 4 2023 grievant was severely stabbed over 8 times resulting in his being Life-Flighted to Southeast Medical in Alabama. Grievant since has completed 4 witness statements intricately detailing the events and reasons for his being stabbed. (his injuries WERE Life-threatening) Grievant has VERbally addressed this matter with several staff members in attempt to bring awareness to the imminent threats of serious harm that he face if he's released back onto Jackson C.I. compound. Grievant has provided names, dates and references to past incident reports that clearly substantiate his claims. However, this administration along with this "Secretary's office" has chosen to further display "Diliberate Indifference" toward grievant and his cause for his seeking safety. (see log # 23-6-21386) Grievant's request and his plea for help has clearly been denied thus, forcing him to go out onto the compound's open population (A.M.U) (which is clearly known for its housing of very dangerous and high ranking gang members) and face the imposing threats on his Life which he's warned-notified this office and Jackson C.I administration. The afore-mentioned parties' failure to take pre-cautionary measures to alleviate such threats of serious harm from befalling grievant clearly violates grievant's 8th amend. right to be free from violence suffered at the hands of other inmates. Grievant again, attempts to place this office on fair Notice that its conduct is unlawful and civil action shall be taken. And all above mentioned parties shall willingly take responsibility and be held liable

7/14/23
DATE

[signature] T24935
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 1 # [signature] Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Submitted by the inmate on: JUL 18 2023 (Date)

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: 071823-10

[signature] (Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

23-6-21386

MAILED/FILED
WITH AGENCY CLERK

AUG 0 4 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 23-6-24460 | JACKSON C.I. | H3206L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note:  This grievance is not accepted as a grievance of an emergency nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

If you fear another inmate, contact the shift officer in charge for immediate action.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

When making allegations of staff misconduct, you need to provide all pertinent information, such as names, dates, times, places, and specific details, for a proper review.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

| *S. Culpepper* | *A. Johns* | *8-4-23* |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Wilson BERNARD D.      T24935      Jackson
Last    First    Middle Initial      DC Number      Institution

**RECEIVED**
AUG 0 2 2023
Department of Corrections
Inmate Grievance Appeals

---

Part A – Inmate Grievance

23-6-24460

This is a grievance of Emergency/sensitive nature, grievant's reason for bypassing the institutional level is due to his filing a number of both formal and informal grievances at the institutional level which has resulted in acts of retaliation by Jackson C.I. staff. On July 15, 2023 grievant attend confinement recreation. At which point officer Benton removed grievant from his cell and proceeded to escort him to recreation. Once outside Benton attempted to place grievant in a recreation cage with another inmate (Zack-H3323, H3325) whom is an official gang member (Folk nation). Grievant then informed Benton that he could not go into a cage with Zack because Zack is a C.M. inmate and a Folk and grievant is a P.M. inmate. Benton became comical and stated, "Get your big scary snitchin ass in there! I won't let him kill you but you gotta fight!" Benton then forced grievant into cage and threatened grievant that "if you don't cooperate then I'm gonna let him beat your ass while you're in cuffs." Benton then removed grievant's hand restraints and grievant was physically attacked by Zack! Once grievant was knocked down Benton ordered Zack to stop and stated, "That's enough! We don't need any marks on him because he's gonna try to snitch to medical!" Zack was then removed from rec cage. This act of callous disregard for grievant's safety displayed by off. Benton is supported by affidavits (sworn) written by other inmates whom were present during this incident. Furthermore, Benton violated grievant's 8th amend. right to be free from violence at the hands of other inmates and his failure to protect. Grievant seeks injunctive relief to be placed in a protective management unit immediately and monetary damages, for punitive and compensatory, in the amount of $66,000.00, or a jury trial. The retaliatory acts displayed Jackson C.I. staff towards grievant stems from his exercising his right to the redress of the grievance procedure, and their obvious attempts to hinder his access to the courts which is another violation of his 1st Amend. Rights.

7/26/23
DATE

T24935
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

Ø 1
#    Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must include a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JUL 2 7 2023    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 072723-5    _____
(Date)                                                                              (Received By)

108 to Benton
800 102

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
                 INMATE (2 Copies)       INMATE
                 INMATE'S FILE           INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

SEP 20 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 23-6-28951 | JACKSON C.I. | H1207L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note:  This grievance is not accepted as a grievance of an emergency nature.

The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Based on the foregoing information, your appeal is returned without action.

A. JOHNS

_A. Johns_   9-14-23

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

PROVIDED TO
JACKSON C.I. ON

SEP 05 2023

FOR MAILING

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| WILSON | BERNARD | D. | T24935 | Jackson |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**                    23-6-28951

Per ch. 33 grievant files this EMERGENCY Grievance/sensitive nature concerning the retaliatory acts displayed by staff here at Jackson C.I. Grievant's reason for by-passing the institutional level's is due to his extreme fear of being further retaliated upon. Grievant has submitted a number of grievances throughout his stay here and on August 22, 2023 as showers in H3 dormitory were being conducted Sgt. Conley, after applying hand restraints & removed grievant from his assigned cell H3101. Once outside of his cell Sgt. Conley asked grievant "which hand do you write with?" to which grievant replied that he's right handed. Conley then reached down and grabbed grievant's right index finger and attempted to break it while stating, "you can't write A lawsuit with a broken finger." Grievant's only attempt was to avoid having his finger broken. Grievant never snatched away from Conley in any forcible manner. Conley forcefully began to slam grievant against the steel door frame of H3101. At one point Conley attempted to apply chemical agents in an unlawful manner doing so far as to break the seal of his pepper spray. Lieutenant Kelley along w/ other available staff prevented any further use of excessive force by Conley and a post-use of force was conducted where grievants injuries were noted by medical staff. Conley's retaliatory actions were in relations to Grievant's exercising his access to the courts thus fore Conley Adverse Action against Grievant for his participating in constitutional speech, which is A violation of his 1st amend. Right would chill Any person of ordinary firmness from continuing in a protective Activity. Grievant seek criminal charges to be filed against Conley for Battery and attempted aggravated assault and punitive and compensatory damages in the amount of $100,000.00 and Emergency Injunctive Relief transferring grievant to a P.M. unit. (continued)

| 8/31/23 | | T24935 |
|---|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # | |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø /  _____
\#            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____         10h  1c4
                              (Date)

(Received By)   Sgt Conley

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

PROVIDED TO
JACKSON C.I. ON

SEP 05 2023

FOR MAILING

page 2 of 2

    Conley's unlawful use of excessive force was used in a means
to inflict unwarranted pain on grievant and his attempt to break
grievant's "writing" finger was to prevent him from accessing the
courts and filing a civil complaint.

    Grievant, respectfully, asks that the video surveillance
vid footage from H3 dormitory, during the time of this assault (shower
time) between the hours of 5:30pm - 8:30pm be perserved for a period
of 180 days for future ~~enth~~ Exhibits in Any civil Actions.



BERNARD JOHNSON #T66025
5560 1 Rd St.
Mariana, FL 32445

PENSACOLA FL 325
6 SEP 2023   PM 1   L

Secretary of FL Dept of Corr.
501 Calhoun St
Tallahassee, FL 32301

RECEIVED
SEP 08 2023
CENTRAL OFFICE MAILROOM
BY _____

MAILED FROM A STATE PRISON

32301-654599