# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    **Plaintiff,**

**v.**                          **Case No.: 5:23-cv-253-TKW/MJF**

**INGRAM, ET AL.,**

    **Defendants.**
_____/

## NOTICE OF FILING SUPPLEMENTAL EVIDENCE

Notice is hereby given that undersigned counsel hereby submits additional supplemental evidence in support of Defendant Stoudemire's Motion to Dismiss. (Doc. 58). As additional Exhibits, **Stoudemire** ("Defendant") provides the declarations of Jerrilyn Place and LaWanda Sanders, which are attached to this Notice. *See* (Defendant's Exhibits A, B).

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Filing Supplemental Evidence* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on August 28, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2