# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA DIVISION

**BERNARD D. WILSON,**
**DC# T24935,**

    **Plaintiff,**

v.                                                                   Case No. 5:23-CV-253-TKW/MJF

**INGRAM, ET AL,**

    **Defendants.**
_____/

## DECLARATION OF Jerrilyn Place

I, Jerrilyn Place, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am employed as a Sr. Clerk by the Florida Department of Corrections ("FDC"), at Charlotte Correctional Institution. As Sr. Clerk, I regularly review inmate grievances, to include informal and formal grievances.

2. At the request of the Florida Office of the Attorney General, I have reviewed the available grievance records stored in the FDC's Central database and that of Charlotte Correctional Institution for inmate Bernard Wilson, DC# T24935, for grievances filed between November 8, 2022, to September 13, 2023.

3. During that period, inmate Wilson filed Five (5) Formal Grievances and eighteen (18) Informal Grievances. Inmate Wilson did not file any Formal and Informal grievances pertaining to the claims mentioned in his complaint concerning Defendant Step'han Stoudemire. Inmate Wilson did not mention any claims against defendant Step'han Stoudemire in regard to defendant ripping up inmates complaint in an effort to prevent him from filing his case.

4. The foregoing facts are known to me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_____          _8-26-24_____
**Jerrilyn Place, Sr. Clerk**                                **Date**