# Exhibit B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

**BERNARD D. WILSON,**
**DC# T24935,**

    Plaintiff,

v.                                  Case No. 5:23-CV-253-TKW/MJF

**INGRAM, ET AL,**

    Defendants.
_____/

## DECLARATION OF LAWANDA SANDERS

I, LaWanda, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am employed as a Operations Analyst 1, by the State of Florida, Department of Corrections (FDC), Bureau of Policy Management and Inmate Appeals in Tallahassee, Florida.

2. At the request of the Florida Office of the Attorney General, I have reviewed the available grievance appeal records stored in the FDC's Central Office for inmate Bernard Wilson, DC#T24935 for grievance appeals received by the Bureau of Policy Management and Inmate Appeals between November 8, 2022, to September 13, 2023.

4. During that period, inmate Wilson, filed seven (7) grievance appeals. Inmate Wilson did not submit any grievance appeals regarding his complaint against Defendant Step'an Stoudemire. Inmate Wilson did not mention any claims against defendant Step'han Stoudemire regarding defendant allegedly ripping up inmates' complaint to prevent him from filing his case.

5. The foregoing facts are known to me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing, and I confirm that the facts stated herein are true and correct.

*LaWanda Sanders* 8/26/24

LaWanda Sanders  8/26/2024