UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                               Case No. 5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.
_____/

## ORDER

Defendant Stoudemire has filed a motion to dismiss Plaintiff's claims against him. Docs. 58, 59. Accordingly, it is **ORDERED**:

1. On or before **SEPTEMBER 12, 2024**, Plaintiff shall file:

    a. A notice of dismissal of all claims against Defendant Stoudemire, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); **OR**

    b. A memorandum opposing Stoudemire's motion to dismiss, *see* N.D. Fla. Loc. R. 7.1(E), (H).

**SO ORDERED** this 29th day of August, 2024.

                                              /s/ *Michael J. Frank*
                                              **Michael J. Frank**
                                              **United States Magistrate Judge**