UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,
    Plaintiff,

vs.

INGRAM, et al.,
    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT STOUDEMIRE'S MOTION TO DISMISS**

Plaintiff, BERNARD WILSON, pursuant to Fed.R.Civ.P. 16(b)(4), moves this Honorable Court for a ten-day extension to respond to Defendant Stoudemire's Motion to Dismiss, and would show as follows:

1. Plaintiff believes in good faith that he did file a grievance relating to Defendant Stoudemire's actions in tearing up his lawsuit complaint. He believes he received a response to the grievance. However, when inmates go to showers, officers go through their property and Plaintiff has repeatedly found legal materials missing.

2. Plaintiff is seeking to go through the materials, including notes and letters he does have and seek materials from people he corresponded with at the time to try to find materials in which he may have referenced the Stoudemire incident or possibly even sent a copy of the grievance and any response.

3. Federal Department of Corrections (FDC) logs on informal grievances are hard to correlate with the actual grievances because FDC dates them on the date they were received rather than the date they were filed and although FDC assigns

1

them log numbers, the log number is usually not written on the original grievance.

4. Plaintiff is seeking an additional ten days to make an exhaustive search and respond to Plaintiff Stoudemire's Motion to Dismiss. Plaintiff's counsel has conferred in good faith with Defendants who do not oppose the relief requested.

5. Plaintiff has made and continues to make diligent efforts to find information to support his recollection. This motion is not made for purposes of delay.

WHEREFORE Plaintiff moves this Court to GRANT Plaintiff's Motion for a ten-day extension to respond to Defendant Stoudemire's Motion to Dismiss.

Respectfully Submitted,   /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY that I have conferred in good faith with opposing counsel who does not oppose the relief requested.

I CERTIFY the foregoing was filed electronically on 9/12/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook