UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that Plaintiff BERNARD D. WILSON voluntarily dismisses the action as to STEP'HAN STOUDEMIRE, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,   s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 9/23/24 and served on all counsel registered with the CM/ECF electronic mail system:

s/James V. Cook