UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v().                                       Case No. 5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal of all claims against Defendant Step'han Stoudemire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 63; *see also Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023) (Rule 41(a) allows a voluntary dismissal of all claims against a particular defendant.); *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004).

Plaintiff's voluntary dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(A); *Absolute Activist Value Master Fund, Ltd. v. Devine*, 998 F.3d 1258, 1264 (11th Cir. 2021). This Order provides administrative instructions to the clerk of the court.

Accordingly, it is **ORDERED**:

1. The clerk of court shall terminate Defendant Stoudemire as a party in CM/ECF.

2. The clerk of court shall administratively terminate Stoudemire's motion to dismiss, Doc. 58.

**SO ORDERED** this 24th day of September, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**