## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    **Plaintiff,**

v.                     **Case No.: 5:23-cv-253-TKW/MJF**

**INGRAM, ET AL.,**

    **Defendants.**
_____/

### UNOPPOSED MOTION FOR LEAVE TO DEPOSE WITNESS

**Granger**, **Ingram**, **Jones**, and **Causey** ("Defendants"), through counsel, and pursuant to Rule 30(a)(2), Fed. R. Civ. P., move this Court to depose an incarcerated individual, and in support state the following:

1. On August 13, 2024, this Court issued an Order requiring Discovery to be completed by November 13, 2024. (Doc. 57).

2. As part of the reason for the request, Defendants intend to depose a witness who Plaintiff has alleged attacked him on the date of the incident complained of.

3. Plaintiff's alleged attacker is Webens Veillard, DC# C90725.

1

4.  Based on this desire to depose the above individuals, Defendants contacted Plaintiff's counsel, and he indicated that he had no objection to the request.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

(2) **With Leave.** A party must obtain leave of court, and the court must grant leave to the extent consistent with 26(b)(1) and (2):

…

(B) if the deponent is confined in prison.

Fed. R. Civ. P. 30(a)(2)(B). Defendants have determined that the listed individual was present during and has relevant information about the incident Plaintiff has sued for. The individual is an inmate who allegedly attacked Plaintiff on the date of the incident. As a result, Defendants would request leave to take the deposition of Webens Veillard, DC# C90725.

**WHEREFORE**, Defendants respectfully request that this Court provide Defendants leave to depose the listed individual.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Leave to Depose Witnesses* was e-filed and served electronically on counsel of record through CM/ECF on October 1, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General