**EXHIBIT 2: REDACTIONS IN FDOC REPORTS IN SMITH V. LANDRUM, 1:17cv273-MW/GRJ:**

**From OIG Criminal Investigation 13-12514**

defense. Landrum reported that as Inmate Smith began to overpower him, he struck Smith in the face with his P5100 state issued radio. Inmate Smith continued to strike Sergeant Landrum with clinched fist until assistance arrived. Sergeant Landrum ▮

A review of the ▮ on Sergeant Daniel Landrum shows a ▮ with inmate and use of chemical agents. ▮



**From OIG Administrative Investigation 13-12617**

Landrum ▮

arrived and placed hand restraints on Inmate Smith. All use of force was ceased at that time. Inmate Smith was escorted to administrative confinement and Officer Herndon received ▮

When Colonel Osteen spoke to Sergeant Landrum ▮

Mr. Spears informed the warden that there had been a use of force at the Cross City C.I. Main Unit and that the inmate as well ▮ had been injured. Because Cross City staff had been ▮ Mr. Spears directed Warden Varnes to provide a transport unit from Lancaster C. I. to deliver the inmate to an outside medical facility, and then to Florida State Prison.

When Mr. Varnes arrived at Cross City C. I., he entered the compound by the control room and proceeded immediately to ▮ to ascertain the ▮ of whatever officers had been involved and/or assaulted. When he arrived, Sergeant Landrum was talking with Major Osteen about the incident, who had been involved, ▮ and other aspects of the incident.

After the incident, Herndon ▮ Sergeant Landrum's ▮

Landrum describes his ▮