UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

**NOTICE OF CASE LISTING ERROR**

NOTICE IS HEREBY GIVEN that Plaintiff BERNARD D. WILSON, on reviewing PACER, discovered that he had inadvertently failed to list a prior case in his *pro se* Complaint. The case was *Bernard D. Wilson v. Joanne Palmer*, Case No. 5:12-cv-13-MP-GRJ, N.D. Fla., Panama City Div., filed January 19, 2012, in which the Defendant was granted summary judgment and Final Judgment on April 1, 2015. Plaintiff failed to list the case because of the age of the case, loss of documents, and failure of memory, and sincerely regrets the error.

Respectfully Submitted,   /s/ James V. Cook_____
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 11/12/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                                             /s/James V. Cook_____