**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BERNARD D. WILSON
DC# T24935,**

    Plaintiff,

v.     Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.,**

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

**Granger**, **Ingram**, **Jones**, and **Causey** ("Defendants"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file Motions for Summary Judgment, and in support states the following:

1. On August 13, 2024, this Court issued a Scheduling Order. *See* (Doc. 57). Within this Court's Scheduling Order, the deadline established for Motions for Summary Judgment is December 4, 2024. *Id*. at ¶ 5 (establishing deadline for 21 days after close of Discovery, which was November 13, 2024).

2. Defendants expect that a Motion for Summary Judgment will be filed on their behalf in this case and have begun to work on the motion.

1

3. However, it is expected that the Motion will not be completed by the deadline, based in part on the Thanksgiving holiday. Undersigned counsel will be out of town on a pre-planned trip, and individuals which are being contacted for potential declarations also have availability issues.

4. Further, Plaintiff and Defendants have stipulated to take depositions of Defendants outside the Discovery timeframe imposed by this Court,[1] and the transcripts have not been fully completed yet. Defendants believe that their transcripts will be important in assisting to resolve the issues presented within Defendants' upcoming Motion for Summary Judgment.

5. Based on the issues described, undersigned counsel contacted counsel for Plaintiff about filing an extension of time, and Plaintiff's counsel indicated that there is no objection to this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

---

[1] The depositions are being taken out of time because of availability issues between the parties related to Defendants' respective depositions.

Fed. R. Civ. P. 6(b)(1). Defendants are in the process of working on a Motion for Summary Judgment on their behalf but expect that the Motion will not be completed by the deadline imposed by this Court. Based on the expectations described, Defendants reached out to Plaintiff about an extension, and Plaintiff indicated that there was no opposition to an extension of time.

**WHEREFORE**, Defendants respectfully request that this Court grant this Motion and provide the parties with until January 6, 2025, to file Motions for Summary Judgment in this case.

        Respectfully submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**
        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399-1050
        Telephone: (850) 414-3300
        Facsimile: (850) 488-4872

        /s/ Erik Kverne
        Erik Kverne
        Assistant Attorney General
        Florida Bar No. 99829
        Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on November 22, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
