# Exhibit B

```
P/N  0 T24935                       RYT              3 OATTMN1    PAGE: 47 +
                       INTERNAL MOVEMENTS AS OF 06/28/24          TIME: 14:05
  NAME: WILSON, BERNARD D.              DOC NO: T24935     STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB
ASSIGNMENTS DURING INCARCERATION


                       ---  CURRENT INCARCERATION  ---
     DATE           FACILITY           HOUSING   ASSIGNMENT AM      ASSIGNMENT PM
  ----------    ----------------------  -------  ----------------   ----------------
  05/31/2022    CALHOUN C.I.            H1117U   HOUSEMAN           HOUSEMAN
  07/12/2022    CALHOUN C.I.            H2204U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  07/20/2022    CALHOUN C.I.            H2204U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  07/29/2022    CALHOUN C.I.            H2204U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  08/10/2022    JACKSON C.I.            G3213L   RECEPTION/ORIENT   RECEPTION/ORIENT
  08/17/2022    JACKSON C.I.            G3213L   UNASSIGNED-OPEN    UNASSIGNED-OPEN
  08/18/2022    JACKSON C.I.            G3213L   HOUSEMAN           HOUSEMAN
  10/11/2022    JACKSON C.I.            H1219L   CONFINEMENT-DISC   CONFINEMENT-DISC
  11/08/2022    JACKSON C.I.            H1208L   CONFINEMENT-DISC   CONFINEMENT-DISC
  11/09/2022    JACKSON C.I.            G4108L   UNASSIGNED-OPEN    UNASSIGNED-OPEN
  11/13/2022    JACKSON C.I.            H1104U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  11/17/2022    JACKSON C.I.            H1208U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  11/18/2022    JACKSON C.I.            H2212U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
  11/20/2022    JACKSON C.I.            H2212U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
```

```
P/N  0 T24935                    RYT                 3 OATTMN1    PAGE: 48 +
                         INTERNAL MOVEMENTS AS OF 06/28/24         TIME: 14:05
NAME: WILSON, BERNARD D.              DOC NO: T24935     STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB
ASSIGNMENTS DURING INCARCERATION


                      ---  CURRENT INCARCERATION ---
   DATE           FACILITY           HOUSING   ASSIGNMENT AM      ASSIGNMENT PM
 ----------   ---------------------  -------   ----------------   ----------------
 11/21/2022   JACKSON C.I.           G4208L    UNASSIGNED-OPEN    UNASSIGNED-OPEN
 11/23/2022   JACKSON C.I.           H1208U    CONFINEMENT-ADMI   CONFINEMENT-ADMI
 11/28/2022   JACKSON C.I.           G2209U    UNASSIGNED-OPEN    UNASSIGNED-OPEN
 11/29/2022   JACKSON C.I.           G2209U    HOUSEMAN           HOUSEMAN
 01/07/2023   JACKSON C.I.           G2207L    HOUSEMAN           HOUSEMAN
 01/30/2023   JACKSON C.I.           G4208L    HOUSEMAN           HOUSEMAN
 02/28/2023   JACKSON C.I.           H3112L    CONFINEMENT-ADMI   CONFINEMENT-ADMI
 03/07/2023   JACKSON C.I.           H3112L    CONFINEMENT-DISC   CONFINEMENT-DISC
 04/28/2023   JACKSON C.I.           G4209U    UNASSIGNED-OPEN    UNASSIGNED-OPEN
 05/02/2023   JACKSON C.I.           G4209U    HOUSEMAN           HOUSEMAN
 06/04/2023   JACKSON C.I.           Z1101S    H27-XXXXXXXXXXXX   H27-XXXXXXXXXXXX
 06/06/2023   JACKSON C.I.           M2102S    H26-XXXXXXXXXXXX   H26-XXXXXXXXXXXX
 06/07/2023   JACKSON C.I.           H3206L    CONFINEMENT-ADMI   CONFINEMENT-ADMI
 06/11/2023   JACKSON C.I.           H3206U    CONFINEMENT-ADMI   CONFINEMENT-ADMI
```