Exhibit C

```
P/N  0 C90725          K      YT              3 OATTJJ1    PAGE: 12 +
                    INTERNAL MOVEMENTS AS OF 08/12/24      TIME: 09:54
NAME: VEILLARD, WEBENS            DOC NO: C90725    STATUS: ACTIVE
```

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB
ASSIGNMENTS DURING INCARCERATION

```
              --- CURRENT INCARCERATION ---
    DATE        FACILITY        HOUSING   ASSIGNMENT AM      ASSIGNMENT PM
  ----------  --------------------  -------  ----------------  ----------------
  10/18/2022  JACKSON C.I.          G2212U   UNASSIGNED-OPEN   UNASSIGNED-OPEN
  10/20/2022  JACKSON C.I.          G2212U   HOUSEMAN          HOUSEMAN
  10/31/2022  JACKSON C.I.          H1219U   CONFINEMENT-DISC  CONFINEMENT-DISC
  11/04/2022  JACKSON C.I.          H2201U   CONFINEMENT-DISC  CONFINEMENT-DISC
  11/28/2022  JACKSON C.I.          G4208L   UNASSIGNED-OPEN   UNASSIGNED-OPEN
  11/28/2022  JACKSON C.I.          G4204U   UNASSIGNED-OPEN   UNASSIGNED-OPEN
  11/29/2022  JACKSON C.I.          G4204U   HOUSEMAN          HOUSEMAN
  12/08/2022  JACKSON C.I.          H3214L   CONFINEMENT-ADMI  CONFINEMENT-ADMI
  12/15/2022  JACKSON C.I.          H3214L   CONFINEMENT-DISC  CONFINEMENT-DISC
  12/21/2022  JACKSON C.I.          G1104U   UNASSIGNED-OPEN   UNASSIGNED-OPEN
  12/29/2022  JACKSON C.I.          G1104U   HOUSEMAN          HOUSEMAN
  01/06/2023  JACKSON C.I.          H2106U   CONFINEMENT-ADMI  CONFINEMENT-ADMI
  01/19/2023  JACKSON C.I.          G3208U   UNASSIGNED-OPEN   UNASSIGNED-OPEN
  01/22/2023  JACKSON C.I.          H3114U   CONFINEMENT-ADMI  CONFINEMENT-ADMI
```