# Exhibit D

**DEPARTMENT OF CORRECTIONS** Mins#00011511168

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Jackson Correctional Institution | **Incident Report Number:** | 104-22-11-39 |
| **Reporting Employee:** | James Obert | **PREA Number:** | PR-X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 |
| **Employee ID Number:** | [redacted] | **Date of incident:** | November 4, 2022 |
| **Person(s) Involved:** | I/m Veillard, Webens DC# C90725 | **Time of incident:** | 7:00pm |
| | I/m Wilson, Bernard DC# T24935 | **Witness(es):** | |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No
Duty Warden Notified: ☒ Yes ☐ No Time: 7:41p
EAC Notified: ☒ Yes ☐ No Time: 7:45p
Supporting Documents Attached   yes

Disciplinary Report Initiated: ☐ Yes ☒ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☐ Yes ☐ No
Duty Officer Name: Powell

### DETAILS OF INCIDENT:

On November 4, 2022, at approximately 7:00pm I, Captain James Obert, was assigned as the Third Shift OIC at Jackson Correctional Institution. I was notified that Inmate Veillard, Webens DC# C90725 (H1219) stated he was a victim of a PREA incident. Inmate Veillard stated at 6:30am after breakfast, while in cell H1219 his cellmate Inmate Wilson, Bernard DC# T24935 touched his nipples and tried to force him to have sex. Inmate Veillard stated he got into a physical altercation and they did not have sex. Inmate Veillard completed a DC6-112C (Witness Statement) and is attached to this report. See statement. Inmate Veillard was escorted to medical for an examination with an abrasion to the left cheek, left, shoulder, left knee and a laceration inside lower lip. Inmate Veillard received a NI1-15 (Florida Department of Corrections PREA Brochure). Inmate Veillard was escorted back to H confinement and placed in cell H2201. Inmate Wilson was escorted to medical for an examination with no injuries noted. Inmate Wilson stated his cellmate Inmate Veillard stated he was going to do whatever it takes to get out of the cell. At the conclusion of the examination Inmate Wilson was escorted back to H confinement and placed in cell H1219. Duty Warden Jospeph Floyd and EAC Duty Officer Powell was contacted, and she issued PREA # PRX-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.

**James Obert, Correctional Officer Captain**   **11/4/2022**
Reporting Employee's Name (Print)   Reporting Employee's Signature   Date

**Shift Supervisor/Department Head**

### COMMENT:

A DC6-2086 (OIC PREA Checklist), DC6-2084 (Florida Department of Corrections PREA Victim Housing Preference) and photos are attached to this report. An Email was sent to Mr. Hancock and all Duty Wardens. Forward to the Correctional Officer Chief for documentation and review.

**James Obert, Correctional Officer Captain**   **11/4/2022**
Shift Supervisor's/ Department Head's Name (Print)   Shift Supervisor's Signature   Date

### REVIEW:

MINS: 17 B. PREA
Attempted PREA Allegation. Minor injuries noted from Alleged altercation between Inmate Veillard + Inmate Wilson.
DO not house together
cc: AWP Hancock + ALS Mary Peterson.
All Captains, Sgt. Daniels, Sgt. Garvin

**Brad Shouppe, Correctional Officer Colonel**   11/07/22
Correctional Officer Chief's Name (Print)   Correctional Officer Chief's Signature   Date

### REVIEW:
Complete MIN

CC Sgt Garvin - Do not house inmates together
CC MAS Peterson - TCT
CC Mr. Hancock - PREA

**Heath Holland, Warden**   **11/7/22**
Warden's Name (Print)   Warden's Signature   Date

DC6-210 (Effective )   Incorporated by Reference in Rule 33-602.210, F.A.C.   Page 1 of 2

**DETAILS OF INCIDENT (cont.):**

**SHIFT Supervisor/ Department Head**

**COMMENT (cont.):**

**REVIEW (cont.):**

**REVIEW (cont.):**

# OIC PREA Checklist

**PREA INFORMATION**

PREA number: PRX-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   Incident report #:    Date of report: 11-4-22

**PREA CHECKLIST**   TO BE ATTACHED TO PREA RELATED DC6-210

☒ Alleged Victim/Perpetrator(s) separated
   Alleged Inmate Victim Name/ DC#: Veillard, Webiens C90725
   Alleged Perpetrator Name(s)/ DC#/staff ID: Wilson, Bernard T24935

☒ Ensure staff has secured the scene (if applicable), and advised inmate(s) not to take steps to destroy the evidence (washing, urinating, brushing teeth, etc.)

☒ Housing of inmate victim
   - The OIC will be responsible for discussing housing options with the inmate victim and having them indicate their preference on the DC6-2084 prior to changing the inmate's housing.
   - Victims **will not** be involuntarily segregated unless an assessment of all other available alternatives has been made and there are no other alternative means for separation from likely abusers. This assessment will be done immediately. If involuntarily segregated, the inmate can request allowances set forth in Chapter 33 which will be reviewed on a case-by-case basis.
   - If the inmate victim indicates they want to be placed in confinement, or there are no alternative means of separation from likely abusers, the inmate will be placed in AC pursuant to Chapter 33.
   - Victim only – obtain a DC6-112C from the victim of the allegation.

☒ Contact EAC with information (*once information is known*) Ensure you have reviewed the allegation against the PREA definitions and determined that it meets the definition prior to contacting EAC. Per policy EAC will notify appropriate OIG staff. *NOTE: OIG will contact SART, as per policy, after speaking to the inmate.*

☐ If SART activated, ensure staff initiate a DC6-208 when appropriate (alleged inmate victim & alleged inmate perpetrator). **Evidence collection will be handled by the OIG and SART.**

☒ Provide the inmate a NI1-120 for allegations of sexual abuse or sexual battery *(notate in incident report that inmate was given the NI1-120).*   *Allegations of contact or penetration: advise the alleged inmate victim they have the right to a forensic medical exam, crisis intervention services (mental health), and advocacy emotional support services.* **Ask if they would like the advocate present for the forensic exam or separate.** *For harassment allegations, advocacy will be telephonic*

☐ For *contact or penetration allegations,* ensure inmate(s) victim & perpetrator are taken to medical and evaluated by mental health.   For *non-contact* allegations, ensure inmate(s) victim & perpetrator are evaluated by mental health.

☐ Complete MINS prior to the end of shift/days off (be sure to comply with policy timeframes): *"Following notification to the Emergency Action Center by telephone, all reportable incidents will be submitted as soon as possible, using the MINS."*   All allegations should use appropriate MINS codes: 10 (Staff on Inmate), 17 & 18 (Inmate on Inmate). **Always notate PREA # on MINS.**

☐ Ensure security staff utilizes the appropriate PREA codes on the IM03 & IM29 entries if inmate is placed on a PREA confinement status. *(See PREA AC Process manual)*. The IM03 entry should reflect the OIC housing assessment decision and the inmates DC6-2084 preference.

☒ ALL allegations that include a staff member that meet the definition of staff sexual misconduct and staff sexual harassment will be reported. Review definitions contained within flowchart for clarification

☒ Notify **facility PREA Manager** of allegation **via email.**   Provide the: PREA #, MINS#, Incident Report #.

_____   11-4-22
Signature/Title   Date

DC6-2086 (Revised 5/20/21)

Florida Department of Corrections

## PREA VICTIM HOUSING PREFERENCE

Inmate Name: _Veillard, Webens_
DC#: _C90725_
Facility: _Jackson C I_
Date: _11-4-22_
PREA #: _PRX-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_

Inmate:

Based on a PREA allegation made by you, or by another party on your behalf, the Officer in Charge discussed housing options with you. Your preference is noted below and will be considered.

ICT will complete a review of your placement related to the PREA allegation and make a determination on whether or not you will remain placed in or will be released from administrative confinement pending the outcome of an investigation by the Office of the Inspector General.

Your failure to indicate one of the three options below and/or to sign this form will result in your segregation/continued segregation in administrative confinement pending the outcome of the investigation.

The completion of this form is to address your placement in confinement as it relates to PREA. Should you also be on an AC/DC/CM/PM placement the options below only address your confinement as a victim of a PREA related incident. Removal from the PREA Confinement status does not affect your placement of AC/DC/CM/PM status.

### Officer in Charge (OIC) Review

**Select one of the following:**

☐ I do not need to remain in administrative confinement based on the PREA allegation pending the outcome of the OIG investigation and I request to be released to the general inmate population.

☐ I believe a threat to my safety exists based on the PREA allegation and I request to remain in administrative confinement pending the outcome of the OIG investigation.

☐ I believe there is not a threat to my safety based on the PREA allegation and would like to remain in open population pending the outcome of the OIG investigation.

X _[signature]_                                           _11-04-22_
Inmate Signature                                          Date

_[signature]_                                             _11-4-22_
Officer in Charge Signature                               Date

DC6-2084 (Revised 5/20/21)

☐ ICT will not complete the below review section as the inmate was separated from their alleged abuser and/or alternative housing was found for the inmate without a need for confinement placement.

Inmate was not placed on a PREA confinement status.

_____    _____
ICT Chair Signature                                                    Date

### Institutional Classification Team (ICT) Review

If the inmate indicates s/he does not believe a threat to their safety exists please discuss the below housing options with the inmate and complete the below:

The below housing options were discussed with the inmate. ICT advised the inmate that s/he would:

☐ return to the housing unit s/he was in prior to the PREA allegation
☐ be moved to a different housing unit on the compound (please indicate the housing unit the inmate will be placed in here: _____)
☐ remain in confinement due to no other available housing alternatives

_____    _____
ICT Chair Signature                                                    Date

_____    _____
ICT Member Signature                                                   Date

_____    _____
ICT Member Signature                                                   Date

File Completed form in the Classification master file

DC6-2084 (Revised 5/20/21)

| **State of Florida** | **Witness Statement** Log # _____ | **Department of Corrections** |

**I. Identifying Inmate Information**

DC # _____  Inmate Name _____

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II. Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☒ Inmate:  DC # C90725   Name Webens, Veillard

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____  Date _____

Signature of Investigating Officer _____  Date _____

**IV. Statement**

THEY MOVE ME TO THIS ROOM ON OCTOBER THIRTY FIRST TWO THOUSAND TWENTY TWO, WHEN I CAME TO THIS ROOM THIS GUY WILSON, BERNARD DIDNT WANNA WANT ME IN THIS ROOM, THEN THEY MOVED ME TO ANOTHER ROOM WHICH IS ROOM H 1221 WITHOUT MY IDENTIFICATION FACE SHEET SEVERAL HOURS LATER THEY FINALLY MOVED ME IN THIS ROOM WITH THIS GUY HE SAID HE HAD A PLANNED FOR HIS BOYFRIEND IN ROOM FOUR DOWN STAIRE TO MOVE IN IS ROOM, HE ALSO WANT ME TO SUCK HIS DICK ALL WEEK I TALK TO TWO SERGEANTS TWO LIEUTENANTS INCLUDING A CAPTAIN, BUT NOBODY MOVE ME OUT OF THIS ROOM AND TODAY AFTER BREAKFAST IT BECAME PHYSICAL I HAD TO FIGHT FOR MY ASS AND MY LIFE THIS GUY TRIED TO FUCK ME AND also TOUCH MY NIPPLE. I ASK TO SPEAK TO A CAPTAIN ALL DAY NO ONE SHOW

Witness Signature _me_  Date 11-04-22

Signature of Investigating Officer _James Olm_  Date 11-4-22

DC6-112C (Revised 8/06)   Original: Inmate File   Copy: Central Office





TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
Page 1
Diagram of Injury



**WEBENS VEILLARD**
C90725
Race/Sex: Black or African American / Male
DOB:
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY

Date of occurrence 11.4.22   Time of occurrence UNKNOWN (APPX 0630)
Date injury assessed by medical 11.4.22   Time injury assessed by medical 1920

☐ No injury identified

Description of injury:
Rt. Knee abrasion. Rt cheek Abrasion. Lt.
Shoulder bruise/red. Skin intact, Lip - small
lac. (open) lower lip

Staff Signature

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB104-JACKSON CI
5563 10th St. Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 4*
*FL Nurse Visits*

**WEBENS VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 0630**
**Time of exam: 1924**
**Description of occurrence:  Inmate on Inmate physical altercation**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A  ( )Yes  ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

**Temp: 98.4**F
**Pulse: 89**
**Resp: 20**
**BP: 130/ 98**
**O2 sat:  98**%
**Weight (lbs):  153**

**Arrived via: Ambulatory**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation)**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: Alert and oriented x 4. No c/o pain or discomfort. No s/s of distress. Pt has minor lacerations and abrasion on various areas of body. See DC4-708 for detailed description.**

**Physician notified? No**
( )No  ( )Yes
**Name: N/A**
**Time: N/A**

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 5*
*FL Nurse Visits*

**WEBENS VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**Treatment provided? No**
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Confinement**
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Access medical as needed for medical needs.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 5*
*FL Nurse Visits*

**WEBENS VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
Page 1
Diagram of Injury

**BERNARD D WILSON**
T24935
Race/Sex: Black or African American / Male
DOB:
104-JACKSON CI

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 11·4·22  Time of occurrence unknown
Date injury assessed by medical 11·4·22  Time injury assessed by medical 2100

☒ No injury identified

Description of injury:

_____
_____
_____
_____

Staff Signature

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB104-JACKSON CI
5563 10th St. Malone, FL 32445
8505695260 Fax: 8505601013

*November 4, 2022*
Page 2
FL Nurse Visits

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB:
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate ( )Employee ( )Visitor ( )Post-Use-of-Force Exam ( )Injury ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: unkown**
**Time of exam: 2000**
**Description of occurrence: alleged physical altercation with another inmate**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A ( )Yes ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

**Temp: 98.4F**
**Pulse: 80**
**Resp: 18**
**BP: 139/96**
**O2 sat: 99%**
**Weight (lbs): 208**

**Arrived via: Ambulatory**
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally**
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other (requires description in examination summary) ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: No injury voiced or visualized**

**Physician notified? No**
( )No ( )Yes
**Name: N/A**
**Time: N/A**

**Treatment provided? No**

TB104-JACKSON CI
5563 10th St. Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 1*
*FL Nurse Visits*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**11/04/2022 - FL Nurse Visits: ER Record**
**Provider: Felicia Register LPN**
**Location of Care: 104-JACKSON CI**

TB104-JACKSON CI
5563 10th St. Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 3*
*FL Nurse Visits*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓▓
Facility: 104-JACKSON CI

( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment** N/A

**Disposition: Confinement**
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Follow up with medical as needed**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

```
11/07/2022              FLORIDA DEPARTMENT OF CORRECTIONS                  PAGE:  1
  MIN0101                    MINS INCIDENT REPORT                       TIME 13:27


PREPARED BY: R166NUK PETERSON, SHELINA A.    INCIDENT NUMBER: 0001151168
INCIDENT TYPE: 17B SEXUAL BATTERY (INMATE)   STATUS OF INCIDENT: ENTERED
REPORT DATE:   11/07/2022                    REPORT TIME:   12:53
INCIDENT DATE: 11/04/2022                    INCIDENT TIME: 19:00
REPORTING FACILITY: 104 JACKSON C.I.         INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.         INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 30 VICTIM`S CELL ROOM     DAY CODE: 5      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 11/04/2022      W-B REVIEW BY:
IG NUMBER:                                   UOF NUMBER:
DATE ASSIGNED:
INJURIES: Y          STG/STI INVOLVEMENT: N  PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N     WEAPONS USED: N          INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                            SEND TO IG OFFICE: Y
PREA NUMBER: PR - X104220023                 INCIDENT COMPLETION TYPE: ATTEMPTED
NATURE OF ACT: FORCE                         TYPE OF ACT: I/I - OTHER


              NAME                 TITLE             BIRTHDATE  R S    ID NUMBER
      -------------------   -----------------------  ---------- - -   ---------------
REPORTING EMPLOYEE (S)
   OBERT, JAMES C.       CORRECTIONAL OFFICER CA                1 1
SUBJECT (S)
   WILSON, BERNARD D.    INMATE  TRD:LIFE SNT                   2 1  T24935
VICTIMS (S)
   VEILLARD, WEBENS  .   INMATE  TRD:LIFE SNT                   2 1  C90725


CONTRABAND RECOVERED            TYPE       POSSESS    QUANTITY       UNIT MSR
-------------------------      ------      -------    ----------     --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
    INMATE VEILLARD HAD AN ABRASSION TO THE LEFT CHEEK, LEFT
    SHOULDER, LEFT KNEE AND LACERATION INSIDE LOWER LIP.


DESCRIPTION OF INCIDENT:
    ON NOVEMBER 4, 2022, AT APPROXIMATELY 7:00P.M., CAPTAIN
    JAMES OBERT WAS ASSIGND AS THE THIRD SHIFT OIC AT JACKSON
    CORRECTIONAL INSTITUTION.  CAPTAIN OBERT WAS NOTIFIED THA
    TINMAT VEILLARD, WEBENS DC#C90725 (H1219) STATED HE WAS A
    VICTIM OF A PREA INCIDENT.  INMATE VEILLARD STATED AT 6:30
    A.M., AFTER BREAKFAST, WHILE IN CELL H1219 HIS CELLMATE
    INMATE WILSON, BERNARD DC#T24935, TOUCHED HIS NIPPLES AND
    TRIED TO FORCE HIM TO HAVE SEX.  INMATE VEILLARD STATED HE
    GOT INTO A PHYSICAL ALTERCATION AND THEY DID NOT HAVE SEX.
    INMATE VEILLARD COMPLETED A DC6-112C WITNESS STATEMENT AND
    IS ATTACHED TO THE REPORT.  INMATE VEILLARD WAS ESCORTED TO
    MEDICAL FOR AN EXAMINATION WITH AN EBRASION TO THE LEFT
```

```
11/07/2022              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  2
  MIN0101                      MINS INCIDENT REPORT                   TIME 13:27
        CHEEK, LEFT, SHOULDER, LEFTKNEE AND A LACERATION INSIDE HIS
        LOWER LIP.  INMATE VEILLARD RECEIVED A NI1-15 (FLORIDA
        DEPARTMENT OF CORRECTIONS PREA BROCHURE).  INMATE VEILLARD
        WAS ESCORTED BACK TO H CONFINEMENT AND PLACED IN CELL
        H2201.  INMATE WILSON WAS ESCORTED TO MEDICAL FOR AN
        EXAMINATION WITH NO INJURIES NOTED.  INMATE WILSON STAED HIS
        CELLMATE INMATE VEILLARD STATED HE WAS GOING TO DO WHATEVER
        IT TAKES TO GET OUT OF THE CELL.  AT THE CONCLUSION OF THE
        EXAMINATION INMATE WILSON WAS ESCORTED BACK TO H CONFINEMENT
        AND PLACED IN CELL H1219.  DUTY WARDEN JOSEPH FLOYD AND EAC
        DUTY OFFICER POWELL WAS CONTACTED AND ISSUED
        PREA#PRX-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.

   ACTION TAKEN:
        BOTH INMATES WERE GIVEN A MEDICAL EXAM BY JACKSON C.I.
        MEDICAL DEPARTMENT.  DUTY WARDEN JOSEPH FLOYD AND EAC DUTY
        OFFICER POWELL WERE BOTH CONTACTED.  A DC6-2086 (OIC PREA
        CHECKLIST AND DC6-2084 FLORIDA DEPARTMENT OF CORRECTIONS
        PREA VICTIM HOUSING PREFERENCE) WAS COMPLETED.
```