Exhibit E

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                  ER Record
Main: 9418338100 Fax: 9415054061          Date of Service: 11/4/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                    ER Record
Main: 9418338100 Fax: 9415054061                          Date of Service: 11/4/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Physical Altercation</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>unkown</u>**
**Time of exam: <u>2000</u>**
**Description of occurrence:    <u>alleged physical altercation with another inmate</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A    ( )Yes    ( )Refused
**<u>N/A</u>**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes

**Temp:    <u>98.4</u>**F
**Pulse:    <u>80</u>**
**Resp:    <u>18</u>**
**BP:    <u>139</u>/ <u>96</u>**
**O2 sat:    <u>99</u>**%
**Weight (lbs):    <u>208</u>**

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>No injury voiced or visualized</u>**

**Physician notified? <u>No</u>**
( )No    ( )Yes
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**

**Treatment provided? <u>No</u>**

2 of 4

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

ER Record
Date of Service: 11/4/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Confinement**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Follow up with medical as needed**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)       Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                              ER Record
Main: 9418338100 Fax: 9415054061                    Date of Service: 11/4/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: Oct 08, 1982
Facility: 104-JACKSON CI


Signed By: Register, LPN, Licensed Practical Nurse, Centurion, Felicia at 11/4/2022
9:18:58 PM
Signed By: Defigarelli, MD, Physician, Centurion, Samuel at 11/7/2022 8:18:42 AM

**510-CHARLOTTE C.I.**                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                        ER Record
Main: 9418338100 Fax: 9415054061              Date of Service: 11/8/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

ER Record
Date of Service: 11/8/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 1400**
**Time of exam: 1440**
**Description of occurrence:    Cellmate declared physical altercation against him.**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A    ( )Yes    ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

**Temp:    98.0**F
**Pulse:    80**
**Resp:    18**
**BP:    128/ 84**
**O2 sat:    98**%
**Weight (lbs):    207**

**Arrived via: Ambulatory**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, Other (requires description in examination summary)**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: VSS - No injuries noted - States cellmate didn't want to be in a cell with another inmate and started "beating himself up and was going to say he got beat-up."**

**Physician notified? No**
( )No    ( )Yes
**Name: N/A**
**Time: N/A**

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                     ER Record
Main: 9418338100 Fax: 9415054061            Date of Service: 11/8/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
**Treatment provided? <u>No</u>**
( )No    ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)    ( )Confinement    ( )Infirmary    ( )Hospital ER    ( )IMR    ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Notify medical of any acute health changes or issues.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                    ER Record
Main: 9418338100 Fax: 9415054061                        Date of Service: 11/8/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI


Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/8/2022 4:32:52 PM

TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 1
FL Nurse Visits

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**11/08/2022 - FL Nurse Visits: ER Record**
**Provider: Kilee R Everett, RN, Registered Nurse, Centurion**
**Location of Care: 104-JACKSON CI**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
*Page 2*
*FL Nurse Visits*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Physical Altercation</u>**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>1400</u>**
**Time of exam: <u>1440</u>**
**Description of occurrence:  <u>Cellmate declared physical altercation against him.</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A ( )Yes ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes

**Temp: <u>98.0</u>**F
**Pulse: <u>80</u>**
**Resp: <u>18</u>**
**BP: <u>128/ 84</u>**
**O2 sat: <u>98</u>**%
**Weight (lbs): <u>207</u>**

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, Other (requires description in examination summary)</u>**
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other (requires description in examination summary) ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>VSS - No injuries noted - States cellmate didn't want to be in a cell with another inmate and started "beating himself up and was going to say he got beat-up."</u>**

**Physician notified? <u>No</u>**
( )No ( )Yes
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Treatment provided?** <u>No</u>
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment** <u>N/A</u>

**Disposition:** <u>Confinement</u>
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain:** <u>N/A</u>

**Discharge Instructions and Education:** <u>Notify medical of any acute health changes or issues.</u>

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 4
FL Nurse Visits

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Electronically signed by Kilee R Everett RN on 11/08/2022 at 4:32 PM**



TB104-JACKSON CI
5563 10th St.   Malone, FL 32445
8505695260  Fax: 8505601013

November  8, 2022
Page 1
Diagram of Injury

**BERNARD D WILSON**
T24935
Race/Sex: Black or African American / Male

104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___11|08|22___          Time of occurrence __Approx - 1400__
Date injury assessed by medical __11|08|22__    Time injury assessed by medical __1440__

☒ No injury identified

Description of injury:

___No injuries stated or physically noted ( knuckles___
___and elbows - free of injuries - skin intact.)___

 R AVERETT. RN

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

COPY

TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 1
FL Nurse Visits

## BERNARD D WILSON
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.

**11/08/2022 – FL Nurse Visits: ER Record**
**Provider: Kilee R Everett, RN, Registered Nurse, Centurion**
**Location of Care: 104-JACKSON CI**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 2
FL Nurse Visits

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate ( )Employee ( )Visitor ( )Post-Use-of-Force Exam ( )Injury ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 1400**
**Time of exam: 1440**
**Description of occurrence:  Cellmate declared physical altercation against him.**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A ( )Yes ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes

**Temp: 98.0**F
**Pulse: 80**
**Resp: 18**
**BP: 128/ 84**
**O2 sat:  98**%
**Weight (lbs):  207**

**Arrived via: Ambulatory**
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
**Other: N/A**

**Condition on arrival (check all that apply):  Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, Other (requires description in examination summary)**
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other (requires description in examination summary) ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: VSS - No injuries noted - States cellmate didn't want to be in a cell with another inmate and started "beating himself up and was going to say he got beat-up."**

**Physician notified? No**
( )No ( )Yes
**Name: N/A**
**Time: N/A**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
*Page 3*
*FL Nurse Visits*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Treatment provided? No**
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Confinement**
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Notify medical of any acute health changes or issues.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Electronically signed by Kilee R Everett RN on 11/08/2022 at 4:32 PM**



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 1
FL Nurse Protocol Visit

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**11/10/2022 - FL Nurse Protocol Visit: Triage**
**Provider: CoraAnn Thomas, RN, Registered Nurse, Centurion**
**Location of Care: 104-JACKSON CI**

## Initial Triage Information:

11/10/2022 12:28 PM
**Chief Complaint:** Skin issues
**Triage Level:** 3

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

## Nurse Visit

**Copay?** No
**Reason for encounter:** Triage

## Orders added during this encounter:

Sick Call; Start Date: 11/15/2022

**Electronically signed by CoraAnn Thomas RN on 11/10/2022 at 1:30 PM**

_____



### FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: ~~10~~ 11-10-22      Time:_____

Inmate Name: BERNARD WILSON      DC#: T24935

Housing assignment: G4/08 L      Job assignment: N/A

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☑ No  If so, why:_____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):_____

☐   Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐   Mental Health

☐   Dental

☑   Medical (explain): I have wounds from previously being Assaulted/Attacked that are causing me pain.

When did problem/symptoms start? ~~to~~ 11-8-22

COPY

```
TO BE COMPLETED BY TRIAGE NURSE
Date/Time received: 11-10-22 @ 1108
Triaged by: (Print name and licensure) Thomas RN _____ on (Date/Time) 11.10.22 @ 1153
Assigned Triage Level: ☐ Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____
```

Inmate Name_____
DC#_____ Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)     (Revised 6/21)     Incorporated by Reference in Rule 33-402.101, F.A.C.

TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 1
FL Nurse Protocol Visit

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**11/15/2022 - FL Nurse Protocol Visit: Abrasion/LacerationBack Pain**
**Provider: Shirley Sims, LPN, Licensed Practical Nurse, Centurion**
**Location of Care: 104-JACKSON CI**

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:** 104-JACKSON CISick Call;  Order Date: 11/15/2022;  Comments: Skin issues

**Nurse Sick Call:** 11/15/2022 8:00 AM
**Copay?** Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**ABRASION/LACERATION PROTOCOL**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:**
40 Years Old

**Chief Complaint:** got in a fight on the 8th with my roommate and he grabbed me by my shirt and it
bruised me under my arm and on my stomach
**Mechanism of Injury (MOI):** states involved in altercation on 11/8/22
**Date and Time of Injury:** states 11/8/22
**Pain Level:** None
**Last Tetanus Toxoid:** 9/22/17
**Additional Comments:** review of assessment done on 11/8/22 reflect no signs of injury noted.

**OBJECTIVE:**
**Temp:** 98.2 F **Pulse:** 76 **Resp:** 16 **BP:** 132 / 76 **O2 sat:** 99 % **Weight (lbs):** 209

**Signs of Shock:**
**Location of injury:** superfical abrasion at left armpit and right upper abdomen area
**Description of Injury:** superficial abrasion
**Approximate size of abraison or laceration: Length:** 1 **Width:** 1/3 **Depth:** superfical
**Embedded foreign material in wound?** No



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 2
FL Nurse Protocol Visit

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Bleeding at this time:** None noted

**Neurovascular checks:**
Distal pulse of affected extremity: Bounding
**Capillary refill 2 seconds or less:** Yes
**Numbness or tingling in affected extremity:** No
**ROM of affected extremity:** Full ROM
**Comments:** superficial abrasion noted at left armpit and right upper abdomen area
**Laceration greater than 24 hours old with signs & symptoms of infection:** No
None

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

### PLAN:
Bacitracin ointment as directed to abrasion

**Medications Added per Protocol:**
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 2 tabs every 4-6 hrs (PRN); Route: ORAL
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID; Route: EXTERNAL

### EDUCATION:
Inmate instructed on wound care
Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at wound site.
Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.

DC4-683V Abrasion/Laceration Protocol  (Revised 10/10/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**BACK PAIN PROTOCOL**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

### SUBJECTIVE: Age:
40 Years Old

**Current Medications:**
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 2 tabs every 4-6 hrs (PRN); Route: ORAL
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID; Route: EXTERNAL
ATORVASTATIN CALCIUM 20 MG ORAL TABS (ATORVASTATIN CALCIUM) 1 po qhs (KOP); Route: ORAL



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
Page 3
FL Nurse Protocol Visit

## BERNARD D WILSON
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Current Problems:**
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**Medical Hx:** na
**Hx of back pain/back problems?** No
**Chief complaint:** got in a fight on the 8th with my roommate and he grabbed me by my shirt and it bruised me under my arm and on my stomach
**Pain Level:** 2/10
**What were you doing (activity) when the pain began?** got in a fight with my roommate on the 8th
**If back pain is the result of trauma, does patient have any other injuries?** No
**Description of pain:** Aching
Lumbar region:Center-Over spinal column
**Flank region pain with or without radiation to groin?** No
**Is pain localized?** Yes
**OR  does pain radiate?**  No
**Does pain increase with activity?** No
**Are you able to find position of comfort?** Yes
**Describe:** laying on my back
**What decreases or relieves the pain?** laying on my back
**Does pain increase with deep inspiration?** No
**Did you wake up with this pain?** No
**Back muscle spasms?** No
**Numbness or tingling in any extremity?** No **Problem with incontinence?** No
**Recent weight loss?** No
**Pain with urination?** No
**Blood in urine?** No

## OBJECTIVE:
**Temp:**  98.2 F **Pulse:** 76 **Resp:** 16 **BP:** 132 / 76 **O2 sat:** 99 % **Weight (lbs):** 209
**Last 3 Weights:**
209 11/13/2022 5:22:39 PM,
207 11/08/2022 2:40:00 PM,
208 11/04/2022 8:14:00 PM
**Gait:** Normal
**Back exam:  Swelling noted** No
**Discoloration/bruising noted** No

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**

## PLAN:



TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 22, 2024*
*Page 4*
*FL Nurse Protocol Visit*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Clinician notified:** No
OR acetaminophen 325mg 2 tablets by mouth now for pain

**Medications Added per Protocol:**
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 2 tabs every 4-6 hrs (PRN); Route: ORAL
BACITRACIN 500 UNIT/GM PACK (BACITRACIN ZINC) AAA TID; Route: EXTERNAL

## EDUCATION:

Inmate instructed to limit activity until discomfort improves
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.

**DC4-683AA Additional Comments:** ambulate with steady gait. rom good, denies numbness nor radiating pain.

DC4-683S Back Pain Protocol  (Revised 06/06/18)
This form is not to be amended, revised, or altered without           approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Shirley Sims LPN on 11/16/2022 at 5:50 AM**
**Electronically signed by Jessica Sima RN on 11/19/2022 at 7:45 AM**



**510-CHARLOTTE C.I.**                                                  8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM | |
|---|---|

| **Authorizing Provider:** | CoraAnn Thomas, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
|---|---|---|---|
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | CoraAnn Thomas, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▇▇▇▇ | **Age:** | 41 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 2197432-1                        **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 11/15/2022                          **End Date:** 11/15/2022
**Electronically signed by:** CoraAnn Thomas, RN, Registered   **Signed on:** 11/10/2022 1:30:55 PM
Nurse, Centurion
**Instructions:** Skin issues

1 of 1

**510-CHARLOTTE C.I.**                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Immunization Record -
Main: 9418338100 Fax: 9415054061          Date of Service: 11/11/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 2 NOT GIVEN
Vaccination:
Reason Not Given: Patient decision
Entered Date: 11/11/2022 12:00 AM
Comments: See DC4-711A Dont want it.    Patient educated of the importance of the vaccination.    may
write a request if changes mind.
Entered by: Knowles LPN, Terri
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Nursing

**Note:** See DC4-711A Dont want it.    Patient educated of the importance of the vaccination.    may write a
request if changes mind.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Knowles, LPN, HSA, Centurion, Terri at 11/11/2022 2:47:10 PM

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐  Medical Services _____

☐  Mental Health Services _____

☐  Dental Services _____

☐  Medication _____

☐  Lab/Diagnostic testing _____

☒  Other   Influenza Vaccine _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_____     11/11/22 @ 0904
**Signature of Patient***
          Brandi Holt-RN-DON                         **Date/Time**

| | |
|---|---|
| **Two Witnesses:**  I, ____Jackson C.I.-Centurion____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| _____ | Brandi Holt-RN-DON<br>Jackson C.I. - Centurion |
| Signature of Witness | Title of Witness |
| I, ____Cheyenne Lee-AA____<br>Jackson C.I.-Centurion am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | Cheyenne Lee-AA |
| _____ | Cheyenne Lee-AA<br>Jackson C.I. - Centurion |
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____         Samuel Defigarelli - MSMD      NOV 11 2022
**Signature of Clinician**                         Centurion Of Florida
                                                   **Date/Stamp**

Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____     _____
Signature of Interpreter/Translator         Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name __Wilson Bernard__

DC# __T24935__         Race/Sex __B/M__

Institution __04  JACI__

DC4-711A (Effective 8/13)  (Page 1 of 2)

incorporated by Reference in Rule 33-401.103, F.A.C.

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.                                                    8/13/2024
Punta Gorda, FL 33955                  DC4-711A FLU Vaccine Refusal
Main: 9418338100 Fax: 9415054061       Date of Service: 11/11/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**DC4-711A FLU Vaccine Refusal**

DC4-711A, T24935, 11.11.22


*Imported By: Shelby hardin 11/11/2022 4:08:53 PM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-711A, T24935, 11.11.22


Signed By: Holt, RN, Centurion, Brandi at 11/11/2022 4:09:01 PM

1 of 1

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955             Pre Spec Housing and Risk Assess for Chem Rest
Main: 9418338100 Fax: 9415054061            Date of Service: 11/13/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**
DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices
must be completed
encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.


## Chemical Restraint Agents Assessment: Initial the appropriate box (1)

No Known Medical Risk Factor(s)* has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.
Electronic Immobilization Device (EID) Assessment: Initial the appropriate box (1)
No Known Medical Risk Factor(s)*has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                      Pre Spec Housing and Risk Assess for Chem Rest
Main: 9418338100 Fax: 9415054061                      Date of Service: 11/13/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▆▆▆▆▆▆
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:** 98.1 F
**Pulse:** 76   **Resp:** 18   **BP:** 141 **/** 84 **O2 sat:** 98 **Weight (lbs):** 209

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?** No

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Document any other pertinent information:** n/a

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/13/2022 6:24:34 PM

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Trina Blackshear, LMHC, MH Clinical Director, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Trina Blackshear, LMHC, MH Clinical Director, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Info | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮ | **Age:** 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**      **Description**      **Diagnoses**

MHIIS      Interview Staff Request

**Order Number:** 2206647-2      **Quantity:** 1

**Authorization #:**      **Priority:** N

**Start Date:** 12/12/2022      **End Date:** 12/12/2022

**Electronically signed by:** Trina Blackshear, LMHC, MH Clinical Director, Centurion      **Signed on:** 11/14/2022 5:58:29 AM

**Instructions:**

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                    Date of Service: 11/23/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**
DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices
must be completed
encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.


## Chemical Restraint Agents Assessment: Initial the appropriate box (1)

No Known Medical Risk Factor(s)* has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.
Electronic Immobilization Device (EID) Assessment: Initial the appropriate box (1)
No Known Medical Risk Factor(s)*has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                    Date of Service: 11/23/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:** 98.0 F
**Pulse:** 74   **Resp:** 18   **BP:** 124 / 81 **O2 sat:** 98 **Weight (lbs):** 209

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?** No

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Document any other pertinent information:** notified staff of KOP meds

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/23/2022 5:53:46 PM

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Staff Referral/Requests
Main: 9418338100 Fax: 9415054061          Date of Service: 11/23/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▬▬▬▬▬
Facility: 104-JACKSON CI
Staff Referral/Request

## Orders added during this encounter:

Staff Request/Referral; Start Date: 11/23/2022

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 11/23/2022 4:57 PM
**TO: Addressee's Name** Blackshear    **FROM:**
**Senders Name:** Kilee R Everett RN **Sender's Area/Service** Medical
Inmate Housing:
AC
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Other:** Yes
s-2 preconfinement
**Orders added:**
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

## Dental Referral

## Medical Referral

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                           8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Staff Referral/Requests
Main: 9418338100 Fax: 9415054061              Date of Service: 11/23/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI


Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/23/2022 5:58:37 PM

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Periodic Screening Lab Report;
Main: 9418338100 Fax: 9415054061            Date of Service: 12/8/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS

**PERIODIC SCREENING LABORATORY REPORT**
12/08/2022 3:36 AM
**In-House**
**U/A Dipstick**

**SP Gravity:**   1.020
**pH:**   6.0
**Leukocytes:**   NEG
**Nitrite:**   NEG
**Protein:**   NEG
**Glucose:**   NEG
**Ketones:**   NEG
**Urobilinogen:**   0.2
**Bilirubin:**   NEG
**Blood:**   Trace-intact

DC4-711G Periodic Screening Laboratory Report (Revised 12/30/14)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Davis, CNA, Phlebotomist, Centurion, Lori at 12/8/2022 3:39:33 AM
Signed By: Defigarelli, MD, Physician, Centurion, Samuel at 12/8/2022 8:11:15 AM

1 of 1

**510-CHARLOTTE C.I.**                                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                            Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Kilee Everett, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Kilee Everett, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**              **Description**                          **Diagnoses**
NURREQREF          Staff Request/Referral
**Order Number:**       2267312-1                             **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:**         11/23/2022                            **End Date:**
**Electronically signed by:** Kilee Everett, RN, Registered   **Signed on:** 11/23/2022 5:58:33 PM
Nurse, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Terry Edwards, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Terry Edwards, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▮▮▮▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 2358497-1            **Quantity:** 1
**Authorization #:**                   **Priority:** N
**Start Date:** 12/14/2022             **End Date:**
**Electronically signed by:** Terry Edwards, RN, Registered    **Signed on:** 12/11/2022 8:46:42 AM
Nurse, Centurion
**Instructions:** Back pain & headaches

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▮▮▮▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**      **Description**      **Diagnoses**

SCRL      Sick Call Referral

**Order Number:** 2381136-1      **Quantity:** 1

**Authorization #:**      **Priority:** N

**Start Date:** 12/15/2022      **End Date:**

**Electronically signed by:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion      **Signed on:** 12/14/2022 11:40:09 AM

**Instructions:**      back pain and headache

1 of 1

Jackson C.I.
5563 10th St.
Malone, FL 32445
Phone: 850.569.5260
Fax: 850.560.1013

Patient: BERNARD WILSON
DC#: T24935
DOB:
Sex: Male
Patient Location: 104-JACKSON CI

---

# Periodic Screening Encounter;

Florida Department of Corrections
**PERIODIC SCREENING ENCOUNTER**
**Institution:** 104-JACKSON CI
**Subjective:**
**How has your health been since your last evaluation?** "Its been great so far".
**Have there been any changes to your vision since your last visit?** No
**Have there been any changes to your hearing since your last visit?** No
**Do you have any of the following?**
**( )Night sweats ( )Persistent cough (over three [3] weeks) ( )Coughing up blood**
None
**Do you or have you smoked tobacco in the past?** Yes **How many cigarettes per day:** 1 ; **week:** 1
**How many years have you or did you smoke?** 1O
**If you quit smoking, how long has it been since you quit smoking?** 1
**Objective:**
**Temp:** 96.8, **Pulse:** 76, **Resp:** 18, **O2 sat:** 99%, **BP:** 137/82, **Blood Glucose:** 120
**Height:** 68 (Inches), **Weight:** 209 lbs., **BMI:** 31.77
**FSBS:** 86
(if BP = 135/80 or Diabetic)
**Weight: current:** 209 lbs. **Wt. from last PE or 1 yr. ago** 220 lbs.
Visual acuity (without glasses) **R 2O/**
13
**L 2O/**
20
Near vision (without glasses) **R 2O/**
20
**L 2O/**
20
**TST current date:** 01/21/2022 **Previous positive** No **(Oriented to person, place, time and situation)** Yes
**Stool hemoccult cards returned?** N/A
Positive results require clinician referral. (If marked NO and inmate is fifty [50] years of age or older, a signature of refusal is required by the inmate)
**Action:**
**Periodic Screening Encounter for Inmate:** Under 50 years of age
**Plan:**
older. May be done more frequently or begin at an earlier age if clinically indicated. N/A for female inmates under forty-five (45) years of age.
**Reason for referral to clinician:** N/A
**Referred to clinician for follow-up regarding pass renewals** No
**Comments:** N/A
**EDUCATION**
Health education provided (communicable diseases to include Human Immunodeficiency Virus, Tuberculosis/Tuberculin Skin Test, Hepatitis A, B, C, Sexually
Transmitted Disease; Tobacco/Smoking Cessation).
Inmate given results of lab (CBC, UA dipstick, PSA & Lipids [as indicated per HSB 15.03.04]) at this time. Reviewed and signed by MD and filed in record.
Access to sick call reviewed.
Advance directives/Health Care Surrogates discussed with inmate.
This form is to be signed in eSign by the Patient
DC4-541 Periodic Screening Encounter (Revised 08/01/19)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***
**Vital Signs:**

Jackson C.I.
5563 10th St.
Malone, FL 32445
Phone: 850.569.5260
Fax: 850.560.1013

Signed 12/15/2022 3:06:19 PM
Patient: BERNARD WILSON
DC#: T24935
DOB: ▮▮▮▮▮▮
Sex: Male
Patient Location: 104-JACKSON CI

---

**Temp:** 96.8'baF **Pulse:** 76 **Resp:** 18 **BP:** 137 / 82 **O2 sat:** 99 % **Weight (lbs):** 209
**Height:** 68 (inches)
**Disclaimer: All EMR timestamps are Eastern Time Zone**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

BERNARD WILSON                                    12/15/2022

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Periodic Screening Encounter;
Main: 9418338100 Fax: 9415054061                         Date of Service: 12/15/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

Florida Department of Corrections
**PERIODIC SCREENING ENCOUNTER**
**Institution:** 104-JACKSON CI


## Subjective:
**How has your health been since your last evaluation?**    "Its been great so far".
**Have there been any changes to your vision since your last visit?**    No
**Have there been any changes to your hearing since your last visit?**    No

**Do you have any of the following?**
**( )Night sweats    ( )Persistent cough (over three [3] weeks)    ( )Coughing up blood**
None
**Do you or have you smoked tobacco in the past?** Yes    **How many cigarettes per day:** 1 ; **week:** 1
**How many years have you or did you smoke?**    10
**If you quit smoking, how long has it been since you quit smoking?**    1

## Objective:

**Temp:** 96.8,    **Pulse:** 76,    **Resp:** 18,    **O2 sat:** 99%,    **BP:** 137/82,    **Blood Glucose:** 120
**Height:** 68 (Inches)**,    Weight:** 209 lbs.,    **BMI:** 31.77
**FSBS:**    86
(if BP = 135/80 or Diabetic)

**Weight:    current:** 209 lbs.    **Wt. from last PE or 1 yr. ago**    220 lbs.

Visual acuity (without glasses)    **R 20/**
13
**L 20/**
20
Near vision (without glasses)    **R 20/**
20
**L 20/**
20

**TST current date:** 01/21/2022    **Previous positive** No    **(Oriented to person, place, time and situation)** Yes
**Stool hemoccult cards returned?** N/A
Positive results require clinician referral.    (If marked NO and inmate is fifty [50] years of age or older, a signature of refusal is required by the inmate)
## Action:
**Periodic Screening Encounter for Inmate:**    Under 50 years of age

## Plan:
older. May be done more frequently or begin at an earlier age if clinically indicated.    N/A for female inmates under forty-five (45) years of age.

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                        Periodic Screening Encounter;
Main: 9418338100 Fax: 9415054061             Date of Service: 12/15/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
**Reason for referral to clinician:**   N/A
**Referred to clinician for follow-up regarding pass renewals** No
**Comments:**   N/A

## EDUCATION
Health education provided (communicable diseases to include Human Immunodeficiency Virus,
Tuberculosis/Tuberculin Skin Test, Hepatitis A, B, C, Sexually
Transmitted Disease; Tobacco/Smoking Cessation).
Inmate given results of lab (CBC, UA dipstick, PSA & Lipids [as indicated per HSB 15.03.04]) at this time.
Reviewed and signed by MD and filed in record.
Access to sick call reviewed.
Advance directives/Health Care Surrogates discussed with inmate.
This form is to be signed in eSign by the Patient
DC4-541 Periodic Screening Encounter (Revised 08/01/19)

This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:**  96.8'baF**Pulse:**  76   **Resp:**  18   **BP:**  137  **/** 82   **O2 sat:**    99 %**Weight (lbs):**   209
**Height:** 68 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thomas, RN, Registered Nurse, Centurion, CoraAnn at 12/15/2022
12:07:02 PM

**510-CHARLOTTE C.I.**                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                Date of Service: 12/15/2022

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**<u>Orders added during this encounter:</u>**

Periodic Screening; Start Date: 12/15/2027

Signed By: Thomas, RN, Registered Nurse, Centurion, CoraAnn at 12/15/2022 12:11:09
PM

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Terry Edwards, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | |
| **Signing Provider:** Terry Edwards, RN, Registered Nurse, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▉ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** | ▉ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**         **Description**                **Diagnoses**
SC               Sick Call
**Order Number:**        2448706-1             **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:**          01/03/2023           **End Date:**
**Electronically signed by:** Terry Edwards, RN, Registered    **Signed on:** 12/28/2022 8:50:18 AM
Nurse, Centurion
**Instructions:**         LBP

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉▉▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉▉▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                    **Description**                    **Diagnoses**
UADIP                       UA- Dip
**Order Number:**           2466425-1                          **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:**             01/02/2023                         **End Date:** 01/02/2023
**Electronically signed by:** Jessica Sima, RN, Registered     **Signed on:** 1/2/2023 1:34:01 PM
Nurse, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                 **Description**                         **Diagnoses**
SCRL                      Sick Call Referral
**Order Number:**         2470527-1                               **Quantity:** 1
**Authorization #:**                                              **Priority:** N
**Start Date:**           01/05/2023                              **End Date:** 01/05/2023
**Electronically signed by:** Shirley Sims, LPN, Licensed         **Signed on:** 1/3/2023 11:56:37 AM
Practical Nurse, Centurion
**Instructions:**         back pain and headaches

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Samuel Defigarelli, MD, Physician, Centurion | Service Provider: | MobileX |
|---|---|---|---|
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Samuel Defigarelli, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ██████ | Age: | 41 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| 72100-53 | XRAY LUMBAR SPINE APandLAT | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 2486353-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 01/06/2023 | **End Date:** |
| **Electronically signed by:** Samuel Defigarelli, MD, Physician, Centurion | | **Signed on:** 1/5/2023 10:28:49 AM |
| **Instructions:** | LBP | |

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Samuel Defigarelli, MD, Physician, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ████████ | |
| **Signing Provider:** Samuel Defigarelli, MD, Physician, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |
| **Patient Name:** BERNARD D WILSON | **DOB:** ████████  **Age:** 41 |
| **Home Phone:** | **Sex:** Male  **SSN:** ████████ |
| **Work Phone:** | **Cell Phone:**  **Patient ID:** 2629 |
| **Resp. Provider:** | |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | | **Diagnoses** |
|---|---|---|---|
| SP-BUNK | Low Bunk Pass | | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 2486353-3 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 01/05/2023 | | **End Date:** 02/04/2023 |
| **Electronically signed by:** Samuel Defigarelli, MD, Physician, Centurion | | | **Signed on:** 1/5/2023 10:28:47 AM |
| **Instructions:** | Low Bunk Pass | | |

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              LUMBAR SPINE AP AND LAT
Main: 9418338100 Fax: 9415054061                      Date of Service: 1/6/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) LUMBAR SPINE AP AND LAT (72100-53)
   LUMBAR SPINE AP and LAT FINDINGS: There is no fracture,
destructive bony process or spondylolisthesis. Mild multilevel
degenerative spondylosis noted with lipping osteophytes. The disc
heights are preserved. Unremarkable sacroiliac joints. CONCLUSION:
Mild degenerative spondylosis. ELECTRONICALLY SIGNED BY PRAKASH N
PATEL, M.D. 1/6/2023 7:35:10 PM EST.
   Results: There is no fracture, destructive bony process or
spondylolisthesis. Mild
   multilevel degenerative spondylosis noted with lipping osteophytes.
The disc heights
   are preserved. Unremarkable sacroiliac joints.
   Conclusion: Mild degenerative spondylosis.
   Electronically signed by PRAKASH N PATEL, M.D. 1/6/2023 7:35:10 PM
EST.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 01/06/2023 7:42 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 01/06/2023 15:40:00
Requested date-time:
Receipt date-time:
Reported date-time: 01/06/2023 19:35:10
Referring Physician:
Ordering Physician: SAMUEL DEFIGARELLI (sdefigarelli)
Specimen Source:
Source: MobileX
Filler Order Number: 38401805
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet.
   LUMBAR SPINE AP AND LAT, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 1/9/2023 10:44:43 AM


1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                        Date of Service: 2/16/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Staff type:** Nursing
Other

**Note:** Adding NKDA to patient's EMR per green chart.

**Copay?** No


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Holt, RN, Centurion, Brandi at 2/16/2023 10:43:10 AM

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                         Chron Rec Health Care
Main: 9418338100 Fax: 9415054061          Date of Service: 2/24/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Med Records

**Note:** Recieved infirmary chart via mail
**Type of Record Transfer** Other

**Last Volume Number** 9
**Previous Volume Numbers** 1-9
**Actions Taken** updating chart documentation

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Feimster, Medical Records Clerk, Centurion, Shayla at 2/24/2023 1:42:16 PM

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                     Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                      Date of Service: 2/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**<u>No Known Medical Risk Factor(s)*</u>**: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**<u>*Medical Risk Factor(s)</u>**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**<u>No Known Medical Risk Factor(s)*</u>** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**<u>*Medical Risk Factor(s)*</u>** are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**510-CHARLOTTE C.I.**                                            8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                    Date of Service: 2/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI
Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                      Date of Service: 2/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:** 97.4 F
**Pulse:** 98   **Resp:** 18   **BP:** 149 / 84 **O2 sat:** 99 **Weight (lbs):** 226

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?** No

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Document any other pertinent information:** N/A

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation (Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Long, LPN, Licensed Practical Nurse, Centurion, Kasey at 2/28/2023 7:46:52 AM

**510-CHARLOTTE C.I.**                                          8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                  Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061              Date of Service: 2/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ■■■■■■
Facility: 104-JACKSON CI

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Staff Referral/Requests
Main: 9418338100 Fax: 9415054061                    Date of Service: 2/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
Staff Referral/Request

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 02/28/2023 6:50 AM
**TO: Addressee's Name** Mental Health    **FROM:**
**Senders Name:** CoraAnn Thomas, RN, Registered Nurse, Centurion **Sender's Area/Service** Medical
Inmate Housing:
AC
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
s2 noted during preconfinement
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

## Dental Referral

## Medical Referral

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thomas, RN, Registered Nurse, Centurion, CoraAnn at 2/28/2023 7:51:44
AM

1 of 1

**510-CHARLOTTE C.I.**                                                  8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Admin Forms
Main: 9418338100 Fax: 9415054061                   Date of Service: 3/10/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

**Orders added during this encounter:**
TB read; Start Date: 03/10/2023

Signed By: Feimster, Medical Records Clerk, Centurion, Shayla at 3/10/2023 3:56:56
PM

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▐ | |
| **Signing Provider:** Shayla Feimster, Medical Records Clerk, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▐ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▐ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**            **Description**              **Diagnoses**
NURTBrd             TB read

**Order Number:**    2908574-1                   **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:**      03/16/2023                   **End Date:**
**Electronically signed by:** Shayla Feimster, Medical Records   **Signed on:** 3/10/2023 3:56:54 PM
Clerk, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061              Date of Service: 3/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: �altoona▐
Facility: 104-JACKSON CI

**Orders added during this encounter:**
TB read; Start Date: 03/16/2023
TB read; Start Date: 03/16/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

**DC4-710A - IMMUNIZATION RECORD**
**TST PLANTS AND READS**

**Reason for Todays Screening:**   TB Plant
**Have you had the BCG Vaccine?:**   No
**TST Plant Date:** 03/14/2023 **Time:** 14:20
**Site TST Placed:**   Left Forearm
**Manufacturer:**   Par Pharmaceutical **Lot #:**   57798 **Expiration:**   05/31/2024

**Last TB Screening:** 08/27/2021 **Size in MM:** 00mm (01/21/2022 9:50:52 AM)

DC4-710A (Revised 2/23/21)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**TUBERCULOSIS SYMPTOMS QUESTIONNAIRE FOR INMATES**

Annual

**1. If your last skin test was negative, date placed:**   01/21/2022
    **Have you had more than one negative Tuberculosis Skin Test?**   YES
    **Have you ever had a positive Tuberculosis Skin Test?**   NO
    **If you were born in another country did you receive the BCG vaccination:** NO

**2. Have you had night sweats?** NO

**3. Have you had a low-grade fever?** NO

**4. Have you had a cough?** NO

**5. *Have you coughed up blood?** NO

**6. *Have you coughed up mucus?** NO

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061                   Date of Service: 3/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 104-JACKSON CI

**7. Have you had chest pain?** NO

**8. Have you had shortness of breath?** NO

**9. Is your appetite normal for you?** YES

**10. Have you lost weight without trying?** NO

**11. Is your energy level normal for you?** YES

**12. Do you get tired easy?** NO
I understand that the symptoms above could be symptoms of TB and that I need to follow-up in the medical unit   if I have these symptoms now or develop any of these symptoms in the future.
***Patient Esignature Required***


## FORM INSTRUCTIONS
This form is to be completed by the institution's medical personnel.
The purpose of the questionnaire is to identify potential symptoms indicating possible tuberculosis disease.

## The inmate MUST SHOW PROOF OF IDENTIFICATION

## AT NO TIME should the inmate be responsible for completing this form

## The following steps will ensure proper completion of this questionnaire:
1.       Check the appropriate box: initial (1st) 2-Step,    (2nd) 2-Step, Annual, initial Post Contact , 8-10 Weeks Post Contact
2.Complete questions 1-12.
3.       Identify the inmate by the identification(s) issued by the Department of Corrections.    Write this information in the space provided.
4.       Complete the date of assessment in the space provided.
5.       Use the name stamp or write the name of the person filling out the form in the space provided. Indicate professional status (RN or LPN).
6.       Question number one indicates the TST status of the responder. Complete the blanks as accurately as possible.
7.       Question number two distinguishes between environmental temperature sweating and sweating that occurs at night and is caused by an active Mycobacterium tuberculosis disease
process.   If the answer is YES, then ask how long has the night sweats been going on (make a comment).
8.       Question number three detects an elevation in body temperature for which the individual may/may not seek medical attention.
9.       Question number four requires the individual to analyze the symptom thoroughly.    It is important to know how long the cough has lasted.
10.       Question number five and six indicates the production of possible cavities in the lungs, therefore coughing up bright red or dark red clots or mucus.    The response to this inquiry would

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061                  Date of Service: 3/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
necessitate the medical follow-up for evaluation and to rule out TB or other causes for a bloody cough.
Write a comment about the color, amount frequency, refer to medical.
11.      Question number seven is asking for a description of the chest pain.   Is it sharp, dull, where is it
located, how long does it persist, what makes it go away?   How would the responder
rate the intensity?   Make a written comment if the answer is YES.
12.      Question number eight differentiates between acute and chronic shortness of breath, Asthma, the
inability to take a deep breath or empty the lung efficiently.   Pathological changes in
the presence of active disease will demonstratively change the outward appearance (posturing) and
unusual noises may be heard when the responder speaks, laughs, or sings.   Make a
written comment about observations.
13.      Question number nine indicates if an individual is maintaining good nourishment, interested in
foods, snacks and other daily caloric intake.   If the response is NO, then evaluate
causes for this lack of appetite. (Dental problems, mouth sores, gastrointestinal upset, medications etc.)
Make a comment to clarify a decrease in appetite.
14.      Question number ten refers to a calculated weight loss of 10% or greater in a short period of time
and without the making an effort to lose weight (document the amount of weight lost).
Loss of body mass significantly impacts the disease process; causing escalation in irreversible
bio-physiological damage to major organs.
15.      Question number eleven addresses estimating the current level of energy it takes to perform
activities of daily living, work, and sports.   Has the ability to maintain these activities
changed?
16.      Question number twelve is essential in determining the overall condition.   Easy fatigability and
other factors may affect how TB is treated.
17.      Assess the risk factors listed and document the corresponding number for the risk in the space
provided.
18.      Have the inmate sign and date the form.

 **FILE IN HEALTH RECORD**

DC4-520C Tuberculosis Symptoms Questionnaire for Inmates (Revised 4/10/18)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 3/14/2023 4:57:06 PM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kilee Everett, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kilee Everett, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**         **Description**                              **Diagnoses**
NURTBrd          TB read

**Order Number:**                2928741-1              **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**                  03/16/2023             **End Date:**
**Electronically signed by:** Kilee Everett, RN, Registered    **Signed on:** 3/14/2023 4:57:04 PM
Nurse, Centurion
**Instructions:**               TB read to be completed in approximately 48-72 hrs.

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kilee Everett, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kilee Everett, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURTBrd | TB read | |

**Order Number:** 2928741-2    **Quantity:** 1
**Authorization #:**    **Priority:** N
**Start Date:** 03/16/2023    **End Date:**
**Electronically signed by:** Kilee Everett, RN, Registered Nurse, Centurion    **Signed on:** 3/14/2023 4:57:04 PM
**Instructions:** TB read to be completed in approximately 48-72 hrs.

1 of 1

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

EKG
Date of Service: 3/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**EKG**

EKG, T24935, 3.14.23

*Imported By: Shelby Hardin, Medical Records Clerk, Centurion 3/15/2023 8:21:11 AM*

_____

External Attachment:

  Type:     Image
  Comment:    EKG, T24935, 3.14.23

Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia
at 3/15/2023 8:21:31 AM



**Wilson, Bernard**
ID: t24935

10/08/1982   73 in   Male   Black
40 Years   225.0 lb

03/14/2023  13:48:57
FL DOC JACKSON CI - ER

| QRS | : | 82 ms |
|---|---|---|
| QT / QTcBaz | : | 380 / 392 ms |
| PR | : | 164 ms |
| P | : | 64 ms |
| RR / PP | : | 934 / 937 ms |
| P / QRS / T | : | 27 / 70 / 42 degrees |

Normal sinus rhythm
Normal ECG

Virginia Lockey, APRN-BC
AGACNP-BC
Centurion of Florida

Location : 44462
Room :
Order Number :
Indication :
Medication 1 :
Medication 2 :
Medication 3 :

Technician :
Ordering Ph :
Referring Ph :
Attending Ph :

**64** bpm
-- / -- mmHg

Unconfirmed

GE  MAC2000  1.1       12SL™ v241     25 mm/s   10 mm/mV   ADS   0.56-40 Hz   60 Hz   4x2.5x3_25_R1   2

GE Healthcare          PRINTED IN U.S.A.

P/N 2009828-661

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                        TST Read -
Main: 9418338100 Fax: 9415054061          Date of Service: 3/16/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI

**Orders added during this encounter:**
TB plant/annual screen; Start Date: 02/29/2024

FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES

**DC4-710A - IMMUNIZATION RECORD**
**TST PLANTS AND READS**

**Reason for Todays Screening:**   TB Read

**Last TB Screening:** 08/27/2021 **Size in MM:** 00mm (01/21/2022 9:50:52 AM)
**Time:** 2:37 PM
**PPD Results in mm:**   00

**Next TB Screening Date:**   Annual

DC4-710A (Revised 2/23/21)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thomas, RN, Registered Nurse, Centurion, CoraAnn at 3/16/2023 3:37:32
PM

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** CoraAnn Thomas, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** CoraAnn Thomas, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▇▇▇ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▇▇▇ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURTBpl | TB plant/annual screen | |

**Order Number:** 2944970-1    **Quantity:** 1

**Authorization #:**    **Priority:** N

**Start Date:** 02/29/2024    **End Date:**

**Electronically signed by:** CoraAnn Thomas, RN, Registered Nurse, Centurion    **Signed on:** 3/16/2023 3:37:28 PM

**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

EKG
Date of Service: 3/26/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI
**EKG**

EKG, T24935, 3.26.23


*Imported By: Shelby Hardin, Medical Records Clerk, Centurion 3/27/2023 10:02:08 AM*

_____

External Attachment:

  Type:     Image
 Comment:   EKG, T24935, 3.26.23



Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia
at 3/27/2023 10:07:15 AM

1 of 1



**Wilson, Bernard**
ID: i24935

03/26/2023 10:42:14
FL DOC JACKSON CI - ER

Location : 44462
Room:
Order Number:
Indication :
Medication 1 :
Medication 2:
Medication 3:

65 bpm
-- / -- mmHg

Normal sinus rhythm
Normal ECG

QRS :          86 ms
QT / QTcBaz : 386 / 401 ms
PR :          190 ms
P :           102 ms
RR / PP :     928 / 923 ms
P / QRS / T : 60 / 72 / 41 degrees

Technician :
Ordering Ph :
Referring Ph :
Attending Ph :

Unconfirmed

GE MAC2000  1.1  12SL™ v241  25 mm/s  10 mm/mV  ADS  0.56-40 Hz  60 Hz  4x2.5x3_25_R1  2
P/N 2009828-061        GE Healthcare        PRINTED IN U.S.A.

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Admin Forms
Main: 9418338100 Fax: 9415054061                    Date of Service: 4/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 104-JACKSON CI


**Orders added during this encounter:**
Lipid Screen (Basic Lipid Profile); Start Date: 04/17/2023




Signed By: Smith, Regional EMR Monitor, Centurion, Tammie at 4/12/2023 12:48:26 PM

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Chronological Record of HC;
Main: 9418338100 Fax: 9415054061                  Date of Service: 4/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Nursing
Other
**Copay?** No

**Note:** NN: See paper body sheet DC4-708 and ER Record DC4-701C

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 4/15/2023 1:24:24 PM

**510-CHARLOTTE C.I.**                                                                   8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** Bioreference |
| **Auth Provider NPI:** ▮▮▮▮▮▮ | |
| **Signing Provider:** Tammie Smith, Regional EMR Monitor, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 0009-1 | Lipid Screen (Basic Lipid Profile) | HYPERLIPIDEMIA (ICD-E78.5) |
| **Order Number:** | 3112294-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 04/17/2023 | **End Date:** 04/17/2023 |
| **Electronically signed by:** Tammie Smith, Regional EMR Monitor, Centurion | | **Signed on:** 4/12/2023 12:48:26 PM |
| **Instructions:** | | |

1 of 1

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                     ER RECORD
Main: 9418338100 Fax: 9415054061    Date of Service: 4/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**ER RECORD**

DC4-701C, T24935, 4.15.23


*Imported By: Shelby Hardin, Medical Records Clerk, Centurion 4/17/2023 8:35:05 AM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-701C, T24935, 4.15.23



Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at
4/17/2023 8:35:31 AM

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☒ Inmate  ☐ Employee  ☐ Visitor
☐ Post-Use-of-Force Exam  ☒ Injury  ☐ Physical Altercation

---

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: Approx 0930    Time of exam: 1040

Description of occurrence:

Alleged assault by security staff.

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A   ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 97.8  Pulse 94  Respiration 17  O2 Sat 99 %  Blood Pressure 124 /81

Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☒ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:
VSS - Pulses regular / Respirations even/unlabored, no injuries
stated or physically noted. Denies pain & states
"I'm straight."

Physician notified? ☒ No  ☐ Yes  Name: N\A    Time: N\A

Treatment provided? ☒ No  ☐ Yes  If yes, describe: N\A

Response to Treatment:  ∅ tx provided.

Disposition:  ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:
RTC - PRN

Health Care Provider's Signature and Stamp: [signature] K.R. EVERETT. RN    Date/Time: 04/15/23 @ 1040
JACCI - 104

Reviewing Physician's Signature and Stamp:_____  Date/Time:_____

**Name** Wilson, Bernard
**DC#** T24935    **Race/Sex** B|M
**Date of Birth** 10/08/82
**Institution** JACCI

| **Inmate Distribution:** | White—Health Record |
| | Canary—Inspector General |
| | Pink—Local Requirements |
| **Employee Distribution:** | White—Safety Officer/Designee |
| | Canary—Employee Copy |
| | Pink—DESTROY |

DC4-701C (Effective 12/12)

**510-CHARLOTTE C.I.**                                                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                              Vital Signs
Main: 9418338100 Fax: 9415054061                                Date of Service: 4/19/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

**Vital Signs:**

**Temp:** 98.1'baF**Pulse:** 64   **Resp:** 18   **BP:** 133   **/** 83   **O2 sat:**   99 %**Weight (lbs):**   226
**Height:** 68 (inches)


**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 4/19/2023 3:07:21
PM

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                        Followup    Cardio
Main: 9418338100 Fax: 9415054061                    Date of Service: 4/19/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**CHRONIC ILLNESS CLINIC**


### Orders added during this encounter:

CIC F/U Cardio; Start Date: 10/11/2023
Comprehensive Metabolic Panel (CIC); Start Date: 10/09/2023
Lipid Screen (Basic Lipid Profile); Start Date: 10/09/2023
**Select CIC Type:** Follow Up Encounter

**Temp:** 98.1**,   Pulse:** 64**,   Resp:** 18**,   O2 sat:** 99**,   BP:** 133/83**,   Blood Glucose:** 82
**Height:** 68 (Inches)**,   Weight:** 226 lbs.**,   BMI:** 34.36
**Nursing Comments:**
.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
ATORVASTATIN CALCIUM 20 MG ORAL TABS (ATORVASTATIN CALCIUM) 1 po qhs (KOP) Route:
ORAL

**Current Problem List: :**
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)


**SUBJECTIVE: Current complaint related to CIC:** Patient not taking medications as ordered,
states, "i don't have no medicine, its in my stuff and my property is locked up, i ain't had no meds since i
got to the box."

Denies CP/SOB/Dyspnea. No ADRs.

CV Risk: Average - on STATIN
will ensure patient gets medication from property

## OBJECTIVE:

**Record Review including Labs since last CIC visit:** Yes

**510-CHARLOTTE C.I.**                                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                        Followup    Cardio
Main: 9418338100 Fax: 9415054061                        Date of Service: 4/19/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

**PHYSICAL EXAMINATION**

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

### Pupils

### Ophthalmoscopic:
Opthalmic exam wnl

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

**Lung Sounds: LUL:**   Normal
**LLL:**   Normal
**RUL:**   Normal
**RLL:**   Normal
**RML:**   Normal
     **Respiratory Effort:**   WNL

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

### Carotid Arteries
**WNL:**   Both

     **Abdominal Aorta:**   WNL
### Femoral Arteries

### Pedal Pulses
**WNL:**   Both

### Peripheral Circulation
**WNL:**   Yes

**510-CHARLOTTE C.I.**                                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                  Followup   Cardio
Main: 9418338100 Fax: 9415054061                          Date of Service: 4/19/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI

**ASSESSMENT:** HLD
PLAN:
continue medications
diet and exercise needs discussed
importance of medication compliance discussed
RTC PRN
patient voices understanding of and agrees to POC
f/u CIC 180 days with labs
**Current M Grade:** 2
**Next CIC follow up:** 180 days
Cardio
Passes reviewed.

DC4-701F Chronic Illness Clinic (Revised 11/21/14)

This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**CARDIOVASCULAR FLOW SHEET**
Complete Chronic Illness Clinic DC4-701F and document at a minimum the following:

Fundi if clinically indicated, heart (murmurs), lungs, peripheral pulses/bruits, edema
**Diagnosis:** Hyperlipidemia (E78.5)
**Last Weights**
226 lb, 04/19/2023
225 lb, 03/26/2023
225 lb, 03/15/2023

**Last Systolic BPs**
128, 11/08/2022
139, 11/04/2022
136, 08/10/2022

**Last Diastolic BPs**
84, 11/08/2022
96, 11/04/2022
80, 08/10/2022

**Cardiovascular Clinic Flowsheet:**
**Takes medication as prescribed:** No
**Compliant with treatment plan:** No

**510-CHARLOTTE C.I.**                                         8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Followup    Cardio
Main: 9418338100 Fax: 9415054061              Date of Service: 4/19/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 104-JACKSON CI
**Cardio Clinic Control:** Fair
**Cardio Clinic Status:** Worsened
**Education Provided:** Disease Process,Diet including sodium intake,Exercise,Smoking Cessation (if applicable),Medication(s)
**YEARLY DATA**
Review Immunization Record, DC4-710A for Influenza, Pneumococcal, and Hepatitis B. Order if necessary.
Immunizations:

**Labs and Diagnostics:**
Labs reviewed
**CHOLESTEROL** 270
**Date:** 04/18/2023
DC4-770D Cardiovascular Clinic (CC) Flow Sheet (Revised 4/8/15)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 4/19/2023 3:12:24 PM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** ▮▮▮▮▮ | | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

**Code**               **Description**                          **Diagnoses**
CICFUCARD          CIC F/U Cardio

**Order Number:**      3159177-1                          **Quantity:** 1
**Authorization #:**                                     **Priority:** N
**Start Date:**        10/31/2023                         **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical    **Signed on:** 4/19/2023 3:12:09 PM
Provider, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                  Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | | Bioreference |
| **Auth Provider NPI:** | ███████ | | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | |
| **Group:** | | **Group:** | | |
| **Policy:** | | **Policy:** | | |
| **Insured ID:** | | **Insured ID:** | | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 3427-2 | Comprehensive Metabolic Panel (CIC) | HYPERLIPIDEMIA (ICD-E78.5) |

**Order Number:** 3159177-3                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 09/18/2023                           **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical    **Signed on:** 4/19/2023 3:12:18 PM
Provider, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

|  | TEST FORM |
|---|---|

| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | | Bioreference |
|---|---|---|---|---|
| **Auth Provider NPI:** | ███████ | | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** |
|---|---|---|
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 0009-1 | Lipid Screen (Basic Lipid Profile) | HYPERLIPIDEMIA (ICD-E78.5) |

**Order Number:** 3159177-4    **Quantity:** 1

**Authorization #:**    **Priority:** N

**Start Date:** 09/18/2023    **End Date:**

**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion    **Signed on:** 4/19/2023 3:12:18 PM

**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                       Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | CoraAnn Thomas, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | CoraAnn Thomas, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▇▇▇▇ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 3177804-1                          **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:**        04/25/2023                      **End Date:** 04/25/2023
**Electronically signed by:** CoraAnn Thomas, RN, Registered   **Signed on:** 4/22/2023 10:15:33 AM
Nurse, Centurion
**Instructions:**        Back Pain

1 of 1

**510-CHARLOTTE C.I.**                                                     8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                 Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**                    **Description**                    **Diagnoses**
SCRL                         Sick Call Referral
**Order Number:**      3191421-1                          **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:**           04/26/2023                        **End Date:** 04/26/2023
**Electronically signed by:** Shirley Sims, LPN, Licensed     **Signed on:** 4/25/2023 10:24:33 AM
Practical Nurse, Centurion
**Instructions:**           back pain and headaches

**510-CHARLOTTE C.I.**                                           8/13/2024

33123 Oil Well Rd.

Punta Gorda, FL 33955                                        Vital Signs

Main: 9418338100 Fax: 9415054061                 Date of Service: 4/26/2023

**BERNARD D WILSON**

DC#: T24935

Race/Sex: Black or African American / Male

DOB: ▇▇▇▇▇▇▇

Facility: 104-JACKSON CI

**Vital Signs:**

**Temp:**  98.3'baF **Pulse:**  76  **Resp:**  18  **BP:**  120  **/** 74  **O2 sat:**   99 %**Height:** 68 (inches)

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 4/26/2023 12:42:06 PM

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Chron Rec Health Care
Main: 9418338100 Fax: 9415054061               Date of Service: 6/5/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB:
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Med Records

**Note:** CALL RECEIVED FROM ANDRIA SMITH, MOTHER
REFF SON IN HOSPITAL

ROI NOT VERIFIED IN CHART

ADVISED CALLER NO ROI IN CHART AND UNABLE TO RELEASE ANY INFORMATION DUE TO
HIPAA PRIVACY ACT.
CALLER BEGAN TO GET AGGITATED, SPEAKING VERY DISREPECTFUL, RAISING HER VOICE.
SHE ASK TO SPEAK TO SOMEONE OTHER THAN ME, ADVISED I COULD TRANSFER HER TO THE
HSA.

CALL TRANSFERED.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, Regional EMR Monitor, Centurion, Tammie at 6/5/2023 10:07:00 AM
Signed By: Suber, LPN, HSA,    Centurion, Jeremy at 6/8/2023 9:26:29 AM

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                                   Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                    Date of Service: 6/5/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Med Records

**Note:** CALL RECEIVED FROM ADRIAN BROXTON
REFF PT IN HOSPITAL

ROI NOT VERIFIED IN CHART

ADVISED CALLER OF HIPAA POLICY LAW, HE ASK WHO WAS ON FOR AN ROI, ADVISED HE IS
NOT NAMED ON ANY ROI, UNABLE TO DISCLOSE INFORMATION AT THIS TIME. ADVISED OF THE
PROCESS THE PT'S CAN ASK FOR AN ROI TO BE SIGNED.

ANOTHER PERSON SPOKE UP ON THE CALL, ADVISED CALLER MR. BROXTON I CAN NOT
SPEAK TO MULTIPULE PERSONS, ROI NOT VERIFIED.

HE ASK TO SPEAK WITH MY SUPERVISOR, CALL TRANSFER TO HSA.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, Regional EMR Monitor, Centurion, Tammie at 6/5/2023 1:55:04 PM
Signed By: Suber, LPN, HSA,   Centurion, Jeremy at 6/8/2023 9:27:09 AM

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                       Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▉ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▉ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| INF-DIET | INF - Diet (specify) | |
| **Order Number:** | 3457131-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 06/06/2023 | **End Date:** |
| **Electronically signed by:** Jessica Sima, RN, Registered Nurse, Centurion | | **Signed on:** 6/6/2023 4:01:31 PM |
| **Instructions:** | Regular Diet | |

1 of 1

**510-CHARLOTTE C.I.**                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                  Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▮▮▮▮▮ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**            **Description**              **Diagnoses**
Z48.02              Suture Removal

**Order Number:** 3460671-1              **Quantity:** 1
**Authorization #:**                     **Priority:** N
**Start Date:** 06/14/2023               **End Date:** 06/14/2023
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion              **Signed on:** 6/7/2023 9:50:28 AM
**Instructions:** remove all staples please

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 3427-2 | Comprehensive Metabolic Panel | INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) ,INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) |

**Order Number:** 3460671-6                    **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:** 06/14/2023                        **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion                    **Signed on:** 6/7/2023 9:50:30 AM
**Instructions:**

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | | Bioreference |
|---|---|---|---|---|
| **Auth Provider NPI:** | ▇▇▇▇▇ | | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ▇▇▇▇ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ▇▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | |
| **Group:** | | **Group:** | | |
| **Policy:** | | **Policy:** | | |
| **Insured ID:** | | **Insured ID:** | | |

**Code**           **Description**                  **Diagnoses**
0053-9             CBC w/Diff                       INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA)

**Order Number:**      3460671-5                    **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:**        06/14/2023                   **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical     **Signed on:** 6/7/2023 9:50:30 AM
Provider, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 71046-6 | XRAY CHEST 2 VIEW | INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) |

**Order Number:** 3460671-3     **Quantity:** 1

**Authorization #:**     **Priority:** N

**Start Date:** 06/09/2023     **End Date:**

**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion     **Signed on:** 6/7/2023 9:50:30 AM

**Instructions:** s/p stab wounds, r/o injury

1 of 1

**510-CHARLOTTE C.I.**                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                     Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ███████ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ███████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| FU | Provider Follow up | |
| **Order Number:** | 3460671-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 06/09/2023 | **End Date:** 06/09/2023 |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 6/7/2023 9:50:28 AM |
| **Instructions:** | f/u 23 hour obs discharge | |

**510-CHARLOTTE C.I.**                                                8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                                XRAY CHEST 1 VIEW
Main: 9418338100 Fax: 9415054061                    Date of Service: 6/9/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) XRAY CHEST 1 VIEW (71045-6)
  XRAY CHEST 1 VIEW FINDINGS: Lungs are clear. Heart is not enlarged
osseous structures are intact no pneumonia or CHF CONCLUSION: No
active lung disease ELECTRONICALLY SIGNED BY MARK W. COOPER, M.D.
6/9/2023 7:21:08 PM EDT.
  Results: Lungs are clear. Heart is not enlarged osseous structures
are intact no
  pneumonia or CHF
  Conclusion: No active lung disease
  Electronically signed by MARK W. COOPER, M.D. 6/9/2023 7:21:08 PM
EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 06/09/2023 7:26 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 06/09/2023 10:48:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/09/2023 19:21:08
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 39358765
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  XRAY CHEST 1 VIEW, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 6/15/2023 2:53:47 PM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Tigst Michael, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tigst Michael, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▮▮▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                 **Description**                          **Diagnoses**
NURREQREF           Staff Request/Referral

**Order Number:**       3461194-1                **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:**         06/07/2023               **End Date:** 06/07/2023
**Electronically signed by:** Tigst Michael, RN, Registered    **Signed on:** 6/7/2023 10:20:09 AM
Nurse, Centurion
**Instructions:**       .S2 preconfinment

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                            Chron Rec Health Care
Main: 9418338100 Fax: 9415054061            Date of Service: 6/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
**Note:** CHEST 2 VIEWS
COMPLETED 6.9.23, PER XRAY TECH


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at 6/12/2023 8:02:19 AM

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061                 Date of Service: 6/13/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
Staff Referral/Request

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**


**SECTION II**
Call-out/appointment for the inmate will be scheduled regarding the above referral.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Inmate's history includes following factors/events of concern:
Inmate currently displays following behaviors of concern:
Other:


Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 6/13/2023
6:01:39 AM


1 of 1

**510-CHARLOTTE C.I.**                                               8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                Date of Service: 6/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Note:** Patient refused labs and also refused to sign DC4-711A.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Davis, CNA, Phlebotomist, Centurion, Lori at 6/14/2023 5:12:25 AM
Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 6/14/2023 3:11:42 PM

1 of 1

**510-CHARLOTTE C.I.**                                                       8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                       Date of Service: 6/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Staple Removal

**Note:** NN: Patient presented to medical for staple removal as ordered. 4 staples removed from L lateral neck, 2 removed from L posterior shoulder, 7 removed from L inner bicep. Patient reports he removed 3 staples from L FA himself "a couple days ago because they was bothering me". Sites well approximated, no S/S of infection noted. Areas cleansed with aseptic dermal cleanser, iodine applied to L inner bicep site. Education given on wound site care and hygiene, and S/S to report to medical. Patient tolerated procedure well and verbalized understanding.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Sima, RN, Registered Nurse, Centurion, Jessica at 6/14/2023 10:45:59 AM
Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 6/14/2023 2:22:07 PM

1 of 1

**510-CHARLOTTE C.I.**
8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955        Historical Immunization Record DC4-710A
Main: 9418338100 Fax: 9415054061        Date of Service: 6/27/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**Historical Immunization Record DC4-710A**

Historical Immunization Card, T24935, 6.27.23


*Imported By: Shelby Hardin, Medical Records Clerk, Centurion 6/27/2023 2:05:32 PM*

_____

External Attachment:

  Type:     Image
  Comment:  Historical Immunization Card, T24935, 6.27.23


Signed By: Lay, MD, SW Medical Director, Centurion, John at
6/27/2023 2:06:27 PM

1 of 1

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## IMMUNIZATION RECORD

**For all IMMUNIZATIONS: Chart other needed information on DC4-701**

| TYPE | DATE | GIVEN | REFUSED | CI NAME | NOTES (list primary series number here) |
|---|---|---|---|---|---|
| Tetanus/Diphtheria (Td) | 1-31-2010 | 1-31-2010 I M | | Holmes | L7ZU2590 MA |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |

**Influenza: Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

**Other immunizations: Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1. Pneumococcal | 8/27/08 | Hardee | — | Refused | Duncan-Robe LPN |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| | PPD placed on | Placed by | At CI | PPD read on: | Read by | RESULTS (in mm.) | NOTES |
|---|---|---|---|---|---|---|---|
| 1. | DEC 12 2007 | CFRC | | 12-14-07 | B | 00mm | |
| 2. | 3/3/08 | LLE | Hardee | 3-5-09 | LLE | 00mm | C2670AA exp 6-19-09 |
| 3. | 12/8/08 | LLE | Hardee | 12-10-08 | LLE | 00mm | C2910AA exp 12-6-10 |
| 4. | 12/7/09 | Cu | Martin | 11/09/09 | 8c | 00 mm | |
| 5. | DEC 18 2010 | W | G.A. | 12/20/10 | HM | 00mm | |

Chest X-Ray on:

If PPD is positive, INH therapy started on _____ . Due to stop on _____ . Completed on _____

If INH stopped before completion date, indicate reason:

Other information about TB, PPD testing and INH prophylaxis is charted on DC4-701.

A-T24935 TM 01 12/12/2007

WILSON, BERNARD DWAYNE

B/M ████████

Write in or paste sticker here ↑

| Nurse stamp here LLE | Nurse stamp here | Nurse stamp here |
|---|---|---|
| L. Edwards, RN Hardee C.I. | T ELLERBEE, LPN MARTIN C.I. | JENNIFER MOSSER SLPN CFRC |
| Nurse stamp here B. ZOBEL, RN MARTIN CI | Nurse stamp here ____ SLPN GULF C.I / ANNEX | Nurse stamp here D. BURKE, SRN GULF CI / ANNEX |

**IMMUNIZATION RECORD**
DC4-710A (9/98)

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### IMMUNIZATION RECORD

**For all IMMUNIZATIONS:  Chart other needed information on DC4-701**

| TYPE | DATE | GIVEN | REFUSED | CI NAME | NOTES (list primary series number here) |
|---|---|---|---|---|---|
| Tetanus/Diphtheria (Td) | 9/22/17 | DR | — | Liberty | Lot# A168A 04H00V9 |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | ' | | | | |

**Influenza:  Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1. FIU | 2/23/12 | SRR | | ✓ | D Varous SLPN |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

**Other immunizations:  Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1.Pneumococcal | 1-15-17 | ( | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| | PPD placed on | Placed by | At CI | PPD read on: | Read by | RESULTS (in mm.) | NOTES |
|---|---|---|---|---|---|---|---|
| 1. | 12-14-11 | MM | Cal | 12/16/11 | | | |
| 2. | 12-19-12 | SS | SARCI | 12/21/12 | HC | 0 mm | |
| 3. | 12/24/13 | ▷ | 113 | 12-26-13 | ▷ | 00 mm | |
| 4. | 12-15-14 | WB | T8900 | | | | |
| 5. | 2/17/15 | BL | Taylor | 2/19/15 | DN | 00 mm | |

Chest X-Ray on:

| If PPD is positive, INH therapy started on | . Due to stop on | . Completed on | . |
|---|---|---|---|

If INH stopped before completion date, indicate reason:

Other information about TB, PPD testing and INH prophylaxis is charted on DC4-701.

Inmate Name **Wilson, Bernard**

DC # **T24935**, R/S **B/M**

DOB ▮▮▮▮▮▮▮

Write in or paste sticker here ↑

| Nurse stamp here<br>*mm*<br>M.L. MUSGROVE, SLPN<br>CALHOUN C.I. | Nurse stamp hereSRN<br>SS S. SIMPSON, SANTA ROSA CI | Nurse stamp here<br>HC<br>HC Currie<br>Santa Rosa CI |
|---|---|---|
| Nurse stamp here<br>M. J. Greene, LPN<br>Corizon<br>Franklin CI | Nurse stamp here<br>B. LAMBERT (LPN)<br>TAYLOR CI<br>PERRY, FL | Nurse stamp here |

**IMMUNIZATION RECORD**
**DC4-710A (9/98)**

**FLORIDA DEPARTMENT OF CORRECTION**
**IMMUNIZATION RECORD**

| For all IMMUNIZATIONS: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| **Type** | **Date** | **Given** | **Refused** | **CI** | **Notes (list primary series number here)** |
| Tetanus/Diphtheria/Pertussis (**Tdap**) (one time only) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |

| Influenza: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| **Type** | **Date** | **CI** | **Given** | **Refused** | **Signature/Initials** |
| 1. JAN 15 2017 | 1-15-17 | Liberty C.I. | | X | Bradley |
| 2. Flu Vac | 2/20/20 | 300 | | ✓ | ANR |
| 3. Flu | 9/15/20 | CHACI | no | ✓ | ANR |
| 4. Flu | 11-17-21 | 05 | | ✓ | JM |
| 5. Pneumo | 11-17-21 | 05 | | ✓ | JM |
| 6. Covid | 11-17-21 | 05 | | ✓ | JM |

| Other immunizations: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| **Type** | **Date** | **CI** | **Given** | **Refused** | **Signature/Initials** |
| 1. Pneumococcal | JAN 15 2017 | Liberty C.I. | | X | Bradley |
| 2. JAN 14 2017 | | | | | |
| 3. Pneumovax | 3-19-2020 | CHACI | No | yes | 8N DC4-711A completed |
| 4. | | | | | |

| | Date TST placed | Placed by | CI | TST read on | Read by | Results (in mm.) | Comments (Note date that +TST was reported to DOH & to Regional RNSp IC; Note if TST is a Post Exposure TST) |
|---|---|---|---|---|---|---|---|
| 1. | 3/10/16 | VL | CenCI | 3-13-16 | 00 | 00mm | |
| 2. | 3-4-17 | | ICI | 3-6-17 | 00 | 00mm | |
| 3. | 3/6/18 | RB | ≠30 | 3/8/18 | N | 00mm | |
| 4. | 03/8/19 | | REFUSED | | | | |
| 5. | 3/13/20 | L | CHAC | 3/16/20 | | 00 mm | |
| 6. | 8-24-21 | | Calhoun | 8-24-21 | CH | 00mm | |
| 7. | | | | | | | |
| 8. | | | | | | | |

Chest X-Ray on:

If TST is positive, INH therapy started on _____ . Due to stop on _____ . Completed on _____ .

If INH stopped before completion date, indicate reason:

Other information about TB, Tuberculosis screening, testing and INH prophylaxis is charted on DC4-701.

| Nurse Stamp<br>Lyons, V. SLPN<br>Century C.I. | Nurse Stamp 00 | Nurse Stamp<br>K. Minton, L.P.N.<br>Liberty C.I. | Nurse Stamp |
| Nurse Stamp<br>C. Eikeland, L.P.N.<br>Liberty C.I. | Nurse Stamp<br>C. Munro LPN<br>CHACI | Nurse Stamp<br>H. Martinez, RN<br>Calhoun CI | Nurse Stamp<br>C. Terrazas, RN<br>Okeechobee CI |
| Nurse Stamp<br>LPN | Nurse Stamp | Nurse Stamp<br>E. Lytle LPN<br>Calhoun C.I. | Nurse Stamp |
| Nurse Stamp | Nurse Stamp | Nurse Stamp<br>Vanriel, A. LPN<br>CHA CI | Nurse Stamp<br>W. Hancock, LPN/ICN<br>Suwannee C.I |

Inmate Name Wilson, Bernard
DC# 124935    Race/Sex B/m
Date of Birth 10/08/1982
Institution Century CI
DC4-710A (Revised 1/25/13)

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Tigst Michael, RN, Registered Nurse, Centurion | Service Provider: | FDC |
|---|---|---|---|

**Auth Provider NPI:**

| Signing Provider: | Tigst Michael, RN, Registered Nurse, Centurion | | |
|---|---|---|---|

| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 3622700-1                    **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 07/07/2023                      **End Date:**
**Electronically signed by:** Tigst Michael, RN, Registered    **Signed on:** 7/1/2023 5:54:09 AM
Nurse, Centurion
**Instructions:**          Lower back pain.

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Tigst Michael, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tigst Michael, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 3655361-1                **Quantity:** 1
**Authorization #:**                       **Priority:** N
**Start Date:** 07/13/2023                 **End Date:**
**Electronically signed by:** Tigst Michael, RN, Registered    **Signed on:** 7/10/2023 7:05:37 AM
Nurse, Centurion
**Instructions:**          Can't move my left index finger

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                           Order Form

|  | TEST FORM |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| **Authorizing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
| --- | --- |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
| --- | --- | --- |
| SC | Sick Call | |

**Order Number:** 3661209-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 07/12/2023                            **End Date:** 07/12/2023
**Electronically signed by:** Jessica Sima, RN, Registered   **Signed on:** 7/10/2023 1:38:20 PM
Nurse, Centurion
**Instructions:**          Neck, L arm/hand pain

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▓▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURREQREF | Staff Request/Referral | |

**Order Number:** 3683882-1                           **Quantity:** 1
**Authorization #:**                                         **Priority:** N
**Start Date:** 07/12/2023                             **End Date:**
**Electronically signed by:** Jessica Sima, RN, Registered Nurse, Centurion     **Signed on:** 7/12/2023 8:05:36 PM
**Instructions:**          Referral to Mental Health

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                         Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Consuelo Lim, MD, Psychiatrist, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| INF-VITALS | INF - Vital Signs | SUICIDAL IDEATION (ICD-R45.851) |
| **Order Number:** | 3683930-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 07/12/2023 | **End Date:** 07/12/2023 |
| **Electronically signed by:** | Jessica Sima, RN, Registered Nurse, Centurion | **Signed on:** 7/12/2023 8:49:55 PM |
| **Instructions:** | Every shift, q8h | |

1 of 1

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

DIAGRAM OF INJURY
Date of Service: 7/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**DC4-711A Medical Refusals**

DC4-711A, T24935, 7.12.23


*Imported By: Shelby Hardin, Medical Records Clerk, Centurion 7/14/2023 8:08:31 AM*

---

External Attachment:

  Type:     Image
  Comment:  DC4-711A, T24935, 7.12.23


Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at
7/14/2023 8:09:01 AM

1 of 1

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*July 14, 2023*
Page 1
Diagram of Injury

**BERNARD D WILSON**
T24935
Race/Sex: Black or African American / Male
DOB: 10/08/1982
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___7/12/23___     Time of occurrence ___1830___
Date injury assessed by medical ___7/12/23___     Time injury assessed by medical ___1842___
☑ No injury identified

Description of injury: ___No injury present @ timed assessment___
_____
_____
_____

Staff Signature _____  Tracy

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  **White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden**
DC4-708 (Revised 10/07)

Medical Records
Jackson CI

JUL 1 4 REC'D

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                      Inmate Request
Main: 9418338100 Fax: 9415054061          Date of Service: 7/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
**Inmate Request**


*Imported By: Cassandra Mullins, MH Clerk, Centurion 7/14/2023 11:51:47 AM*

_____

External Attachment:

   Type:     Image
   Comment:  DC6-236   T24935   7-14-2023


Signed By: Blackshear, LMHC, MH Clinical Director, Centurion,
Trina at 7/14/2023 11:52:02 AM

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☒ Mental Health | ☐ Other ___ |

| FROM: | Inmate Name Bernard Wilson | DC Number T24935 | Quarters H3206 | Job Assignment U/A | Date 7/9/23 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

This is my 3rd request form in the past month and I have
yet to be seen by mental health. I am EXTREMELY DEPRESSED
and stressed. I was nearly killed on June 4 2023 when I
was stabbed and Life Flighted. I've been suffering
nightmares, can't sleep nor eat and I'm paranoid and
still suffering constant panic and anxiety attacks. I
fear that another attempt on my life will be made
and possibly still successful.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC#: T24935

RECEIVED
JUL 11 2023

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:  JACKSON C.I.
MEDICAL DEPT

You were seen on 7/11/2023 &
the issues named above were discussed.
You were also afforded the opportunity to
speak with security in regard to your safety
concerns.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): T. Blackshear MHP | Official (Signature): T. Blue | Date: 7/13/23 |
|---|---|---|

Original: Inmate (plus one copy)  Jackson CI
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**510-CHARLOTTE C.I.**                                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**                          **Diagnoses**
SC                Sick Call
**Order Number:**    3796045-1                        **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:**      08/02/2023                       **End Date:** 08/02/2023
**Electronically signed by:** Tracy Garnes, RN, Registered    **Signed on:** 7/28/2023 1:21:01 PM
Nurse, Centurion
**Instructions:**          My left forearm/hands/fingers are causing me pain. My back is hurting.

1 of 1

**510-CHARLOTTE C.I.** 8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955 Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061 Date of Service: 8/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

<u>**No Known Medical Risk Factor(s)\***</u>: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

<u>**\*Medical Risk Factor(s)**</u>    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

<u>**No Known Medical Risk Factor(s)\***</u> has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

<u>**\*Medical Risk Factor(s)\***</u>  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061              Date of Service: 8/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                    Date of Service: 8/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓▓
Facility: 104-JACKSON CI

## Orders added during this encounter:

Staff Request/Referral; Start Date: 08/15/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No

**M:**2  **S:**2  **W:**1  **T:**1  **I:Vision:**1  **I:Hear:**_  **I:Physical:**_  **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  97.9 F
**Pulse:**  77  **Resp:**  16  **BP:**  125 **/** 87  **O2 sat:** 98  **Weight (lbs):**  220

**Infirmities or impairment?** No    **Does inmate have assistive devices that will remain with her/him?** No

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                    Date of Service: 8/15/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

Directions: Sender (referring/requesting staff) completes section I and signs.     Addressee (responding staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 08/15/2023 4:18 PM
**TO: Addressee's Name** mental health
**Senders Name:** Jessica Sima, RN, Registered Nurse, Centurion **Sender's Area/Service** Medical
Inmate Housing:
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Other:** Yes
S2 preconfinement

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Sima, RN, Registered Nurse, Centurion, Jessica at 8/15/2023 5:20:03 PM

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

|  |
|---|
| <div align="center">**TEST FORM**</div> |

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURREQREF | Staff Request/Referral | |
| **Order Number:** | 3910343-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 08/15/2023 | **End Date:** |
| **Electronically signed by:** Jessica Sima, RN, Registered Nurse, Centurion | | **Signed on:** 8/15/2023 5:19:57 PM |
| **Instructions:** | Referral to Mental Health | |

**510-CHARLOTTE C.I.**                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Trina Blackshear, LMHC, MH Clinical Director, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHIIS | Interview Staff Request | |

**Order Number:** 3925478-2                    **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:**          08/22/2023            **End Date:**
**Electronically signed by:** Cassandra Mullins, MH Clerk,    **Signed on:** 8/17/2023 12:24:10 PM
Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                          Order Form

|  | TEST FORM |
|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jessica Sima, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | | **Diagnoses** |
|---|---|---|---|
| SC | Sick Call | | |
| **Order Number:** | 3938348-1 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 08/22/2023 | | **End Date:** 08/22/2023 |
| **Electronically signed by:** | Jessica Sima, RN, Registered Nurse, Centurion | | **Signed on:** 8/19/2023 10:27:38 AM |
| **Instructions:** | L arm and finger pain, lower back pain, rash | | |

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                    Date of Service: 8/24/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
**Note:** SCRL
R/S FROM 8/23/23 TO 8/30/23 D/T TIME CONTRAINTS.


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Smith, Regional EMR Monitor, Centurion, Tammie at 8/24/2023 11:39:24 AM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Shirley Sims, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Shirley Sims, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCRL | Sick Call Referral | |

**Order Number:** 3955444-1     **Quantity:** 1

**Authorization #:**     **Priority:** N

**Start Date:** 09/20/2023     **End Date:**

**Electronically signed by:** Shirley Sims, LPN, Licensed Practical Nurse, Centurion     **Signed on:** 8/22/2023 12:28:14 PM

**Instructions:**     back and left hand pain (seen at sick call x3)

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ████████ | | |
| **Signing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ████████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                    **Description**                     **Diagnoses**
0006-7                        Thyroid Screen                      MH PROBLEM: DEPRESSION (ICD-F99)
**Order Number:**       3984821-2                          **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:**             09/18/2023                        **End Date:**
**Electronically signed by:** Marrian Alexander, PMHNP,     **Signed on:** 8/25/2023 2:13:53 PM
Psychiatric Clinician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

|  |
| --- |
| <div align="center">## TEST FORM</div> |

| | | | |
| --- | --- | --- | --- |
| **Authorizing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ▓▓▓▓▓▓▓ | | |
| **Signing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▓▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
| --- | --- |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
| --- | --- | --- |
| 0034-9 | CBC w/o Diff (Hemogram)/Plat. CT | MH PROBLEM: DEPRESSION (ICD-F99) |

**Order Number:** 3984821-1                                    **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:** 09/18/2023                                     **End Date:**
**Electronically signed by:** Marrian Alexander, PMHNP,        **Signed on:** 8/25/2023 2:13:52 PM
Psychiatric Clinician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ████████ | | |
| **Signing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**
0009-1

**Description**
Lipid Screen (Basic Lipid Profile)

**Order Number:** 3984821-4
**Authorization #:**
**Start Date:** 09/13/2023

**Electronically signed by:** Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion

**Instructions:**

**Diagnoses**
MH PROBLEM: DEPRESSION (ICD-F99)

**Quantity:** 1
**Priority:** N
**End Date:**
**Signed on:** 8/25/2023 2:13:53 PM

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ▇▇▇▇▇▇ | | |
| **Signing Provider:** | Marrian Alexander, PMHNP, Psychiatric Clinician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▇▇▇▇ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**      **Description**      **Diagnoses**

3427-2      Comprehensive Metabolic Panel      MH PROBLEM: DEPRESSION (ICD-F99)

**Order Number:** 3984821-3      **Quantity:** 1

**Authorization #:**      **Priority:** N

**Start Date:** 09/04/2023      **End Date:**

**Electronically signed by:** Marrian Alexander, PMHNP,      **Signed on:** 8/25/2023 2:13:53 PM
Psychiatric Clinician, Centurion

**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                               Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 3990185-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 08/31/2023                           **End Date:**
**Electronically signed by:** Tigst Michael, RN, Registered    **Signed on:** 8/28/2023 5:56:41 AM
Nurse, Centurion
**Instructions:**          Throat/Neck pain. Spitting blood. Left hand feels fractured.

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                Order Form

| TEST FORM | |
|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |
| **Order Number:** | 3990190-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 08/31/2023 | **End Date:** |
| **Electronically signed by:** Tigst Michael, RN, Registered Nurse, Centurion | | **Signed on:** 8/28/2023 6:01:20 AM |
| **Instructions:** | Left shoulder pain. Back pain | |

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

|  |
|---|
| <div align="center">TEST FORM</div> |

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Shirley Sims, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Shirley Sims, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▬ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▬ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCRL | Sick Call Referral | |

**Order Number:** 4016979-1                              **Quantity:** 1
**Authorization #:**                                        **Priority:** N
**Start Date:** 09/06/2023                               **End Date:**
**Electronically signed by:** Shirley Sims, LPN, Licensed     **Signed on:** 8/31/2023 2:34:30 PM
Practical Nurse, Centurion
**Instructions:**              pain left shoulder/ left hand and throat

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                           Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tigst Michael, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉▉▉▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉▉▉▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | | **Diagnoses** |
|---|---|---|---|
| SC | Sick Call | | |
| **Order Number:** | 4027642-1 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 09/06/2023 | | **End Date:** |
| **Electronically signed by:** Tigst Michael, RN, Registered Nurse, Centurion | | | **Signed on:** 9/4/2023 2:27:36 AM |
| **Instructions:** | Blood in stool and gas pain. | | |

**510-CHARLOTTE C.I.** 8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955 Medical: :Inmate Request
Main: 9418338100 Fax: 9415054061 Date of Service: 9/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** General Medical

Requesting to know when he would be seen by the provider.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    09/11/2023
Be advised you have an appointment scheduled with the provider. Watch the call out. Thank you.

**Date Returned to Inmate:** 09/12/2023 **Answered By:** Holt; RN; DON; Centurion, Brandi

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Holt, RN, Centurion, Brandi at 9/12/2023 1:13:05 PM

1 of 1

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name BERNARD WILSON | DC Number T24935 | Quarters H1106 | Job Assignment Conf. | Date 9/10/23 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

With ALL DUE RESPECT, I'm inquiring as to my being scheduled (or Referred to, via sick call) to be assessed by the physician/doctor concerning a number of ailments. Referred to on August, between the 17-**30** 2023 and as of this 10th day of Sept. 2023 I have yet to been assessed by ANYONE, moreso a doctor. I submitted this inquiry in Good Faith.

my left shoulder, back, left arm and hand is painful and has gone untreated for an extensive amount of time. I've diligently sought medical treatment by @ adhering to the proper procedures via sick calls, which I've submitted a number of regarding pain in aforementioned areas.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 | RECEIVED |
|---|---|---|

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: SEP 1 1 2023

JACKSON C.I.
MEDICAL DEPT

Be advised you have an appointment scheduled with the provider. Watch the callout. Thank you.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Brandi Holt-RN-DON | Official (Signature): BHolttRnCOON | Date: 9/18/23 |
|---|---|---|

Original: Inmate (plus one copy) Jackson C.I. - Centurion
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**510-CHARLOTTE C.I.**                                            8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▮▮▮▮▮▮ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| FU | Provider F/U (DO NOT RESCHEDULE) | |

**Order Number:** 4086588-1                                      **Quantity:** 1
**Authorization #:**                                             **Priority:** N
**Start Date:** 09/20/2023                                       **End Date:** 09/20/2023
**Electronically signed by:** Virginia Lockey, APRN, Medical     **Signed on:** 9/13/2023 5:54:04 AM
Provider, Centurion
**Instructions:** f/u (+) hemoccult x 3

**510-CHARLOTTE C.I.**                                           8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                        Admin Forms
Main: 9418338100 Fax: 9415054061              Date of Service: 9/17/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

**Orders added during this encounter:**
Thyroid Screen; Start Date: 09/18/2023
CBC w/o Diff (Hemogram)/Plat. CT; Start Date: 09/18/2023

Signed By: Davis, CNA, Phlebotomist, Centurion, Lori at 9/17/2023 11:40:35 PM

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Tracy Garnes, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tracy Garnes, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 4108279-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 09/19/2023                      **End Date:** 09/19/2023
**Electronically signed by:** Tracy Garnes, RN, Registered    **Signed on:** 9/15/2023 8:39:55 AM
Nurse, Centurion
**Instructions:**        Pain in my back, shoulder, arm and hand

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** Bioreference |
| **Auth Provider NPI:** ▓▓▓▓▓ | |
| **Signing Provider:** Lori Davis, CNA, Phlebotomist, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** ▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**             **Description**                        **Diagnoses**
0006-7               Thyroid Screen                         MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE,
                                                            UNSPECIFIED (ICD-F32.9)
**Order Number:**    4118106-2                              **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:**      09/18/2023                             **End Date:**
**Electronically signed by:** Lori Davis, CNA, Phlebotomist,   **Signed on:** 9/17/2023 11:40:35 PM
Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ▮▮▮▮▮▮ | | |
| **Signing Provider:** | Lori Davis, CNA, Phlebotomist, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**
0034-9

**Description**
CBC w/o Diff (Hemogram)/Plat. CT

**Diagnoses**
MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE, UNSPECIFIED (ICD-F32.9)

**Order Number:** 4118106-1       **Quantity:** 1
**Authorization #:**              **Priority:** N
**Start Date:** 09/18/2023       **End Date:**
**Electronically signed by:** Lori Davis, CNA, Phlebotomist, Centurion       **Signed on:** 9/17/2023 11:40:33 PM
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                   8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                               Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▓▓▓▓▓ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▓▓▓▓ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▓▓▓▓ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURFU | Nursing f/u | INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) |

**Order Number:** 4145732-7                    **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 10/01/2023                      **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion    **Signed on:** 9/20/2023 2:50:04 PM
**Instructions:**        collect hemoccult cards x 3

**510-CHARLOTTE C.I.**                                                                     8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                      Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code** | **Description** | **Diagnoses**

73030-48-LT    XRAY SHOULDER COMPLETE MIN 2V LT    INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA)

**Order Number:** 4145732-6    **Quantity:** 1
**Authorization #:**    **Priority:** N
**Start Date:** 09/29/2023    **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion    **Signed on:** 9/20/2023 2:50:06 PM
**Instructions:** reports pain with movement s/p fall - r/o injury

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                    Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                  **Description**                  **Diagnoses**
72020-53                  XRAY SPINE 1V  LUMBAR            INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA)

**Order Number:**        4145732-5                        **Quantity:** 1
**Authorization #:**                                      **Priority:** N
**Start Date:**          09/29/2023                       **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical    **Signed on:** 9/20/2023 2:50:06 PM
Provider, Centurion
**Instructions:**        reports pain with movement s/p fall - r/o injury

**510-CHARLOTTE C.I.**                                                   8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                               Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Virginia Lockey, APRN, Medical Provider, Centurion | Service Provider: | MobileX |
|---|---|---|---|
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ███████ | Age: | 41 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| 73100-58-LT | XRAY WRIST APandLATLT | INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) |

**Order Number:** 4145732-3                      **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:** 09/29/2023                        **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical    **Signed on:** 9/20/2023 2:50:06 PM
Provider, Centurion
**Instructions:**        reports pain with movement s/p fall - r/o injury

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ▮▮▮▮▮▮ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 73120-21-LT | XRAY HAND 2 VIEWSLT | INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA) |

**Order Number:** 4145732-2                  **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:** 09/29/2023                    **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion     **Signed on:** 9/20/2023 2:50:06 PM
**Instructions:** reports pain with movement s/p fall - r/o injury

1 of 1

**510-CHARLOTTE C.I.**                                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                      Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                       Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
**Note:** WRIST AP & LAT-LT
SHOULDER COMPLETE, MIN 2V-LT
HAND 2 VIEWS-LT
SPINE 1V LUMBAR
COMPLETED 9.29.23, PER XRAY TECH


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at 9/29/2023 3:03:09 PM

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                  WRIST AP AND LAT
Main: 9418338100 Fax: 9415054061                  Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) WRIST AP AND LAT (73100-58-LT)
  WRIST AP and LAT, LEFT FINDINGS: There is no acute fracture,
dislocation or destructive bony process. No significant arthritic
changes are observed at the left wrist. There are no joint erosions.
The surrounding soft tissues have a normal appearance. CONCLUSION:
Negative exam. ELECTRONICALLY SIGNED BY PRAKASH N PATEL, M.D.
9/29/2023 7:32:54 PM EDT.
  Results: There is no acute fracture, dislocation or destructive
bony process. No
  significant arthritic changes are observed at the left wrist.
There are no joint
  erosions. The surrounding soft tissues have a normal appearance.
  Conclusion: Negative exam.
  Electronically signed by PRAKASH N PATEL, M.D. 9/29/2023 7:32:54
PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/29/2023 7:41 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 09/29/2023 10:23:00
Requested date-time:
Receipt date-time:
Reported date-time: 09/29/2023 19:32:54
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 39992588
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  WRIST AP AND LAT, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 10/2/2023 7:44:23 AM

**510-CHARLOTTE C.I.**                                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                              SHOULDER 1 VIEW
Main: 9418338100 Fax: 9415054061                              Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SHOULDER 1 VIEW (73020-48-LT)
   SHOULDER 1 VIEW, LEFT FINDINGS: There is no acute fracture,
dislocation or destructive bony process. No significant arthritic
changes are observed at the left shoulder . There are no joint
erosions. The surrounding soft tissues have a normal appearance.
CONCLUSION: No acute abnormality is evident. ELECTRONICALLY SIGNED
BY PRAKASH N PATEL, M.D. 9/29/2023 7:39:19 PM EDT.
   Results: There is no acute fracture, dislocation or destructive
bony process. No
   significant arthritic changes are observed at the left shoulder .
There are no
   joint erosions. The surrounding soft tissues have a normal
appearance.
   Conclusion: No acute abnormality is evident.
   Electronically signed by PRAKASH N PATEL, M.D. 9/29/2023 7:39:19
PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/29/2023 7:46 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 09/29/2023 10:25:00
Requested date-time:
Receipt date-time:
Reported date-time: 09/29/2023 19:39:19
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 39992592
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
   SHOULDER 1 VIEW, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 10/2/2023 7:43:59 AM

**510-CHARLOTTE C.I.**                                    8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                               HAND 2 VIEWS
Main: 9418338100 Fax: 9415054061            Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) HAND 2 VIEWS (73120-21-LT)
  HAND 2 VIEWS, LEFT FINDINGS: There is no acute fracture,
dislocation or destructive bony process. No significant arthritic
changes are observed within the left hand . There are no joint
erosions. The surrounding soft tissues have a normal appearance.
CONCLUSION: No acute abnormality is evident. ELECTRONICALLY SIGNED
BY PRAKASH N PATEL, M.D. 9/29/2023 7:45:20 PM EDT.
  Results: There is no acute fracture, dislocation or destructive
bony process. No
  significant arthritic changes are observed within the left hand .
There are no joint
  erosions. The surrounding soft tissues have a normal appearance.
  Conclusion: No acute abnormality is evident.
  Electronically signed by PRAKASH N PATEL, M.D. 9/29/2023 7:45:20
PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/29/2023 7:51 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 09/29/2023 10:24:00
Requested date-time:
Receipt date-time:
Reported date-time: 09/29/2023 19:45:20
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 39992593
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet.
  HAND 2 VIEWS, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 10/2/2023 7:44:15 AM

**510-CHARLOTTE C.I.**                                                8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                          LUMBAR SPINE AP AND LAT
Main: 9418338100 Fax: 9415054061                 Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
Patient: BERNARD  WILSON
ID: MobileX 8345374
Note: All result statuses are Final unless otherwise noted.
Tests: (1) LUMBAR SPINE AP AND LAT (72100-53)
  LUMBAR SPINE AP and LAT Comparison: Please see the body of the
report for the comparison date. FINDINGS: Comparison is dated
1/6/2023. There is no evidence of a fracture or destructive bony
process. Mild multilevel degenerative spondylosis noted with lipping
osteophytes but preserved disc space. There is trace retrolisthesis
of L4 over L5 which in retrospect was present on the prior study and
probably degenerative in etiology. There is facet arthropathy within
the lower lumbar spine. Unremarkable sacroiliac joints. CONCLUSION:
No fracture. Findings are similar to previous study. Consider CT
scan for further evaluation if there is ongoing clinical concern for
an acute fracture. ELECTRONICALLY SIGNED BY PRAKASH N PATEL, M.D.
9/29/2023 7:46:22 PM EDT.
  Comparison: Please see the body of the report for the comparison
date.
  Results: Comparison is dated 1/6/2023. There is no evidence of a
fracture or
  destructive bony process. Mild multilevel degenerative spondylosis
noted with
  lipping osteophytes but preserved disc space. There is trace
retrolisthesis of L4
  over L5 which in retrospect was present on the prior study and
probably degenerative
  in etiology. There is facet arthropathy within the lower lumbar
spine. Unremarkable
  sacroiliac joints.
  Conclusion: No fracture. Findings are similar to previous study.
Consider CT scan
  for further evaluation if there is ongoing clinical concern for an
acute fracture.
  Electronically signed by PRAKASH N PATEL, M.D. 9/29/2023 7:46:22
PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/29/2023 7:51 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 09/29/2023 10:28:00
Requested date-time:
Receipt date-time:
Reported date-time: 09/29/2023 19:46:22

**510-CHARLOTTE C.I.**                                        8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                        LUMBAR SPINE AP AND LAT
Main: 9418338100 Fax: 9415054061              Date of Service: 9/29/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 39992596
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  LUMBAR SPINE AP AND LAT, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 10/2/2023 7:43:32 AM

**510-CHARLOTTE C.I.**                                                         8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                         Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ▮▮▮▮▮ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| FU | Provider F/U (DO NOT RESCHEDULE) | |

**Order Number:** 4218230-1                        **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:**            10/04/2023            **End Date:** 10/04/2023
**Electronically signed by:** Virginia Lockey, APRN, Medical    **Signed on:** 10/2/2023 7:45:27 AM
Provider, Centurion
**Instructions:**          DRE s/t (+) hemoccult x 3

1 of 1

**510-CHARLOTTE C.I.**
8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**
Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ▆▆▆▆▆▆ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▆▆▆▆ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▆▆▆▆ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SPGE | Refer to Gastroenterologist | HEMATOCHEZIA (ICD-K92.1) |

**Order Number:** 4254662-1     **Quantity:** 1
**Authorization #:** IM @ RMC     **Priority:** U
**Start Date:** 11/15/2023     **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion     **Signed on:** 10/5/2023 3:36:31 PM
**Instructions:**

**510-CHARLOTTE C.I.**                                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                         Date of Service: 10/8/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC
IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic
Immobilization Devices must be completed    when a pre-confinement health assessment is
conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an
inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical
restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided
to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

<u>**No Known Medical Risk Factor(s)\***</u>: has been identified at the time of this pre-confinement
health assessment, based on a review of the    medical record and current health status that may be
exacerbated by the use of chemical restraint agents.

<u>**\*Medical Risk Factor(s)**</u>    are conditions that may be exacerbated by the use of chemical restraint
agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease,
emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is
considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

### Electronic Immobilization Device (EID) Assessment:

<u>**No Known Medical Risk Factor(s)\***</u> has been identified at the time of this pre-confinement health
assessment, based on a review of the medical record that may be exacerbated by the use of electronic
immobilization devices.

<u>**\*Medical Risk Factor(s)\***</u>  are conditions that may be exacerbated by the use of electronic immobilization
devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular
dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization
Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

1 of 4

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/8/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 104-JACKSON CI
Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                          Date of Service: 10/8/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

## Orders added during this encounter:

Staff Request/Referral; Start Date: 10/08/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  97.2 F
**Pulse:**  98   **Resp:**  18   **BP:**  156 /  90 **O2 sat:** 99 **Weight (lbs):**   221

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?** No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation (Revised 02/23/18)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**510-CHARLOTTE C.I.**                                                            8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;:Menta
Main: 9418338100 Fax: 9415054061                          Date of Service: 10/8/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████
Facility: 104-JACKSON CI
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.


**SECTION I**
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.


**Mental Health Referral**
**Clinical Date and Time:** 10/08/2023 4:21 AM
**TO: Addressee's Name** Mrs. Blackshear
**Senders Name:** Chad Clark, LPN, Licensed Practical Nurse, Ceturion **Sender's Area/Service** Medical Inmate Housing:
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** Yes
S2 Preconfinement

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Clark, LPN, Licensed Practical Nurse, Ceturion, Chad at 10/8/2023 5:26:35 AM
Signed By: Alexander, PMHNP, Psychiatric Clinician, Centurion, Marrian at 10/13/2023 1:27:12 PM

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Chad Clark, LPN, Licensed Practical Nurse, Ceturion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Chad Clark, LPN, Licensed Practical Nurse, Ceturion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | █████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**          **Description**          **Diagnoses**

NURREQREF          Staff Request/Referral

**Order Number:**     4266174-1          **Quantity:** 1

**Authorization #:**          **Priority:** N

**Start Date:**          10/08/2023          **End Date:**

**Electronically signed by:** Chad Clark, LPN, Licensed Practical Nurse, Ceturion          **Signed on:** 10/8/2023 5:26:32 AM

**Instructions:**          Referral to Mental Health

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                 Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Trina Blackshear, LMHC, MH Clinical Director, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHIIS | Interview Staff Request | |

**Order Number:** 4270825-2                        **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:**        10/31/2023                    **End Date:** 10/31/2023
**Electronically signed by:** Cassandra Mullins, MH Clerk,    **Signed on:** 10/9/2023 11:02:56 AM
Centurion
**Instructions:**

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Trina Blackshear, LMHC, MH Clinical Director, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Cassandra Mullins, MH Clerk, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHBSR | Initial Confinement Interview | |

**Order Number:** 4270825-1

**Authorization #:** **Quantity:** 1

**Priority:** N

**Start Date:** 10/31/2023    **End Date:** 10/31/2023

**Electronically signed by:** Cassandra Mullins, MH Clerk, Centurion    **Signed on:** 10/9/2023 11:02:56 AM

**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Admin Forms
Main: 9418338100 Fax: 9415054061              Date of Service: 10/10/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI

**Orders added during this encounter:**
Influenza Vaccine; Start Date: 10/12/2023

Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at 10/10/2023 4:06:10 PM

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▇▇▇▇▇ | |
| **Signing Provider:** Shelby Hardin, Medical Records Clerk, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▇▇▇▇ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▇▇▇▇ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**                    **Description**                          **Diagnoses**
IMM-90774                   Influenza Vaccine

**Order Number:**          4284246-1                   **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**            10/12/2023                  **End Date:** 10/12/2023
**Electronically signed by:** Shelby Hardin, Medical Records    **Signed on:** 10/10/2023 4:06:06 PM
Clerk, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                                 Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▓▓▓▓ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▓▓▓▓ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code** | **Description** | **Diagnoses**
SC | Sick Call

**Order Number:** 4302472-1                    **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:** 10/16/2023                        **End Date:**
**Electronically signed by:** Tracy Garnes, RN, Registered      **Signed on:** 10/12/2023 7:37:54 PM
Nurse, Centurion
**Instructions:**      Cont to complain of left wrist/hand shoulder and back pain

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Refused Nurse Infection Control - Immunization Record -
Main: 9418338100 Fax: 9415054061                  Date of Service: 10/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


**Medical Services**
**If Medical Services, then please describe:** FLU VACCINE


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.




DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 3 NOT GIVEN
Vaccination: Fluzone Quadrivalent Northern Hemisphere 0.5 ML
Reason Not Given: Patient decision
Entered Date: 10/12/2023 12:00 AM
Comments: PROVIDED FLU VACCINE EDUCATION TO PT.
Entered by: Suber, LPN, HSA,    Centurion, Jeremy

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955              Refused Nurse Infection Control - Immunization Record -
Main: 9418338100 Fax: 9415054061              Date of Service: 10/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████
Facility: 104-JACKSON CI


Signed By: Suber, LPN, HSA,    Centurion, Jeremy at 10/13/2023 1:11:42 PM

**510-CHARLOTTE C.I.**                                           8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                         Medical Records Transfer Out
Main: 9418338100 Fax: 9415054061               Date of Service: 10/13/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 104-JACKSON CI
**Note:** Transfer Out Chart Verification

**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1
**Number of CDs** 0/0

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Feimster, Medical Records Clerk, Centurion, Shayla at 10/13/2023 3:04:24
PM

1 of 1

**510-CHARLOTTE C.I.**                                                       8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Kasey Long, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Kasey Long, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**          **Description**                              **Diagnoses**
TRANIN            New Inmate HLT Review (Nurse)
**Order Number:**     4308108-1                            **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:**       10/13/2023                           **End Date:**
**Electronically signed by:** Kasey Long, LPN, Licensed    **Signed on:** 10/13/2023 2:06:10 PM
Practical Nurse, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

8/13/2024

DC4-711A FLU Vaccine Refusal
Date of Service: 10/12/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
**DC4-711A FLU Vaccine Refusal**

*Imported By: Shayla Feimster, Medical Records Clerk, Centurion 10/16/2023 12:01:42 PM*

---

External Attachment:

  Type:      Image
  Comment:   DC4-711A FLU Vaccine Refusal, T24935, 10.12.23

Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia
at 10/16/2023 12:02:16 PM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
### REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

| | | |
|---|---|---|
| ☒ | Medical Services | FLU VACCINE |
| ☐ | Mental Health Services | |
| ☐ | Dental Services | |
| ☐ | Medication | |
| ☐ | Lab/Diagnostic testing | |
| ☐ | Other | |

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

X _____     10 | 12 | 2023     10:42

**Signature of Patient***          J. Suber          **Date/Time**
                                   LPN / HSA

**Two Witnesses:** I, _____ Jackson C.I. ___ am a health care staff member and I have witnessed the
                                           Suber
patient voluntarily sign this form/refuse to sign the form.
                                   LPN / HSA
                                   Jackson C.I.                J. Suber
                                                               LPN / HSA
_____                        Jackson C.I.
Signature of Witness     Cheyenne Lee - AA          Title of Witness

                         Jackson C.I. - Centurion
        I, _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.
                                                   Cheyenne Lee - AA

Cheyenne Lee                                       Jackson C.I. - Centurion
_____                    _____
Signature of Witness                               Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.
                         Virginia Lockey, APP
                         AGACNP-BC
_____                    10 | 12 | 2023
Signature of Clinician   Centurion of Flor...      Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                    _____
Signature of Interpreter/Translator                Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name  Wilson  Bernard
DC#  T249135              Race/Sex  B/M
Date of Birth     10 8 82
Institution  JACCI

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/16/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 125-NWFRC ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/16/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: <span style="background:black">      </span>
Facility: 125-NWFRC ANNEX


Signed By: Allen, LPN, Licensed Practical Nurse, Centurion, Sonia at 10/16/2023
12:05:13 PM

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Shahjda Jenkins, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | |
| **Signing Provider:** Shahjda Jenkins, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ███████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| HR | Health Review- Transfer (Provider) | |

**Order Number:** 4332307-1                                   **Quantity:** 1
**Authorization #:**                                               **Priority:** N
**Start Date:** 10/18/2023                                     **End Date:**
**Electronically signed by:** Shahjda Jenkins, LPN, Licensed     **Signed on:** 10/17/2023 9:30:58 PM
Practical Nurse, Centurion
**Instructions:**                Health Review- Transfer

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Shahjda Jenkins, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Shahjda Jenkins, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**       **Description**       **Diagnoses**

NURREQREF       Staff Request/Referral

**Order Number:**  4332307-2       **Quantity:** 1

**Authorization #:**       **Priority:** N

**Start Date:**    10/17/2023       **End Date:**

**Electronically signed by:** Shahjda Jenkins, LPN, Licensed    **Signed on:** 10/17/2023 9:30:58 PM
Practical Nurse, Centurion

**Instructions:**    Referral to Mental Health

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                        Chron Rec Health Care
Main: 9418338100 Fax: 9415054061            Date of Service: 10/18/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓
Facility: 209-R.M.C.- MAIN UNIT

**Orders added during this encounter:**
Initial Confinement Interview; Start Date: 10/20/2023
Initial Interview/New Gain; Start Date: 10/20/2023
Orientation to MH; Start Date: 10/20/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** MH

Assign Provider**Psychiatric Provider** Caswell; PMHNP; Psychiatric Clinician ; Centurion, Laura
**Psychologist** Marcic; Psychologist; MH Director; Centurion, Thomas
**Case Manager** Mackey; MHP; Mental Health Professional; Centurion, David
**MH Nurse** Robinson; LPN; Licensed Practical Nurse; Centurion, Amy

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Orders added during this encounter:**
Orientation to MH [MHIRO]
Initial Interview/New Gain [MHITV]
Initial Confinement Interview [MHBSR]

Signed By: Waters, Administrative Assistant, Centurion, Elizabeth at 10/18/2023 9:09:12 AM

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Elizabeth Waters, Administrative Assistant, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Elizabeth Waters, Administrative Assistant, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▇▇▇ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** | ▇▇▇ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**               **Description**                              **Diagnoses**
MHBSR                  Initial Confinement Interview
**Order Number:**      4333928-3                                    **Quantity:** 1
**Authorization #:**                                                **Priority:** N
**Start Date:**        10/20/2023                                   **End Date:** 10/20/2023
**Electronically signed by:** Elizabeth Waters, Administrative      **Signed on:** 10/18/2023 9:08:38 AM
Assistant, Centurion
**Instructions:**      k-dorm 10/17/23

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Elizabeth Waters, Administrative Assistant, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Elizabeth Waters, Administrative Assistant, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHITV | Initial Interview/New Gain | |
| **Order Number:** | 4333928-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/20/2023 | **End Date:** 10/20/2023 |
| **Electronically signed by:** Elizabeth Waters, Administrative Assistant, Centurion | | **Signed on:** 10/18/2023 9:08:38 AM |
| **Instructions:** | gained 10/17/23 due 10/31/23 | |

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Elizabeth Waters, Administrative Assistant, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Elizabeth Waters, Administrative Assistant, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**          **Description**                    **Diagnoses**
MHIRO             Orientation to MH
**Order Number:**    4333928-1                      **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:**      10/20/2023                     **End Date:** 10/20/2023
**Electronically signed by:** Elizabeth Waters, Administrative    **Signed on:** 10/18/2023 9:08:38 AM
Assistant, Centurion
**Instructions:**       gained 10/17/23

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                  Date of Service: 10/18/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Poole, Medical Records Supervisor, Centurion, Jodi at 10/18/2023 9:31:49
AM

**510-CHARLOTTE C.I.**                                                8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Health Services Profile
Main: 9418338100 Fax: 9415054061                  Date of Service: 10/18/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE

**UPDATED INFORMATION**

**SECTION II: Use this section to PLACE ON HOLD**
Place inmate on Medical hold

**Inmate transferred from:** NWFRC    **to:**    RMC
**Date:** 10/17/2023
**Reason for Medical Hold:** Medical Services

DC4-706 Health Services Profile (Revised 2/22/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Anandjiwala, MD, Medical Director, Centurion, Nalini at 10/18/2023 2:20:34
PM

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Jodi Poole, Medical Records Supervisor, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | |
| **Signing Provider:** Nalini Anandjiwala, MD, Medical Director, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮ | | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | | **SSN:** | ▮▮▮ |
| **Work Phone:** | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                 **Description**                        **Diagnoses**
HLD-HOLDM             Medical Hold
**Order Number:**        4334329-1                         **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:**          10/17/2023                        **End Date:** 01/15/2024
**Electronically signed by:** Nalini Anandjiwala, MD, Medical    **Signed on:** 10/18/2023 2:20:32 PM
Director, Centurion
**Instructions:**         Medical Hold

1 of 1

**510-CHARLOTTE C.I.**                                      8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                          Health Services Profile
Main: 9418338100 Fax: 9415054061          Date of Service: 10/18/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT


FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE


**UPDATED INFORMATION**


**SECTION II: Use this section to PLACE ON HOLD**
Place inmate on Medical hold
**to:**    RMC
**Date:** 10/18/2023
**Reason for Medical Hold:** Medical services


DC4-706 Health Services Profile (Revised 2/22/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Anandjiwala, MD, Medical Director, Centurion, Nalini at 10/18/2023 2:28:24
PM

**510-CHARLOTTE C.I.**                                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Nalini Anandjiwala, MD, Medical Director, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** ███████ | | |
| **Signing Provider:** Nalini Anandjiwala, MD, Medical Director, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ███████ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ███████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| HLD-HOLDM | Medical Hold | |

**Order Number:** 4337082-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 10/18/2023                            **End Date:**
**Electronically signed by:** Nalini Anandjiwala, MD, Medical   **Signed on:** 10/18/2023 2:28:21 PM
Director, Centurion
**Instructions:**          From Health Services Profile form DC4706

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Chron Rec Health Care
Main: 9418338100 Fax: 9415054061          Date of Service: 10/18/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Staff type:** MH

Assign Provider**Psychiatric Provider** na
**Psychologist** Marcic; Psychologist; MH Director; Centurion, Thomas
**Case Manager** Mackey; MHP; Mental Health Professional; Centurion, David
**MH Nurse** na




**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Phillips, Mental Health Clerk, Centurion, Brenda at 10/18/2023 1:49:16 PM

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                        Chron Rec Health Care
Main: 9418338100 Fax: 9415054061       Date of Service: 10/20/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Staff type:** MH

Assign Provider**Psychiatric Provider** na
**Psychologist** Marcic; Psychologist; MH Director; Centurion, Thomas
**Case Manager** Harris; MHP; Centurion, Christina
**MH Nurse** na



**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Phillips, Mental Health Clerk, Centurion, Brenda at 10/20/2023 10:19:10 AM

**510-CHARLOTTE C.I.**                                                            8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                        Date of Service: 10/25/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 209-R.M.C.- MAIN UNIT

**Orders added during this encounter:**

Provider Follow up; Start Date: 10/31/2023

Signed By: Shifflett, RN, Registered Nurse, Centurion, Pauline at 10/25/2023 11:26:08 AM

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Pauline Shifflett, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Pauline Shifflett, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**          **Description**                    **Diagnoses**
FU                Provider Follow up                 INJURY, UNSPECIFIED, INITIAL ENCOUNTER (ICD-T14.90xA)

**Order Number:**     4380751-1                        **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:**       10/31/2023                        **End Date:** 10/31/2023
**Electronically signed by:** Pauline Shifflett, RN, Registered    **Signed on:** 10/25/2023 11:26:02 AM
Nurse, Centurion
**Instructions:**     f/u xray results

**510-CHARLOTTE C.I.**                                                   8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/30/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT

## Orders added during this encounter:
Case Management @ 60 days; Start Date: 12/21/2023
60(56) day S2s F/U confinement; Start Date: 12/21/2023
Psychotherapy @ 60 days; Start Date: 12/21/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** MH
Outpatient

Assign Provider**Psychiatric Provider** na
**Psychologist** Marcic; Psychologist; MH Director; Centurion, Thomas
**Case Manager** Harris; MHP; Centurion, Christina
**MH Nurse** na

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Orders added during this encounter:
Psychotherapy @ 60 days [MHT60]
60(56) day S2s F/U confinement [MHF60]
Case Management @ 60 days [MHC60]

Signed By: Byrd, MH Clerk, Centurion, Bencie at 10/30/2023 6:11:56 AM

**510-CHARLOTTE C.I.**                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                    Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Bencie Byrd, MH Clerk, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Bencie Byrd, MH Clerk, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▓▓▓▓ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**           **Description**           **Diagnoses**

MHF60          60(56) day S2s F/U confinement

**Order Number:** 4406208-2          **Quantity:** 1

**Authorization #:**          **Priority:** N

**Start Date:** 12/21/2023          **End Date:** 12/21/2023

**Electronically signed by:** Bencie Byrd, MH Clerk, Centurion    **Signed on:** 10/30/2023 6:11:49 AM

**Instructions:**

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/31/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 209-R.M.C.- MAIN UNIT


**Additional visits seen during this encounter:**
Provider Follow up   •   10/31/2023   •   f/u xray results


**Orders added during this encounter:**
Pneumococcal PCV20; Start Date: 11/30/2023
Influenza Vaccine; Start Date: 11/30/2023
EKG (In House); Start Date: 11/03/2023
Lipid Screen (Basic Lipid Profile); Start Date: 11/03/2023
TSH W/ Reflex To Free T4; Start Date: 11/03/2023
Urinalysis; Start Date: 11/03/2023
Comprehensive Metabolic Panel; Start Date: 11/03/2023
CBC w/o Diff (Hemogram)/Plat. CT; Start Date: 11/03/2023
CIC F/U Cardio; Start Date: 01/29/2024


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**CHRONIC ILLNESS CLINIC**


**Temp:** 98.3
**Pulse:** 98
**Resp:** 19
**O2 sat:** 100
**BP:** 144/76
**Blood Glucose:** 96
**Height:** 68 (Inches)
**Weight:** 219 lbs.
**BMI:** 34.21

**Nursing Comments:**
.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) take 1 tab po bid prn; Route: ORAL
LISINOPRIL 5 MG ORAL TABS (LISINOPRIL) take 1 tab po qd; Route: ORAL
ATORVASTATIN CALCIUM 20 MG ORAL TABS (ATORVASTATIN CALCIUM) 1 po qhs (KOP); Route:

**510-CHARLOTTE C.I.**                                           8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/31/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT
ORAL

**Current Problem List: :**
Hematochezia (ICD-578.1) (ICD10-K92.1)
Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Spondylosis, lumbar (ICD-721.3) (ICD10-M47.816)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**SUBJECTIVE: Current complaint related to CIC:** 41 year old male here for chronic clinics

**OBJECTIVE:**

**PHYSICAL EXAMINATION**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.
     **General Appearance:**   Alert/Oriented

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

*Musculoskeletal - Extremities*
Full range of motion of all four extremities without obvious weakness.
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

*ENT*
No obvious abnormalities or discharge.

*External Nose:*
No obvious abnormalities.

*Hearing:*
No obvious abnormalities.

*Nasal:*
Nares open and clear bilaterally and without discharge.

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                  Date of Service: 10/31/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 209-R.M.C.- MAIN UNIT

*Dental:*
No obvious abnormalities.

*Neck*
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Chest*

*Inspection:*
Breasts appear within normal limits

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

*Gastrointestinal*
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

**Bowel Sounds:**   Present
**Tenderness:**   No
- lbm" 10/31/2023

*Lymphatic*
No cervical, supraclavicular, axillary or inguinal adenopathy.

*Musculoskeletal*
Full range of motion of all four extremities without obvious weakness.

*Neurological*
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

**ASSESSMENT:** 41 year old male here for chronic clinics
vaccinations: ordered
**Current M Grade:** 2
**Next CIC follow up:** 90 days
Cardio
Passes reviewed.

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061                    Date of Service: 10/31/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 209-R.M.C.- MAIN UNIT

DC4-701F Chronic Illness Clinic (Revised 11/21/14)

This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Irizarry-Ortiz, MD, Physician, Centurion, Maricelis at 10/31/2023 10:53:10 AM
Signed By: Irizarry-Ortiz, MD, Physician, Centurion, Maricelis at 11/10/2023 10:20:49 AM

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                         Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ███████ | |
| **Signing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ██████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| IMM-PCV20 | Pneumococcal PCV20 | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 4418758-9 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/10/2024 | **End Date:** |
| **Electronically signed by:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | **Signed on:** 10/31/2023 10:53:07 AM |
| **Instructions:** | | |

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                    Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ■■■■■■ | | |
| **Signing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ■■■■■ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ■■■■■ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                **Description**                    **Diagnoses**
CICFUCARD           CIC F/U Cardio                    HYPERLIPIDEMIA (ICD-E78.5)
**Order Number:**     4418758-1                        **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:**          02/05/2024                      **End Date:**
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,     **Signed on:** 10/31/2023 10:53:07 AM
Physician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                     **Description**                        **Diagnoses**
0009-1                       Lipid Screen (Basic Lipid Profile)     HYPERLIPIDEMIA (ICD-E78.5)
**Order Number:**            4418758-6                              **Quantity:** 1
**Authorization #:**                                                **Priority:** N
**Start Date:**             11/03/2023                              **End Date:** 11/03/2023
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,         **Signed on:** 10/31/2023 10:53:10 AM
Physician, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                                            8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                    Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** ███████ | | |
| **Signing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ██████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

**Code**        **Description**        **Diagnoses**

A518-3        TSH W/ Reflex To Free T4        HYPERLIPIDEMIA (ICD-E78.5)

**Order Number:**      4418758-5        **Quantity:** 1

**Authorization #:**                   **Priority:** N

**Start Date:**        11/03/2023        **End Date:** 11/03/2023

**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,      **Signed on:** 10/31/2023 10:53:10 AM
Physician, Centurion

**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | Service Provider: | Bioreference |
|---|---|---|---|
| **Auth Provider NPI:** | ▮▮▮▮▮ | | |
| **Signing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 3427-2 | Comprehensive Metabolic Panel | HYPERLIPIDEMIA (ICD-E78.5) |

**Order Number:** 4418758-3                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 11/03/2023                      **End Date:** 11/03/2023
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,     **Signed on:** 10/31/2023 10:53:10 AM
Physician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                    Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** | Bioreference |
| **Auth Provider NPI:** | ████████ | | |
| **Signing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ██████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**                              **Diagnoses**
0034-9            CBC w/o Diff (Hemogram)/Plat.                HYPERLIPIDEMIA (ICD-E78.5)
                  CT

**Order Number:**     4418758-2               **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:**       11/03/2023              **End Date:** 11/03/2023
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,    **Signed on:** 10/31/2023 10:53:09 AM
Physician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** Bioreference |
| **Auth Provider NPI:** ▓▓▓▓▓ | |
| **Signing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: ▓▓▓▓ | Age: | 41 |
|---|---|---|---|---|
| Home Phone: | | Sex: Male | SSN: | ▓▓▓▓ |
| Work Phone: | | Cell Phone: | Patient ID: | 2629 |
| Resp. Provider: | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**              **Description**                 **Diagnoses**
0159-4               Urinalysis                      HYPERLIPIDEMIA (ICD-E78.5)
**Order Number:**    4418758-4                       **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**      11/03/2023                       **End Date:**
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,   **Signed on:** 10/31/2023 10:53:10 AM
Physician, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▇▇▇▇▇ | |
| **Signing Provider:** Maricelis Irizarry-Ortiz, MD, Physician, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▇▇▇▇ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▇▇▇▇ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**                  **Description**                     **Diagnoses**
NUREKG                  EKG (In House)                     HYPERLIPIDEMIA (ICD-E78.5)
**Order Number:**       4418758-7                          **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:**         11/03/2023                         **End Date:** 11/03/2023
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,  **Signed on:** 10/31/2023 10:53:07 AM
Physician, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Vital Signs
Main: 9418338100 Fax: 9415054061              Date of Service: 10/31/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT

**Vital Signs:**

**Temp:** 98.7 F, **Pulse:** 66, **Resp:** 16, **BP:** 139/92, **O2 sat:** 99%
**Weight (lbs):** 215, **Height:** 68 (inches), **BMI:** 32.69

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Signed By: Shifflett, RN, Registered Nurse, Centurion, Pauline at 10/31/2023 12:02:56 PM

**510-CHARLOTTE C.I.**                                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                       EKG
Main: 9418338100 Fax: 9415054061        Date of Service: 11/3/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 209-R.M.C.- MAIN UNIT
**EKG**


*Imported By: Christine Seay, Nursing Assistant, Centurion 11/6/2023 9:43:15 AM*

_____

External Attachment:

  Type:       Image
  Comment:    External Document


Signed By: Turbyfill, APRN, Medical Provider, Centurion, Ashley
at 11/6/2023 9:43:31 AM



**Wilson, Bernard**
ID: I24935

10/08/1982   73 in   Male   Black
41 Years   215.0 lb

11/03/2023  13:49:25
RMC-K DORM

Normal sinus rhythm
Normal ECG

QRS : 88 ms
QT / QTcBaz : 402 / 402 ms
PR : 208 ms
P : 120 ms
RR / PP : 1004 / 1000 ms
P / QRS / T : 64 / 75 / 41 degrees

Location: 44489
Room:
Order Number:
Indication:
Medication 1:
Medication 2:
Medication 3:

Technician: COMPUMED NO OVERREAD
Ordering Ph:
Referring Ph:
Attending Ph:

60 bpm
-- / -- mmHg

GE   MAC2000   1.1   12SL™ v241   25 mm/s   10 mm/mV   ADS   0.56-40 Hz   60 Hz   4x2.5x3_25_R1   Unconfirmed

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Bernard Wilson | T24935 | K1215 | Cont | 11-6-23 |

## REQUEST

Check here if this is an informal grievance ☑

This informal is in regards to the medical dept.'s failure to provide the necessary treatment of grievant's ongoing painful injury to his left hand/wrist which has a pronounced Deformity and lacks range of motion, causes extensive pain and suffering and limits complainant's ability to carry out certain functions. There is obvious nerve damage or a possible torn tendon which several medical personnel has assessed but continues to state "I Don't know". Grievant has been X-ray'd only and hasn't been informed of the results nor has any further analysis been conducted. The prescribed Ibu-profin does not stop the pain. Grievant has submitted an extensive number of "Sick-calls" and continues to be charged a co-payment for this issue even though there has been no proper relief. Untreated, this deformity will be permanent and a partial disability. Grievant seeks proper treatment only.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T24935 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

07H

## RESPONSE   209.2311.0054

DATE RECEIVED: Reception & Medical Center
Date: 11-9-27
Initials:

Review shows you were last seen by the PCP on 10/31/23 for your Chronic Illness Clinics w/ no mention of the above Complaint. It was noted you had Full ROM on all four extremities. Please access S/C to address your concerns.

[The following pertains to informal grievances only:] _____

Based on the above information, your grievance is __Denied__. (Returned, Denied) or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Ashley Andrews, | Official (Signature): | Date: 1/3/23 |
|---|---|---|

Original: Inmate (Responding Administrator
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                 Medical: :Informal Grievance:Inmate Request
Main: 9418338100 Fax: 9415054061                 Date of Service: 11/13/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT

---

External Attachment:    Type:        Image      Comment:    External Document
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Inadequate Treatment
Check if Informal Grievance
209-2311-0054

Inmate is grieving the medical department failure to provide the necessary treatment of grievant's ongoing
painful injury to his left hand/wrist.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    11/09/2023
Review shows you were last seen by the PCP on 10/31/23 for your chronic Illness clinics with no mention
of the above complaint. It was noted you had full ROM on all four extremities. Please access sick call to
address your concerns.

**Date Returned to Inmate:** 11/13/2023 **Answered By:** Andrews; Assistant Hospital Administrator,
Centurion, Ashley
[The following pertains to informal grievances only:
Based on the above information, your grievance is
Denied
If your informal grievance is denied, you have the right to submit a formal grievance in accordance with
Chapter 33-103.006, F.A.C.]

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: HIll, Administrative Assistant, Centurion, Jessica at 11/13/2023 4:19:46 PM
Signed By: Andrews, Hospital Administrator, Centurion, Ashley at 11/14/2023 8:55:19
AM

1 of 1

**510-CHARLOTTE C.I.**                                             8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                           Health Services Profile
Main: 9418338100 Fax: 9415054061              Date of Service: 11/14/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE

**UPDATED INFORMATION**

**SECTION II: Use this section to PLACE ON HOLD**

**SECTION III: REMOVE FROM HOLD**
Remove Inmate from Medical hold
***Remove the applicable hold order from the patient chart***

DC4-706 Health Services Profile (Revised 2/22/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Irizarry-Ortiz, MD, Physician, Centurion, Maricelis at 11/14/2023 4:25:26 PM

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Nalini Anandjiwala, MD, Medical Director, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ▮▮▮▮▮ | |
| **Signing Provider:** Nalini Anandjiwala, MD, Medical Director, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮▮▮▮  **Age:** 41 |
| **Home Phone:** | **Sex:** Male  **SSN:** ▮▮▮▮ |
| **Work Phone:** | **Cell Phone:**  **Patient ID:** 2629 |
| **Resp. Provider:** | |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**               **Description**                        **Diagnoses**
PAOTH                  Prior Approval Other Diagnostics       HEMATOCHEZIA (ICD-K92.1)
**Order Number:**      4536762-1                              **Quantity:** 1
**Authorization #:**   pending reschedule                     **Priority:** N
**Start Date:**        02/12/2024                             **End Date:**
**Electronically signed by:** Nalini Anandjiwala, MD, Medical **Signed on:** 11/16/2023 3:00:57 PM
Director, Centurion
**Instructions:**      EGD and Colonoscopy

**510-CHARLOTTE C.I.**                                             8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Health Services Profile
Main: 9418338100 Fax: 9415054061               Date of Service: 11/16/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 209-R.M.C.- MAIN UNIT

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE

**UPDATED INFORMATION**

**SECTION II: Use this section to PLACE ON HOLD**

**SECTION III: REMOVE FROM HOLD**
Remove Inmate from Medical hold
***Remove the applicable hold order from the patient chart***

DC4-706 Health Services Profile (Revised 2/22/18)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Anandjiwala, MD, Medical Director, Centurion, Nalini at 11/16/2023 2:37:45
PM

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                 Order Form

|  | TEST FORM |
|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Maricelis Irizarry-Ortiz, MD, Physician, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**               **Description**               **Diagnoses**
FU                     Provider Follow up            MUSCULOSKELETAL PAIN (ICD-M79.10)
**Order Number:**      4538363-1                     **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**        11/20/2023                    **End Date:** 11/20/2023
**Electronically signed by:** Maricelis Irizarry-Ortiz, MD,    **Signed on:** 11/16/2023 4:33:29 PM
Physician, Centurion
**Instructions:**      patient to see pcp due grivence that talks about hands/wrist and surgery concern,

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          :Inmate Request:Formal Grievance
Main: 9418338100 Fax: 9415054061               Date of Service: 11/17/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**FORMAL GRIEVANCE**
**Date Received:**   11/16/2023
**Formal Grievance Number:**   209-2311-0061
**Category:** Inadequate Treatment
**Date Answered:**   11/17/2023
**Disposition:** Approved

DC4-701 Chronological Record of Health (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: HIll, Administrative Assistant, Centurion, Jessica at 11/17/2023 3:16:28 PM
Signed By: Andrews, Hospital Administrator, Centurion, Ashley at 11/20/2023 10:31:29
AM

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Vital Signs
Main: 9418338100 Fax: 9415054061               Date of Service: 11/20/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 209-R.M.C.- MAIN UNIT

**Vital Signs:**

**Temp:** 98.2 F, **Pulse:** 75, **Resp:** 18, **BP:** 125/84, **O2 sat:** 99%
**Weight (lbs):** 218, **Height:** 68 (inches), **BMI:** 33.14


**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Shifflett, RN, Registered Nurse, Centurion, Pauline at 11/20/2023 12:46:50 PM

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Ashley Turbyfill, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** ███████ | | |
| **Signing Provider:** Ashley Turbyfill, APRN, Medical Provider, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ███████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| PAIMAG | Prior Approval Imaging | HAND PAIN, LEFT (ICD-M79.642) |
| **Order Number:** | 4565845-1 | **Quantity:** 1 |
| **Authorization #:** | PT @ RMC | **Priority:** N |
| **Start Date:** | 12/04/2023 | **End Date:** |
| **Electronically signed by:** Ashley Turbyfill, APRN, Medical Provider, Centurion | | **Signed on:** 11/21/2023 4:18:51 PM |
| **Instructions:** | ultrasound left hand | |

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

|  | TEST FORM | |
|---|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Ashley Turbyfill, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Kristin Schoening, CMA, Scheduler, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 76882-79-LT | US EXTREMITY ULTRASOUND LTDLT  SOFT TISSUE | HAND PAIN, LEFT (ICD-M79.642) |

**Order Number:** 4582471-1                                 **Quantity:** 1
**Authorization #:** PT @ RMC                                **Priority:** N
**Start Date:** 12/04/2023                                   **End Date:**
**Electronically signed by:** Kristin Schoening, CMA,        **Signed on:** 11/28/2023 7:59:01 AM
Scheduler, Centurion
**Instructions:**         U/S LT HAND

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Terri LeMire, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Terri LeMire, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▮ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| TRANIN | New Inmate HLT Review (Nurse) | |

**Order Number:** 4609064-1                        **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:**        12/11/2023                   **End Date:**
**Electronically signed by:** Terri LeMire, LPN, Licensed    **Signed on:** 11/30/2023 3:55:04 PM
Practical Nurse, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                             Chron Rec Health Care
Main: 9418338100 Fax: 9415054061              Date of Service: 12/4/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 209-R.M.C.- MAIN UNIT
**Note:** INACTIVES 1-8 (1 BOX)
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** E

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cummings, Medical Records, Centurion, Chrishe at 12/4/2023 4:15:22 PM

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          EXTREMITY ULTRASOUND LTD
Main: 9418338100 Fax: 9415054061                  Date of Service: 12/4/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT
Patient: BERNARD D WILSON
ID: MobileX T24935
Note: All result statuses are Final unless otherwise noted.
Tests: (1) EXTREMITY ULTRASOUND LTD (76882-79-LT)
   EXTREMITY ULTRASOUND LTD, LEFT FINDINGS: Soft Tissue Ultrasound of
(left hand): clinicalinformation: pain multiple sonographic images
are obtained in the area of concern. In this location, there is
diffuse thickening of what appears to be in extensor tendon with
some surrounding fluid suggesting tenosynovitis. There is no
definitive evidence of tendon disruption. CONCLUSION: Findings
compatible with tendon tenosynovitis. This could be confirmed by MRI
imaging. ELECTRONICALLY SIGNED BY JOHN PATRICK DONAHUE, M.D.
12/4/2023 8:57:42 PM EST.
   Results: Soft Tissue Ultrasound of (left hand):
   clinicalinformation: pain
   multiple sonographic images are obtained in the area of concern.
In this location,
   there is diffuse thickening of what appears to be in extensor
tendon with some
   surrounding fluid suggesting tenosynovitis. There is no definitive
evidence of
   tendon disruption.
   Conclusion: Findings compatible with tendon tenosynovitis. This
could be confirmed by
   MRI imaging.
   Electronically signed by JOHN PATRICK DONAHUE, M.D. 12/4/2023
8:57:42 PM EST.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 12/04/2023 9:01 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 12/04/2023 15:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 12/04/2023 20:57:42
Referring Physician:
Ordering Physician: ASHLEY TURBYFILL (aturbyfill)
Specimen Source:
Source: MobileX
Filler Order Number: 40386057
Lab site:
-----------------

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          EXTREMITY ULTRASOUND LTD
Main: 9418338100 Fax: 9415054061                 Date of Service: 12/4/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
█████████████
Facility: 209-R.M.C.- MAIN UNIT
The following tests had no related values for dispersal to the
flowsheet:
  EXTREMITY ULTRASOUND LTD, [No Value Reported], (F)


Signed By: Turbyfill, APRN, Medical Provider, Centurion, Ashley at 12/5/2023 9:22:38 AM

**510-CHARLOTTE C.I.**         8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**         Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Ashley Turbyfill, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ██████ | |
| **Signing Provider:** Ashley Turbyfill, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| FU | Provider Follow up | HAND PAIN, LEFT (ICD-M79.642) |
| **Order Number:** | 4631870-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 12/18/2023 | **End Date:** |
| **Electronically signed by:** Ashley Turbyfill, APRN, Medical Provider, Centurion | | **Signed on:** 12/5/2023 9:23:38 AM |
| **Instructions:** | left hand u/s | |

**510-CHARLOTTE C.I.**                                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                      Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| HR | Health Review- Transfer (Provider) | |

**Order Number:** 4671418-1                                              **Quantity:** 1
**Authorization #:**                                                          **Priority:** N
**Start Date:**              12/12/2023                          **End Date:**
**Electronically signed by:** Jessica Sima, RN, Registered Nurse, Centurion          **Signed on:** 12/11/2023 10:30:21 AM
**Instructions:**          Health Review- Transfer

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Stephanie Slater, LCSW, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ▇▇▇ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHITV | Initial Interview/New Gain | |
| **Order Number:** | 4673607-1 | |
| **Authorization #:** | | **Quantity:** 1 |
| **Start Date:** | 01/08/2024 | **Priority:** N |
| | | **End Date:** 01/08/2024 |
| **Electronically signed by:** Cassandra Mullins, MH Clerk, Centurion | | **Signed on:** 12/11/2023 12:30:26 PM |
| **Instructions:** | NO TELEPSYCH ON 12/18 | |

1 of 1

**510-CHARLOTTE C.I.**                                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                        Medical Records Transfer In
Main: 9418338100 Fax: 9415054061                           Date of Service: 12/11/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
**Note:** Transfer In Chart Verification
**NO DENTAL CHART RECIEVED UPON INTAKE
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 0
**Number of CDs** 0/0
**Missing Chart Actions Taken** REQUESTING DENTAL CHART


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Feimster, Medical Records Clerk, Centurion, Shayla at 12/11/2023 3:23:09
PM

**510-CHARLOTTE C.I.**                                           8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                   **Description**                          **Diagnoses**
SP-WC                       Approved for Work Camp Medical
**Order Number:**           4685948-1                                **Quantity:** 1
**Authorization #:**                                                 **Priority:** N
**Start Date:**             12/12/2023                               **End Date:**
**Electronically signed by:** Virginia Lockey, APRN, Medical         **Signed on:** 12/12/2023 3:32:28 PM
Provider, Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                   Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tracy Garnes, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 4739852-1                               **Quantity:** 1
**Authorization #:**                                       **Priority:** U
**Start Date:** 12/21/2023                                 **End Date:** 12/21/2023
**Electronically signed by:** Tracy Garnes, RN, Registered   **Signed on:** 12/20/2023 11:38:12 AM
Nurse, Centurion
**Instructions:**    I am experiencing cold symptoms, also my left hand is in pain

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

|  | TEST FORM |  |  |
| --- | --- | --- | --- |

| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| --- | --- | --- | --- |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| --- | --- | --- | --- | --- | --- |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
| --- | --- | --- | --- |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | | **Diagnoses** |
| --- | --- | --- | --- |
| SP-PMNPO | NPO | | HEMATOCHEZIA (ICD-K92.1) |
| **Order Number:** | 4762350-2 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 02/11/2024 | | **End Date:** 02/12/2024 |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | | **Signed on:** 12/26/2023 9:35:32 AM |
| **Instructions:** | Nothing by mouth after midnight | | |

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

|  | TEST FORM |
|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ████ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** █████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SP-PMLQ | Liquid Diet - Clear | HEMATOCHEZIA (ICD-K92.1) |
| **Order Number:** | 4762350-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/10/2024 | **End Date:** 02/11/2024 |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 12/26/2023 9:35:32 AM |
| **Instructions:** | | |

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ▮▮▮▮▮▮ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURYTstPrp | Test Prep | HEMATOCHEZIA (ICD-K92.1) |
| **Order Number:** | 4762350-3 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/09/2024 | **End Date:** 02/12/2024 |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 12/26/2023 9:35:32 AM |
| **Instructions:** | CLD 2/10/24 for procedure | |
| | NPO after midnight 2/11/24 for procedure | |

1 of 1

**510-CHARLOTTE C.I.**                                                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                                    Chron Rec Health Care
Main: 9418338100 Fax: 9415054061                            Date of Service: 12/28/2023

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
**Note:** DENTAL CHART RECIEVED VIA MAIL ON 12.28.23 FROM RMC
**Type of Record Transfer** Other
**Dental Volume Numbers** 1
**Missing Chart Actions Taken** CHART RECIEVED 12.28.23

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Feimster, Medical Records Clerk, Centurion, Shayla at 12/28/2023 11:07:03
AM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                   Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                      Date of Service: 1/11/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

████████████

Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC
IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic
Immobilization Devices must be completed    when a pre-confinement health assessment is
conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an
inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical
restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided
to security staff, replacing the previous DC4-650B.

___

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement
health assessment, based on a review of the    medical record and current health status that may be
exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint
agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease,
emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is
considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

___

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health
assessment, based on a review of the medical record that may be exacerbated by the use of electronic
immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization
devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular
dystrophy, pacemaker, and pregnancy.

___

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization
Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955          Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061          Date of Service: 1/11/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in
self-harmful behavior?** No
**Current Medical Complaint?** No

**Allergies:**
* NKDA (Mild)

**Problems:**
Hand pain, left (ICD-729.5) (ICD10-M79.642)
Hematochezia (ICD-578.1) (ICD10-K92.1)
Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Spondylosis, lumbar (ICD-721.3) (ICD10-M47.816)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**Temp:**  98.9 F
**Pulse:**  93   **Resp:**  18   **BP:**  132 / 84 **O2 sat:** 98 **Weight (lbs):**  208

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?**
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Pending Appointments**
Preventative Wait List   •   10/09/2023

**510-CHARLOTTE C.I.**                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955              Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061              Date of Service: 1/11/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
Psychotherapy @ 60 days        •     03/04/2024
Case Management @ 60 days        •     03/04/2024
Test Prep     •     02/09/2024
Sick Call     •     12/21/2023
Sick Call     •     12/21/2023
Sick Call     •     12/21/2023
Pneumococcal PCV20     •     01/22/2024
Sick Call     •     10/16/2023
Prior Approval Other Diagnostics     •     02/12/2024
Prior Approval Other Diagnostics     •     02/12/2024
Influenza Vaccine     •     10/01/2024
CIC F/U Cardio     •     01/29/2024
Dental Periodic Wait List     •     09/20/2027
Periodic Screening     •     11/23/2027
CBC w/o Diff (Hemogram)/Plat. CT     •     11/16/2027
TB plant/annual screen     •     02/29/2024
UA- Dip     •     11/16/2027

**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation (Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Miller, LPN, Licensed Practical Nurse, Centurion, Stacey at 1/11/2024 7:30:55 PM

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

|  |
| --- |
| <div align="center">TEST FORM</div> |

| Authorizing Provider: | Tracy Garnes, RN, Registered Nurse, Centurion | Service Provider: | FDC |
| --- | --- | --- | --- |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tracy Garnes, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮ | Age: | 41 |
| --- | --- | --- | --- | --- | --- |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
| --- | --- | --- | --- |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | | **Diagnoses** |
| --- | --- | --- | --- |
| SC | Sick Call | | |
| **Order Number:** | 4898078-1 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 01/23/2024 | | **End Date:** |
| **Electronically signed by:** Tracy Garnes, RN, Registered Nurse, Centurion | | | **Signed on:** 1/19/2024 8:17:58 AM |
| **Instructions:** | Left hand and wrist pain. Back pain | | |

**510-CHARLOTTE C.I.**                                               8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          Refused Nurse Visit;Chr Rcrd of HC;
Main: 9418338100 Fax: 9415054061                    Date of Service: 2/9/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:**     Refused RMC appointment

**Note:** NN: Patient was on callout today to be placed on NPO for a procedure at RMC on 2/12/24. Paitent refusing to go to appointment at RMC. Patient states "I am not going back to RMC ever again". Patient stated he doesn't want to get the procedure done. Patient educated about the procedure and what happens if he doesn't want it. Patient verbalized understanding. Patient signed refusal. See paper DC4-711A. Chart to provider for review.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medical Services
**If Medical Services, then please describe:** Patient refused going to RMC for Colonoscopy

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

1 of 2

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Refused Nurse Visit;Chr Rcrd of HC;
Main: 9418338100 Fax: 9415054061                Date of Service: 2/9/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

▮▮▮▮▮▮

Facility: 104-JACKSON CI
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Suber, LPN, HSA,    Centurion, Jeremy at 2/9/2024 3:50:05 PM
Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 2/12/2024 10:31:34
AM

**510-CHARLOTTE C.I.**                                                         8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                              Followup   Cardio
Main: 9418338100 Fax: 9415054061                    Date of Service: 2/24/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
████████
Facility: 104-JACKSON CI


**Orders added during this encounter:**
Lipid Screen (Basic Lipid Profile); Start Date: 01/13/2025
Comprehensive Metabolic Panel (CIC); Start Date: 01/13/2025
UA- Dip (CIC); Start Date: 01/13/2025
CIC F/U Cardio; Start Date: 01/20/2025


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**CHRONIC ILLNESS CLINIC**


**Select CIC Type:** Follow Up Encounter

**Temp:** 97.9
**Pulse:** 66
**Resp:** 18
**O2 sat:** 99
**BP:** 133/78
**Blood Glucose:** 102
**Height:** 68 (Inches)
**Weight:** 217 lbs.
**BMI:** 32.99

**Nursing Comments:**
.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
ATORVASTATIN CALCIUM 40 MG ORAL TABS (ATORVASTATIN CALCIUM) Take one (1) tablet by
mouth daily.    (KOP); Route: ORAL

**Current Problem List: :**
Hand pain, left (ICD-729.5) (ICD10-M79.642)
Hematochezia (ICD-578.1) (ICD10-K92.1)
Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Spondylosis, lumbar (ICD-721.3) (ICD10-M47.816)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)

**510-CHARLOTTE C.I.**                                         8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                          Followup    Cardio
Main: 9418338100 Fax: 9415054061          Date of Service: 2/24/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

██████████

Facility: 104-JACKSON CI
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**SUBJECTIVE: Current complaint related to CIC:** Patient reports taking medications as ordered.
Denies CP/SOB/Dyspnea. No ADRs.

ASCVD 5.7% - LDL 157 << 178 - remains on STATIN

he states, "i take my medicine. i work out. i try to do good."

**OBJECTIVE:**

**Record Review including Labs since last CIC visit:** Yes
Review Immunization Record: Yes

**PHYSICAL EXAMINATION**

Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

***Pupils***

***Ophthalmoscopic:***
Opthalmic exam wnl

***Respiratory***
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

***Lung Sounds:*** **LUL:**    Normal
**LLL:**    Normal
**RUL:**    Normal
**RLL:**    Normal
**RML:**    Normal
         **Respiratory Effort:**    WNL

***Cardiovascular***
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or
edema; no jugular venous distension; peripheral pulses normal.

***Carotid Arteries***
**WNL:**    Both

**510-CHARLOTTE C.I.** 8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955 Followup   Cardio
Main: 9418338100 Fax: 9415054061 Date of Service: 2/24/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: Oct 08, 1982
Facility: 104-JACKSON CI
   **Abdominal Aorta:** WNL
*Femoral Arteries*

*Pedal Pulses*
**WNL:** Both

*Peripheral Circulation*
**Other:** No
**WNL:** Yes

**ASSESSMENT:** HLD - slight improvement, not at goal
POC:
increase STATIN to 40mg daily
medication education given, medication compliance discussed
exercise needs discussed, patient to increase activity as tolerated
dietary needs discussed - decrease salt/sugar intake, attempt a well balanced diet, avoid high fatty foods
f/u CIC 364 days with labs
RTC PRN
patient verbalizes understanding of and agrees to POC
POC discussed with nursing
**Current M Grade:** 2
**Next CIC follow up:** 1 year
Cardio
Passes reviewed.

DC4-701F Chronic Illness Clinic (Revised 11/21/14)

This form is not to be amended, revised, or altered without     approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 97.9 F, **Pulse:** 66, **Resp:** 18, **BP:** 133/78, **O2 sat:** 99%
**Weight (lbs):** 217, **Height:** 68 (inches), **BMI:** 32.99

**510-CHARLOTTE C.I.**                                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Followup   Cardio
Main: 9418338100 Fax: 9415054061                     Date of Service: 2/24/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**CARDIOVASCULAR FLOW SHEET**
Complete Chronic Illness Clinic DC4-701F and document at a minimum the following:

Fundi if clinically indicated, heart (murmurs), lungs, peripheral pulses/bruits, edema
**Diagnosis:** Hyperlipidemia (E78.5)
**Last Weights**
209 lb, 01/23/2024
208 lb, 01/11/2024
214 lb, 12/19/2023

**Last Systolic BPs**
120, 06/07/2023
130, 06/06/2023
128, 11/08/2022

**Last Diastolic BPs**
69, 06/07/2023
85, 06/06/2023
84, 11/08/2022


**Cardiovascular Clinic Flowsheet:**
**Takes medication as prescribed:** Yes
**Compliant with treatment plan:** Yes
**Cardio Clinic Control:** Fair
**Cardio Clinic Status:** Improved
**Education Provided:** Disease Process,Diet including sodium intake,Exercise,Smoking Cessation (if applicable),Medication(s)
**YEARLY DATA**
Review Immunization Record, DC4-710A for Influenza, Pneumococcal, and Hepatitis B. Order if necessary.
Immunizations:


**Labs and Diagnostics:**
Labs reviewed

**HDL/LDL:** 36/157 (11/03/2023 4:01:00 PM)
**Triglycerides:** 104 (11/03/2023 4:01:00 PM)
**AST/ALT:** 17/28 (11/03/2023 4:01:00 PM)
**BUN/Creatinine:** 11/0.98 (11/03/2023 4:01:00 PM)
**eGFR/eGFR Afr Amer:** 99/115 (11/03/2023 4:01:00 PM)
**Glucose:** 88 (11/03/2023 4:01:00 PM)
**K+/Na+:** 4.3/142 (11/03/2023 4:01:00 PM)

**510-CHARLOTTE C.I.**                                           8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Followup    Cardio
Main: 9418338100 Fax: 9415054061                Date of Service: 2/24/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
███████████
Facility: 104-JACKSON CI
**Urine; Protein/RBC/Blood/Glucose:** NEGATIVE/0-2/NEGATIVE/NEGATIVE (11/04/2023 6:26:00 AM)


DC4-770D Cardiovascular Clinic (CC) Flow Sheet (Revised 4/8/15)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 2/24/2024 10:49:30 AM

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061                  Date of Service: 3/4/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
█████████
Facility: 104-JACKSON CI

**Orders added during this encounter:**
TB read; Start Date: 03/06/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**TUBERCULOSIS SYMPTOMS QUESTIONNAIRE FOR INMATES**

Annual

**1. If your last skin test was negative, date placed:**   03/14/2023
   **Have you had more than one negative Tuberculosis Skin Test?**   YES
   **Have you ever had a positive Tuberculosis Skin Test?**   NO
   **If you were born in another country did you receive the BCG vaccination:** NOT APPLICABLE

**In the last six weeks:**

**2. Have you had night sweats?** NO

**3. Have you had a low-grade fever?** NO

**4. Have you had a cough?** NO

**5. *Have you coughed up blood?** NO

**6. *Have you coughed up mucus?** NO

**7. Have you had chest pain?** NO

**8. Have you had shortness of breath?** NO

**9. Is your appetite normal for you?** YES

**10. Have you lost weight without trying?** NO
I understand that the symptoms above could be symptoms of TB and that I need to follow-up in the
medical unit   if I have these symptoms now or develop any of these symptoms in the future.
***Patient Esignature Required***

**FORM INSTRUCTIONS**
This form is to be completed by the institution's medical personnel.
The purpose of the questionnaire is to identify potential symptoms indicating possible tuberculosis
disease.

**510-CHARLOTTE C.I.**                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061                Date of Service: 3/4/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

<span style="background:black">    </span>

Facility: 104-JACKSON CI

## The inmate MUST SHOW PROOF OF IDENTIFICATION

## AT NO TIME should the inmate be responsible for completing this form

### The following steps will ensure proper completion of this questionnaire:

1.      Check the appropriate box: initial (1st) 2-Step,    (2nd) 2-Step, Annual, initial Post Contact , 8-10 Weeks Post Contact
2. Complete questions 1-12.
3.      Identify the inmate by the identification(s) issued by the Department of Corrections.    Write this information in the space provided.
4.      Complete the date of assessment in the space provided.
5.      Use the name stamp or write the name of the person filling out the form in the space provided. Indicate professional status (RN or LPN).
6.      Question number one indicates the TST status of the responder. Complete the blanks as accurately as possible.
7.      Question number two distinguishes between environmental temperature sweating and sweating that occurs at night and is caused by an active Mycobacterium tuberculosis disease
process.    If the answer is YES, then ask how long has the night sweats been going on (make a comment).
8.      Question number three detects an elevation in body temperature for which the individual may/may not seek medical attention.
9.      Question number four requires the individual to analyze the symptom thoroughly.    It is important to know how long the cough has lasted.
10.      Question number five and six indicates the production of possible cavities in the lungs, therefore coughing up bright red or dark red clots or mucus.    The response to this inquiry would necessitate the medical follow-up for evaluation and to rule out TB or other causes for a bloody cough. Write a comment about the color, amount frequency, refer to medical.
11.      Question number seven is asking for a description of the chest pain.    Is it sharp, dull, where is it located, how long does it persist, what makes it go away?    How would the responder
rate the intensity?    Make a written comment if the answer is YES.
12.      Question number eight differentiates between acute and chronic shortness of breath, Asthma, the inability to take a deep breath or empty the lung efficiently.    Pathological changes in
the presence of active disease will demonstratively change the outward appearance (posturing) and unusual noises may be heard when the responder speaks, laughs, or sings.    Make a
written comment about observations.
13.      Question number nine indicates if an individual is maintaining good nourishment, interested in foods, snacks and other daily caloric intake.    If the response is NO, then evaluate
causes for this lack of appetite. (Dental problems, mouth sores, gastrointestinal upset, medications etc.) Make a comment to clarify a decrease in appetite.
14.      Question number ten refers to a calculated weight loss of 10% or greater in a short period of time and without the making an effort to lose weight (document the amount of weight lost).
Loss of body mass significantly impacts the disease process; causing escalation in irreversible bio-physiological damage to major organs.
15.      Question number eleven addresses estimating the current level of energy it takes to perform activities of daily living, work, and sports.    Has the ability to maintain these activities
changed?

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                  TB Symptom Questionnaire - TST Plant -
Main: 9418338100 Fax: 9415054061                  Date of Service: 3/4/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
16.      Question number twelve is essential in determining the overall condition.    Easy fatigability and
other factors may affect how TB is treated.
17.      Assess the risk factors listed and document the corresponding number for the risk in the space
provided.
18.      Have the inmate sign and date the form.


 **FILE IN HEALTH RECORD**


DC4-520C Tuberculosis Symptoms Questionnaire for Inmates (Revised 4/10/18)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

**DC4-710A - IMMUNIZATION RECORD**
**TST PLANTS AND READS**

**Reason for Todays Screening:**   TB Plant
**Have you had the BCG Vaccine?:**   No
**TST Plant Date:** 03/04/2024 **Time:** 2:24 PM
**Site TST Placed:**   Left Forearm
**Manufacturer:**   Sanofi Pasteur **Lot #:**   3CA04C1 **Expiration:**   12/2026

**Last TB Screening:** 03/16/2023 **Size in MM:** 00 (03/16/2023 2:36:49 PM)


DC4-710A (Revised 2/23/21)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Long, LPN, Licensed Practical Nurse, Centurion, Kasey at 3/4/2024 2:27:43
PM

**510-CHARLOTTE C.I.**                                            8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                         Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kasey Long, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kasey Long, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |
| **Patient Name:** BERNARD D WILSON | ███ ████████ **Age:** 41 |
| **Home Phone:** | **Sex:** Male **SSN:** ████████ |
| **Work Phone:** | **Cell Phone:** **Patient ID:** 2629 |
| **Resp. Provider:** | |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                **Description**                **Diagnoses**
NURTBrd                  TB read
**Order Number:**        5221642-1                     **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**          03/06/2024                    **End Date:**
**Electronically signed by:** Kasey Long, LPN, Licensed    **Signed on:** 3/4/2024 2:27:31 PM
Practical Nurse, Centurion
**Instructions:**        TB read to be completed in approximately 48-72 hrs.

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                       TST Read -
Main: 9418338100 Fax: 9415054061                Date of Service: 3/6/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI

**Orders added during this encounter:**
TB plant/annual screen; Start Date: 02/19/2025

FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES

**DC4-710A - IMMUNIZATION RECORD**
**TST PLANTS AND READS**

**Reason for Todays Screening:**   TB Read

**Last TB Screening:** 03/16/2023 **Size in MM:** 00 (03/16/2023 2:36:49 PM)
**Time:** 11:01 AM
**PPD Results in mm:**   00

**Next TB Screening Date:**   Annual

DC4-710A (Revised 2/23/21)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Sims, LPN, Licensed Practical Nurse, Centurion, Shirley at 3/6/2024
11:02:37 AM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                    Date of Service: 3/15/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

<span style="background:black">████████</span>
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

_____

## Chemical Restraint Agents Assessment:

**<u>No Known Medical Risk Factor(s)*</u>**: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**<u>*Medical Risk Factor(s)</u>**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

_____

**Electronic Immobilization Device (EID) Assessment:**

**<u>No Known Medical Risk Factor(s)*</u>** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**<u>*Medical Risk Factor(s)*</u>**  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

_____

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                     Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                     Date of Service: 3/15/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
███████████
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2  **S:**2  **W:**1  **T:**1  **I:Vision:**1  **I:Hear:**_  **I:Physical:**_  **SD:**N

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No

**Allergies:**
* NKDA (Mild)

**Problems:**
Hand pain, left (ICD-729.5) (ICD10-M79.642)
Hematochezia (ICD-578.1) (ICD10-K92.1)
Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Spondylosis, lumbar (ICD-721.3) (ICD10-M47.816)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**Temp:**  00 F
**Pulse:**  00   **Resp:**  00   **BP:**  00 /  00 **O2 sat:** 00 **Weight (lbs):**   213

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?**
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Pending Appointments**
TB plant/annual screen    •    02/19/2025

2 of 3

**510-CHARLOTTE C.I.**                                                    8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 9418338100 Fax: 9415054061                    Date of Service: 3/15/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

██████████
Facility: 104-JACKSON CI
Psychotherapy @ 60 days     •     04/29/2024
Case Management @ 60 days     •     04/29/2024
Lipid Screen (Basic Lipid Profile)     •     01/13/2025
Comprehensive Metabolic Panel (CIC)     •     01/13/2025
UA- Dip (CIC)     •     01/13/2025
CIC F/U Cardio     •     01/20/2025
Restorative Wait List     •     01/31/2024
Influenza Vaccine     •     10/01/2024
Influenza Vaccine     •     10/01/2024
Dental Periodic Wait List     •     09/20/2027
Periodic Screening     •     11/23/2027
CBC w/o Diff (Hemogram)/Plat. CT     •     11/16/2027
UA- Dip     •     11/16/2027

**Arrangements for Medication Administration:** Nursing Staff

**Inmate medication delivered to health care staff?** Yes    **Disposition:** astorvastatin

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Document any other pertinent information:** Pt refuses vitals

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cotton, RN, Registered Nurse, Centurion, Marla at 3/15/2024 11:14:06 AM
Signed By: Cotton, RN, Registered Nurse, Centurion, Marla at 3/15/2024 11:14:23 AM
Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 3/15/2024 11:17:46 AM

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest•
Main: 9418338100 Fax: 9415054061                    Date of Service: 3/29/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

███████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest•
Main: 9418338100 Fax: 9415054061                    Date of Service: 3/29/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**2   **S:**2   **W:**1   **T:**1   **I:Vision:**1   **I:Hear:**_   **I:Physical:**_   **SD:**N

**Allergies:**
* NKDA (Mild)

**Problems:**
Hand pain, left (ICD-729.5) (ICD10-M79.642)
Hematochezia (ICD-578.1) (ICD10-K92.1)
Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Spondylosis, lumbar (ICD-721.3) (ICD10-M47.816)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Visual changes (ICD-368.9) (ICD10-H53.9)
MH Problem: Depression (ICD10-F99)
MH Problem: Suicidal Behavior (ICD-152) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
Homicidal Ideation (ICD-V62.85) (ICD10-R45.850)
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Major depressive disorder, single episode, unspecified (ICD-296.20) (ICD10-F32.9)

**Temp:**  97.3 F
**Pulse:**  114   **Resp:**  18   **BP:**  138 / 85 **O2 sat:** 99 **Weight (lbs):**  208

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?**
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Pending Appointments**
60(56) day S2s F/U confinement   •   04/29/2024
TB plant/annual screen   •   02/19/2025
Psychotherapy @ 60 days   •   04/29/2024

**510-CHARLOTTE C.I.**
8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                    Pre Spec Housing and Risk Assess for Chem Rest•
Main: 9418338100 Fax: 9415054061                    Date of Service: 3/29/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
Case Management @ 60 days    •    04/29/2024
Lipid Screen (Basic Lipid Profile)    •    01/13/2025
Comprehensive Metabolic Panel (CIC)    •    01/13/2025
UA- Dip (CIC)    •    01/13/2025
CIC F/U Cardio    •    01/20/2025
Restorative Wait List    •    01/31/2024
Influenza Vaccine    •    10/01/2024
Influenza Vaccine    •    10/01/2024
Dental Periodic Wait List    •    09/20/2027
Periodic Screening    •    11/23/2027
CBC w/o Diff (Hemogram)/Plat. CT    •    11/16/2027
UA- Dip    •    11/16/2027


**Arrangements for Medication Administration:** Nursing Staff

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes


**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation (Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Miller, LPN, Licensed Practical Nurse, Centurion, Stacey at 3/29/2024 10:14:09 AM

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                   Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Cozy Holden, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | ▮▮▮ ▮▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** Male | ▮▮ ▮▮▮▮ | |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHBSR | Initial Confinement Interview | |

**Order Number:** 5415434-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 04/02/2024                      **End Date:** 04/02/2024
**Electronically signed by:** Cassandra Mullins, MH Clerk,    **Signed on:** 4/1/2024 7:38:51 AM
Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                    Staff Referral/Requests:Mental Health
Main: 9418338100 Fax: 9415054061                    Date of Service: 4/21/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
Staff Referral/Request

## Orders added during this encounter:
Staff Request/Referral; Start Date: 04/21/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

**SECTION I**
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 04/21/2024 7:21 PM
**TO: Addressee's Name** Mental Health
**Senders Name:** Kimberly Conner, RN, DON, Centurion **Sender's Area/Service** Medical
Inmate Housing:
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
PT had family die recently. Reports feeling a little anxiety. Wants to talk to MH about some medication to help.
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Conner, RN, DON, Centurion, Kimberly at 4/21/2024 7:23:41 PM

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kimberly Conner, RN, DON, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kimberly Conner, RN, DON, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | ▮▮▮ ▮▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | ▮▮▮ ▮▮▮▮▮ | |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURREQREF | Staff Request/Referral | |

**Order Number:** 5567905-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 04/21/2024                      **End Date:**
**Electronically signed by:** Kimberly Conner, RN, DON, Centurion    **Signed on:** 4/21/2024 7:23:39 PM
**Instructions:** Referral to Mental Health

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Cozy Holden, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | ███ | ████████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHIIS | Interview Staff Request | |

**Order Number:** 5568617-1     **Quantity:** 1
**Authorization #:**     **Priority:** N
**Start Date:** 04/23/2024     **End Date:** 04/23/2024
**Electronically signed by:** Cassandra Mullins, MH Clerk, Centurion     **Signed on:** 4/22/2024 7:28:50 AM
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                    Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Jessica Sima, RN, Registered Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | | ███ ███████ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | | ████ ████████ | |
| **Work Phone:** | **Cell Phone:** | | **Patient ID:** 2629 | |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**              **Diagnoses**
SC                Sick Call

**Order Number:**     5581437-1            **Quantity:** 1
**Authorization #:**                       **Priority:** N
**Start Date:**       04/25/2024           **End Date:** 04/25/2024
**Electronically signed by:** Jessica Sima, RN, Registered     **Signed on:** 4/23/2024 10:29:43 AM
Nurse, Centurion
**Instructions:**        Back pain, L arm pain from old injury

**510-CHARLOTTE C.I.**                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                    Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Donna Chambers, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Donna Chambers, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | | |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                    **Description**                  **Diagnoses**
NURREQREF           Staff Request/Referral
**Order Number:**    5594089-1                            **Quantity:** 1
**Authorization #:**                                          **Priority:** S
**Start Date:**          04/24/2024                        **End Date:**
**Electronically signed by:** Donna Chambers, LPN, Licensed    **Signed on:** 4/24/2024 1:35:29 PM
Practical Nurse, Centurion
**Instructions:**          Refer to MH for PREA

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                      Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Chad Clark, LPN, Licensed Practical Nurse, Ceturion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Chad Clark, LPN, Licensed Practical Nurse, Ceturion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | ███ ████████ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** | ████████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCRL | Sick Call Referral | |

**Order Number:** 5598899-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 04/27/2024                      **End Date:**
**Electronically signed by:** Chad Clark, LPN, Licensed    **Signed on:** 4/25/2024 7:28:27 AM
Practical Nurse, Ceturion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061                     Date of Service: 4/25/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
Staff Referral/Request

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**


**SECTION II**

**Select Addressed Referral Order:** Staff Request/Referral 04/24/2024 ID: 5594089-1
Inmate was seen on    04/25/2024    (Date) regarding the above referral.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Mullins, MH Clerk, Centurion, Cassandra at 4/25/2024 7:27:18 AM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ██████ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ██████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ██████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 2629 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURFU | Nursing f/u | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 5640996-4 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 05/08/2024 | **End Date:** 05/08/2024 |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 5/1/2024 10:59:00 AM |
| **Instructions:** | measure and record bilateral biceps for comparison | |

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 72020-51 | XRAY SPINE 1V  CERVICAL | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 5640996-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 05/03/2024 | **End Date:** |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 5/1/2024 10:59:02 AM |
| **Instructions:** | back pain with movement >3 months | |

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                   Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** | MobileX |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Virginia Lockey, APRN, Medical Provider, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ████ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 72020-53 | XRAY SPINE 1V  LUMBAR | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 5640996-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 05/03/2024 | **End Date:** |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 5/1/2024 10:59:02 AM |
| **Instructions:** | back pain with movement >3 months | |

1 of 1

**510-CHARLOTTE C.I.**                                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                            Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** MobileX |
| **Auth Provider NPI:** ███████ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ███████ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ███████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 72020-55 | XRAY SPINE 1V THORACIC | MUSCULOSKELETAL PAIN (ICD-M79.10) |
| **Order Number:** | 5640996-3 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 05/03/2024 | **End Date:** |
| **Electronically signed by:** | Virginia Lockey, APRN, Medical Provider, Centurion | **Signed on:** 5/1/2024 10:59:02 AM |
| **Instructions:** | back pain with movement >3 months | |

1 of 1

**510-CHARLOTTE C.I.**                                                          8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                                          SPINE 1V SPECIFY LEVEL
Main: 9418338100 Fax: 9415054061                             Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
<span style="background:black">         </span>
Facility: 104-JACKSON CI
Patient: BERNARD D WILSON
ID: MobileX T24935
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SPINE 1V SPECIFY LEVEL (72020-51)
   SPINE 1V SPECIFY LEVEL FINDINGS: The examination shows the
vertebral bodies to be normal in height. There is scattered DDD and
spurring. C 6 and C7 not well visualized. Lateral view only
submitted. CONCLUSION: Scattered DDD with spurring. ELECTRONICALLY
SIGNED BY STEVEN KALCHMAN, M.D. 5/3/2024 11:20:02 AM EDT.
   Results: The examination shows the vertebral bodies to be normal
in height. There is
   scattered DDD and spurring. C 6 and C7 not well visualized.
Lateral view only
   submitted.
   Conclusion: Scattered DDD with spurring.
   Electronically signed by STEVEN KALCHMAN, M.D. 5/3/2024 11:20:02
AM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 05/03/2024 11:26 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 05/03/2024 11:00:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/03/2024 11:20:02
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 41349150
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
   SPINE 1V SPECIFY LEVEL, [No Value Reported], (F)


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 5/6/2024 11:58:52 AM

**510-CHARLOTTE C.I.**                                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                   Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
**Note:** SPINE 1V SPECIFY LEVEL COMPLETED PER TECH LOG


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Sims, CNA, Nursing Assistant, Centurion, Priscilla at 5/3/2024 11:38:01 AM

1 of 1

**510-CHARLOTTE C.I.**                                             8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                                   SPINE 1V SPECIFY LEVEL
Main: 9418338100 Fax: 9415054061                       Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
███████████

Facility: 104-JACKSON CI
Patient: BERNARD D WILSON
ID: MobileX T24935
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SPINE 1V SPECIFY LEVEL (72020-53)
  SPINE 1V SPECIFY LEVEL Comparison: 9/29/2023 FINDINGS: Disc space
loss with degenerative endplate changes and facet joint hypertrophy
at the lower lumbar spine. Mild retrolisthesis at L4 with respect to
L5 is again noted. No acute fracture or dislocation. No suspicious
bone lesion. CONCLUSION: No acute fracture or dislocation. Consider
follow up with CT or MRI if symptoms persist. ELECTRONICALLY SIGNED
BY CHI CHUAN KAMINSKI M.D., M.S. 5/3/2024 11:28:53 AM EDT.
  Comparison: 9/29/2023
  Results: Disc space loss with degenerative endplate changes and
facet joint
  hypertrophy at the lower lumbar spine. Mild retrolisthesis at L4
with respect to L5
  is again noted. No acute fracture or dislocation. No suspicious
bone lesion.
  Conclusion: No acute fracture or dislocation. Consider follow up
with CT or MRI if
  symptoms persist.
  Electronically signed by CHI CHUAN KAMINSKI M.D., M.S. 5/3/2024
11:28:53 AM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 05/03/2024 11:36 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 05/03/2024 11:08:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/03/2024 11:28:53
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 41349147
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  SPINE 1V SPECIFY LEVEL, [No Value Reported], (F)

**510-CHARLOTTE C.I.**                                                    8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955                              SPINE 1V SPECIFY LEVEL
Main: 9418338100 Fax: 9415054061                   Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI

Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 5/6/2024 11:59:49 AM

**510-CHARLOTTE C.I.**                                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                         Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI
**Note:** SPINE LUMBAR COMPLETED PER TECH LOG


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Sims, CNA, Nursing Assistant, Centurion, Priscilla at 5/3/2024 11:40:42 AM

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              SPINE 1V SPECIFY LEVEL
Main: 9418338100 Fax: 9415054061                   Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
█████████████

Facility: 104-JACKSON CI
Patient: BERNARD D WILSON
ID: MobileX T24935
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SPINE 1V SPECIFY LEVEL (72020-55)
  SPINE 1V SPECIFY LEVEL Comparison: Chest radiographs 6/9/2023
FINDINGS: The vertebral body heights are unremarkable. No overt
acute fracture or listhesis. Intervertebral disc spaces are
unremarkable. Alignment is unremarkable. Partially visualized chest
appears unremarkable CONCLUSION: No acute osseous abnormalities. If
clinical concern persists, consider CT thoracic spine for further
assessment. ELECTRONICALLY SIGNED BY JONATHAN YU, D.O. 5/3/2024
11:42:43 AM EDT.
  Comparison: Chest radiographs 6/9/2023
  Results: The vertebral body heights are unremarkable. No overt
acute fracture or
  listhesis.
  Intervertebral disc spaces are unremarkable. Alignment is
unremarkable.
  Partially visualized chest appears unremarkable
  Conclusion: No acute osseous abnormalities. If clinical concern
persists, consider CT
  thoracic spine for further assessment.
  Electronically signed by JONATHAN YU, D.O. 5/3/2024 11:42:43 AM
EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 05/03/2024 11:51 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 05/03/2024 11:04:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/03/2024 11:42:43
Referring Physician:
Ordering Physician: VIRGINIA LOCKEY (vlockey)
Specimen Source:
Source: MobileX
Filler Order Number: 41349149
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  SPINE 1V SPECIFY LEVEL, [No Value Reported], (F)

**510-CHARLOTTE C.I.**                                               8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                           SPINE 1V SPECIFY LEVEL
Main: 9418338100 Fax: 9415054061                   Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI


Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 5/6/2024 11:59:25 AM

2 of 2

**510-CHARLOTTE C.I.**                                                   8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                      Date of Service: 5/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

████████

Facility: 104-JACKSON CI
**Note:** XRAY SPINE 1V THORACIC COMPLETED PER TECH LOG


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Sims, CNA, Nursing Assistant, Centurion, Priscilla at 5/3/2024 1:14:33 PM

**510-CHARLOTTE C.I.**                                                  8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Chr Rec Hlth Care: Nursing f/u;
Main: 9418338100 Fax: 9415054061                    Date of Service: 5/8/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
███████

Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:** Nursing f/u
**Select Note Style:** Incidental
**Incidental Note** Bilateral arm measurements 4" from elbow:
Left 13.25"
Right 12.75"

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Chambers, LPN, Licensed Practical Nurse, Centurion, Donna at 5/8/2024
10:27:47 AM

**510-CHARLOTTE C.I.**
8/13/2024

33123 Oil Well Rd.
Punta Gorda, FL 33955
Main: 9418338100 Fax: 9415054061

Chron Rec Health Care•
Date of Service: 5/9/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

██████████

Facility: 104-JACKSON CI

**Orders added during this encounter:**
Hemoccult Screening (PE); Start Date: 11/09/2027
Urinalysis (PE); Start Date: 11/09/2027
Fasting Glucose (PE); Start Date: 11/09/2027
CBC w/o Diff (Hemogram)/Plat. CT (PE); Start Date: 11/09/2027

**Note:** ENTERING CORRECT PE LABS

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at 5/9/2024 10:16:30 AM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jennifer Hutchinson, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jennifer Hutchinson, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BERNARD D WILSON | DOB: | ▮▮▮▮ | Age: | 41 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURREQREF | Staff Request/Referral | |

**Order Number:** 5837481-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 05/30/2024                            **End Date:**
**Electronically signed by:** Jennifer Hutchinson, RN,   **Signed on:** 5/30/2024 12:22:40 AM
Registered Nurse, Centurion
**Instructions:**        Referral to Mental Health

**510-CHARLOTTE C.I.**                                              8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                  : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061               Date of Service: 5/30/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI
Staff Referral/Request

## Orders added during this encounter:

Interview Staff Request; Start Date: 06/04/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

## SECTION II

**Select Addressed Referral Order:** Staff Request/Referral 05/30/2024 ID: 5837481-1
Call-out/appointment for the inmate will be scheduled regarding the above referral.

**Orders added:**
Added new Test order of Interview Staff Request (MHIIS) - Signed
DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 5/30/2024
6:34:20 AM

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Cozy Holden, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Trina Blackshear, LMHC, MH Clinical Director, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ▮ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ▮ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHIIS | Interview Staff Request | |

**Order Number:** 5837797-1          **Quantity:** 1
**Authorization #:**                 **Priority:** N
**Start Date:** 06/04/2024           **End Date:** 06/04/2024
**Electronically signed by:** Trina Blackshear, LMHC, MH    **Signed on:** 5/30/2024 6:34:16 AM
Clinical Director, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Medical: :Inmate Request
Main: 9418338100 Fax: 9415054061                  Date of Service: 5/31/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 104-JACKSON CI

**Orders added during this encounter:**
Admin APPT; Start Date: 06/05/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

I'd like to review my medical records and have copies made.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/29/2024
Please be advised you    must sign a payment agreement to receive copies. Be specific at the time of
your callout which documents and dates you are looking for.

**Date Returned to Inmate:** 05/31/2024 **Answered By:** Cabiness; Medical Records Clerk; Centurion, Jodi

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at 5/31/2024 2:39:04 PM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                            Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jodi Cabiness, Medical Records Clerk, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jodi Cabiness, Medical Records Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ▮▮▮ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

**Code**              **Description**                          **Diagnoses**
OTRL                  Admin APPT
**Order Number:**     5852878-1                                **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:**       06/05/2024                               **End Date:** 06/05/2024
**Electronically signed by:** Jodi Cabiness, Medical Records   **Signed on:** 5/31/2024 2:38:58 PM
Clerk, Centurion
**Instructions:**     wants to review file and have copies

1 of 1

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | BERNARD WILSON | T24935 | H1221 | Conf. | 5/28/24 |

**REQUEST** Check here if this is an informal grievance ☐

I'd like to review my medical records and have copies made.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____     DC#: T24935

DECEIVED
MAY 29 2024
By _____

## DO NOT WRITE BELOW THIS LINE

## RESPONSE                    DATE RECEIVED:

Please be advised you must sign a payment agreement to recieve copies. Be specific at the time of your callout which documents and dates you are looking for.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J. Cabiness | Official (Signature): _____ | Date: 5.31.24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Inmate Request
Main: 9418338100 Fax: 9415054061        Date of Service: 5/31/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
████████████████
Facility: 104-JACKSON CI
**Inmate Request**


*Imported By: Jodi Cabiness, Medical Records Clerk, Centurion 5/31/2024 3:46:29 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at
5/31/2024 3:47:01 PM

**510-CHARLOTTE C.I.**                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                   Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kimberly Conner, RN, DON, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kimberly Conner, RN, DON, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▆▆▆▆ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▆▆▆▆ | |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |
| **Order Number:** 5854259-1 | | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** 06/01/2024 | | **End Date:** 06/01/2024 |
| **Electronically signed by:** Kimberly Conner, RN, DON, Centurion | | **Signed on:** 5/31/2024 4:48:02 PM |

**Instructions:**    I need pain medication for the severe pain in my left hand, shoulder and lower and upper back. I've yet to have a follow up to my back xrays and the examination of my left arm.

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                      Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                          Date of Service: 6/5/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

**Orders added during this encounter:**
Admin APPT; Start Date: 06/07/2024

**Note:** Inmate presented to medical to look through medical file - specifically anything related to back pain sick call, provider follow ups/referrals relating to back pain, and any imaging reports 11/2023 to now. Pulled documents in docubatch and printed for inmate to look at. Before signing payment agreement, inmate was escorted out of medical due to security reasons per escorting officer. Will bring paper payment agreement down to confinement for inmate to sign for copies.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at 6/5/2024 3:18:24 PM

1 of 1

**510-CHARLOTTE C.I.**                                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                      Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jodi Cabiness, Medical Records Clerk, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jodi Cabiness, Medical Records Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                  **Description**                     **Diagnoses**
OTRL                      Admin APPT
**Order Number:**        5884962-1                            **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:**          06/07/2024                           **End Date:** 06/07/2024
**Electronically signed by:** Jodi Cabiness, Medical Records   **Signed on:** 6/5/2024 3:18:21 PM
Clerk, Centurion
**Instructions:**        Bring paper DC4-542A for copies to confinement for inmate to sign

**510-CHARLOTTE C.I.**                                                          8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Ammita Daniels, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Ammita Daniels, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                **Description**                  **Diagnoses**
NURREQREF            Staff Request/Referral
**Order Number:**      5885764-1                        **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:**        06/05/2024                       **End Date:**
**Electronically signed by:** Ammita Daniels, LPN, Licensed    **Signed on:** 6/5/2024 4:13:15 PM
Practical Nurse, Centurion
**Instructions:**       Referral to Mental Health

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                 Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Ammita Daniels, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Ammita Daniels, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | **DOB:** ▆▆▆ | **Age:** | 41 |
| **Home Phone:** | **Sex:** Male | **SSN:** ▆▆▆ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                  **Description**                          **Diagnoses**
NURREQREF              Staff Request/Referral
**Order Number:**        5886516-1                               **Quantity:** 1
**Authorization #:**                                             **Priority:** N
**Start Date:**          06/05/2024                              **End Date:**
**Electronically signed by:** Ammita Daniels, LPN, Licensed      **Signed on:** 6/5/2024 6:01:42 PM
Practical Nurse, Centurion
**Instructions:**        Referral to Mental Health

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Kimberly Conner, RN, DON, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Kimberly Conner, RN, DON, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | | **DOB:** ▓▓▓▓ | | **Age:** 41 | |
| **Home Phone:** | | **Sex:** Male | | **SSN:** ▓▓▓▓ | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** 2629 | |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 5893588-1                        **Quantity:** 1
**Authorization #:**                               **Priority:** U
**Start Date:** 06/07/2024                          **End Date:** 06/07/2024
**Electronically signed by:** Kimberly Conner, RN, DON, Centurion    **Signed on:** 6/6/2024 2:45:07 PM

**Instructions:**    My ankles are swollen and painful. My right shoulder feels as if it it dislocated and hurts. My left knee, my neck are sore and painful to swallow and my back hurts really bad.

1 of 1

**510-CHARLOTTE C.I.**                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                          : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061               Date of Service: 6/7/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
Staff Referral/Request

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**


## SECTION II

**Select Addressed Referral Order:** Staff Request/Referral 06/05/2024 ID: 5886516-1
Inmate was seen on   06/05/2024   (Date) regarding the above referral.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Inmate's history includes following factors/events of concern:
Inmate currently displays following behaviors of concern:
Other:


Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 6/7/2024
5:22:08 AM

1 of 1

**510-CHARLOTTE C.I.**                                        8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061                    Date of Service: 6/7/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
Staff Referral/Request

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**


**SECTION II**

**Select Addressed Referral Order:** Staff Request/Referral 06/05/2024 ID: 5885764-1
Inmate was seen on   06/05/2024   (Date) regarding the above referral.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Inmate's history includes following factors/events of concern:
Inmate currently displays following behaviors of concern:
Other:


Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 6/7/2024
5:23:28 AM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Felicia Register, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Felicia Register, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ██████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**          **Diagnoses**
SCRL          Sick Call Referral
**Order Number:** 5896256-1          **Quantity:** 1
**Authorization #:**          **Priority:** N
**Start Date:** ██████          **End Date:**
**Electronically signed by:** Felicia Register, LPN, Licensed          **Signed on:** 6/7/2024 7:59:25 AM
Practical Nurse, Centurion
**Instructions:**          Chart Only:

1 of 1

**510-CHARLOTTE C.I.**                                                      8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                        Date of Service: 6/7/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

███████████

Facility: 104-JACKSON CI
**Note:** Inmate signed paper DC4-542A due to being in confinement. Explained to put in another request
once the payment comes out of inmate banking.


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at 6/7/2024 4:24:17 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**

**INMATE PAYMENT AGREEMENT FOR COPY OF**
**PROTECTED HEALTH INFORMATION**

Date: __6/7/24__

You have requested a copy of your __medical records__. The copy will be provided to you at a cost of $.15 per page plus any administrative fees for a total dollar amount of $ __4.95__. Your inmate bank account can be billed for these charges or a bill can be sent to your family requesting payment. Please check the box below to let us know how you will pay for the copy:

Bill my inmate bank account ☒
Send bill to my family ☐

If after 30 days payment has not been received, this request will be closed and you are required to complete another request to obtain the requested copy(ies).

I have read and understand the 30-day time limit described above.

_____
Inmate Signature

Inmate Name __Wilson, Bernard__
DC# __T24935__ Race/Sex __B / Male__
Date of Birth _____
Institution __Jackson CI__

Original:    Medical Records
Canary:      Inmate

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**DC4-542A (Revised 4/21/21)**

**510-CHARLOTTE C.I.**
33123 Oil Well Rd.
8/13/2024
Punta Gorda, FL 33955          DC4-542A Inmate Payment Agreement for Copy
Main: 9418338100 Fax: 9415054061       Date of Service: 6/7/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**DC4-542A Inmate Payment Agreement for Copy of Protected Health Information**


*Imported By: Jodi Cabiness, Medical Records Clerk, Centurion 6/7/2024 4:25:48 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Cabiness, Medical Records Clerk, Centurion, Jodi at
6/7/2024 4:26:44 PM

1 of 1

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** ███████ | |
| **Signing Provider:** Virginia Lockey, APRN, Medical Provider, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BERNARD D WILSON | DOB: | ████████ | Age: | 41 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████████ |
| Work Phone: | | Cell Phone: | | Patient ID: | ████ |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| FU | Provider Follow up | |

**Order Number:** 5933723-1    **Quantity:** 1

**Authorization #:**    **Priority:** N

**Start Date:** 06/26/2024    **End Date:** 06/26/2024

**Electronically signed by:** Virginia Lockey, APRN, Medical Provider, Centurion    **Signed on:** 6/12/2024 2:46:23 PM

**Instructions:**    f/u chronic pain - seen in SC

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Kimberly Conner, RN, DON, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Kimberly Conner, RN, DON, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▅▅▅ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▅▅▅ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                    **Description**                    **Diagnoses**
SC                          Sick Call
**Order Number:**           5950453-1                          **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:**             06/15/2024                         **End Date:** 06/15/2024
**Electronically signed by:** Kimberly Conner, RN, DON, Centurion    **Signed on:** 6/14/2024 12:41:36 PM
**Instructions:**           I have several injuries that are causing me extensive pain and suffering. My left ankle, my right shoulder, my back and my knee and my neck.

1 of 1

**510-CHARLOTTE C.I.**                                                            8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Donna Chambers, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** FDC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Donna Chambers, LPN, Licensed Practical Nurse, Centurion | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** BERNARD D WILSON | | **DOB:** ▇▇▇ | | **Age:** | 41 |
| **Home Phone:** | | **Sex:** Male | | **SSN:** | ▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NURREQREF | Staff Request/Referral | |
| **Order Number:** | 6014305-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 06/24/2024 | **End Date:** |

**Electronically signed by:** Donna Chambers, LPN, Licensed Practical Nurse, Centurion

**Signed on:** 6/24/2024 6:26:56 PM

**Instructions:** Referral to Mental Health

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                    : Staff Req/Ref Receive
Main: 9418338100 Fax: 9415054061                        Date of Service: 6/25/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 104-JACKSON CI
Staff Referral/Request

## Orders added during this encounter:

Interview Staff Request; Start Date: 06/25/2024
Post Use of Force Exam; Start Date: 06/25/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

## SECTION II

**Select Addressed Referral Order:** Staff Request/Referral 06/24/2024 ID: 6014305-1
Call-out/appointment for the inmate will be scheduled regarding the above referral.

**Orders added:**
Added new Test order of Post Use of Force Exam (PUOF) - Signed
Added new Test order of Interview Staff Request (MHIIS) - Signed
DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Mullins, MH Clerk, Centurion, Cassandra at 6/25/2024 8:18:01 AM

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                              Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Cozy Holden, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | |
| **Signing Provider:** Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                  **Description**                        **Diagnoses**
MHIIS                     Interview Staff Request

**Order Number:**        6015659-2                          **Quantity:** 1
**Authorization #:**                                              **Priority:** N
**Start Date:**           06/25/2024                        **End Date:** 06/25/2024
**Electronically signed by:** Cassandra Mullins, MH Clerk,   **Signed on:** 6/25/2024 8:17:59 AM
Centurion
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                        8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Donna Chambers, LPN, Licensed Practical Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Donna Chambers, LPN, Licensed Practical Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**                  **Description**                                  **Diagnoses**
TRANIN                    New Inmate HLT Review (Nurse)
**Order Number:**        6031419-1                                      **Quantity:** 1
**Authorization #:**                                                      **Priority:** N
**Start Date:**          06/26/2024                                     **End Date:**
**Electronically signed by:** Donna Chambers, LPN, Licensed     **Signed on:** 6/26/2024 1:46:06 PM
Practical Nurse, Centurion
**Instructions:**

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                 Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Cozy Holden, MHP, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cassandra Mullins, MH Clerk, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▮▮▮▮ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| PUOF | Post Use of Force Exam | |

**Order Number:** 6015659-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 06/25/2024                      **End Date:** 06/25/2024
**Electronically signed by:** Cassandra Mullins, MH Clerk, Centurion    **Signed on:** 6/25/2024 8:17:59 AM
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                                  8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                              Vital Signs
Main: 9418338100 Fax: 9415054061              Date of Service: 6/26/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
▮▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

**Vital Signs:**

**Temp:** 98.2 F**, Pulse:** 90**, Resp:** 18**, BP:** 112/84**, O2 sat:** 99%**, Height:** 68 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Miller, LPN, Licensed Practical Nurse, Centurion, Stacey at 6/26/2024 10:50:31 AM
Signed By: Lockey, APRN, Medical Provider, Centurion, Virginia at 6/26/2024 1:57:47 PM

1 of 1

**510-CHARLOTTE C.I.**                                          8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                              Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                  Date of Service: 6/28/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

Facility: 510-CHARLOTTE C.I.

**Note:** New Intake from Jackson Correctional Institution.Nursing transfer summary completed and sent to provider.   Orders reviewed and updated,

**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Nisbeth, Medical Records Clerk, Centurion, Meloney at 6/28/2024 9:30:49 AM

1 of 1

**510-CHARLOTTE C.I.**                                                8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                  Chron Rec Health Care•
Main: 9418338100 Fax: 9415054061                      Date of Service: 6/26/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male

███████

Facility: 104-JACKSON CI
**Note:** TRANSFER OUT CHART VERIFICATION
TO CHARLOTTE CI
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 9
**Previous Paper Volume Numbers** 1-8
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1
**Number of CDs** 0/0

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Sims, CNA, Nursing Assistant, Centurion, Priscilla at 6/26/2024 2:35:11 PM

**510-CHARLOTTE C.I.**                                                                      8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lara Smith, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Lara Smith, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**  **Description**                                **Diagnoses**
NURREQREF    Staff Request/Referral

**Order Number:**   6043448-2                          **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**     06/27/2024                         **End Date:**
**Electronically signed by:** Lara Smith, Registered Nurse,    **Signed on:** 6/27/2024 4:37:11 PM
Centurion
**Instructions:**          Referral to Mental Health

1 of 1

**510-CHARLOTTE C.I.**                                                                       8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                                         Order Form

| TEST FORM | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lara Smith, Registered Nurse, Centurion | **Service Provider:** | FDC | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Lara Smith, Registered Nurse, Centurion | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| HR | Health Review- Transfer (Provider) | |

**Order Number:** 6043448-1                          **Quantity:** 1
**Authorization #:**                                          **Priority:** U
**Start Date:**        06/28/2024                       **End Date:**
**Electronically signed by:** Lara Smith, Registered Nurse,    **Signed on:** 6/27/2024 4:37:10 PM
Centurion
**Instructions:**        Health Review- Transfer
Patient needs medications ordered
*SCHEDULE IMMEDIATELY*

1 of 1

**510-CHARLOTTE C.I.**                                                    8/13/2024
33123 Oil Well Rd.
Punta Gorda, FL 33955                                          Admin Forms
Main: 9418338100 Fax: 9415054061                    Date of Service: 7/3/2024

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
██████████

Facility: 510-CHARLOTTE C.I.


**Orders added during this encounter:**
Psychotherapy @ 60 days; Start Date: 08/26/2024
60(56) day S2s F/U confinement; Start Date: 08/26/2024
Case Management @ 60 days; Start Date: 08/26/2024


Signed By: Trought, MH Clerk, Centurion, Calvin at 7/3/2024 1:39:25 PM

**510-CHARLOTTE C.I.**
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**

8/13/2024

Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Gilbert Noe, MD, Medical Director, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ███████ | | |
| **Signing Provider:** | Gilbert Noe, MD, Medical Director, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | BERNARD D WILSON | **DOB:** ███████ | **Age:** 41 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ███████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 2629 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SP-WRC | Approved for Work Release Medical | |

**Order Number:** 6072173-2    **Quantity:** 1
**Authorization #:**    **Priority:** N
**Start Date:** 07/02/2024    **End Date:**
**Electronically signed by:** Gilbert Noe, MD, Medical Director, Centurion    **Signed on:** 7/2/2024 2:32:17 PM
**Instructions:**

**510-CHARLOTTE C.I.**                                                    8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Gilbert Noe, MD, Medical Director, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | ▉▉▉▉▉▉ | | |
| **Signing Provider:** | Gilbert Noe, MD, Medical Director, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ▉▉▉▉▉ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉▉▉▉▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SP-WCX | Disapproved for Work Camp Medical | |

**Order Number:** 6072173-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:**      07/02/2024               **End Date:**
**Electronically signed by:** Gilbert Noe, MD, Medical Director, Centurion      **Signed on:** 7/2/2024 2:32:17 PM
**Instructions:**

1 of 1

**510-CHARLOTTE C.I.**                                              8/13/2024
**33123 Oil Well Rd.**
**Punta Gorda, FL 33955**                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Ana Valvis, RN, Registered Nurse, Centurion | **Service Provider:** | FDC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Ana Valvis, RN, Registered Nurse, Centurion | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient info | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BERNARD D WILSON | **DOB:** | ███████ | **Age:** | 41 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 2629 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SC | Sick Call | |

**Order Number:** 6074498-1                              **Quantity:** 1
**Authorization #:**                                     **Priority:** N
**Start Date:** 07/08/2024                               **End Date:** 07/08/2024
**Electronically signed by:** Ana Valvis, RN, Registered Nurse, Centurion     **Signed on:** 7/2/2024 7:42:39 PM
**Instructions:**          neck ,ankle, back , left and right shoulder  pain

1 of 1

TB510-CHARLOTTE C.I.
33123 Oil Well Rd.  Punta Gorda, FL 33955
9418338100  Fax: 9415054061

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB:
Facility: 510-CHARLOTTE C.I.

**07/23/2024 - FL Admin: Release of Information Notice•**
**Provider: Herminetta Wright, Medical Records Supervisor, Centurion**
**Location of Care: 510-CHARLOTTE C.I.**

FLORIDA DEPARTMENT OF CORRECTIONS

## RELEASE OF INFORMATION NOTICE
**Inmate Name:** BERNARD D WILSON
**DC#** T24935

**To:**
**Agency/Person:** James Cook, Law Office
**Address:** 314 West Jefferson St,
**City, State:** Tallahassee, Fl 32301

**From:**
**Institution:** Charlotte Correctional Institution
**Address:** 33123 Oil Well Road
**City, State:** Punta Gorda, Fl , 33123

This notice accompanies a disclosure of protected health information concerning the above referenced inmate. This information has been disclosed to you from privileged and confidential records that are protected by Federal (45 CFR Parts 160 and 164) and Florida confidentiality laws (945.10, Fla. Stat.) Federal and Florida law prohibits you from making any further disclosure of this health care information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by Federal and Florida law.  A general authorization for the release of protected health information is NOT sufficient for this purpose.

Please find enclosed [check applicable information] copies of:
Other:    **Indicate:** Copes of medical records 11/8/22 - 11/15/22

## NOTE:
Additional restrictions are placed on alcohol/drug abuse treatment, psychiatric, and psychological information. This type of information may only be released when it is clearly listed on the authorization. Records of this nature will not be disclosed in response to a request for any and all information or any other request unless the person to whom the request pertains has specifically authorized such disclosure by informed written consent.
DC4-744 Release of Information Notice (Revised 12/28/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Herminetta Wright, Medical Records Supervisor, Centurion on 07/23/2024**

TB510-CHARLOTTE C.I.
33123 Oil Well Rd.   Punta Gorda, FL 33955
9418338100  Fax: 9415054061

*July 23, 2024*
*Page 2*
*FL Admin*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB:
Facility: 510-CHARLOTTE C.I.

**at 1:37 PM**