# Exhibit F

# CONTROL ROOM LOG CHECK LIST
# THIRD SHIFT
DATE: 11/4/2022

| | |
|---|---|
| **THIRD SHIFT ON DUTY:** <br> **Duty Warden:** AWO J. Floyd <br> **Shift Supervisor:** Captain J. Obert <br> **Control Room Supervisor:** Sergeant P. Padelford <br> **Emergency Key Cabinet Seal** 0118195/0118200 **(INTACT).** The Control Room area doors and windows are secure and free of debris. Employee searches by order of the Correctional Officer Chief will be determined nightly by the shift supervisor and will be every (2nd) person will be directed through the metal detector. Institutional Count (951) to include an out count of (00) verified in CDC by Sergeant P. Padelford | |
| Formal Counts – time initiated and cleared and number of Inmates | |
| Secure Count initiated 5:35pm cleared with 951 Inmates with an out count of (00) | Time: 6:00pm |
| 9:00 PM - Master Count initiated 9:00pm cleared with 951 Inmates with an out count of (00) | Time: 9:45pm |
| | |
| Uniform Inspection Conducted | Time: 3:15pm |
| Control Room Key Inventory conducted (within first hour) | Time: 3:50pm |
| Mini Arsenal/ Security Equipment Inventory (Radios, Restraints, and Body Armor) | Time: 4:00pm |
| Entry/Exit Name/time of Official Visitors required to sign in on form DC6-259 | Staff: Sergeant P. Padelford |
| Inmate Gains/Losses, count changes | Staff: Sergeant P. Padelford |
| Evening meal in progress: First tray served: 3:20pm/Last tray served 5:20pm | 791 |
| Fixed Video Camera | Time: 8:10pm |
| Parking Lot Inspection completed within first hour | Time: 3:45pm |
| Prior to Darkness Inner Building Inspection | Time: 5:45pm |
| Forth Security Inspection – Prior to Darkness - Consist of two staff members to conduct a thorough and complete walking visual inspection of the inner & outer perimeter fences and all Drainage Grates, Manhole Covers, Electrical/Communication bunkers. | Time: 5:45pm |
| Internal Compound Lighting inspected at onset of darkness | Time: 6:15pm |
| Video Camera Inspection / Sealed DAILY-each shift. Tested once per week on (Sunday-Night shift only) (CENTER GATE) | Time: 5:25pm |
| Video Camera Inspection / Sealed DAILY-each shift. Tested once per week on (Sunday-Night shift only) (AMU) | F: 3:30pm <br> G: 5:50pm |
| Video Camera Inspection / Sealed DAILY-each shift. Tested once per week on (Sunday-Night shift only) (CONFINEMENT) | D/C: 6:00pm |
| Security Checks of Programs: <br> Library, Education, Vocational and Chapel (Visiting Park) during day and at closing. | Time: 5:35pm <br> Time: 9:15pm |
| Shift Supervisor - Inspection of dorms and activity areas | Time: 3:30pm |
| Shift Supervisor Inspection of Food Service | Time: 4:05pm |
| Sgt. Perimeter Post Inspection/Inventory (Daily) (Tower #2 –Sgt. R. Hardbower) (Tower #3-Sgt. K. Bright) (Post #4 – Sgt. P. Padelford) | T2: 8:40pm <br> T3: 6:15pm <br> P4: 7:30pm |
| Shift Supervisor - Perimeter Post Inspection (Weekly) | T2: N/A <br> T3: N/A <br> P4: N/A |
| Weekly Correctional Officer Chief Perimeter Inspection – Roving Patrols | P4: N/A |
| Monthly Correctional Officer Chief Perimeter Inspection - Stationary Post | T2: N/A <br> T3: N/A |
| Completed DFEID Function Test (Incident Report will be completed documenting all discrepancies) | Time: 3:40pm |

NOTE: This list is not all inclusive; these are just some of the items that are required.

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONTROL ROOM LOG
## JACKSON CORRECTIONAL INSTITUTION
## (INSTITUTION)

pg. 1

| DATE: Friday, November 4, 2022 | |
|---|---|
| **TIME:** | **DESCRIPTIVE REMARKS** |
| 3:00pm | THIRD SHIFT ON DUTY.<br>Institutional Count: 951 with an out count of (00) verified in CDC by Sergeant P. Padelford<br>Duty Warden: AWO J. Floyd<br>Shift Supervisor: Captain J. Obert<br>Control Room Supervisor: Sergeant P. Padelford<br>Emergency Key Cabinet Seal #: 0118195/0118200 (Yes XX No ___).<br>Emergency "A": Sergeant M. Bentley, Sergeant T. Taylor, Sergeant A. Shelton<br>Emergency "B": Sergeant T. Davis, Sergeant K. Bright, Sergeant A. Akins<br>Camera Operator "A": Sergeant D. Godwin<br>Camera Operator "B": Officer D. Deese<br>DART Team: Sergeant R. Hardbower, Sergeant B. Yates, Officer A. Kelly, Officer J. Benton, Officer S. Stoudemire<br>Cell Extraction Team: Officer J. Benton, Sergeant K. Bright, Sergeant R. Hardbower, Officer S. Stoudemire,<br>Medical Response Nurse: C. Thomas, LPN<br>The Control Room area doors and windows are secure and free of debris (Yes XX No). *1.10.011, 1.12.150, 1.12.160* |
| 3:00pm | DAILY, ON DAILY, ON EACH SHIFT, (BEGINNING): *Staff Searches:* Any person entering the secure perimeter is routed through or subjected to some form of metal detection system. Employees and contract staff will be subjected to a clothed pat/frisk search on a random basis by a number established each day by the Chief of Security as all, every second or every third employee, but not exceeding every third person. During non-peak hours (i.e. Shift Change, entrance of volunteer groups exceeding ten persons), all persons will be pat searched prior to entering the institution. Per the Colonel, the First Shift Supervisor will designate that every person will be directed through the metal detector and every 2nd person entering Jackson Correctional Institution will be pat searched, on each shift, on this date. *1.05.181* |
| 3:00pm | DAILY, ON EACH SHIFT, (BEGINNING): *Firearms Cards:* Shift Supervisor: Captain J. Obert verifies that all staff assigned to Perimeter Posts has a current firearms card and valid Driver's Licenses. *Post Order #3; 602.034* |
| 3:00pm | WEEKLY, ON EACH SHIFT: *Shift Supervisor Perimeter Post/Tower Inspection for Cleanliness and equipment operability.*<br>Conducted by: Captain J Obert<br>*Tower Two:* Begin time N/A & End Time N/A<br>*Tower Three:* Begin time: N/A & End Time N/A<br>*Post Four:* Begin time: N/A & End Time N/A |
| 3:00pm | Weekly, ON EACH SHIFT: Duty Warden *Perimeter Post/Tower Inspection for Cleanliness and equipment operability.*<br>Conducted by: Warden H. Holland<br>*Tower Two:* Begin time N/A & End Time N/A<br>*Tower Three:* Begin time: N/A & End Time N/A<br>*Post Four:* Begin time: N/A & End Time N/A |
| 3:15pm | DAILY, ON EACH SHIFT, (BEGINNING): *Staff Uniform/ Grooming Inspection:* Conducted by the Shift Supervisor: Captain J. Obert. Begin Time: 3:15pm & End Time: 3:20pm. *Post Order #3* |
| 3:20pm | EVENING MEAL BEGINS UNDER DIRECT SUPERVISION WITH THE FOLLOWING STAFF ESCORTING:<br>DART Team: Sergeant R. Hardbower, Sergeant D. Godwin, Sergeant A. Shelton, Sergeant B. Yates, Officer A. Kelly, Officer J. Benton, Officer S. Stoudemire<br>SERVING LINE STARTS: 3:20pm<br>SERVING LINE COMPLETED: 5:20pm<br>EVENING MEAL COMPLETED: 5:30pm.<br>TOTAL FED: 799 Inmates. *(602.044)* |
| 3:20pm | Captain J. Obert utilizes the Metrasens Cellsense metal detector for exit entry of the chow hall. |
| 3:30pm | TOWER RELIEF: Officer E. Connor, Rank: CO. (Tower #2), and Officer L. Bentley, Rank: CO. (Tower #3) assumes tower duties; advised all weapons, ammunition and equipment accounted for. |
| 3:30pm | PERIMETER POST #4 RELIEF: Sergeant A. Rischar, Rank: COS assumes perimeter (Post #4) duties; advised all weapons, ammunition and equipment accounted for. |
| 3:30pm | DAILY, ON EACH SHIFT, (BEGINNING): *Shift Supervisor Compound Inspection:* Conducted by: Captain J. Obert. Begin Time: 3:30pm & End Time: 7:00pm. *Post Order #3, 602.027* |
| 3:30pm | DAILY, ON EACH SHIFT: *Video Camera Inspection conducted by: Lieutenant M. Hardbower*<br>**F Housing AMU Video Camera**- Accounted for: (Yes x No). Secure/Seal Intact: (Yes XX No). |
| 3:35pm | DAILY, ON EACH SHIFT, (BEGINNING): *EOS Packets/Control Room Safe Inventory:* Conducted by: P. Padelford, Rank: COS initiated an inventory of the EOS packets, Inmate files, **JPAY Debit Card Packets (00), Bus Tickets (00), and 3M Monitors (01)** Discrepancies noted (Yes ___ No X ). If discrepancies are noted a DC6-210 Incident Report will be submitted. |
| 3:36pm | (08) Inmates from AMU Dorms to medical, F dorm (04), G dorm (04), ref: insulin. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. |
| 3:40pm | (08) Inmates from to chow, F dorm (02), G dorm (00), ref: insulin. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 3:51pm |
| 3:44pm | (07) Inmates from Chow to Various dorms, ref: open bay insulin. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. |
| 3:45pm | DAILY, ON EACH SHIFT: *Personal Cell Phone Accountability Log:* Sergeant P. Padelford initiates check of log with (00) cell phones logged in on the compound at this time. |
| 3:45pm | DAILY, ON EACH SHIFT, (Within 1st Hour): *Inspection of Parking Lot:* Parking Lot inspected for Contraband, FDC Vehicle Radios turned off, vehicles secured (Windows, Doors & Convertible Tops), vehicles accounted for as to occupants. Conducted by: A. Shelton Rank: COS. Begin Time: 3:45pm & End Time: 4:05pm. Discrepancies (Yes ___ No: X ).<br>*(1.12.230, 602.016, Post Order #8)* |
| 3:45pm | DAILY, ON EACH SHIFT: Cell Extraction Equipment Inventory: Conducted by: A. Blakely Rank: COS Inspection will include an inventory of all cell extraction equipment. Deficiencies or Evidence of tampering: (Yes ___ No X). |
| 3:45pm | DAILY, ON EACH SHIFT, (BEGINNING): *Inspection of Control Room Exit Doors and Non-Cell Windows (Free of Clutter):* Conducted by: P. Padelford, Rank: COS. Begin Time: 3:45pm & End Time: 3:55pm. Deficiencies or Evidence of tampering: |

# FLORIDA DEPARTMENT OF CORRECTIONS
# CONTROL ROOM LOG
# JACKSON CORRECTIONAL INSTITUTION
# (INSTITUTION)

pg. 2

| DATE: Friday, November 4, 2022 | |
|---|---|
| **TIME:** | **DESCRIPTIVE REMARKS** |
| | (Yes__ No X), Secure (Yes X No__). *(1.12.150, 1.12.160, Post Order #8)* |
| 3:45pm | DAILY, ON EACH SHIFT, (BEGINNING): *An inventory and working condition of handheld/portable Radios, where assigned to a twenty-four (24)-hour security post, was verified*: Verified :( Yes _X_ No). Time verified: 3:45pm. Deficiencies or Evidence of tampering: (Yes__ No X), *1.01.240* |
| 3:45pm | DAILY ON SECOND & THIRD SHIFT: *Dart Firing Electronic Immobilization Device (DFEID) Function Test*. All issued DFEID were function tested at the time of issuance to ensure proper functioning, with a minimum of 20% battery life, and two functional cartridges present. Deficiencies noted (Yes__ No _X_) at the conclusion of all issued DFEID Function Tests. If Yes, the Shift Supervisor shall be contacted and he/she shall contact the Duty Warden. A (DC6-210) Incident Report and the DFEID has been taken out of the active inventory and placed in the designated area for the Arsenal Sergeant or designee for repair/replacement. |
| 3:46pm | (27) Inmates from F4 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:01pm |
| 3:50pm | DAILY, ON EACH SHIFT, (BEGINNING): *Active, Restricted, and Emergency Keys:* Completed by: P. Padelford COS; An inventory of all key rings in the active, restricted, and emergency key box. The inventory included accounting for all key rings, inspecting key ring brazing/crimp, and ensuring that the twenty-four (24) hour check-out keys are in their proper location. Accounted for: (Yes _X_ No). *602.039, Post Order #8* |
| 3:51pm | (21) Inmates from F3 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:05pm |
| 3:55pm | DAILY, ON EACH SHIFT, (BEGINNING): *Perimeter Fence Electronic Detection System, to include computers, printers and zone map:* The Shift Supervisor will review the detection system control screen at least once per shift to ensure accuracy and proper functions. Operational and Functioning Properly :(Yes _X_ No). Conducted by Captain J. Obert. Deficiencies or Evidence of tampering :( Yes No X). *(1.04.260, 602.034)* |
| 3:56pm | (37) Inmates from F1 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:09pm |
| 3:58pm | (27) Inmates from F2 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:13pm |
| 4:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 4:00pm | DAILY, ON EACH SHIFT, (BEGINNING): *Inspection/Inventory of all Weapons and Security Equipment, to include hand held portable radios:* Conducted by: Control Room Supervisor, P. Padelford. Begin Time: 4:00pm & End Time: 4:40pm. Inspection/Inventory Status indicated below: <br> *WEX Gas Cards (Qty-49):* Accounted for: (Yes_x_ No). <br> *Escape and Recapture Bags assigned to the Control Room for initial response :( Qty–10)* Accounted for: (Yes x No). Secure/Seal Intact: (Yes x No). <br> *Mini Arsenal Equipment (Firearms, Ammunition, Chemical Agents, Restraint Equipment, Cuffs, Body Armor, hand held portable radios and other related equipment.):* Accounted for: (Yes_x_ No). <br> *Razor Ribbon Extraction Kit, Containing (1) Bolt Cutters, (1pr.) Steel Mesh Gloves and (1) Personal Protection Kit: Accounted for :(* Yes_x_ No). Secure/Seal Intact: (Yes x No___). Completed by: P. Padelford , COS*(1.01.090, 1.01.230, 1.01.190, Post Order #8)* |
| 4:05pm | DAILY, ON EACH SHIFT: *Shift Supervisor Food Service Inspection: (Caustics, Tools, Oven Racks, and Sensitive Items.* Conducted by: J. Obert, Rank: Captain Begin Time: 4:05pm & End Time: 4:25pm |
| 4:12pm | (46) Inmates from G1 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:30pm |
| 4:17pm | (49) Inmates from G2 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:34pm |
| 4:22pm | (42) Inmates from G3 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:38pm |
| 4:25pm | (47) Inmates from G4 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 4:45pm |
| 4:30pm | DAILY, ON EACH SHIFT, (BEGINNING): *Official Visitor Log Inspection/Inventory (Passes #1 - #20):* Conducted by: Control Room Supervisor, P. Padelford. All required pertinent information completed (Yes x No). All Official Visitors Passes present/accounted for (Yes x_ No).**Passes #1 and #3 are NOT present/accounted for.** |
| 4:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 4:42pm | (62) Inmates from C2 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 5:02pm |
| 4:45pm | (56) Inmates from C1 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 5:08pm |
| 4:56pm | (32) Inmates from B2 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 5:13pm |
| 4:58pm | (40) Inmates from B1 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: 5:19pm |
| 5:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 5:04pm | (47) Inmates from A1 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: |
| 5:10pm | (37) Inmates from A2 to Chow. Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Returned: |
| 5:25pm | INSTITUTIONAL FORMAL SECURE COUNT RECALL: Count Recall announced. |
| 5:25pm | DAILY, ON EACH SHIFT: *Video Camera Inspection conducted by Captain J. Obert* <br> *Center Gate Video Camera*- Accounted for: (Yes _X_ No). Secure/Seal Intact: (Yes x No). |
| 5:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 5:35pm | INSTITUTIONAL FORMAL SECURE COUNT: In progress *(602.006)* |
| 5:35pm | TWICE DAILY, ON EACH SHIFT: *Security Inspection of Program Areas:* An inspection of Education/Library, Vocational, Chapel, Vocational, and Visiting Park. At the minimum of twice per shift and at the end of the program day to ensure that all entrances are secured. *(1.12.290)* ***First Inspection Conducted by: R. Hardbower Rank: CO. Begin Time: 5:35pm & End Time: 6:10pm. Deficiencies (Yes__ No _X_). |
| 5:45pm | DAILY, PRIOR TO DARKNESS-: *Inspection of Inner Buildings:* Conducted by R. Hardbower, Rank: COS. Begin time 5:45pm & End time 6:10pm. Deficiencies (Yes No X).*(1.04.185)* |
| 5:45pm | DAILY, PRIOR TO DARKNESS-*Inspection of all perimeter fences, cross-fences, drainage pipes over 10" wide w/steel |

# FLORIDA DEPARTMENT OF CORRECTIONS
# CONTROL ROOM LOG
# JACKSON CORRECTIONAL INSTITUTION
# (INSTITUTION)

pg. 3

| DATE: Friday, November 4, 2022 | |
|---|---|
| **TIME:** | **DESCRIPTIVE REMARKS** |
| | *grating, manholes, and electrical/communication bunkers. All manholes and electrical/communication bunkers are numbered and secure by use of security bolts, spot welds, or security-grade padlocks.* Thorough and complete walking/visual inspection of the inner and outer perimeters. Conducted by: D. Godwin/A. Shelton, COS/COS Begin Time: 5:45pm & End Time: 6:10pm. Deficiencies or Evidence of tampering: (Yes__ No X) *(1.12.040,1.04.185)(Procedure # 602.034 #602.027)* |
| 5:50pm | DAILY, ON EACH SHIFT: *Video Camera Inspection conducted by: Lieutenant M. Colomb.* **G Housing AMU Video Camera-** Accounted for: (Yes_x_No). Secure/Seal Intact: (Yes XX No). |
| 6:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 6:00pm | INSTITUTIONAL FORMAL SECURE COUNT: cleared with 951 inmates accounted for with an out count of (00). Sergeant P. Padelford utilized the OBIS/CDC screen (DC52) to reconcile the Formal Count. *(602.006)* |
| 6:00pm | Restricted Movement on the Compound. |
| 6:00pm | DAILY, ON EACH SHIFT: *Video Camera Inspection conducted by: Lieutenant K. King* ***Disciplinary Confinement*** *Video Camera-* Accounted for: (Yes_x_No). Secure/Seal Intact: (Yes XX No). |
| 6:06pm | (01) inmates escorted from A dorm to Chapel, ref: Jewish service, escorted by: Sergeant R. Hardbower and Sergeant D. Godwin, completed: 6:08pm |
| 6:15pm | DAILY, (AT ONSET OF DARKNESS): *Inspection of Internal Compound Lighting & External Perimeter Lighting:* Conducted by: D. Godwin/A. Shelton, Rank: COS/COS. Begin Time: 6:15pm & End Time: 7:00pm. Deficiencies (Yes_X_No). If Yes, verbally contact Shift Supervisor for priority corrective action and submit a Maintenance Work Order for priority repair. *(1.12.270, 1.04.081, 602.027, 602.034)* |
| 6:15pm | DAILY, ON EACH SHIFT: *Correctional Officer Sergeant's Perimeter/Tower Post Inspection for Cleanliness and equipment operability. (1.12.080, 602.034).* Staff will initiate an inspection of firearms, ammunition, vehicle/tower, current signed post order(s), and other equipment for cleanliness and equipment operability. **Tower Three:** Conducted by: K. Bright, Rank: COS. Begin Time: 6:15pm & End Time: 6:20pm |
| 6:26pm | (01) inmates escorted from Chapel to A dorm, ref: Jewish service, escorted by: Sergeant R. Hardbower and Sergeant D. Godwin, completed: 6:28pm |
| 6:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 6:30pm | Security Staff: Sergeant A. Shelton and Officer G. Deal escort (22) Inmates from Food Service to B Dormitory. Completed: 6:35pm |
| 7:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 7:17pm | (01) inmates escorted from H dorm to Medical, ref: poss. prea, escorted by: Lt. K. King and Sergeant R. Hardbower, completed: 7:19pm |
| 7:30pm | DAILY, ON EACH SHIFT: *Correctional Officer Sergeant's Perimeter/Tower Post Inspection for Cleanliness and equipment operability. (1.12.080, 602.034).* Staff will initiate an inspection of firearms, ammunition, vehicle/tower, current signed post order(s), and other equipment for cleanliness and equipment operability. **Post Four:** Conducted by: P. Padelford, Rank: COS. Begin Time: 7:30pm & End Time: 7:35pm. |
| 7:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 8:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 8:10pm | DAILY, ON EACH SHIFT: *Fixed Wing Camera Inspection:* Conducted by: Captain J. Obert: Operational (Yes X No). Deficiencies (Yes__ No X). *(602.033, Post Order #3)* |
| 8:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 8:35pm | (01) inmate escorted from staff canteen to B dorm, off duty order, escorted by: Sergeant K. Bright and Officer G. Johnston, completed: 8:37pm |
| 8:40pm | DAILY, ON EACH SHIFT: *Correctional Officer Sergeant's Perimeter/Tower Post Inspection for Cleanliness and equipment operability. (1.12.080, 602.034).* Staff will initiate an inspection of firearms, ammunition, vehicle/tower, current signed post order(s), and other equipment for cleanliness and equipment operability. **Tower Two:** Conducted by: M. Bentley, Rank: COS. Begin Time: 8:40pm & End Time: 8:45pm |
| 8:50pm | INSTITUTIONAL FORMAL MASTER ROSTER COUNT RECALL: Count Recall announced. |
| 9:00pm | INSTITUTIONAL FORMAL MASTER ROSTER COUNT: In progress *(602.006)* |
| 9:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 9:15pm | TWICE DAILY, ON EACH SHIFT: *Security Inspection of Program Areas:* An inspection of Education/Library, Vocational, Chapel, Vocational, and Visitation Park. At the minimum of twice per shift and at the end of the program day to ensure that all entrances are secured. *(1.12.290)* **Second Inspection Conducted by: R. Hardbower/D. Godwin Rank: COS/COS. Begin time 9:15pm & End time 9:45pm Deficiencies (Yes__ No X). |
| 9:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 9:45pm | INSTITUTIONAL FORMAL MASTER ROSTER COUNT: cleared with 951 inmates accounted for with an out count of (00). Sergeant P. Padelford utilized the OBIS/CDC screen (DC52) to reconcile the Formal Count. *(602.006)* |
| 9:50pm | (01) inmates escorted from B dorm to staff canteen, Escorted by Sergeant R. Hardbower and Sergeant D. Godwin. Completed: 9:52pm |
| 10:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 10:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |

# FLORIDA DEPARTMENT OF CORRECTIONS
# CONTROL ROOM LOG
# JACKSON CORRECTIONAL INSTITUTION
# (INSTITUTION)

pg. 4

| DATE: Friday, November 4, 2022 | |
|---|---|
| **TIME:** | **DESCRIPTIVE REMARKS** |
| 11:00pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 11:30pm | SECURITY CHECK: Officer E. Connor (Tower #2), Officer L. Bentley (Tower #3) & Sergeant A. Rischar (Post #4) advised all was secure on the compound and surrounding area |
| 11:30pm | CONTROL ROOM CLEANLINESS: The Control Room Staff completed all housekeeping duties (to include: floors swept, floors mopped, countertops cleaned of clutter, trash removed, bathroom cleaned, all equipment not in use placed in the appropriate areas, etc..) prior to being relieved by the oncoming staff members. The off-going Control Room staff shall clean up any areas found dirty during the inspection prior to departing. *(Post Order #8)* |
| 11:30pm | CONTROL ROOM STAFF: 1st shift in to relieve Third Shift Sergeant P. Padelford. |
| 11:30pm | CONTROL ROOM STAFF: 1st shift in to relieve Third Shift Officer M. Quattlebaum. |
| 11:30pm | THIRD SHIFT OFF DUTY. Passed on all information, keys and equipment onto the FIRST Shift. |
| | |
| | *****TOTAL INMATE POPULATION: 951 inmates accounted for with an out count of (00)***** |
| | |

DC6-207 (Revised 8/00)(Updated 10/22)                     Incorporated by Reference in Rule 33-601.605, F.A.C.