Exhibit G

**119-SANTA ROSA C.I.**                                        7/23/2024
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864    Date of Service: 11/4/2022

**WEBENS  VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
**Diagram of Injury/Rule of Nines**

DC4-708, C90725, 11.4.2022


*Imported By: Shelby hardin 11/7/2022 9:43:39 AM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-708, C90725, 11.4.2022


Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at
11/7/2022 9:43:51 AM

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
Page 1
Diagram of Injury

**WEBENS VEILLARD**
C90725
Race/Sex: Black or African American / Male
DOB:
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 11.4.22                    Time of occurrence UNKNOWN
Date injury assessed by medical 11.4.22      Time injury assessed by medical

☐ No injury identified

Description of injury:
ht. Knee abrasion. ht cheek, Abrasion. Lt.
Shoulder bruise. red. Skin intact, Lip · small
lac. (Open) lower lip

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

7/23/2024

Alleged Sexual Battery Protocol
Date of Service: 11/4/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI

## Orders added during this encounter:

Staff Request/Referral; Start Date: 11/04/2022
Staff Request/Referral; Start Date: 11/04/2022
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**ALLEGED SEXUAL BATTERY PROTOCOL**
NOTE:    ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

## SUBJECTIVE:
**Age:** 40 Years Old **PREA Number:** PRX-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

**Allergies:**
* NKDA (Mild)

**Current Problems:**
INH medication treatment completed after positive PPD (ICD-V67.59) (ICD10-Z09)
History of bacillus Calmette-Guerin vaccination (ICD-V87.49) (ICD10-Z92.29)

**Chief Complaint:** Another inmate attempted assault me sexually
**Date of alleged sexual battery:** 11/04/2022 **Time:** N/A **Greater than 48 hours ago?** No
**Location of event (facility)** 104 Jackson CI
**Specific Location of event:** Confinement
**Brief description of the incident:** Pt stated he had to fight another inmate to prevent sexual assault
**Patient has:** Changed clothes
**Patient has:** Bathed/showered
**Patient has:** Urinated
**Patient has:** Ingested food/drink
**Additional complaints/injuries:** See DC4-708 for injury details
**Pain Level:** None

## OBJECTIVE:
**Temp:**  98.4 F **Pulse:** 89 **Resp:** 20 **BP:** 130 / 98 **O2 sat:** 98 % **Weight (lbs):** 153

**Mentation:** Alert and oriented to: Person, Place, Time, Situation
 **Non-life threatening injuries noted:**
**Explain:** Pt stated he had a physical altercation with another inmate and only sustained minor lacerations and abraisions.
**Other comments:** Pt stated allleged assault occurred at approximately 0630

**119-SANTA ROSA C.I.**

7/23/2024

5850 East Milton Rd.
Milton, FL 32583

Alleged Sexual Battery Protocol

Main: 8509835800 Fax: 8509835864

Date of Service: 11/4/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**REFERRAL ALWAYS REQUIRED**
**Clinician notified:** No

## PLAN:
Assess inmate for any life-threatening condition/injuries- notify clinician immediately and treat accordingly.
Use appropriate Nursing Protocol form.
Obtain PREA (Prison Rape Elimination Act) number from the OIC.   The PREA number is required to
enter the Encounter Form into OBIS- Offender Based Information System.

**Orders Added per Protoocol:**
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

## EDUCATION:
Inmate instructed to keep all medical and behavioral health follow-up appointments.
Inmate advised to return to Medical for onset of new symptoms or to Mental Health for counseling as
needed.

DC4-683M Alleged Sexual Battery Protocol (Revised 09/18/20)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding
staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

104-JACKSON CI Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 11/04/2022 7:27 PM
**TO: Addressee's Name** Mrs. Blackshear **FROM:**
**Senders Name** Chad Clark LPN **Sender's Area/Service** Medical
Inmate Housing:
AC
AC
**Request/Referral Type:** Routine: respond within seven 7 days

**119-SANTA ROSA C.I.**                                        7/23/2024
5850 East Milton Rd.
Milton, FL 32583                              Alleged Sexual Battery Protocol
Main: 8509835800 Fax: 8509835864              Date of Service: 11/4/2022

## WEBENS   VEILLARD
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** Yes
Alleged Sexual Assault attempt
**Orders added:**
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

## Dental Referral

## Medical Referral

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                            7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                  Alleged Sexual Battery Protocol
Main: 8509835800 Fax: 8509835864                   Date of Service: 11/4/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: <u>**Inmate, Physical Altercation**</u>
( )Inmate   ( )Employee   ( )Visitor   ( )Post-Use-of-Force Exam   ( )Injury   ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.   This includes a visual inspection of the entire body to identify any sign of injury.   This exam shall be performed in the medical unit except under unusual circumstance.   Injuries shall be documented on the DC4-708, Diagram of Injury.   If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence:** <u>0630</u>
**Time of exam:** <u>1924</u>
**Description of occurrence:**   <u>**Inmate on Inmate physical altercation**</u>

**Post Use of Chemical Agent Instructions:**
**Shower without soap?** <u>**N/A**</u>
( )N/A   ( )Yes   ( )Refused
<u>**N/A**</u>
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

**Temp:**   <u>98.4</u>F
**Pulse:**   <u>89</u>
**Resp:**   <u>20</u>
**BP:**   <u>130</u>/ <u>98</u>
**O2 sat:**   <u>98</u>%
**Weight (lbs):**   <u>153</u>

**Arrived via:** <u>**Ambulatory**</u>
( )Ambulatory   ( )Stretcher   ( )Wheelchair   ( )Other
**Other:** <u>**N/A**</u>

**Condition on arrival (check all that apply):** <u>**Alert, Oriented x 4 (person-place- time-situation)**</u>
( )Alert   ( )Oriented x 4 (person-place- time-situation)   ( )Responding to questions verbally   ( )Other (requires description in examination summary)   ( )C/O pain?
**If C/O pain checked, please indicate where:** <u>**N/A**</u>

**Examination summary:** <u>**Alert and oriented x 4. No c/o pain or discomfort. No s/s of distress. Pt has minor lacerations and abrasion on various areas of body. See DC4-708 for detailed description.**</u>

**Physician notified?** <u>**No**</u>
( )No   ( )Yes
**Name:** <u>**N/A**</u>
**Time:** <u>**N/A**</u>

**119-SANTA ROSA C.I.**                                          7/23/2024
5850 East Milton Rd.
Milton, FL 32583                              Alleged Sexual Battery Protocol
Main: 8509835800 Fax: 8509835864              Date of Service: 11/4/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**Treatment provided? <u>No</u>**
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Access medical as needed for medical needs.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

7/23/2024

Alleged Sexual Battery Protocol
Date of Service: 11/4/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI

Signed By: Clark, LPN, Licensed Practical Nurse, Ceturion, Chad at 11/4/2022 9:31:22 PM
Signed By: Clark, LPN, Licensed Practical Nurse, Ceturion, Chad at 11/4/2022 9:31:43 PM
Signed By: Defigarelli, MD, Physician, Centurion, Samuel at 11/7/2022 8:18:40 AM

**119-SANTA ROSA C.I.**                                              7/23/2024
5850 East Milton Rd.
Milton, FL 32583                    Handout Printed - Diagram of Injury
Main: 8509835800 Fax: 8509835864        Date of Service: 11/4/2022

**WEBENS  VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
Printed Handout: Diagram of Injury


Signed By: Clark, LPN, Licensed Practical Nurse, Ceturion, Chad
at 11/4/2022 8:38:34 PM

**119-SANTA ROSA C.I.**                                          7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                              MH CM:Refusal
Main: 8509835800 Fax: 8509835864              Date of Service: 11/7/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


Mental Health Services
**If Mental Health Services, then please describe:** MHIIS, PREA, MHBSR




I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.
I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.
I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.


This form is to be signed in eSign by the Patient, Witnesses, Clinician and Interpreter/Translator if
applicable


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 11/7/2022
9:12:41 AM
Signed By: Defigarelli, MD, Physician, Centurion, Samuel at 11/7/2022 10:38:16 AM

**119-SANTA ROSA C.I.**
7/23/2024
5850 East Milton Rd.
Milton, FL 32583
MH CM:Refusal
Main: 8509835800 Fax: 8509835864
Date of Service: 11/7/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
Signed By: Kennedy, RMHCI, MHP, Centurion, Mary at 11/7/2022 1:07:38 PM

**119-SANTA ROSA C.I.**                                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583                          MH CM:OP PREA Interview, MHIIS, MHBSR
Main: 8509835800 Fax: 8509835864                   Date of Service: 11/7/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**MENTAL STATUS OF CONFINEMENT INMATES**
104-JACKSON CI Correctional Institution


FROM: Mental Health Services

**SUBJECT:**        **Inmate Name:**   WEBENS VEILLARD        **DC# :** C90725

The above-referenced inmate has been in confinement, protective management, or close management
continuously since:     and wish to advise:


DC4-528 Mental Status of Confinement Inmates (Revised 09/23/08)

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

1 of 4

**119-SANTA ROSA C.I.**                                          7/23/2024
5850 East Milton Rd.
Milton, FL 32583                        MH CM:OP PREA Interview, MHIIS, MHBSR
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/7/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MENTAL HEALTH SCREENING EVALUATION**

Inmate refused mental health services (DC4-711A)
**Mental Health Grade:** 1
**Date DC4-663 Consent Completed:** 05/05/2022
**Assigned Housing Status:** AC
Reason for Encounter (check all that apply):


Initial interview- 5 minutes    **- Refused**
Staff Referral Interview- 5 minutes    **- Refused**
PREA Evaluation- 5 minutes    **- Refused-** Px is alleged Victim- **Refused Counseling**

**OBJECTIVE: Age:**  40 Years Old   **TRD:**   LIFE
**Crime:** 1ST DG MUR/PREMED. O
**Sentence:** Life

**Mental Health Hx Outside of FDC:** Outpatient Tx
**Mental Health Tx in FDC:** None
**Past Substance Abuse Hx:** No
**Relevant Medical Hx:** No Significant Hx
**MENTAL STATUS EXAM**




**ORIENTATION:**
Oriented to:



**IDEATION:**
Hours/24 Meals/day

2 of 4

**119-SANTA ROSA C.I.**                                              7/23/2024
5850 East Milton Rd.
Milton, FL 32583                        MH CM:OP PREA Interview, MHIIS, MHBSR
Main: 8509835800 Fax: 8509835864                  Date of Service: 11/7/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
DC4-642 Mental Status Exam (Revised 3/11/2020)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

## ASSESSMENT

**ICD-10 Code(s) with DSM-5 Diagnosis:**
**Current Problems**
INH medication treatment completed after positive PPD (ICD-V67.59) (ICD10-Z09)
History of bacillus Calmette-Guerin vaccination (ICD-V87.49) (ICD10-Z92.29)

## PLAN

Complete DC4-528, Mental Status of Confinement Inmate
Follow-Up is/or will be scheduledFollow-Up is/or will be scheduled
DC4-642B- Mental Health Screening Evaluation (Revised 11/08/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** MH
Outpatient
Reason for Encounter:
- **Refused**
Other- Incidental Note- 5 minutes    -**Refused**Other Service: MHIIS, PREA, MHBSR**Note:** S: "I'm fine.
No. I don't need to come out.    I am upset that they put me on property restriction.    Can you do
something about that?..."
O: Im/Pt dressed in boxers.    Good eye contact. No SI/HI reported.
A: Im/Pt invited to participate in mental health evaluation, but refused.    Inmate unable to electronically
sign refusal due to poor connectivity.    Inmate was provided a hard copy.    See attached.
P: Im/Pt will be scheduled for confinement follow up per mental health protocol.

**Comments for Security & Classification** Inmate refused mental health evaluation.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**

**119-SANTA ROSA C.I.**                                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583                               MH CM:OP PREA Interview, MHIIS, MHBSR
Main: 8509835800 Fax: 8509835864                        Date of Service: 11/7/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**Services Administration.**
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**Orders added during this encounter:**
90(84) day S1 & S2 F/U confinement [MHF90]

Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 11/7/2022
9:16:42 AM

4 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                            7/23/2024
Main: 8509835800 Fax: 8509835864

MH CM: Refusal
Date of Service: 11/7/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


Mental Health Services
**If Mental Health Services, then please describe:** MHIID, PREA




I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.
I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.
I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.


This form is to be signed in eSign by the Patient, Witnesses, Clinician and Interpreter/Translator if applicable


DC4-711A   Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 11/7/2022 9:09:34 AM
Signed By: Defigarelli, MD, Physician, Centurion, Samuel at 11/7/2022 10:38:16 AM


1 of 2

**119-SANTA ROSA C.I.**                                                        7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                                              MH CM: Refusal
Main: 8509835800 Fax: 8509835864                              Date of Service: 11/7/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 104-JACKSON CI
Signed By: Kennedy, RMHCI, MHP, Centurion, Mary at 11/7/2022 1:07:22 PM

**119-SANTA ROSA C.I.**                                                7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                        : Staff Req/Ref Receive
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/7/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

## SECTION II

**Select Addressed Referral Order:** Staff Request/Referral 11/04/2022 ID: 2166308-2
Call-out/appointment for the inmate will be scheduled regarding the above referral.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Inmate's history includes following factors/events of concern:
Inmate currently displays following behaviors of concern:
Other:

Signed By: Blackshear, LMHC, MH Clinical Director, Centurion, Trina at 11/7/2022
6:17:35 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                    MH Refusals
Main: 8509835800 Fax: 8509835864      Date of Service: 11/7/2022

7/23/2024

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**MH Refusals**


*Imported By: Cassandra Mullins 11/7/2022 1:55:57 PM*

_____

External Attachment:

  Type:      Image
  Comment:   DC4-711A   C90725    11-7-2022


Signed By: Blackshear, LMHC, MH Clinical Director, Centurion,
Trina at 11/7/2022 1:56:31 PM

H22D1W

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

| | | |
|---|---|---|
| ☐ | Medical Services | |
| ☒ | Mental Health Services | Mental Health Confinement Assessment- Inmate seen cell-front – victim MHPRA, MHH18, MHPSR |
| ☐ | Dental Services | |
| ☐ | Medication | |
| ☐ | Lab/Diagnostic testing | |
| ☐ | Other | |

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

\*  _Ne_

**Signature of Patient\***

Date/Time: 11/7/2022  0610

**Two Witnesses:** I, T. Blackshear MHP am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_T. Bell_

Signature of Witness

**Mental Health Professional**
Title of Witness

I, M. Kennedy am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_M. Kennedy_

Signature of Witness

MHTP
Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

Samuel Defigarelli - MSMD
Centurion Of Florida

Signature of Clinician

Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator

Title of Witness

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name VEILLARD, WEBERT

DC# C907... Race/Sex B /M

Date of Birth ████████

Institution **Jackson CI**

Incorporated by Reference in Rule 33-401.105, F.A.C.

DC4-711A (Effective 8/13) (Page 1 of 2)

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

| | |
|---|---|
| ☐ | Servicios medicos |
| ☐ | Servicios de salud mental |
| ☐ | Servicios dentales |
| ☐ | Medicamentos |
| ☐ | Examenes de laboratorio/dignostico |
| ☐ | Otros |

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condicion y proposito del tratamiento o intervencion/ medicamento, consecuencias, los beneficios del tratamiento ntervencion recomemdada/ medicamento, tratamiento alterno, consecuencias y peligros para mi salud y posible riesgos de muerte que puede resultar por no consentir a estos servicos de atencion medica.

Se me ha dado suficiente tiempo para hacer preguntas, consecuencias, los beneficios del tratamiento/ intervencion recomemdada, se me ha explicado la naturaleza de mi affeccion y he sido informado del riesgo para mi salud. Se me ha explicado y entiendo la necesidad de atencion medica, que es indicada y necesaria.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de mi rechazo a tratamiento medico/ medicamento. Yo declaro, que el medico que me atendio, la institucion, el personal administrativo y el Departamento de Correcciones no son responsables por cualquier incapacidad, complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento medico.

_____          _____

**Firma del Paciente\***                          **Fecha/Hora**

---

**Dos Testigos:    Yo,**_____ soy un miembro del equipo medico y he sido testigo que el paciente ha firmado voluntariament este documento/rehusa firmar.

_____          _____

Firma del testigo                              Titulo del testigo

            Yo, _____ soy miembro del equipo medico que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehuso firmar el documento.

_____          _____

Firma del testigo                              Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehusa firmar.

_____          _____

Firma del Medico                              Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name_____

DC#_____ Race/Sex_____

Date of Birth_____

Institution_____

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C

**119-SANTA ROSA C.I.**                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                       ER Record
Main: 8509835800 Fax: 8509835864    Date of Service: 11/8/2022

**WEBENS  VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 104-JACKSON CI
Error - Physician notified at 1435 - Sam Defigarelli, MD.


Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/8/2022 5:53:57 PM

1 of 1

**119-SANTA ROSA C.I.**                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864      Date of Service: 11/8/2022

**WEBENS  VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI
**Diagram of Injury/Rule of Nines**

DC4-708, C90725, 11.8.22


*Imported By: Shelby hardin 11/9/2022 8:05:16 AM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-708, C90725, 11.8.22



Signed By: Hardin, Medical Records Clerk, Centurion, Shelby at
11/9/2022 8:05:51 AM

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

November 8, 2022
Page 1
Diagram of Injury

**WEBENS VEILLARD**
C90725
Race/Sex: Black or African American / Male
DOB:
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence __11 08 22__          Time of occurrence __Approx 1400__
Date injury assessed by medical __11 08 22__     Time injury assessed by medical __1430__

☐ No injury identified

Description of injury:
Lower Lip abrasion with minimal bleeding. Injuries
noted to be self inflicted - As bitten lower lip
by self and abrasion to chin.

K.P. EVERETT. RN
JACCI - 104
Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**                                                7/23/2024
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864                        Date of Service: 11/8/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

## Orders added during this encounter:

Other Immunization; Start Date: 11/08/2022
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**ABRASION/LACERATION PROTOCOL**
NOTE:    ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

## SUBJECTIVE: Age:
40 Years Old

**Chief Complaint:** "I got beat-up."
**Mechanism of Injury (MOI):** unknown
**Date and Time of Injury:** 11/08/22 - approximately 1400
**Pain Level:** None
**Last Tetanus Toxoid:** unknown
**Additional Comments:** Injuries are noted to be consistant with self injurious behavior. States the cell
mate attacked him.

## OBJECTIVE:
**Temp:**    98.2 F **Pulse:** 96 **Resp:** 20 **BP:** 132 **/** 88 **O2 sat:** 98 % **Weight (lbs):** 152

**Signs of Shock:**
**Location of injury:** lower lip and chin
**Description of Injury:** abrasion to lower lip/scrap to chin
**Approximate size of abraison or laceration: Length:** varies **Width:** varies **Depth:** varies
**Embedded foreign material in wound?** No
**Bleeding at this time:** Oozing/Minimal

**Neurovascular checks:**
Distal pulse of affected extremity: Easily palpable
**Capillary refill 2 seconds or less:** Yes
**Numbness or tingling in affected extremity:**    No
**ROM of affected extremity:**    Full ROM
**Comments:** n/a
**Laceration greater than 24 hours old with signs & symptoms of infection:**    No
None

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

## PLAN:

**119-SANTA ROSA C.I.**                                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864                        Date of Service: 11/8/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
Tdap 0.5cc IM or Td 0.5cc IM as prescribed by clinician

**Orders Added per Protoocol:**
Added new Test order of Other Immunization (IMM-90749) - Signed


**EDUCATION:**
Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent
discharge at wound site.
Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.

**DC4-683AA Additional Comments:** Refused Tdap - see DC4-711A

DC4-683V Abrasion/Laceration Protocol    (Revised 10/10/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/8/2022 5:53:03 PM

**119-SANTA ROSA C.I.**                                                7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                                      ER Record
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/8/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 104-JACKSON CI

**119-SANTA ROSA C.I.**                                              7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                                    ER Record
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/8/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: **Inmate, Physical Altercation**
( )Inmate   ( )Employee   ( )Visitor   ( )Post-Use-of-Force Exam   ( )Injury   ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.   This includes a visual
inspection of the entire body to identify any sign of injury.   This exam shall be performed in the medical
unit except under unusual circumstance.   Injuries shall be documented on the DC4-708, Diagram of
Injury.   If a physician/CA is not present at the time of the exam, a physician/CA must review this form and
sign it on the next working day.

**Time of occurrence: 1400**
**Time of exam: 1430**
**Description of occurrence:   Declared physical altercation**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A   ( )Yes   ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool
water to eyes 5-10 minutes

**Temp:   98.2**F
**Pulse:   96**
**Resp:   20**
**BP:   132/ 88**
**O2 sat:   98**%
**Weight (lbs):   152**

**Arrived via: Ambulatory**
( )Ambulatory   ( )Stretcher   ( )Wheelchair   ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation),**
**Responding to questions verbally, Other (requires description in examination summary)**
( )Alert   ( )Oriented x 4 (person-place- time-situation)   ( )Responding to questions verbally   ( )Other
(requires description in examination summary)   ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: VSS - Lower lip and chin abrasion with minimal bleeding. Injuries are**
**noted to be self inflicted - as bitten lower lip by self and chin scraped from something abrasive (as**
**concrete).**

**Physician notified? No**
( )No   ( )Yes
**Name: N/A**
**Time: N/A**

2 of 4

**119-SANTA ROSA C.I.**
7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                    ER Record
Main: 8509835800 Fax: 8509835864          Date of Service: 11/8/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 104-JACKSON CI

**Treatment provided? <u>No</u>**
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Notify medical of any acute health needs.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                    7/23/2024
5850 East Milton Rd.
Milton, FL 32583                                            ER Record
Main: 8509835800 Fax: 8509835864              Date of Service: 11/8/2022

**WEBENS    VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI


Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at 11/8/2022 5:27:35 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

7/23/2024

DC4-711A Medical Refusals
Date of Service: 11/8/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI
**DC4-711A Medical Refusals**

DC4-711A, C90725, 11.8.22


*Imported By: Shelby hardin 11/9/2022 10:31:31 AM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-711A, C90725, 11.8.22


Signed By: Defigarelli, MD, Physician, Centurion, Samuel at
11/9/2022 10:43:04 AM

**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☐ Medication _____

☐ Lab/Diagnostic testing _____

☒ Other ___Tdap  vaccine_____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_____Refused to sign_____          _____11/8/22 @ 1435_____
**Signature of Patient***                          **Date/Time**

**Two Witnesses:**  I, ___K.Everett___ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          ___RN___
Signature of Witness                               Title of Witness

I, ___Trainor S___ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          ___RN___
Signature of Witness                               Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          _____
Signature of Clinician                             Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator                 Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name ___Webens  Veillard___
DC# ___C90725___, Race/Sex ___B/M___
Date of Birth ___█████___
Institution ___JACCI___

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

# ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/dignostico _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condicion y proposito del tratamiento o intervencion/ medicamento, consecuencias, los beneficios del tratamiento  ntervencion recomemdada/ medicamento, tratamiento alterno, consequencias y peligros para mi salud y posible riesgos de muerte que puede resultar por no consentir a estos servicos de atencion medica.

Se me ha dado suficiente tiempo para hacer preguntas, consecuencias, los beneficios del tratamiento/ intervencion recomemdada, se me ha explicado la naturaleza de mi affeccion y he sido informado del riesgo para mi salud.  Se me ha explicado y entiendo la necesidad de atencion medica, que es indicada y necesaria.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de mi rechazo a tratamiento medico/ medicamento.  Yo declaro, que el medico que me atendio, la institucion, el personal administrativo y el Departamento de Correcciones no son responsables por cualquier incapacidad, complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento medico.

**Firma del Paciente\***          **Fecha/Hora**

**Dos Testigos:**      Yo,_____ soy un miembro del equipo medico y he sido testigo que el paciente ha firmado voluntariament este documento/rehusa firmar.

Firma del testigo                    Titulo del testigo

            Yo, _____ soy miembro del equipo medico que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehuso firmar el documento.

Firma del testigo                    Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehusa firmar.

Firma del Medico                    Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name_____
DC#_____ Race/Sex_____
Date of Birth_____
Institution_____

DC4-711A (Effective 8/13)  (Page 2 of 2)

**119-SANTA ROSA C.I.**                                           7/23/2024
5850 East Milton Rd.
Milton, FL 32583                    Handout Printed - Diagram of Injury
Main: 8509835800 Fax: 8509835864       Date of Service: 11/8/2022

**WEBENS   VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 104-JACKSON CI
Printed Handout: Diagram of Injury


Signed By: Everett, RN, Registered Nurse, Centurion, Kilee at
11/8/2022 4:34:21 PM