Exhibit H

# PREA # Folder Checklist

INMATE VICTIM NAME: Veillard, Webens                     PREA#:  PR-X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
DC #: C90725                                             Type:
Current Case Status: Open / Closed
OIG-RM/ Case # __22-17455__ Disposition: unfounded    Date Closed: 2-3-2023

## *Section 1: Preliminary*

- ☒ Photos/Face sheet of Inmates ¦Alleged Inmate Victim & Alleged Inmate Perpetrator¦
- ☒ MINS
- ☒ Incident Report
    - ☐ Issuance of the Sexual Abuse Awareness Brochure
    - ☐ Inmates' option to an advocate for allegations of sexual abuse
    - ☒ OIC checklist DC6-2086
- ☒ Witness Statements ¦Victim only¦
- ☒ Acknowledgement of Receipt of Training on PREA ¦Both victim & perpetrator for facility PREA number generated from¦
- ☐ Grievance – Inmate Request
    - ☐ Acknowledgement of Receipt of Grievance Orientation ¦If allegation was via grievance¦
- N/A ☐ Notification to Other Institution (Warden to Warden email and/or read receipt)

## *Section 2: Investigation*

- N/A ☐ PREA Investigative Report - DC6-2079 ¦If the Investigation is Referred to Management and meets the definition of Inmate on Inmate Sexual Harassment¦
- ☒ Completed Inspector General Inquiry/Report
- N/A ☐ Discipline Report or Review for CM ¦Due to PREA Investigation Outcome¦
- N/A ☐ Arrest Report ¦If Applicable¦
- N/A ☐ Notification/Reporting to Inmate by IG notification, DC6-2080 and/or DC6-2081
- N/A ☐ Sexual Abuse Incident Review DC6-2076 ¦submitted at the close of the case on sexual abuse allegations that have a finding other than Unfounded.¦
- N/A ☐ Youthful Inmate Designation ¦Only for Suwannee, or Lowell¦
- N/A ☐ Law Enforcement Notification ¦If under 18¦

## *Section 3: Medical/Mental Health Forms*

Below list is for reference and may not contain all medical forms. Be sure to speak with your HSA and DON for correct listing of PREA related forms that apply at your facility.

| | **Alleged Inmate Victim** | **Alleged Inmate Subject - Perpetrator** | |
|---|---|---|---|
| N/A | ☐ Alleged Sexual Battery Protocol - DC4-683M ¦If applicable¦ <br> ☐ If lab section on 683M not completed request lab documentation | ☐ Alleged Sexual Battery Protocol - DC4-683M ¦If applicable¦ <br> ☐ If lab section on 683M not completed request lab documentation | N/A |
| | ☒ Diagram of Injury - DC4-708 | ☒ Diagram of Injury - DC4-708 | |
| N/A | ☐ Chronological Record of Health Care – DC4-701 | ☐ Chronological Record of Health Care – DC4-701 | N/A |
| N/A | ☐ Emergency Room Records – DC4-701C | ☒ Emergency Room Records – DC4-701C | |
| | ☒ Staff Request Referral – DC4-529 | ☐ Staff Request Referral – DC4-529 | N/A |
| N/A | ☐ Mental Health Screening Evaluation – DC4-642B - DC4-642G ¦any form utilized by MH¦ | ☐ Mental Health Screening Evaluation – DC4-642B - DC4-642G ¦any form utilized by MH¦ | N/A |
| N/A | ☐ Refusal of Health Care Services - DC4-711A ¦if applicable¦ | ☐ Refusal of Health Care Services - DC4-711A ¦if applicable¦ | N/A |

## *Section 4: Actions Taken*

- ☐ Special Review Screens (DC60 & DC61) – {Only those related to this case}

;Classification Supervisor should ensure all sustained exceptionally cleared cases are special reviewed. Not Sustained and Unfounded should still be reviewed and if there is a possibility of the incident escalating should be noted ...itutionally for inmate not to be housed together;

- ☐ SRI Re-Assessment screening – IM03 Screen Print ¡Both victim and perpetrator¡
- ☐ Documentation to show that the alleged I/M victim was separated from the alleged perpetrator

N/A ☐ Confinement Form(s) - DC6-233 ¡Both victim and perpetrator ONLY if PREA Confinement¡
- ☒ Completed DC6-2084 ¡Victim only¡ with
  - ICT Review for **PREA confinement** placement ¡Both victim and perpetrator¡
    - ☐ 72 Hours,
    - ☐ 30 Days and
    - ☐ 60 Days
    - ☐ ZPE – PREA AC end

N/A ☐ STG Inquiry ¡if allegation is **alleged/known/thought** to be related to STG – OT24 screen¡
N/A ☐ Documentation of Monitored Phone Calls / J-Pay Correspondence ¡if applicable¡

## Section 5: SART / Victim Advocacy

N/A ☐ SART Notification ¡if applicable¡
  - ☐ CR log noting OIG activation, arrival and departure
  - ☐ Official Visit log noting arrival and departure of SART nurse
  - ☐ DC6-208 – Holding Cell Log ¡if SART activated and applicable¡

N/A ☐ Advocacy Documents ¡if applicable¡
  - ☐ referrals/emails with advocacy staff
  - ☐ IM03 entries noting meetings/calls with the advocate and
  - ☐ inmate requests for advocacy services with reply

## Section 6: Monitoring for retaliation

- ☒ Monitoring Retaliation - **IM02** printout to show all appointments
  - ☒ 30-day **IM03** entry
  - ☒ 60-day **IM03** entry
  - ☒ 90-day **IM03** entry



# Corrections Offender Information Network
## Florida Department of Corrections



# Inmate Population Information Detail

(This information was current as of 11/27/2022)



| | |
|---|---|
| **DC Number:** | C90725 |
| **Name:** | VEILLARD, WEBENS |
| **Race:** | BLACK |
| **Sex:** | MALE |
| **Hair Color:** | BROWN |
| **Eye Color:** | BROWN |
| **Height:** | 6'03" |
| **Weight:** | 168 lbs. |
| **Birth Date:** | ██████████ |
| **Initial Receipt Date:** | 02/27/2020 |
| **DNA Drawn:** | NONE |
| **Current Facility:** | JACKSON C.I. |
| **Current Classification Status:** | |
| **Current Custody:** | CLOSE |
| **Current Release Date:** | SENTENCED TO LIFE |


CLICK HERE for Custody Status Updates

*Visiting Request Form - Part 1*

*Visiting Request Form - Part 2*

*How to Apply for Visitation*

| Aliases: | |
|---|---|
| LUEBENS VEILLARD | WEBENS VEILLARD |



# Corrections Offender Information Network
### Florida Department of Corrections



# Inmate Population Information Detail

(This information was current as of 11/27/2022)



| | |
|---|---|
| **DC Number:** | T24935 |
| **Name:** | WILSON, BERNARD D |
| **Race:** | BLACK |
| **Sex:** | MALE |
| **Hair Color:** | BLACK |
| **Eye Color:** | BROWN |
| **Height:** | 6'01" |
| **Weight:** | 220 lbs. |
| **Birth Date:** | ▓▓▓▓▓ |
| **Initial Receipt Date:** | 12/12/2007 |
| **DNA Drawn:** | 12/16/2003 |
| **Current Facility:** | JACKSON C.I. |
| **Current Classification Status:** | |
| **Current Custody:** | CLOSE |
| **Current Release Date:** | SENTENCED TO LIFE |



*Visiting Request Form - Part 1*

*Visiting Request Form - Part 2*

*How to Apply for Visitation*

| Aliases: | |
|---|---|
| GERONIMO | NAPPY |
| KEISHAUN SINGLETARY | BERNARD WILSON |
| BERNARD D WILSON | BERNARD DWAYNE WILSON |

```
12/08/2022              FLORIDA DEPARTMENT ) CORRECTIONS           PAGE:  1
  MIN0101               MINS INCIDENT REPORT                       TIME 09:36


PREPARED BY: R166NUK PETERSON, SHELINA A.       INCIDENT NUMBER: 0001151168
INCIDENT TYPE: 17B SEXUAL BATTERY (INMATE)      STATUS OF INCIDENT: INSP. GEN
REPORT DATE:    11/07/2022                       REPORT TIME:    12:53
INCIDENT DATE: 11/04/2022                        INCIDENT TIME: 19:00
REPORTING FACILITY: 104 JACKSON C.I.             INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.             INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 30 VICTIM'S CELL ROOM         DAY CODE: 5    SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 11/04/2022          W-B REVIEW BY: JAB
IG NUMBER: 22-17455                              UOF NUMBER:
DATE ASSIGNED: 11/08/2022
INJURIES: Y       STG/STI INVOLVEMENT: N         PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N               INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                                SEND TO IG OFFICE: Y
PREA NUMBER: PR - X104220023                     INCIDENT COMPLETION TYPE: ATTEMPTED
NATURE OF ACT: FORCE                             TYPE OF ACT: I/I - OTHER


         NAME               TITLE          BIRTHDATE  R S   ID NUMBER
-------------------- ------------------------ ---------- - - ----------------
REPORTING EMPLOYEE (S)
  OBERT, JAMES C.    CORRECTIONAL OFFICER CA         1 1
SUBJECT (S)
  WILSON, BERNARD D.  INMATE  TRD:LIFE SNT           2 1 T24935
VICTIMS (S)
  VEILLARD, WEBENS  . INMATE  TRD:LIFE SNT           2 1 C90725
```



```
CONTRABAND RECOVERED         TYPE    POSSESS   QUANTITY    UNIT MSR
------------------------- ------  -------   ----------  --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
    INMATE VEILLARD HAD AN ABRASSION TO THE LEFT CHEEK, LEFT
    SHOULDER, LEFT KNEE AND LACERATION INSIDE LOWER LIP.


DESCRIPTION OF INCIDENT:
    ON NOVEMBER 4, 2022, AT APPROXIMATELY 7:00P.M., CAPTAIN
    JAMES OBERT WAS ASSIGND AS THE THIRD SHIFT OIC AT JACKSON
    CORRECTIONAL INSTITUTION.  CAPTAIN OBERT WAS NOTIFIED THA
    TINMAT VEILLARD, WEBENS DC#C90725 (H1219) STATED HE WAS A
    VICTIM OF A PREA INCIDENT.  INMATE VEILLARD STATED AT 6:30
    A.M., AFTER BREAKFAST, WHILE IN CELL H1219 HIS CELLMATE
    INMATE WILSON, BERNARD DC#T24935, TOUCHED HIS NIPPLES AND
    TRIED TO FORCE HIM TO HAVE SEX.  INMATE VEILLARD STATED HE
    GOT INTO A PHYSICAL ALTERCATION AND THEY DID NOT HAVE SEX.
    INMATE VEILLARD COMPLETED A DC6-112C WITNESS STATEMENT AND
    IS ATTACHED TO THE REPORT.  INMATE VEILLARD WAS ESCORTED TO
    MEDICAL FOR AN EXAMINATION WITH AN EBRASION TO THE LEFT
```

12/08/2022          FLORIDA DEPARTMENT CORRECTIONS          PAGE:  2
MIN0101               MINS INCIDENT REPORT                  TIME 09:36

        CHEEK, LEFT, SHOULDER, LEFTKNEE AND A LACERATION INSIDE HIS
        LOWER LIP.  INMATE VEILLARD RECEIVED A N11-15 (FLORIDA
        DEPARTMENT OF CORRECTIONS PREA BROCHURE).   INMATE VEILLARD
        WAS ESCORTED BACK TO H CONFINEMENT AND PLACED IN CELL
        H2201.  INMATE WILSON WAS ESCORTED TO MEDICAL FOR AN
        EXAMINATION WITH NO INJURIES NOTED.  INMATE WILSON STAED HIS
        CELLMATE INMATE VEILLARD STATED HE WAS GOING TO DO WHATEVER
        IT TAKES TO GET OUT OF THE CELL.  AT THE CONCLUSION OF THE
        EXAMINATION INMATE WILSON WAS ESCORTED BACK TO H CONFINEMENT
        AND PLACED IN CELL H1219.  DUTY WARDEN JOSEPH FLOYD AND EAC
        DUTY OFFICER POWELL WAS CONTACTED AND ISSUED
        PREA#PRX-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.


ACTION TAKEN:

        BOTH INMATES WERE GIVEN A MEDICAL EXAM BY JACKSON C.I.
        MEDICAL DEPARTMENT.  DUTY WARDEN JOSEPH FLOYD AND EAC DUTY
        OFFICER POWELL WERE BOTH CONTACTED.  A DC6-2086 (OIC PREA
        CHECKLIST AND DC6-2084 FLORIDA DEPARTMENT OF CORRECTIONS
        PREA VICTIM HOUSING PREFERENCE) WAS COMPLETED.

DEPARTMENT OF CORRECTIONS    Mins#00115168

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Jackson Correctional Institution | **Incident Report Number:** | 104-22-11-39 |
| **Reporting Employee:** | James Obert | **PREA Number:** | PR-X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 |
| **Employee ID Number:** | ▮▮▮ | **Date of incident:** | November 4, 2022 |
| **Person(s) Involved:** | I/m Veillard, Webens DC# C90725 | **Time of incident:** | 7:00 pm |
| | I/m Wilson, Bernard DC# T24935 | **Witness(es):** | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 7:41p | MINS Initiated: | ☐ Yes ☒ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 7:45p | Duty Officer Name: Powell | |
| Supporting Documents Attached | yes | | |

**DETAILS OF INCIDENT:**

On November 4, 2022, at approximately 7:00 pm I, Captain James Obert, was assigned as the Third Shift OIC at Jackson Correctional Institution. I was notified that Inmate Veillard, Webens DC# C90725 (H1219) stated he was a victim of a PREA incident. Inmate Veillard stated at 6:30am after breakfast, while in cell H1219 his cellmate Inmate Wilson, Bernard DC# T24935 touched his nipples and tried to force him to have sex. Inmate Veillard stated he got into a physical altercation and they did not have sex. Inmate Veillard completed a DC6-112C (Witness Statement) and is attached to this report. See statement. Inmate Veillard was escorted to medical for an examination with an abrasion to the left cheek, left, shoulder, left knee and a laceration inside lower lip. Inmate Veillard received a NI1-15 (Florida Department of Corrections PREA Brochure). Inmate Veillard was escorted back to H confinement and placed in cell H2201. Inmate Wilson was escorted to medical for an examination with no injuries noted. Inmate Wilson stated his cellmate Inmate Veillard stated he was going to do whatever it takes to get out of the cell. At the conclusion of the examination Inmate Wilson was escorted back to H confinement and placed in cell H1219. Duty Warden Jospeph Floyd and EAC Duty Officer Powell was contacted, and she issued PREA # PRX-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.

| | | |
|---|---|---|
| **James Obert, Correctional Officer Captain** | _signature_ | 11/4/2022 |
| **Reporting Employee's Name (Print)** | Reporting Employee's Signature | Date |

**Shift Supervisor/Department Head**

**COMMENT:**

A DC6-2086 (OIC PREA Checklist), DC6-2084 (Florida Department of Corrections PREA Victim Housing Preference) and photos are attached to this report. An Email was sent to Mr. Hancock and all Duty Wardens. Forward to the Correctional Officer Chief for documentation and review.

| | | |
|---|---|---|
| **James Obert, Correctional Officer Captain** | _signature_ | 11/4/2022 |
| **Shift Supervisor's/ Department Head's Name (Print)** | Shift Supervisor's Signature | Date |

**REVIEW:**  MINS: 17 B. PREA

Attempted PREA allegation, minor injures noted from alleged altercation between Inmate Veillard + Inmate Wilson. Do not house together.

cc: AWP Hancock + EIS Mary Peterson. All Captains, Sgt. Daniels, Sgt Garvin

| | | |
|---|---|---|
| **Brad Shouppe, Correctional Officer Colonel** | _Mary C. McMillan signature_ | 11/07/22 |
| **Correctional Officer Chief's Name (Print)** | Correctional Officer Chief's Signature | Date |

**REVIEW:** Complete MNN

CC Sgt Garvin – Do not house Inmates together

CC MRS Peterson – ICT

CC MR Hancock – Prea

| | | |
|---|---|---|
| **Heath Holland, Warden** | _signature_ | 11/7/22 |
| **Warden's Name (Print)** | Warden's Signature | Date |

**OIC PREA Checklist**

**PREA INFORMATION**

PREA number: _PRK-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_ Incident report #: _____    Date of report: _11-4-22_

**PREA CHECKLIST**                    **TO BE ATTACHED TO PREA RELATED DC6-210**

☑ Alleged Victim/Perpetrator(s) separated

    Alleged Inmate Victim Name/ DC#: _Veillard, Webiens    C90725_

    Alleged Perpetrator Name(s)/ DC#/staff ID: _Wilson, Bernard    724935_

☑ Ensure staff has secured the scene (if applicable), and advised inmate(s) not to take steps to destroy the evidence (washing, urinating, brushing teeth, etc.)

☑ Housing of inmate victim
- The OIC will be responsible for discussing housing options with the inmate victim and having them indicate their preference on the DC6-2084 prior to changing the inmate's housing.
- Victims **will not** be involuntarily segregated unless an assessment of all other available alternatives has been made and there are no other alternative means for separation from likely abusers. This assessment will be done immediately. If involuntarily segregated, the inmate can request allowances set forth in Chapter 33 which will be reviewed on a case-by-case basis.
- If the inmate victim indicates they want to be placed in confinement, or there are no alternative means of separation from likely abusers, the inmate will be placed in AC pursuant to Chapter 33.
- Victim only – obtain a DC6-112C from the victim of the allegation.

☑ Contact EAC with information (*once information is known*) Ensure you have reviewed the allegation against the PREA definitions and determined that it meets the definition prior to contacting EAC. Per policy EAC will notify appropriate OIG staff. *NOTE: OIG will contact SART, as per policy, after speaking to the inmate.*

☐ If SART activated, ensure staff initiate a DC6-208 when appropriate (alleged inmate victim & alleged inmate perpetrator). **Evidence collection will be handled by the OIG and SART.**

☑ Provide the inmate a NI1-120 for allegations of sexual abuse or sexual battery (*notate in incident report that inmate was given the NI1-120*).   *Allegations of contact or penetration: advise the alleged inmate victim they have the right to a forensic medical exam, crisis intervention services (mental health), and advocacy emotional support services. **Ask if they would like the advocate present for the forensic exam or separate**. For harassment allegations, advocacy will be telephonic*

☐ For *contact or penetration allegations,* ensure inmate(s) victim & perpetrator are taken to medical and evaluated by mental health.   For *non-contact* allegations, ensure inmate(s) victim & perpetrator are evaluated by mental health.

☐ Complete MINS prior to the end of shift/days off (be sure to comply with policy timeframes): *"Following notification to the Emergency Action Center by telephone, all reportable incidents will be submitted as soon as possible, using the MINS."*   All allegations should use appropriate MINS codes: 10 (Staff on Inmate), 17 & 18 (Inmate on Inmate). **Always notate PREA # on MINS.**

☐ Ensure security staff utilizes the appropriate PREA codes on the IM03 & IM29 entries if inmate is placed on a PREA confinement status. (*See PREA AC Process manual*). The IM03 entry should reflect the OIC housing assessment decision and the inmates DC6-2084 preference.

☑ ALL allegations that include a staff member that meet the definition of staff sexual misconduct and staff sexual harassment will be reported. Review definitions contained within flowchart for clarification

☑ Notify **facility PREA Manager** of allegation **via email.**   Provide the: PREA #, MINS#, Incident Report #.

_[signature]_     _11-4-22_
Signature/Title           Date

DC6-2086 (Revised 5/20/21)

**Witness Statement**

| State of Florida | Log # _____ | Department of Corrections |
|---|---|---|

**I.    Identifying Inmate Information**

DC # _____    Inmate Name _____

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II.    Witness**

☐    Staff Member:  Name and Position _____

☐    Other Individual:  Name _____

☒    Inmate:    DC # *C90725*    Name *Webens, Veillard*

**III.    Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____    Date _____

Signature of Investigating Officer _____    Date _____

**IV.    Statement**

THEY MOVE ME TO THIS ROOM ON OCTOBER THIRTY FIRST
TWO THOUSAND TWENTY TWO WHEN I CAME TO THIS ROOM
THIS GUY WILSON, BERNARD DIDN'T WANNA, WANT ME
IN THIS ROOM, THEN THEY MOVED ME TO ANOTHER ROOM
WHICH IS ROOM H1221 WITHOUT MY IDENTIFICATION, ACE
SHEET SEVERAL HOURS LATER THEY FINALLY MOVED ME
IN THIS ROOM WITH THIS GUY HE SAID HE HAD A PLANNED
FOR HIS BOYFRIEND IN ROOM FOUR DOWN STAIRS TO MOVE IN
IS ROOM, HE ALSO WANT ME TO SUCK HIS DICK ALL WEEK
I TALK TO TWO sergeant's TWO lieutenants, including a
CAPTAIN, BUT NO Body move me out of This ROOM AND Today
after Breakfast at became Physical I HAD TO fight For
MY AES AND MY LIFE This Guy Tried to fuck me and
also Touch MY NIPPLE I ASK TO speak TO a captain
All DAY No one show

Witness Signature *_____*    Date *11.04.22*

Signature of Investigating Officer *James Obin*    Date *11.4.22*

DC6-112C (Revised 8/06)                    Original: Inmate File                    Copy: Central Office

**Florida Department of Corrections**



### Acknowledgement of Receipt of Orientation on
### The Prison Rape Elimination Act (PREA) of 2003

Facility:    __Jackson Correctional Institution__

For the Record:

My signature below certifies that in addition to a general comprehensive orientation, I have received orientation from staff members of the Florida Department of Corrections specific to the PREA. I have been provided information orally and in writing, including:

- An explanation of the PREA;
- The Department of Corrections' zero-tolerance policy on sexual abuse/assault;
- Avoiding/Preventing sexual abuse/assault;
- An explanation of appropriate methods of intervention;
- An explanation of appropriate methods of self-protection;
- Information on reporting sexual abuse/assault; and
- Instructions on the process to request treatment and counseling.

I understand it is my responsibility to stay abreast of any changes or updates concerning the PREA and/or the Department of Corrections' policies pertaining to the PREA.

I understand that if I have any questions, it is my responsibility to seek an appointment with a Department of Corrections staff member in an effort to resolve any misunderstanding(s).

Inmate's Primary Language: __English__

On _____ FDC staff _____ or language line staff _____ provided the
    <sub>Date</sub>         <sub>Name & Title</sub>            <sub>Translator #</sub>
inmate with the above listed PREA information in the inmate's primary language.

☐    Accommodations for impairments two or above were taken

Notation entered in CDC by: _____
                              <sub>Name & Title</sub>

Date: __10__ / __05__ / __2022__          DC #: __C9o725__
 <sub>Month</sub>    <sub>Day</sub>    <sub>Year</sub>

Inmate Name: __WEBENS Véillard__
              (Printed or typed)          (Inmate Signature)

Staff Witness: __A. Patterson, COS__          _A. Patterson, COS_
            (Printed or typed)          (Staff Signature)

DC6-134C (Revised 5/20/21)

**STATE OF FLORIDA**

**DEPARTMENT OF CORRECTIONS**

**ACKNOWLEDGEMENT OF RECEIPT OF GRIEVANCE ORIENTATION**

FOR THE RECORD:

MY SIGNATURE BELOW CERTIFIES THAT I HAVE THIS DATE ___10/05/2022___

RECEIVED AN ORIENTATION ON INMATE GRIEVANCE PROCEDURE FROM A

STAFF MEMBER OF THE DEPARTMENT OF CORRECTIONS.


___Jackson Correctional Institution___        ___C90725___        ___WEBENS VEillard___
        (LOCATION)                 (NUMBER)       (PRINTED INMATE NAME)

                                             (INMATE SIGNATURE)

**Florida Department of Corrections**



## Acknowledgement of Receipt of Orientation on
## The Prison Rape Elimination Act (PREA) of 2003

Facility: _____Jackson Correctional Institution_____

For the Record:

My signature below certifies that in addition to a general comprehensive orientation, I have received orientation from staff members of the Florida Department of Corrections specific to the PREA. I have been provided information orally and in writing, including:

- An explanation of the PREA;
- The Department of Corrections' zero-tolerance policy on sexual abuse/assault;
- Avoiding/Preventing sexual abuse/assault;
- An explanation of appropriate methods of intervention;
- An explanation of appropriate methods of self-protection;
- Information on reporting sexual abuse/assault; and
- Instructions on the process to request treatment and counseling.

I understand it is my responsibility to stay abreast of any changes or updates concerning the PREA and/or the Department of Corrections' policies pertaining to the PREA.

I understand that if I have any questions, it is my responsibility to seek an appointment with a Department of Corrections staff member in an effort to resolve any misunderstanding(s).

Inmate's Primary Language: English

On _____ FDC staff _____ or language line staff _____ provided the
　　　　Date　　　　　　　Name & Title　　　　　　　　　　　Translator #
inmate with the above listed PREA information in the inmate's primary language.

☐　　Accommodations for impairments two or above were taken

Notation entered in CDC by: _____
　　　　　　　　　　　　　　　　Name & Title

Date: 08 /10 /22　　　　　　　　　　　DC #: T24935
Month　Day　Year

Inmate Name: ___Wilson, Bernard___　　　_____
　　　　　　　　(Printed or typed)　　　　　　(Inmate Signature)

Staff Witness: A. Walker CO　　　　　　　A. Walker CO
　　　　　　　　(Printed or typed)　　　　　　(Staff Signature)

DC6-134C (Revised 5/20/21)



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT



| | | | |
|---|---|---|---|
| Classification of Incident: | Sexual Harassment (Inmate/Inm; | Case Number: | 22-17455 |
| OCIG Case Number: | | PREA Number: | 104220023 |
| Contains Protected Health Information: ☑ Yes ☐ No | | Toll Days: | |

## ALLEGATION SUMMARY:

**PREDICATE:**

On or about November 7, 2022, the Florida Department of Corrections *(FDC)*, Office of the Inspector General *(OIG)*, received information, via the Management Information Notification System *(MINS)*, which indicated Inmate Webens Veillard, DC #C90725 *(Inmate Veillard)*, made an allegation of inmate-on-inmate sexual battery against Inmate Bernard, Wilson DC #T24935 *(Inmate Wilson)*. Inmate Veillard alleged this event occurred at Jackson Correctional Institution *(Jackson CI)* in H-Dormitory, Cell H1-219, at approximately 6:30 a.m., on November 4, 2022. On November 8, 2022, the OIG initiated PREA Investigation #22-17455 and assigned it to Bureau of Internal Affairs *(BIA)* Inspector Raymond Burch *(Inspector Burch)*.

*Sexual abuse of an inmate, by another inmate, includes any of the following acts, if the victim does not consent, is coerced into such act by overt or implied threats of violence, or is unable to consent or refuse:*

☐ Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;

☐ Contact between the mouth and the penis, vulva, or anus;

☐ Penetration of the anal or genital opening of another person, however slight, by a hand, finger, object, or other instrument; and

☐ Any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation.

*Sexual harassment (Inmate/ Inmate) includes*

☑ Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate, detainee, or resident directed toward another; Refer to Management.

*Sexual abuse of an inmate, by a staff member, contractor, or volunteer includes any of the following acts, with or without consent of the inmate, detainee, or resident:*

☐ Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;

☐ Contact between the mouth and the penis, vulva, or anus;



## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT



☐  Contact between the mouth and any body part where the staff member, contractor, volunteer has the intent to abuse, arouse, or gratify sexual desire;

☐  Penetration of the anal or genital opening, however slight, by a hand, finger, object, or other instrument, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

☐  Any other intentional contact, either directly or through the clothing, of or with the genitalia, anus, groin, breast, inner thigh, or the buttocks, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

☐  Any attempt, threat, or request by a staff member, contractor, or volunteer to engage in the activities described in the above five (5) paragraphs) of this section;

☐  Any display by a staff member, contractor, or volunteer of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate, detainee, or resident, and

☐  Voyeurism by a staff member, contractor, or volunteer.
*Voyeurism by a staff member, contractor, or volunteer means an invasion of privacy of an inmate, detainee, or resident by staff for reasons unrelated to official duties, such as peering at an inmate who is using a toilet in his or her cell to perform bodily functions; requiring an inmate to expose his or her buttocks, genitals, or breasts; or taking images of all or part of an inmate's naked body or of an inmate performing bodily functions.*

*Sexual harassment (Staff/Inmate) includes—*
☐  Repeated verbal comments or gestures of a sexual nature to an inmate, detainee, or resident by a staff member, contractor, or volunteer, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures.

## INVESTIGATIVE FACTS AND FINDINGS:

Victim's Statement:

Sexual Abuse Awareness Brochure (NI1-120) Received?  ☑ Yes  ☐  No

Notice to Incarcerated Victims (DC1-832) Received?        ☐  Yes  ☑  No

Identified Witness(es) Statement: No identified witnesses.

Collection of Physical Evidence:    ☐ Yes ☑ None Available



**FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
PREA INVESTIGATIVE REPORT**



Summary and Description of Physical Evidence Collected, including any laboratory analysis:  N/A

Sexual Assault Forensic Exam performed?
        Victim:  ☐ Yes  ☑ No.  If No, why? No physical or sexual contact.
        Suspect: ☐ Yes  ☑ No.  If No, why? No physical or sexual contact.

Review of the Alleged Sexual Battery Protocol (form DC4-683M) performed?
        ☐ Yes, Attached.  ☑ No, not sexual battery allegation.

Copies of all documentary evidence attached (*to include victim's written witness statement; victim's grievance*): ☑ Yes  ☐ None Available

Document significant differences between initial report and the victim statement, if any:  None

Applicable Review of Camera/Audio/Photographs/Documentation: N/A

Subject/Suspect Statement: See Investigative Summary.

Review of prior complaints and reports of sexual abuse or sexual harassment involving the suspected perpetrator: Review of FDC and OIG departmental databases indicate Inmate Wilson has no prior complaints or reports of sexual abuse.

Review of staff actions or failures to act that contributed to substantiated sexual abuse or sexual harassment, if any: None

Sexual Battery Victim Review form DC1-856 attached?
        ☐ Yes.  ☑ No, not sexual battery allegation.

Victim Comments (if any):  N/A

---

Victim's Review/Notification of Finding Given:
*(Not additionally required if SBVR, DC1-856 has been completed.)*

☑ Yes       ☐ No       Date:  2/3/2023

Method:  Inmate Mail

If no, why?

---

**VIOLATION(S):** (*Statute, Rule or Policy*)

**F.S.S. 794.011(4)(b)** Sexual Battery A person 18 years of age or older who commits sexual battery upon a person 18 years of age or older without that person's consent.



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**PREA INVESTIGATIVE REPORT**



**CONCLUSIONS:**

Based upon the complainant / victims *(Inmate Veillard)* own written and sworn statements, no sexual battery took place. MINS Incident Report #1151168 incorrectly indicated the incident as Sexual Battery, when in fact as the investigation determined was an attempted battery. Therefore, the allegation against Inmate Steven Hudson for attempted Sexual Battery, **in violation of F.S.S. 794.011(4)(b),** was unfounded.

**INVESTIGATIVE SUMMARY:**

On November 16, 2022, Inspector Burch conducted a review of the MINS and Corrections Data Center *(CDC),* which revealed Inmate Veillard was a Mental Health Grade S-1, close custody inmate with a life sentence. Inmate Wilson was a Mental Health Grade S-2, close custody inmate with a life sentence. On the date of the alleged incident Inmate Veillard was housed in H1-219U and Inmate Wilson was housed in H1-219L.

No video records were reviewed in this case. The alleged interactions and incident occurred inside cell H1-219. No fixed wing video angles view into H1-219.

On November 16, 2022, Inspector Burch reviewed related documents which revealed the following:

Correctional Officer Captain James Obert *(Captain Obert)* completed Incident Report #104-22-11-39. dated November 4, 2022, which reported the PREA allegation made by Inmate Veillard. Inmate Veillard alleged his cellmate in H1-219, Inmate Wilson, touched Inmate Veillard's nipples and tried to force him to have sex which resulted in a physical altercation between the two. No sex occurred between the two inmates.

Inmate Veillard completed a DC6-112C *(Witness Statement)* which was attached to Incident Report #104-22-11-39. Inmate Veillard received a NI1-120 Sexual Abuse Awareness Brochure. Inmate Veillard was examined by on duty medical staff. Examination documents are attached to the Incident Report #104-22-11-39.

Inmate Wilson was interviewed by Captain Obert, during which Inmate Wilson indicated Inmate Veillard stated he was going to do whatever it took to get out of the cell.

Inmate Wilson was examined by on duty medical staff. Examination documents are attached to Incident Report #104-22-11-39.

Captain Obert contacted the FDC Emergency Action Center *(EAC)* and obtained PREA #104220023 based on Inmate Veillard's allegation.

Inmate Veillard completed a DC6-112C *(Witness Statement)* dated November 4, 2022, which indicated the following:

Inmate Veillard was moved to cell H1-219 with Inmate Wilson on October 31, 2022. Inmate Wilson expressed to Inmate Veillard, he wanted him to "suck his dick." Inmate Veillard talked to multiple staff seeking to get moved from the cell away from Inmate Wilson. On November 4, 2022, after breakfast "it became physical, I had to fight for my ass and my life. This guy tried to fuck me and also touch my nipple."



**FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
PREA INVESTIGATIVE REPORT**



Inmate Veillard completed and submitted an Informal Grievance #104-2211-0137, dated November 10, 2022, in which Inmate Veillard wrote, upon being moved to his assigned cell H2-219 on October 31, 2022, his cellmate *(Inmate Wilson)* told him he wanted his dick to be sucked. Inmate Veillard wrote of his religious beliefs regarding homosexual acts. On November 4, 2022, Inmate Wilson "tried to touch" Inmate Veillard's nipples and a fight between the two ensued.

On November 4, 2022, at Jackson CI, Licensed Practical Nurse Felicia Register *(LPN Register)* completed an Emergency Room Record and Diagram of Injury *(DC4-708)* on Inmate Veillard. LPN Register documented injuries as follows:

Abrasions on Inmate Veillard's left knee and left cheek. Bruising and redness on Inmate Veillard's left shoulder. Small laceration on Inmate Veillard's lower lip.

On November 4, 2022, LPN Register completed an Emergency Room Record and Diagram of Injury *(DC4-708)* on Inmate Wilson during which she documented no complaints of injury, and no injuries noted.

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Veillard who indicated the following:

Upon being assigned to cell H1-219 with Inmate Wilson, Inmate Veillard was told by Inmate Wilson that he "liked having his dick sucked." Inmate Veillard made it known he did not do such things and brushed off Inmate Wilson's advances for oral sex. After repeated refusals by Inmate Veillard to perform oral sex on Inmate Wilson, Inmate Wilson said to Inmate Veillard, "You gonna make a nigga rape you."

Inmate Veillard expressed to several unidentified housing staff his desire to be moved due to the demands for sex from Inmate Wilson. Inmate Veillard alleged staff ignored his requests.

On November 4, 2022, while Inmate Veillard was laying in his upper bunk, Inmate Wilson reached over and attempted to touch Inmate Veillard's nipples. Inmate Veillard quickly brushed Inmate Wilson's hand away, and said, "Don't touch me," and a fight between the two inmates ensued.

*Note: Inmate Veillard stated Inmate Wilson did not actually touch his nipples. This is consistent with his grievance complaint.*

Inmate Veillard reported the altercation and again pleaded with unidentified staff to be separated from Inmate Wilson. Upon being taken out for showers on November 4, 2022, Inmate Veillard refused to be placed back in cell H1-219 with Inmate Wilson. Inmate Veillard was then placed in cell H2-201U.

Inmate Veillard could not provide any possible witnesses to the alleged demands for sexual favors or attempted battery by Inmate Wilson.

*Note: Inmate Veillard indicated there was no sexual battery, penetration, or exchange of bodily fluids. The allegations made by Inmate Veillard were determined to be inmate-on-inmate sexual harassment.*

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Wilson who indicated the following:



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**PREA INVESTIGATIVE REPORT**



Inmate Wilson initially refused to accept Inmate Veillard as a new cellmate on October 31, 2022, declaring incompatibility with Inmate Veillard. Inmate Veillard was placed in H1-219U on October 31, 2022. Both Inmate Veillard and Inmate Wilson sought to be separated by asking unidentified housing staff to move them.

On November 4, 2022, sometime between 7:00 a.m. and 9:00 a.m., Inmate Wilson was standing at the urinal urinating. Inmate Veillard, without warning, brushed past Inmate Wilson to place a grievance through the door. Inmate Wilson exchanged words with Inmate Veillard and a physical fight between the two ensued. The fight concluded without staff response or awareness. Inmate Veillard informed an unidentified staff member of the fight between Inmate Veillard and Inmate Wilson and requested he be moved to a different cell.

Later during shower period on November 4, 2022, Inmate Veillard was taken out for showers. Inmate Veillard refused to be returned to H1-219 with Inmate Wilson and made a PREA allegation.

When asked about Inmate Veillard's specific allegations, Inmate Wilson denied he ever solicited oral sex from Inmate Veillard or expressed interest or desire to engage in homosexual behavior with Inmate Veillard. Inmate Wilson also denied he touched or attempted to touch Inmate Veillard's nipples, or ever touched him in any sexual or inappropriate manner.

As a result of the fight with Inmate Veillard, Inmate Wilson claimed he incurred bruising to his head and reported it during a medical examination later that evening on November 4, 2022.

## INVESTIGATIVE DISPOSITION:

| | |
|---|---|
| ☐ Closed By Arrest | ☐ Exceptionally Cleared |
| ☐ Exonerated | ☐ Suspended |
| ☐ Sustained | ☐ Not Sustained |
| ☑ Unfounded | |

## PREA FINDING:

☑ Unfounded    ☐ Substantiated    ☐ Unsubstantiated

I, Raymond Burch, do hereby swear or affirm, under penalty of perjury:

That I have read the foregoing document and, to the best of my knowledge, information, and belief, the facts stated therein are true and accurate.

That, to the best of my personal knowledge, information, and belief, I have not knowingly or willfully deprived, or allowed another to deprive, the subject of the investigation of any of the rights contained in § 112.532 and 112.533, Florida Statutes; and



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT



That the investigation was conducted in compliance with the Quality Standards for Investigations found within the Principles and Standards for Offices of Inspector General.

Reporting Inspector: | Raymond Burch |  Date: | 2/3/2023 |

TB104-JACKSON
5563 10th St.  Ma_____, FL 32445
8505695260  Fax: 8505601013

November 4, 2022
Page 1
Diagram of Injury

WEBENS VEILLARD
C90725
Race/Sex: Black or African American / Male
DOB:
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence 11.4.22       Time of occurrence UNKNOWN (APPX 0630)
Date injury assessed by medical 11.4.22    Time injury assessed by medical 920

☐ No injury identified

Description of injury: Lt. Knee abrasion. Rt cheek, Abrasion. Lt.
Shoulder bruise (red. Skin intact, Lip - Small
lac. (open) lower lip

Staff Signature _____

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB104-JACKSO
5563 10th St. Marine, FL 32445
8505695260 Fax: 8505601013

November 4, 2022
Page 4
FL Nurse Visits

**WEBENS VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB:
Facility: 104-JACKSON C

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate ( )Employee ( )Visitor ( )Post-Use-of-Force Exam ( )Injury ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual
inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical
unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury.
If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it
on the next working day.

Time of occurrence: 0830
Time of exam: 1924
Description of occurrence: Inmate on inmate physical altercation

**Post Use of Chemical Agent Instructions:**
Shower without soap? N/A
( )N/A ( )Yes ( )Refused
N/A
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool
water to eyes 5-10 minutes

Temp: 98.4F
Pulse: 89
Resp: 20
BP: 130/ 98
O2 sat: 98%
Weight (lbs): 153

Arrived via: Ambulatory
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
Other: N/A

Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation)
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other
(requires description in examination summary) ( )C/O pain?
If C/O pain checked, please indicate where: N/A

Examination summary: Alert and oriented x 4. No c/o pain or discomfort. No s/s of distress. Pt has
minor lacerations and abrasion on various areas of body. See DC4-708 for detailed description.

Physician notified? No
( )No ( )Yes
Name: N/A
Time: N/A





TB104-JACKSON
5563 10th St.  Malone, FL 32445
8505695260 Fax: 8505601013

BERNARD D WILSON
T74935
Race/Sex: Black or African American / Male
DOB
104-JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence 11.4.22                 Time of occurrence UNKNOWN
Date injury assessed by medical 11.4.22    Time injury assessed by medical 2100

☒ No injury identified

Description of injury:

_____

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB104-JACKSON
5563 10th St.  Malone, FL 32445
8505695260 Fax: 8505601013

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: <u>Inmate, Physical Altercation</u>
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: <u>unkown</u>
Time of exam: <u>2000</u>
Description of occurrence:  <u>alleged physical altercation with another inmate</u>

**Post Use of Chemical Agent Instructions:**
Shower without soap? <u>N/A</u>
( )N/A  ( )Yes  ( )Refused
<u>N/A</u>
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes

Temp: <u>98.4</u>F
Pulse: <u>80</u>
Resp: <u>18</u>
BP: <u>139/ 96</u>
O2 sat: <u>99</u>%
Weight (lbs): <u>208</u>

Arrived via: <u>Ambulatory</u>
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
Other: <u>N/A</u>

Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation),</u>
<u>Responding to questions verbally</u>
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
If C/O pain checked, please indicate where: <u>N/A</u>

Examination summary: <u>No injury voiced or visualized</u>

Physician notified? <u>No</u>
( )No  ( )Yes
Name: <u>N/A</u>
Time: <u>N/A</u>

Treatment provided? <u>No</u>

TB104-JACKSON
5563 10th St. Marianna, FL 32445
8505695260 Fax: 8505601013

*November 4, 2022*
*Page 3*
*FL Nurse Visits*

**BERNARD D WILSON**
DC#: T24935
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 104-JACKSON CI

( )No ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment** N/A

**Disposition:** Confinement
( )Population(dorm) ( )Confinement ( )Infirmary ( )Hospital ER ( )IMR ( )Other
**if Other, please explain:** N/A

**Discharge Instructions and Education:** Follow up with medical as needed

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

```
DC61 0 T24935                                    T104BRY 03/23/2023 15:55:28
    IISB170                    INMATE THREAT/PROTECTION              PAGE 001

DOC NO: A T24935    NAME: WILSON, BERNARD D.           STATUS: ACTIVE
                          CUR.LOC.: JACKSON C.I.        REL.DT: 99/98/9999
                    **** PROTECT FROM FOLLOWING OFFENDERS ****        USER
     DOC NO.     NAME              CURRENT LOC    BED   REASON TO PROTECT  ID
  _  B01499 *JONES, RAYNARD        CHARLOTTE C.I. F3101U 05 PROTECT VICTIM I510TQE
  _  F90430 *ALAHAD, ZAVION        SUWANNEE C.I.  E11061 05 PROTECT VICTIM I510GB1
  _  J57920 *CLEUS, SADRACK        WAKULLA C.I.   G1105U 04 THREATS       I120RLB
  _  L90840 *CLARKE, ANTHONY       SANTA ROSA C.I. C3113L 05 PROTECT VICTIM I106WDJ
  _  M30427 *CONSTANT, KEVIN       MARTIN C.I.    F2108L 05 PROTECT VICTIM I510GB1
  _  W48639 *SMITH, RIAN A.        UNION C.I.     V2103L 05 PROTECT VICTIM I510GB1

                    *** THREAT TO FOLLOWING OFFENDERS ***             USER
     DOC NO.     NAME              CURRENT LOC    BED   REASON FOR THREAT  ID
     C03230 SMITH, JAFAR R.        GRACEVILLE C.F. D4105L 05 PROTECT VICTIM I223TW1
     J45192 MOTT, RUFUS C.         TAYLOR C.I.    H3210L 04 THREATS       I113ABN
     K77423 ELEBY, SYLVESTER JR    CFRC-EAST      C2118L 05 PROTECT VICTIM I120RLB
     P70590 CALIX, ANGEL           HAMILTON ANNEX F2120L 04 THREATS       I211ROW
     Q21814 ANDERSON, RAYMOND A.   INACTIVE              05 PROTECT VICTIM I115ZQA
            PF4 FOR ENTRY DATE

                                              ENTER T FOR COMMENTS
```

Florida Department of Corrections

**PREA VICTIM HOUSING PREFERENCE**

Inmate Name: _Veillard, Webens_

DC#: _C90785_

Facility: _Jackson CI_

Date: _11-4-22_

PREA #: _PRX-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_

Inmate:

Based on a PREA allegation made by you, or by another party on your behalf, the Officer in Charge discussed housing options with you. Your preference is noted below and will be considered.

ICT will complete a review of your placement related to the PREA allegation and make a determination on whether or not you will remain placed in or will be released from administrative confinement pending the outcome of an investigation by the Office of the Inspector General.

Your failure to indicate one of the three options below and/or to sign this form will result in your segregation/continued segregation in administrative confinement pending the outcome of the investigation.

The completion of this form is to address your placement in confinement as it relates to PREA. Should you also be on an AC/DC/CM/PM placement the options below only address your confinement as a victim of a PREA related incident. Removal from the PREA Confinement status does not affect your placement of AC/DC/CM/PM status.

**Officer In Charge (OIC) Review**

**Select one of the following:**

☐ I do not need to remain in administrative confinement based on the PREA allegation pending the outcome of the OIG investigation and I request to be released to the general inmate population.

☐ I believe a threat to my safety exists based on the PREA allegation and I request to remain in administrative confinement pending the outcome of the OIG investigation.

☐ I believe there is not a threat to my safety based on the PREA allegation and would like to remain in open population pending the outcome of the OIG investigation.

X _____        _11-04-22_
Inmate Signature                                    Date

_____        _11-4-22_
Officer in Charge Signature                     Date

DC6-2084 (Revised 5/20/21)

IRNO105

MISCELLANEOUS LOG REPORT

JACKSON C.I.

02/15/2023   15:00

PAGE    1

INMATE NAME:  VEILLARD, WEBENS          DC#: C90725    PREV LOC/HOUS/JOB:    /    /    HOUS: H3114U    P.O. BOX:

*SECTION I:   MISCELLANEOUS LOG

TYPE: Z0101 = PREA RETALIATION REVIEW

DATE: 12/02/2022   TIME: 09:42

DISP: Z21 = 1ST PREA RETALIATION REVIEW

STAFF: ███ - CURLIN, STACY D

ON DECEMBER 2ND, 2022 MS. CURLIN, CLO INTERVIEWED I/M VEILLARD,WEBENS DC# C09725 DURING THIS INTERVIEW HE STATED THAT ON NOVEMBER 4TH, 2022 WHILE HE WAS HOUSE IN H CONFINMENT HIS CELLMATE TRIED TO PRESSURE HIM INTO PERFORMING ORAL SEX HE SAID HE STATED "NO" AND WHEN HE TURNED AROUND HE CLAIMS THAT HIS CELLMATE TRIED TO TOUCH HIS NIPPLE AND WHEN HE PUSHED HIS HAND AWAY THEY BEGAN TO FIGHT. HE ALSO STATED THAT WHEN HE TOLD SECURITY HE CLAIMS SECURITY SAID "ONLY TWO FIGHTS, YOU NEED TO FIGHT MORE!". PERSONAL CHARACTERISTICS WERE CHECKED PRIOR TO THE INTERVIEW AND ENGLISH IS THE INMATES PRIMARY LANGUAGE. IMPAIRMENT LEVELS WERE CHECKED AND INMATE DOES NOT HAVE A HEARING OR OTHER IMPAIRMENT THAT WOULD AFFECT THE INTERVIEW. A CHECK OF CDC INDICATED THAT I/M VEILLARD HAD NOT RECEIVED ANY DISCIPLINARY REPORTS, THERE WERE NOT ANY HOUSING CHANGES, PROGRAM CHANGES, JOB CHANGES OR CUSTODY LEVEL CHANGES AND THERE WERE NOT ANY NEGATIVE GAIN-TIME RATINGS THAT WERE NOT CONNECTED TO THE PREA ALLEGATIONS.

TYPE: Z0101 = PREA RETALIATION REVIEW

DATE: 01/03/2023   TIME: 13:40

DISP: Z22 = 2ND PREA RETALIATION REVIEW

STAFF: ███ - CURLIN, STACY D

ON JAN 3, 2023 MS. CURLIN, CLO INTERVIEWED I/M VEILLARD, WEBENS DC# C09725 WHO STATED HE HAD NOT EXPERIENCED ANY TYPE OF RETALIATION AFTER REPORTING PREA ALLEGATIONS. PERSONAL CHARACTERISTICS WERE CHECKED PRIOR TO THE INTERVIEW AND ENGLISH IS THE INMATE PRIMARY LANGUAGE. IMPAIRMENT LEVELS WERE CHECKED AND INMATE DOES NOT HAVE A HEARING OR OTHER IMPAIRMENT THAT WOULD AFFECT THE INTERVIEW. A CHECK OF CDC INDICATED THAT I/M VEILLARD HAD NOT RECEIVED ANY DISCIPLINARY REPORTS, THERE WERE NOT ANY HOUSING CHANGES, PROGRAM CHANGES, JOB CHANGES OR CUSTODY LEVEL CHANGES AND THERE WERE NOT ANY NEGATIVE GAIN-TIME RATINGS THAT WERE NOT CONNECTED TO THE PREA ALLEGATIONS.

TYPE: Z0101 = PREA RETALIATION REVIEW

DATE: 02/02/2023   TIME: 13:50

DISP: Z23 = COMPLETED PREA RETALIATION REV

STAFF: ███ - CURLIN, STACY D

ON FEB 2, 2023 MS. CURLIN, CLO INTERVIEWED I/M VEILLARD, WEBENS DC# C90725 WHO STATED HE HAD NOT EXPERIENCED ANY TYPE OF RETALIATION AFTER REPORTING PREA ALLEGATIONS. PERSONAL CHARACTERISTICS WERE CHECKED PRIOR TO THE INTERVIEW AND ENGLISH IS THE INMATE PRIMARY LANGUAGE. IMPAIRMENT LEVELS WERE CHECKED AND INMATE DOES NOT HAVE A HEARING OR OTHER IMPAIRMENT THAT WOULD AFFECT THE INTERVIEW. A CHECK OF CDC INDICATED THAT I/M VEILLARD HAD NOT RECEIVED ANY DISCIPLINARY REPORTS, THERE WERE NOT ANY HOUSING CHANGES, PROGRAM CHANGES, JOB CHANGES OR CUSTODY LEVEL CHANGES AND THERE WERE NOT ANY NEGATIVE GAIN-TIME RATINGS THAT WERE NOT CONNECTED TO THE PREA ALLEGATIONS.