Exhibit I

## FLORIDA DEPARTMENT OF CORRECTIONS

### Case Master Report  22-17455

Date Initiated  11/08/2022

| Warning |
|---|
| **Contains entities exempt from disclosure** |

| Primary Information | |
|---|---|
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **ADMINISTRATIVE** |
| DIVISION: | **ADMIN NORTH** |
| DISTRICT: | **ADMIN REGION 1** |
| FIELD OFFICE: | **ADMIN FIELD OFFICE 1** |
| Lead LEO: | **BURCH, RAYMOND EUGENE ███ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Backup LEO: | **MICHELLE WHITE, KRISTINA (███ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Type Of Case: | **PREA** |
| Case Sub Type: | **17B - SEXUAL BATTERY (INMATE)** |
| Case Description: | **PREA / MINS 1151168 / 104 JACKSON CI / 17B - SEXUAL BATTERY (INMATE)** |
| Case Priority: | **PREA – 90 DAYS** |

| Authorized Operators |
|---|
| <u>Name</u> |
| **RUDOLPH, CAROLYN ANN (60891 / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Case Status | |
|---|---|
| Case Status: | **CLOSED** |
| Case Status Date: | **02/09/2023** |
| Disposition Code: | **C-UNFOUNDED** |
| Disposition Date: | **02/09/2023** |
| Dissemination: | **SYSTEM WIDE** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

# FLORIDA DEPARTMENT OF CORRECTIONS

## CASE OPENING REPORT  22-17455

Report Date:  11/08/2022

| Warning |
| --- |
| Contains entities exempt from disclosure |

| Primary Information | |
| --- | --- |
| Description: | **PREDICATE AND CASE PLAN** |
| Occurrence From: | **11/04/2022 06:30** |
| Occurrence To: | **11/04/2022 06:30** |
| Reporting LEO: | **BURCH, RAYMOND ███████ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **12/01/2022** |
| Approved By: | **HARRIS, STACY LYNN (███████ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Agency Reference Numbers | |
| --- | --- |
| Agency | Case/File Number |
| **PREA - FL DOC** | **104220023** |

| Addresses | |
| --- | --- |
| Relationship | Address |
| **LOCATION OF INCIDENT (INSTITUTION/OFFICE)** | **5563 10TH ST #104 JACKSON CI, MALONE, FLORIDA 32445 UNITED STATES** |

| Subjects | | | |
| --- | --- | --- | --- |
| Relationship | Name | Bio | DOB |
| **VICTIM** | **VEILLARD, WEBENS (INMATE/PROBATIONER)** | **40 yr. old, BLACK, MALE** | ████ |
| **SUSPECT** | **WILSON, BERNARD D (INMATE/PROBATIONER)** | **40 yr. old, BLACK, MALE** | ████ |
| **REPORTING PARTY - EXEMPT** | **OBERT, JAMES C (DC SWORN)** | **56 yr. old, WHITE, MALE** | ████ |

| Telephones / E-Addresses | |
| --- | --- |
| Relationship | Number/E-Address |
| **SUBSCRIBER** | **(850) 569-5260 (BUSINESS & HOME)** |

| |
| --- |
| Narrative begins on the following page. |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**CASE OPENING REPORT**

**PREDICATE:**

On or about November 7, 2022, the Florida Department of Corrections *(FDC)*, Office of the Inspector General *(OIG),* received Management Information Notification System *(MINS)* report #1151168, which indicated Inmate Webens Veillard, DC #C90725 *(Inmate Veillar*d), made an allegation of inmate-on-inmate sexual battery against Inmate Bernard, Wilson DC #T24935 *(Inmate Wilson).* Inmate Veillard alleged this event occurred at Jackson Correctional Institution *(Jackson CI)* in H-Dormitory, Cell H1-219, at approximately 6:30a.m., on November 4, 2022. Prison Rape Elimination Act *(PREA)* #104220023 was issued based on Inmate Veillard's allegation.

On November 8, 2022, the OIG initiated PREA Investigation #22-17455 and assigned it to Bureau of Internal Affairs *(BIA)* Inspector Raymond Burch *(Inspector Burch)*.

**CASE PLAN:**

- Obtain and review all related incident reports, documents, and digital images.

- Interview Complainant / Victim: Inmate Webens Veillard, DC #C90725.

- Interview Witnesses developed during course of Investigation.

- Interview Subject: Inmate Bernard Wilson, DC #T24935.

- Complete Case Summary Report with findings.

- Provide notification to complainant upon case disposition.

## FLORIDA DEPARTMENT OF CORRECTIONS

### INVESTIGATIVE ACTIVITY REPORT  22-17455/1

Report Date:  12/02/2022

| Warning |
| --- |
| Contains entities exempt from disclosure |

| Primary Information | |
| --- | --- |
| Description: | **INVESTIGATIVE ACTIVITY AND FINDINGS - PHI** |
| Reporting LEO: | **BURCH, RAYMOND ( ███ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **01/25/2023** |
| Approved By: | **HARRIS, STACY LYNN ( ███ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Addresses | |
| --- | --- |
| Relationship | Address |
| LOCATION OF INCIDENT (INSTITUTION/OFFICE) | 5563 10TH ST #104 JACKSON CI, MALONE, FLORIDA 32445 UNITED STATES |

| Subjects | | | |
| --- | --- | --- | --- |
| Relationship | Name | Bio | DOB |
| VICTIM | VEILLARD, WEBENS (INMATE/PROBATIONER) | 40 yr. old, BLACK, MALE | ███ |
| SUSPECT | WILSON, BERNARD D (INMATE/PROBATIONER) | 40 yr. old, BLACK, MALE | ███ |
| NURSE | REGISTER, FELICIA (NURSE) | BLACK, FEMALE | --- |
| REPORTING PARTY - EXEMPT | OBERT, JAMES C (DC SWORN) | 56 yr. old, WHITE, MALE | ███ |

| Telephones / E-Addresses | |
| --- | --- |
| Relationship | Number/E-Address |
| SUBSCRIBER | (850) 569-5260 (BUSINESS & HOME) |

| Narrative begins on the following page. |
| --- |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ACTIVITY REPORT**

**PREDICATE**

On or about November 7, 2022, the Florida Department of Corrections *(FDC)*, Office of the Inspector General *(OIG),* received information, via the Management Information Notification System *(MINS)*, which indicated Inmate Webens Veillard, DC #C90725 *(Inmate Veillar*d), made an allegation of inmate-on-inmate sexual battery against Inmate Bernard, Wilson DC #T24935 *(Inmate Wilson).* Inmate Veillard alleged this event occurred at Jackson Correctional Institution *(Jackson CI)* in H-Dormitory, Cell H1-219, at approximately 6:30 a.m., on November 4, 2022. On November 8, 2022, the OIG initiated PREA Investigation #22-17455 and assigned it to Bureau of Internal Affairs *(BIA)* Inspector Raymond Burch *(Inspector Burch).*

**SUMMARY OF INVESTIGATIVE ACTIVITY**

On November 16, 2022, Inspector Burch conducted a review of the MINS and Corrections Data Center *(CDC),* which revealed Inmate Veillard was a Mental Health Grade S-1, close custody inmate with a life sentence. Inmate Wilson was a ████████ ████████████████████ close custody inmate with a life sentence. On the date of the alleged incident Inmate Veillard was housed in H1-219U and Inmate Wilson was housed in H1-219L.

**REVIEW OF RELATED VIDEO RECODS**

No video records were reviewed in this case. The alleged interactions and incident occurred inside cell H1-219. No fixed wing video angles view into H1-219.

**REVIEW OF RELATED INCIDENT REPORTS AND DOCUMENTS**

On November 16, 2022, Inspector Burch reviewed related documents which revealed the following:

Correctional Officer Captain James Obert *(Captain Obert)* completed Incident Report #104-22-11-39. dated November 4, 2022, which reported the PREA allegation made by Inmate Veillard. Inmate Veillard alleged his cellmate in H1-219, Inmate Wilson, touched Inmate Veillard's nipples and tried to force him to have sex which resulted in a physical altercation between the two. No sex occurred between the two inmates.

Inmate Veillard completed a DC6-112C *(Witness Statement)* which was attached to Incident Report #104-22-11-39. Inmate Veillard received a NI1-120 Sexual Abuse Awareness Brochure. Inmate Veillard was examined by on duty medical staff. Examination documents are attached to the Incident Report #104-22-11-39.

Inmate Wilson was interviewed by Captain Obert, during which Inmate Wilson indicated Inmate Veillard stated he was going to do whatever it took to get out of the cell.

Inmate Wilson was ██████████████████████████████████████ are attached to Incident Report #104-22-11-39.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ACTIVITY REPORT**

Captain Obert contacted the FDC Emergency Action Center *(EAC)* and obtained PREA #104220023 based on Inmate Veillard's allegation.

Inmate Veillard completed a DC6-112C *(Witness Statement)* dated November 4, 2022, which indicated the following:

Inmate Veillard was moved to cell H1-219 with Inmate Wilson on October 31, 2022. Inmate Wilson expressed to Inmate Veillard, he wanted him to "suck his dick." Inmate Veillard talked to multiple staff seeking to get moved from the cell away from Inmate Wilson. On November 4, 2022, after breakfast "it became physical, I had to fight for my ass and my life. This guy tried to fuck me and also touch my nipple."

Inmate Veillard completed and submitted an Informal Grievance #104-2211-0137, dated November 10, 2022, in which Inmate Veillard wrote, upon being moved to his assigned cell H2-219 on October 31, 2022, his cellmate *(Inmate Wilson)* told him he wanted his dick to be sucked. Inmate Veillard wrote of his religious beliefs regarding homosexual acts. On November 4, 2022, Inmate Wilson "tried to touch" Inmate Veillard's nipples and a fight between the two ensued.

**MEDICAL RECORDS REVIEW**

On November 4, 2022, at Jackson CI, Licensed Practical Nurse Felicia Register *(LPN Register)* completed an Emergency Room Record and Diagram of Injury *(DC4-708)* on Inmate Veillard. LPN Register documented injuries as follows:

Abrasions on Inmate Veillard's left knee and left cheek. Bruising and redness on Inmate Veillard's left shoulder. Small laceration on Inmate Veillard's lower lip.

On November 4, 2022, ███████████████████████████████████████
████████████████████████ Inmate Wilson during which she documented █
████████████████████████

**COMPLAINANT / VICTIM INTERVIEW WITH INMATE VEILLARD**

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Veillard who indicated the following:

Upon being assigned to cell H1-219 with Inmate Wilson, Inmate Veillard was told by Inmate Wilson that he "liked having his dick sucked." Inmate Veillard made it known he did not do such things and brushed off Inmate Wilson's advances for oral sex. After repeated refusals by Inmate Veillard to perform oral sex on Inmate Wilson, Inmate Wilson said to Inmate Veillard, "You gonna make a nigga rape you."

Inmate Veillard expressed to several unidentified housing staff his desire to be moved due to the demands for sex from Inmate Wilson. Inmate Veillard alleged staff ignored his requests.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ACTIVITY REPORT**

On November 4, 2022, while Inmate Veillard was laying in his upper bunk, Inmate Wilson reached over and attempted to touch Inmate Veillard's nipples. Inmate Veillard quickly brushed Inmate Wilson's hand away, and said, "Don't touch me," and a fight between the two inmates ensued.

*Note: Inmate Veillard stated Inmate Wilson did not actually touch his nipples. This is consistent with his grievance complaint.*

Inmate Veillard reported the altercation and again pleaded with unidentified staff to be separated from Inmate Wilson. Upon being taken out for showers on November 4, 2022, Inmate Veillard refused to be placed back in cell H1-219 with Inmate Wilson. Inmate Veillard was then placed in cell H2-201U.

Inmate Veillard could not provide any possible witnesses to the alleged demands for sexual favors or attempted battery by Inmate Wilson.

*Note: Inmate Veillard indicated there was no sexual battery, penetration, or exchange of bodily fluids. The allegations made by Inmate Veillard were determined to be inmate-on-inmate sexual harassment.*

**SUBJECT INTERVIEW WITH INMATE WILSON**

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Wilson who indicated the following:

Inmate Wilson initially refused to accept Inmate Veillard as a new cellmate on October 31, 2022, declaring incompatibility with Inmate Veillard. Inmate Veillard was placed in H1-219U on October 31, 2022. Both Inmate Veillard and Inmate Wilson sought to be separated by asking unidentified housing staff to move them.

On November 4, 2022, sometime between 7:00 a.m. and 9:00 a.m., Inmate Wilson was standing at the urinal urinating. Inmate Veillard, without warning, brushed past Inmate Wilson to place a grievance through the door. Inmate Wilson exchanged words with Inmate Veillard and a physical fight between the two ensued. The fight concluded without staff response or awareness. Inmate Veillard informed an unidentified staff member of the fight between Inmate Veillard and Inmate Wilson and requested he be moved to a different cell.

Later during shower period on November 4, 2022, Inmate Veillard was taken out for showers. Inmate Veillard refused to be returned to H1-219 with Inmate Wilson and made a PREA allegation.

When asked about Inmate Veillard's specific allegations, Inmate Wilson denied he ever solicited oral sex from Inmate Veillard or expressed interest or desire to engage in homosexual behavior with Inmate Veillard. Inmate Wilson also denied he touched or attempted to touch Inmate Veillard's nipples, or ever touched him in any sexual or inappropriate manner.




FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ACTIVITY REPORT**

As a result of the fight with Inmate Veillard, Inmate Wilson claimed he ███████ ████████████████ and reported it ████████████████████ later that evening on November 4, 2022.

# FLORIDA DEPARTMENT OF CORRECTIONS

## PREA REPORT  22-17455/2

Report Date:  01/31/2023

| Warning |
|---|
| Contains entities exempt from disclosure |

| Primary Information | |
|---|---|
| Description: | **FINDINGS AND CONCLUSIONS** |
| Occurrence From: | **11/04/2022 07:00** |
| Occurrence To: | **11/04/2022 07:00** |
| Reporting LEO: | **BURCH, RAYMOND ▉ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **02/09/2023** |
| Approved By: | **HARRIS, STACY LYNN (▉ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Addresses | |
|---|---|
| Relationship | Address |
| LOCATION OF INCIDENT (INSTITUTION/OFFICE) | 5563 10TH ST #104 JACKSON CI, MALONE, FLORIDA 32445 UNITED STATES |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| VICTIM | VEILLARD, WEBENS (INMATE/PROBATIONER) | 40 yr. old, BLACK, MALE | ▉ |
| SUSPECT | WILSON, BERNARD D (INMATE/PROBATIONER) | 40 yr. old, BLACK, MALE | ▉ |
| NURSE | REGISTER, FELICIA (NURSE) | BLACK, FEMALE | --- |
| REPORTING PARTY - EXEMPT | OBERT, JAMES C (DC SWORN) | 56 yr. old, WHITE, MALE | ▉ |

| Telephones / E-Addresses | |
|---|---|
| Relationship | Number/E-Address |
| SUBSCRIBER | (850) 569-5260 (BUSINESS & HOME) |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

| | | | |
|---|---|---|---|
| Classification of Incident: | Sexual Harassment (Inmate/Inm| Case Number: | 22-17455 |
| OCIG Case Number: | | PREA Number: | 104220023 |
| Contains Protected Health Information: | ☑ Yes ☐ No | Toll Days: | |

## ALLEGATION SUMMARY:

**PREDICATE**:

On or about November 7, 2022, the Florida Department of Corrections *(FDC)*, Office of the Inspector General *(OIG)*, received information, via the Management Information Notification System *(MINS)*, which indicated Inmate Webens Veillard, DC #C90725 *(Inmate Veillar*d), made an allegation of inmate-on-inmate sexual battery against Inmate Bernard, Wilson DC #T24935 *(Inmate Wilson)*. Inmate Veillard alleged this event occurred at Jackson Correctional Institution *(Jackson CI)* in H-Dormitory, Cell H1-219, at approximately 6:30 a.m., on November 4, 2022. On November 8, 2022, the OIG initiated PREA Investigation #22-17455 and assigned it to Bureau of Internal Affairs *(BIA)* Inspector Raymond Burch *(Inspector Burch)*.

*Sexual abuse of an inmate, by another inmate, includes any of the following acts, if the victim does not consent, is coerced into such act by overt or implied threats of violence, or is unable to consent or refuse:*
   Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;

   Contact between the mouth and the penis, vulva, or anus;

   Penetration of the anal or genital opening of another person, however slight, by a hand, finger, object, or other instrument; and

   Any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation.

*Sexual harassment (Inmate/ Inmate) includes*
   Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate, detainee, or resident directed toward another; Refer to Management.

*Sexual abuse of an inmate, <u>by a staff member, contractor, or volunteer</u> includes any of the following acts, with or without consent of the inmate, detainee, or resident:*
   Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;

   Contact between the mouth and the penis, vulva, or anus;



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

Contact between the mouth and any body part where the staff member, contractor, volunteer has the intent to abuse, arouse, or gratify sexual desire;

Penetration of the anal or genital opening, however slight, by a hand, finger, object, or other instrument, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

Any other intentional contact, either directly or through the clothing, of or with the genitalia, anus, groin, breast, inner thigh, or the buttocks, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

Any attempt, threat, or request by a staff member, contractor, or volunteer to engage in the activities described in the above five (5) paragraphs) of this section;

Any display by a staff member, contractor, or volunteer of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate, detainee, or resident, and

Voyeurism by a staff member, contractor, or volunteer.

*Voyeurism by a staff member, contractor, or volunteer means an invasion of privacy of an inmate, detainee, or resident by staff for reasons unrelated to official duties, such as peering at an inmate who is using a toilet in his or her cell to perform bodily functions; requiring an inmate to expose his or her buttocks, genitals, or breasts; or taking images of all or part of an inmate's naked body or of an inmate performing bodily functions.*

*Sexual harassment (Staff/Inmate) includes—*

Repeated verbal comments or gestures of a sexual nature to an inmate, detainee, or resident by a staff member, contractor, or volunteer, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures.

## INVESTIGATIVE FACTS AND FINDINGS:

Victim's Statement:

Sexual Abuse Awareness Brochure (NI1-120) Received?        Yes        No

Notice to Incarcerated Victims (DC1-832) Received?          Yes        No

Identified Witness(es) Statement: No identified witnesses.

Collection of Physical Evidence:   ☐ Yes  ☒ None Available



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**PREA INVESTIGATIVE REPORT**



Summary and Description of Physical Evidence Collected, including any laboratory analysis:  N/A

Sexual Assault Forensic Exam performed?
      Victim:     Yes     No.  If No, why? No physical or sexual contact.
      Suspect: ■  Yes     No.  If No, why? ██████████████████

Review of the Alleged Sexual Battery Protocol (form DC4-683M) performed?
    ■  Yes, Attached.   ■  No, not sexual battery allegation.

Copies of all documentary evidence attached (*to include victim's written witness statement; victim's grievance*):    Yes     None Available

Document significant differences between initial report and the victim statement, if any:  None

Applicable Review of Camera/Audio/Photographs/Documentation: N/A

Subject/Suspect Statement: See Investigative Summary.

Review of prior complaints and reports of sexual abuse or sexual harassment involving the suspected perpetrator: Review of FDC and OIG departmental databases indicate Inmate Wilson has no prior complaints or reports of sexual abuse.

Review of staff actions or failures to act that contributed to substantiated sexual abuse or sexual harassment, if any: None

Sexual Battery Victim Review form DC1-856 attached?
                Yes.     No, not sexual battery allegation.

Victim Comments (if any):  N/A

---

Victim's Review/Notification of Finding Given:
*(Not additionally required if SBVR, DC1-856 has been completed.)*

    Yes        No      Date: 2/3/2023

Method: Inmate Mail

If no, why?

---

**VIOLATION(S):** *(Statute, Rule or Policy)*

F.S.S. 794.011(4)(b) Sexual Battery A person 18 years of age or older who commits sexual battery upon a person 18 years of age or older without that person's consent.



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

**CONCLUSIONS:**

Based upon the complainant / victims *(Inmate Veillard)* own written and sworn statements, no sexual battery took place. MINS Incident Report #1151168 incorrectly indicated the incident as Sexual Battery, when in fact as the investigation determined was an attempted battery. Therefore, the allegation against Inmate Steven Hudson for attempted Sexual Battery, **in violation of F.S.S. 794.011(4)(b),** was unfounded.

**INVESTIGATIVE SUMMARY:**

On November 16, 2022, Inspector Burch conducted a review of the MINS and Corrections Data Center *(CDC),* which revealed Inmate Veillard was a Mental Health Grade S-1, close custody inmate with a life sentence. Inmate Wilson was a ▮▮▮▮▮▮▮▮ close custody inmate with a life sentence. On the date of the alleged incident Inmate Veillard was housed in H1-219U and Inmate Wilson was housed in H1-219L.

No video records were reviewed in this case. The alleged interactions and incident occurred inside cell H1-219. No fixed wing video angles view into H1-219.

On November 16, 2022, Inspector Burch reviewed related documents which revealed the following:

Correctional Officer Captain James Obert *(Captain Obert)* completed Incident Report #104-22-11-39. dated November 4, 2022, which reported the PREA allegation made by Inmate Veillard. Inmate Veillard alleged his cellmate in H1-219, Inmate Wilson, touched Inmate Veillard's nipples and tried to force him to have sex which resulted in a physical altercation between the two. No sex occurred between the two inmates.

Inmate Veillard completed a DC6-112C *(Witness Statement)* which was attached to Incident Report #104-22-11-39. Inmate Veillard received a NI1-120 Sexual Abuse Awareness Brochure. Inmate Veillard was examined by on duty medical staff. Examination documents are attached to the Incident Report #104-22-11-39.

Inmate Wilson was interviewed by Captain Obert, during which Inmate Wilson indicated Inmate Veillard stated he was going to do whatever it took to get out of the cell.

Inmate Wilson was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are attached to Incident Report #104-22-11-39.

Captain Obert contacted the FDC Emergency Action Center *(EAC)* and obtained PREA #104220023 based on Inmate Veillard's allegation.

Inmate Veillard completed a DC6-112C *(Witness Statement)* dated November 4, 2022, which indicated the following:

Inmate Veillard was moved to cell H1-219 with Inmate Wilson on October 31, 2022. Inmate Wilson expressed to Inmate Veillard, he wanted him to "suck his dick." Inmate Veillard talked to multiple staff seeking to get moved from the cell away from Inmate Wilson. On November 4, 2022, after breakfast "it became physical, I had to fight for my ass and my life. This guy tried to fuck me and also touch my nipple."



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

Inmate Veillard completed and submitted an Informal Grievance #104-2211-0137, dated November 10, 2022, in which Inmate Veillard wrote, upon being moved to his assigned cell H2-219 on October 31, 2022, his cellmate *(Inmate Wilson)* told him he wanted his dick to be sucked. Inmate Veillard wrote of his religious beliefs regarding homosexual acts. On November 4, 2022, Inmate Wilson "tried to touch" Inmate Veillard's nipples and a fight between the two ensued.

On November 4, 2022, at Jackson CI, Licensed Practical Nurse Felicia Register *(LPN Register)* completed an Emergency Room Record and Diagram of Injury *(DC4-708)* on Inmate Veillard. LPN Register documented injuries as follows:

Abrasions on Inmate Veillard's left knee and left cheek. Bruising and redness on Inmate Veillard's left shoulder. Small laceration on Inmate Veillard's lower lip.

On November 4, 2022, ███████████████████████ Inmate Wilson during which she ███████████████████ ████████████

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Veillard who indicated the following:

Upon being assigned to cell H1-219 with Inmate Wilson, Inmate Veillard was told by Inmate Wilson that he "liked having his dick sucked." Inmate Veillard made it known he did not do such things and brushed off Inmate Wilson's advances for oral sex. After repeated refusals by Inmate Veillard to perform oral sex on Inmate Wilson, Inmate Wilson said to Inmate Veillard, "You gonna make a nigga rape you."

Inmate Veillard expressed to several unidentified housing staff his desire to be moved due to the demands for sex from Inmate Wilson. Inmate Veillard alleged staff ignored his requests.

On November 4, 2022, while Inmate Veillard was laying in his upper bunk, Inmate Wilson reached over and attempted to touch Inmate Veillard's nipples. Inmate Veillard quickly brushed Inmate Wilson's hand away, and said, "Don't touch me," and a fight between the two inmates ensued.

*Note: Inmate Veillard stated Inmate Wilson did not actually touch his nipples. This is consistent with his grievance complaint.*

Inmate Veillard reported the altercation and again pleaded with unidentified staff to be separated from Inmate Wilson. Upon being taken out for showers on November 4, 2022, Inmate Veillard refused to be placed back in cell H1-219 with Inmate Wilson. Inmate Veillard was then placed in cell H2-201U.

Inmate Veillard could not provide any possible witnesses to the alleged demands for sexual favors or attempted battery by Inmate Wilson.

*Note: Inmate Veillard indicated there was no sexual battery, penetration, or exchange of bodily fluids. The allegations made by Inmate Veillard were determined to be inmate-on-inmate sexual harassment.*

On November 17, 2022, at Jackson CI, Inspector Burch obtained a sworn, recorded interview from Inmate Wilson who indicated the following:




# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

Inmate Wilson initially refused to accept Inmate Veillard as a new cellmate on October 31, 2022, declaring incompatibility with Inmate Veillard. Inmate Veillard was placed in H1-219U on October 31, 2022. Both Inmate Veillard and Inmate Wilson sought to be separated by asking unidentified housing staff to move them.

On November 4, 2022, sometime between 7:00 a.m. and 9:00 a.m., Inmate Wilson was standing at the urinal urinating. Inmate Veillard, without warning, brushed past Inmate Wilson to place a grievance through the door. Inmate Wilson exchanged words with Inmate Veillard and a physical fight between the two ensued. The fight concluded without staff response or awareness. Inmate Veillard informed an unidentified staff member of the fight between Inmate Veillard and Inmate Wilson and requested he be moved to a different cell.

Later during shower period on November 4, 2022, Inmate Veillard was taken out for showers. Inmate Veillard refused to be returned to H1-219 with Inmate Wilson and made a PREA allegation.

When asked about Inmate Veillard's specific allegations, Inmate Wilson denied he ever solicited oral sex from Inmate Veillard or expressed interest or desire to engage in homosexual behavior with Inmate Veillard. Inmate Wilson also denied he touched or attempted to touch Inmate Veillard's nipples, or ever touched him in any sexual or inappropriate manner.

As a result of the fight with Inmate Veillard, Inmate Wilson claimed he ███████████ and reported it ███████████████████ later that evening on November 4, 2022.

## INVESTIGATIVE DISPOSITION:

| | |
|---|---|
| ☐ Closed By Arrest | ☐ Exceptionally Cleared |
| ☐ Exonerated | ☐ Suspended |
| ☐ Sustained | ☐ Not Sustained |
| ☑ Unfounded | |

## PREA FINDING:

☑ Unfounded  ☐ Substantiated  ☐ Unsubstantiated

I, Raymond Burch, do hereby swear or affirm, under penalty of perjury:

That I have read the foregoing document and, to the best of my knowledge, information, and belief, the facts stated therein are true and accurate.

That, to the best of my personal knowledge, information, and belief, I have not knowingly or willfully deprived, or allowed another to deprive, the subject of the investigation of any of the rights contained in § 112.532 and 112.533, Florida Statutes; and



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## PREA INVESTIGATIVE REPORT

That the investigation was conducted in compliance with the Quality Standards for Investigations found within the Principles and Standards for Offices of Inspector General.

Reporting Inspector: Raymond Burch    Date: 2/3/2023

# *FLORIDA DEPARTMENT OF CORRECTIONS*

## *SUBJECT FINDINGS  22-17455/3*

Report Date:  02/09/2023

| Primary Information | |
|---|---|
| Description: | **SUBJECT INMATE BERNARD WILSON DC#t24935 - UNFOUNDED** |
| Occurrence From: | **11/04/2022 06:30** |
| Occurrence To: | **11/04/2022 06:30** |
| Reporting LEO: | **BURCH, RAYMOND (███████ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **02/09/2023** |
| Approved By: | **HARRIS, STACY LYNN (███████ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| **DEFENDANT** | **WILSON, BERNARD D (INMATE/PROBATIONER)** | **40 yr. old, BLACK, MALE** | ████████ |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

### PREA CASE DISSEMINATION  22-17455/4

Report Date:  02/15/2023

| Primary Information | |
|---|---|
| Description: | **PREA EMAILED DISSEMINATION** |
| Dissemination Code: | **DISSEMINATED TO WARDEN & PREA UNIT** |
| Reporting LEO: | **THOMAS, NIKIA N (28217 / PUBLIC RECORDS / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **02/15/2023** |
| Approved By: | **THOMAS, NIKIA N (28217 / FLORIDA DEPARTMENT OF CORRECTIONS)** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

```
11/08/2022              FLORIDA DEPARTMENT OF CORRECTIONS                PAGE:
  MINO101                   MINS INCIDENT REPORT                       TIME 07:0
```

```
PREPARED BY: PETERSON, SHELINA A.           INCIDENT NUMBER: 0001151168
INCIDENT TYPE: 17B SEXUAL BATTERY (INMATE)  STATUS OF INCIDENT: ENTERED
REPORT DATE:   11/07/2022                    REPORT TIME:   12:53
INCIDENT DATE: 11/04/2022                    INCIDENT TIME: 19:00
REPORTING FACILITY: 104 JACKSON C.I.         INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.         INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 30 VICTIM`S CELL ROOM     DAY CODE: 5       SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 11/04/2022      W-B REVIEW BY:
IG NUMBER: 22 - 17455  UOF NUMBER:
INJURIES: Y        STG/STI INVOLVEMENT: N    PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N           INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                            SEND TO IG OFFICE: Y
PREA NUMBER: PR - X104220023                 INCIDENT COMPLETION TYPE: ATTEMPTED
NATURE OF ACT: FORCE                         TYPE OF ACT: I/I - OTHER
```



```
           NAME                    TITLE         BIRTHDATE  R S    ID NUMBER
--------------------     ---------------------- ----------  - -  ----------------
REPORTING EMPLOYEE (S)
  OBERT, JAMES C.      CORRECTIONAL OFFICER CA              1 1
SUBJECT (S)
  WILSON, BERNARD D.   INMATE  TRD:LIFE SNT                 2 1  T24935
VICTIMS (S)
  VEILLARD, WEBENS  .  INMATE  TRD:LIFE SNT                 2 1  C90725
```

```
CONTRABAND RECOVERED          TYPE      POSSESS    QUANTITY        UNIT MSR
-------------------------     ------    -------    ----------      --------
```

```
MEDICAL DEPT. DESCRIPTION OF INJURIES:
     INMATE VEILLARD HAD AN ABRASSION TO THE LEFT CHEEK, LEFT
     SHOULDER, LEFT KNEE AND LACERATION INSIDE LOWER LIP.


DESCRIPTION OF INCIDENT:
     ON NOVEMBER 4, 2022, AT APPROXIMATELY 7:00P.M., CAPTAIN
     JAMES OBERT WAS ASSIGND AS THE THIRD SHIFT OIC AT JACKSON
     CORRECTIONAL INSTITUTION.  CAPTAIN OBERT WAS NOTIFIED THA
     TINMAT VEILLARD, WEBENS DC#C90725 (H1219) STATED HE WAS A
     VICTIM OF A PREA INCIDENT.  INMATE VEILLARD STATED AT 6:30
     A.M., AFTER BREAKFAST, WHILE IN CELL H1219 HIS CELLMATE
     INMATE WILSON, BERNARD DC#T24935, TOUCHED HIS NIPPLES AND
     TRIED TO FORCE HIM TO HAVE SEX.  INMATE VEILLARD STATED HE
     GOT INTO A PHYSICAL ALTERCATION AND THEY DID NOT HAVE SEX.
     INMATE VEILLARD COMPLETED A DC6-112C WITNESS STATEMENT AND
     IS ATTACHED TO THE REPORT.  INMATE VEILLARD WAS ESCORTED TO
     MEDICAL FOR AN EXAMINATION WITH AN EBRASION TO THE LEFT
     CHEEK, LEFT, SHOULDER, LEFTKNEE AND A LACERATION INSIDE HIS
     LOWER LIP.  INMATE VEILLARD RECEIVED A NI1-15 (FLORIDA
```

```
11/08/2022              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:
  MINO101                  MINS INCIDENT REPORT                        TIME 07:0
        DEPARTMENT OF CORRECTIONS PREA BROCHURE).    INMATE VEILLARD
        WAS ESCORTED BACK TO H CONFINEMENT AND PLACED IN CELL
        H2201.   INMATE WILSON WAS ESCORTED TO ████████████████
        █████████████                  INMATE WILSON STAED HIS
        CELLMATE INMATE VEILLARD STATED HE WAS GOING TO DO WHATEVER
        IT TAKES TO GET OUT OF THE CELL.   AT THE CONCLUSION OF THE
        █████████████   INMATE WILSON WAS ESCORTED BACK TO H CONFINEMENT
        AND PLACED IN CELL H1219.   DUTY WARDEN JOSEPH FLOYD AND EAC
        DUTY OFFICER POWELL WAS CONTACTED AND ISSUED
        PREA#PRX-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.


  ACTION TAKEN:
        BOTH INMATES WERE ████████ █ ███████ ██ █████ ████
        ██████████     DUTY WARDEN JOSEPH FLOYD AND EAC DUTY
        OFFICER POWELL WERE BOTH CONTACTED.   A DC6-2086 (OIC PREA
        CHECKLIST AND DC6-2084 FLORIDA DEPARTMENT OF CORRECTIONS
        PREA VICTIM HOUSING PREFERENCE) WAS COMPLETED.
```

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

_Dept Security_

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☑ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>MEILLARD, WEBENS | DC Number<br>C90725 | Quarters<br>H2201 | Job Assignment | Date<br>11-10-22 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

ON OCTOBER, THIRTY FIRST, HALLOWEEN, I GOT LOCKED UP AS SOON AS I GOT IN THE ROOM HE TOLD ME HE ALREEDY HAS A PLANNED FOR HIS BOYFRIEND TO MOVE IN, SO HE DIDN'T WANT ME TO BE IN THERE. AND HE ALSO TOLD ME HE WANT HIS DICK TO BE SUCKED. I TOLD HIM I DONT ROLL LIKE THAT I BELIEVE GOD CREATED ADAM AND EVE NOT ADAM AND STEVE, AND ALSO THEY HAVE TWO CITIES IN BIBLE WHO USED TO PRACTICING HOMOSEXUAL, GOD BURNED BOTH CITIES HE TOLD ME HE DOESNT BELIEVE IN GOD HE TRIED TO TOUCHED MY NIPPLE LAST FRIDAY WE TWO BIG FIGHT THEY SEPARATED US, AND YESTERDAY THEY MOVE HIM IN MY CELL FOR ANOTHER

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. _MIGHT BLOOD EVERY WHERE_

Inmate (Signature): _____          DC#: C90725

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                     DATE RECEIVED: RECEIVED NOV 10 2022

Your Grievance has been reviewed and processed Based on the nature of these allegations this Grievance will be Forwarded to the Colonels office For review.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Roxby | Official (Signature): _Haly_ | Date: 11/18/22 |
|---|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Mins#00151168

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Jackson Correctional Institution | **Incident Report Number:** 104-22-11-39 |
| **Reporting Employee:** James Obert | **PREA Number:** PR-X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 |
| **Employee ID Number:** ▬▬ | **Date of incident:** November 4, 2022 |
| **Person(s) Involved:** I/m Veillard, Webens DC# C90725 | **Time of incident:** 7:00pm |
| I/m Wilson, Bernard DC# T24935 | **Witness(es):** |

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 7:41p | MINS Initiated: ☐ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 7:45p | Duty Officer Name: Powell |
| Supporting Documents Attached | yes | |

**DETAILS OF INCIDENT:**

On November 4, 2022, at approximately 7:00pm I, Captain James Obert, was assigned as the Third Shift OIC at Jackson Correctional Institution. I was notified that Inmate Veillard, Webens DC# C90725 (H1219) stated he was a victim of a PREA incident. Inmate Veillard stated at 6:30am after breakfast, while in cell H1219 his cellmate Inmate Wilson, Bernard DC# T24935 touched his nipples and tried to force him to have sex. Inmate Veillard stated he got into a physical altercation and they did not have sex. Inmate Veillard completed a DC6-112C (Witness Statement) and is attached to this report. See statement. Inmate Veillard was escorted to medical for an examination with an abrasion to the left cheek, left, shoulder, left knee and a laceration inside lower lip. Inmate Veillard received a NI1-15 (Florida Department of Corrections PREA Brochure). Inmate Veillard was escorted back to H confinement and placed in cell H2201. Inmate Wilson was ▬▬▬▬▬▬▬▬▬▬▬▬ Inmate Wilson stated his cellmate Inmate Veillard stated he was going to do whatever it takes to get out of the cell. At the conclusion of ▬▬▬▬▬ Inmate Wilson was escorted back to H confinement and placed in cell H1219. Duty Warden Jospeph Floyd and EAC Duty Officer Powell was contacted, and she issued PREA # PRX-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.

| | | |
|---|---|---|
| **James Obert, Correctional Officer Captain** | *(signature)* | 11/4/2022 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor/Department Head**

**COMMENT:**

A DC6-2086 (OIC PREA Checklist), DC6-2084 (Florida Department of Corrections PREA Victim Housing Preference) and photos are attached to this report. An Email was sent to Mr. Hancock and all Duty Wardens. Forward to the Correctional Officer Chief for documentation and review.

| | | |
|---|---|---|
| **James Obert, Correctional Officer Captain** | *(signature)* | 11/4/2022 |
| Shift Supervisor's/ Department Head's Name (Print) | Shift Supervisor's Signature | Date |

**REVIEW:** MINS: 17 B. PREA
Attempted PREA Allegation. ▬▬▬▬▬▬▬▬ from Alleged altercation between Inmate Veillard + Inmate Wilson. DO not house together

cc: AWP Hancock + ICLS Mary Peterson. All CAPTAINS, Sgt. Daniels, Sgt. G Arlin)

| | | |
|---|---|---|
| **Brad Shouppe, Correctional Officer Colonel** | *(signature)* Maj. C. McClellan | 11/07/22 |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

**REVIEW:** Complete MIN
CC Sgt Garvin - Do not house Inmates together
CC MRS Peterson - ICT
CC Mr Hancock - Prea

COPY

| | | |
|---|---|---|
| **Heath Holland, Warden** | *(signature)* | 11/7/22 |
| Warden's Name (Print) | Warden's Signature | Date |

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Jackson Correctional Institution | **Incident Report Number:** | 104-22-11-107 |
| **Reporting Employee:** | Leather Cooley, Secretary Specialist | **PREA Number:** | |
| **Employee ID Number:** | ███ | **Date of incident:** | 11/15/22 |
| **Person(s) Involved:** | Inmate Veillard Webens DC# C90725 | **Time of incident:** | 8:00 Am |
| | | **Witness(es):** | |

Control Room Log Entry Made: ☐ Yes ☒ No     Disciplinary Report Initiated: ☐ Yes ☒ No
Inmate Placed in Confinement: ☐ Yes ☒ No     Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☐ Yes ☒ No   Time: N/A     MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☐ Yes ☒ No   Time: N/A     Duty Officer Name: N/A
Supporting Documents Attached   Yes

**DETAILS OF INCIDENT:**   On November 15, 2022, at approximately 8:00 Am, while assigned as Secretary Specialist at Jackson

Correctional Institution, I, Leather Cooley, was reviewing inmate grievances when I received an informal grievance from

Inmate Veillard Webens DC# C90725 grievance log number 104-2211-0137 in reference to staff misconduct against his roommate.

Inmate Veillard Webens DC# C90725 states "I got in to the room he told me as soon as I got in the room he told me he already planned

For his boyfriend to move in so he didn't want me to be in there. And he also told me he wanted his dick sucked. He tried to touch my

Nipple last Friday.

The full grievance is attached.

| | | |
|---|---|---|
| **Leather Cooley, Secretary Specialist** | *[signature]* | **11/15/2022** |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:**

| | | |
|---|---|---|
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** The PREA has been reported and inmate Veillard will remain in his current status.   PR-X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

MINS# 1151168

CC ICT

| | | |
|---|---|---|
| **Brad Shouppe, Correctional Officer Colonel** | *[signature]* | 1/14/— |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Concur with above. True—

COPY

| | | |
|---|---|---|
| Heath House | *[signature]* | 1/14/— |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

**WEBENS VEILLARD**
DC#: C90725
Race/Sex: Black or African American / Male
DOB:
Facility: 104-JACKSON CI

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Physical Altercation**
( )Inmate ( )Employee ( )Visitor ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 0630**
**Time of exam: 1924**
**Description of occurrence:  Inmate on Inmate physical altercation**


**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A ( )Yes ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes

**Temp:  98.4**F
**Pulse:  89**
**Resp:  20**
**BP:  130/ 98**
**O2 sat:  98**%
**Weight (lbs):  153**

**Arrived via: Ambulatory**
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation)**
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other (requires description in examination summary) ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: Alert and oriented x 4. No c/o pain or discomfort. No s/s of distress. Pt has minor lacerations and abrasion on various areas of body. See DC4-708 for detailed description.**

**Physician notified? No**
( )No ( )Yes
**Name: N/A**
**Time: N/A**

```
11/07/2022                 FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
   MINO101                    MINS INCIDENT REPORT                      TIME 13:27


PREPARED BY: R166NUK PETERSON, SHELINA A.      INCIDENT NUMBER: 0001151168
INCIDENT TYPE: 17B SEXUAL BATTERY (INMATE)     STATUS OF INCIDENT: ENTERED
REPORT DATE:   11/07/2022                       REPORT TIME:    12:53
INCIDENT DATE: 11/04/2022                       INCIDENT TIME: 19:00
REPORTING FACILITY: 104 JACKSON C.I.            INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.            INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 30 VICTIM`S CELL ROOM        DAY CODE: 5      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 11/04/2022         W-B REVIEW BY:
IG NUMBER:                                      UOF NUMBER:
DATE ASSIGNED:
INJURIES: Y      STG/STI INVOLVEMENT: N         PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N              INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N               CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                               SEND TO IG OFFICE: Y
PREA NUMBER: PR - X104220023                    INCIDENT COMPLETION TYPE: ATTEMPTED
NATURE OF ACT: FORCE                            TYPE OF ACT: I/I - OTHER
```

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|------|-------|-----------|---|---|-----------|
| REPORTING EMPLOYEE (S) | | | | | |
| OBERT, JAMES C. | CORRECTIONAL OFFICER CA | ███ | 1 | 1 | ██████ |
| SUBJECT (S) | | | | | |
| WILSON, BERNARD D. | INMATE  TRD:LIFE SNT | ███ | 2 | 1 | T24935 |
| VICTIMS (S) | | | | | |
| VEILLARD, WEBENS  . | INMATE  TRD:LIFE SNT | ███ | 2 | 1 | C90725 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|----------------------|------|---------|----------|----------|
| | | | | |

```
MEDICAL DEPT. DESCRIPTION OF INJURIES:
     INMATE VEILLARD HAD AN ABRASSION TO THE LEFT CHEEK, LEFT
     SHOULDER, LEFT KNEE AND LACERATION INSIDE LOWER LIP.


DESCRIPTION OF INCIDENT:
     ON NOVEMBER 4, 2022, AT APPROXIMATELY 7:00P.M., CAPTAIN
     JAMES OBERT WAS ASSIGND AS THE THIRD SHIFT OIC AT JACKSON
     CORRECTIONAL INSTITUTION.  CAPTAIN OBERT WAS NOTIFIED THA
     TINMAT VEILLARD, WEBENS DC#C90725 (H1219) STATED HE WAS A
     VICTIM OF A PREA INCIDENT.  INMATE VEILLARD STATED AT 6:30
     A.M., AFTER BREAKFAST, WHILE IN CELL H1219 HIS CELLMATE
     INMATE WILSON, BERNARD DC#T24935, TOUCHED HIS NIPPLES AND
     TRIED TO FORCE HIM TO HAVE SEX.  INMATE VEILLARD STATED HE
     GOT INTO A PHYSICAL ALTERCATION AND THEY DID NOT HAVE SEX.
     INMATE VEILLARD COMPLETED A DC6-112C WITNESS STATEMENT AND
     IS ATTACHED TO THE REPORT.  INMATE VEILLARD WAS ESCORTED TO
     MEDICAL FOR AN EXAMINATION WITH AN EBRASION TO THE LEFT
```

```
11/07/2022              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  2
   MINO101                 MINS INCIDENT REPORT                      TIME 13:27
        CHEEK, LEFT, SHOULDER, LEFTKNEE AND A LACERATION INSIDE HIS
        LOWER LIP.  INMATE VEILLARD RECEIVED A NI1-15 (FLORIDA
        DEPARTMENT OF CORRECTIONS PREA BROCHURE).   INMATE VEILLARD
        WAS ESCORTED BACK TO H CONFINEMENT AND PLACED IN CELL
        H2201.  INMATE WILSON WAS ESCORTED ███████████████
                                   ████████ INMATE WILSON STAED HIS
        CELLMATE INMATE VEILLARD STATED HE WAS GOING TO DO WHATEVER
        IT TAKES TO GET OUT OF THE CELL.  AT THE CONCLUSION OF THE
        █████████ INMATE WILSON WAS ESCORTED BACK TO H CONFINEMENT
        AND PLACED IN CELL H1219.  DUTY WARDEN JOSEPH FLOYD AND EAC
        DUTY OFFICER POWELL WAS CONTACTED AND ISSUED
        PREA#PRX-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.


   ACTION TAKEN:
        BOTH INMATES WERE ███████████████████████████████
        ██████████████████ DUTY WARDEN JOSEPH FLOYD AND EAC DUTY
        OFFICER POWELL WERE BOTH CONTACTED.  A DC6-2086 (OIC PREA
        CHECKLIST AND DC6-2084 FLORIDA DEPARTMENT OF CORRECTIONS
        PREA VICTIM HOUSING PREFERENCE) WAS COMPLETED.
```




**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**OATH / PERJURY WARNING**

22-17455
_____
OIG Case Number

NOVEMBER 17, 2022
_____
Date of Interview

VEILLARD, WEBENS AG# C90725
_____
Printed Name of Interviewee
(VICTIM)

1. I am _INSPECTOR R. RUBIN_ with the Department of Corrections Office of the Inspector General.

2. I am conducting an official investigation concerning an allegation of:
   _SEXUAL BATTERY (INMATE)_

3. Any false statements about material matters given by a witness or subject under oath, will constitute the crime of perjury.

4. Raise your right hand:

   a. Do you solemnly swear or affirm that the evidence you are about to give me is the truth, the whole truth and nothing but the truth?
   _WV_ _____ (Answer)

   b. Do you understand that if you knowingly make material misstatements of facts to me during this investigation, you will have committed the crime of perjury?
   _WV_ _____ (Answer)

_____
SIGNATURE OF INTERVIEWEE

_____
SIGNATURE OF INSPECTOR

_____
SIGNATURE OF WITNESS (IF PRESENT)



# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## OATH / PERJURY WARNING



22-17455
_OIG Case Number_

NOVEMBER 17, 2022
_Date of Interview_

BERNARD WILSON, AC# T24935
_Printed Name of Interviewee_
(SUBJECT)

1. I am INSPECTOR R BURCH _____ with the Department of Corrections Office of the Inspector General.

2. I am conducting an official investigation concerning an allegation of:
   SEXUAL BATTERY

3. Any false statements about material matters given by a witness or subject under oath, will constitute the crime of perjury.

4. Raise your right hand:
   a. Do you solemnly swear or affirm that the evidence you are about to give me is the truth, the whole truth and nothing but the truth?
      _____ (Answer)

   b. Do you understand that if you knowingly make material misstatements of facts to me during this investigation, you will have committed the crime of perjury?
      _____ (Answer)

_____
SIGNATURE OF INTERVIEWEE

_____
SIGNATURE OF INSPECTOR

_____
SIGNATURE OF WITNESS (IF PRESENT)

DC1-850 (Revised 12/8/15)          Page 1 of 1

**OIC PREA Checklist**

**PREA INFORMATION**

PREA number: *PRX-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* Incident report #:                    Date of report:  *11-4-22*

**PREA CHECKLIST**                                **TO BE ATTACHED TO PREA RELATED DC6-210**

☑  Alleged Victim/Perpetrator(s) separated

　　　Alleged Inmate Victim Name/ DC#:  *Veillard, Webiens    C90725*
　　　Alleged Perpetrator Name(s)/ DC#/staff ID: *Wilson, Bernard    T24935*

☑  Ensure staff has secured the scene (if applicable), and advised inmate(s) not to take steps to destroy the evidence (washing, urinating, brushing teeth, etc.)

☑  Housing of inmate victim
   - The OIC will be responsible for discussing housing options with the inmate victim and having them indicate their preference on the DC6-2084 prior to changing the inmate's housing.
   - Victims **will not** be involuntarily segregated unless an assessment of all other available alternatives has been made and there are no other alternative means for separation from likely abusers. This assessment will be done immediately.  If involuntarily segregated, the inmate can request allowances set forth in Chapter 33 which will be reviewed on a case-by-case basis.
   - If the inmate victim indicates they want to be placed in confinement, or there are no alternative means of separation from likely abusers, the inmate will be placed in AC pursuant to Chapter 33.
   - Victim only – obtain a DC6-112C from the victim of the allegation.

☑  Contact EAC with information (*once information is known*) Ensure you have reviewed the allegation against the PREA definitions and determined that it meets the definition prior to contacting EAC.  Per policy EAC will notify appropriate OIG staff. *NOTE: OIG will contact SART, as per policy, after speaking to the inmate.*

☐  If SART activated, ensure staff initiate a DC6-208 when appropriate (alleged inmate victim & alleged inmate perpetrator). **Evidence collection will be handled by the OIG and SART.**

☑  Provide the inmate a NI1-120 for allegations of sexual abuse or sexual battery *(notate in incident report that inmate was given the NI1-120).*　*Allegations of contact or penetration: advise the alleged inmate victim they have the right to a forensic medical exam, crisis intervention services (mental health), and advocacy emotional support services. **Ask if they would like the advocate present for the forensic exam or separate**. For harassment allegations, advocacy will be telephonic*

☐  For *contact or penetration allegations,* ensure inmate(s) victim & perpetrator are taken to medical and evaluated by mental health.　For *non-contact* allegations, ensure inmate(s) victim & perpetrator are evaluated by mental health.

☐  Complete MINS prior to the end of shift/days off (be sure to comply with policy timeframes): *"Following notification to the Emergency Action Center by telephone, all reportable incidents will be submitted as soon as possible, using the MINS."*　All allegations should use appropriate MINS codes: 16 (Staff on Inmate) , 17 & 18 (Inmate on Inmate). **Always notate PREA # on MINS.**

☐  Ensure security staff utilizes the appropriate PREA codes on the IM03 & IM29 entries if inmate is placed on a PREA confinement status. *(See PREA AC Process manual).* The IM03 entry should reflect the OIC housing assessment decision and the inmates DC6-2084 preference.

☑  ALL allegations that include a staff member that meet the definition of staff sexual misconduct and staff sexual harassment will be reported.  Review definitions contained within flowchart for clarification

☑  Notify **facility PREA Manager** of allegation **via email.**　Provide the:  PREA #, MINS#, Incident Report #.

　　　*[signature]*                    *11-4-22*
　　　Signature/Title                    Date

DC6-2086 (Revised 5/20/21)

# Florida Department of Corrections

## PREA VICTIM HOUSING PREFERENCE

Inmate Name: _Veillard, Webens_

DC#: _C90726_

Facility: _Jackson C I_

Date: _11-4-22_

PREA #: _PRX-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_

Inmate:

Based on a PREA allegation made by you, or by another party on your behalf, the Officer in Charge discussed housing options with you. Your preference is noted below and will be considered.

ICT will complete a review of your placement related to the PREA allegation and make a determination on whether or not you will remain placed in or will be released from administrative confinement pending the outcome of an investigation by the Office of the Inspector General.

Your failure to indicate one of the three options below and/or to sign this form will result in your segregation/continued segregation in administrative confinement pending the outcome of the investigation.

The completion of this form is to address your placement in confinement as it relates to PREA. Should you also be on an AC/DC/CM/PM placement the options below only address your confinement as a victim of a PREA related incident. Removal from the PREA Confinement status does not affect your placement of AC/DC/CM/PM status.

---

**Officer in Charge (OIC) Review**

**Select one of the following:**

☐ I do not need to remain in administrative confinement based on the PREA allegation pending the outcome of the OIG investigation and I request to be released to the general inmate population.

☐ I believe a threat to my safety exists based on the PREA allegation and I request to remain in administrative confinement pending the outcome of the OIG investigation.

☐ I believe there is not a threat to my safety based on the PREA allegation and would like to remain in open population pending the outcome of the OIG investigation.

X _____     _11-04-22_
Inmate Signature                    Date

_____     _11-4-22_
Officer in Charge Signature         Date

DC6-2084 (Revised 5/20/21)

| | **Witness Statement** | |
|---|---|---|
| **State of Florida** | Log #_____ | **Department of Corrections** |

**I.  Identifying Inmate Information**

DC # _____    Inmate Name _____

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II.  Witness**

☐    Staff Member:  Name and Position_____

☐    Other Individual:  Name_____

☒    Inmate:    DC # _*C90725*_    Name _*Webens, Veillard*_

**III.  Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____    Date_____

Signature of Investigating Officer_____    Date_____

**IV.  Statement**

THEY MOVE ME TO THIS ROOM ON OCTOBER THIRTY FIRST TWO THOUSAND TWENTY TWO WHEN I CAME TO THIS ROOM THIS GUY WILSON, BERNARD DIDNT WANNA, WANT ME IN THIS ROOM, THEN THEY MOVED ME TO ANOTHER ROOM WHICH IS ROOM H 1221 WITHOUT MY IDENTIFICATION FACE SHEET SEVERAL HOURS LATER THEY FINALLY MOVED ME IN THIS ROOM WITH THIS GUY HE SAID HE HAD A PLANNED FOR HIS BOYFRIEND IN ROOM FOUR DOWN STAIRS TO MOVE IN IS ROOM, HE ALSO WANT ME TO SUCK HIS DICK ALL WEEK I TALK TO TWO SERGEANTS TWO LIEUTENANTS including a CAPTAIN, But NO body move me out of this ROOM AND TODAY after Breakfast it became physical I HAD TO fight FOR MY ASS AND MY life This Guy Tried to fuck me and also Touch MY NIPPLE I ASK TO speak To a captain All DAY No one show

Witness Signature _~me~_    Date _11-04-22_

Signature of Investigating Officer _James Olivo_    Date _11-4-22_

DC6-112C (Revised 8/06)        Original: Inmate File        Copy: Central Office

TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 1*
*Diagram of Injury*

WEBENS VEILLARD
C90725
Race/Sex: Black or African American / Male
DOB
104 JACKSON CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___11.4.22___    Time of occurrence UNKNOWN (APPX 0630)
Date injury assessed by medical ___11.4.22___    Time injury assessed by medical ___1120___

☐ No injury identified

Description of injury:

Lt. Knee abrasion. Rt. cheek Abrasion. Lt.
Shoulder bruise / red. Skin intact. Lip - small
lac. (open) lower lip

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)





TB104-JACKSON CI
5563 10th St.  Malone, FL 32445
8505695260  Fax: 8505601013

*November 4, 2022*
*Page 1*
*Diagram of Injury*

WEBENS VEILLARD
C90725
Race/Sex: Black or African American / Male
DOB ████████
104-JACKSON CI

### FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence __11.4.22__    Time of occurrence __UNKNOWN (Appx 0630)__
Date injury assessed by medical __11.4.22__    Time injury assessed by medical __920__

☐ No injury identified

Description of injury:
Rt. Knee abrasion. Rt. cheek. Abrasion. Lt.
Shoulder bruise / red. Skin intact. Lip - small
lac. (open) lower lip

_____
Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)







**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**

*Governor*
**RON DESANTIS**
*Secretary*
**RICKY D. DIXON**
*Inspector General*
**KENNETH SUMPTER**

*An Equal Opportunity Employer*

*501 S. Calhoun Street, Tallahassee, FL 32399-2500*                    http://www.dc.state.fl.us

---

February 9, 2023

Inmate Webens Veillard DC# C90725
Jackson Correctional Institution
5563 10th Street
Malone, Florida 32445-3144

RE: PREA #104220023

Inmate Veillard:

This is to inform you the Office of the Inspector General has completed investigation 22-17455 regarding the above referenced PREA complaint and determined the disposition to be the following:

- Unfounded

*Raymond Burch*

_____
Inspector R. Burch

## Rister, Alexis

| | |
|---|---|
| **From:** | Thomas, Nikia |
| **Sent:** | Wednesday, February 15, 2023 3:02 PM |
| **To:** | Jackson CI-WardenOff |
| **Cc:** | PREA |
| **Subject:** | PREA # 22-17455,  &  22-17457 |
| **Attachments:** | PREA Memorandum.pdf; 22-17455.pdf; 22-17457.pdf |

Good afternoon Warden Holland,

Attached is a copy of PREA # 22-17455 & 22-17457 for your records.

Thanks,

**Nikia Thomas**
OMC-I
Florida Department of Corrections
Office of Inspector General
501 South Calhoun Street
Tallahassee, Florida 32344
Office: 850-488-9265
Fax: 850-414-0953



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**