Exhibit J

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION


BERNARD D. WILSON
DC# T24935

    Plaintiff,

v.                                Case No.: 5:23cv00253-TKW-MJF


LIEUTENANT INGRAM, ET AL.,

    Defendants.

_____




DEPOSITION OF WEBENS VEILLARD

Taken via Zoom Video Conference on Monday, November 4,
2024, at Santa Rosa Correctional Institution, 5850 East
Milton Road, Milton, Florida 32583, before Candace Flippo,
Court Reporter and Notary Public.




_____

1                     A P P E A R A N C E S

2

3    ATTORNEY FOR PLAINTIFF:

4                     JOSHUA TARJAN, ESQUIRE
                      The Tarjan Law Firm P.A
5                     12372 SW 82 Avenue
                      Miami, Florida 33156
6

7    ATTORNEY FOR DEFENDANTS:

8                     ERIK KVERNE, ESQUIRE
                      Office of the Attorney General
9                     The Capitol, Suite PL-01
                      Tallahassee, Florida, 32399
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX OF TRANSCRIPT

 2   WITNESS:

 3       WEBENS VEILLARD

 4   DIRECT EXAMINATION BY MR. KVERNE                    07

 5   CROSS-EXAMINATION BY MR. TARJAN                     45

 6   REDIRECT EXAMINATION BY MR. KVERNE                  66

 7   CERTIFICATE OF OATH                                 72

 8   CERTIFICATE OF REPORTER                             73

 9   ERRATA SHEET                                        74

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          P R O C E E D I N G S

2          MR. KVERNE:  Hello.  My name is Erik Kverne, and

3     I work for the Office of the Attorney General.  I am

4     going to be taking a deposition of an individual

5     named Webens Veillard.  Is Mr. Veillard present?

6          MR. OSTERHOUT:  Yes.

7          MR. KVERNE:  Okay.  And you, sir, are a notary

8     public; is that correct?

9          MR. OSTERHOUT:  That is correct.

10          MR. KVERNE:  Okay.  Can you state your name and

11     then your notary number for the record, please?

12          MR. OSTERHOUT:  Yes.  My first name is Dwayne,

13     D-W-A-Y-N-E.  Last name Osterhout, O-S-T-E-R-H-O-U-T.

14          MR. KVERNE:  Okay.  And then your notary number?

15          MR. OSTERHOUT:  Commission stamp is HH511745.

16          MR. KVERNE:  Okay.  And is Mr. Veillard present?

17          MR. OSTERHOUT:  Yes.

18          MR. KVERNE:  Okay.  And how have you identified

19     him?

20          MR. OSTERHOUT:  Inmate ID.

21          MR. KVERNE:  Okay.  And that is Mr. Veillard,

22     based on your understanding?  Mr. Osterhout, that is

23     Mr. Veillard?

24          MR. OSTERHOUT:  Yeah, it is.

25          MR. KVERNE:  Okay.  All right.  Thank you very

```
 1        much.  I appreciate it.
 2              MR. OSTERHOUT:  Okay.
 3              MR. KVERNE:  Yep, we're good.  Thank you.
 4              THE WITNESS:  (Unintelligible).
 5              MR. KVERNE:  Hold on one second for me,
 6        Mr. Veillard.
 7              Is there anything else you need, Madam Court
 8        Reporter?
 9              COURT REPORTER:  Do I just need to go ahead and
10        swear him in?
11              MR. KVERNE:  Yeah.  If you would swear Mr.
12        Veillard in and I'll just get started, okay?
13              MR. TARJAN:  Also, if we could ask Mr. Veillard
14        to get as close to the microphone as he can, that
15        would be helpful.
16              MR. KVERNE:  Mr. Veillard, you can hear us?
17        Hello?  Mr. Veillard?
18              I don't know if they just dropped or what.
19              MR. TARJAN:  My bad.  I shouldn't have asked him
20        to move.
21              MR. KVERNE:  What just happened?
22              Mr. Veillard, are you there?
23              I'll have my paralegal call them again real
24        quick.  Be right back.
25              MR. TARJAN:  Once we begin, I may just keep my
```

```
 1        video off just to reduce possibility of dropouts and

 2        things like that.

 3             MR. KVERNE:  That's fine.

 4             MR. TARJAN:  I'm going to step away for two

 5        minutes and I'll be right back.

 6             (Whereupon, a break was taken from 10:40 a.m. to

 7   10:47 a.m.)

 8             MR. KVERNE:  So, Mr. Notary, can you please

 9        state the name for the record again, please?

10             MR. OSTERHOUT:  Dwayne, D-W-A-Y-N-E, Osterhout,

11        O-S-T-E-R-H-O-U-T.

12             MR. KVERNE:  Okay.  And what is your notary

13        number?

14             MR. OSTERHOUT:  It's going to be HH511745.

15             MR. KVERNE:  Okay.  And is Mr. Veillard present,

16        Webens Veillard?

17             MR. OSTERHOUT:  Yes.

18             MR. KVERNE:  Okay.  Have you been able to

19        identify him?

20             MR. OSTERHOUT:  Yes.

21             MR. KVERNE:  And how have you been able to

22        identify him?

23             MR. OSTERHOUT:  Inmate ID.

24             MR. KVERNE:  Okay.  All right.  Thank you very

25        much.  I appreciate it.
```

```
1              MR. OSTERHOUT:  Yep.

2  WHEREUPON,

3                      WEBENS VEILLARD,

4  the witness, having been first duly sworn to tell the

5  truth, the whole truth and nothing but the truth, was

6  examined and testified as follows:

7              THE WITNESS:  Yes, to tell the truth, the whole

8         truth, and nothing but the truth so help me.

9              MR. KVERNE:  All right.  Thank you,

10        Mr. Veillard.

11             Just so the record is clear, just for me and

12        Mr. Tarjan -- Mr. Tarjan, do you agree to stipulate

13        that this will be done over the telephone, we agree?

14             MR. TARJAN:  Yeah, I'll stipulate.

15             MR. KVERNE:  Okay.  All right.

16                  DIRECT EXAMINATION

17  BY MR. KVERNE:

18     Q    Hello, Mr. Veillard.  My name is Eric Kverne.  I

19  work for the Office of the Attorney General.  I think I

20  spoke you about a month ago.  Do you remember speaking

21  with me?

22     A    Yes.  Yes, sir.

23     Q    Okay.  And we spoke about a case involving an

24  inmate named Mr. Bernard Wilson; do you remember that?

25     A    Yes, sir.
```

1      Q    Okay.  And I represent a couple of defendants,

2  specifically Officer Jonathan Grainger, Officer Benny

3  Ingram, Officer Daniel Jones, and Officer Joshua Causey

4  (phonetic).  Do you know those individuals?

5      A    I know Mr. Ingram.  I know Mr. Ingram, mainly.

6      Q    Okay.  All right.  But those individuals are

7  officers, right, that you are familiar with?

8      A    Yeah.  I used to be at Jackson with them,

9  Jackson Correctional Institution.

10     Q    Okay.  All right.  Thank you very much.

11          We're here for the case number Bernard D. Wilson

12  vs. Ingram and others, 5:23-CV-23-TKW-MJF, in Northern

13  District of Florida, Panama City Division.  Is that the

14  case number, Mr. Tarjan?

15          MR. TARJAN:  I think it's 253.  5:23-CV-253; is

16     that correct?

17          MR. KVERNE:  253, yes.  That is correct.  Sorry.

18     I said 23?

19          MR. TARJAN:  Yes.

20     Q    (By Mr. Kverne) Okay.  Again, 253.  So,

21  5:23-CV-253-TKW-MJF is the case number.

22          Okay.  And then, Mr. Veillard, can you state

23  your full name for the record, please?

24     A    Yeah.  Webens, W-E-B-E-N-S, Veillard,

25  V-E-I-L-L-A-R-D.

1     Q    Okay.  And what is your number?

2     A    390725C, as in Charley, 90725.

3     Q    Okay.  We're doing the deposition over the phone

4 today, right?

5     A    Yes, sir.

6     Q    Yes?

7     A    Yes, sir.

8     Q    Okay.  And so we're here on Monday, November

9 4th, 2024, to ask you a couple of questions about a case

10 that was brought by Mr. Bernard Wilson.  Would you be able

11 to answer those questions for me?

12     A    Yes.  No problem.

13     Q    Okay.  I appreciate it.  Now, a couple of the

14 questions before we get into the facts, have you ever been

15 deposed before?  Have you ever done this before?

16     A    If I did a deposition before?

17     Q    Yes?

18     A    Yeah, I did that before.

19     Q    Okay.  You have done this before.

20     All right.  So I just want to refresh your

21 memory about some rules.  First, try to answer the

22 questions verbally for me.  Obviously, we can't see you.

23 So if you answer nonverbally, it's kind of useless.  The

24 court reporter is creating a transcript of everything

25 that's being stated here today, okay?

1      A    Yes, sir.

2      Q    Okay.  If you don't understand the answer to a

3  question, please ask me to rephrase the question, okay?

4      A    All right.

5      Q    If you don't know the answer to a question, it's

6  okay to say I don't know if you don't know the answer to a

7  question, okay?

8      A    Yes, sir.

9      Q    If you do not remember an answer to a question

10  or do not remember something, it's okay to say I don't

11  remember, if that's the case, okay?

12      A    Yes, sir.

13      Q    All right.  If you need to take a break, please

14  just let me know, we will be happy to take a break.

15          Same with you, Madam Court Reporter.  Same with

16  you, Mr. Tarjan.

17          Okay, Mr. Webens?

18      A    Yes, sir.

19      Q    Okay.  So objections -- plaintiff's counsel is

20  Mr. Tarjan.  He's on the phone here.  You heard him talk a

21  little bit earlier.  He may have some objections to

22  questions that I may ask.  And vice versa, if he's asking

23  you some questions, I may have some objections as well.

24  If that's the case, you still need to answer the question

25  for me today, okay?

```
1        A     No problem.  I'm going to say everything you

2   need me to.  I don't hold back.  I'm going to tell you the

3   truth.

4        Q     Okay.  I appreciate that.

5              So first question, this is going to be kind of

6   silly, are you under the influence of drugs or alcohol

7   today?

8        A     Yeah, I smoke.  I smoke.  I always smoke.  I

9   smoke.

10       Q     Okay.  Are you under the influence of any drugs

11  today?

12       A     I don't drink no alcohol, but I smoke.  I say I

13  smoke.

14       Q     Okay.  Have you smoked today?

15       A     Yes.

16       Q     Okay.  Are you under the influence of drugs

17  right now out of smoking right now?

18       A     No, I'm not smoking right now, but I smoke.

19  Everybody know I smoke.

20       Q     Okay.  Your smoking, would that impact your

21  ability to be truthful here today?

22       A     No, no.  That don't have nothing to do with

23  nothing.  Like I said, I am going to tell you the truth.

24       Q     Okay.  I appreciate that.

25              Is there any reason why you would not be
```

1  truthful with me here today?

2     A    There is no reason to lie.  There is no reason

3  to lie.  I got to tell the truth because things happened

4  to me and I didn't like what happened to me and I don't

5  want what happened to me to happen to somebody else,

6  that's why I want to --

7     Q    Okay.  I appreciate that.

8         Okay.  So let's talk about the case real quick.

9  So you had first said -- you said one individual that you

10 did recognize was Benny Ingram, correct, an Officer Benny

11 Ingram?

12    A    Yeah.  He's the one who bring -- who bring,

13 after the fight, when we got into everything that happened

14 in the room.  Because when I moved to the room -- I moved

15 to the room, and up to where -- up to where -- October

16 31st, Halloween, 2022.  So when I moved to room, he didn't

17 want me to come to the room.  He say he already talk to

18 one of the police.  They going to bring one of his friends

19 to the room.  So when they moved me to the room, he didn't

20 accept me in the room.

21         And after the second time, the lieutenant said

22 to him -- they push me in the room.  I go to the room.  So

23 when I go to the room, he want me to suck his dick.  He

24 said he wanted his dick to be sucked.  I say, I don't do

25 things like that.  I don't do things like that.  All my

1    life, I do woman.  I never do men.  So how you want -- and

2    I just moved to the room and he wants me to suck his dick?

3    So I tell him I don't do things like that.

4            So all week I'm trying to move out of the room,

5    because the offense was on Monday.  I talk to the

6    officers.  I tell the officer, me and my roommate don't

7    get along well.  I would like to move to another room.  So

8    nobody do nothing about it.  I talked to the sergeant,

9    they don't do nothing about it.  I talked to the

10   lieutenant, the lieutenant don't do nothing.  I talk to

11   the captain, nobody did nothing.  All week I'm trying to

12   move, because they know there's going to be a big problem,

13   because if somebody want me to sick dick, I never suck

14   dick before.  How am I going to do some shit like that?

15   And I'm not gay.  I don't do things like that.  So that's

16   going to be a major problem.

17           So on Thursday, he told me he was going to rape

18   me on Thursday.  God can be my witness, that on Thursday

19   before the fight, he say, "So you going to make me rape

20   you or you going to give me something?  You going to make

21   me rape you?"  That's on Thursday.  So on Friday, I lay

22   down on the bed and he try to touch my nipples.  He tried

23   to take advantage over me.  So that's when the fight

24   happened.  The fight happened all day on Friday.  After we

25   got through fighting all day, I almost lost my right eye.

1    I end up in a chokehold all day like that.

2              So, Friday, now they don't want me to move out

3    of the room.  Friday, we get a shower.  We get a shower

4    every Friday afternoon.  So now it's shower time.  So

5    shower time now, he don't want me to go to tell the police

6    what happened in the room.  He tell me to go to declare

7    psychological emergency.  How can he declare psychological

8    emergency when you do me like that?  On Monday, you want

9    me to suck dick.  On Thursday, you tell me you going to

10   rape me.  On Friday, you start touching my nipples.  Now

11   you don't want nobody to know what you're trying to do and

12   then you want me to declare psychological emergency.  So

13   now I can't declare psychological emergency.

14             So I went to the shower.  And after the shower,

15   when I finish the shower, I tell the police I'm not going

16   to go back to the room because me and my bunkie, we

17   fighting all day today.  Since I moved into this room, he

18   want me to suck his dick.  I don't do things like that.

19   He told me he going to rape me.  He touch my nipples.  I

20   told him I don't believe -- God create Adam and Eve.  God

21   create Adam and Steve (sic).  He say he don't believe in

22   God.  So I'm not going to go back to the room because my

23   life is in danger.

24             So now I went to the medical.  So I went to

25   medical.  I explained the situation to medical.  I say he

1    didn't have sex with me.  He tried to have sex with me,

2    but he didn't have sex with me yet.  So they gave me PREA

3    paperwork.  So I do the PREA paperwork.  The captain was

4    there, and I do all my paperwork.

5           So they moved me out of the room.  They move me

6    out of the room.  They leave me -- I was in the room by

7    myself now.  So I was in the room by myself now.  That

8    happened on Friday -- Friday -- Friday, November --

9    November -- November 4th or something like that --

10   November 4th or something like that.  Yeah, November 4th,

11   Friday, or something like that.  So the fight happened on

12   Friday.  So now they move to the room.  I was in the room

13   by myself.  So for a full day, I was in the room by

14   myself.  I'm laying down reading.  On Tuesday -- on

15   Tuesday, guess what happened?  The same person tried to

16   kill me.  On Friday, they bring the same person back in

17   the room again.

18          And then I'm supposed to get handcuffed before

19   they push him in the room.  I didn't even get handcuffed.

20   They just push him in the room, just like that.  So that

21   was a mess.  That was a mess.  I never see something like

22   that.  That's what happened in the room.  And they got to

23   see to all that, what happened, and that's when the nurse

24   was passing by.  The nurse was passing by, he would take

25   out his penis to show the nurse.  But that was none of my

1    business.  I didn't care about that.  So when the nurse
2    was passing with the medication, he take out his penis and
3    he show it to the nurse.  That wasn't my business, but all
4    of that happened when I was in the room with him.
5              So, any other questions you want me to answer?
6        Q    Yes.  Okay.  So let's break down a little bit
7    about what you told me.  Thank you for sharing that story.
8    I appreciate it.
9              So when you were originally placed in the room,
10   what day was that; do you remember?
11       A    Say what now?
12       Q    When you were originally placed -- when you were
13   first placed in the room, before the advances by
14   Mr. Wilson or anything like that, when were you placed in
15   that room originally; do you remember?
16       A    I think it was October -- October 31st,
17   Halloween, 2000 -- 2000 -- 2022 -- 2022.
18       Q    So October -- so it was Halloween, October --
19   Halloween 2022, your recollection?
20       A    Yes, sir.
21       Q    Okay.  And you were placed in the room, and you
22   just testified that Mr. Wilson made a couple of different
23   sexual advances on you; is that correct?
24       A    Yes, sir.
25       Q    Okay.  And specifically, you stated that he was

1    requesting that you suck his dick, right?

2        A    That's what he want me to do.  He told me

3    somebody else was supposed to move in the room.  I don't

4    know how it's set up.  If you know prison, if you know

5    police, police can move you in another room with somebody.

6    That's how they do that, you know?  They know the

7    confidant.  They can go to the confidant, and they stick

8    you with somebody else.  But it's set up for something

9    like that.  Somebody going to be in the room with him.

10   It's already set up like that.

11           But when they bring me in the room, I'm not that

12   set up.  That's not the person he's expecting to be in the

13   room.  He didn't know (unintelligible).    So the

14   lieutenant had to talk to him to force me in.  So what I'm

15   getting, that's what he want to get done, because that's

16   probably going to be part of his setup.  I don't know.

17       Q    Okay.  So let me ask you this question.  So

18   Mr. Wilson was in the cell first and you were placed in

19   that cell on October 31st?

20       A    Yes, sir.

21       Q    Okay.  And then when you're in the cell,

22   Mr. Wilson is making sexual advances at you, saying that

23   you want -- that he wants you to suck his dick, right?

24       A    Yes, sir.

25       Q    Okay.  And during that time, your understanding

1    was that he wanted to have someone else in the room, so he
2    was trying to get you out?
3         A    He didn't want me to come in because he was
4    already set up for something like that.  He was already
5    set up.  You know, in prison, they got homosexuals in
6    prison.  There are some homosexuals.  They're proud to be
7    a homosexual.  They let everybody know they're a
8    homosexual.  Some people are homosexuals but they don't
9    let nobody know.  They do it just strictly behind the
10   door.  It's something just like that.
11        Q    Okay.
12        A    And somebody don't -- nobody knows he's gay, but
13   he do things like that behind the door.  Because me --
14        Q    Okay.
15        A    -- I don't do things like that all my life.
16        Q    All right.  But he was -- he was telling you
17   these things, and then while he was in the cell with you,
18   he continued to make these statements; is that correct?
19        A    Yes, sir.  He want me to suck his dick.  And
20   then when I see that he is (unintelligible).  So I tell
21   the officer I would like to move out of the room.  The
22   officer never moved me out of the room.
23        Q    You remember which officer that was?
24        A    Almost all of them were working on that shift.
25   I talk to almost everybody, because I was there for the

1    whole week.  I even talked to the captain about that.

2        Q    Okay.  So you spoke with the captain that was on

3    that shift in that particular week and then a couple of

4    different officers that were on shift that week, right?

5        A    Yes --

6        MR. TARJAN:  Objection -- objection as to form,

7    but you can answer.  Go ahead.

8        THE WITNESS:  Yes, sir.  I speak -- I speak to

9    the captain.  I speak to the lieutenant, the captain,

10    and also the sergeant.  I tried to move out of the

11    room all week, because they know it's not going to be

12    good.  He's going to be nasty like that.  That's what

13    he want in there.  That will never happen, so I

14    already know it's going to be a big fight.

15        Q    (By Mr. Kverne) Okay.  And you were not moved

16    out of the room, and then a couple of days later, you --

17    did you say that Mr. Wilson said that he was going to rape

18    you; is that correct?

19        A    I swear to God.  I put it on my child.  And if

20    he wants to be honest with you, he can tell you that he

21    told me that.  He say, "What you want?  You not going to

22    give it to me?  If you do not give it to me, I'm going to

23    rape you.  I'm going to have to take it."  He told me that

24    on Thursday.  The fight happened on Friday.

25        Q    Okay.  So he told you that the day before the

1   fight?

2      A    Yeah.  That happened on Thursday.  But the

3   fight, when he tried to touch my nipples, that was on

4   Friday.  That's what --

5      Q    Okay.  Let me go back real quick.  So when he

6   told you that, you said you told an officer that at that

7   point?

8      A    Say what now?

9      Q    You told an officer that he had indicated that

10   he wanted to rape you?

11      A    That's when they go to the shower.  Because I

12   want to move out of the room.  Nobody went up in the room,

13   because we behind the door twenty-four hours.  We get a

14   shower sometimes every other day.  Sometimes on other days

15   passing by, they take us to the shower.  So now we are

16   behind the door for a long time together.

17          So now -- so when I finally end up in the shower

18   Friday afternoon -- so after the shower -- after the

19   fight, after the shower, I say I'm not going to go back to

20   this room.  If you fighting somebody all day,

21   (unintelligible) on the chokehold.  And all week, I

22   already went through, he want me to suck dick.  He tell me

23   he going to rape me and all that.  And after the fighting,

24   I almost lost my life.  Now he want me to declare

25   psychological emergency.  I don't got no psychological

```
 1    problem.  I don't got no problem.  But if you do something

 2    you don't want nobody to know what you do, don't do

 3    anything.

 4        Q    Okay.  So hold on.  Let's go back real quick.

 5    So you got into a -- you got into a fight with Mr. Wilson,

 6    right, and you said that happened on Friday?

 7        A    Yeah, that happened on Friday.  The fight

 8    happened on Friday.

 9        Q    Okay.

10        A    Yeah, the fight happened on Friday,

11    November 4th -- Friday, November 4th.  And we get in

12    another fight again.  They move me -- they move me to a

13    room by myself.  And November 8th -- November 8th, we get

14    in another fight, because they bring him back to the room

15    where I was in the new room.  They bring him back to the

16    new room again.  So that's when we got in another fight

17    again.  And I was bleeding everywhere, so I had to go see

18    medical again.

19        Q    Okay.  So let's talk about that real quick.  So

20    November 4th, is that the day that you said he tried to

21    touch your nipples?

22        A    Yes, that was Friday.

23        Q    Okay.  So he tried to touch your nipples and

24    then the two of you started fighting, right?

25        A    Yes.
```

1          MR. TARJAN:  Objection as to form, but you can

2      answer.

3      Q    (By Mr. Kverne) Is that correct, that he tried

4   to touch your nipples and then the two of you started

5   fighting?

6      A    I jump -- I jump from the bed to the floor now.

7   I was laying down and he tried to touch my nipples.  And I

8   jumped.  I was on the upper level.  They got the bunk

9   upper level and lower level.  He was on the lower level.

10  I was on the upper level bunk.  So when I'm on the upper

11  level bunk, he tried to touch my nipples.  That's when I

12  jump from the bunk and we start fighting.  And we fighting

13  and we fighting and we fighting.

14          He mistreated me in this room.  I never been

15  mistreated like that.  I'm on the toilet -- I'm on the

16  toilet, using the toilet, I'm behind the blanket.

17  (Unintelligible) behind the blanket, come to stand in

18  front of me while on the toilet.  You're not supposed

19  to -- nobody supposed to stand in front of somebody when

20  somebody taking shit.  People are supposed to have privacy

21  for that.  All that, I never reported all that.  And he

22  did all of that in the room.   And the nurse is stopping

23  (unintelligible) the medication, he take out his dick.

24  Nobody supposed to --

25          COURT REPORTER:  I'm sorry, sir.  Can you slow

1          down a little bit for me?  Your accent -- I'm sorry.

2          You're a little fast for me, okay?

3                THE WITNESS:  All that happened when I'm in the

4          room.  And I swear to God.  And I can call God as a

5          witness.  And I got three children I love more than

6          anything on this planet --

7          Q     (By Mr. Kverne) Mr. Veillard.  Okay.  Slow down

8    a little bit, all right?  Just talk a little bit slower.

9    I know that you're upset, and I know that this is an

10   upsetting topic for you and everything.  I know that

11   that's the case, but I need you to slow down.  Let me ask

12   you some questions, okay?

13               MR. TARJAN:  I move to strike Mr. Kverne's last

14         statements about upsetting.

15         Q     (By Mr. Kverne) Mr. Veillard, are you upset?

16         A     I'm on the toilet.  I told you that happened

17   when I'm in the room.  I'm on the toilet, using the

18   toilet.  And you can ask him if you want to, if he'll tell

19   you the truth --

20         Q     Mr. Veillard?  Mr. Veillard, in telling this

21   story --

22         A     I told you I'm on the toilet.  I'm on the

23   toilet, using the toilet and --

24         Q     And Mr. Veillard -- Mr. Veillard, let me ask you

25   this question.  In telling us this story, are you getting

```
 1   upset?

 2        A    That troubled me.  I almost lost my life.  I'm

 3   glad to be alive.  Not only one time I almost lost my

 4   life, I almost lost my life several other times --

 5        Q    All right.

 6        A    -- but I'm --

 7        Q    Mr. Veillard, let me ask you -- okay.  Let me --

 8   let me break this down, okay?  So the two of you are

 9   fighting.  When the fight began, who attacked who?  And

10   this is on November 4th?

11        A    I push -- when I push his hand, now that's when

12   we begin to fight.  Because he's trying to --

13        Q    Okay.

14        A    -- touch my nipples and --

15        Q    So --

16        A    -- that's --

17        Q    Let me break this down.  This is difficult, but

18   I am trying to -- I am trying not to talk over you, but

19   you're talking a lot and you're talking quickly.  And I am

20   just trying to get the information for -- and the court

21   reporter is getting a little annoyed, I can tell.

22             Let me break this down.  Just answer the

23   questions that I ask you, okay?  The question that I'm

24   asking you is, so you pushed Mr. -- you pushed Mr. Wilson

25   after he tried to touch your nipples, right?
```

1      A      Yes, sir.

2      Q      And then he -- and then he pushed you back?

3      A      And then we fight.  I end up on the headlock and

4   he end up on the floor.  So when he ends up on the floor

5   now and then I punch him -- I punch him and he give me the

6   headlock.  I almost lost my life.  That's -- we fight for

7   a long time.  When I tell you a long time, I don't got no

8   breaths left to fight.

9      Q      All right.  How long did you fight for?

10     A      We fight all -- long time.  We fight a long time

11  in the room.  After we start to fight --

12     Q      Did --

13     A      -- long time, you know --

14     Q      Did you --

15     A      -- we still --

16     Q      During this time -- during this time, did you

17  see any officers?  Did any officers come and talk with

18  you?

19     A      When the officer -- the officer come in -- when

20  the officer passing by now, he would tell the officer --

21  he'd say I'm gay.  That's what he would tell the officer.

22     Q      Okay.  So you would -- you would stop fighting

23  and say things?

24          MR. TARJAN:  I could not hear what he said.

25      What was his response, I'm sorry, when officer came

1      by?

2          THE WITNESS:  One of the officers come by right

3      after the fight, and I say, "hey, you know me and my

4      bunkie don't get along.  I would like to move to

5      another room."  You know, I tell him something like

6      that.  He tell the officer, "Hey, I'm gay.  That's

7      what he said, "Because I'm gay."  That's what he

8      said.  You know, he tried to speak for himself.  And

9      God know the truth.  God know the truth.

10     Q    (By Mr. Kverne) Okay.

11     A    God be my witness, and he know the truth.

12     Q    Mr. Veillard, so when the officer would come by,

13  the two of you would stop fighting and then you would talk

14  with the officer?

15     A    I'm still trying to move out of the room, even

16  though -- after the fight, after he try to move out the

17  room.  Nobody want to move nobody out of the room.  Nobody

18  cares for nobody in prison like that.  Nobody cares.  I

19  told you I almost lost my life.

20          The other day I was in a fight again.  I almost

21  lost my life again.  For real, that's how they do it in

22  prison.  It's not easy like that.  You're in the room.

23  Somebody get a problem with you when they move you to

24  another room.  When you get killed, that's when you're

25  going to get moved.  That's how they do that, but they

1    don't move you when you get (unintelligible).

2        Q    All right.  So you eventually -- you eventually

3    told someone about that incident, right, and they begin a

4    PREA investigation?

5        A    All week I tell people.  They can review the

6    camera.  Everything happened on camera.  They're not

7    supposed to question.  Just review the tape.  All week,

8    October 31st, I try to move.  I'm trying to move out the

9    same day.  November 5th, I'm trying to move out.

10   November 2nd, I tried to move out.  November 10th, he told

11   me he going to rape me.  I'm still trying to move out.

12   November 4th, after the fight, I'm trying to move out.

13          They don't want to move me back out.  So now

14   that's when I go to move.  I went to the shower to go to

15   the take a shower.  I say, I'm not going back to the room

16   because (unintelligible) is supposed to come to pick you

17   up from the room with the handcuffs to take you to the

18   shower.  So when I finish taking my shower, I say I'm not

19   going back to the room because I went through hell with

20   this guy.  He want me to suck his dick.  He want to touch

21   my nipples.  He told me he going to rape me and fight with

22   me all day.

23          And then now I've talked to everybody.  I tired

24   to move all week.  Nobody want to move me.  Now I have an

25   opportunity to (unintelligible).  I'm not going back to

1    the room.  That's that.  That's that.  I've got to tell
2    you what happened to me in the room.

3                    So now they take me to the -- to the -- to
4    the -- to the -- to the -- to the nurse.  The nurse make a
5    report, a PREA report.  And also, she -- the nurse said
6    she would call down.  And I said all this situation to the
7    nurse, everything that happened.  I don't make that up.
8    And I came to the room and told this man, they want me to
9    come to the room and this guy want me to suck his dick all
10   week.  I don't want to suck no dick.

11                   And I talked to the sergeant.  I talked to the
12   lieutenant.  I called up the captain.  I want to try to
13   the move out of the room, and they don't want to move me
14   out of the room.  On Friday, this guy tried to touch my
15   nipples, we fight all day.  And after the fight, I move
16   from the room.  I went to the shower.  And after the
17   shower, I'm not going back to the room.  I do my PREA in
18   the room.

19                   So now they move me in the room by myself.  I'm
20   in the room by myself.  Friday, I'm in the room by myself.
21   Saturday, I'm in the room by myself.  Sunday, I'm in the
22   room by myself.  Monday, I'm in the room by myself.
23   Tuesday, I was laying down and reading, and guess what?
24   My door cell -- my door --

25        Q    All right.  Mr. Veillard, let me -- let's --

```
 1   we're getting way ahead.  Let's break this down.
 2              Okay.  So you talked to a nurse and you talked
 3   to a couple of the other -- and you told them about the
 4   issue and they didn't do anything, right, on November 4th?
 5              MR. TARJAN:  Objection as to form.
 6        Q    (By Mr. Kverne) Is that correct?
 7        A    Nobody do nothing.  Everything on camera.
 8   You --
 9        Q    Okay, okay.  All right.  Nobody did anything.  .
10             All right.  Then you went to take a shower --
11        A    Nobody --
12        Q    Then you went to take a shower, and when you
13   were coming back from the shower, you told someone else;
14   is that correct?
15        A    Yeah.  When -- because they come to get me from
16   the room, take me to shower.  So when I finish up with the
17   shower, they supposed to come to get me from the shower to
18   bring me back to the room, and I say I'm not going back to
19   the room.  I'm --
20        Q    Okay.  So -- so, okay.  So after the shower, you
21   refused to go back into the room, right?
22        A    Yes.  Yes, sir.
23        Q    Okay.  And because of your refusal to go back in
24   the room, was Mr. Wilson moved out or were you placed
25   back -- or what happened there?
```

1      A     So when I refused to go back to the room, now

2   they moved me to go to see the medical and also to see the

3   captain.  And the captain give me the PREA paperwork, and

4   I explain the situation to the captain and also in writing

5   so the nurse can understand what's going on.

6      Q     Okay.  So let's break down what you just said.

7   So you refused to go back in the shower, they took you to

8   medical and they did a PREA, P-R-E-A, investigation on

9   you, correct?

10     A     Yes, sir.

11     Q     Okay.  And then you told them what happened,

12  right?

13     A     Yes, sir.

14     Q     Okay.  And what did they do?

15     A     So they give me the paperwork, and they do the

16  paperwork, the PREA paperwork.  And then the medical, they

17  examine my bruises on my side, whatever I had going on the

18  side.  They examine everything.  And then they take me out

19  of the room.  I was in Room 19 and they moved me to Room

20  1.  And I was in Room 1 by myself.  And on Tuesday, I

21  think November 8th -- I think November 8th, the same

22  person that I had the problem with, they move that person

23  in the room --

24     Q     Okay.

25     A     -- with me again.

1    Q    All right.  Let's talk about this.

2         All right.  So you were -- after the PREA

3    investigation, you were placed in a different cell, not

4    the cell you were in originally, a totally different cell,

5    correct?

6    A    Yes.  Yes, sir.

7    Q    Okay.  And you were in that cell by yourself for

8    four days?

9    A    Yes, sir.

10   Q    Okay.  And then four days later, on

11   November 8th -- you think that's a Tuesday, correct?

12   A    Yes, sir.

13   Q    They then took Mr. Wilson, the person that had

14   been in the cell with you, and placed him inside the cell

15   with you, correct?

16   A    Yes, sir.  And the fight begun again.  That's

17   when --

18   Q    Okay, okay.

19   A    -- they --

20   Q    Okay.  Let's -- hold -- okay.  We're making

21   progress now.

22        Okay.  So they placed him inside the cell with

23   you.  All right.  So tell me about this interaction, what

24   happened?  They come to your cell with Mr. Wilson.  Do you

25   say something to the officers?

1          MR. TARJAN:  Objection as to form.

2     Q    (By Mr. Kverne) Mr. Veillard, they come to your

3 cell with Mr. Wilson.  Do you say something to the

4 officers about Mr. Wilson?

5     A    According to the law, before they put anybody in

6 the room, I'm supposed to be in handcuffs first.  I'm

7 supposed --

8     Q    Okay.  Okay.

9     A    -- to be handcuffed, but they --

10    Q    And I understand that.  But did you say

11 something to the officers that he should not be in the

12 room with you at the time?

13    A    I didn't say nothing.  I didn't have a chance to

14 say nothing.  I'm laying down reading.  My door just swing

15 open and then they push him inside.  I was supposed to be

16 handcuffed --

17    Q    Okay.

18    A    -- before the door opened --

19    Q    Okay.  All right.

20    A    -- (unintelligible) they push inside --

21    Q    (By Mr. Kverne) Let's break this down again.

22 They bring him it to the cell.  Do they announce that

23 they're going to put him in the cell with you?

24    A    I don't remember.  I don't think they had asked

25 me they're going to put him in the room with me.

1      Q     Okay.

2      A     I don't think so.  When we --

3      Q     (By Mr. Kverne) Did Mr. Wilson -- did you hear

4  Mr. Wilson say anything to the officers when they were

5  placing him inside the cell?

6      A     I was so scared.  I was yelling everywhere

7  because I don't know if this guy got a knife.  They pulled

8  a knife already two times on me in prison.  They pull guns

9  on me two times in prison.  And this guy I already had a

10  problem with, now they move him with his property on his

11  hands.  I don't know what he got on his property.

12      Q     So --

13      A     I was so scared.  I couldn't -- I was yelling,

14  yelling, yelling, yelling, yelling.  I've never seen some

15  shit like that in my life.

16      Q     (By Mr. Kverne) Mr. Veillard, hold on one

17  second.  When they are placing him inside the cell, did

18  Mr. Wilson say anything to the officer?  Did you hear

19  Mr. Wilson say anything to the officers about placing him

20  inside the cell?

21      A     I don't remember, but I'm not going to lie to

22  you.  Anything I tell you is the truth.  If I don't

23  remember, I can't tell you what he said.  But I know I was

24  laying down, and my cell door swing open.  And the person

25  that I had a problem with, that's the same person they

1  bring back to the room.  I began yelling, and we're

2  fighting again.  I don't know if this --

3       Q    Let's -- let's -- Mr. Veillard, hold on.

4  Mr. Veillard, let me break this down for one second, okay?

5            So they place him inside -- the push him inside

6  the room and you were reading, correct?

7       A    Yes, sir.

8       Q    Okay.  So was Mr. Wilson handcuffed?

9       A    Yeah, he was handcuffed.

10      Q    How was he handcuffed -- was he handcuffed in

11  the front or the back?

12      A    I believe he was handcuffed in the back -- in

13  the back, but I didn't touch him.  I didn't --

14      Q    He was handcuffed behind his back?

15      A    Behind his back, I think so.

16      Q    Okay.  Did the officers take the handcuffs off

17  of him?

18      A    When they get inside the room, they take off the

19  handcuffs.

20      Q    While they were taking the handcuffs off of him,

21  did you say anything to the officers?

22      A    I can't remember if I say anything to the

23  officers.

24      Q    Okay.  What -- did he say anything to the

25  officers when the handcuffs were being taken off of him?

1      A      I don't remember what he say.  I can't -- I

2  can't say something that I can't remember, but --

3      Q      The handcuffs -- the handcuffs are taken off of

4  him at this point.  Is his property placed inside the cell

5  with you?

6      A      Say what now?

7             Yes, his property was inside and he starts

8  fighting me again me.

9      Q      Okay.  So, let's break down the sequence of

10  events.  So his property is placed inside the cell.  Do

11  the officers walk away or do they stand there?

12      A      They stand there, both of them.  The lieutenant

13  was there and the sergeant was there.  They had one

14  lieutenant and one sergeant.

15      Q      Okay.

16      A      And then when he --

17      Q      Okay.  They had a lieutenant and a sergeant -- a

18  lieutenant and a sergeant were standing there.

19             MR. TARJAN:  Objection as to form.  Go ahead.

20      Q      (By Mr. Kverne) Okay.  The lieutenant and the

21  sergeant were standing there and --

22      A      Watching -- watching the fight.

23      Q      Watching the fight.  So you two had started

24  fighting immediately while the lieutenant and the sergeant

25  were standing there?

```
1        A    As soon as they take off his handcuffs, he
2   attacked me and I start bleeding everywhere.  When I
3   called the lieutenant to see what the hell is going on,
4   they bring the kid to me and move me again and I start
5   yelling.  Lieutenant say, "Fight?  This isn't a fight
6   yet."  That's what the lieutenant tell me.  I swear to
7   God.  That's not a fight yet.  That's --
8        Q    Okay.  So let's break this down.  When the fight
9   began, who attacked who?
10       A    Oh, I didn't attack him.  (Unintelligible)
11  attack him because he's wasn't handcuffed.  I don't do
12  crazy things like that.  I didn't want him to be near me.
13  He attacked me whenever they take off the handcuffs.
14       Q    So when they took the handcuffs off of him, Mr.
15  Wilson proceeded to attack you?
16       A    (Unintelligible) attack me.
17       Q    Okay.  How did he do that?
18       A    Because he didn't want me to tell nobody.  He
19  wants me to declare psychological emergency.  He don't
20  want nobody to know what happened in the room.  So now I
21  want everybody to know what happened in the room.  He's
22  already got a big problem with that and now they bring him
23  back to the room.  He got no problem with that.
24       Q    All right.  So, Mr. Veillard, when he attacked
25  you, how did he attack you?  What did he do to attack you?
```

1    A    He start punching me.  He start punching me.  I

2    block what I can block and I punch back, too.

3    Q    Okay.  So he started punching you and you

4    started fighting back.  And when -- were the offers still

5    standing there while this was going on?

6    A    Of course they are, of course.  The video camera

7    speak for itself.  You can ask for the video.

8    Q    Okay.

9    A    They said they're going to scrub the door, and I

10   was bleeding.  And I tell the lieutenant, "What the hell

11   is going on?"  The lieutenant sad that's not a fight yet.

12   You fight.  So I'm bleeding.  I had to see a nurse.  I was

13   bleeding everywhere.  That's not good.

14   Q    Did the officers eventually walk away or did

15   they stand there the entire time during the fight?

16   A    I think they walked away for a minute.  And

17   after that, when they come back in the room and they move

18   him out from the room, when they saw I was bleeding, they

19   move him out from the room.  So when they move him out --

20   and after that, they come to pick me up, take me to the

21   nurse so the nurse can see my bruises, where I was messed

22   up bad.  So that's what they do.

23   Q    Okay.  How long did the fight go on for?

24   A    I don't know how long, but it was going on for a

25   minute.  We had a little fight.  We had a big fight.  I

```
 1    don't know how long.  And then after that, the inspector
 2    general come to talk to me about the fight.  I tell the
 3    inspector general what happened.
 4          Q    Okay.  So the fight occurs, the two of you are
 5    attacking each other.  Do either of you have weapons?
 6          A    We don't get no weapons.
 7          Q    Okay.  So neither of you had a weapon?
 8          A    Nobody had a weapon.  I don't think he got no
 9    weapon.  We fight with our hands.  But the purpose of the
10    fight, he wants sex.  That's the purpose of the fight.
11    And he told me he going to rape me, and I don't make that
12    up.  And I told you I was on the toilet, taking a shit,
13    during the week that I was in the room.  I'm behind the
14    blanket.  You put a sheet when you go to use the toilet.
15    And he came behind the sheet to stand in front of me.  And
16    then the next -- during the medication, he take his penis
17    to show to the nurse --
18          Q    What you're talking -- what you're talking about
19    was on November 4th, right, that week?
20          A    That all happened during the time that I'm in
21    the room from Monday to Friday.  That's --
22          Q    Okay.  We're focusing -- we're focusing on the
23    one -- on November 8th.  So on November 8th, the fight
24    occurs, neither of you have weapons.  How are you injured?
25          A    I get punched.  I get punched in my mouth.  He
```

1    punched me in my mouth and then my mouth bleeds.

2         Q    Okay.  So your mouth was bleeding.  Any other

3    injuries?

4         A    I might have other bruises, but it -- I wasn't

5    hurt too much.

6         Q    Okay.

7         A    They had --

8         Q    What about Mr. Wilson, how was --

9              MR. TARJAN:  Mr. Kverne, you've got to let him

10             finish the sentence.  I know you're trying to

11             control, but if you could just let him finish a

12             little bit more please.  Thanks.

13        Q    (By Mr. Kverne) Okay.  How was -- all right.

14   What other injuries did you have?  You said you had

15   bruises and your mouth was bleeding.  Any other injuries?

16        A    I get some injuries and other bruises, but, you

17   know, it wasn't a major thing.  I can't make things up.  I

18   got to tell you the truth.  My mouth was bleeding, and I

19   had some other -- you know, we had two fights back to

20   back; one on Friday, one on Tuesday.  So I got bruises on

21   Friday that didn't recover and, of course, some other

22   bruises on Tuesday again.  But they don't suppose to do it

23   like that.  They don't care if he kill me or kill --

24        Q    Okay.  All right.  Okay.  So you had bruises and

25   you had nothing major, but you had some bleeding from your

1    mouth.  Those were your injuries, right?

2              MR. TARJAN:  Objection as to form.

3        Q    (By Mr. Kverne) Your injuries consisted of

4    bleeding from your mouth and bruises?

5        A    Yeah.  That's what I had.  He didn't have sex

6    with me yet.  He didn't have sex with me.

7        Q    Okay.  All right.

8        A    He didn't have sex me.  He didn't have sex with

9    me.

10       Q    Okay.  Mr. Veillard, now, what about Mr. Wilson,

11   what injuries did Mr. Wilson have?

12       A    I remember I bite him, I think so.  I think I

13   bite him, I think so, because I didn't have no other

14   choice.  I probably was in a headlock, I think I bite him.

15   Something like that.

16       Q    Okay.  So Mr. Wilson put you in a headlock, and

17   you bit him while he had you in a headlock?

18             MR. TARJAN:  Objection as to form.

19             THE WITNESS:  I think so.  I think so.

20       Something like that.

21       Q    (By Mr. Kverne) Okay.  Is it an accurate

22   statement that you bit him while he had you in a headlock?

23       A    Because they know he's a big fake and I had to

24   let go.  The first fight, I fight better on the first

25   fight than the second fight.  Because the second fight,

```
 1   somebody moved man with his property and (unintelligible)

 2   people for honeybun and chips.  And then somebody you

 3   already had a problem with don't want you to report that

 4   he tried to have sex with you.  He want you to declare

 5   psychological emergency when you go to declare what

 6   happened in the room.  He don't like that and they move

 7   that person in the room with you.  I'm not concentrating

 8   on the fight right now.  I'm concentrating --

 9        Q    Mr. Veillard -- Mr. Veillard, let's get back on

10   topic.

11             The injuries that he had, he had a bite mark,

12   right, because you bit him, correct?

13        A    That's what I say, I bite him.  That's what I

14   said.

15        Q    Any other --

16        A    So I don't remember --

17        Q    Did he have any other injuries?

18        A    Did he have any other what?

19        Q    Did Mr. Wilson have any other injuries, other

20   than the bite that you gave him?

21        A    I don't know.  I don't know.  When after the

22   fight -- after the second fight, they come -- the police

23   watching the fight go a little minute.  And after that,

24   they turn around.  And when they come back, they take him

25   out of the room.  I don't know what happened to Mr. Wilson
```

1    anymore.  And after that, they bring him to the same wing.

2    When they bring him to the same wing, he don't bother me

3    anymore, because we know I'm pressing charges against him.

4    He don't bother me anymore, so I don't say nothing to him

5    anymore.  Me and him, we don't talk the way we used to

6    talk anymore.

7         Q    Okay.  So after the fight, you get taken to

8    medical.  He gets taken to medical, and you don't see him

9    again except for at one point when he's placed in the same

10   wing as you, right?

11        A    Yeah.  When they put him on the same wing, he

12   came to ask me -- he came to ask me -- when they put me in

13   the same wing, he say, hey, (unintelligible), that's what

14   he told me.  He say, hey, I'm going to tell them, when

15   they put me in the room again, you beat me up so can sue

16   the lieutenants -- Lieutenant Ingram.  That's what he told

17   me.

18             I say I don't do things like that.  I don't do

19   evil.  I don't do evil.  You do things to me.  I reported

20   what you did to me.  God can be my witness, if you want to

21   (unintelligible).  And if he want to tell you the truth

22   too, Mr. Wilson can you tell you I tell you everything I

23   tell you, no lie.  I swear.  I get three kids.  I put it

24   on them, no lie.  Everything I tell you -- I'm on the

25   toilet.  He come to stand in front of me on the toilet.

```
 1    You're not supposed (unintelligible) the blanket when I'm
 2    using the toilet.  That's not good.  I'm taking a shit.
 3    You can't stand in front of me.  That's disrespectful.
 4    And then the nurse is passing by, giving medication,
 5    you're not supposed to take your penis out in front of
 6    another man and --
 7         Q    Mr. Veillard?  Mr. Veillard, all right.  The
 8    officers that were standing at the door, who were the
 9    officers that were standing at the door?
10         A    They got Lieutenant Oliver.  They got Lieutenant
11    Oliver and Sergeant Ingram.  That's the one who brought
12    him back to the room, to the new room that I was in.
13         Q    Ingram and Oliver were standing at the door?
14         A    Yes, sir.
15         Q    Okay.  Anyone else standing at the door?
16         A    I didn't see anyone else.  That's the only two
17    that I saw.
18         Q    Okay.  All right.  Is there anything else about
19    this entire situation that you want to tell me that you
20    haven't already told me?
21         A    So I don't need to say anything else.  That's
22    what the next thing (unintelligible) that was the missing
23    part.  During the time that I was in the room, I was
24    behind the blanket, using the toilet, and he came to stand
25    in front of me.  That's one part.  And then one time --
```

1    the next was during the medication and then he take out

2    his penis inside the room and show to the nurse, that's

3    another part.  And that's the only two things that I

4    forget during the time that I was writing my statement.  I

5    didn't have a chance to put that stuff in.  And he told me

6    he was going to rape me on Thursday, that's what he say.

7    And I don't make that up.  And everything that they had,

8    everything was there, you know.  I didn't (unintelligible)

9    all in my statement.

10        Q    And the time that you just talked about, about

11   being on the toilet and Mr. Wilson pulling out his penis,

12   those two times were when you were first placed in the

13   room with him before you were moved out, correct?

14        A    Yeah.  During the time I was in the room, they

15   do that.  But he didn't show me his penis.  He showed his

16   penis to the nurse, but nobody is supposed to do that when

17   you get another man in the room with you.  You're not

18   supposed to take out your penis to show (unintelligible).

19   You're not supposed to do things like that.  He didn't

20   show me his penis, but --

21        Q    Okay.  That was before November 4th?

22        A    Yes, sir.

23             MR. KVERNE:  Okay.  All right.  I don't have any

24        further questions.

25             Mr. Tarjan, do you have questions for him?

```
 1              MR. TARJAN:  I do.
 2                      CROSS-EXAMINATION
 3   BY MR. TARJAN:
 4       Q    Mr. Veillard, I'm Josh Tarjan.  I'm the attorney
 5   for Mr. Wilson.  Thank you for being here today and
 6   answering questions.
 7              Going back to the first cell that you were in
 8   with Mr. Wilson -- first of all, can you hear me okay?
 9       A    Yes, sir.
10       Q    All right.  Well, are you -- you said you're
11   familiar with an Officer Grainger; is that correct?
12              No, I'm sorry.  Are you familiar with an Officer
13   Jonathan Grainger?
14       A    Yeah, yeah.  I know him.  I know him.  He was
15   the sergeant.  I talked to him when I tried to move out of
16   the room.  I talked to him, too.  I tell him I want to
17   move out of the room, too.
18       Q    When you said -- and I'm going to ask you to
19   sort of keep your -- I mean, you can answer a question as
20   long as you need to, but if you could try to keep it short
21   so that we can be more efficient.
22              So you said Sergeant -- you do know Sergeant
23   Grainger.  Did you see him during the first time you were
24   in the cell with Mr. Wilson?
25       A    During the -- during the week that I was in the
```

1  room, yeah, I saw him.

2      Q    Okay.

3      A    I don't know if it was the first day, but I saw

4  him during the week.  I saw him.  I tell him I want to

5  move out of the room.  Not only that, I also saw the

6  captain, too.  I explain the situation to the --

7      Q    Okay.  Let's just go -- I'm going to ask you

8  about that, but let's just go one person at a time.

9          So my understanding is that you saw Sergeant

10  Grainger the first week and you told him that you wanted

11  to move out of the cell?

12      A    Yes, but I didn't explain, you know, all the

13  details.  I just say, I have a problem with my roommate.

14  We don't get along well, and I would like to move to

15  another room.  But I didn't give him all the detail.  He

16  tried to have sex with me and all that.  I didn't give him

17  that.

18      Q    Okay.  Let me move onto -- still staying in that

19  first cell, did you encounter Sergeant Benny Ingram?

20      A    So during the time -- during the -- during

21  the -- during week that I was in there?

22      Q    Yes.  I'm talking about the very first week.

23      A    I don't remember.  I don't remember if it was

24  Mr. Ingram, but he was the other officer that I talked to

25  before I talked to the captain.  I talked to several of

```
 1   the officers.

 2        Q    Okay.

 3        A    But I remember Ingram is the one who brought

 4   the -- who brought the inmate back to the room with me,

 5   him and Mr. Oliver.

 6        Q    Okay.  So but -- that first week, you don't

 7   remember whether you saw Sergeant Ingram?

 8        A    No, I don't remember.  Because I was just

 9   moving -- I was just moving from another camp to that

10   camp.  I was just new in that camp.  I didn't know

11   everybody like that --

12        Q    Okay.

13        A    -- you know.  I was moving from (unintelligible)

14   to Jackson.  I was (unintelligible) to Jackson maybe --

15   maybe a couple of weeks, probably.  Maybe -- maybe two

16   weeks or three weeks, something like that.  I wasn't -- I

17   wasn't -- maybe -- if it was that much.

18        Q    Okay.  So maybe two weeks prior you had come

19   from another camp?

20        A    Yeah.

21        Q    Okay.  Now, what about that first week, did you

22   encounter Joshua Causey, an Officer Causey?

23        A    Yeah.  They got the Causey, and they got another

24   one, too.  I think I spoke to this one.  I forget his

25   name.  But --
```

```
 1        Q    Let's focus on Causey.  Did you speak to Causey

 2   that first week?

 3        A    I don't remember.  But I don't remember if I

 4   talk to Causey, but I remember I talk to another one, too.

 5   I forget his name.  Benson.  I think it's Benson, Vinson.

 6   I remember that.

 7        Q    How did you spell that?  How do you spell it?

 8   Was it Benson or Vinson?  How do you spell that?

 9        A    I don't remember how to spell that.  I don't

10   know how to spell that, but I know I talked to Mr. Benson

11   after the fight.

12        Q    You spoke with -- I'm sorry.  Going back to, you

13   said a Benson or Vinson?  Like a V or B?

14        A    I think it's Benson, something like that.

15   Vinson or Benson, yeah.  I talk to him.  I talk to him.

16   He's a very nice officer, but he didn't move me out of the

17   room.

18        Q    Okay.  Did you tell Benson about your issues

19   with Mr. Wilson that first week?

20        A    Yeah.  I tell him about the fight.  Right after

21   the fight on Friday, I talk to him again.  I said, hey,

22   you know me and my roommate, we get into a big fight.  And

23   then he say nothing else.  That's --

24        Q    Let me ask you about another officer.  Do you

25   know an Officer Danielle Jones?  Sergeant Jones?  Female?
```

1          A     Jones?  I don't remember a female Jones.

2          Q     Okay.  What about an Officer Steven Studemire?

3    Do you remember Steven Studemire?

4          A     No, I don't remember.  I --

5          Q     Okay.  All right.  So let's move onto

6    November 8th, the day of the fight.  This would have been

7    after the shower.  So who -- how many officers escorted

8    Mr. Wilson to the cell?

9          A     When they bring him back to the cell with me?

10          Q     Yes.  On November 8th, so the second time you

11   were housed with Mr. Wilson, how many officers escorted

12   him?

13          A     I saw the lieutenant, which is Lieutenant

14   Oliver, and I saw the sergeant -- Sergeant Ingram at the

15   time.  They always got one sergeant and one lieutenant in

16   the dorm.

17          Q     Okay.

18          A     But that was the sergeant.  And the lieutenant

19   is supposed to be the leader to tell the officer, regular

20   officer what to do.  But the one who bring the person to

21   come to fight me with me -- so when the person come with

22   his property, I didn't know if he had a gun on him.  The

23   sergeant and the lieutenant bring somebody I have a

24   problem with and --

25          Q     Let me ask you -- let me interrupt for a second.

```
 1              Who was carrying Mr. Wilson's property?

 2      A    So I don't know who was carrying but he came to

 3 the room.  He came with his property.  He came with his

 4 all his stuff.  And as soon as they took off his

 5 handcuffs, he attacked me.

 6      Q    Do you think Mr. Wilson was carrying his own

 7 property?

 8           MR. KVERNE:  Objection.  Speculation.

 9      Q    (By Mr. Tarjan) Do you remember whether

10 Mr. Wilson was carrying his own property?

11      A    He bring him in.  Somebody had to bring --

12 somebody had to carry or he had to carry it in.  They came

13 with him.  They didn't come later on.  Sometimes they come

14 later on.  It didn't come later on.  As soon as he came to

15 the room, his property was already in the room with him.

16      Q    Oh, so did somebody bring his property to the

17 room before Mr. Wilson got to the room?

18      A    No, no.  He came with it.  I think he came with

19 it.  I said, as soon as he come and attack me, he came

20 with his property.

21      Q    Okay.  Now, how were -- you said Lieutenant

22 Oliver and Sergeant I were escorting Mr. Wilson.  How were

23 they escorting him?  Were they holding him, a custodial

24 hold?  How were they escorting him?

25      A    You ask me a question I cannot answer.  I told
```

1    you I laid down on the bed reading.  And according to the

2    law, I'm supposed to be in handcuffs before they move

3    everybody -- anybody in there.  And I'm -- they don't even

4    ask me anything.  They handcuff the -- the door just

5    swinging open and they push -- they push him in.  And I'm

6    already (unintelligible) stop, what the hell is going on?

7    I don't know what's going on.

8        Q    Okay.  Mr. --

9        A    He's the guy I have a problem with and now he's

10   moving back in again.  What's going on?  I'm hearing --

11   I'm not about to fight anymore.  I fear for my life.  I --

12       Q    Mr. Veillard?  Mr. Veillard, I appreciate that,

13   you know, you're agitated about this, but I just want

14   to -- just try to answer my questions.  Just -- so who --

15   you said he was pushed into -- Mr. Wilson was pushed into

16   the cell.  Did you see who pushed him into the cell?

17       A    I don't know but only thing I know, the camera

18   cannot lie to you.  Only thing you got to ask is to review

19   the video of the camera.  I'm going to tell you the truth.

20   On the day the incident happened and (unintelligible) on

21   the day, you ask for all the video so you can watch it

22   yourself.  Sir, I was laying down and then he come into

23   the room, and I start yelling, what the hell is going on?

24   Especially when the person that (unintelligible) bring him

25   in.  So he came with his property.  I don't know if he got

```
 1    a knife or not.  People stabbed every minute in that
 2    prison, and then they (unintelligible) all the time.
 3    People have to go to the outside hospital.  So I don't
 4    know what's going on.
 5         Q    Okay.  When --
 6         A    So I --
 7         Q    When Mr. Wilson was pushed into the room, did
 8    anyone --
 9         A    He --
10         Q    Did anyone besides --
11         A    He was --
12         Q    Was anyone besides Lieutenant Oliver and
13    Sergeant Ingram involved in pushing Mr. Wilson into the
14    room?
15         A    They got to be in front because he's not
16    supposed to be in there with everything he's done.  I
17    reported everything.  I had a problem.  We were supposed
18    to keep separate.  Everybody know that --
19         Q    Let me ask you this.  Let me ask you this.
20    During the fight on November 8th, did you see Jonathan
21    Grainger come to the cell at any point?
22         A    They was in front of the door, watching the
23    fight while I was bleeding.  I was talking to both of
24    them.
25         Q    Okay.
```

```
 1        A    Yes, I saw --

 2        Q    Okay.  There's a lot of different people, so I'm

 3   just trying to be specific as to who the officers were

 4   that you're speaking to or who is pushing.  So the

 5   question is, did you see Grainger watching the fight?

 6        A    Of course, yes.  Yes, Grainger, and also Oliver.

 7        Q    Okay.  Did --

 8        A    When I was bleeding --

 9        Q    Okay.  Okay.  Did Grainger do anything to stop

10   the fight?

11        A    They didn't want to stop the fight.  They want

12   to (unintelligible) the fight.  They want to watch the

13   fight.  When I tell him I'm bleeding right there, they

14   said that's not a fight.  Oliver told me that himself,

15   that's not a fight.  That's what he told me.  I said

16   that's --

17        Q    Did Sergeant Grainger tell either of you to

18   fight?

19        A    I remember Oliver told me that.  But he bring

20   him back to the room, what is that telling you?  That

21   already speaks for itself.  I don't have to tell you.

22   Actions speak louder than words.  If actions speak louder

23   than words, we already fought.  My thing already reported

24   to (unintelligible).  That's what they try to do.  They

25   bring him back to the room.  That's when, you know what,
```

1    that's what I got for you (sic).  That's why actions speak

2    louder than words.  They --

3         Q    Let me ask you about Joshua Causey.  Do you

4    remember seeing Joshua Causey during the fight?

5         A    I don't remember.  I don't remember.  I'm not

6    going to tell you nothing I don't remember.  What I

7    remember is what I remember.  What I tell you the truth,

8    that's all the truth.

9         Q    That's -- that's --

10        A    I don't --

11        Q    Mr. Veillard, that's fine.  Either you know

12   something or you don't know it or you don't remember,

13   that's fine.  I'm just asking you questions.

14             Do you remember whether someone named Stephan

15   Studemire, an Officer Studemire came to the cell during

16   the fight?

17        A    Nobody come to the cell.  I don't see nobody

18   come to the cell.  Nobody come to the cell.  Nobody come

19   to the cell.  But I know when I was in the first room,

20   Room 19 -- since I move to this room and I'm trying to

21   move out since that day on Tuesday.  I move out when I get

22   from the shower on Friday.  I know I tried to move out of

23   the room.  Because I was new in the camp.  I was moving

24   from another camp to this camp, maybe two weeks ago.  I

25   didn't know everybody yet.  And he was already there, and

1    he was already connected with a lot of people, so I don't

2    know.  So that's what happened.

3         Q    Okay.  Do you remember -- do you know of an

4    Officer Jenkins?

5         A    Yeah, I know Jenkins.

6         Q    Do you remember Jenkins coming to the cell

7    during the fight on November 8th?

8         A    I don't remember.  I don't remember, I think --

9    I think.  I don't remember Jenkins.  I don't remember.

10        Q    Okay.

11        A    I don't remember him.  I remember Ingram and

12   Lieutenant Oliver assisting the fight and then they want

13   me to fight more.  That's what I remember.  But I was

14   yelling, making so much noise because I was fearing for my

15   life.  I didn't know if he had a knife or whatever.  So --

16        Q    Let me ask you -- let me ask you, what words --

17   were you yelling words or were you just shouting?

18        A    What do you mean if I'm yelling words?

19        Q    Well --

20        A    Put yourself in my position.  You can understand

21   how I feel.

22        Q    What were you -- I'm not disputing that you were

23   yelling.  I'm asking what were you yelling.

24        A    What was I yelling?  I was screaming for my

25   life.  Remember, put yourself in my position.  Somebody

1    try to have sex with you.  Somebody try to touch your

2    nipples.  Somebody wants you to suck dick.  And you fight

3    with that somebody all day, and you don't want that --

4    whatever they try to do in the room, you don't want that

5    to come out because some people gay.  They let everybody

6    know they gay.  And some people are gay.  They secretly

7    gay.  He's somebody like that.  He don't want nobody to

8    know he's gay.  So --

9        Q    Let me -- let me back up.  Let me back up here.

10   So now -- let me -- this is -- so first of all, I'm going

11   to go through my notes and ask you some questions.  So I'm

12   going to be skipping around a little bit.

13            You said today that you always smoke.  Were

14   you -- when you say "smoke," are you talking about

15   marijuana?

16       A    Yeah, I smoke marijuana.  But I didn't smoke

17   marijuana today.  But that's my (unintelligible), I did

18   smoke marijuana.  But I didn't smoke marijuana today.

19       Q    Okay.  Did you smoke -- what did you smoke

20   today?

21       A    I smoked K2 today, K2.  But when I first smoked

22   the K2, it didn't go through me.  It wasn't good for my

23   health when I first started smoking.

24       Q    When did you smoke -- when did you smoke K2

25   today?  How many -- how many -- how many hours ago or

1  minutes ago?  How long ago?

2      A    After dispatch.  After dispatch.  They

3  (unintelligible) probably 5:30, 6 o'clock this morning,

4  that's when I smoke.

5      Q    Okay.  And how long does that stay in your

6  system?

7      A    I don't know.  I don't know.  I don't know.  I

8  tell you the truth.  I don't lie to.  I smoke K2, I tell

9  you.  I smoke marijuana, I tell you.  Somebody tried to

10 rape me, I tell you.  What happened, I tell you.

11 Everything is (unintelligible).  Everything is the truth.

12 Either you accept it or reject it.  In front of God,

13 that's the truth, the whole truth, nothing but the truth.

14 That's what you tell me to raise my hand and say --

15     Q    Let me --

16     A    -- that's what I did.

17     Q    Let me go back to the first -- the first time

18 you were in the cell with Mr. Wilson.  You said you talked

19 to a sergeant, lieutenant, and a captain.  Do you remember

20 the name of the captain?

21     A    I believe they call him Slim Shady -- Slim

22 Shady.  They give him a Slim Shady name because this man,

23 that's (unintelligible) Slim Shady.  But I don't know his

24 real name, but everybody call him Slim Shady.  But he's a

25 very good captain.  They --

```
1        Q     They call him what?  What did you say they call

2   him?

3        A     They call him Slim Shady.  Everybody call him

4   Slim Shady because he --

5              COURT REPORTER:  You're going to have to spell

6        that for me.

7        Q     (By Mr. Tarjan) Can you spell that,

8   Mr. Veillard?

9        A     I don't know how to spell that.  I don't know

10  how to spell --

11             MR. KVERNE:  Mr. Veillard, hold on.  I think

12        he's saying Slim Shady, like the Eminem character.

13        Is that correct?

14             THE WITNESS:  Something like that.  Yeah, that's

15        what they call him.

16        Q     (Mr. Tarjan) Okay.  What about -- who was the

17  sergeant at that time?  That first time you were in the

18  room with Mr. Wilson, who was the sergeant you spoke with?

19        A     I think Grainger.  I think Grainger was the

20  sergeant.  I think Grainger.  I think so.  Grainger was --

21        Q     And you said you spoke -- you said you spoke to

22  a lieutenant.  Who was the lieutenant that you spoke to?

23        A     I think -- I think -- I think it probably was

24  Oliver.  If it wasn't Oliver, it was somebody else.  Every

25  single one of them that stopped by, I try to talk to them.
```

1  Because I was new, I didn't know them by name.  Yeah,

2  every time I see them passing by, I say I would like to

3  the move out because I wasn't comfortable in there.

4      Q    Okay.  You said the inspector general came to

5  speak with you.  When did they come to speak with you?

6      A    After the incident, after the second fight, when

7  I explained everything.  Then I went to the medical and

8  explained the situation after the second fight, and the

9  inspector general comes to talk to me, asking me

10  questions.  They go, what happened?  And I explained

11  everything to the inspector general again.

12      Q    Was it a -- was it a man or a woman?

13      A    It was a man.

14      Q    And --

15      A    He was a man.  He --

16      Q    How many days -- how long after the incident did

17  the inspector general come; the same day, the days later,

18  a week later, two weeks later, how long?

19      A    I don't think it was the same day, but it wasn't

20  too long.  Probably maybe a week.  Maybe a week or two,

21  but he wasn't too long.  He come to talk to me.  He bring

22  me a (unintelligible).  He recorded the conversation, and

23  I explained everything.  They bring the person back to the

24  room to fight me again, and he's recording everything, so

25  --

```
1         Q    You said -- how did he record the conversation?

2         A    He bring the radio.  He show me his badge.  And

3    he wasn't wearing no uniform.  He told me he's the

4    inspector general.  They bring the radio and then I told

5    him what happened.  And I explain the situation to him

6    again.  He say he want to hear the situation on the radio,

7    and he asked me a question --

8         Q    Did he -- did he record it with, like, a tape

9    recorder or, like, an electronic recording device or a

10   cell phone?  How did he record the conversation?

11        A    I think it was probably a tape recording.

12   Something like that.

13        Q    Okay.

14        A    Something --

15        Q    How long did you speak with him?

16        A    Maybe -- maybe -- maybe thirty minutes,

17   something like that.  Thirty minutes, something like that.

18   We didn't speak that much, but we speak, you know,

19   everything --

20        Q    Now, you said earlier, during the second fight

21   on November 8th, that you referred to, that -- you said

22   something like they -- I guess the officers watched for a

23   minute.  When you say a "minute," do you mean an actual

24   minute or is that just a term or phrase that you use?

25        A    When I say a minute, I say a minute.  I didn't
```

1    know exactly how long they were watching.  When they bring

2    him to the door and he came to the door and we start

3    fighting, they were watching the show at the -- at the --

4    at the (unintelligible) they watching the show.  And when

5    they turn around, they come to pick him up, take him out

6    of the room.  When I say a minute, I can't tell if it was

7    five or six or seven, I don't know.

8              But the only thing I know, I was fighting for my

9    life and I was yelling because, you know, the situation

10   I've never been in.  He's gay.  He don't want you to

11   report that he was gay.  He don't want his wife to know

12   about something like that.  And he tried me like that.  He

13   tried to touch my nipples.  He want me to suck his dick.

14   He told me he going to rape me and he want me to let

15   everybody know, you know.

16        Q    Okay.  How --

17        A    They bring --

18        Q    Let me -- let me interject.  Let me interject.

19   How long did you and Mr. Wilson fight on November 8th?

20   Would you say minutes, an hour, hours?  How long?

21        A    I can't tell.  I cannot tell.  Because fighting,

22   sometimes you'll fight, the fight won't be that long.  But

23   I can't even tell how long I fight.  If I tell you I know

24   how long I fight, I will (unintelligible) from the fight.

25   I was so scared, yelling everywhere.  If I tell you how

1  long, I lie to myself and I lie to you.

2      Q    Did the fight -- did the fight stop and start

3  and recontinue or was it a continuous fight?

4      A    It wasn't stop, stop, stop.  We was still

5  fighting, but I'm trying to (unintelligible) in pain.  I'm

6  trying to get out of the room at the same time.  I'm

7  yelling so the officer can take me out of the room, and

8  I'm trying to block him at the same time.  And he tried

9  talking to his friend on the (unintelligible), trying to

10  tell this friend, like, show -- you know, some people,

11  they just try to show other people they're bad.  They try

12  to show something like that.

13          While he punching me, he talking to some other

14  guys out of the room.  You know I'm going to kill him,

15  some shit like that.  You know, he tried to show me, like,

16  he bad.  He's a bad boy.  But he knows nobody badder than

17  the law.  The only thing I know is I'm going to press

18  charges.  Somebody do something, no problem.  I'm going to

19  press charges.  That's what I do.

20      Q    Mr. Veillard, are you a member of any gang?

21      A    No, not a gang member.

22      Q    Were you a member of a gang back in November of

23  2022, around the time of this incident?

24      A    Never been in a gang.  Never been a gang member.

25  I'm by myself.  I don't got no gang.  That's it.  I never

1   been a gang member, never.

2      Q    Mr. Veillard, how much did you weigh

3   approximately back in -- or how much did you weigh back in

4   November of 2022?

5      A    Now I'm 165 now.  I probably weighed 140,

6   something like that.  Maybe 160.  But now I'm gaining a

7   little bit more weight.  Sometimes I might --

8      Q    Did you say you were -- did you say you were

9   140, 160 back then?  What did you say?  It was hard to

10   hear you.

11      A    (Unintelligible) I weighed 140, 160.  But now I

12   weigh 165.  But I know I gain a little weight now, so I

13   weight a little bit more than 165.  So it's going to be

14   150 or 140, around there, but I wasn't that big.

15      Q    How tall are you?

16      A    I'm six-two, six-three.

17      Q    Okay.  Do you know whether -- did you receive

18   any kind of DR for any of the incidents -- for any of the

19   encounters with Mr. Wilson?

20      A    Once I again, I received no DR because I didn't

21   do nothing to receive no DR.  I --

22      Q    I'm just asking.  I'm just asking.

23      So is the answer, no, you don't think -- you

24   didn't receive a DR?

25      A    No, I don't think so.

```
 1        Q    Do you know if Mr. Wilson received a DR?

 2        A    I don't know.  I don't know if he received a DR.

 3   Because when they split us, I see him when he came to the

 4   wing.  When he came to the wing, he want to

 5   (unintelligible) back so he can see Ingram.  He said, you

 6   know what we going to say?  That's when he called me to

 7   the room.  Somebody say, hey, somebody call you in the

 8   room -- I think it was the next day, 7:00 or 8:00 --

 9   (unintelligible) upstairs.  And when I went to the room

10   upstairs and I see him in the room, (unintelligible)

11   upstairs.  He was going up and he say, you know what, when

12   they pushed me in the room and I was handcuffed, I'm going

13   to say that you beat me up inside so we can sue

14   Mr. Ingram.  That's what he told me.  God can be my

15   witness.  That's what he told me when we were in the wing,

16   Wing 4.  I said we were in Wing 4 together.

17        Q    So did they -- so did they -- so you were put

18   back with Mr. Wilson at a later date after November 8th?

19        A    Yeah.  We went -- we not supposed to be near

20   each other.  We wasn't in the same room, but we were in

21   the same wing.  Like, we can watch TV together, things

22   like that.  Like, I'm downstairs, he's upstairs.  He

23   didn't bother me.  I'm not going to say he was bothering

24   me, but --

25        Q    What wing was that?  What wing?
```

```
1          A    The building was G Dorm -- the building was G
2     Dorm, and the wing was Wing 4.
3          Q    Wing --
4          A    Wing 4.
5          Q    Wing 4?  And how --And how much -- how much --
6     how long after November 8th did you end up in the same
7     dorm with Mr. Wilson?
8          A    We were in the room for a couple of days.  And
9     after that, he had a problem with somebody in the dorm.
10    He gets stabbed.  He almost lost his life, too.  Medical,
11    they had to come to get him.  I don't know what was the
12    problem.  Somebody had a problem with a Spanish guy.  The
13    Spanish guy --
14         Q    Are you saying that -- are you saying that
15    Mr. Wilson got stabbed?
16         A    Yeah, he got stabbed after this.
17    (Unintelligible) in the same wing.  Me and him end up in
18    the same wing.  I don't know of those guys heard about
19    this story, but I didn't mention to nobody.  But, you
20    know, a lot of people got deep love for me.  But I didn't
21    tell nobody nothing, but somebody's target.  I've got to
22    tell you the truth, but I got nothing to do with that.
23    You don't got to worry about it.  I've got nothing to do
24    with that.
25              But he almost lost his life.  And you could tell
```

1     that he came up from the camp, take him to the hospital,

2     and he was bleeding very bad.  That hurt me.  Because when

3     I saw him -- I saw him again, I show love to him and I

4     forgive him for what he did and then I see how he doing.

5     That's it.  Because he almost lost his life, I

6     (unintelligible).  But that's what happened to him.  But I

7     don't have nothing to do with that.  I don't want you to

8     second guess that.  I got nothing to do with that, but he

9     got stabbed and almost lost his life.

10              MR. TARJAN:  Okay.  One second.

11              All right.  I don't have any further questions.

12              Mr. Kverne, do you have any questions?

13              MR. KVERNE:  One second.  Hold on.  Yeah, I just

14        have a couple of questions.

15                        REDIRECT EXAMINATION

16     BY MR. KVERNE:

17        Q     Outside the cell on November 8th, when the

18     officers had placed you inside the cell, the officers that

19     you mentioned by name were Lieutenant Oliver, correct,

20     Mr. Veillard?

21        A     Yes, sir.

22        Q     Mr. Benny Ingram, correct?

23        A     Yes, sir.

24        Q     And was there anyone else standing outside your

25     cell when you were placed inside that you can remember?

1    A    They might -- they might -- they might -- they

2    might have somebody else.  They may have somebody else.  I

3    don't know if Causey was there.  They might have somebody

4    else.  But my mind was racing at the time, man.  I said

5    the incident happened to you all week.  You're in the room

6    with somebody who tried having sex with you when you don't

7    go that way.  I'm not a homosexual.  I don't --

8    Q    Okay.  All right.  So, Mr. Veillard?  Mr.

9    Veillard, the only people that you are certain were there,

10   were Mr. Ingram and Mr. Oliver, correct?

11   A    For sure.  For sure.  I know that for sure

12   because there were assisting the (unintelligible).  And

13   when they tell him to take me out of the room, they told

14   me you don't fight enough.  You got to fight more.  I

15   remember that.  That's a fact.  That's --

16   Q    The captain -- now, let's go back to the 4thh

17   real quick, okay?

18        So the date that you were moved out originally,

19   the captain that you spoke with, was it Captain James

20   Obert (phonetic)?

21   A    Probably.  I don't know his real name, but

22   everybody call him Slim Shady, Slim Shady.  When they --

23   Q    Okay.  When you spoke -- when you spoke with

24   him, when did you speak with him?

25   A    I speak with him when I -- when -- when they

```
1   move me from the shower, when I explained the situation to

2   the police, they move me from this room Monday.  And then

3   my roommate tried to do this and try to do that, and then

4   I'm trying to move out.  They never move me out.  And he

5   tried to touch my nipples, we fight.  And I don't want to

6   go back to the room with somebody that I already fight

7   with and --

8        Q    Okay.  All right.  What time -- what time of day

9   was that?

10       A    What do you mean?

11       Q    The shower, did it happen at night?  Did it

12  happen in the morning?  Did it happen that afternoon?

13       A    The fight -- the fight happened in the morning,

14  but the shower is in the afternoon.

15       Q    The shower is in the afternoon, you said?

16       A    Yeah, the shower is in the afternoon.  That's

17  when I (unintelligible) the room, and in the afternoon --

18       Q    At what time, do you remember?

19       A    Probably maybe 5:00 or 6:00 p.m., something like

20  that.

21       Q    Okay.  All right.  So it happened in the

22  evening, late afternoon, evening?

23       A    Yes, sir.

24       Q    Okay.

25            MR. TARJAN:  Objection as to form for that last
```

1       question, Mr. Kverne.

2       Q     (By Mr. Kverne) All right.  One second.

3             One other thing.  When the inspector came to

4    talk with you, when did the inspector come to talk with

5    you; do you remember that day?

6       A     I don't remember exactly which day, but it

7    wasn't too long after the fight.  Maybe a couple of days

8    or maybe one week after the fight he came to talk to me.

9    And not only that, the classification officers also come

10   to talk to me, too.  I had to explain to the

11   classification officer what happened in the room.  I went

12   through and explained that to the classification officer.

13   Not only one time, several other times.

14      Q     Okay.  Does November 17th sound correct when the

15   inspector talked with you?

16      A     I don't know the date.  I don't want to put a

17   date on it, but it wasn't too long after the fight.

18      Q     Okay.

19      A     I don't know.

20            MR. KVERNE:  All right.  One second.  I don't

21      have any further questions.

22            MR. TARJAN:  I have no further questions.

23            MR. KVERNE:  Okay.  Thank you, Mr. Veillard for

24      talking with me.  There's one more thing I want to

25      talk with you about.  During this time, the court

1    reporter was creating a transcript of everything that

2    was being said, so basically she was recording

3    everything.  You have the right to read a copy of the

4    transcript if you would like.  You can also waive

5    reading of the transcript.  If you want to read a

6    copy of it, you can make specific changes -- kind of

7    like changes to it, to make sure that everything was

8    recorded correctly, or you can waive the reading of

9    it and basically trust that the court reporter

10   recorded everything properly.

11        With that said, what would you like to do?

12        THE WITNESS:  If I can read it --

13        MR. KVERNE:  Yes.

14        THE WITNESS:  -- or you can -- so say what now?

15        MR. KVERNE:  Do you want to read it?

16        THE WITNESS:  I don't get a copy made for me?

17        MR. KVERNE:  You would get a copy of it to read

18   it.

19        THE WITNESS:  I don't mind if they give me a

20   copy to read, I read it.  I don't mind.

21        MR. KVERNE:  Okay.  Hold on.

22        Madam Court Reporter, we'll arrange for him to

23   be able to read a copy of it.

24        COURT REPORTER:  Okay.

25        MR. KVERNE:  And then we will order a copy of

1    the transcript.

2        Mr. Tarjan?

3        MR. TARJAN:  I'm going to order an electronic

4    copy as well.  Well, I'm ordering an electronic copy.

5    No rush.

6        MR. KVERNE:  Yeah.  I just need an electronic

7    copy, too.  I don't need a hard copy of it.

8        And we'll arrange for Mr. Veillard to read a

9    copy.

10        (Whereupon, the deposition was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF ESCAMBIA

5

6          I, CANDACE FLIPPO, the undersigned authority,

7    certify that WEBENS VEILLARD appeared before me and was

8    duly sworn.

9

10          WITNESS my hand and official seal, this 29th day

11   of November, 2024.

12

13

14

15

16          *Candace Flippo*
             CANDACE FLIPPO
17          Court Reporter and Notary Public
             Commission No: HH329122
18          Expiration Date:  November 3rd, 2026

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ESCAMBIA

 5

 6           I, CANDACE FLIPPO, Court Reporter and Notary

 7    Public, certify that I was authorized to and did

 8    transcribe the foregoing Zoom deposition; and that the

 9    transcript is a true and complete record of the statements

10    given by the witness and transcribed by me.

11           I further certify that I am not a relative,

12    employee, attorney or counsel of any of the parties, nor

13    am I a relative or employee of any of the parties'

14    attorney or counsel connected with the action, nor am I

15    financially interested in the action.  Dated this 29th day

16    of November, 2024.

17

18

19

20           Candace Flippo
             CANDACE FLIPPO
21           Court Reporter and Notary Public
             Commission No: HH329122
22           Expiration Date: November 3rd, 2026

23

24

25
```

**CANDACE FLIPPO**

Candace Flippo, Court Reporter and Notary Public

Telephone: (850)480-6312  Email: candaceflippo@gmail.com

November 29th, 2024  READ AND SIGN LETTER


IN RE:  BERNARD D. WILSON, DC# T24935, Plaintiff, v.
        LIEUTENANT INGRAM, ET AL, Defendants.


Please find enclosed a copy of your transcript to read and
sign with the Errata Sheet for your signature.  Please
indicate line and page number for any corrections that you
may have.  You are not to change your testimony, nor add
to your testimony; this is only corrections and/or
spellings of the court reporter.  It is suggested that the
review of this transcript be completed within 30 days of
your receipt of this letter as considered reasonable under
the Federal Rules; however, there is no Florida Statute to
this regard.


When the transcript is read and the Errata Sheet is
signed, it will be forwarded to Counsel of the case.


Sincerely,

CANDACE FLIPPO

CC.  JOSHUA TARJAN, ESQUIRE
     ERIK KVERNE, ESQUIRE

1          ERRATA SHEET

2    IN RE:  BERNARD D. WILSON, DC# T24935, Plaintiff v.
           LIEUTENANT INGRAM, ET AL, Defendants.
3    CASE NO: 5:23cv00253-TKW-MJF Date Taken: November 4th,
     2024
4    _____

5    **PAGE NO:  LINE NO:**            **CORRECTION/AMENDMENT**

6

7

8

9

10

11

12

13

14

15

16

17

18

19              **CERTIFICATE OF WITNESS**

20   I, **WEBENS VEILLARD,** do hereby certify that I have read the
     foregoing transcript of my deposition taken on 11/4/2024,
21   and that my testimony given at that time is true and
     correct with the corrections, if any, made by me this ____
22   day of _____, 2024.

23

24                        _____
                               **WEBENS VEILLARD**
25