Exhibit K

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF FLORIDA
                PANAMA CITY DIVISION

            CASE NO.: 5:23-cv-00253-TKW-MJF


BERNARD D. WILSON,

      Plaintiff(s),

vs.

LIEUTENANT INGRAM, et al.,

      Defendant(s).
_____/
```

```
            DEPOSITION OF BENNY INGRAM
        TAKEN ON BEHALF OF THE DEFENDANT

              NOVEMBER 21, 2024
            10:22 A.M. TO 1:05 P.M.

        ALL PARTIES APPEARED REMOTELY
                PURSUANT TO
        FLORIDA SUPREME COURT ORDER AOSC20-23
```

```
REPORTED BY:
SYMPHONI JOHNSON,CER,CDR COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
```



```
 1                    APPEARANCES OF COUNSEL

 2    ON BEHALF OF THE DEFENDANT:

 3         JOSHUA MOROSS TARJAN, ESQUIRE
           THE TARJAN LAW FIRM P.A.
 4         12372 SOUTH WEST 82ND AVENUE
           PINECREST, FLORIDA  33156-5223
 5         (305)423-8747
           josh@tarjanlawfirm.com
 6         (REMOTELY VIA ZOOM)

 7    ON BEHALF OF THE PLAINTIFF:

 8         ERIK D. VERNE, ESQUIRE
           FLORIDA OFFICE OF THE ATTORNEY GENERAL
 9         PL-01 THE CAPITOL
           TALLAHASSEE, FLORIDA 32399-4120
10         (850)717-3300
           erik.kverne@myfloridalegal.com
11         (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
1                      INDEX OF EXAMINATION

2   WITNESS:  LIEUTNANT BENNY INGRAM
                                                      PAGE
3   DIRECT EXAMINATION
          BY JOSHUA MOROSS TARJAN, ESQUIRE             5
4
    CROSS EXAMINATION
5         BY ERIK D. VERNE, ESQUIRE                    92

6   RE-DIRECT EXAMINATION
          BY JOSHUA MOROSS TARJAN, ESQUIRE            104
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 4

```
 1                    INDEX OF EXHIBITS

 2    EXHIBIT                DESCRIPTION              PAGE

 3    (NO EXHIBITS MARKED)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                              Page 5

```
 1              DEPOSITION OF BENNY INGRAM

 2                  NOVEMBER 21, 2024

 3         THE COURT REPORTER:  We are now on record.

 4    Today's date is November 21st, 2024.  The time is

 5    now 10:22 a.m.

 6         We're here now for the deposition of Mr. Benny

 7    Ingram.  This is in the matter of Bernard D. Wilson

 8    vs. Lieutenant Ingram.  This case number is 523-CV-

 9    00253-TKW-MJF.  This is a case that is under the

10    United States District Court, Northern District of

11    Florida, Panama City Division.

12         The Court Reporter is Symphoni Johnson with

13    Universal Court Reporting.

14         And Counsels, just introduce themselves for

15    the record, please.

16         MR. VERNE:  Just one follow-up.  You said MJ5.

17    It's, I think it's MJF.

18         THE COURT REPORTER:  I'm sorry.  MJF.  Thank

19    you, Counsel.

20         MR. VERNE:  Yeah.

21         MR. TARJAN:  My name is Josh Tarjan.  I am the

22    co-counsel for Mr. Wilson, Plaintiff.

23         MR. COOK:  I'm James Cook.  I am a co-counsel

24    for the Plaintiff, and I'm on Zoom from

25    Tallahassee.
```

```
 1              MR. VERNE:  My name is Erik Verne.  I
 2         represent Mr. Ingram.  We are over Zoom, and I'm
 3         from Tallahassee as well.
 4  THEREUPON:
 5                        BENNY INGRAM,
 6  was called as a witness, and after having been first
 7  duly sworn, testified as follows:
 8                     DIRECT EXAMINATION
 9  BY MR. TARJAN:
10      Q    Mr. Ingram, good morning.  Can you hear me
11  okay?
12      A    Yes, sir.
13      Q    All right.  We're doing this by Zoom, so
14  sometimes it's difficult to hear.  Are you at a -- are
15  you at a conference table?
16      A    Yes, sir.
17      Q    And there is a -- is there a microphone on the
18  table in front of you?
19      A    I think so.
20      Q    All right.  I'm just going to ask you to have
21  the microphone as close to you as possible so that we
22  can hear you correctly, okay?
23      A    Can you hear me?
24      Q    I can hear you.  Thank you.
25      A    Okay.
```

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 7

```
1        Q    Do you -- what is your current rank?

2        A    Lieutenant.

3        Q    Lieutenant.  Have you ever given a deposition

4   before?

5        A    No, I have not.

6        Q    You may have gone over this with your

7   Attorney, but I'm just going to go over some basic

8   rules.

9             This is being recorded by a Court Reporter, so

10  we're going to need verbal responses.  So, if you shake

11  your head or nod your head, that's not something that

12  the Court Reporter can capture.  Do you understand?

13       A    Yes, I do.

14       Q    Okay.  I'm also just going to ask that we not

15  talk over each other, that you wait for me to finish my

16  question, and I'll wait for you to finish your answer.

17            Otherwise, the transcript gets garbled, and

18  it's very difficult for the Court Reporter.  Do you

19  understand?

20       A    Yes, sir.

21       Q    All right.  If you have difficulty hearing me,

22  will you let me know?

23       A    Yes, sir.

24       Q    All right.  If you need a break at any point,

25  just ask.  We can take a break.  I would only ask,
```



1    though, that you complete whatever answer you're giving,

2    or if you've been asked a question, that you give a

3    response before taking the break.  Do you understand?

4         A    Yes, sir.

5         Q    As you sit there today, are you under the

6    influence of any alcohol, drugs, or medication?

7         A    No, sir.

8         Q    Is there anything that would impair your

9    ability to understand and answer my questions, for

10   example, a head cold or physical pain of some sort?

11        A    No, sir.

12        Q    All right.  If you don't understand a question

13   that I ask, will you promise to ask me to rephrase the

14   question or repeat the question?

15        A    Yes.

16        Q    If you answer a question, I'm going to assume

17   that you understood the question.  Does that sound fair?

18        A    That's fair.

19        Q    Have you ever been convicted of any crimes? I

20   ask everybody this question.

21        A    No, I have not.

22        Q    And you're currently working for Florida

23   Department of Corrections?

24        A    Correct.

25        Q    Where?



```
 1       A    Jackson Correctional Institution in Malone,

 2   Florida.

 3       Q    Prior to this deposition, did you review any

 4   documents or video in preparation?

 5       A    No, I did not, except the ones that was

 6   delivered to me.

 7       Q    What was delivered to you?

 8       A    The original, I guess it's a subpoena.  Like I

 9   said, I've never been through none of this.  Just what

10   the alleged allegations are and the questions you had

11   sent.

12       Q    Well, did you receive a -- so, it sounds like

13   you received a summons for this lawsuit with a copy of

14   the complaint?

15       A    Correct.

16       Q    Okay.  Is that what you're referring to?

17       A    Yes, sir.

18       Q    Okay.  Now, other than your Attorney or your

19   Attorney's assistant, have you spoken to anyone in

20   preparation for today's deposition?

21       A    No.

22       Q    And other than your Attorney or his assistant,

23   have you spoken to any of the other Defendants in this

24   case?

25       A    Yes.
```

1    Q    Okay.  Actually, I should ask, have you spoken

2    to the other Defendants about this case?

3    A    No.

4    Q    Okay.  And are you aware that the other

5    Defendants are Jonathan Granger, Danielle Jones, and

6    Joshua Kazi at this point?

7    A    Yes.

8    Q    And Stefan Stoudemire was a Defendant at what

9    point?  Are you aware of that?

10   A    Stoudemire?

11   Q    Stoudemire.

12   A    I believe you're trying to say Stoudemire.

13   Yes, I'm aware.

14   Q    Okay.  And so, have you spoken to any of those

15   people I just mentioned about this case?

16   A    No.

17   Q    Did you generate any documents, reports, any

18   documentation for this matter?

19   A    No.

20   Q    Okay.

21   A    Not that I'm aware of.

22   Q    Do you understand that this lawsuit involves

23   an incident at Jackson Correctional Institution H Dorm

24   on November 8th, 2022 involving Plaintiff, Bernard

25   Wilson?



1        A    Yes, sir.

2        Q    Okay.  Do you communicate with other officers

3    through any social media?

4        A    Yes and no.

5        Q    What social media do you use to communicate

6    with other officers?

7        A    Facebook.

8        Q    Facebook.  Anything else?

9        A    That's about it.

10        Q    Okay.  And other examples might be WhatsApp,

11    Signal, Telegram, any of those ring a bell, Instagram?

12        A    No, I don't have any of those.

13        Q    Okay.  Did you communicate with any of the

14    other Defendants on Facebook about this matter?

15        A    No.

16        Q    Okay.  I'm going to show you -- I'm going to

17    share my screen and show you some documentation.

18             All right.  Do you -- oh, you're kind of far

19    from the screen.  Are you able to see the screen?

20        A    Yes.

21        Q    Okay.  Are -- is it a large screen or a small

22    screen?

23        A    It's a -- well, I mean, medium-sized screen.

24        Q    Okay.  If you need to get up and look at the

25    screen, feel free to do that.  We may have to go back



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                              Page 12

```
 1   and forth to -- for the microphone.  We'll see.
 2        A    Can you hear me?  There's actually a glare in
 3   here, so some of the stuff's hard to see.
 4        Q    Do you see in front of you a picture of
 5   Bernard Wilson?
 6        A    Yes, sir.
 7        Q    And actually, I think your -- the microphone
 8   is at that TV.  I don't know if you can pull up a chair.
 9   You might be closer to the microphone.  All right.  Are
10   you familiar with Bernard Wilson?
11        A    I mean, I recognize his face, but not really.
12        Q    Okay.  I'm going to show you another inmate.
13   This is also from the FTC online website, Webbins
14   Vieard.  Do you see this on your screen?
15        A    Yes, sir.
16        Q    Okay.  Do you recognize this individual?
17        A    Just his face.
18        Q    Okay.  Do -- I'm going to talk about a few key
19   dates in this case.  Did you, going back to November
20   4th, not November 8th, but November 4th, 2022, did you
21   work that day?
22        A    What day was it?
23        Q    A Friday.
24        A    Friday.  I'm not -- I don't remember what days
25   off I had at that time.  I probably did.  I'm not sure.
```

1    Q    Okay.  I'm going to show you actually a

2  security -- a daily security roster for November 4th,

3  2022.  Can you see that on the screen?

4    A    Yes.

5    Q    Okay.  So, this is Friday, November 4th, 2022,

6  second shift.  Do you see that?

7    A    Yes.

8    Q    Do you see your name here, kind of just a

9  couple of lines down?

10    A    Yes, I do.

11    Q    And there's a special assignment column, post

12  coverage Level 1.  Do you see that?

13    A    Yes, I do.

14    Q    Does this mean that you were working that day?

15    A    Yes, it does.

16    Q    And what does post coverage Level 1 mean?

17    A    A Level 1 post coverage is a necessity post,

18  like you've got to cover Level 1.  So, that means I was

19  in a post that had to be covered to meet critical at the

20  institution.

21    Q    Do you know what post you were in that day?

22  And I can scroll through this document.  I'm doing a

23  search for the next time you appear.  Second shift,

24  there's other leave for a point --

25    A    Could you go back?

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                              Page 14

1        Q    Sure.

2        A    All right.  So, this is Level 1 special

3    assignment.  Can you go down?  According to that, it's

4    got me on annual leave.  So, I wasn't there.

5        Q    Well, it's annual leave 0.1 hours.  Do you see

6    that?

7        A    Yeah.

8        Q    What would that mean?

9        A    I could have been late to work or something

10   like that.

11       Q    Okay.  I'm just going to do a search for the

12   next time your name comes up.  And this is for Friday,

13   November 4th, second shift, special assignment.  Do you

14   see that, emergency response teams?

15       A    Yes.

16       Q    Okay.  So, you were assigned to cell

17   extraction?

18       A    Probably.

19       Q    Okay.  Was that a probably?

20       A    Where does it say cell extraction?

21       Q    I see at the top here, there's a post title,

22   officer name, team cell extraction, quick response,

23   dart, and then about -- that's about three, seven or

24   eight lines up from your name.

25       A    Right.  But is that -- I haven't -- I'm not

```
 1   familiar with this form you're showing me.  So, is it

 2   saying -- is this form saying that I am certified in

 3   cell extraction, or is it saying I was assigned there

 4   that day?

 5         Because if it was -- if it's saying that I'm

 6   certified in it, then that would be true.  But if it's

 7   saying I was assigned there, I mean, this is not the

 8   usual roster that I see on a day-to-day basis.

 9     Q    Understood.  And I don't have the answer to

10   that question.  And so, I'm just showing you that your

11   name is there and it has a yes under cell extraction. Is

12   that correct?

13     A    It does have that.

14     Q    Okay.  Did -- so, is it fair to say that you

15   were working on June 4th, I'm sorry, November 4th, 2022,

16   second shift?

17     A    Yes.

18     Q    All right.  Do you have -- do you recall any

19   assignment at that -- any locations that you worked that

20   day?

21     A    No, sir, I do not.

22     Q    I'm going to scroll -- I'm going to do a

23   search for the next time your name comes up.  And that

24   takes me to Tuesday, November 8th, 2022, second shift.

25   Do you see your name on this sheet?
```



```
 1        A    Yes, sir.

 2        Q    Okay.  And it says Sergeant Dorm H, 155GS.  Do

 3   you see that?

 4        A    Yes.

 5        Q    And that's 07:00 a.m. to 03:30 p.m. start and

 6   end?

 7        A    Yes, sir.

 8        Q    Okay.  Does that mean you were assigned to

 9   Dorm H for that shift?

10        A    Yes, sir.

11        Q    What does the GS mean, if you know?

12        A    I'm not sure what that code is.

13        Q    Okay.  So, is it fair to say that you were --

14   that you were working on November 8th, 2022, second

15   shift at Jackson?      A    Yes, sir.

16        Q    Now, the next time under the search, your name

17   comes up is Sunday, November 13th, 2022, second shift.

18   And it appears that you have a day -- that you had a day

19   off.  Does that appear to be correct?

20        A    Correct.

21        Q    Okay.  And I'm going to search for your name

22   again.  Your name does not come up again.  All right.

23   Moving on.

24             I'm showing you a IM70 that was received from

25   Department of Corrections.  At the top, it says Housing
```

1    Integrated Assessment and Placement System, HIAPS.  Do

2    you see this on your screen?

3        A    Yes, I do.

4        Q    Is it large enough for you to read?

5        A    Yes, it is.

6        Q    Okay.  I just want to go through this document

7    a bit.  First of all, what is the -- what is the IM70

8    about?

9        A    When you say IM70, I'm not familiar with what

10   you're talking about.

11       Q    That's fair enough.  Are you -- this form,

12   what is this form all about?

13       A    It looks like a bunk placement form, which I--

14       Q    Okay.

15       A    I've never seen that form before.

16       Q    Do you know who generates this form?

17       A    The movement officer.

18       Q    Okay.

19       A    If it's a bunk placement form, the movement

20   officer would generate that, but that is not how I would

21   receive a movement list.

22       Q    Okay.  Let -- we'll come back to this form in

23   a moment.  Before we -- I'm just going to go through the

24   documents on my screen just for efficiency.

25            I'm showing you an incident report from

```
 1    November 4th -- well, that -- for incident November 4th,

 2    2022. Do you see this on your screen?

 3         A    Yes.

 4         Q    And do you see reporting employee James Obert?

 5         A    Yes.

 6         Q    Okay.  I am going to -- I'm going to let you

 7    read it if you want, but I'm particularly interested in

 8    asking you, just to give you context here, about a do

 9    not house together that was written on this form.

10              Well, first of all, are you aware that on

11    November 4th, 2022, there was a pre-allegation made by

12    Inmate Vieard?

13         A    No, I was not.

14         Q    Okay.  Do you see under this review section,

15    there's a CC Sergeant, maybe it's Garen Garvin, do not

16    house inmates together, do you see that?

17         A    Gavin.

18         Q    How do you spell that?

19         A    I think it's G-A-V-I-N.  I think that's how

20    she spells it.

21         Q    Is it --

22         A    I'm not sure the exact --

23         Q    Is it Garvin or Gavin?

24         A    Garvin.  Garvin is how she pronounces it.

25              MR. VERNE:  Just to interject real quick, if
```

```
 1        you look up a little bit on the previous line,

 2        Sergeant, looks like it's spelled there, under the

 3        colonel.  It's on the very last line.  It says

 4        Sergeant and then the very last name.

 5             MR. TARJAN:  Oh, it is more clearly spelled.

 6        You are correct.  Garvin.  Okay.  Thank you.

 7        A    Can I say something about that form?

 8   BY MR. TARJAN:

 9        Q    Absolutely.

10        A    If you notice the date that it got reviewed

11   by, it looks like that's Major McClellan's handwriting,

12   which he was probably acting colonel at the time because

13   maybe Colonel Shuller was out or whatever.

14             It says 11/7/22.  So, they did not rview that

15   form until 11/7/22.

16        Q    Right.  And you see Heath Holland,0 Warden, is

17   that under the review section?  Is that the warden's --

18   well, whose signature is that to the right of Heath

19   Holland, Warden?

20        A    It may be Mr. Floyd.  It looks like that could

21   be Mr. Floyd.  I can't swear to whose signature it is

22   because I don't know their signatures.

23        Q    Okay.

24        A    Also --

25        Q    And was -- go ahead.
```

```
1        A     Also, can I say this?  I would not have

2    knowledge of that form because a PREA would violate his

3    rights and we as workers down on the officers would not

4    have that information at all about PREA because you

5    would -- you go into the PREA, their PREA rights, and

6    you go into their HIPAA rights also.  So, we would not

7    have that kind of information.

8        Q     Okay.  That's helpful.  I'm going to stop

9    sharing my screen unless there's anything else you want

10   to say about this form or look at.  Anything else?

11       A     No.

12       Q     Okay.  All right.  Let's go back to -- well,

13   tell me this, about that, the compatibility form.  What

14   type of -- how do you determine -- well, what can you

15   tell me about compatibility, determining compatibility

16   that you know about when housing inmates together?

17       A     I'm not -- first of all, I want to state this.

18   I am not a movement officer.  I have not been trained in

19   any way to place inmates in cells together, okay?

20            I want that right for the record because

21   you're asking me to give my opinion on something that I

22   do not have experience in doing.

23            The only thing I do know about the movements

24   is Tallahassee has mandated a criteria, that they have a

25   checklist, I guess, is how it goes.
```

```
1              And, say, the inmate is 400 pounds and you

2    have an inmate that's 100 and something pounds,

3    obviously you don't want to put them together.

4              If it's something like that, and the system

5    should flag things like that, such as gang relations,

6    you know, creditors, with that PREA, it should show up

7    on the system.  That way they know not to house them

8    together.

9              But there again, let me reiterate that as a

10   officer on the floor, we do not have that information.

11   There is no way we know who has a PREA or who has any

12   special reviews against each other.

13             Like, if two inmates had fought or had a bad

14   confrontation at another camp or anything like that,

15   there's no way we would know unless it's placed in a

16   special review book on the floor.

17             And if it hadn't been updated, then there's

18   still no way we would know.  So, it relies on the system

19   to tell the movement officer.  And the movement officer

20   has to place the inmates on a movement sheet.

21             And then the movement sheet is sent to the

22   officer, down the hill to the officers.  And then we

23   move them into the cells we're told to move them into.

24      Q    Okay.  So, you're saying that the -- you're

25   not -- are you reviewing any type of compatibility
```

1    comparison information when you're moving somebody or

2    you're just getting an instruction to move?

3        A    I'm getting instructions to move.  Now, if I

4    happen to have some information, say, these two inmates

5    may be compatible, but it -- we know they're going to

6    fight or something like that, then it would be my duty

7    and obligation to inform somebody, hey, we might not

8    want to do this.

9            And I do that whenever I was in confinement,

10   I've done that on a regular basis.  If we had any

11   information, we would not put inmates in harm's way.

12       Q    Okay.  All right.  We will -- I'm going to

13   move a little bit more.  We'll talk a little bit more

14   about this chronologically.

15           Let me ask you, I think you said you weren't -

16   - well, what is your familiarity with Bernard Wilson

17   prior to November 8th, 2022, if any?

18       A    I have no familiarity with him whatsoever.

19       Q    Okay.

20       A    Before today, if -- whenever his name was

21   brought up, I couldn't even remember his face.

22       Q    Now that you've seen his face though, do you

23   recall anything about him from any interactions you had

24   with him?

25       A    No, sir, I do not.

1      Q    Do you know whether he was involved with any

2    gangs to your knowledge?

3      A    No, sir, I do not.

4      Q    Do you know anything about his sexual

5    orientation?

6      A    No, sir, I do not.

7      Q    Do you know of his reputation?

8      A    No, sir, I do not.

9      Q    I'm going to ask you similar questions about

10   Webbins Vieard, whose photo I also showed you.

11         Were you familiar with Mr. Vieard prior to

12   November 8th, 2022?

13     A    No sir, I do not.

14     Q    You don't recall or you did not -- you did not

15   have any?

16     A    I do not recall any interactions or anything

17   with him whatsoever.

18     Q    Okay.  Do you know whether he was involved

19   with any gangs?

20     A    No, I do not.

21     Q    Do you know anything about his sexual

22   orientation?

23     A    No, I do not.

24     Q    Do you know of any reputation he had?

25     A    No, sir, I don't.



1    Q    Okay.  Now, Mr. Vieard has alleged that on

2   November 4th, 2022 that he and Mr. Wilson had a fight in

3   a cell in Dorm H.  Do you know anything about that

4   fight?

5    A    No, I do not.

6    Q    Now, Mr. Vieard also made a pre-allegation and

7   we've been talking about this already.  It sounds like

8   you -- well, were you aware of any pre-allegation that

9   Mr. Vieard made on November 4th?

10    A    No, I did not.

11    Q    Okay.

12    A    Like I previously stated, I would not have

13   that kind of information.

14    Q    Understood.  Now, if a pre-allegation is made,

15   would there have been some sort of separation order made

16   by anyone in the facility to keep the two individuals

17   apart?

18    A    Yes, sir.  You've seen on the document that

19   the major had notated it on that document.  And that is

20   the usual standard.

21         At the time, I was a sergeant, but since I've

22   been a lieutenant, I have taken pre-allegations, done

23   the incident report, had them checked by medical,

24   forwarded it up since then.  So, I'm familiar with the

25   process.



```
1          One thing that should have happened is the

2     inmates should have been separated and should have been

3     notated in the system that day.  That way, no mistakes

4     would have been made to where they got housed back

5     together.

6          And whenever the movement officer housed them

7     together, if they got housed together afterwards, then

8     somebody failed to put it in the system.

9          But there, again, I do not have access to that

10    kind of stuff, especially in my role as a sergeant.
```

**11    Q    Well, so now that you're a lieutenant, can you**

**12    tell me, what would have been the protocol back then for**

**13    the pre-report, take me through this, the pre- report,**

**14    and then making some sort of instructions.  How are**

**15    those instructions disseminated?**

```
16    A    Okay.  Well, what I would do, if a -- I'm

17    going to just take you through my actions as a

18    lieutenant.

19         What I would do as a lieutenant, if an inmate

20    made a pre-allegation another -- against another inmate,

21    I would immediately separate the two inmates if they

22    were housed together.

23         I would also interview both the victim and the

24    perpetrator.  I would have them checked by medical.  I

25    would have it notated in the CDC that they are not to be
```



 1   housed together.  I would forward that report up to the

 2   IG.  If it was -- if it was just touching -- either way,

 3   I would call the IG.

 4        But if it was just touching, then the IG

 5   probably wouldn't immediately investigate it.  But if it

 6   was some type of -- sort of penetration within a couple

 7   hours, I would have to have the IG.  They would have --

 8   they would be out here and they would take it over at

 9   that point.  So, the IG's office would take it once I

10   filed my initial report.  The IG's office would take it

11   then.

12        Q    You mentioned -- sorry, go ahead.

13        A    You know, after that, then my role would end

14   in that process.

15        Q    You mentioned the CDC that -- excuse me, let

16   me -- my voice is -- sorry about that.

17             You mentioned just now that you would notate

18   in CDC not to house.  What is CDC?

19        A    CDC is basically a record of all inmates. You

20   can go in there and look up, like where they're housed,

21   their custody levels, any, if you know how to, if you

22   know the codes to punch in, you can look at their gang

23   related codes and everything like that.

24        Q    Have you --

25        A    I don't use it very often.  A lot of times,



1   you know, whenever you have a pre, you have to make sure

2   it's entered and then you go back and you check it and

3   you make sure everything is correct on the screen.

4           But as far as me checking it all the time, I

5   don't check it in, especially whenever I was a sergeant,

6   I didn't go on it at all.

7       Q    Why not?

8       A    Because I don't even think -- I may have had

9   access, but it's just something that I didn't need to

10  use in my day-to-day basis.

11      Q    Okay.  And how is that?  What did -- how does

12  that show up as a keep separate?  Is there like a line

13  that just says keep separate or is there a checkbox? How

14  does that appear?

15      A    There'll be a code and a notation that

16  actually say, you know, you'll notate it in there.

17      Q    Do you know what the code actually is?

18      A    Off the top of my head, no.  I'd have to, you

19  know, research it.  And I've got some notes that I would

20  have to look at to see what codes are what.

21      Q    Okay.

22      A    There's numerous codes for different things,

23  so I just can't remember them all, you know, in my head.

24      Q    Okay.

25      A    The only -- the code that I would use the most

1  would be to find out where inmates bunked at, which

2  would be IM29 code, and that would just tell me where he

3  was housed.

4      **Q   And would that have any indication about any**

5  **restrictions or that's just housing?**

6      A   I think it's just housing.  I'm not for sure.

7  It's been a while since I looked at it.

8      **Q   Do you know who the movement officer was on**

9  **November 4th?**

10      A   According to the document you showed me, it

11  was Sergeant Garvin.

12      **Q   Sergeant Garvin.  Okay.  And what does the**

13  **movement officer do?  What does that entail?**

14      A   The movement officer goes through the list of

15  inmates.  Like, say, like, speaking -- being as we're

16  talking about confinement, I'll speak to just

17  confinement.

18          Say we have an inmate that got locked up for

19  violating something on the compound.  So, then she has

20  to go in there, he or she, whoever the movement officer

21  is, has to go in there and find the bunk for that inmate

22  and make sure he's compatible with the other inmate he's

23  going in, in the cell with.

24          So, she would actually look at all the

25  screens. She would look at if there was any special

```
 1   reviews.  She would make sure everything was perfect
 2   before she sent out a movement sheet to us.
 3            Once she sends out a movement sheet to us, she
 4   has -- her responsibility was to have checked everything
 5   on that movement sheet, or check everything in CDC to
 6   make sure that before she put them on that movement
 7   sheet, that there wasn't going to be a problem with
 8   housing two inmates together.
 9        Q    What is Sergeant Garvin's first name?
10        A    I'm not sure.  I think it's Kerry.  I'm not
11   real sure.
12        Q    Okay.  So, when you were saying she, you were
13   basically referring to Sergeant Garvin?
14        A    He or she, he -- whoever the movement -- I was
15   telling you in general what a movement officer would do.
16        Q    Right, right.  But Sergeant Garvin is a
17   female?
18        A    Yes, she is.
19        Q    Okay.  Does -- is the -- was Sergeant Garvin
20   the movement officer generally or would it have just
21   been shift specific?  How does that work?
22        A    The movement officer is only assigned on day
23   shifts.  Any other time your control room staff would
24   fall under housing inmates.  They would actually go on
25   CDC.
```



```
 1              Like, say it was after administrative hours

 2   and an inmate got locked up in confinement, the control

 3   room would actually try to find the inmate a bunk, a

 4   compatible bunk.

 5       Q    Okay.  But during the, like during second

 6   shift, that would have been -- during the week, that

 7   would have been --

 8       A    In general, she was -- she would be mostly

 9   assigned to do that.

10       Q    Okay.  Were the classification officers

11   involved in inmate compatibility decisions?

12       A    Well, I mean, now you're getting into a

13   completely different subject because classi -- the way I

14   understand it and I'm, there again, I'm not a

15   classification officer, so I don't know everything they

16   do.

17              But the way I understand it with a

18   classification officer, they do reviews and, you know,

19   help set the custody levels of the inmates, and as far

20   as that, because they would review like the DR history

21   or anything like that, that might raise or lower the

22   inmate's custody.

23              But there again, I am not a classification

24   officer.  I've never worked in classification.  I do not

25   have -- I can't really speak on everything that they do
```



1   in their day-to-day job.

2       Q    So, it sounds like once an inmate is basically

3   classified, there's a custody level, it would be

4   Sergeant Garvin or whoever the movement officer is who's

5   making the specific decision about whether to place two

6   inmates in the same cell.  Is that correct?

7       A    Correct.

8       Q    Okay.  Did you at any point -- I know you

9   don't really recall Mr. Wilson or Mr. Vieard but, you

10  know, sometimes as these depositions go on, sort of

11  memories spring to mind.

12          Do you recall seeing Mr. Vieard and Mr. Wilson

13  in any cell together at any point?

14      A    No, sir, I don't.

15      Q    Going back to November 4th, 2022, do you

16  remember any kind of fight from that day?

17      A    No, sir, I don't.  If I -- there were --

18  fights happen all the time in the confinement unit, but

19  that day I do not remember any fight.

20          I mean, if I had seen a fight or known about a

21  fight, I would have took the proper steps to stop the

22  fight and, you know, intervene and use the Youth Support

23  Policy to stop that fight.

24      Q    Okay.

25      A    And then we would have took the inmates out of

```
 1    the cells and we would have had them checked by medical.

 2              Then we would have called the movement officer

 3    and let the movement officer know, hey, we can't house

 4    these two together, they're fighting in the cell.

 5              And then they should make a notation and they

 6    wouldn't be housed in the cell anymore.

 7         Q    If an inmate makes a PREA allegation to an

 8    officer on the wing, that officer, what would that

 9    officer do at that point?  What are they required to do?

10    And I'm talking about going back to November 2022.

11         A    Policy has not changed.  If you are reported a

12    PREA, you are to report it to your supervisor.  And in

13    our case, there would be a lieutenant.

14              The lieutenant would then go ahead and go

15    through the steps that I had previously mentioned as far

16    as getting the inmates separated and going through

17    everything that I've already explained.

18         Q    Okay.  If an inmate makes an allegation to a

19    corrections officer who doesn't have a rank, for

20    example, not a sergeant, not a lieutenant, or captain,

21    would the officer report that to the sergeant for the

22    dorm, that PREA?

23         A    In our confinement unit, we have a lieutenant

24    on the -- in the unit at all times because there's a --

25    we're a special housing unit.  And he or she may say
```



1    something to the sergeant, but then the sergeant would

2    definitely go to the lieutenant and let the lieutenant

3    know.

4        Q    So, the CO might say something to the

5    sergeant, but they might go directly to the lieutenant?

6        A    Yes.  I mean, you're asking me a hypothetical

7    question, what the officer would do.  I can't speak on

8    what the officer would do.

9             If it was me and I was an officer, I would --

10   I know that's a serious thing, I would go straight to

11   the lieutenant and report it to the lieutenant.  Then

12   it's the lieutenant's responsibility to go through the

13   steps.

14       Q    Was there any protocol specifically for what

15   an officer, you know, who the officer would have to

16   report to?

17       A    He needs to report it to somebody immediately,

18   a supervisor.

19       Q    Okay.  Is a sergeant considered a supervisor?

20       A    In a sense.

21       Q    In what sense?

22       A    I mean, he's a little bit higher rank, but --

23   and he can tell the officer things to do, but he's not

24   his immediate supervisor.

25       Q    What is the -- what is the role of the

1    sergeant in a dorm, if there's any special role?

2        A    It depends on what dormitory you're speaking

3    of.

4        Q    H Dorm.

5        A    In H Dorm, H Dorm, the sergeant needs to make

6    sure that the officers are doing what they're supposed

7    to be doing.  That, you know, Chow's getting fed and

8    everything like that, and assist the lieutenant with

9    anything that needs to be done on that day.

10       Q    Is there any obligation for a corrections

11   officer -- no, scratch that.

12            Do you know who the officer in charge was on

13   November 4th, 2022 second shift?

14       A    Not off the top of my head, I don't.

15       Q    I'm going to go back to -- I'm going to share

16   my screen again, go back to the -- all right.  Can you

17   see the screen again?

18       A    Yes, sir.

19       Q    All right.  I'm going to go to second shift.

20   Just scrolling through this.

21            Okay.  Here we are, Friday, November 4th,

22   second shift.  Who -- can you see that on your screen?

23       A    Yes, sir.

24       Q    Is Carter, Trenton Carter the captain for that

25   shift?



1    A    Yes, sir.

2    Q    Now, there are three lieutenants for housing

3    listed, Lucious Oliver, Aaron Penix, and Jimmy Parker.

4         Do you know which of those lieutenants would

5    have been involved with H Dorm?

6    A    Not by looking at that roster, because all

7    three of them lieutenants have worked confinement at one

8    point in time.  So, by looking at that roster, I

9    couldn't tell you.

10        Some captains, they, the first person -- the

11   first lieutenant is H Dorm.  Some of them, the last

12   lieutenant is H Dorm.  So, I'm not sure of who was

13   working it that day, because all three of them

14   lieutenants have worked H Dorm before.

15   Q    I'm going to jump ahead to November 8th,

16   second shift, just for efficiency, since I have this on

17   the screen.

18        Okay.  I'm now at November 8th second shift.

19   Do you see that?

20   A    Yes, sir.

21   Q    Okay.  And the captain is Trenton Carter?

22   A    Yes, sir.

23   Q    Okay.  And there are three lieutenants listed

24   for housing, Tracey Gaines, Jimmy Parker, and Lucious

25   Oliver.  Do you see that?

```
 1        A    Correct.
 2        Q    Okay.  Do you remember which of these officers
 3   was working in H Dorm that day?
 4        A    Well, we can eliminate Tracey Gaines, because
 5   usually a female lieutenant would not be assigned in a
 6   gender-specific post such as H Dorm.
 7             As far as looking at the roster, I can't tell
 8   you out of Parker or Oliver which one was assigned.  I
 9   can guess, but you can't really go on a guess.  So --
10        Q    Well, who is most -- who is most likely to be
11   in H Dorm?
12        A    I would think Oliver.
13        Q    Why so?
14        A    Because he's the last one listed.
15        Q    What does that mean?
16        A    Well, usually you have three lieutenants for
17   three different dorms at this institution, F and G and H
18   Dorm.
19             So, it's usually, if I -- and this is just me
20   guessing, again, so this is a --
21        Q    Understood.
22        A    This is a hypothetical.  If I was doing the
23   roster at my current role as a lieutenant, I would not
24   break that up, I would say, like I'm pretty sure Gaines
25   usually worked F Dorm, so it would be F, G, H if I had
```



1    to guess.

2           But I can't testify to that because I wasn't

3    the captain and I wasn't assigned in these.  So, you're

4    asking me to guess.  So, I mean, if it was me, my

5    opinion, what I would do, that's the way I would do it.

6           Q    Okay.  And I appreciate your sharing that with

7    me.  I'm going to stop the screen share.

8           Are you aware of any injuries that Mr. Vieard

9    or Mr. Wilson had as a result of anything that might

10   have happened on November 4th?

11          A    Only from the documents that you had sent me.

12          Q    Okay.

13          A    Prior to that, I knew nothing about it.

14          Q    Are -- were you, prior to November 8th, were

15   you aware of any grievances or inmate requests that Mr.

16   Wilson wrote?

17          A    No, sir, and I would not have access to that

18   either.  The way it's designed, no officer should have

19   access to the grievance process.

20          There's a box that they can put the grievances

21   in, and it's designed that way where it can keep,

22   basically keep the officer's honest, if, say, the inmate

23   was writing me up for something, you know, and I was a

24   dishonest person, which I'm not, and I wanted to go down

25   there and take his grievance away from him, then, you

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

```
 1   know, it's set up to where classification gets the

 2   grievances.

 3              And they have a grievance box that is in a

 4   general area, which is next to food service that they

 5   can take their paperwork up there whenever they go to

 6   Chow, nobody's going to question them.

 7              They put their paperwork in there, and they're

 8   able to file their grievances on anything they want to,

 9   whether it's not getting toilet paper or officer so-

10   and-so was mean to me.  So --

11       Q    When an officer is in, sorry, I interrupted

12   you.  Go ahead.

13       A    I'm sorry.  There's no way that I would have

14   access to anything like that.

15       Q    When an inmate is in confinement in H Dorm,

16   what is the protocol for them to submit a grievance?

17       A    Classification assigns classification officers

18   to come around every morning and pick up their

19   grievances.  So, the classification --

20       Q    Is it --

21       A    -- officer goes out there by their cell.  If

22   it's a female, they're, of course, escorted by an

23   officer.  They walk around the dormitory.  The inmate

24   hands the grievances out.

25              Usually at the top of the cell door, they can
```

```
1   slide paper out.  They'll slide the paper out.  They
2   have a wooden box that has a lock on it.  They put the
3   grievance in it, and they take them back to
4   classification, and they process it.
5        Q    You're saying that the classification officer
6   would have a wooden box like right there and then with
7   them?
8        A    Yes, sir.  What they do is they bring that --
9   they bring that box in with them, and they put all the
10  documents in that box.
11            And then whenever they get back to their
12  offices, they do whatever they do with them.  There,
13  again, I'm not a classification officer, and I do not
14  have access to that kind of stuff.
15       Q    And would the classification officer, if a
16  female be escorted by an officer from that dorm, or
17  would it just be an officer just going with that
18  classification throughout -- classification officer
19  throughout the facility?
20       A    Either way, if we had enough staff, an officer
21  could escort them.  But usually, in general, the only
22  place they would come is the confinement unit because,
23  like I said, the other dormitories go to Chow, they're
24  able to put their grievances in the boxes in a general
25  location.
```



 1              Whenever they come into confinement, usually

 2    an officer would just walk with them to make sure the

 3    inmates are behaving themselves and not doing anything

 4    that they shouldn't do as the female officer is walking.

 5    And I mean, I don't really need to elaborate on what

 6    could happen in confinement units.

 7         Q    Would the officer escorting the female officer

 8    in H Dorm be an officer assigned to H Dorm that shift?

 9         A    Yes.

10         Q    Okay.

11         A    And usually they come in on midnight shift

12    before we ever get here.

13         Q    I was going to ask, when do classifications -

14    - going back to November 2022, when would a

15    classification officer usually appear to take

16    grievances?

17         A    Usually on midnight shift around 06:00 a.m.

18              before we come on shift, around that time.  It

19    depends on the classification officer.  You know, some

20    of them may come late, some of them may come early.

21              There again, I do not have knowledge of that

22    process.  I can tell you in general what I see and what

23    I know about it, but I do not do that, so I can't tell

24    you and speak on it.

25         Q    Have you, as a lieutenant, have grievances

 1   that have been provided by inmates, have they ever been

 2   shown to you?

 3        A    In what context?

 4        Q    Any context.  Well, let me -- not, for

 5   example, in this litigation, but during your work in the

 6   facility.

 7        A    Well, I mean, I've had to -- as a lieutenant,

 8   I've had to investigate grievances.  I've had to answer

 9   some grievances and stuff like that, as a lieutenant,

10   but not as a sergeant.

11        Q    Okay.  How does that -- go ahead.

12        A    I am being interrupted.  Sergeants and

13   lieutenants -- I mean, sergeants and officers, excuse

14   me, I misspoke.  Sergeants and officers usually do not

15   have access to any kind of grievances.

16        Q    But a lieutenant might have access to a

17   grievance?

18        A    If it was assigned to him.

19        Q    And it would be assigned if they had to

20   investigate the grievance?

21        A    Say a grievance came through, now I've gotten

22   them before in the past is, like, the assistant warden

23   would get a grievance, and they would send it to, like,

24   me to investigate what the grievance was.

25             Then I would investigate it.  You know, it

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 42

```
 1   might be consisted of interviewing the inmates, getting

 2   them to write a witness statement, whatever it might be.

 3            And I would do all the paperwork, and then I

 4   would submit an incident report of what I had

 5   interviewed the inmate on or whatever, and I would send

 6   it back to the assistant warden.

 7       Q    What if an inmate files a grievance, submits a

 8   grievance relating to a specific officer?  You mentioned

 9   before that you might sometimes yourself have to, like,

10   respond to a grievance.

11            Would an officer be given an opportunity, who

12   has a grievance about them, would that officer be given

13   an opportunity to answer the allegations?

14       A    Not through me.

15       Q    I'm sorry.  What did you say?  I couldn't

16   understand.

17       A    I said not through me.  I would not -- that

18   would not be my role in the grievance process.

19       Q    You mean as a lieutenant?  You're talking

20   about as a lieutenant?

21       A    As a lieutenant.  As a lieutenant, if I had a

22   -- typically, if it's a grievance on an officer, I

23   haven't dealt with that type of grievance.

24       Q    But if an -- sorry, go ahead.

25       A    I've dealt with PREAs, and I've dealt with,
```

```
 1    you know, his tablet don't work, stuff like that.  I've
 2    dealt with just minor -- well, a PREA's not minor, but,
 3    like, most of mine have been like, you know, he didn't
 4    get canteen or something like that.  That's usually what
 5    I deal with whenever it comes to a grievance.
 6         Q    What if there was a grievance made against an
 7    officer, for example, excessive use of force?  Would the
 8    officer be advised about that grievance?
 9         A    Whenever -- you're talking about use of force,
10    that's a completely different subject, okay?
11         Q    I understand.  I understand.
12         A    So, if it's excessive use of force, that's
13    going to go through the IG.  That's not going to go
14    through a lieutenant or anything like that.
15         Q    Okay.
16         A    That and use of force is -- unless you're
17    involved in a use of force, we don't get involved in the
18    other people's use of force, stuff like that.
19              You know, like, say a use of force happened on
20    third shift, I would not come in as a day shift
21    lieutenant and be down there and try to be right in the
22    middle of it, you know what I'm saying?  I wouldn't be -
23    - have anything to do with that.
24         Q    Let me ask this.  When would an officer who
25    someone makes a grievance about them, when would that
```



1  officer find out about a grievance, like, what types of
2  grievances would they be alerted, if any?
3      A    If there was a grievance made against an
4  officer, typically the colonel or someone like that,
5  like an assistant warden or somebody, would call the
6  officer up there and address it with the officer.
7          I mean, you're speaking in general, so, you
8  know, we're not talking about one thing here.  You're
9  talking about a broad spectrum of grievances, because an
10 inmate can grieve anything in the prison system.
11     Q    Sure.  Understood.  When you were a sergeant
12 or an officer prior to becoming a lieutenant, did you
13 ever have a situation where a colonel or an assistant
14 warden or even a warden spoke with you about a grievance
15 made against you?
16     A    I'm sure in the past I may have had some
17 grievances, but nothing too severe or anything like
18 that.  I really don't get a lot of grievances, because I
19 try to be fair with the inmates.
20         And whenever you're fair and you do -- you try
21 to do your job and do the right thing, most of the time
22 you don't get grievances.
23     Q    And I appreciate that.  But to be specific,
24 have you yours -- whether it was a severe or not a
25 severe grievance, have you ever been asked to address a



```
 1   colonel or assistant warden, someone, you know, higher

 2   up in the command chain, to discuss a grievance made

 3   against you?

 4        A    I don't recall.

 5        Q    Okay.  What about informal grievances?  Would

 6   those also be alerted to the colonel or assistant

 7   warden, if it was an informal grievance made against an

 8   officer?

 9        A    I'm pretty sure all that goes through the

10   assistant warden.  There, again, I'm not privy to all

11   this information.  I haven't been through the grievance

12   process.

13            A lot of it, the way I understand it, goes

14   through the classification, which would probably be by

15   the assistant warden over programs.  And they would

16   handle that.

17        Q    Okay.  Are you familiar with an assistant

18   warden at Calhoun CI named Jerry Shuller?

19        A    Yes.

20        Q    How do you know that person?

21        A    Well, whenever I started my career in 2002, he

22   was an officer at ACI.

23        Q    That's Apalachee Correctional Institution?

24        A    Correct.

25        Q    I'm sorry.  Yeah.
```



```
1        A    Correct.  He -- I worked with him, not

2   directly, but at ACI, and then at Northwest Florida. We

3   were at Northwest Florida at the same time, and then he

4   was a colonel here at one time, and then he was an

5   assistant warden here at one time.  And then he --

6        Q    When was -- go ahead, sorry.

7        A    Then he went to Calhoun.

8        Q    When was he a colonel at Jackson?

9        A    I don't remember the dates.  I know he was the

10  colonel before Colonel Floyd.  So, we went through --

11  we're on three colonels.  He was four colonels ago.

12       Q    You said he was four colonels ago?

13       A    Four, correct.

14       Q    Four.

15       A    It was him, then it was Colonel Floyd, Colonel

16  Shute, and now we're on Colonel Jenkins.

17       Q    And you said that Mr. Shuller became the

18  assistant warden at Jackson as well?

19       A    Yes, sir.

20       Q    When did that happen?

21       A    I can't tell you the date.  I just remember

22  him being the assistant warden.  Okay.  I don't know

23  exactly what date either.

24       Q    Was he assistant warden at Jackson when you

25  were working at Jackson?
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 47

```
 1        A    Yes, sir.

 2        Q    And what was your rank at Jackson when he was

 3   an assistant warden?

 4        A    Colonel and assistant warden.

 5        Q    Your rank?

 6        A    Oh, my rank, I was a sergeant.

 7        Q    Okay.  Did you interact with him much?

 8        A    Not much.

 9        Q    Were you on friendly terms with him?

10        A    He was my colonel.

11        Q    Did you ever become aware of a grievance that

12   Mr. Wilson wrote against Mr. Shuller around August 2022

13   at Calhoun?

14        A    No.

15        Q    Okay.

16        A    Let me just state this, because it seems like

17   you're trying to tie in me and Shuller.  I do not talk

18   to Mr. Shuller away from work.  We are not socially

19   friends.  We do not interact away from work.  He was my

20   superior and I treated him as such.  Okay?

21        Q    Understood.

22        A    I don't know if that clears up anything for

23   you.

24        Q    Understood.  Did you have any type of -- well,

25   how would you describe your relationship, for example,
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 48

```
1    contentious, amicable with --

2        A    We were --

3        Q    -- Mr. Shuller?

4        A    We were professional towards each other.

5        Q    I'm sorry, what was the last thing?  We were

6    professional what?

7        A    We were professional towards each other.  I

8    treated him in a professional manner.  He treated me in

9    a professional manner.

10       Q    Do you know if he -- if Mr. Shuller has any

11   family members who worked for Florida Department of

12   Corrections?

13       A    I'm not sure.  Maybe Gary Shuller who worked

14   here before, but I don't know how they're kin.

15       Q    Okay.  Do you know that they're kin, but

16   you're not sure that they're kin, or you just don't know

17   if they're kin?

18       A    I'm not sure if they're related or how they're

19   related or anything like that.  I don't.

20       Q    What did Gary Shuller do at Jackson?

21       A    At one time he worked in confinement and he

22   was a sergeant here.

23       Q    How long ago was that?

24       A    Years.  I mean, there -- I don't mean to be

25   evasive with this, but there's so many people that have
```



1  come through and left and we had hired and got promoted

2  and everything like that.

3            I don't know exactly what dates they left or

4  when they left or even where, what date they worked

5  here.  I just try to, you know, do my job, go home, and,

6  you know, keep to myself.

7            MR. TARJAN:  Let's do this.  It's now 11:28.

8       Why don't we take a 5-minute break?  Sound good?

9            THE WITNESS:  That's up to you.  I'm good with

10       it.

11            MR. VERNE:  I could use a break.

12            MR. TARJAN:  Yeah.

13            THE WITNESS:  Okay.

14            THE COURT REPORTER:  Okay.

15            MR. TARJAN:  We'll be back in 5 minutes.

16            THE COURT REPORTER:  We're now off record.

17            (Thereupon, a short discussion was held off

18            record.)

19            (Deposition resumed.)

20            THE COURT REPORTER:  We're back on record at

21       11:33 a.m.

22  BY MR. TARJAN:

23       Q    Let's talk about November 8th, 2022.  Do you

24  remember anything about the shift that day, your shift

25  that day?



```
 1        A    Not really.  I don't remember anything that
 2   was out of the ordinary on that day.
 3        Q    I'm just going to drill down just a little
 4   bit.  Do you remember any fight -- any inmates having a
 5   fight?
 6        A    No, I do not.
 7        Q    Do you recall Mr. Wilson being placed in a
 8   cell with Mr. Vieard?
 9        A    No, I do not.
10        Q    Do you know if anyone escorted Mr. Wilson to
11   any cell that day?
12        A    No, sir, I do not.
13        Q    Do you remember from that day off the top of
14   your head any other officers who were working that shift
15   in H Dorm?
16        A    No, sir, I don't.  I know who you have listed,
17   but as far as knowing exactly who was working, I do not.
18        Q    When an inmate -- let's just talk procedure
19   for a second.  When in confinement, in a confinement
20   unit, specifically H Dorm -- one second, let me ask this
21   before I move on to procedure.
22             Do you know whether an officer, Sergeant
23   Danielle Jones, was working that day, November 4th --
24   November 8th?
25        A    No, I do not.
```



1    Q    Do you know what her general assignments were
2  around that period of time?
3    A    Around that period of time, she was on third
4  shift, she was not on second shift.  So, if she was
5  working, she was here on overtime.
6    Q    Okay.
7    A    I think she is on day shift now, I'm not sure.
8    Q    Do you remember, is -- was there a -- is there
9  a security booth in H Dorm?
10   A    Yes.
11   Q    And how many wings are there in H Dorm?
12   A    Three.
13   Q    Okay.  And does each wing have its own
14 security booth?
15   A    No.
16   Q    Which wings have security booths?
17   A    No wings have -- the way it's set up, it's
18 called a T-building.  There is a officer's station,
19 which is what you're calling the booth, and it is risen
20 -- it's higher up to where the officer can see the
21 floor.
22        In that booth, the officer controls rolling
23 the doors through a control panel.  Whenever the
24 officer's on the floor, call them to roll the doors, if
25 it needs to be rolled.

1   Q    Is that true in all of the wings?

2   A    In H Dorm?

3   Q    Yes.

4   A    Yes.

5   Q    Is Cell H1219, would that be Wing 2?

6   A    Repeat it, please, whose what?

7   Q    I'm sorry.

8   A    Can you repeat?

9   Q    H1219, is that Wing 1, actually?

10  A    No, that's Wing 2.

11  Q    Wing 2.  And so, is there an officer's station

12  in Wing 2?

13  A    No.

14  Q    What type of security apparatus is there for -

15  - well, how are doors opened and closed in Wing 2?

16  A    I thought I explained it.  There's one

17  officer's station that sits in the center of the

18  building.  It has control panels for each wing.

19  Q    I understand.  My apologies.

20  A    Inside the officer's station.  The officer

21  inside the bubble, say officer -- say we're doing

22  medical call outs, the officers will go down to the cell

23  and pick up the first inmates.

24       They would radio up to the officer in the

25  officer's station.  What did you say, 2109?  2109 and



 1    they would call --

 2        Q     1219.

 3        A     1219?

 4        Q     Yeah.

 5        A     Oh, I misunderstood you.  If it's 1219, then

 6    that is Wing 1.

 7        Q     Okay.

 8        A     I thought you said 2109.

 9        Q     Well, actually, so there's two cells that are

10    referenced in the complaint.

11              So, the complaint alleges that on November

12    8th, 2022, Mr. Wilson was escorted from cell H1219 to

13    cell H2201.  Let's focus on H2201.  That's Wing 2?

14        A     You're confusing me with the cells.  Repeat

15    the cells slowly, please.

16        Q     Sorry.  So, movement from H1219 --

17        A     Which would be upstairs, 1219.  Okay.

18        Q     That's upstairs.  What wing is that?

19        A     Wing 1.  How to tell is, if it has a one in

20    front of it, that's what wing it is.  So, it would be -

21    - if it's 1209, that is the second floor, Wing 1, second

22    floor, and the cell number.

23        Q     Okay.

24        A     If it's Wing 2, it would be 2109, which is, I

25    think, what you mentioned.



1    Q    I actually said 20 -- 1209, yes.

2    A    It would be downstairs on Wing 2 if it's got a

3  two, and if it's got a three in front, it would be Wing

4  3.  Does that help with--?

5    Q    Yeah.  So, H2201, is that Wing 2, second

6  floor, Cell Number 1?

7    A    Correct.

8    Q    Okay.  And the -- so, there's one officer

9  station that from which an officer can see into all

10  three wings.  That's my understanding now, correct?

11    A    Correct.

12    Q    Is the officer able -- is an officer in that

13  station able to see that H2201, that second cell?

14    A    Yes.  It's the very first cell right up on

15  top.  It's right in front of the officer's station.

16    Q    Okay.  And how many feet away, how far away is

17  the door of that cell from the officer's station?

18    A    Oh, man.  You're --

19    Q    Approximately.

20    A    You're asking me to guess the distance.  At

21  least 60 feet, maybe.

22    Q    Okay.  So, at least 60 feet.  And what's the

23  visibility of that cell from the officer's station? What

24  does an officer see if they're looking at that in that

25  direction?

```
 1        A    You can see the door.  You can't see inside
 2   the cell.
 3        Q    What -- can you describe the door?
 4        A    It's a sliding door.  It's a big metal door
 5   and it has approximately a 4-inch wide by about probably
 6   2 feet tall window in it.  And it's a solid steel door
 7   that slides.
 8        Q    And is that window like plexiglass or glass?
 9        A    It's plexiglass, should be plexiglass in all
10   of them now.  There might be a few that has the old
11   glass in it.
12        Q    Do you know back in November '22 -- November
13   2022 what that cell's window was made of?
14        A    Either glass or plexiglass.
15        Q    Okay.  What is -- how -- the officer's
16   station, is that -- is there glass surrounding it or is
17   it like an open type of facility?
18        A    It -- half of it is metal.  So, from probably
19   your waist up, it's plexiglass where you can see out.
20        Q    Is it darkened plexiglass or?
21        A    No, it's regular see-through plexiglass.
22        Q    And how high is that security station, how
23   high is that officer's station elevated?
24        A    I'm 5'11".  I could reach up and touch the
25   very bottom of maybe where the plexiglass is.  So, what,
```

```
1   it's at least probably 6'2", maybe, high.  That might --
2        Q    You mean the bottom of the -- the bottom of
3   that station is about 6 feet, little over 6 feet from
4   the ground?
5        A    I mean, I'm guessing.  You know, I've never
6   measured it.  So, I don't know, but I'm guessing.  It's
7   high enough.
8             It's elevated enough that you can see all
9   three wings.  It's elevated.  You have to walk up a
10  flight of stairs to get up into the top of the officer's
11  station.
12       Q    Okay.  Would an officer who is in that station
13  be basically at the same level as the --
14       A    Top tier?
15       Q    The top tier?
16       A    Pretty much.
17       Q    Okay.  And what is the ability to hear in that
18  station?
19       A    From -- are you talking about from the wing
20  or?
21       Q    Well, let me be clear.  Thanks.  An officer
22  who's in that station, would they be able to hear
23  someone who is standing right outside H -- the H2201,
24  would they be able to hear someone speaking at a normal
25  level?
```



1      A    No.

2      Q    Okay.  How do officers hear in the booth, in

3  the station?

4      A    Through radio or, you know, if anybody's

5  yelling, then we can hear them.  Or if they're kicking

6  the door, you can hear that.

7      Q    Okay.  You mean if an inmate is yelling from

8  inside a cell, an officer should be able to hear that?

9      A    Yes.  You can hear the wing yelling.  You can

10  hear somebody on the wing yell.

11      Q    Okay.  Do the officers -- who has the ability

12  to open a cell door?  Is it all done remotely from that

13  station?

14      A    Yes.

15      Q    Do officers on the floor for any reason ever

16  open a cell door themselves?

17      A    The officer on the floor cannot open a cell

18  without calling it in.

19      Q    Got it.

20      A    And there has to be -- by policy, there has to

21  be -- the inmates have to be cuffed, and there has to be

22  two or more officers at the cell front before you can

23  roll that door.

24      Q    That's kind of the next thing that I wanted to

25  talk about.  But before we get there, so is there any

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                      Page 58

```
1    kind of key lock system for the door itself?  Or is it
2    all just kind of a mechanized system?
3         A    There is an override key that you would have
4    to put in the locking system up top to pop the door. But
5    you have to check that out from the officer's station.
6         Q    Okay.  So, that key is kept normally in the
7    officer's station?
8         A    It's kept in the officer's station behind the
9    lockbox.
10        Q    The officer in the station, do they have to
11   get permission from anyone else to open that lockbox?
12        A    Yes.
13        Q    Who do they have to get permission from?
14        A    They need to get it -- in order to get a key
15   out like that, it needs to go through the lieutenant.
16        Q    And that could be like the lieutenant assigned
17   to that particular dorm?
18        A    Correct.
19        Q    Okay.  By the way -- go ahead.
20        A    The officer wouldn't call like a lieutenant on
21   the compound to get permission to do something in that
22   dormitory, because that's why you have a lieutenant
23   assigned in that dormitory.
24        Q    And is that lieutenant assigned to the
25   dormitory, do they have their own office there?
```

```
 1        A    Yes.
 2        Q    So, when an officer, a lieutenant is assigned
 3   to H Dorm, that officer is pretty much there during most
 4   of that shift?
 5        A    All of that shift.
 6        Q    Okay.  What are the circumstances under which
 7   a door would be unlocked manually by a key?
 8        A    Say there was a problem with the locking
 9   system and it would not roll, then you would have to,
10   you know, you would, first of all, you would call
11   maintenance or, and have them, or lock and key, which
12   are officers that are assigned to lock and key.  They
13   would come down and try to get the lock fixed.
14             If, say they had to order a part or something
15   like that, they would -- we would, if -- you're asking
16   me. All right.  So, if the inmates were in there, we had
17   to get the inmates out, okay?
18             We would call lock and key if they couldn't
19   get it fixed, and it was unable to be fixed to where it
20   could be rolled, and we had to use the key all the time,
21   we would put that under what they call a maintenance
22   hold, and we would take that cell offline until it could
23   be fixed.
24             And we would move the inmates out of that cell
25   and go through the process like we've mentioned before
```



1  and get them reassigned into a different cell, whether

2  it be together, if there was another cell open, or they

3  might have to split them up and find different

4  compatibilities for all.

5      **Q    How many officers are assigned to the officer**

6  **station in H Dorm?**

7      A    One.

8      **Q    Okay.  And we -- I think we've talked about**

9  **this a little bit, but I just want to drill down.  When**

10  **an officer wants to open -- well, actually, let's talk**

11  **about the procedure for moving an inmate into the cell.**

12  **Can you take me through that?**

13      A    If you're moving an inmate into a cell -- do

14  you want me to go through the movement sheet and

15  everything like that, or?

16      **Q    Yeah, that would be great.  Thank you.**

17      A    Okay.  So, typically, say at some point in the

18  day, we do DR Court, and they go to DR Court, and their

19  status changes from AC status to DC status, which is

20  disciplinary confinement to -- from administrative

21  confinement to disciplinary confinement, correct?  You

22  follow me so far?

23      **Q    Yes.**

24      A    Okay.  So, once their status is changed in the

25  system, the list will be given to the movement officer.

1              The movement officer will go on the system,

2     and they will go through, and they will make sure that

3     they find box form with another DC inmate that is

4     compatible with them.

5              Once they -- once she finds that, she puts out

6     a movement sheet, is brought to the dormitories, all the

7     dormitories that are referenced, you know, on the

8     movement sheet, whether it be H Dorm, G Dorm, wherever

9     it's at.

10             She goes through all the different moves on

11    the condo.  In H Dorm, we would get the movement sheet.

12    Once we get the movement sheet, we would go down there

13    with the movement sheet.  We would go to the cell.  We

14    would tell the inmates to pack their property.  If one

15    of them was coming out, go ahead and pack your property.

16             Once the inmate was ready to go, we would cuff

17    both inmates.  Once both inmates were cuffed, we would

18    call the door.  We would roll the door.

19             We would then, the two officers, they would

20    close the door back.  They would then un-cuff the inmate

21    that was still in the cell.  They would escort that new

22    inmate to the next cell he went to.

23             If there was an inmate in that cell, they

24    would have the inmate stand there until they got the

25    other inmate cuffed.  Once the other inmate was cuffed,



1    we would roll the door.

2            The inmate would go inside the cell.  We would

3    close the door.  We would have the inmates stick their

4    hands back through the cuffing port.  We would un-cuff

5    both inmates.  We would close the cuffing flap, and that

6    would be your move.  Did you follow all that?

7        Q    No, I had a phone call.  I had to turn off my

8    phone for part of it.  I heard the part where you were

9    talking about taking an inmate out.

10           But in terms of putting an inmate into the

11   cell, how would that -- like, how would that be done?

12   The inmate, let's suppose you have an inmate in the --

13   only one inmate in that cell.  Is that inmate first made

14   to cuff up?

15       A    Yes, always.

16       Q    How is that -- how is that done, through a

17   portal, like a door box?  How is that?

18       A    The door -- and maybe I should have -- I

19   forgot to tell you this earlier, whenever you asked me

20   to describe, the door has a cuffing port in it, which is

21   a flap that folds down, and it has a little lock thing

22   on it that you lock or unlock.

23           If you're not using the cuffing port, such as

24   feeding or moving inmates, cuffing inmates up, it stays

25   secure.  So, it's a solid door.  So, they're not able to



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 63

```
 1   reach the arms and step out.  Does that make sense?
 2       Q    Yes.
 3       A    Okay.  So, once you get to the door, and
 4   you're -- you have one inmate standing there that you
 5   have escorted to that cell front, he is already in
 6   restraints, okay?
 7            You would tell the other inmates, you're
 8   getting a roommate, go ahead and submit a hand
 9   restraints.  They turn around, lay down, we say cuff up,
10   you know.
11            He would come to the cell flap.  We would open
12   the cell flap.  He would turn around backwards and stick
13   his hands through the cuffing port.
14            Once his hands were through the cuffing port,
15   we would secure the handcuffs on, double lock them, have
16   him walk to the back of the cell.
17            Once he was at the back of the cell, we would
18   call the door, have it roll.  Once the door is rolled,
19   the inmate would walk inside the cell.  We would close
20   the door.
21            Then we would have them repeat the process of
22   sticking their hands out the cuffing port. We would un-
23   cuff each inmate.  Once they were both un-cuffed, we
24   would close the cuffing port and the move would be
25   completed.
```

1    Q    Is -- the cuffing port is kind of like a

2  shoebox type object that fits over the flap of the door?

3    A    Only if it's a guillotine box.  Most of it --

4  there's only a few guillotine boxes.  They're all on the

5  bottom floor.  And they are not -- the rest of them are

6  little doorways.  I'm trying -- I'm having a hard time

7  describing it to you where you understand.

8         It's a picture of a hole and then you put a

9  hinge with a piece of metal that opens up, hinges like

10  this. So, it hinges up.

11        This is the door.  The hole's here.  It hinges

12  up, meets up to the door.  You open it up.  There's a

13  lock up here.  You unlock the lock.  You open it down.

14  The inmates stick their hands through the hole.

15    Q    So, the flap is basically like a hinge on the

16  bottom and it kind of, sort of, swings upward to close

17  and then there's a lock at the top, seat closing the

18  lock, with the door.  Is that correct?  Do I understand

19  correctly?

20    A    Correct.  It's you have to manually secure it,

21  lock it down.

22    Q    And when an inmate is placed, a new inmate is

23  placed in the cell, is there a particular order in which

24  you unlock the handcuffs, inmate -- the incoming inmate

25  goes first or does it, is there no protocol for that?

UNIVERSAL COURT REPORTING
CLEAR VALUE. EVERY CASE.

1      A     Usually, I mean, if you, common sense would

2   tell you that, like, if the new inmate was the one that

3   walked in, right, you would un-cuff him first.

4           I don't see no reason not to un-cuff him

5   first. The new inmate would get un-cuffed first because

6   you have the old inmate at the back of the cell.

7      Q     Right.

8      A     He'll take his -- because he's taking his

9   property.  If he's getting moved from one cell to

10  another, he's actually taking his property.

11          So, he would take his property, put his

12  property on the empty bunk, move out of the way, then

13  the inmate that's at the back of the cell will walk

14  forward to the cuffing port, stick his hands through, we

15  would un-cuff him.

16     Q     The inmate, the incoming inmate, would he be

17  cuffed behind his back?

18     A     Both inmates are cuffed behind their back.

19     Q     Would the incoming inmate have shackles,

20  additional shackles on him?

21     A     Yes.

22     Q     In what circumstances, like always or

23  sometimes?

24     A     Always.

25     Q     Can you describe the shackles?



1        A    They're the same as handcuffs.  They're just,

2   they're bigger where they'll fit around the ankle and

3   they have a longer chain where they can walk.

4        Q    So, is it fair to say that whenever an inmate

5   would be in Dorm H, would be moved into a cell with

6   another inmate, that incoming inmate would have shackles

7   when they arrive at the door at the cell?

8        A    Yes.

9        Q    Ankle shackles.

10       A    Yeah.

11       Q    And when are those ankle shackles removed?

12       A    You would have him kneel down at the doorway

13   and undo them right there at the doorway before you ever

14   rolled the door.

15       Q    Okay.  And do all of the officers in that wing

16   have radios?

17       A    Yes.

18       Q    Can any officer call in for a door to be

19   opened or closed, assuming that sufficient number of

20   other officers are present?

21       A    Yes.

22       Q    Okay.  How long does it take for -- I'm going

23   to focus on dorm -- the door for H2201.  How long does

24   that door take to open?

25       A    I mean once it's called in and they push the

```
 1   button, you hear the mechanism activating and it

 2   releases it.

 3            It's -- I think it's like on a magnet system.

 4   I'm not real sure the inner workings of the doors and

 5   you slide -- you have to slide it.  It don't just come

 6   open by itself.  You slide it open.

 7        Q   So, in other words, the person in the station

 8   presses a button.  This -- possibly this magnet system

 9   is kind of like unlocks it.  And then the officer at the

10   door physically pushes the door open?

11        A   Correct.

12        Q   Got it.  And how long does it -- you know,

13   this is a heavy door?

14        A   I mean, it's on rollers.  So, I mean, it's

15   not.  It's not like you're -- you can roll it pretty

16   easily.

17        Q   Okay.  How long does it generally take to open

18   it?  Like, just seconds or is it a quick process?

19        A   It's pretty fast.

20        Q   Like, would you say like just a couple of

21   seconds fast?

22        A   I mean, long enough to roll your hand from one

23   point to another and then the inmate to walk in. Yeah, I

24   mean, it's probably 5, 6 seconds, something like that.

25        Q   Okay.
```

```
 1        A    Not too long.
 2        Q    Is there any -- is there any time when --
 3   well, actually, let me ask you this.  When an inmate is
 4   being brought to a cell, I think you said that there
 5   must be two officers doing the escort?
 6        A    Correct.
 7        Q    Okay.  Is there any sort of division of labor
 8   for the two?  Does one usually just handle the whole
 9   thing and one just stands by or how does that work?
10        A    Well, on the top tier, which I'm assuming
11   you're talking about the cell in question.
12        Q    Yes.
13        A    On the top tier, there's not very much room up
14   there.  So, one officer would probably stand to the back
15   of the inmate and the other officer would stand to the
16   front of the inmate.
17             The officer in front of the inmate, which
18   would probably be calling the door and rolling the door,
19   would allow the inmate to walk in and close the door and
20   then he would un-cuff the inmate and then un-cuff the
21   other inmate.  Does that make sense?
22        Q    Yes.
23        A    There's no real -- just depending on who's
24   there.
25        Q    And the -- is there any sort of exception for
```

 1    when this protocol would not be followed with the two

 2    officers and making sure the inmate inside gets cuffed

 3    and going to the back of the cell?  Are there any

 4    exceptions?

 5        A    No.  You should always do that for not only

 6    the inmate's safety, but the officer's safety also.

 7        Q    Okay.  What would happen if an inmate is being

 8    moved into the new cell and either inmate, the one in

 9    the cell or outside of the cell, said, I can't be housed

10    with that person?  What would then happen?  I understand

11    this is a hypothetical.

12        A    Well, you know --

13        Q    What's the proto -- what's the protocol?

14        A    Okay.  So, if they said they couldn't be

15    housed together, you know, the natural question would be

16    why?  So, the inmate would have to tell us why.

17        Q    And if they -- then they give you a reason.

18    What if there -- what if there was a reason -- well,

19    what type of reasons -- well, let me scratch that part.

20            Well, if an inmate said that somebody had a

21    pre- allegation against them, the other inmate, would

22    that be, what would happen in that case?

23        A    If the inmate said he had a pre-allegation

24    against him, what we would do is take the inmate, we

25    would stop the move right there, and we would go ahead



```
 1   and take the inmate that we already had outside the
 2   cell, place him in a holding cell, and then we would
 3   start calling and checking on that.
 4           We would call the movement officer to have her
 5   check the system, and I would -- we would question the
 6   inmate, hey, when was this filed, who took it, stuff
 7   like that.
 8           And say they, according to your report,
 9   Captain Obert, we would try to contact Captain Obert and
10   see if he filed a PREA with the two inmates.
11           And if he's, you know, if we found out that
12   they were, then the movement officer would be, you know,
13   she's already involved in it, he or she is already
14   involved in this process, then they would have to find
15   the inmate a different cell.
16       Q   If that type of allegation were made, would -
17   - who in the dorm would be involved -- would be
18   notified, for example, would the lieutenant be notified?
19       A   Yes.
20       Q   Okay.
21       A   Stuff like that, you always run by your
22   lieutenant.
23       Q   Okay.  When an inmate is moved to a cell, you
24   were mentioning property.  Who carries the property?
25       A   The inmate carries the property.
```



1      Q    They'll carry it behind their, with their

2  hands cuffed behind their back?

3      A    Correct.

4      Q    How is that property usually contained, like

5  in a plastic bag?

6      A    Usually, what inmates do is they'll roll it up

7  in their bedroll.  And in confinement, they don't have

8  very much property.  They'll have like, you know, some

9  paperwork or maybe a soap dish, maybe a few canteen

10 items, something like that.

11         Not a lot of property.  So, we're not talking

12 about, you know, a mass amount of property.  They'll do

13 their bedroll up, they'll put everything inside the

14 blanket, and they'll tie it up in a knot to where it

15 makes a ball.  And then it's easily for them to grab

16 onto it and walk with.

17     Q    When they go into the cell, would they first,

18 I assume they would first put their property down before

19 they're un-cuffed.  Is that fair to say?

20     A    Yes.

21     Q    If two inmates had a fight in a cell where

22 there was, for example, blood, not just on the inmates,

23 but for example, on the wall or some type of, you know,

24 blood, who would be assigned or who would clean that up?

25     A    We have inmates assigned for blood-borne

```
 1   pathogens that would clean up the cell and it would be
 2   done with bleach.
 3        Q    Would that be like an inmate orderly?
 4        A    Yes.
 5        Q    And that's true in the H Dorm?
 6        A    Yes.
 7        Q    And is that orderly someone who's like
 8   specifically assigned to be an orderly or would someone
 9   just be sort of tagged to go do this?
10        A    No.  In H Dorm, it's a specialized housing
11   unit because it's confinement.  So, you have certain
12   orderlies that are assigned in there to do tasks such as
13   helping with feed, cleaning up, and everything like
14   that.
15        Q    Are the orderlies assigned to H Dorm, are they
16   inmates in the H Dorm or do they come from other units?
17        A    Well, that's a trick question because
18   sometimes in the past, classification has assigned
19   orderlies that are already housed in there and then they
20   decided not to do that.
21             Then they assign them from other dormitories
22   off the compound.  So, it's went --
23        Q    Going --
24        A    -- it's went back and forth several times
25   throughout my career.  So, you know, it just depends on
```

```
 1   what, you know, what the administration wanted at that

 2   time.

 3        Q    Going back to November 2022, do you remember

 4   what the situation with orderlies was?

 5        A    No, sir.

 6        Q    If an orderly was assigned, would there be a

 7   log listing that orderly as the orderly for that dorm?

 8        A    Yes, sir.

 9        Q    What is that log called?

10        A    It's not -- it's an assignment that's put out

11   by classification.  So, they give us an orderly list.

12   Usually, it's done through like e-mail or it can be

13   printed out and put in the dormitory.

14        Q    Is that a daily roster?

15        A    Usually they're assigned for a certain amount

16   of time.  So, once they're assigned, the classification

17   would update the orderlies and it would come out and it

18   wouldn't change until the next time, you know, say they

19   made it all the way through their, what, six months,

20   three months, whatever it was that they were assigned

21   and then you would get new orderlies.  Does that make

22   sense?

23        Q    Yes.

24        A    It would be -- classification does all that

25   though.  The officers do not have any say so in that.
```

1      Q     How many orderlies would have been assigned

2   back in November 2022 to that unit?

3      A     For all three shifts?

4      Q     How about Shift 2?

5      A     A lot of times we wouldn't have but two

6   orderlies, but ideal, you would like to have three

7   orderlies, one for each wing.

8      Q     Okay.  If an inmate were to clean up, like

9   blood in a cell, would that be logged somewhere?

10     A     I mean, here's the thing with cleaning up

11  blood.  If you're talking about like a fight according

12  to the allegations, all that would be documented because

13  there would be some kind of use of force, there would be

14  something documenting that this happened.

15           With, you know, especially if the officer's

16  seen the fight go on, it's our duty to intervene.  So,

17  we would, you know, the officers would intervene and try

18  to do everything they could to stop the fight within the

19  use of force policy.

20     Q     Are you aware of any -- speaking of

21  intervening, are you aware of any situations or

22  incidents at Jackson where officers failed to intervene

23  in a fight between two inmates where they knew about

24  what was taking place but just didn't intervene?

25           MR. VERNE:  Objection to form.  You can

1    answer.

2        MR. TARJAN:  You can still answer.

3    A    No, I'm not.  An officer has a duty to

4    intervene.

5    BY MR. TARJAN:

6    Q    But are there situations where an officer has

7    been derelict and not intervened?

8    A    Not in my presence.

9    Q    I'm sorry, what did you say?

10   A    Not in my presence.  Not whenever I was there.

11   Not that I know of.  Not that I'm aware of.

12   Q    Okay.  You said not in your presence, but just

13   to be clear, are you aware of this happening where you

14   weren't present?

15   A    No, I'm not.

16   Q    Let's talk about video footage.  Were there

17   any video cameras in Wing 2 back in November 2022?

18   A    Yes.

19   Q    Where were the cameras?

20   A    They're all over the dorm.

21   Q    Okay.  Are there cameras that record -- that

22   would record that cell H2201?

23   A    Yes.

24   Q    Were there cameras that would have recorded

25   cell H1219?



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 76

```
 1        A    Yes.

 2        Q    And do those cameras -- well, is audio

 3   captured as well as video?

 4        A    Yes.

 5        Q    How long is that video and audio retained?

 6        A    I'm not sure.  I think it's every, I want to

 7   say 30 days, I want to say.  I'm not sure.

 8        Q    When -- there was a pre-allegation from

 9   November 4th, and in fact, the IG did an investigation.

10   We have not received any video from that.

11             Do you -- what would be the protocol for

12   securing video if there was like a pre-allegation?

13        A    Me as a lieutenant or me as a sergeant?

14        Q    The -- let's talk about you as a sergeant.

15        A    Me as a sergeant, I would not be involved in

16   that.

17        Q    Okay.  Who would be involved?

18        A    The lieutenant or captain that took the pre-

19   allegation.

20        Q    Would they necessarily, are they required to

21   get the video and save it or review it?  Actually, let

22   me ask -- here's the question.

23             Would the lieutenant or captain be required to

24   preserve the video?

25        A    Yes.
```



1    Q    How do they do that?

2    A    They would go on the system and they would

3    download it and burn it to a CD and put it in with their

4    incident report.

5    Q    Would that video stay on the system or does it

6    just go onto a CD?

7    A    It just goes onto a CD as far as I know.

8    Q    What happens to the CD?

9    A    It gets forwarded to the IG's office along

10   with the incident report and any medical documents or

11   any other documents that were collected by the OIC.

12   Q    If an inmate writes a request asking, like an

13   inmate request or an inmate grievance and they say, save

14   the video, what happens in that case?

15   A    You're asking me something outside of my

16   scope.  I don't know what the process is of that.

17   Q    Okay.  Have you ever had classification

18   officers come to you and ask you to preserve video?

19   A    No.

20   Q    As a sergeant or lieutenant?

21   A    No.

22   Q    Who preserves it -- who will save video then?

23   A    It will be sent -- in the PREA case, it will

24   be sent to the IG's office.

25   Q    But who would be the -- go ahead, sorry.



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 78

```
 1        A    It would be a part of their chain of evidence.
 2        Q    But who would do the actual physically
 3   reviewing the video and downloading the video?
 4        A    The captain or the OIC lieutenant, whoever
 5   was, whoever was taking the allegation would go ahead
 6   and burn the video and send it up with the documents.
 7        Q    Okay.  Do the officers in the officer station,
 8   is -- are they able to watch cameras in there?
 9        A    Yes.
10        Q    Do they have like all of the cameras that they
11   can look at?
12        A    Yes.
13        Q    Okay.
14        A    But let me tell you this.  They're not able to
15   go on the system unless the lieutenant or the captain
16   gives them a key to open up the box because it's locked.
17             They're not able to go on the system unless
18   that lieutenant or that captain gives them permission to
19   download the footage.  And then they're to download the
20   footage and put it on a thumb drive.
21             And then the thumb drive is put on the
22   captain's computer and he burns it to the CD.  And then
23   once he burns it to the CD, he labels the CD and puts it
24   in with his reports.
25        Q    What happens to the thumb drive?
```

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

1      A    It gets erased.

2      Q    Okay.  And when you say that the video is

3   burned to a CD, do you mean -- do you include the audio?

4      A    Yes, it's every time.

5      Q    Okay.  On November 8th, do you know if Mr.

6   Wilson was escorted to medical?

7      A    I do not recall.

8      Q    Okay.  Do you remember any inmate being

9   escorted to medical on that day?

10     A    No, sir, I do not recall.

11     Q    Do you know if Mr. Wilson was moved on

12  November 8th at all?

13     A    No, sir, I do not recall any moves on that day

14  or anything out of the ordinary other than, you know,

15  feeding Chow and, you know, the normal operations of

16  that confinement unit.  But I do not remember anything

17  that happened that day.

18     Q    Okay.  Do you ever -- have you ever said

19  something to the effect, if a duck could hook a truck,

20  you better hook that motherfucker up?

21     A    Huh?  No.

22     Q    Words to that effect?

23     A    No, absolutely not.  That don't even sound

24  like anything I'd say.

25     Q    Okay.  Did you ever -- have you ever called

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

1    any inmates a snitch?

2         A    No.

3         Q    From that -- earlier in this deposition, I

4    showed you a form, the compatibility form, and there

5    were some codes on there.

6              And my understanding from some of these codes

7    a legend -- I'm just going to pull this up rather than

8    just discuss it.  It'll be easier.  Okay.  Do you see

9    that compatibility form?

10        A    Yes, sir.

11        Q    Okay.  Now, on the top right here, there's

12   Inmate 1 and then X and then Inmate 2.  Do you see that?

13        A    Yes.

14        Q    And then below Inmate 1, it says PPD.  Do you

15   see that?

16        A    Yes, I do.

17        Q    This is, you know, upon information and

18   belief, my understanding is that PPD is potential

19   predator.

20             Are you familiar with a phrase potential

21   predator that gets used in the system?

22        A    I know it refers -- I don't know that much

23   about it.  I know it refers to maybe he, I'm not even

24   real sure what the context of it is other than the fact

25   that you don't want to put a prey and a predator

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

```
 1   together.  I do know that much about the system, but as
 2   -- other than that, I do not know.
 3        Q    I guess, do you know whether -- why someone
 4   would be classified as a potential predator?
 5        A    No, I do not.
 6        Q    Now, this -- the code to the right of that
 7   under Inmate 2 is INZ, which my understanding is that is
 8   identified neutral zone.  Do you have any idea what that
 9   means?
10        A    No, I do not.
11        Q    There's also a code under Inmate 1, NSR,
12   neutral risk.  Do you know what that is?
13        A    No.
14        Q    And then also there's a code, MAR, moderate
15   aggression risk.  Do you know what that is?
16        A    I mean, no, I can assume what it is.
17        Q    But like a formal status, do you know like
18   what it would mean as a formal status?
19        A    No, I don't.  But there again, I haven't been
20   trained in movements.  I haven't been showed how to do
21   the movements or anything like that.
22        Q    Okay.  And by the way, what is, do you know
23   what IBAS means, like IBIS, looks like IBIS screen
24   designation and abbreviation?
25        A    No, I don't.
```

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 82

1        Q     Okay.

2        A     Today's the first day I've ever seen that

3    form.

4        Q     One second.  So, we've been talking now for

5    almost, well, several hours, a couple hours.

6              Having, you know, discussed this, do you

7    remember writing any reports at this point for this

8    incident on November 8th?

9        A     No.

10             MR. TARJAN:  Okay.  Why don't we do -- I don't

11        think I necessarily have too many questions, but I

12        just want to take a few minutes, like a 5- minute

13        break.  Any objections from anybody?  Mr. Verne?

14             MR. VERNE:  No, I don't.

15             MR. TARJAN:  Okay.  We're going to take a

16        five-minute break and reconvene.

17             THE COURT REPORTER:  We're off record now at

18        12:25 p.m.

19             (Thereupon, a short discussion was held off

20        record.)

21             (Deposition resumed.)

22             THE COURT REPORTER:  We're now back on record

23        at 12:31 p.m.

24    BY MR. TARJAN:

25        Q     Lieutenant, I don't have too many more

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

1  questions.  If you saw an incident, like a fight between

2  two inmates in a cell, would you be required to write

3  any type of report?

4      A    Yes.

5      Q    What type of report?

6      A    A use of force report.

7      Q    So, even if it's use of force between inmates

8  and not by an officer, you would do a use of force

9  report?

10     A    No, because if I've seen two inmates fighting

11 inside a cell, I would do a direct verbal orders to

12 cease their actions.  If they did not, then I would use

13 force.  If they did cease their actions, we would cut

14 the inmates up, write them DRs for fighting and separate

15 them.

16         Not in that order, of course, we would

17 separate them first, but, you know, there would be a

18 disciplinary report written for them fighting because

19 it's a 2-4, they're not allowed to fight each other. So,

20 then reports would be iterated.

21     Q    Would there be any other reports written for

22 that incident?

23     A    In confinement setting, more than likely it

24 would be an incident report.  That way, it could be

25 notated with the housing officer not to house them two

```
 1   together because they would have a special review

 2   against each other because they have fought before and

 3   be notated on their housing log, the 229.

 4        Q    You said it -- did you use the phrase instant

 5   report?

 6        A    Incident report.

 7        Q    Oh, sorry, thank you.

 8        A    You're welcome.

 9        Q    So, there would be an incident report.  What

10   type of -- what type of form or report would that be?

11   I'm sorry.

12        A    It's, I don't know the exact DC number on it,

13   but it is -- it's an incident report and you write the

14   narrative of the events on it and you would, you know,

15   forward it up to, like at that time, I'll be a sergeant,

16   we would write the incident report, it would be given to

17   the lieutenant and, you know, he would go through the

18   process of making sure that it was notated in the system

19   that these two inmates don't need to be housed together

20   because they're potential to fight.

21        Q    Well, if you -- sorry.

22        A    Probably with a PREA you know, if we know, if

23   we have prior knowledge of it, then we would not house

24   them together.

25        Q    If you as an officer or a sergeant or any
```

1    staff, if you witnessed the two inmates actually

2    fighting, would you be required to write a separate

3    witness statement?

4        A    I mean, maybe, you know, the DR is going to

5    cover what happened.  The disciplinary report is going

6    to cover what happened.

7            The only reason you would write an incident

8    report is to make sure that it got into the system that

9    they wouldn't be housed together anymore.

10       Q    And that incident report would basically have

11   a narrative describing what happened?

12       A    Correct.

13       Q    And you said it would get into the system.

14   Would that then result in a men's report being

15   generated?

16       A    Correct.

17       Q    Would there be -- for a fight like that in,

18   for example, Dorm H, would there be any kind of other

19   record like in the daily record of special housing that

20   that type of fight would be notated?

21       A    Oh, their 229, that's what you're referring

22   to.  There's special housing.

23       Q    Okay.

24       A    Yes, you would log it on their 229B, which is,

25   it's got a place -- what it is, is basically like a



1    sheet of paper.

2           And you would notate on there that inmate, in

3    this case, the two inmates, you know, were housed

4    together and they begin to fight, blah, blah, blah.  And

5    you would say, do not house them together.  And that way

6    the officers would know and he would review it.

7      **Q    Now, in this situation on November 4th, there**

8    **was a pre-allegation, but I believe there was also just**

9    **an allegation of force.  Would there have been a**

10   **separate incident report for use of force?  Or, for I**

11   **guess I'm wondering whether there might be, you might**

12   **have a PREA that's reported that's not going to be seen**

13   **by a lot of eyes, but you might just have sort of**

14   **another report that maybe doesn't go into the PREA, but**

15   **talks about force or, but that other officers might see?**

16     A    The use of force report, usually it's not seen

17   by, except the officers that were involved, unless they

18   went on the server and looked at the use of force, you

19   know, use of force logs on the server.

20          I mean, I can't testify to what officers might

21   go on and look at that kind of stuff.  If there's force

22   use though, you would generate a use of force report. It

23   would be a packet.

24          It would have the medical records that would

25   have footage burned.  It would have everything in there



1    showing the use of force, like whether it be chemical,

2    physical, whatever force was used, it would explain it

3    in that use of force report.

4        Q    And the PREA allegation on November 4th, would

5    that type of allegation have absolutely resulted in a

6    separation order?

7             I know that there was a, that was on, we saw

8    that on the incident report, but is that standard

9    procedure to do that in this type of situation?

10       A    You should always -- if there's an allegation

11   of PREA, you should always separate the inmates.

12       Q    Do officers sometimes communicate with each

13   other, like these two people need to be separated, like

14   informally, if one officer knows, does that type of

15   communication transpire?

16       A    I mean, if, yeah, if something happens from

17   shift to shift, then, you know, we give a briefing at

18   the end of the shift, hey, this happened, that happened,

19   whatever.

20            And you tell the next shift, that way they'll

21   know.  And -- but it's also documented, like something

22   like that would be documented.

23       Q    Now, Mr. Wilson on November 8th, both he and

24   Mr. Vieard -- well, I'll speak to Mr. Wilson.  He did go

25   to medical and there was a diagram of injury that was

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 88

1    generated by a nurse, Kilee Everett, K-I-L-E-E, Everett.
2    Are you familiar with Kilee Everett?
3        A    She was a nurse that used to work here.
4        Q    Did she leave the prison system altogether? Do
5    you know?
6        A    Yes, as far as I know, she left the prison
7    system altogether.
8        Q    When is -- when was that?
9        A    I'm not sure.  I just know she was a nurse
10   here.
11       Q    Okay.  It -- so, it seems that Mr. Wilson was,
12   you know, subsequent -- he was moved.  He went to
13   medical.
14            How would that have been documented in terms
15   of logging it, not with the medical records per se, but
16   by Department of Corrections itself?
17       A    Well, I mean, I don't know what the context
18   was of him going to medical.  I mean, what I can assume
19   it's over a fight that allegedly happened, but I don't
20   have any information about the fight.
21            So, me not having the information about the
22   fight, I'm not real sure how it was documented or
23   anything like that.
24       Q    I'm going to ask you -- I'm going to ask you
25   hypothetically.  So, if there had been a fight between



1    Mr. Wilson and Mr. Vieard, and then one or both of them

2    went to medical, how would that be documented?

3        A    It would be documented in an incident report.

4        Q    Anywhere else?

5        A    I'm not sure.  Like if there was injuries, if

6    there was -- if there was force use, it would be

7    documented in the use of force, along with the medical

8    logs that, you know, just like you said, a body sheet,

9    and it would have all the documentation in that use of

10   force happened.

11       Q    Is the -- if an inmate goes for like a pre-

12   confinement type assessment, is that done in H dorm or

13   is that done outside H dorm?

14       A    Typically, there has been something that has

15   been done inside H dorm whenever the inmate was, say he

16   had force used on him outside on the yard, and he was

17   brought straight to H Dorm, then the nurse would come

18   down and, you know, do their assessment there because

19   they're going to have to come down for the use of force

20   anyway.

21            But if an inmate's just getting locked up,

22   there was no force used or anything like that, and the

23   inmate stopped being combative, and he's going along and

24   doing like he's supposed to, he's taken by medical, and

25   he is assessed in medical, and then they bring their



1    650B, a copy of their 650B down, then it's put in his

2    229 folder, which is their medical assessment form.

3        Q    Is there a log that shows all people going in

4    and out of that dorm?

5        A    Yes.

6        Q    Do you know if Kilee Everett would have seen

7    Mr. Wilson inside the dorm based on those allegations of

8    a fight between him and Mr. Vieard, or would he have

9    been taken outside the dorm?

10       A    I'm not sure.

11       Q    Okay.

12       A    I mean, she possibly could have come down to

13   the dormitory, we didn't have a medical triage room in

14   there, or he could have been escorted to medical.

15       Q    So if he was escorted out of the dorm though,

16   that would have been notated where?

17       A    On the housing log, the officer in the bubble

18   should have notated it.

19       Q    Okay.  One second.  Since November 8th, have

20   you -- I think I know how you're going to answer this,

21   but since November 8th, have you had any contact with

22   Mr. Wilson to your knowledge?

23       A    No, I haven't.

24       Q    And since that --

25       A    Not to my knowledge.



1    Q    Since November 8th, have you had any contact

2   with Mr. Vieard to your knowledge?

3    A    Not to my knowledge.  I mean, if they,

4   obviously, if they were in confinement, I'm sure I may

5   have helped feed, I may have been by their cell, I may

6   have escorted them to DR court, I may have, you know.

7          But as far as like me remembering the actual

8   conversation with these inmates, I do not remember any

9   interaction with these inmates.

10         MR. TARJAN:  Okay.  One second.  All right.  I

11      don't have any further questions at this time.

12         MR. VERNE:  Okay.  I have a couple of

13      questions.  Thank you, Mr. Ingram for sitting for

14      this.  Do you need to take a break or anything?

15         THE WITNESS:  No.

16         MR. VERNE:  Anyone else need to take a break?

17         MR. TARJAN:  No.

18         MR. VERNE:  Okay.  All right.

19             CROSS EXAMINATION

20   BY MR. VERNE:

21    Q    I have a couple of questions for you.  A

22   couple of things I want to talk with you about.  Most

23   of the stuff that I had actually already written down,

24   Mr. Tarjan did a good job of already going over.

25          I'm going to share my screen real quick.  I'm



1    going to talk about that incident report that Mr. Tarjan

2    showed you earlier today.  I want to talk with you about

3    it real quick.  Can you see my screen?

4         A    It's up now.

5         Q    Okay.  You can see it now?

6         A    Yes.

7         Q    Okay.  And the portion that I've highlighted

8    here in the center of the screen, it's the review by you

9    said by the major.  You think that that's the major

10   signature?

11        A    Yes, sir.

12        Q    Okay.  So, this portion here, this is the

13   statement of the major in reviewing the incident report

14   that was created by Captain Obert, right?

15        A    Right.

16        Q    Okay.  Now, it reads basically that there's a

17   pre-allegation and that they should not be housed

18   together, right?

19        A    Correct.

20        Q    Okay.  Now, you see here it says CC.  Do you

21   understand that -- I understand that to mean carbon

22   copy.  Is that what you understand that to mean too?

23        A    Is he -- but is he talking about like on an e-

24   mail to CC because it has Mr. Hancock and it has Ms.

25   Peterson, which was the classification supervisor at the

1    time and all captains and Sergeant Danielle's, which was

2    a DR coordinator.  I think she helped out with PREAs,

3    and Sergeant Garvin, which was the movement officer.

4         Q    Okay.  What --

5         A    So --

6         Q    Go ahead.

7         A    Are they talking about e-mailing them or are

8    they talking about giving them a copy of that?

9         Q    All right.

10        A    Either way giving a copy.

11        Q    So, it's your understanding based on this, at

12   least the statement here from the major that those

13   individuals that are listed there were the ones that

14   were sent potentially information about the PREA,

15   correct?

16        A    Correct.

17        Q    And the fact that they shouldn't be housed

18   together?

19        A    Correct.

20        Q    Is your name there?

21        A    No, it is not.

22        Q    Is Mr. Causey's name there?

23        A    No, it is not.

24        Q    Is Ms. Jones name there?

25        A    No, it is not.



```
 1        Q    Is Mr. Granger's name there?

 2        A    No, it is not.

 3        Q    Okay.  Now, I'm going to talk with you about

 4   this.

 5             Have you spoken with Mr. Hancock about this

 6   particular incident report?

 7        A    Since this has come up?

 8        Q    At any point, have you ever spoken with Mr.

 9   Hancock about this incident report?

10        A    No, not about this incident report.

11        Q    Okay.  What about Mrs. Peterson?  Have you

12   ever spoken with her or did you ever speak with her

13   about this incident report?

14        A    No.

15        Q    What about any of the captains?

16        A    No.

17        Q    What about Ms. Dan -- or Sergeant Danielle's?

18        A    No.

19        Q    What about Sergeant Garvin?

20        A    No.

21        Q    Do you know if Mr. Causey spoke with any of

22   these individuals?

23        A    No.

24        Q    Do you know if Ms. Jones spoke with any of

25   these individuals?
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 95

1      A    No.

2      Q    Do you know if Mr. Granger spoke with any of

3    these individuals?

4      A    No.

5      Q    Okay.  Go ahead.

6      A    Real quick, typically, PREA is sort of like

7    HIPAA.  The less people that know about it is to protect

8    the inmates' privacy, the better off it is. That's the

9    reason you put it in the system, hey, do not be housed

10   together, possible PREA.

11         We would not have access to all that and none

12   of them people would come down there and say, hey,

13   Sergeant Aaron, by the way, blah, blah, blah.  They

14   would not let us know anything about that because they

15   would be scared to violate any rights of the inmates.

16     Q    Okay.  Did you have any knowledge of the issue

17   between Mr. Vieard and Mr. Wilson that occurred on

18   November 4th, 2022?

19     A    No.

20     Q    Okay.  Now, I also want to direct your

21   attention to the portion below it.  This appears to be

22   created by the warden, correct?

23     A    Correct.

24     Q    Now, you said that you're not sure if that's

25   the warden's signature, but someone signed it.  It

1    appears for the warden or the warden him or herself.

2         A    Correct.

3         Q    Okay.  And here again, it says do not house

4    inmates together, right?

5         A    Correct.

6         Q    And that, according to this, is directed to

7    Sergeant Garvin?

8         A    Yes, sir.

9         Q    Okay.  And it's, again, it's CC'd to Ms.

10   Peterson and Mr. Hancock, correct?

11        A    Correct.

12        Q    And the ICT, Ms. Peter -- it says Ms.

13   Peterson, ICT.  Do you know what the ICT is?

14        A    Oh, yeah, that's the classification.  They're

15   the ones that do the, everything to do with the inmates,

16   like housing level, anything to do with that side of

17   things.

18        Q    Okay.  Do you know if Ms. Peterson was a

19   member of that?

20        A    Yes, she was.

21        Q    Okay.  And then Mr. Hancock, it says PREA. Do

22   you have any concept of what that might mean?

23        A    Mr. Hancock was, he handled all the PREAs at

24   that time.  He was over that.

25        Q    Okay.  So, I do want to ask you a question. Is

1    it safe to say that these two sections here are

2    basically the major and the warden or the warden's,

3    someone associated with the warden assigning

4    responsibilities to specific individuals?

5        A    That's correct.

6        Q    Okay.  And your name nor none of the other

7    defendants is named there?

8        A    That is right.

9        Q    Okay.  Thank you.  Now, let's talk about the

10   way grievances are picked up in confinement.  Okay? Can

11   you describe, generally describe the process for me

12   again?

13       A    Some -- classification officer is assigned to

14   come down there on a daily basis whenever they make the

15   complete round in the top tier and the bottom tier of

16   all three wings of the dormitory.

17            If it's a male classification officer,

18   typically he walks by himself.  If it's a female, a male

19   officer will usually walk with them just for their

20   safety and protection to where, you know, the inmate

21   decides he's going to do something that he shouldn't do.

22            Whenever the classification officer gets to

23   the inmate's cell, the inmate has the opportunity to

24   hand out his paperwork.  The classification officer gets

25   the paperwork and puts it in a secure box.  It's made of

```
 1    -- the one we have here is made of wood.

 2           She takes it back to classification and then

 3    they go through them in classification or whoever gets

 4    them in classification.

 5           At no time does a correctional officer or

 6    correctional officer sergeant or lieutenant until it's

 7    been reviewed by whoever's assigned to review it, which

 8    I do not know who does that part, they are -- they do

 9    not have access or nor they cannot take or touch that

10    grievance.

11           It is for the -- so the inmates will have an

12    outlet where they can have a way to get any of their

13    grievances out without any interference of any

14    correctional officers.

15       Q    Okay.  So, I want to break it down a little

16    bit.  I want to break down the process of it.

17           So, you said that the grievance is, usually in

18    your experience, was slid through the top of the door,

19    correct?  So, it wasn't, in your experience, slid

20    through the boot flap?

21       A    I mean, there's a little crack in there and

22    they may have been slide it up through there, but

23    typically it's easier for them to slide it through the

24    top.

25       Q    Okay.  Does someone grab that grievance that
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                     Page 99

1    slid through the top?

2         A    The classification officer grabs it.

3         Q    Okay.  So, the officer that's escorting never

4    actually in your experience takes possession of that

5    grievance?

6         A    No, they're not supposed to nor --

7         Q    Does -- while that grievance is being placed

8    in that box, does anyone read that grievance?

9         A    No.

10        Q    Does anyone review it in any way during that

11   period of time?

12        A    No.

13        Q    Okay.  Now, the box itself, do you know who

14   has access to that box?

15        A    Somebody in classification.

16        Q    Do you know of any officers that have access

17   to the box?

18        A    Not that I'm aware of.

19        Q    Okay.

20        A    No one on the sergeant -- even me as a

21   lieutenant, I've never had access to any grievances like

22   that.

23             Whenever I receive a grievance, it's only

24   after they've been reviewed by like, say Mr. Hancock

25   sends me a grievance to answer, then I would receive the

1    grievance and it may be some like officer so and so

2    didn't give me toilet paper.

3            So, then I have to, you know, address the

4    grievance, make sure the inmate received toilet paper

5    and stuff like that.  I've had one like that before.

6            And that, you know, I'll go interview the

7    inmate and what have you and make sure that everything's

8    done properly.  And then I write my results down through

9    an incident report and return it to Mr. Hancock.

10       **Q    Okay.  If a grievance is written specifically**

11   **about an officer, do you know if that officer would ever**

12   **receive that grievance?**

13       A    Oh, if he -- not directly.  He might -- the

14   officer, like if it's something that officer did, a

15   supervisor would address the officer.

16       **Q    Okay.  But that officer himself would never,**

17   **in your understanding, address the grievance directly?**

18       A    No.

19            MR. TARJAN:  Objection as to -- objection as

20       to form, but can be answered.  Yeah.

21   BY MR. VERNE:

22       **Q    Is that correct?  The officer himself would**

23   **never address the grievance that was written about that**

24   **officer directly?**

25       A    That's correct.



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 101

1    Q    Okay.

2    A    To my knowledge, I've never heard of an

3  officer getting a grievance directly back to them

4  without it being reviewed by supervisors.

5    Q    Have you ever received the grievance about

6  from -- by an inmate about yourself to address directly?

7    A    No.

8    Q    Okay.  Now, let's talk a little bit about the

9  officer station.

10         So, I'm just going to refer to it as a bubble.

11  You understand what I'm talking about?

12    A    Yes.

13    Q    Okay.  So, the bubble, you talked a little bit

14  about what could be -- what could be seen and what could

15  be heard from the bubble in relation to the cells,

16  correct?

17    A    Correct.

18    Q    Okay.  And the officer in the bubble, would

19  they be able to hear conversation that was going on cell

20  fronts at normal volume between an officer and an

21  inmate?

22    A    Doubtful.  No.

23    Q    Okay.  Why do you say that?

24    A    Because the cameras that we have, the only way

25  they can hear is through the camera audio system, you



```
 1    know, the cameras.

 2            And we don't have a speaker down there for the

 3    officers to hear what's going on, on the camera.  And

 4    the officers also don't have access to open up the

 5    control box.  It's locked.

 6            The cameras, there's a picture there, but

 7    that's all that's there.  So, they're inside the bubble

 8    and you're down on the floor, there's no way they can

 9    hear you.  Does that make sense?

10        Q    Yeah.  One other thing, and this was just one

11    of the early questions, you're a lieutenant now, right?

12        A    Correct.

13        Q    And you responded and said that you work at

14    Jackson Correctional Institution.  Is that correct?

15        A    Correct.

16        Q    Do you work at the main unit or where do you -

17    - where do you work?

18        A    Now, I work at the work camp.

19        Q    Okay.  So, you work at the work camp that's

20    currently where you're working?

21        A    Yes, sir.

22        Q    When did you leave Jackson Correctional

23    proper, like the institution itself, do you remember?

24        A    Approximately six months ago.

25        Q    Okay.  And why did you leave the institution?
```

1    A    Well, I went to the colonel, which was chief

2   at the time.

3    **Q    Okay.**

4    A    And I came to learn how to be a shift

5   supervisor.  And in order for me to learn how to be a

6   shift supervisor, he moved me to the work camp where I

7   actually have a shift that I run and assign officers to

8   duties and everything like that.

9    **Q    Okay.  So, you just wanted to get some**

10   **additional experience doing something new?**

11   A    Yes, sir.

12   **Q    Okay.  There was no type of corrective action**

13   **or any type of issue involving you?**

14   A    No.

15        MR. VERNE:  Okay.  One moment.

16             REDIRECT EXAMINATION

17   BY MR. TARJAN:

18   **Q    I have just a couple of follow-up questions.**

19   **Lieutenant, when inmates provide a grievance, do they**

20   **simply fold the piece of paper and hand it over, or are**

21   **these put in envelopes?**

22   A    It's just a piece of paper.  It's not put in

23   envelopes.

24   **Q    And that being -- sorry.**

25   A    If the inmate has an envelope in his cell and

UNIVERSAL COURT REPORTING
CLEAR VALUE. EVERY CASE.

```
 1    he wants to put it in there, he can do that.  But how

 2    the grievance process works, if an inmate asks for an

 3    inmate request, that's an informal grievance.  And a 303

 4    is a formal grievance.

 5            So, they have to do an informal grievance

 6    first, and then a formal grievance on it.  So, all they

 7    have to do is request it from the officer, the officer

 8    gives them the forms, they fill it out, and it's picked

 9    up like I've already explained.

10        Q    Is an inmate request -- so, there's an inmate

11    request, the informal request, is that treated any

12    separately in Dorm H, or do those informal requests also

13    get handed directly to the classification officer you

14    described going by?

15        A    It gets handled the exact same way.

16        Q    Okay.

17        A    Either way, it's a grievance.  So, in order to

18    protect the inmate's rights, it's picked up the way I

19    described.

20        Q    Do inmates, in your experience, are they -- do

21    they usually put the grievance in an envelope, or is it

22    just handed over folded, not folded?  How is that

23    usually done in your experience?

24        A    I mean, that's each individual's preference.

25    You know, some inmates have money, some inmates don't.
```

 1    Some inmates have envelopes, some inmates don't.  You

 2    know, I mean, it just depends on the inmate.

 3         Q    Now, you were asked by Mr. Verne about whether

 4    an officer might be informed of, you know, shown a

 5    grievance maybe against them.

 6              What I wanted to ask about is, if an officer,

 7    if there is, if an inmate writes a grievance against an

 8    officer and there are allegations that a higher up wants

 9    to investigate, would the higher up sometimes speak

10    directly to the officer about the allegations?

11         A    That would be unethical.  Why would a -- why

12    would a supervisor be there?  I mean --

13         Q    Well, if they're investigating -- if they're

14    investigating an incident that may think it was

15    improper, for example?

16         A    Oh, so what you're asking me is during his

17    investigation, would he question an officer?

18         Q    Yes.

19         A    Maybe, depending on the allegation.

20              MR. TARJAN:  All right.  Thank you.  I have no

21         further questions.

22              MR. VERNE:  No further questions based on

23         that.

24              THE COURT REPORTER:  Wonderful.  And then will

25         Mr. Ingram read or waive, or would you like me to



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024                    Page 106

```
 1        explain that, Counsels?
 2            MR. VERNE:  So, Mr. Ingram, I'm going to have
 3        you read a copy of the transcript.  Basically, what
 4        that means is we are -- you're going to be able to
 5        get a copy to make sure that they, what the Court
 6        Reporter's transcribed is accurate.
 7            There will be a sheet called an errata sheet
 8        that you'll be able to fill out if there's an
 9        inaccuracies.  You can make changes, like if the
10        Court Reporter transcribed a he, you can change it
11        to like a she.
12            But the entire substance of answers can't be
13        changed.  Otherwise, Mr. Tarjan can come back and
14        ask you questions about it, okay?  But I'm going to
15        have you read that, all right?
16            THE WITNESS:  Okay.
17            THE COURT REPORTER:  And then --
18            MR. VERNE:  So, we'll have him read.
19            THE COURT REPORTER:  Sounds good, Counsel. And
20        then does anybody want a reserve a copy at this
21        time yet?
22            MR. TARJAN:  I'd like to order an electronic
23        copy.
24            THE COURT REPORTER:  Is --
25            MR. VERNE:  I would as well.
```



```
 1                THE COURT REPORTER:  Wonderful.  And would --

 2                MR. TARJAN:  No rush.

 3                THE COURT REPORTER:  No rush, 10 business

 4           days?

 5                MR. TARJAN:  Okay.  Good.

 6                THE COURT REPORTER:  All right.  I'll take us

 7           off record.

 8                MR. VERNE:  Electronic copy is fine.  I do not

 9           need a hard copy of it.

10                MR. TARJAN:  Same.

11                THE COURT REPORTER:  Okay.  I'll put you down

12           for electronic copy.  We're off record now at 01:05

13           p.m.

14                (Deposition concluded at 1:05 p.m.)

15                (Reading and signing of the deposition by the

16                witness has been reserved.)

17

18

19

20

21

22

23

24

25
```



```
1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF PANAMA CITY

4

5        I, SYMPHONI JOHNSON, Court Reporter and Notary

6    Public for the State of Florida, do hereby certify that

7    I was authorized to and did digitally report and

8    transcribe the foregoing proceedings, and that the

9    transcript is a true and complete record of my notes.

10       I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15       Witness my hand this 5TH day of December 2024.

16

17

18

19

20

21

22   _____
     SYMPHONI JOHNSON,CER,CDR COURT REPORTER
23   NOTARY PUBLIC, STATE OF FLORIDA

24

25
```



1                     CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF PANAMA CITY

4

5        I, SYMPHONI JOHNSON, the undersigned authority,

6    certify that BENNY INGRAM appeared before me remotely

7    pursuant to Florida Supreme Court Order AOSC20-23 and

8    was duly sworn on the 21st day of November 2024.

9

         Witness my hand this 5th day of December 2024.
10

11

12

13

14

15

16

17    _____
18    SYMPHONI JOHNSON,CER,CDR COURT REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
19    Commission No.:  HH 481959
      Commission Exp:  01/17/2028
20

21

22

23

24

25



```
 1   DATE:       December 9, 2024
     TO:         Lieutenant Benny Ingram
 2               C/O
                 Erik D. Verne, Esquire
 3               Florida Office of the Attorney General
                 PL-01 The Capitol
 4               Tallahassee, Florida  32399-4120
     IN RE:      Bernard D. Wilson v. Lieutenant Ingram
 5   CASE NO:    5:23-cv-00253-TKW-MJF

 6   Dear MR. Ingram,

 7        Please take notice that on the 21st day of November
     2024, you gave your deposition in the above-referenced
 8   matter.  At that time, you did not waive signature.  It
     is now necessary that you sign your deposition.  You may
 9   do so by contacting your own attorney or the attorney
     who took your deposition and make an appointment to do
10   so at their office.  You may also contact our office at
     the below number, Monday - Friday, 9:00 AM - 5:00 PM,
11   for further information and assistance.

12        If you do not read and sign your deposition within
     thirty (30) days, the original, which has already been
13   forwarded to the ordering attorney, may be filed with
     the Clerk of the Court.

14        If you wish to waive your signature, sign your name
     in the blank at the bottom of this letter and promptly
15   return it to us.

16   Very truly yours,

17

18   _____
     SYMPHONI JOHNSON, Court Reporter
19   Universal Court Reporting
     (954)712-2600
20
     I do hereby waive my signature.
21

22   _____
     Benny Ingram
23   CC: VIA TRANSCRIPT:        Joshua Moross Tarjan, Esquire
                                Erik D. Verne, Esquire
24

25
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024          Page 111

```
 1    Errata Sheet

 2

 3    NAME OF CASE: Bernard D. Wilson vs Lieutenant Ingram

 4    DATE OF DEPOSITION: 11/21/2024

 5    NAME OF WITNESS: Benny Ingram

 6    Reason Codes:

 7          1. To clarify the record.

 8          2. To conform to the facts.

 9          3. To correct transcription errors.

10    Page _____ Line _____ Reason _____

11    From _____ to _____

12    Page _____ Line _____ Reason _____

13    From _____ to _____

14    Page _____ Line _____ Reason _____

15    From _____ to _____

16    Page _____ Line _____ Reason _____

17    From _____ to _____

18    Page _____ Line _____ Reason _____

19    From _____ to _____

20    Page _____ Line _____ Reason _____

21    From _____ to _____

22    Page _____ Line _____ Reason _____

23    From _____ to _____

24

25                              _____
```



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

---

**0**

**0.1**
14:5

**00253-TKW-MJF**
5:9

**01:05**
107:12

**03:30**
16:5

**06:00**
40:17

**07:00**
16:5

---

**1**

**1**
13:12,16,17,18
14:2 52:9 53:6,19,
21 54:6 80:12,14
81:11

**10**
107:3

**100**
21:2

**10:22**
5:5

**11/7/22**
19:14,15

**11:28**
49:7

**11:33**
49:21

**1209**
53:21 54:1

**1219**
53:2,3,5,17

---

**12:25**
82:18

**12:31**
82:23

**13th**
16:17

**155GS**
16:2

**1:05**
107:14

---

**2**

**2**
52:5,10,11,12,15
53:13,24 54:2,5
55:6 74:4 75:17
80:12 81:7

**2-4**
83:19

**20**
54:1

**2002**
45:21

**2022**
10:24 12:20 13:3,5
15:15,24 16:14,17
18:2,11 22:17
23:12 24:2 31:15
32:10 34:13 40:14
47:12 49:23 53:12
55:13 73:3 74:2
75:17 95:18

**2024**
5:2,4

**21**
5:2

**2109**
52:25 53:8,24

---

**21st**
5:4

**22**
55:12

**229**
84:3 85:21 90:2

**229B**
85:24

---

**3**

**3**
54:4

**30**
76:7

**303**
104:3

---

**4**

**4-inch**
55:5

**400**
21:1

**4th**
12:20 13:2,5 14:13
15:15 18:1,11
24:2,9 28:9 31:15
34:13,21 37:10
50:23 76:9 86:7
87:4 95:18

---

**5**

**5**
49:15 67:24

**5'11"**
55:24

**5-**
82:12

---

**5-minute**
49:8

**523-CV-**
5:8

---

**6**

**6**
56:3 67:24

**6'2"**
56:1

**60**
54:21,22

**650B**
90:1

---

**8**

**8th**
10:24 12:20 15:24
16:14 22:17 23:12
35:15,18 37:14
49:23 50:24 53:12
79:5,12 82:8 87:23
90:19,21 91:1

---

**A**

**a.m.**
5:5 16:5 40:17
49:21

**Aaron**
35:3 95:13

**abbreviation**
81:24

**ability**
8:9 56:17 57:11

**able**
11:19 38:8 39:24
54:12,13 56:22,24
57:8 62:25 78:8,

---



14,17 101:19
106:4,8

**about**
10:2,15 11:9,14
12:18 14:23 17:8,
10,12 18:8 19:7
20:4,10,13,15,16,
23 22:14,23 23:4,
9,21 24:3,7 26:16
28:4,16 31:5,20
32:10 37:13 40:23
42:12,20 43:8,9,25
44:1,8,9,14 45:5
49:23,24 55:5
56:3,19 57:25
60:8,11 62:9 68:11
71:12 74:4,11,23
75:16 76:14 80:23
81:1 86:15 88:20,
21 91:22 92:1,2,23
93:7,8,14 94:3,5,9,
10,11,13,15,17,19
95:7,14 97:9
100:11,23 101:5,6,
8,11,14 105:3,6,10
106:14

**absolutely**
19:9 79:23 87:5

**AC**
60:19

**access**
25:9 27:9 37:17,19
38:14 39:14 41:15,
16 95:11 98:9
99:14,16,21 102:4

**according**
14:3 28:10 70:8
74:11 96:6

**accurate**
106:6

**ACI**
45:22 46:2

**acting**
19:12

**action**
103:12

**actions**
25:17 83:12,13

**activating**
67:1

**actual**
78:2 91:7

**actually**
10:1 12:2,7 13:1
27:16,17 28:24
29:24 30:3 52:9
53:9 54:1 60:10
65:10 68:3 76:21
85:1 91:23 99:4
103:7

**additional**
65:20 103:10

**address**
44:6,25 100:3,15,
17,23 101:6

**administration**
73:1

**administrative**
30:1 60:20

**advised**
43:8

**after**
6:6 26:13 30:1
99:24

**afterwards**
25:7

**again**
16:22 21:9 25:9
30:14,23 34:16,17
36:20 39:13 40:21
45:10 81:19 96:3,9
97:12

**against**
21:12 25:20 43:6
44:3,15 45:3,7
47:12 69:21,24
84:2 105:5,7

**aggression**
81:15

**ago**
46:11,12 48:23
102:24

**ahead**
19:25 26:12 32:14
35:15 38:12 41:11
42:24 46:6 58:19
61:15 63:8 69:25
77:25 78:5 93:6
95:5

**alcohol**
8:6

**alerted**
44:2 45:6

**all**
6:13,20 7:21,24
8:12 11:18 12:9
14:2 15:18 16:22
17:7,12 18:10
20:4,12,17 22:12
26:19 27:4,6,23
28:24 31:18 32:24
34:16,19 35:6,13
39:9 42:3 45:9,10
52:1 54:9 55:9
56:8 57:12 58:2
59:5,10,16,20 60:4
61:6,10 62:6 64:4
66:15 73:19,24
74:3,12 75:20
78:10 79:12 89:9
90:3 91:10,18
93:1,9 95:11 96:23
97:16 102:7 104:6
105:20 106:15
107:6

**allegation**
32:7,18 69:21
70:16 76:19 78:5
86:9 87:4,5,10
105:19

**allegations**
9:10 42:13 74:12
90:7 105:8,10

**alleged**
9:10 24:1

**allegedly**
88:19

**alleges**
53:11

**allow**
68:19

**allowed**
83:19

**almost**
82:5

**along**
77:9 89:7,23

**already**
24:7 32:17 63:5
70:1,13 72:19
91:23,24 104:9

**also**
7:14 12:13 19:24
20:1,6 23:10 24:6
25:23 45:6 69:6
81:11,14 86:8
87:21 95:20 102:4
104:12

**altogether**
88:4,7

**always**
62:15 65:22,24
69:5 70:21 87:10,
11

**am**



5:21,23 15:2 18:6
20:18 30:23 41:12

**amicable**
48:1

**amount**
71:12 73:15

**and-so**
38:10

**ankle**
66:2,9,11

**annual**
14:4,5

**another**
12:12 21:14 25:20
60:2 61:3 65:10
66:6 67:23 86:14

**answer**
7:16 8:1,9,16 15:9
41:8 42:13 75:1,2
90:20 99:25

**answered**
100:20

**answers**
106:12

**any**
7:24 8:6,19 9:3,23
10:14,17 11:3,11,
12,13 15:18,19
20:19 21:11,25
22:10,17,23 23:1,
15,16,19,24 24:8
26:21 28:4,25
29:23 31:8,13,16,
19 33:14 34:1,10
37:8,15 41:4,15
44:2 47:24 48:10
50:4,11,14 57:15,
25 66:18 68:2,7,25
69:3 73:25 74:20,
21 75:17 76:10
77:10,11 79:8,13

80:1 81:8 82:7,13
83:3,21 84:25
85:18 88:20 90:21
91:1,8,11 94:8,15,
21,24 95:2,15,16
96:22 98:12,13
99:10,16,21
103:13 104:11

**anybody**
82:13 106:20

**anybody's**
57:4

**anymore**
32:6 85:9

**anyone**
9:19 24:16 50:10
58:11 91:16 99:8,
10

**anything**
8:8 11:8 20:9,10
21:14 22:23 23:4,
16,21 24:3 30:21
34:9 37:9 38:8,14
40:3 43:14,23
44:10,17 47:22
48:19 49:24 50:1
79:14,16,24 81:21
88:23 89:22 91:14
95:14 96:16

**anyway**
89:20

**Anywhere**
89:4

**Apalachee**
45:23

**apart**
24:17

**apologies**
52:19

**apparatus**
52:14

**appear**
13:23 16:19 27:14
40:15

**appears**
16:18 95:21 96:1

**appreciate**
37:6 44:23

**approximately**
54:19 55:5 102:24

**area**
38:4

**arms**
63:1

**around**
38:18,23 40:17,18
47:12 51:2,3 63:9,
12 66:2

**arrive**
66:7

**ask**
6:20 7:14,25 8:13,
20 10:1 22:15 23:9
40:13 43:24 50:20
68:3 76:22 77:18
88:24 96:25 105:6
106:14

**asked**
8:2 44:25 62:19
105:3

**asking**
18:8 20:21 33:6
37:4 54:20 59:15
77:12,15 105:16

**asks**
104:2

**assessed**
89:25

**assessment**
17:1 89:12,18 90:2

**assign**
72:21 103:7

**assigned**
14:16 15:3,7 16:8
29:22 30:9 36:5,8
37:3 40:8 41:18,19
58:16,23,24 59:2,
12 60:5 71:24,25
72:8,12,15,18
73:6,15,16,20 74:1
97:13 98:7

**assigning**
97:3

**assignment**
13:11 14:3,13
15:19 73:10

**assignments**
51:1

**assigns**
38:17

**assist**
34:8

**assistant**
9:19,22 41:22 42:6
44:5,13 45:1,6,10,
15,17 46:5,18,22,
24 47:3,4

**associated**
97:3

**assume**
8:16 71:18 81:16
88:18

**assuming**
66:19 68:10

**attention**
95:21

**Attorney**
7:7 9:18,22

**Attorney's**
9:19



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**audio**
76:2,5 79:3 101:25

**August**
47:12

**aware**
10:4,9,13,21 18:10
24:8 37:8,15 47:11
74:20,21 75:11,13
99:18

**away**
37:25 47:18,19
54:16

_____

**B**

_____

**back**
11:25 12:19 13:25
17:22 20:12 25:4,
12 27:2 31:15
32:10 34:15,16
39:3,11 40:14 42:6
49:15,20 55:12
61:20 62:4 63:16,
17 65:6,13,17,18
68:14 69:3 71:2
72:24 73:3 74:2
75:17 82:22 98:2
101:3 106:13

**backwards**
63:12

**bad**
21:13

**bag**
71:5

**ball**
71:15

**based**
90:7 93:11 105:22

**basic**
7:7

**basically**
26:19 29:13 31:2
37:22 56:13 64:15
85:10,25 92:16
97:2 106:3

**basis**
15:8 22:10 27:10
97:14

**became**
46:17

**because**
15:5 19:12,22
20:2,4,20 27:8
30:13,20 32:24
35:6,13 36:4,14
37:2 39:22 44:9,18
47:16 58:22 65:5,8
72:11,17 74:12
78:16 83:10,18
84:1,2,20 89:18
92:24 95:14
101:24

**become**
47:11

**becoming**
44:12

**bedroll**
71:7,13

**before**
7:4 8:3 17:15,23
22:20 29:2,6 35:14
40:12,18 41:22
42:9 46:10 48:14
50:21 57:22,25
59:25 66:13 71:18
84:2 100:5

**begin**
86:4

**behaving**
40:3

**behind**

**58:8 65:17,18**
71:1,2

**belief**
80:18

**believe**
10:12 86:8

**bell**
11:11

**below**
80:14 95:21

**Benny**
5:1,6 6:5

**Bernard**
5:7 10:24 12:5,10
22:16

**better**
79:20 95:8

**between**
74:23 83:1,7 88:25
90:8 95:17 101:20

**big**
55:4

**bigger**
66:2

**bit**
17:7 19:1 22:13
33:22 50:4 60:9
98:16 101:8,13

**blah**
86:4 95:13

**blanket**
71:14

**bleach**
72:2

**blood**
71:22,24 74:9,11

**blood-borne**
71:25

**body**
89:8

**book**
21:16

**boot**
98:20

**booth**
51:9,14,19,22 57:2

**booths**
51:16

**both**
25:23 61:17 62:5
63:23 65:18 87:23
89:1

**bottom**
55:25 56:2 64:5,16
97:15

**box**
37:20 38:3 39:2,6,
9,10 61:3 62:17
64:3 78:16 97:25
99:8,13,14,17
102:5

**boxes**
39:24 64:4

**break**
7:24,25 8:3 36:24
49:8,11 82:13,16
91:14,16 98:15,16

**briefing**
87:17

**bring**
39:8,9 89:25

**broad**
44:9

**brought**
22:21 61:6 68:4
89:17

**bubble**
52:21 90:17



101:10,13,15,18
102:7

**building**
52:18

**bunk**
17:13,19 28:21
30:3,4 65:12

**bunked**
28:1

**burn**
77:3 78:6

**burned**
79:3 86:25

**burns**
78:22,23

**business**
107:3

**button**
67:1,8

---

**C**

**Calhoun**
45:18 46:7 47:13

**call**
26:3 44:5 51:24
52:22 53:1 58:20
59:10,18,21 61:18
62:7 63:18 66:18
70:4

**called**
6:6 32:2 51:18
66:25 73:9 79:25
106:7

**calling**
51:19 57:18 68:18
70:3

**came**
41:21 103:4

**camera**
101:25 102:3

**cameras**
75:17,19,21,24
76:2 78:8,10
101:24 102:1,6

**camp**
21:14 102:18,19
103:6

**can**
6:10,22,23,24
7:12,25 12:2,8
13:3,22 14:3 19:7
20:1,14 25:11
26:20,22 33:23
34:16,22 36:4,9
37:20,21 38:5,25
40:22 44:10 51:20
52:8 54:9 55:1,3,
19 56:8 57:5,6,9,
22 60:12 65:25
66:3,18 67:15
73:12 74:25 75:2
78:11 81:16 88:18
92:3,5 97:10 98:12
100:20 101:25
102:8 104:1 106:9,
10,13

**can't**
19:21 27:23 30:25
32:3 33:7 36:7,9
37:2 40:23 46:21
55:1 69:9 86:20
106:12

**cannot**
57:17 98:9

**canteen**
43:4 71:9

**captain**
32:20 34:24 35:21
37:3 70:9 76:18,23
78:4,15,18 92:14

**captain's**
78:22

**captains**
35:10 93:1 94:15

**capture**
7:12

**captured**
76:3

**carbon**
92:21

**career**
45:21 72:25

**carries**
70:24,25

**carry**
71:1

**Carter**
34:24 35:21

**case**
5:8,9 9:24 10:2,15
12:19 32:13 69:22
77:14,23 86:3

**Causey**
94:21

**Causey's**
93:22

**CC**
18:15 92:20,24

**CC'D**
96:9

**CD**
77:3,6,7,8 78:22,
23 79:3

**CDC**
25:25 26:15,18,19
29:5,25

**cease**
83:12,13

**cell**
14:16,20,22 15:3,
11 24:3 28:23
31:6,13 32:4,6
38:21,25 50:8,11
52:5,22 53:12,13,
22 54:6,13,14,17,
23 55:2 57:8,12,
16,17,22 59:22,24
60:1,2,11,13
61:13,21,22,23
62:2,11,13 63:5,
11,12,16,17,19
64:23 65:6,9,13
66:5,7 68:4,11
69:3,8,9 70:2,15,
23 71:17,21 72:1
74:9 75:22,25
83:2,11 91:5 97:23
101:19 103:25

**cell's**
55:13

**cells**
20:19 21:23 32:1
53:9,14,15 101:15

**center**
52:17 92:8

**certain**
72:11 73:15

**certified**
15:2,6

**chain**
45:2 66:3 78:1

**chair**
12:8

**change**
73:18 106:10

**changed**
32:11 60:24
106:13

**changes**



60:19 106:9

**charge**
34:12

**check**
27:2,5 29:5 58:5
70:5

**checkbox**
27:13

**checked**
24:23 25:24 29:4
32:1

**checking**
27:4 70:3

**checklist**
20:25

**chemical**
87:1

**chief**
103:1

**Chow**
38:6 39:23 79:15

**Chow's**
34:7

**chronologically**
22:14

**CI**
45:18

**circumstances**
59:6 65:22

**City**
5:11

**classi**
30:13

**classification**
30:10,15,18,23,24
38:1,17,19 39:4,5,
13,15,18 40:15,19
45:14 72:18 73:11,
16,24 77:17 92:25

96:14 97:13,17,22,
24 98:2,3,4 99:2,
15 104:13

**classifications**
40:13

**classified**
31:3 81:4

**clean**
71:24 72:1 74:8

**cleaning**
72:13 74:10

**clear**
56:21 75:13

**clearly**
19:5

**clears**
47:22

**close**
6:21 61:20 62:3,5
63:19,24 64:16
68:19

**closed**
52:15 66:19

**closer**
12:9

**closing**
64:17

**CO**
33:4

**co-counsel**
5:22,23

**code**
16:12 27:15,17,25
28:2 81:6,11,14

**codes**
26:22,23 27:20,22
80:5,6

**cold**
8:10

**collected**
77:11

**colonel**
19:3,12,13 44:4,13
45:1,6 46:4,8,10,
15,16 47:4,10
103:1

**colonels**
46:11,12

**column**
13:11

**combative**
89:23

**come**
16:22 17:22 38:18
39:22 40:1,11,18,
20 43:20 49:1
59:13 63:11 67:5
72:16 73:17 77:18
89:17,19 90:12
94:7 95:12 97:14
106:13

**comes**
14:12 15:23 16:17
43:5

**coming**
61:15

**command**
45:2

**common**
65:1

**communicate**
11:2,5,13 87:12

**communication**
87:15

**comparison**
22:1

**compatibilities**
60:4

**compatibility**
20:13,15 21:25
30:11 80:4,9

**compatible**
22:5 28:22 30:4
61:4

**complaint**
9:14 53:10,11

**complete**
8:1 97:15

**completed**
63:25

**completely**
30:13 43:10

**compound**
28:19 58:21 72:22

**computer**
78:22

**concept**
96:22

**concluded**
107:14

**condo**
61:11

**conference**
6:15

**confinement**
22:9 28:16,17 30:2
31:18 32:23 35:7
38:15 39:22 40:1,6
48:21 50:19 60:20,
21 71:7 72:11
79:16 83:23 89:12
91:4 97:10

**confrontation**
21:14

**confusing**
53:14

**considered**



33:19

**consisted**
42:1

**contact**
70:9 90:21 91:1

**contained**
71:4

**contentious**
48:1

**context**
18:8 41:3,4 80:24
88:17

**control**
29:23 30:2 51:23
52:18 102:5

**controls**
51:22

**conversation**
91:8 101:19

**convicted**
8:19

**Cook**
5:23

**coordinator**
93:2

**copy**
9:13 90:1 92:22
93:8,10 106:3,5,
20,23 107:8,9,12

**correct**
8:24 9:15 15:12
16:19,20 19:6 27:3
31:6,7 36:1 45:24
46:1,13 54:7,10,11
58:18 60:21 64:18,
20 67:11 68:6 71:3
85:12,16 92:19
93:15,16,19 95:22,
23 96:2,5,10,11
97:5 98:19 100:22,

25 101:16,17
102:12,14,15

**correctional**
9:1 10:23 45:23
98:5,6,14 102:14,
22

**corrections**
8:23 16:25 32:19
34:10 48:12 88:16

**corrective**
103:12

**correctly**
6:22 64:19

**could**
13:25 14:9 19:20
39:21 40:6 49:11
55:24 58:16 59:20,
22 74:18 79:19
83:24 90:12,14
101:14

**couldn't**
22:21 35:9 42:15
59:18 69:14

**Counsel**
5:19 106:19

**Counsels**
5:14 106:1

**couple**
13:9 26:6 67:20
82:5 91:12,21,22
103:18

**course**
38:22 83:16

**court**
5:3,10,12,13,18
7:9,12,18 49:14,
16,20 60:18 82:17,
22 91:6 105:24
106:5,10,17,19,24
107:1,3,6,11

**cover**
13:18 85:5,6

**coverage**
13:12,16,17

**covered**
13:19

**crack**
98:21

**created**
92:14 95:22

**creditors**
21:6

**crimes**
8:19

**criteria**
20:24

**critical**
13:19

**CROSS**
91:19

**cuff**
61:16 62:14 63:9,
23

**cuffed**
57:21 61:17,25
65:17,18 69:2 71:2

**cuffing**
62:4,5,20,23,24
63:13,14,22,24
64:1 65:14

**current**
7:1 36:23

**currently**
8:22 102:20

**custody**
26:21 30:19,22
31:3

**cut**
83:13

---

**D**

**daily**
13:2 73:14 85:19
97:14

**Dan**
94:17

**Danielle**
10:5 50:23

**Danielle's**
93:1 94:17

**darkened**
55:20

**dart**
14:23

**date**
5:4 19:10 46:21,23
49:4

**dates**
12:19 46:9 49:3

**day**
12:21,22 13:14,21
15:4,20 16:18 25:3
29:22 31:16,19
34:9 35:13 36:3
43:20 49:24,25
50:2,11,13,23 51:7
60:18 79:9,13,17
82:2

**day-to-day**
15:8 27:10 31:1

**days**
12:24 76:7 107:4

**DC**
60:19 61:3 84:12

**deal**
43:5

**dealt**
42:23,25 43:2

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**decided**
72:20

**decides**
97:21

**decision**
31:5

**decisions**
30:11

**Defendant**
10:8

**defendants**
9:23 10:2,5 11:14
97:7

**definitely**
33:2

**delivered**
9:6,7

**Department**
8:23 16:25 48:11
88:16

**depending**
68:23 105:19

**depends**
34:2 40:19 72:25
105:2

**deposition**
5:1,6 7:3 9:3,20
49:19 80:3 82:21
107:14,15

**depositions**
31:10

**derelict**
75:7

**describe**
47:25 55:3 62:20
65:25 97:11

**described**
104:14,19

**describing**
64:7 85:11

**designation**
81:24

**designed**
37:18,21

**determine**
20:14

**determining**
20:15

**diagram**
87:25

**didn't**
27:6,9 43:3 74:24
90:13 100:2

**different**
27:22 30:13 36:17
43:10 60:1,3 61:10
70:15

**difficult**
6:14 7:18

**difficulty**
7:21

**direct**
6:8 83:11 95:20

**directed**
96:6

**direction**
54:25

**directly**
33:5 46:2 100:13,
17,24 101:3,6
104:13 105:10

**disciplinary**
60:20,21 83:18
85:5

**discuss**
45:2 80:8

**discussed**
82:6

**discussion**
49:17 82:19

**dish**
71:9

**dishonest**
37:24

**disseminated**
25:15

**distance**
54:20

**District**
5:10

**division**
5:11 68:7

**document**
13:22 17:6 24:18,
19 28:10

**documentation**
10:18 11:17 89:9

**documented**
74:12 87:21,22
88:14,22 89:2,3,7

**documenting**
74:14

**documents**
9:4 10:17 17:24
37:11 39:10 77:10,
11 78:6

**doesn't**
32:19 86:14

**don't**
8:12 11:12 12:8,24
15:9 19:22 21:3
23:14,25 26:25
27:5,8 30:15 31:9,
14,17 34:14 40:5
43:1,17 44:18,22
45:4 46:9,22 47:22

**48**:14,16,19,24
49:3,8 50:1,16
56:6 65:4 67:5
71:7 77:16 79:23
80:22,25 81:19,25
82:10,14,25 84:12,
19 88:17,19 91:11
102:2,4 104:25
105:1

**done**
22:10 24:22 34:9
57:12 62:11,16
72:2 73:12 89:12,
13,15 100:8
104:23

**door**
38:25 54:17 55:1,
3,4,6 57:6,12,16,
23 58:1,4 59:7
61:18,20 62:1,3,
17,18,20,25 63:3,
18,20 64:2,11,12,
18 66:7,14,18,23,
24 67:10,13 68:18,
19 98:18

**doors**
51:23,24 52:15
67:4

**doorway**
66:12,13

**doorways**
64:6

**dorm**
10:23 16:2,9 24:3
32:22 34:1,4,5
35:5,11,12,14
36:3,6,11,18,25
38:15 39:16 40:8
50:15,20 51:9,11
52:2 58:17 59:3
60:6 61:8,11 66:5,
23 70:17 72:5,10,
15,16 73:7 75:20



85:18 89:12,13,15,
17 90:4,7,9,15
104:12

**dormitories**
39:23 61:6,7 72:21

**dormitory**
34:2 38:23 58:22,
23,25 73:13 90:13
97:16

**dorms**
36:17

**double**
63:15

**Doubtful**
101:22

**down**
13:9 14:3 20:3
21:22 37:24 43:21
50:3 52:22 59:13
60:9 61:12 62:21
63:9 64:13,21
66:12 71:18 89:18,
19 90:1,12 91:23
95:12 97:14 98:15,
16 100:8 102:2,8
107:11

**download**
77:3 78:19

**downloading**
78:3

**downstairs**
54:2

**DR**
30:20 60:18 85:4
91:6 93:2

**drill**
50:3 60:9

**drive**
78:20,21,25

**DRS**

83:14

**drugs**
8:6

**duck**
79:19

**duly**
6:7

**during**
30:5,6 41:5 59:3
99:10 105:16

**duties**
103:8

**duty**
22:6 74:16 75:3

---

**E**

**e-**
92:23

**e-mail**
73:12

**e-mailing**
93:7

**each**
7:15 21:12 48:4,7
51:13 52:18 63:23
74:7 83:19 84:2
87:12 104:24

**earlier**
62:19 80:3 92:2

**early**
40:20 102:11

**easier**
80:8 98:23

**easily**
67:16 71:15

**effect**
79:19,22

**efficiency**
17:24 35:16

**eight**
14:24

**either**
26:2 37:18 39:20
46:23 55:14 69:8
93:10 104:17

**elaborate**
40:5

**electronic**
106:22 107:8,12

**elevated**
55:23 56:8,9

**eliminate**
36:4

**else**
11:8 20:9,10 58:11
89:4 91:16

**emergency**
14:14

**employee**
18:4

**empty**
65:12

**end**
16:6 26:13 87:18

**enough**
17:4,11 39:20
56:7,8 67:22

**entail**
28:13

**entered**
27:2

**entire**
106:12

**envelope**
103:25 104:21

**envelopes**
103:21,23 105:1

**erased**
79:1

**Erik**
6:1

**errata**
106:7

**escort**
39:21 61:21 68:5

**escorted**
38:22 39:16 50:10
53:12 63:5 79:6,9
90:14,15 91:6

**escorting**
40:7 99:3

**especially**
25:10 27:5 74:15

**evasive**
48:25

**events**
84:14

**Everett**
88:1,2 90:6

**every**
38:18 76:6 79:4

**everybody**
8:20

**everything**
26:23 27:3 29:1,4,
5 30:15,25 32:17
34:8 49:2 60:15
71:13 72:13 74:18
86:25 96:15 103:8

**everything's**
100:7

**evidence**
78:1



**exact**
18:22 84:12
104:15

**exactly**
46:23 49:3 50:17

**EXAMINATION**
6:8 91:19 103:16

**example**
8:10 32:20 41:5
43:7 47:25 70:18
71:22,23 85:18
105:15

**examples**
11:10

**except**
9:5 86:17

**exception**
68:25

**exceptions**
69:4

**excessive**
43:7,12

**excuse**
26:15 41:13

**experience**
20:22 98:18,19
99:4 103:10
104:20,23

**explain**
87:2 106:1

**explained**
32:17 52:16 104:9

**extraction**
14:17,20,22 15:3,
11

**eyes**
86:13

**F**

**face**
12:11,17 22:21,22

**Facebook**
11:7,8,14

**facility**
24:16 39:19 41:6
55:17

**fact**
76:9 80:24 93:17

**failed**
25:8 74:22

**fair**
8:17,18 15:14
16:13 17:11 44:19,
20 66:4 71:19

**fall**
29:24

**familiar**
12:10 15:1 17:9
23:11 24:24 45:17
80:20 88:2

**familiarity**
22:16,18

**family**
48:11

**far**
11:18 27:4 30:19
32:15 36:7 50:17
54:16 60:22 77:7
88:6 91:7

**fast**
67:19,21

**fed**
34:7

**feed**
72:13 91:5

**feeding**
62:24 79:15

**feel**
11:25

**feet**
54:16,21,22 55:6
56:3

**female**
29:17 36:5 38:22
39:16 40:4,7 97:18

**few**
12:18 55:10 64:4
71:9 82:12

**fight**
22:6 24:2,4 31:16,
19,20,21,22,23
50:4,5 71:21
74:11,16,18,23
83:1,19 84:20
85:17,20 86:4
88:19,20,22,25
90:8

**fighting**
32:4 83:10,14,18
85:2

**fights**
31:18

**file**
38:8

**filed**
26:10 70:6,10

**files**
42:7

**fill**
104:8 106:8

**find**
28:1,21 30:3 44:1
60:3 61:3 70:14

**finds**
61:5

**fine**
107:8

**finish**
7:15,16

**first**
6:6 17:7 18:10
20:17 29:9 35:10,
11 52:23 54:14
59:10 62:13 64:25
65:3,5 71:17,18
82:2 83:17 104:6

**fit**
66:2

**fits**
64:2

**five-minute**
82:16

**fixed**
59:13,19,23

**flag**
21:5

**flap**
62:5,21 63:11,12
64:2,15 98:20

**flight**
56:10

**floor**
21:10,16 51:21,24
53:21,22 54:6
57:15,17 64:5
102:8

**Florida**
5:11 8:22 9:2 46:2,
3 48:11

**Floyd**
19:20,21 46:10,15

**focus**
53:13 66:23

**fold**
103:20



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**folded**
104:22

**folder**
90:2

**folds**
62:21

**follow**
60:22 62:6

**follow-up**
5:16 103:18

**followed**
69:1

**follows**
6:7

**food**
38:4

**footage**
75:16 78:19,20
86:25

**force**
43:7,9,12,16,17,
18,19 74:13,19
83:6,7,8,13 86:9,
10,15,16,18,19,21,
22 87:1,2,3 89:6,7,
10,16,19,22

**forgot**
62:19

**form**
15:1,2 17:11,12,
13,15,16,19,22
18:9 19:7,15 20:2,
10,13 61:3 74:25
80:4,9 82:3 84:10
90:2 100:20

**formal**
81:17,18 104:4,6

**forms**
104:8

**forth**
12:1 72:24

**forward**
26:1 65:14 84:15

**forwarded**
24:24 77:9

**fought**
21:13 84:2

**found**
70:11

**four**
46:11,12,13,14

**free**
11:25

**Friday**
12:23,24 13:5
14:12 34:21

**friendly**
47:9

**friends**
47:19

**from**
5:24 6:3 11:19
12:13 14:24 16:24
17:25 22:23 31:16
37:11,25 39:16
47:18,19 50:13
53:12,16 54:9,17,
23 55:18 56:3,19
57:7,12 58:5,11,13
60:19,20 65:9
67:22 72:16,21
76:8,10 80:3,6
82:13 87:16 93:12
101:6,15 104:7

**front**
6:18 12:4 53:20
54:3,15 57:22 63:5
68:16,17

**fronts**
101:20

**FTC**
12:13

**further**
91:11 105:21,22

———————

**G**

**G-A-V-I-N**
18:19

**Gaines**
35:24 36:4,24

**gang**
21:5 26:22

**gangs**
23:2,19

**garbled**
7:17

**Garen**
18:15

**Garvin**
18:15,23,24 19:6
28:11,12 29:13,16,
19 31:4 93:3 94:19
96:7

**Garvin's**
29:9

**Gary**
48:13,20

**Gavin**
18:17,23

**gender-specific**
36:6

**general**
29:15 30:8 38:4
39:21,24 40:22
44:7 51:1

**generally**
29:20 67:17 97:11

**generate**

10:17 17:20 86:22

**generated**
85:15 88:1

**generates**
17:16

**get**
11:24 39:11 40:12
41:23 43:4,17
44:18,22 56:10
57:25 58:11,13,14,
21 59:13,17,19
60:1 61:11,12 63:3
65:5 73:21 76:21
85:13 98:12 103:9
104:13 106:5

**gets**
7:17 38:1 69:2
77:9 79:1 80:21
97:22,24 98:3
104:15

**getting**
22:2,3 30:12 32:16
34:7 38:9 42:1
63:8 65:9 89:21
101:3

**give**
8:2 18:8 20:21
69:17 73:11 87:17
100:2

**given**
7:3 42:11,12 60:25
84:16

**gives**
78:16,18 104:8

**giving**
8:1 93:8,10

**glare**
12:2

**glass**
55:8,11,14,16



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**go**
7:7 11:25 13:25
14:3 17:6,23 19:25
20:5,6,12 26:12,20
27:2,6 28:20,21
29:24 31:10 32:14
33:2,5,10,12
34:15,16,19 36:9
37:24 38:5,12
39:23 41:11 42:24
43:13 46:6 49:5
52:22 58:15,19
59:25 60:14,18
61:1,2,12,13,15,16
62:2 63:8 69:25
71:17 72:9 74:16
77:2,6,25 78:5,15,
17 84:17 86:14,21
87:24 93:6 95:5
98:3 100:6

**goes**
20:25 28:14 38:21
45:9,13 61:10
64:25 77:7 89:11

**going**
6:20 7:7,10,14
8:16 11:16 12:12,
18,19 13:1 14:11
15:22 16:21 17:23
18:6 20:8 22:5,12
23:9 25:17 28:23
29:7 31:15 32:10,
16 34:15,19 35:15
37:7 38:6 39:17
40:13,14 43:13
50:3 66:22 69:3
72:23 73:3 80:7
82:15 85:4,5 86:12
88:18,24 89:19,23
90:3,20 91:24,25
92:1 94:3 97:21
101:10,19 102:3
104:14 106:2,4,14

**gone**
7:6

**good**
6:10 49:8,9 91:24
106:19 107:5

**gotten**
41:21

**grab**
71:15 98:25

**grabs**
99:2

**Granger**
10:5 95:2

**Granger's**
94:1

**great**
60:16

**grievance**
37:19,25 38:3,16
39:3 41:17,20,21,
23,24 42:7,8,10,
12,18,22,23 43:5,
6,8,25 44:1,3,14,
25 45:2,7,11 47:11
77:13 98:10,17,25
99:5,7,8,23,25
100:1,4,10,12,17,
23 101:3,5 103:19
104:2,3,4,5,6,17,
21 105:5,7

**grievances**
37:15,20 38:2,8,
19,24 39:24 40:16,
25 41:8,9,15 44:2,
9,17,18,22 45:5
97:10 98:13 99:21

**grieve**
44:10

**ground**
56:4

**GS**
16:11

**guess**
9:8 20:25 36:9
37:1,4 54:20 81:3
86:11

**guessing**
36:20 56:5,6

**guillotine**
64:3,4

---

**H**

**H1219**
52:5,9 53:12,16
75:25

**H2201**
53:13 54:5,13
56:23 66:23 75:22

**had**
9:10 12:25 13:19
16:18 21:13 22:10,
23 23:24 24:2,19,
23 27:8 31:20
32:1,15 36:25
37:9,11 39:20
41:7,8,19 42:4,21
44:16 49:1 59:14,
16,20 62:7 69:20,
23 70:1 71:21
77:17 88:25 89:16
90:21 91:1,23
99:21 100:5

**hadn't**
21:17

**half**
55:18

**Hancock**
92:24 94:5,9
96:10,21,23 99:24
100:9

**hand**
63:8 67:22 97:24
103:20

**handcuffs**
63:15 64:24 66:1

**handed**
104:13,22

**handle**
45:16 68:8

**handled**
96:23 104:15

**hands**
38:24 62:4 63:13,
14,22 64:14 65:14
71:2

**handwriting**
19:11

**happen**
22:4 31:18 40:6
46:20 69:7,10,22

**happened**
25:1 37:10 43:19
74:14 79:17 85:5,
6,11 87:18 88:19
89:10

**happening**
75:13

**happens**
77:8,14 78:25
87:16

**hard**
12:3 64:6 107:9

**harm's**
22:11

**has**
15:11 20:24 21:11,
20 24:1 28:19,21
29:4 32:11 39:2
42:12 48:10 52:18
53:19 55:5,10
57:11,20,21 62:20,
21 72:18 75:3,6
89:14 92:24 94:7
97:23 99:14

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

103:25 107:16

**have**
6:20 7:3,5,6,21
8:19,21 9:19,23
10:1,14 11:12,25
14:9 15:9,13,18
16:18 20:1,4,7,18,
22,24 21:2,10
22:4,18 23:15
24:12,15,22 25:1,
2,4,9,12,24,25
26:7,24 27:1,8,18,
20 28:4,18 29:4,20
30:6,7,25 31:21,25
32:1,2,19,23 33:15
35:5,7,14,16 36:16
37:10,17,18 38:3,
13 39:2,6,14
40:21,25 41:1,15,
16 42:9 43:3,23
44:13,16,24,25
47:24 48:25 50:16
51:13,16,17 56:9
57:21 58:3,5,10,
13,22,25 59:9,11
60:3 61:24 62:3,
12,18 63:4,5,15,
18,21 64:20 65:6,
19 66:3,6,12,16
67:5 69:16 70:4,14
71:7,8,25 72:11
73:25 74:1,5,6
75:24 76:10 77:17
78:10 79:18,25
81:8 82:11,25
84:1,2,23 85:10
86:9,12,13,24,25
87:5 88:14,20
89:9,19 90:6,8,12,
13,14,16,18,19,21
91:1,5,6,11,12,21
94:5,8,11 95:11,16
96:22 98:1,9,11,
12,22 99:16 100:3,
7 101:5,24 102:2,4

103:7,18 104:5,7,
25 105:1,20 106:2,
15,18

**haven't**
14:25 42:23 45:11
81:19,20 90:23

**having**
6:6 50:4 64:6 82:6
88:21

**he**
19:12 23:1,18,24
24:2 28:2,20 29:14
32:25 33:17,23
43:3 45:21 46:1,3,
4,5,7,8,9,11,12,24
47:2,10,19 48:8,
10,21 61:22 63:5,
11,12,17 65:11,16
68:20 69:23 70:10,
13 78:22,23 80:23
84:17 86:6 87:23,
24 88:12 89:15,16,
25 90:8,14,15
92:23 96:23,24
97:18,21 100:13
103:6 104:1
105:17 106:10

**He'll**
65:8

**he's**
28:22 33:22,23
36:14 65:8,9,10
70:11 89:23,24
97:21

**head**
7:11 8:10 27:18,23
34:14 50:14

**hear**
6:10,14,22,23,24
12:2 56:17,22,24
57:2,5,6,8,9,10
67:1 101:19,25
102:3,9

**heard**
62:8 101:2,15

**hearing**
7:21

**Heath**
19:16,18

**heavy**
67:13

**held**
49:17 82:19

**help**
30:19 54:4

**helped**
91:5 93:2

**helpful**
20:8

**helping**
72:13

**her**
29:4 51:1 70:4
94:12

**here**
5:6 12:3 13:8
14:21 18:8 26:8
34:21 40:12 44:8
46:4,5 48:14,22
49:5 51:5 64:11,13
80:11 88:3,10
92:8,12,20 93:12
96:3 97:1 98:1

**here's**
74:10 76:22

**herself**
96:1

**hey**
22:7 32:3 70:6
87:18 95:9,12

**HIAPS**
17:1

**high**
55:22,23 56:1,7

**higher**
33:22 45:1 51:20
105:8,9

**highlighted**
92:7

**hill**
21:22

**him**
22:18,23,24 23:17
37:25 41:18 46:1,
15,22 47:7,9,20
48:8 63:16 65:3,4,
15,20 66:12 69:24
70:2 88:18 89:16
90:8 96:1 106:18

**himself**
97:18 100:16,22

**hinge**
64:9,15

**hinges**
64:9,10,11

**HIPAA**
20:6 95:7

**hired**
49:1

**his**
9:22 12:11,17 20:2
22:20,21,22 23:4,
7,21 33:24 37:25
43:1 63:13,14
65:8,10,11,14,17
78:24 90:1 97:24
103:25 105:16

**history**
30:20

**hold**
59:22

**holding**

Universal
COURT REPORTING
CLEAR VALUE. EVERY CASE.

70:2

**hole**
64:8,14

**hole's**
64:11

**Holland**
19:19

**Holland,0**
19:16

**home**
49:5

**honest**
37:22

**hook**
79:19,20

**hours**
14:5 26:7 30:1
82:5

**house**
18:9,16 21:7 26:18
32:3 83:25 84:23
86:5 96:3

**housed**
25:4,6,7,22 26:1,
20 28:3 32:6 69:9,
15 72:19 84:19
85:9 86:3 92:17
93:17 95:9

**housing**
16:25 20:16 28:5,6
29:8,24 32:25
35:2,24 72:10
83:25 84:3 85:19,
22 90:17 96:16

**Huh**
79:21

**hypothetical**
33:6 36:22 69:11

**hypothetically**
88:25

---
**I**
---

**I'D**
27:18 79:24
106:22

**I'LL**
7:16 28:16 84:15
87:24 100:6 107:6,
11

**I'M**
5:18,23,24 6:2,20
7:7,14 8:16 10:13,
21 11:16 12:12,18,
24,25 13:1,22
14:11,25 15:5,10,
15,22 16:12,21,24
17:9,23,25 18:6,7,
22 20:8,17 22:3,12
23:9 24:24 25:16
28:6 29:10 30:14
32:10 34:15,19
35:12,15,18 36:24
37:7,24 38:13
39:13 42:15 43:22
44:16 45:9,10,25
48:5,13,18 49:9
50:3 51:7 52:7
55:24 56:5,6 64:6
66:22 67:4 68:10
75:3,9,11,15 76:6,
7 80:7,23 84:11
86:11 88:9,22,24
89:5 90:10 91:4,25
94:3 99:18 101:10,
11 106:2,14

**I'VE**
9:9 17:15 22:10
24:21 27:19 30:24
32:17 41:7,8,21
42:25 43:1 56:5
82:2 83:10 92:7
99:21 100:5 101:2
104:9

**I--**
17:13

**IBAS**
81:23

**IBIS**
81:23

**ICT**
96:12,13

**idea**
81:8

**ideal**
74:6

**identified**
81:8

**IG**
26:2,3,4,7 43:13
76:9

**IG's**
26:9,10 77:9,24

**IM29**
28:2

**IM70**
16:24 17:7,9

**immediate**
33:24

**immediately**
25:21 26:5 33:17

**impair**
8:8

**improper**
105:15

**in**
5:7 6:18 9:1,4,19,
23 12:2,4,19
13:19,21 15:2,6
17:22 18:7 20:18,
19,22 21:15 22:9,
11 24:2,3,16 25:3,
8,10,25 26:14,18,

20,22 27:5,10,16,
23 28:20,21,23
29:5,15 30:2,8,11,
24 31:1,6,13,18
32:4,6,12,23,24
33:20,21 34:1,5,12
35:8 36:3,5,11
37:3,21 38:3,7,11,
15 39:3,9,10,21,24
40:6,8,11,22 41:3,
5,22 42:18 43:17,
20,21 44:7,10,16
45:2,21 47:17
48:8,21 49:15
50:7,15,19 51:9,
11,22 52:1,2,12,
15,17,24 53:10,19
54:3,12,15,24
55:6,9,11,12
56:12,17,22 57:2,
18 58:4,6,8,10,14,
21,23 59:16 60:6,
17,24 61:11,21,23
62:10,12,13,20
63:5 64:23 65:3,22
66:5,15,18,25
67:7,23 68:11,17,
19 69:8,22 70:2,
13,14,17 71:5,7,
14,21 72:5,10,12,
16,18,19 73:13,25
74:2,9,23 75:8,10,
12,17 76:9,15
77:3,14,23 78:7,8,
24 80:3,21 81:20
83:2,16,23 84:18
85:14,17,19 86:2,
7,25 87:3,5,9
88:14 89:3,7,9,12,
25 90:1,3,13,17
91:4 92:8,13 95:9
97:10,15,25 98:3,
4,17,19,21 99:4,8,
10,15 100:17
101:15,18 103:5,
21,22,25 104:1,12,



17,20,21,23

**inaccuracies**
106:9

**incident**
10:23 17:25 18:1
24:23 42:4 77:4,10
82:8 83:1,22,24
84:6,9,13,16 85:7,
10 86:10 87:8 89:3
92:1,13 94:6,9,10,
13 100:9 105:14

**incidents**
74:22

**include**
79:3

**incoming**
64:24 65:16,19
66:6

**indication**
28:4

**individual**
12:16

**individual's**
104:24

**individuals**
24:16 93:13 94:22,
25 95:3 97:4

**influence**
8:6

**inform**
22:7

**informal**
45:5,7 104:3,5,11,
12

**informally**
87:14

**information**
20:4,7 21:10 22:1,
4,11 24:13 45:11
80:17 88:20,21

93:14

**informed**
105:4

**Ingram**
5:1,7,8 6:2,5,10
91:13 105:25
106:2

**initial**
26:10

**injuries**
37:8 89:5

**injury**
87:25

**inmate**
12:12 18:12 21:1,2
25:19,20 28:18,21,
22 30:2,3,11 31:2
32:7,18 37:15,22
38:15,23 42:5,7
44:10 50:18 57:7
60:11,13 61:3,16,
20,22,23,24,25
62:2,9,10,12,13
63:4,19,23 64:22,
24 65:2,5,6,13,16,
19 66:4,6 67:23
68:3,15,16,17,19,
20,21 69:2,7,8,16,
20,21,23,24 70:1,
6,15,23,25 72:3
74:8 77:12,13 79:8
80:12,14 81:7,11
86:2 89:11,15,23
97:20,23 100:4,7
101:6,21 103:25
104:2,3,10 105:2,7

**inmate's**
30:22 69:6 89:21
97:23 104:18

**inmates**
18:16 20:16,19
21:13,20 22:4,11

25:2,21 26:19
28:1,15 29:8,24
30:19 31:6,25
32:16 40:3 41:1
42:1 44:19 50:4
52:23 57:21 59:16,
17,24 61:14,17
62:3,5,24 63:7
64:14 65:18 70:10
71:6,21,22,25
72:16 74:23 80:1
83:2,7,10,14 84:19
85:1 86:3 87:11
91:8,9 95:15 96:4,
15 98:11 103:19
104:20,25 105:1

**inmates'**
95:8

**inner**
67:4

**inside**
52:20,21 55:1 57:8
62:2 63:19 69:2
71:13 83:11 89:15
90:7 102:7

**Instagram**
11:11

**instant**
84:4

**institution**
9:1 10:23 13:20
36:17 45:23
102:14,23,25

**instruction**
22:2

**instructions**
22:3 25:14,15

**Integrated**
17:1

**interact**
47:7,19

**interaction**
91:9

**interactions**
22:23 23:16

**interested**
18:7

**interference**
98:13

**interject**
18:25

**interrupted**
38:11 41:12

**intervene**
31:22 74:16,17,22,
24 75:4

**intervened**
75:7

**intervening**
74:21

**interview**
25:23 100:6

**interviewed**
42:5

**interviewing**
42:1

**into**
20:5,6 21:23 30:12
40:1 54:9 56:10
60:1,11,13 62:10
66:5 69:8 71:17
85:8,13 86:14

**introduce**
5:14

**investigate**
26:5 41:8,20,24,25
105:9

**investigating**
105:13,14



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**investigation**
76:9 105:17

**involved**
23:1,18 30:11 35:5
43:17 70:13,14,17
76:15,17 86:17

**involves**
10:22

**involving**
10:24 103:13

**INZ**
81:7

**issue**
95:16 103:13

**It'll**
80:8

**it's**
5:17 6:14 7:18 9:8
11:23 14:3,5 15:5,
6 17:19 18:15,19
19:2,3 21:4,15
27:2,9 28:6,7
29:10 33:12 36:19
37:18,21 38:1,9,22
42:22 43:12 49:7
51:17,20 53:5,21,
24 54:2,3,14,15
55:4,6,9,19,21
56:1,6,8,9 58:8
61:9 62:25 64:3,8,
20 66:25 67:3,14,
15,19,24 71:15
72:10,11,22,24
73:10,12 74:16
76:6 78:16 79:4
83:7,19 84:12,13
85:25 86:16 87:21
88:19 90:1 92:4,8
93:11 96:9 97:17,
18,25 98:6,23
99:23 100:14
102:5 103:22
104:8,17,18

**items**
71:10

**iterated**
83:20

**its**
51:13

**itself**
58:1 67:6 88:16
99:13 102:23

---

### J

**Jackson**
9:1 10:23 16:15
46:8,18,24,25 47:2
48:20 74:22
102:14,22

**James**
5:23 18:4

**Jenkins**
46:16

**Jerry**
45:18

**Jimmy**
35:3,24

**job**
31:1 44:21 49:5
91:24

**Johnson**
5:12

**Jonathan**
10:5

**Jones**
10:5 50:23 93:24
94:24

**Josh**
5:21

**Joshua**
10:6

**jump**
35:15

**June**
15:15

**just**
5:14,16 6:20 7:7,
14,25 9:9 10:15
12:17 13:8 14:11
15:10 17:6,23,24
18:8,25 22:2 25:17
26:2,4,17 27:9,13,
23 28:2,5,6,16
29:20 34:20 35:16
36:19 39:17 40:2
43:2 46:21 47:16
48:16 49:5 50:3,18
58:2 60:9 66:1
67:5,18,20 68:8,9,
23 71:22 72:9,25
74:24 75:12 77:6,7
80:7,8 82:12 86:8,
13 88:9 89:8,21
97:19 101:10
102:10 103:9,18,
22 104:22 105:2

---

### K

**K-I-L-E-E**
88:1

**Kazi**
10:6

**keep**
24:16 27:12,13
37:21,22 49:6

**kept**
58:6,8

**Kerry**
29:10

**key**
12:18 58:1,3,6,14
59:7,11,12,18,20

78:16

**kicking**
57:5

**Kilee**
88:1,2 90:6

**kin**
48:14,15,16,17

**kind**
11:18 13:8 20:7
24:13 25:10 31:16
39:14 41:15 57:24
58:1,2 64:1,16
67:9 74:13 85:18
86:21

**kneel**
66:12

**knew**
37:13 74:23

**knot**
71:14

**know**
7:22 12:8 13:21
16:11 17:16 19:22
20:16,23 21:6,7,
11,15,18 22:5
23:1,4,7,18,21,24
24:3 26:13,21,22
27:1,16,17,19,23
28:8 30:15,18
31:8,10,22 32:3
33:3,10,15 34:7,12
35:4 37:23 38:1
40:19,23 41:25
43:1,3,19,22 44:8
45:1,20 46:9,22
47:22 48:10,14,15,
16 49:3,5,6 50:10,
16,22 51:1 55:12
56:5,6 57:4 59:10
61:7 63:10 67:12
69:12,15 70:11,12
71:8,12,23 72:25

73:1,18 74:15,17
75:11 77:7,16
79:5,11,14,15
80:17,22,23 81:1,
2,3,12,15,17,22
82:6 83:17 84:12,
14,17,22 85:4
86:3,6,19 87:7,17,
21 88:5,6,9,12,17
89:8,18 90:6,20
91:6 94:21,24
95:2,7,14 96:13,18
97:20 98:8 99:13,
16 100:3,6,11
102:1 104:25
105:2,4

**knowing**
50:17

**knowledge**
20:2 23:2 40:21
84:23 90:22,25
91:2,3 95:16 101:2

**known**
31:20

**knows**
87:14

---

**L**

**labels**
78:23

**labor**
68:7

**large**
11:21 17:4

**last**
19:3,4 35:11 36:14
48:5

**late**
14:9 40:20

**lawsuit**

9:13 10:22

**lay**
63:9

**learn**
103:4,5

**least**
54:21,22 56:1
93:12

**leave**
13:24 14:4,5 88:4
102:22,25

**left**
49:1,3,4 88:6

**legend**
80:7

**less**
95:7

**let's**
20:12 49:7,23
50:18 53:13 60:10
62:12 75:16 76:14
97:9 101:8

**level**
13:12,16,17,18
14:2 31:3 56:13,25
96:16

**levels**
26:21 30:19

**lieutenant**
5:8 7:2,3 24:22
25:11,18,19 32:13,
14,20,23 33:2,5,11
34:8 35:11,12
36:5,23 40:25
41:7,9,16 42:19,
20,21 43:14,21
44:12 58:15,16,20,
22,24 59:2 70:18,
22 76:13,18,23
77:20 78:4,15,18
82:25 84:17 98:6

99:21 102:11
103:19

**lieutenant's**
33:12

**lieutenants**
35:2,4,7,14,23
36:16 41:13

**likely**
36:10 83:23

**line**
19:1,3 27:12

**lines**
13:9 14:24

**list**
17:21 28:14 60:25
73:11

**listed**
35:3,23 36:14
50:16 93:13

**listing**
73:7

**litigation**
41:5

**little**
19:1 22:13 33:22
50:3 56:3 60:9
62:21 64:6 98:15,
21 101:8,13

**location**
39:25

**locations**
15:19

**lock**
39:2 58:1 59:11,
12,13,18 62:21,22
63:15 64:13,17,18,
21

**lockbox**
58:9,11

**locked**
28:18 30:2 78:16
89:21 102:5

**locking**
58:4 59:8

**log**
73:7,9 84:3 85:24
90:3,17

**logged**
74:9

**logging**
88:15

**logs**
86:19 89:8

**long**
48:23 66:22,23
67:12,17,22 68:1
76:5

**longer**
66:3

**look**
11:24 19:1 20:10
26:20,22 27:20
28:24,25 78:11
86:21

**looked**
28:7 86:18

**looking**
35:6,8 36:7 54:24

**looks**
17:13 19:2,11,20
81:23

**lot**
26:25 44:18 45:13
71:11 74:5 86:13

**lower**
30:21

**Lucious**
35:3,24



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

## M

**made**
18:11 24:6,9,14,15
25:4,20 43:6 44:3,
15 45:2,7 55:13
62:13 70:16 73:19
97:25 98:1

**magnet**
67:3,8

**mail**
92:24

**main**
102:16

**maintenance**
59:11,21

**major**
19:11 24:19 92:9,
13 93:12 97:2

**make**
27:1,3 28:22 29:1,
6 32:5 34:5 40:2
61:2 63:1 68:21
73:21 85:8 97:14
100:4,7 102:9
106:5,9

**makes**
32:7,18 43:25
71:15

**making**
25:14 31:5 69:2
84:18

**male**
97:17,18

**Malone**
9:1

**man**
54:18

**mandated**

20:24

**manner**
48:8,9

**manually**
59:7 64:20

**many**
48:25 51:11 54:16
60:5 74:1 82:11,25

**MAR**
81:14

**mass**
71:12

**matter**
5:7 10:18 11:14

**may**
7:6 11:25 19:20
22:5 27:8 32:25
40:20 44:16 91:4,
5,6 98:22 100:1
105:14

**maybe**
18:15 19:13 48:13
54:21 55:25 56:1
62:18 71:9 80:23
85:4 86:14 105:5,
19

**Mcclellan's**
19:11

**me**
6:10,23 7:15,21,22
8:13 9:6 12:2 14:4
15:1,24 20:13,15,
21 21:9 22:15
25:12,13 26:15,16
27:4 28:2,10 33:6,
9 36:19 37:4,7,11,
23 38:10 41:4,14,
24 42:14,17 43:24
47:16,17 48:8
50:20 53:14 54:20
56:21 59:16 60:12,

14,22 62:19 68:3
69:19 76:13,15,22
77:15 78:14 88:21
91:7 97:11 99:20,
25 100:2 103:5,6
105:16,25

**mean**
11:23 12:11 13:14,
16 14:8 15:7 16:8,
11 30:12 31:20
33:6,22 36:15 37:4
38:10 40:5 41:7,13
42:19 44:7 48:24
56:2,5 57:7 65:1
66:25 67:14,22,24
74:10 79:3 81:16,
18 85:4 86:20
87:16 88:17,18
90:12 91:3 92:21,
22 96:22 98:21
104:24 105:2,12

**means**
13:18 81:9,23
106:4

**measured**
56:6

**mechanism**
67:1

**mechanized**
58:2

**media**
11:3,5

**medical**
24:23 25:24 32:1
52:22 77:10 79:6,9
86:24 87:25 88:13,
15,18 89:2,7,24,25
90:2,13,14

**medication**
8:6

**medium-sized**
11:23

**meet**
13:19

**meets**
64:12

**member**
96:19

**members**
48:11

**memories**
31:11

**men's**
85:14

**mentioned**
10:15 26:12,15,17
32:15 42:8 53:25
59:25

**mentioning**
70:24

**metal**
55:4,18 64:9

**microphone**
6:17,21 12:1,7,9

**middle**
43:22

**midnight**
40:11,17

**might**
11:10 12:9 22:7
30:21 33:4,5 37:9
41:16 42:1,2,9
55:10 56:1 60:3
86:11,13,15,20
96:22 100:13
105:4

**mind**
31:11

**mine**
43:3

**minor**

Universal
COURT REPORTING
Clear Value. Every Case.

43:2

**minute**
82:12

**minutes**
49:15 82:12

**misspoke**
41:14

**mistakes**
25:3

**misunderstood**
53:5

**MJ5**
5:16

**MJF**
5:17,18

**moderate**
81:14

**moment**
17:23 103:15

**money**
104:25

**months**
73:19,20 102:24

**more**
19:5 22:13 57:22
82:25 83:23

**morning**
6:10 38:18

**most**
27:25 36:10 43:3
44:21 59:3 64:3
91:22

**mostly**
30:8

**motherfucker**
79:20

**move**
21:23 22:2,3,13

50:21 59:24 62:6
63:24 65:12 69:25

**moved**
65:9 66:5 69:8
70:23 79:11 88:12
103:6

**movement**
17:17,19,21 20:18
21:19,20,21 25:6
28:8,13,14,20
29:2,3,5,6,14,15,
20,22 31:4 32:2,3
53:16 60:14,25
61:1,6,8,11,12,13
70:4,12 93:3

**movements**
20:23 81:20,21

**moves**
61:10 79:13

**moving**
16:23 22:1 60:11,
13 62:24

**Mrs**
94:11

**much**
47:7,8 56:16 59:3
68:13 71:8 80:22
81:1

**must**
68:5

**my**
5:21 6:1 7:15 8:9
11:17 17:24 20:9,
21 22:6 25:10,17
26:10,13,16 27:10,
18,23 34:14,16
36:23 37:4 42:18
45:21 47:6,10,19
49:5 52:19 54:10
62:7 72:25 75:8,10
77:15 80:6,18 81:7
90:25 91:3,25 92:3

100:8 101:2

**myself**
49:6

---

## N

**name**
5:21 6:1 13:8
14:12,22,24 15:11,
23,25 16:16,21,22
19:4 22:20 29:9
93:20,22,24 94:1
97:6

**named**
45:18 97:7

**narrative**
84:14 85:11

**natural**
69:15

**necessarily**
76:20 82:11

**necessity**
13:17

**need**
7:10,24 11:24 27:9
40:5 58:14 84:19
87:13 91:14,16
107:9

**needs**
33:17 34:5,9 51:25
58:15

**neutral**
81:8,12

**never**
9:9 17:15 30:24
56:5 99:3,21
100:16,23 101:2

**new**
61:21 64:22 65:2,5
69:8 73:21 103:10

**next**
13:23 14:12 15:23
16:16 38:4 57:24
61:22 73:18 87:20

**no**
7:5 8:7,11,21 9:5,
21 10:3,16,19
11:4,12,15 15:21
18:13 20:11 21:11,
15,18 22:18,25
23:3,6,8,13,20,23,
25 24:5,10 25:3
27:18 31:14,17
34:11 37:17,18
38:13 47:14 50:6,
9,12,16,25 51:15,
17 52:10,13 55:21
57:1 62:7 64:25
65:4 68:23 69:5
72:10 73:5 75:3,15
77:19,21 79:10,13,
21,23 80:2 81:5,
10,13,16,19,25
82:9,14 83:10
89:22 90:23 91:15,
17 93:21,23,25
94:2,10,14,16,18,
20,23 95:1,4,19
98:5 99:6,9,12,20
100:18 101:7,22
102:8 103:12,14
105:20,22 107:2,3

**nobody's**
38:6

**nod**
7:11

**none**
9:9 95:11 97:6

**nor**
97:6 98:9 99:6

**normal**
56:24 79:15
101:20



**normally**
58:6

**Northern**
5:10

**Northwest**
46:2,3

**not**
7:5,11,14 8:21 9:5
10:21 12:11,20,24,
25 14:25 15:7,21
16:12,22 17:9,20
18:9,13,15,22
19:14 20:1,3,6,17,
18,22 21:7,10,25
22:7,11,25 23:3,6,
8,13,14,16,20,23
24:5,10,12 25:9,25
26:18 27:7 28:6
29:10 30:14,23,24
31:19 32:11,20
33:23 34:14 35:6,
12 36:5,23 37:17,
24 38:9 39:13
40:3,21,23 41:4,
10,14 42:14,17,18
43:2,13,20 44:8,24
45:10 46:1 47:8,
17,18,19 48:13,16,
18 50:1,6,9,12,17,
25 51:4,7 59:9
62:23,25 64:5 65:4
67:4,15 68:1,13
69:1,5 71:11,22
72:20 73:10,25
75:3,7,8,10,11,12,
15 76:6,7,10,15
78:14,17 79:7,10,
13,16,23 80:23
81:2,5,10 83:8,12,
16,19,25 84:23
86:5,12,16 88:9,
15,21,22 89:5
90:10,25 91:3,8
92:17 93:21,23,25
94:2,10 95:9,11,

14,24 96:3 98:8,9
99:6,18 100:13
103:22 104:22
107:8

**notate**
26:17 27:16 86:2

**notated**
24:19 25:3,25
83:25 84:3,18
85:20 90:16,18

**notation**
27:15 32:5

**notes**
27:19

**nothing**
37:13 44:17

**notice**
19:10

**notified**
70:18

**November**
5:2,4 10:24 12:19,
20 13:2,5 14:13
15:15,24 16:14,17
18:1,11 22:17
23:12 24:2,9 28:9
31:15 32:10 34:13,
21 35:15,18 37:10,
14 40:14 49:23
50:23,24 53:11
55:12 73:3 74:2
75:17 76:9 79:5,12
82:8 86:7 87:4,23
90:19,21 91:1
95:18

**now**
5:3,5,6 9:18 16:16
22:3,22 24:1,6,14
25:11 26:17 30:12
35:2,18 41:21
46:16 49:7,16 51:7
54:10 55:10 80:11

81:6 82:4,17,22
86:7 87:23 92:4,5,
16,20 94:3 95:20,
24 97:9 99:13
101:8 102:11,18
105:3 107:12

**NSR**
81:11

**number**
5:8 53:22 54:6
66:19 84:12

**numerous**
27:22

**nurse**
88:1,3,9 89:17

---

**O**

**Obert**
18:4 70:9 92:14

**object**
64:2

**objection**
74:25 100:19

**objections**
82:13

**obligation**
22:7 34:10

**obviously**
21:3 91:4

**occurred**
95:17

**off**
12:25 16:19 27:18
34:14 49:16,17
50:13 62:7 72:22
82:17,19 95:8
107:7,12

**office**
26:9,10 58:25

77:9,24

**officer**
14:22 17:17,20
20:18 21:10,19,22
25:6 28:8,13,14,20
29:15,20,22 30:15,
18,24 31:4 32:2,3,
8,9,19,21 33:7,8,9,
15,23 34:11,12
37:18 38:9,11,21,
23 39:5,13,15,16,
17,18,20 40:2,4,7,
8,15,19 42:8,11,
12,22 43:7,8,24
44:1,4,6,12 45:8,
22 50:22 51:20,22
52:20,21,24 54:8,
9,12,24 56:12,21
57:8,17 58:10,20
59:2,3 60:5,10,25
61:1 66:18 67:9
68:14,15,17 70:4,
12 75:3,6 78:7
83:8,25 84:25
87:14 90:17 93:3
97:13,17,19,22,24
98:5,6 99:2,3
100:1,11,14,15,16,
22,24 101:3,9,18,
20 104:7,13 105:4,
6,8,10,17

**officer's**
37:22 51:18,24
52:11,17,20,25
54:15,17,23 55:15,
23 56:10 58:5,7,8
69:6 74:15

**officers**
11:2,6 20:3 21:22
30:10 34:6 36:2
38:17 41:13,14
50:14 52:22 57:2,
11,15,22 59:12
60:5 61:19 66:15,
20 68:5 69:2 73:25



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

74:17,22 77:18
78:7 86:6,15,17,20
87:12 98:14 99:16
102:3,4 103:7

**offices**
39:12

**offline**
59:22

**often**
26:25

**oh**
11:18 19:5 47:6
53:5 54:18 84:7
85:21 96:14
100:13 105:16

**OIC**
77:11 78:4

**okay**
6:11,22,25 7:14
9:16,18 10:1,4,14,
20 11:2,10,13,16,
21,24 12:12,16,18
13:1,5 14:11,16,19
15:14 16:2,8,13,21
17:6,14,18,22
18:6,14 19:6,23
20:8,12,19 21:24
22:12,19 23:18
24:1,11 25:16
27:11,21,24 28:12
29:12,19 30:5,10
31:8,24 32:18
33:19 34:21 35:18,
21,23 36:2 37:6,12
40:10 41:11 43:10,
15 45:5,17 46:22
47:7,15,20 48:15
49:13,14 51:6,13
53:7,17,23 54:8,
16,22 55:15 56:12,
17 57:2,7,11 58:6,
19 59:6,17 60:8,
17,24 63:3,6

66:15,22 67:17,25
68:7 69:7,14
70:20,23 74:8
75:12,21 76:17
77:17 78:7,13
79:2,5,8,18,25
80:8,11 81:22
82:1,10,15 85:23
88:11 90:11,19
91:10,12,18 92:5,
7,12,16,20 93:4
94:3,11 95:5,16,20
96:3,9,18,21,25
97:6,9,10 98:15,25
99:3,13,19 100:10,
16 101:1,8,13,18,
23 102:19,25
103:3,9,12,15
104:16 106:14,16
107:5,11

**old**
55:10 65:6

**Oliver**
35:3,25 36:8,12

**on**
5:3,24 6:17 10:24
11:14 12:14 13:3
14:4 15:8,15,25
16:14,23 17:2,24
18:2,9,10 19:1,3
20:3,21 21:7,10,
16,18,20 22:10
24:1,9,18,19 27:3,
6 28:8,19 29:5,6,
22,24 30:25 31:10
32:8,24 33:7 34:2,
9,12,22 35:16 36:9
37:10 38:8 39:2
40:5,11,17,18,19,
24 42:5,22 43:19
46:11,16 47:9
49:20 50:2,21
51:3,4,5,7,24
53:11,13 54:2,14
57:10,15,17 58:20

61:1,7,10 62:22
63:15 64:4,15
65:12,20 66:23
67:3,14 68:10,13,
23 70:3 71:22,23
72:25 74:16 77:2,5
78:15,17,20,21
79:5,9,11,13 80:5,
11 82:8,22 84:3,
12,14 85:24 86:2,
7,18,19,21 87:4,7,
8,23 89:16 90:7,17
92:23 93:11 95:17
97:14 99:20
101:19 102:3,8
104:6 105:2,19,22

**once**
26:9 29:3 31:2
60:24 61:5,12,16,
17,25 63:3,14,17,
18,23 66:25 73:16
78:23

**one**
5:16 25:1 35:7
36:8,14 44:8 46:4,
5 48:21 50:20
52:16 53:19 54:8
60:7 61:14 62:13
63:4 65:2,9 67:22
68:8,9,14 69:8
74:7 82:4 87:14
89:1 90:19 91:10
98:1 99:20 100:5
102:10 103:15

**ones**
9:5 93:13 96:15

**online**
12:13

**only**
7:25 20:23 27:25
29:22 37:11 39:21
62:13 64:3,4 69:5
85:7 99:23 101:24

**onto**
71:16 77:6,7

**open**
55:17 57:12,16,17
58:11 60:2,10
63:11 64:12,13
66:24 67:6,10,17
78:16 102:4

**opened**
52:15 66:19

**opens**
64:9

**operations**
79:15

**opinion**
20:21 37:5

**opportunity**
42:11,13 97:23

**order**
24:15 58:14 59:14
64:23 83:16 87:6
103:5 104:17
106:22

**orderlies**
72:12,15,19 73:4,
17,21 74:1,6,7

**orderly**
72:3,7,8 73:6,7,11

**orders**
83:11

**ordinary**
50:2 79:14

**orientation**
23:5,22

**original**
9:8

**other**
7:15 9:18,22,23
10:2,4 11:2,6,10,
14 13:24 21:12



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

28:22 29:23 39:23
43:18 48:4,7 50:14
61:25 63:7 66:20
67:7 68:15,21
69:21 72:16,21
77:11 79:14 80:24
81:2 83:19,21 84:2
85:18 86:15 87:13
97:6 102:10

**Otherwise**
7:17 106:13

**our**
32:13,23 74:16

**out**
19:13 26:8 28:1
29:2,3 31:25 36:8
38:21,24 39:1 44:1
50:2 55:19 58:5,15
59:17,24 61:5,15
62:9 63:1,22 65:12
70:11 73:10,13,17
79:14 90:4,15 93:2
97:24 98:13 104:8
106:8

**outlet**
98:12

**outs**
52:22

**outside**
56:23 69:9 70:1
77:15 89:13,16
90:9

**over**
6:2 7:6,7,15 26:8
45:15 56:3 64:2
75:20 88:19 91:24
96:24 103:20
104:22

**override**
58:3

**overtime**
51:5

**own**
51:13 58:25

---

## P

**p.m.**
16:5 82:18,23
107:13,14

**pack**
61:14,15

**packet**
86:23

**pain**
8:10

**Panama**
5:11

**panel**
51:23

**panels**
52:18

**paper**
38:9 39:1 86:1
100:2,4 103:20,22

**paperwork**
38:5,7 42:3 71:9
97:24,25

**Parker**
35:3,24 36:8

**part**
59:14 62:8 69:19
78:1 98:8

**particular**
58:17 64:23 94:6

**particularly**
18:7

**past**
41:22 44:16 72:18

**pathogens**
72:1

**penetration**
26:6

**Penix**
35:3

**people**
10:15 48:25 87:13
90:3 95:7,12

**people's**
43:18

**per**
88:15

**perfect**
29:1

**period**
51:2,3 99:11

**permission**
58:11,13,21 78:18

**perpetrator**
25:24

**person**
35:10 37:24 45:20
67:7 69:10

**Peter**
96:12

**Peterson**
92:25 94:11 96:10,
13,18

**phone**
62:7,8

**photo**
23:10

**phrase**
80:20 84:4

**physical**
8:10 87:2

**physically**
67:10 78:2

**pick**

38:18 52:23

**picked**
97:10 104:8,18

**picture**
12:4 64:8 102:6

**piece**
64:9 103:20,22

**place**
20:19 21:20 31:5
39:22 70:2 74:24
85:25

**placed**
21:15 50:7 64:22,
23 99:7

**placement**
17:1,13,19

**Plaintiff**
5:22,24 10:24

**plastic**
71:5

**please**
5:15 52:6 53:15

**plexiglass**
55:8,9,14,19,20,
21,25

**point**
7:24 10:6,9 13:24
26:9 31:8,13 32:9
35:8 60:17 67:23
82:7 94:8

**policy**
31:23 32:11 57:20
74:19

**pop**
58:4

**port**
62:4,20,23 63:13,
14,22,24 64:1
65:14



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**portal**
62:17

**portion**
92:7,12 95:21

**possession**
99:4

**possible**
6:21 95:10

**possibly**
67:8 90:12

**post**
13:11,16,17,19,21
14:21 36:6

**potential**
80:18,20 81:4
84:20

**potentially**
93:14

**pounds**
21:1,2

**PPD**
80:14,18

**pre**
27:1

**pre-**
25:13 69:21 76:18
89:11

**pre-allegation**
18:11 24:6,8,14
25:20 69:23 76:8,
12 86:8 92:17

**pre-allegations**
24:22

**pre-report**
25:13

**PREA**
20:2,4,5 21:6,11
32:7,12,22 70:10
77:23 84:22 86:12,

14 87:4,11 93:14
95:6,10 96:21

**PREA's**
43:2

**PREAS**
42:25 93:2 96:23

**predator**
80:19,21,25 81:4

**preference**
104:24

**preparation**
9:4,20

**presence**
75:8,10,12

**present**
66:20 75:14

**preserve**
76:24 77:18

**preserves**
77:22

**presses**
67:8

**pretty**
36:24 45:9 56:16
59:3 67:15,19

**previous**
19:1

**previously**
24:12 32:15

**prey**
80:25

**printed**
73:13

**prior**
9:3 22:17 23:11
37:13,14 44:12
84:23

**prison**

44:10 88:4,6

**privacy**
95:8

**privy**
45:10

**probably**
12:25 14:18,19
19:12 26:5 45:14
55:5,18 56:1 67:24
68:14,18 84:22

**problem**
29:7 59:8

**procedure**
50:18,21 60:11
87:9

**process**
24:25 26:14 37:19
39:4 40:22 42:18
45:12 59:25 63:21
67:18 70:14 77:16
84:18 97:11 98:16
104:2

**professional**
48:4,6,7,8,9

**programs**
45:15

**promise**
8:13

**promoted**
49:1

**pronounces**
18:24

**proper**
31:21 102:23

**properly**
100:8

**property**
61:14,15 65:9,10,
11,12 70:24,25
71:4,8,11,12,18

**protect**
95:7 104:18

**protection**
97:20

**proto**
69:13

**protocol**
25:12 33:14 38:16
64:25 69:1,13
76:11

**provide**
103:19

**provided**
41:1

**pull**
12:8 80:7

**punch**
26:22

**push**
66:25

**pushes**
67:10

**put**
21:3 22:11 25:8
29:6 37:20 38:7
39:2,9,24 58:4
59:21 64:8 65:11
71:13,18 73:10,13
77:3 78:20,21
80:25 90:1 95:9
103:21,22 104:1,
21 107:11

**puts**
61:5 78:23 97:25

**putting**
62:10

---

**Q**

**question**



7:16 8:2,12,14,16,
17,20 15:10 33:7
38:6 68:11 69:15
70:5 72:17 76:22
96:25 105:17

**questions**
8:9 9:10 23:9
82:11 83:1 91:11,
13,21 102:11
103:18 105:21,22
106:14

**quick**
14:22 18:25 67:18
91:25 92:3 95:6

---

**R**

**radio**
52:24 57:4

**radios**
66:16

**raise**
30:21

**rank**
7:1 32:19 33:22
47:2,5,6

**rather**
80:7

**reach**
55:24 63:1

**read**
17:4 18:7 99:8
105:25 106:3,15,
18

**reading**
107:15

**reads**
92:16

**ready**
61:16

**real**
18:25 29:11 67:4
68:23 80:24 88:22
91:25 92:3 95:6

**really**
12:11 30:25 31:9
36:9 40:5 44:18
50:1

**reason**
57:15 65:4 69:17,
18 85:7 95:9

**reasons**
69:19

**reassigned**
60:1

**recall**
15:18 22:23 23:14,
16 31:9,12 45:4
50:7 79:7,10,13

**receive**
9:12 17:21 99:23,
25 100:12

**received**
9:13 16:24 76:10
100:4 101:5

**recognize**
12:11,16

**reconvene**
82:16

**record**
5:3,15 20:20 26:19
49:16,18,20 75:21,
22 82:17,20,22
85:19 107:7,12

**recorded**
7:9 75:24

**records**
86:24 88:15

**REDIRECT**
103:16

**refer**
101:10

**referenced**
53:10 61:7

**referring**
9:16 29:13 85:21

**refers**
80:22,23

**regular**
22:10 55:21

**reiterate**
21:9

**related**
26:23 48:18,19

**relating**
42:8

**relation**
101:15

**relations**
21:5

**relationship**
47:25

**releases**
67:2

**relies**
21:18

**remember**
12:24 22:21 27:23
31:16,19 36:2
46:9,21 49:24
50:1,4,13 51:8
73:3 79:8,16 82:7
91:8 102:23

**remembering**
91:7

**remotely**
57:12

**removed**
66:11

**repeat**
8:14 52:6,8 53:14
63:21

**rephrase**
8:13

**report**
17:25 24:23 25:13
26:1,10 32:12,21
33:11,16,17 42:4
70:8 77:4,10 83:3,
5,6,9,18,24 84:5,6,
9,10,13,16 85:5,8,
10,14 86:10,14,16,
22 87:3,8 89:3
92:1,13 94:6,9,10,
13 100:9

**reported**
32:11 86:12

**Reporter**
5:3,12,18 7:9,12,
18 49:14,16,20
82:17,22 105:24
106:10,17,19,24
107:1,3,6,11

**Reporter's**
106:6

**reporting**
5:13 18:4

**reports**
10:17 78:24 82:7
83:20,21

**represent**
6:2

**reputation**
23:7,24

**reputation**
23:7,24

**request**
77:12,13 104:3,7,
10,11

**requests**
37:15 104:12



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**required**
32:9 76:20,23 83:2
85:2

**research**
27:19

**reserve**
106:20

**reserved**
107:16

**respond**
42:10

**responded**
102:13

**response**
8:3 14:14,22

**responses**
7:10

**responsibilities**
97:4

**responsibility**
29:4 33:12

**rest**
64:5

**restraints**
63:6,9

**restrictions**
28:5

**result**
37:9 85:14

**resulted**
87:5

**results**
100:8

**resumed**
49:19 82:21

**retained**
76:5

**return**
100:9

**review**
9:3 18:14 19:17
21:16 30:20 76:21
84:1 86:6 92:8
98:7 99:10

**reviewed**
19:10 98:7 99:24
101:4

**reviewing**
21:25 78:3 92:13

**reviews**
21:12 29:1 30:18

**right**
6:13,20 7:21,24
8:12 11:18 12:9
14:2,25 15:18
16:22 19:16,18
20:12,20 22:12
29:16 34:16,19
39:6 43:21 44:21
54:14,15 56:23
59:16 65:3,7 66:13
69:25 80:11 81:6
91:10,18 92:14,15,
18 93:9 96:4 97:8
102:11 105:20
106:15 107:6

**rights**
20:3,5,6 95:15
104:18

**ring**
11:11

**risen**
51:19

**risk**
81:12,15

**role**
25:10 26:13 33:25
34:1 36:23 42:18

**roll**
51:24 57:23 59:9
61:18 62:1 63:18
67:15,22 71:6

**rolled**
51:25 59:20 63:18
66:14

**rollers**
67:14

**rolling**
51:22 68:18

**room**
29:23 30:3 68:13
90:13

**roommate**
63:8

**roster**
13:2 15:8 35:6,8
36:7,23 73:14

**round**
97:15

**rules**
7:8

**run**
70:21 103:7

**rush**
107:2,3

**rview**
19:14

---

**S**

**safe**
97:1

**safety**
69:6 97:20

**said**
5:16 9:9 22:15
39:23 42:17 46:12,
17 53:8 54:1 68:4

**69:9,14,20,23**
75:12 79:18 84:4
85:13 89:8 92:9
95:24 98:17
102:13

**same**
31:6 46:3 56:13
66:1 104:15
107:10

**save**
76:21 77:13,22

**saw**
83:1 87:7

**say**
10:12 14:20 15:14
16:13 17:9 19:7
20:1,10 21:1 22:4
27:16 28:15,18
30:1 32:25 33:4
36:24 37:22 41:21
42:15 43:19 52:21,
25 59:8,14 60:17
63:9 66:4 67:20
70:8 71:19 73:18,
25 75:9 76:7 77:13
79:2,24 86:5 89:15
95:12 97:1 99:24
101:23

**saying**
15:2,3,5,7 21:24
29:12 39:5 43:22

**says**
16:2,25 19:3,14
27:13 80:14 92:20
96:3,12,21

**scared**
95:15

**scope**
77:16

**scratch**
34:11 69:19



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**screen**
11:17,19,21,22,23,
25 12:14 13:3
17:2,24 18:2 20:9
27:3 34:16,17,22
35:17 37:7 81:23
91:25 92:3,8

**screens**
28:25

**scroll**
13:22 15:22

**scrolling**
34:20

**se**
88:15

**search**
13:23 14:11 15:23
16:16,21

**seat**
64:17

**second**
13:6,23 14:13
15:16,24 16:14,17
30:5 34:13,19,22
35:16,18 50:19,20
51:4 53:21 54:5,13
82:4 90:19 91:10

**seconds**
67:18,21,24

**section**
18:14 19:17

**sections**
97:1

**secure**
62:25 63:15 64:20
97:25

**securing**
76:12

**security**
13:2 51:9,14,16

52:14 55:22

**see**
11:19 12:1,3,4,14
13:3,6,8,12 14:5,
14,21 15:8,25 16:3
17:2 18:2,4,14,16
19:16 27:20 34:17,
22 35:19,25 40:22
51:20 54:9,13,24
55:1,19 56:8 65:4
70:10 80:8,12,15
86:15 92:3,5,20

**see-through**
55:21

**seeing**
31:12

**seems**
47:16 88:11

**seen**
17:15 22:22 24:18
31:20 74:16 82:2
83:10 86:12,16
90:6 101:14

**send**
41:23 42:5 78:6

**sends**
29:3 99:25

**sense**
33:20,21 63:1 65:1
68:21 73:22 102:9

**sent**
9:11 21:21 29:2
37:11 77:23,24
93:14

**separate**
25:21 27:12,13
83:14,17 85:2
86:10 87:11

**separated**
25:2 32:16 87:13

**separately**
104:12

**separation**
24:15 87:6

**sergeant**
16:2 18:15 19:2,4
24:21 25:10 27:5
28:11,12 29:9,13,
16,19 31:4 32:20,
21 33:1,5,19 34:1,
5 41:10 44:11 47:6
48:22 50:22 76:13,
14,15 77:20 84:15,
25 93:1,3 94:17,19
95:13 96:7 98:6
99:20

**sergeants**
41:12,13,14

**serious**
33:10

**server**
86:18,19

**service**
38:4

**set**
30:19 38:1 51:17

**setting**
83:23

**seven**
14:23

**several**
72:24 82:5

**severe**
44:17,24,25

**sexual**
23:4,21

**shackles**
65:19,20,25 66:6,
9,11

**shake**
7:10

**share**
11:17 34:15 37:7
91:25

**sharing**
20:9 37:6

**she**
18:20,24 28:19,20,
24,25 29:1,2,3,6,
12,14,18 30:8
32:25 51:3,4,5,7
61:5,10 70:13
88:3,4,6,9 90:12
93:2 96:20 98:2
106:11

**she's**
70:13

**sheet**
15:25 21:20,21
29:2,3,5,7 60:14
61:6,8,11,12,13
86:1 89:8 106:7

**shift**
13:6,23 14:13
15:16,24 16:9,15,
17 29:21 30:6
34:13,19,22,25
35:16,18 40:8,11,
17,18 43:20 49:24
50:14 51:4,7 59:4,
5 74:4 87:17,18,20
103:4,6,7

**shifts**
29:23 74:3

**shoebox**
64:2

**short**
49:17 82:19

**should**
10:1 21:5,6 25:1,2



32:5 37:18 55:9
57:8 62:18 69:5
87:10,11 90:18
92:17

**shouldn't**
40:4 93:17 97:21

**show**
11:16,17 12:12
13:1 21:6 27:12

**showed**
23:10 28:10 80:4
81:20 92:2

**showing**
15:1,10 16:24
17:25 87:1

**shown**
41:2 105:4

**shows**
90:3

**Shuller**
19:13 45:18 46:17
47:12,17,18 48:3,
10,13,20

**Shute**
46:16

**side**
96:16

**Signal**
11:11

**signature**
19:18,21 92:10
95:25

**signatures**
19:22

**signed**
95:25

**signing**
107:15

**similar**

23:9

**simply**
103:20

**since**
24:21,24 28:7
35:16 90:19,21,24
91:1 94:7

**sir**
6:12,16 7:20,23
8:4,7,11 9:17 11:1
12:6,15 15:21
16:1,7,10,15 22:25
23:3,6,8,13,25
24:18 31:14,17
34:18,23 35:1,20,
22 37:17 39:8
46:19 47:1 50:12,
16 73:5,8 79:10,13
80:10 92:11 96:8
102:21 103:11

**sit**
8:5

**sits**
52:17

**sitting**
91:13

**situation**
44:13 73:4 86:7
87:9

**situations**
74:21 75:6

**six**
73:19 102:24

**slid**
98:18,19 99:1

**slide**
39:1 67:5,6 98:22,
23

**slides**
55:7

**sliding**
55:4

**slowly**
53:15

**small**
11:21

**snitch**
80:1

**so-**
38:9

**soap**
71:9

**social**
11:3,5

**socially**
47:18

**solid**
55:6 62:25

**some**
7:7 8:10 11:17
12:3 22:4 24:15
25:14 26:6 27:19
35:10,11 40:19,20
41:9 44:16 60:17
71:8,23 74:13
80:5,6 97:13 100:1
103:9 104:25
105:1

**somebody**
22:1,7 25:8 33:17
44:5 57:10 69:20
99:15

**someone**
43:25 44:4 45:1
56:23,24 72:7,8
81:3 95:25 97:3
98:25

**something**
7:11 14:9 19:7
20:21 21:2,4 22:6
27:9 28:19 33:1,4

37:23 43:4 58:21
59:14 67:24 71:10
74:14 77:15 79:19
87:16,21 89:14
97:21 100:14
103:10

**sometimes**
6:14 31:10 42:9
65:23 72:18 87:12
105:9

**somewhere**
74:9

**sorry**
5:18 15:15 26:12,
16 38:11,13 42:15,
24 45:25 46:6 48:5
52:7 53:16 75:9
77:25 84:7,11,21
103:24

**sort**
8:10 24:15 25:14
26:6 31:10 64:16
68:7,25 72:9 86:13
95:6

**sound**
8:17 49:8 79:23

**sounds**
9:12 24:7 31:2
106:19

**speak**
28:16 30:25 33:7
40:24 87:24 94:12
105:9

**speaker**
102:2

**speaking**
28:15 34:2 44:7
56:24 74:20

**special**
13:11 14:2,13
21:12,16 28:25



32:25 34:1 84:1
85:19,22

**specialized**
72:10

**specific**
29:21 31:5 42:8
44:23 97:4

**specifically**
33:14 50:20 72:8
100:10

**spectrum**
44:9

**spell**
18:18

**spelled**
19:2,5

**spells**
18:20

**split**
60:3

**spoke**
44:14 94:21,24
95:2

**spoken**
9:19,23 10:1,14
94:5,8,12

**spring**
31:11

**staff**
29:23 39:20 85:1

**stairs**
56:10

**stand**
61:24 68:14,15

**standard**
24:20 87:8

**standing**
56:23 63:4

**stands**
68:9

**start**
16:5 70:3

**started**
45:21

**state**
20:17 47:16

**stated**
24:12

**statement**
42:2 85:3 92:13
93:12

**States**
5:10

**station**
51:18 52:11,17,20,
25 54:9,13,15,17,
23 55:16,22,23
56:3,11,12,18,22
57:3,13 58:5,7,8,
10 60:6 67:7 78:7
101:9

**status**
60:19,24 81:17,18

**stay**
77:5

**stays**
62:24

**steel**
55:6

**Stefan**
10:8

**step**
63:1

**steps**
31:21 32:15 33:13

**stick**
62:3 63:12 64:14

65:14

**sticking**
63:22

**still**
21:18 61:21 75:2

**stop**
20:8 31:21,23 37:7
69:25 74:18

**stopped**
89:23

**Stoudemire**
10:8,10,11,12

**straight**
33:10 89:17

**stuff**
25:10 39:14 41:9
43:1,18 70:6,21
86:21 91:23 100:5

**stuff's**
12:3

**subject**
30:13 43:10

**submit**
38:16 42:4 63:8

**submits**
42:7

**subpoena**
9:8

**subsequent**
88:12

**substance**
106:12

**sufficient**
66:19

**summons**
9:13

**Sunday**
16:17

**superior**
47:20

**supervisor**
32:12 33:18,19,24
92:25 100:15
103:5,6 105:12

**supervisors**
101:4

**Support**
31:22

**suppose**
62:12

**supposed**
34:6 89:24 99:6

**sure**
12:25 14:1 16:12
18:22 27:1,3 28:6,
22 29:1,6,10,11
34:6 35:12 36:24
40:2 44:11,16 45:9
48:13,16,18 51:7
61:2 67:4 69:2
76:6,7 80:24 84:18
85:8 88:9,22 89:5
90:10 91:4 95:24
100:4,7 106:5

**surrounding**
55:16

**swear**
19:21

**swings**
64:16

**sworn**
6:7

**Symphoni**
5:12

**system**
17:1 21:4,7,18
25:3,8 44:10 58:1,
2,4 59:9 60:25
61:1 67:3,8 70:5



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

77:2,5 78:15,17
80:21 81:1 84:18
85:8,13 88:4,7
95:9 101:25

**T**

**T-BUILDING**
51:18

**table**
6:15,18

**tablet**
43:1

**tagged**
72:9

**take**
7:25 25:13,17
26:8,9,10 37:25
38:5 39:3 40:15
49:8 59:22 60:12
65:8,11 66:22,24
67:17 69:24 70:1
82:12,15 91:14,16
98:9 107:6

**taken**
24:22 89:24 90:9

**takes**
15:24 98:2 99:4

**taking**
8:3 62:9 65:8,10
74:24 78:5

**talk**
7:15 12:18 22:13
47:17 49:23 50:18
57:25 60:10 75:16
76:14 91:22 92:1,2
94:3 97:9 101:8

**talked**
60:8 101:13

**talking**
17:10 24:7 28:16

32:10 42:19 43:9
44:8,9 56:19 62:9
68:11 71:11 74:11
82:4 92:23 93:7,8
101:11

**talks**
86:15

**tall**
55:6

**Tallahassee**
5:25 6:3 20:24

**Tarjan**
5:21 6:9 19:5,8
49:7,12,15,22
75:2,5 82:10,15,24
91:10,17,24 92:1
100:19 103:17
105:20 106:13,22
107:2,5,10

**tasks**
72:12

**team**
14:22

**teams**
14:14

**Telegram**
11:11

**tell**
20:13,15 21:19
25:12 28:2 33:23
35:9 36:7 40:22,23
46:21 53:19 61:14
62:19 63:7 65:2
69:16 78:14 87:20

**telling**
29:15

**terms**
47:9 62:10 88:14

**testified**
6:7

**testify**
37:2 86:20

**than**
9:18,22 79:14
80:7,24 81:2 83:23

**thank**
5:18 6:24 19:6
60:16 84:7 91:13
97:9 105:20

**Thanks**
56:21

**that**
5:9 6:21 7:11,14,
15 8:1,2,8,13,17
9:5,16 10:4,9,21,
22 11:25 12:8,21,
25 13:3,6,12,14,
18,19,21 14:3,6,8,
10,14,19,25 15:2,
4,5,6,8,10,12,13,
14,19,23 16:3,8,9,
12,13,14,18,19,24
17:15,20 18:1,9,
10,16,18 19:7,10,
14,17,18,20 20:2,
4,7,13,16,20,21,24
21:4,5,6,7,9,10,14,
24 22:6,9,10,22
24:1,2,3,8,13,18,
19 25:1,3,9,11,25
26:1,9,13,14,15,
16,17,23 27:9,11,
12,13,14,15,19,25
28:2,4,13,18,21
29:5,6,7,21 30:6,9,
20,21,25 31:6,16,
19,23 32:8,9,15,
17,21,22 34:6,7,8,
9,11,22,24 35:6,8,
13,19,25 36:3,15,
24 37:2,6,8,9,11,
13,15,17,20,21
38:3,4,13,14 39:2,
5,8,9,10,14,16,17

40:4,8,18,21,23
41:1,9,11 42:9,12,
17,23 43:1,4,8,14,
16,18,23,25 44:4,
18,23 45:9,16,20
46:17,20 47:11,22
48:15,16,19,23,25
49:2,24,25 50:1,2,
11,13,14,23 51:2,
3,22 52:1,5,9,17
53:6,9,11,18,21
54:4,5,9,12,13,17,
23,24 55:7,8,10,
13,16,22,23 56:1,
3,8,12,17,22 57:6,
8,12,23,24 58:3,5,
6,11,15,16,17,21,
23,24 59:3,4,5,12,
15,21,22,24 60:12,
15,16 61:2,3,5,7,
21,23 62:5,6,11,
13,16,17,21,22
63:1,4,5 64:2,9,18,
25 65:2 66:4,6,15,
19,24 67:24 68:4,
9,21 69:5,10,19,
20,22 70:1,3,7,11,
16,21 71:4,10,19,
24 72:1,3,7,12,14,
19,20 73:1,7,9,14,
20,21,24,25 74:2,
9,12,14 75:11,21,
22,24 76:5,10,16,
18 77:1,5,11,14,16
78:10,18 79:2,9,
13,16,17,20,22,23
80:3,9,12,15,18,
21,22,25 81:1,2,6,
7,8,12,15,21 82:2
83:16,22,24 84:10,
15,18,19 85:8,10,
14,17,19,20 86:2,
5,14,15,17,21,24
87:3,5,7,8,9,14,18,
20,22,25 88:3,8,
11,14,19,23 89:2,

8,9,12,13,14,22
90:3,4,16,24 91:23
92:1,7,9,14,16,17,
21,22 93:8,12,13,
17 95:7,11,14,17,
24 96:6,15,16,19,
22,24 97:1,8,21
98:8,9,17,25 99:4,
7,8,10,14,16,18,22
100:5,6,7,11,12,
14,16,22,23
101:19,23,24
102:9,13,14 103:7,
8,24 104:1,11,22
105:8,11,14,23
106:1,4,5,8,15

**that's**
7:11 8:18 11:9
14:23 16:5 17:11
18:19 19:11 20:8
21:2 28:5 33:10
37:5 43:4,10,12,13
45:23 49:9 52:10
53:13,18,20 54:10
57:24 58:22 65:13
72:5,17 73:10
85:21 86:12 92:9
95:8,24 96:14 97:5
99:3 100:25 102:7,
19 104:3,24

**their**
19:22 20:5,6
26:21,22 31:1
38:5,7,8,18,21
39:11,24 58:25
60:18,24 61:14
62:3 63:22 64:14
65:18 71:1,2,7,13,
18 73:19 77:3 78:1
83:12,13 84:3
85:21,24 89:18,25
90:1,2 91:5 97:19
98:12

**them**
21:3,7,23 24:23

25:6,24 27:23 29:6
32:1 35:7,11,13
38:6,16 39:3,7,9,
12,21 40:2,20
41:22 42:2,12
43:25 51:24 55:10
57:5 59:11 60:1,3
61:4,15 63:15,21
64:5 66:13 69:21
71:15 72:21 78:16,
18 83:14,15,17,18,
25 84:24 86:5 89:1
91:6 93:7,8 95:12
97:19 98:3,4,23
101:3 104:8 105:5

**themselves**
5:14 40:3 57:16

**then**
14:23 15:6 19:4
21:17,21,22 22:6
24:24 25:7,12,14
26:4,11,13 27:2
28:19 31:25 32:2,
5,14 33:1,11 37:25
39:6,11 41:25 42:3
46:2,3,4,5,7,15
53:5 57:5 59:9
61:19,20 63:21
64:8,17 65:12
67:9,23 68:20
69:10,17 70:2,12,
14 71:15 72:19,21
73:21 77:22 78:19,
21,22 80:12,14
81:14 83:12,20
84:23 85:14 87:17
89:1,17,25 90:1
96:21 98:2 99:25
100:3,8 104:6
105:24 106:17,20

**there**
6:17 8:5,8 14:4
15:3,7,11 18:11
19:2 21:9,11 24:15
25:9 26:20 27:12,

13,16 28:20,21,25
29:7 30:14,23
31:17 32:13 33:14
34:10 35:2,23
37:25 38:5,7,21
39:6,12 40:21
43:6,21 44:3,6
45:10 48:24 51:8,
11,18 52:11,14
55:10,16 57:20,21,
25 58:3,25 59:3,8,
16 60:2 61:12,23,
24 63:4 64:23,25
66:13 68:2,4,7,14,
24,25 69:3,18,25
71:22 72:12,19
73:6 74:13 75:6,
10,16,21,24 76:8,
12 78:8 80:4,5
81:19 83:17,21
84:9 85:17,18
86:2,7,8,9,11,25
87:7,25 88:25
89:5,6,14,18,22
90:3,14 93:13,20,
22,24 94:1 95:12
97:7,14 98:21,22
102:2,6,7 103:12
104:1 105:7,8,12
106:7

**There'll**
27:15

**there's**
12:2 13:11,24
14:21 18:15 20:9
21:15,17 27:22
31:3 32:24 34:1
37:20 38:13 48:25
52:16 53:9 54:8
64:4,12,17 68:13,
23 80:11 81:11,14
85:22 86:21 87:10
92:16 98:21 102:6,
8 104:10 106:8

**thereupon**
6:4 49:17 82:19

**these**
22:4 31:10 32:4
36:2 37:3 80:6
84:19 87:13 91:8,9
94:22,25 95:3 97:1
103:21

**they**
19:14 20:24 21:7
25:4,7,21,25 26:7,
8 29:24 30:15,18,
20,25 32:5,9 33:5
35:10 37:20 38:3,
4,5,7,8,23,25 39:1,
2,3,4,8,9,11,12,22
40:1,4,11 41:1,19,
23 44:2 45:15
49:3,4 52:24 53:1
56:22,24 58:10,13,
14,25 59:12,14,15,
18,21 60:2,18
61:2,3,5,19,20,21,
23,24 63:9,23 64:5
66:3,7,25 69:14,17
70:8,12,14 71:7,
17,18 72:15,16,19,
21 73:11,18,20
74:18,23 76:20
77:1,2,13 78:8,10
83:12,13 84:1,2
85:9 86:4,17 89:25
91:3,4 92:17 93:7,
8,17 95:13,14
97:14 98:3,8,9,12,
22 101:19,25
102:8 103:19
104:5,6,8,20,21
106:5

**they'll**
39:1 66:2 71:1,6,8,
12,13,14 87:20

**they're**
22:5 26:20 32:4



34:6 38:7,22 39:23
48:14,15,16,17,18
54:24 57:5 62:25
64:4 66:1,2 71:19
73:15,16 75:20
78:14,17,19 83:19
84:20 89:19 96:14
99:6 102:7 105:13

**they've**
99:24

**thing**
20:23 25:1 33:10
44:8,21 48:5 57:24
62:21 68:9 74:10
102:10

**things**
21:5 27:22 33:23
91:22 96:17

**think**
5:17 6:19 12:7
18:19 22:15 27:8
28:6 29:10 36:12
51:7 53:25 60:8
67:3 68:4 76:6
82:11 90:20 92:9
93:2 105:14

**third**
43:20 51:3

**this**
5:7,8,9 6:13 7:6,9
8:20 9:3,9,13,23
10:2,6,15,18,22
11:14 12:13,14,16,
19 13:5,14,22
14:2,12 15:1,2,7,
25 17:2,6,11,12,
16,22 18:2,9,14
20:1,10,13,17
22:8,14 24:7 25:13
34:20 35:16 36:17,
19,20,22 41:5
43:24 45:11 47:16
48:25 49:7 50:20

60:9 62:19 64:10,
11 67:8,13 68:3
69:1,11 70:6,14
72:9 74:14 75:13
78:14 80:3,7,17
81:6 82:6,7 86:3,7
87:9,18 90:20
91:11,14 92:12
93:11 94:4,5,7,9,
10,13 95:21 96:6
102:10 106:20

**those**
10:14 11:11,12
25:15 35:4 45:6
66:11 76:2 90:7
93:12 104:12

**though**
8:1 22:22 73:25
86:22 90:15

**thought**
52:16 53:8

**three**
14:23 35:2,7,13,23
36:16,17 46:11
51:12 54:3,10 56:9
73:20 74:3,6 97:16

**through**
9:9 11:3 13:22
17:6,23 25:13,17
28:14 32:15,16
33:12 34:20 41:21
42:14,17 43:13,14
45:9,11,14 46:10
49:1 51:23 57:4
58:15 59:25 60:12,
14 61:2,10 62:4,16
63:13,14 64:14
65:14 73:12,19
84:17 98:3,18,20,
22,23 99:1 100:8
101:25

**throughout**
39:18,19 72:25

**thumb**
78:20,21,25

**tie**
47:17 71:14

**tier**
56:14,15 68:10,13
97:15

**time**
5:4 12:25 13:23
14:12 15:23 16:16
19:12 24:21 27:4
29:23 31:18 35:8
40:18 44:21 46:3,
4,5 48:21 51:2,3
59:20 64:6 68:2
73:2,16,18 79:4
84:15 91:11 93:1
96:24 98:5 99:11
103:2 106:21

**times**
26:25 32:24 72:24
74:5

**title**
14:21

**today**
8:5 22:20 92:2

**today's**
5:4 9:20 82:2

**together**
18:9,16 20:16,19
21:3,8 25:5,7,22
26:1 29:8 31:13
32:4 60:2 69:15
81:1 84:1,19,24
85:9 86:4,5 92:18
93:18 95:10 96:4

**toilet**
38:9 100:2,4

**told**
21:23

**took**
31:21,25 70:6
76:18

**top**
14:21 16:25 27:18
34:14 38:25 50:13
54:15 56:10,14,15
58:4 64:17 68:10,
13 80:11 97:15
98:18,24 99:1

**touch**
55:24 98:9

**touching**
26:2,4

**towards**
48:4,7

**Tracey**
35:24 36:4

**trained**
20:18 81:20

**transcribed**
106:6,10

**transcript**
7:17 106:3

**transpire**
87:15

**treated**
47:20 48:8 104:11

**Trenton**
34:24 35:21

**triage**
90:13

**trick**
72:17

**truck**
79:19

**true**
15:6 52:1 72:5



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**try**
30:3 43:21 44:19,
20 49:5 59:13 70:9
74:17

**trying**
10:12 47:17 64:6

**Tuesday**
15:24

**turn**
62:7 63:9,12

**TV**
12:8

**two**
21:13 22:4 24:16
25:21 29:8 31:5
32:4 53:9 54:3
57:22 61:19 68:5,8
69:1 70:10 71:21
74:5,23 83:2,10,25
84:19 85:1 86:3
87:13 97:1

**type**
20:14 21:25 26:6
42:23 47:24 52:14
55:17 64:2 69:19
70:16 71:23 83:3,5
84:10 85:20 87:5,
9,14 89:12 103:12,
13

**types**
44:1

**typically**
42:22 44:4 60:17
89:14 95:6 97:18
98:23

---

**U**

---

**un-**
63:22

**un-cuff**

**61:20 62:4 65:3,4,**
15 68:20

**un-cuffed**
63:23 65:5 71:19

**unable**
59:19

**under**
5:9 8:5 15:11
16:16 18:14 19:2,
17 29:24 59:6,21
81:7,11

**understand**
7:12,19 8:3,9,12
10:22 30:14,17
42:16 43:11 45:13
52:19 64:7,18
69:10 92:21,22
101:11

**understanding**
54:10 80:6,18 81:7
93:11 100:17

**understood**
8:17 15:9 24:14
36:21 44:11 47:21,
24

**undo**
66:13

**unethical**
105:11

**unit**
31:18 32:23,24,25
39:22 50:20 72:11
74:2 79:16 102:16

**United**
5:10

**units**
40:6 72:16

**Universal**
5:13

**unless**

20:9 21:15 43:16
78:15,17 86:17

**unlock**
62:22 64:13,24

**unlocked**
59:7

**unlocks**
67:9

**until**
19:15 59:22 61:24
73:18 98:6

**up**
11:24 12:8 14:12,
24 15:23 16:17,22
19:1 21:6 22:21
24:24 26:1,20
27:12 28:18 30:2
36:24 37:23 38:1,
5,18 44:6 45:2
47:22 49:9 51:17,
20 52:23,24 54:14
55:19,24 56:9,10
58:4 60:3 62:14,24
63:9 64:9,10,12,13
68:13 71:6,13,14,
24 72:1,13 74:8,10
78:6,16 79:20 80:7
83:14 84:15 89:21
92:4 94:7 97:10
98:22 102:4 104:9,
18 105:8,9

**update**
73:17

**updated**
21:17

**upon**
80:17

**upstairs**
53:17,18

**upward**
64:16

**us**
29:2,3 69:16 73:11
95:14 107:6

**use**
11:5 26:25 27:10,
25 31:22 43:7,9,
12,16,17,18,19
49:11 59:20 74:13,
19 83:6,7,8,12
84:4 86:10,16,18,
19,22 87:1,3 89:6,
7,9,19

**used**
80:21 87:2 88:3
89:16,22

**using**
62:23

**usual**
15:8 24:20

**usually**
36:5,16,19,25
38:25 39:21 40:1,
11,15,17 41:14
43:4 65:1 68:8
71:4,6 73:12,15
86:16 97:19 98:17
104:21,23

---

**V**

---

**verbal**
7:10 83:11

**Verne**
5:16,20 6:1 18:25
49:11 74:25 82:13,
14 91:12,16,18,20
100:21 103:15
105:3,22 106:2,18,
25 107:8

**victim**
25:23



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

**video**
9:4 75:16,17 76:3,
5,10,12,21,24
77:5,14,18,22
78:3,6 79:2

**Vieard**
12:14 18:12 23:10,
11 24:1,6,9 31:9,
12 37:8 50:8 87:24
89:1 90:8 91:2
95:17

**violate**
20:2 95:15

**violating**
28:19

**visibility**
54:23

**voice**
26:16

**volume**
101:20

**vs**
5:8

---

**W**

---

**waist**
55:19

**wait**
7:15,16

**waive**
105:25

**walk**
38:23 40:2 56:9
63:16,19 65:13
66:3 67:23 68:19
71:16 97:19

**walked**
65:3

**walking**
40:4

**walks**
97:18

**wall**
71:23

**want**
17:6 18:7 20:9,17,
20 21:3 22:8 38:8
60:9,14 76:6,7
80:25 82:12 91:22
92:2 95:20 96:25
98:15,16 106:20

**wanted**
37:24 57:24 73:1
103:9 105:6

**wants**
60:10 104:1 105:8

**warden**
19:16,19 41:22
42:6 44:5,14 45:1,
7,10,15,18 46:5,
18,22,24 47:3,4
95:22 96:1 97:2,3

**warden's**
19:17 95:25 97:2

**wasn't**
14:4 29:7 37:2,3
98:19

**watch**
78:8

**way**
20:19 21:7,11,15,
18 22:11 25:3 26:2
30:13,17 37:5,18,
21 38:13 39:20
45:13 51:17 58:19
65:12 73:19 81:22
83:24 86:5 87:20
93:10 95:13 97:10
98:12 99:10

101:24 102:8
104:15,17,18

**we**
5:3 6:2,21 7:14,25
11:25 17:23 20:3,6
21:10,11,15,18,22
22:5,7,10,11,12
28:18 31:25 32:1,
2,3,23 34:21 36:4
39:20 40:12,18
43:17 46:2,10
47:18,19 48:2,4,5,
7 49:1,8 57:5,25
59:15,16,18,20,21,
22,24 60:8,18
61:11,12,13,16,17,
18,19 62:1,2,3,4,5
63:9,11,15,17,19,
21,22,23 65:14
69:24,25 70:1,2,4,
5,9,11 71:25 74:5,
17 76:10 82:10
83:13,16 84:16,22,
23 87:7,17 90:13
95:11 98:1 101:24
102:2 106:4

**we'll**
12:1 17:22 22:13
49:15 106:18

**we're**
5:6 6:13 7:10
21:23 28:15 32:25
44:8 46:11,16
49:16,20 52:21
71:11 82:15,17,22
107:12

**we've**
24:7 59:25 60:8
82:4

**Webbins**
12:13 23:10

**website**
12:13

**week**
30:6

**welcome**
84:8

**went**
46:7,10 61:22
72:22,24 86:18
88:12 89:2 103:1

**were**
13:14,21 14:16
15:15 16:8,13,14
23:11 24:8 25:22
29:12 30:10 31:17
37:14 44:11 46:3,
25 47:9 48:2,4,5,7
50:14 51:1 59:16
61:17 62:8 63:14,
23 70:12,16,24
73:20 74:8 75:16,
19,24 77:11 80:5
86:3,17 91:4
93:13,14 105:3

**weren't**
22:15 75:14

**what**
7:1 9:7,9,16 10:8
11:5 12:22,24
13:16,21 14:8
16:11,12 17:7,9,12
20:13,14 22:16
25:12,16,19 26:18
27:11,17,20 28:12,
13 29:9,15 32:8,9
33:7,8,14,21,25
34:2,6 36:15 37:5
38:16 39:8 40:5,22
41:3,24 42:4,7,15
43:4,6,22 44:1
45:5 46:23 47:2
48:5,6,20 49:3,4
51:1,19 52:6,14,25
53:18,20,25 54:23
55:3,13,15,25
56:17 59:6,21



65:22 69:7,10,18,
19,22,24 71:6
73:1,4,9,19 74:24
75:9 76:11 77:8,
14,16 78:25 80:24
81:8,12,15,16,18,
22,23 83:5 84:9,10
85:5,6,11,21,25
86:20 88:17,18
92:22 93:4 94:11,
15,17,19 96:13,22
100:7 101:11,14
105:6,16 106:3,5

**what's**
54:22 69:13 102:3

**whatever**
8:1 19:13 39:12
42:2,5 73:20 87:2,
19

**Whatsapp**
11:10

**whatsoever**
22:18 23:17

**when**
17:9 20:16 22:1
29:12 38:11,15
40:13,14 43:24,25
44:11 46:6,8,20,24
47:2 49:4 50:18,19
59:2 60:9 64:22
66:7,11 68:2,3
69:1 70:6,23 71:17
76:8 79:2 88:8
102:22 103:19

**whenever**
22:9,20 25:6 27:1,
5 38:5 39:11 40:1
43:5,9 44:20 45:21
51:23 62:19 66:4
75:10 89:15 97:14,
22 99:23

**where**
8:25 14:20 25:4

26:20 28:1,2 37:21
38:1 44:13 49:4
51:20 55:19,25
59:19 62:8 64:7
66:2,3 71:14,21
74:22,23 75:6,13,
19 90:16 97:20
98:12 102:16,17,
20 103:6

**wherever**
61:8

**whether**
23:1,18 31:5 38:9
44:24 50:22 60:1
61:8 81:3 86:11
87:1 105:3

**which**
17:13 19:12 28:1
35:4 36:2,8 37:24
38:4 45:14 51:16,
19 53:17,24 54:9
59:6,11 60:19
62:20 64:23 68:10,
17 81:7 85:24 90:2
92:25 93:1,3 98:7
103:1

**while**
28:7 99:7

**who**
17:16 21:11 28:8
32:19 33:15 34:12,
22 35:12 36:10
42:11 43:24 48:11,
13 50:14,16,17
56:12,23 57:11
58:13 70:6,17,24
71:24 76:17 77:22,
25 78:2 98:8 99:13

**who's**
31:4 56:22 68:23
72:7

**whoever**
28:20 29:14 31:4

78:4,5 98:3

**whoever's**
98:7

**whole**
68:8

**whose**
19:18,21 23:10
52:6

**why**
27:7 36:13 49:8
58:22 69:16 81:3
82:10 101:23
102:25 105:11

**wide**
55:5

**will**
7:22 8:13 22:12
52:22 60:25 61:1,2
65:13 77:22,23
97:19 98:11
105:24 106:7

**Wilson**
5:7,22 10:25 12:5,
10 22:16 24:2
31:9,12 37:9,16
47:12 50:7,10
53:12 79:6,11
87:23,24 88:11
89:1 90:7,22 95:17

**window**
55:6,8,13

**wing**
32:8 51:13 52:5,9,
10,11,12,15,18
53:6,13,18,19,20,
21,24 54:2,3,5
56:19 57:9,10
66:15 74:7 75:17

**wings**
51:11,16,17 52:1
54:10 56:9 97:16

**with**
5:12 7:6 9:13 11:2,
6,13 12:10 15:1
17:9 21:6 22:16,
18,24 23:1,11,17,
19 24:24 28:22,23
29:7 30:17 34:8
35:5 37:6 39:6,9,
12,17 40:2 42:23,
25 43:2,5,23 44:6,
14,19 45:17 46:1
47:7,9 48:1,25
49:9 50:8 53:14
59:8 61:3,4,13
64:9,18 66:5 69:1,
10 70:10 71:1,16
72:2,13 73:4
74:10,15 77:3,10
78:6,24 80:20
83:25 84:22 87:12
88:2,15 89:7 90:21
91:2,8,9,22 92:2
93:2 94:3,5,8,12,
21,24 95:2 96:15,
16 97:3,19

**with--**
54:4

**within**
26:6 74:18

**without**
57:18 98:13 101:4

**witness**
6:6 42:2 49:9,13
85:3 91:15 106:16
107:16

**witnessed**
85:1

**Wonderful**
105:24 107:1

**wondering**
86:11

**wood**



Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

98:1

**wooden**
39:2,6

**words**
67:7 79:22

**work**
12:21 14:9 29:21
41:5 43:1 47:18,19
68:9 88:3 102:13,
16,17,18,19 103:6

**worked**
15:19 30:24 35:7,
14 36:25 46:1
48:11,13,21 49:4

**workers**
20:3

**working**
8:22 13:14 15:15
16:14 35:13 36:3
46:25 50:14,17,23
51:5 102:20

**workings**
67:4

**works**
104:2

**would**
7:25 8:8 14:8 15:6
17:20 20:1,2,3,5,6
21:15,18 22:6,11
24:12,15 25:4,12,
16,19,21,23,24,25
26:1,3,7,8,9,10,13,
17 27:19,25 28:1,
2,4,24,25 29:1,15,
20,23,24 30:3,6,7,
8,20 31:3,21,25
32:1,2,8,13,14,21
33:1,7,8,9,10,15
35:4 36:5,12,23,
24,25 37:5,17
38:13 39:6,15,17,
22 40:2,7,14

41:19,23,25 42:3,
4,5,11,12,17,18
43:7,20,24,25
44:2,5 45:5,14,15
47:25 52:5,24
53:1,17,20,24
54:2,3 56:12,22,24
58:3 59:7,9,10,13,
15,18,21,22,24
60:16 61:11,12,13,
14,16,17,18,19,20,
21,24 62:1,2,3,4,5,
6,11 63:7,11,12,
15,17,19,21,22,24
65:1,3,5,11,15,16,
19 66:5,6,12 67:20
68:14,15,18,19,20
69:1,7,10,15,16,
21,22,24,25 70:2,
4,5,9,12,14,16,17,
18 71:17,18,24
72:1,3,8 73:6,17,
21,24 74:1,6,9,12,
13,17 75:22,24
76:11,15,17,20,23
77:2,5,25 78:1,2,5
81:4,18 83:2,8,11,
12,13,16,17,20,21,
24 84:1,9,10,14,
16,17,23 85:2,7,
10,13,14,17,18,20,
24 86:2,5,6,9,22,
23,24,25 87:2,4,22
88:14 89:2,3,6,9,
17 90:6,8,16
95:11,12,14,15
99:25 100:11,15,
16,22 101:18
105:9,11,12,17,25
106:25 107:1

**wouldn't**
26:5 32:6 43:22
58:20 73:18 74:5
85:9

**write**
42:2 83:2,14
84:13,16 85:2,7
100:8

**writes**
77:12 105:7

**writing**
37:23 82:7

**written**
18:9 83:18,21
91:23 100:10,23

**wrote**
37:16 47:12

---

**Y**

**yard**
89:16

**yeah**
5:20 14:7 45:25
49:12 53:4 54:5
60:16 66:10 67:23
87:16 96:14
100:20 102:10

**Years**
48:24

**yell**
57:10

**yelling**
57:5,7,9

**yes**
6:12,16 7:13,20,23
8:4,15 9:17,25
10:7,13 11:1,4,20
12:6,15 13:4,7,10,
13,15 14:15 15:11,
17 16:1,4,7,10,15
17:3,5 18:3,5
24:18 29:18 33:6
34:18,23 35:1,20,
22 39:8 40:9 45:19

46:19 47:1 51:10
52:3,4 54:1,14
57:9,14 58:12 59:1
60:23 62:15 63:2
65:21 66:8,17,21
68:12,22 70:19
71:20 72:4,6 73:8,
23 75:18,23 76:1,
4,25 78:9,12 79:4
80:10,13,16 83:4
85:24 88:6 90:5
92:6,11 96:8,20
101:12 102:21
103:11 105:18

**yet**
106:21

**you**
5:16,19 6:10,14,
15,18,20,21,22,23,
24 7:1,3,6,10,12,
15,16,18,21,22,24
8:1,2,3,5,12,13,16,
17,19 9:3,7,10,12,
13,19,23 10:1,4,9,
14,17,22 11:2,5,
13,16,17,18,19,24
12:2,4,8,9,10,12,
14,16,19,20 13:1,
3,6,8,12,14,21,23,
25 14:3,5,13,16
15:10,14,18,19,25
16:3,8,11,13,14,
18,24 17:2,4,9,11,
16,25 18:2,4,6,7,8,
10,14,16,18 19:1,
6,10,16 20:4,5,6,9,
14,16 21:1,3,6,25
22:15,22,23 23:1,
4,7,9,10,11,14,18,
21,24 24:3,8
25:11,17 26:12,13,
15,17,19,21,22,24
27:1,2,3,16,17,18,
23 28:8,10 29:12,
15 30:18 31:8,9,

Bernard D. Wilson vs Lieutenant Ingram
Ingram, Benny on 11/21/2024

12,15,22 32:11,12
33:15 34:7,12,16,
22 35:4,9,19,25
36:2,8,9,16 37:8,
11,14,15,23,25
38:12 40:19,22,24,
25 41:2,25 42:8,9,
15,19 43:1,3,19,22
44:7,11,12,14,15,
20,22,24,25 45:1,
3,17,20 46:12,17,
21,24 47:7,9,11,
23,24,25 48:10,15,
16 49:5,6,9,23
50:4,7,10,13,16,22
51:1,8 52:8,25
53:5,8,25 55:1,3,
12,19 56:2,5,8,9,
19 57:4,6,7,9,22
58:3,5,22 59:9,10
60:12,14,16,21
61:7 62:6,8,12,19,
22 63:3,4,7,10
64:7,8,12,13,20,24
65:1,2,3,6,25
66:12,13 67:1,5,6,
12,15,20 68:3,4
69:5,12,15,17
70:11,12,21,23
71:8,12,23 72:11,
25 73:1,3,18,21
74:6,15,17,20,21,
25 75:2,9,12,13
76:11,14 77:17,18
78:14 79:2,3,5,8,
11,14,15,18,20,25
80:4,8,12,14,17,
20,25 81:3,8,12,
15,17,22 82:6
83:1,2,8,17 84:4,7,
13,14,17,21,22,25
85:1,2,4,7,13,24
86:2,3,5,11,13,18,
22 87:10,11,17,20
88:2,5,12,24 89:8,
18 90:6,20,21

91:1,6,13,14,21,22
92:2,3,5,8,9,20,22
94:3,5,8,11,12,21,
24 95:2,9,16,24
96:13,18,22,25
97:9,11,20 98:17
99:13,16 100:3,6,
7,11 101:5,11,13,
23,25 102:9,13,16,
17,19,22,23,25
103:9,13 104:13,
25 105:1,3,4,20,25
106:3,9,10,14,15
107:11

**you'll**
27:16 106:8

**you're**
8:1,22 9:16 10:12
11:18 15:1 17:10
20:21 21:24 22:1,2
25:11 30:12 33:6
34:2 37:3 39:5
42:19 43:9,16
44:7,8,20 47:17
48:16 51:19 53:14
54:18,20 59:15
60:13 62:23 63:4,7
67:15 68:11 74:11
77:15 84:8 85:21
90:20 95:24 102:8,
11,20 105:16
106:4

**you've**
8:2 13:18 22:22
24:18

**your**
7:1,6,11,16 8:8
9:18,22 12:7,14
13:8 14:12,24
15:10,23,25 16:16,
21,22 17:2 18:2
22:16 23:2 29:23
32:12 34:22 37:6
41:5 44:21 47:2,5,

25 49:24 50:14
55:19 61:15 62:6
67:22 70:8,21
75:12 90:22 91:2
93:11,20 95:20
97:6 98:18,19 99:4
100:17 104:20,23

**yours**
44:24

**yourself**
42:9 101:6

**Youth**
31:22

---

## Z

**zone**
81:8

**Zoom**
5:24 6:2,13

