Exhibit L

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:23-cv-00253-TKW-MJF


BERNARD D. WILSON,

      Plaintiff,

vs.

LIEUTENANT INGRAM, et al,

      Defendants.
_____/




DEPOSITION OF JOSHUA CAUSEY

TAKEN ON BEHALF OF THE PLAINTIFF

NOVEMBER 21, 2024
10:15 A.M. TO 11:43 A.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
SYMPHONI JOHNSON,CER,CDR COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                           Page 2

```
 1                    APPEARANCES OF COUNSEL

 2    ON BEHALF OF THE PLAINTIFF:

 3         JOSHUA MOROSS TARJAN, ESQUIRE
           THE TARJAN LAW FIRM P.A.
 4         12372 SOUTH WEST 82ND AVENUE
           PINECREST, FLORIDA 33156-5223
 5         (305)423-8747
           josh@tarjanlawfirm.com
 6         (REMOTELY VIA ZOOM)

 7    ON BEHALF OF THE DEFENDANT:

 8         ERIK D. KVERNE, ESQUIRE
           FLORIDA OFFICE OF THE ATTORNEY GENERAL
 9         PL-01 THE CAPITOL
           TALLAHASSEE, FLORIDA  32399-4120
10         (850)717-3300
           erik.kverne@myfloridalegal.com
11         (REMOTELY VIA ZOOM)

12         JAMES V. COOK, ESQUIRE
           LAW OFFICE OF JAMES COOK
13         314 WEST JEFFERSON STREET
           TALLAHASSEE, FLORIDA  32301
14         (850)222-8080
           cookjv@gmail.com
15         (REMOTELY VIA ZOOM)

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024          Page 3

```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  JOSHUA CAUSEY
                                                PAGE
 3   DIRECT EXAMINATION
          BY JOSHUA MOROSS TARJAN, ESQUIRE         6
 4
     CROSS EXAMINATION
 5        BY ERIK D. KVERNE, ESQUIRE              50

 6   RE-DIRECT EXAMINATION
          BY JOSHUA MOROSS TARJAN, ESQUIRE        58
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 4

1                        INDEX OF EXHIBITS

2    EXHIBIT              DESCRIPTION              PAGE

3    (NO EXHIBITS MARKED)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 5

```
1                    DEPOSITION OF JOSHUA CAUSEY

2                         NOVEMBER 22, 2024

3   Thereupon:

4                          JOSHUA CAUSEY

5   was called as a witness, and after having been first

6   duly sworn, testified as follows:

7           THE COURT REPORTER:  Today's date is November

8       22nd, 2024.  The time is now 10:15 a.m.

9           We're here now for the deposition of

10      Mr. Joshua Causey. This is in the matter of Bernard

11      D. Wilson v. Lieutenant Ingram.  The Case Number

12      for this is 5:23-cv-253-TKW-MJF.

13          This is a case that's under the United States

14      District Court, Northern District of Florida,

15      Panama City Division.

16          The Court Reporter is Symphoni Johnson with

17      Universal Court Reporting.

18          This is a Zoom deposition.

19          Counsels, if you would just introduce yourself

20      for this record?

21          MR. KVERNE:  Mr. Tarjan, you're muted.

22          MR. TARJAN:  Thank you.  This is Joshua Tarjan

23      for the Plaintiff, Mr. Wilson.

24          MR. KVERNE:  Okay.  My name's Erik Kverne, I

25      work with the Office Attorney General and I
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024　　　　　　　Page 6

```
 1          represent, Mr. Causey.

 2                    DIRECT EXAMINATION

 3   BY MR. TARJAN:

 4       Q    Mr. Causey good morning.  Have you ever given

 5   a deposition before?

 6       A    No, sir.

 7       Q    All right.  Can you hear me all right?

 8       A    Yes.

 9       Q    Okay.  You're a little -- it's hard, -- a

10   little bit hard for me to hear you.

11       A    I don't entirely know where the mic is at on

12   this laptop.  I've never done a zoom --

13          MR. KVERNE:  We hear now good.  We can hear

14       you good now.

15          MR. TARJAN:  Now, you sound fine.  Yeah.

16          MR. KVERNE:  Yeah.  Whatever you just did. You

17       sound much better.

18          THE WITNESS:  I shifted the computer to the

19       left.

20          MR. TARJAN:  Perfect.

21   BY MR. TARJAN:

22       Q    So, you've never given a deposition before, I

23   think you said.  Is that correct?

24       A    Correct.  Yes, sir.

25       Q    All right.  Your attorneys may have gone over
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                          Page 7

```
 1    this with you some, you know, basic guidelines for the
 2    deposition.  I'm going to ask that you give verbal
 3    responses to any questions that are asked.
 4          If you shake your head or nod your head, the
 5    Court Reporter who is writing everything down cannot
 6    record those types of gestures.  Do you understand?
 7    A    Yes.
 8    Q    Okay.  And I'm going to ask that we not talk
 9    over each other.  I'll ask a question.  I'll wait for --
10    you'll wait for me to finish my question and vice versa.
11          You respond, I'll wait for you to finish.
12    Otherwise, it gets very messy.  The Court Reporter can't
13    do her job properly, okay?
14    A    Yes, sir.
15    Q    Now, if you need a break at any point, just
16    feel free to ask.  The only thing that I would ask is
17    that if you are in the middle of answering the question,
18    you first finish answering the question.
19          I'm sorry.  Yeah.  If you finish answering the
20    question, please finish that or if I've asked a question
21    that you respond to the question before you take a
22    break.  Is that understood?
23    A    Yes, sir.
24    Q    As you sit here today, are you under the
25    influence of any alcohol, drugs, or medication?
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 8

1        A    No, sir.

2        Q    Is there anything that would impair your

3    ability to understand and answer my questions today, for

4    example, a head cold, or physical pain of some sort?

5        A    I've got a slight sinus issue, but not --

6    that's not going to affect answering questions or

7    anything.

8        Q    Okay.  Is that going to cause -- are you

9    fatigued or distressed in any way by the sinus

10   infection?

11       A    No, sir.

12       Q    Okay.  So, you're saying it won't affect your

13   ability to participate in this deposition today?

14       A    Correct.

15       Q    Okay.  Now, if you don't understand a

16   question, will you promise to ask me to rephrase the

17   question, restate the question?  Yes or no?

18       A    Yes.

19       Q    Okay.  Perfect.  We're obviously doing this by

20   zoom electronically. Sometimes, we have technical

21   issues, so if you don't understand a question because

22   of -- or anything because of a, you know, a glitch,

23   electronic glitch of some sort, will you just, you know,

24   let us know so we can, you know, work on that?

25       A    Yes, sir.


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 9

1      Q    All right.  Now, if you answer a question, I'm

2   going to assume that you understood the question. Is

3   that fair?

4      A    Yes, sir.

5      Q    All right.  I ask everybody this question,

6   have you ever been convicted of any crimes?

7      A    No, sir.

8      Q    It looks like you currently work for Florida

9   Department of Corrections.  Is that correct?

10      A    Yes, sir.

11      Q    What is your current rank?

12      A    Correction Officer.

13      Q    Okay.  And where are you located?

14      A    The facility?

15      Q    Yes.

16      A    Malone, Florida.

17      Q    Is that Jackson?

18      A    Yes, sir.

19      Q    Okay.  Now, prior to this deposition, did you

20   review any documents or video or audio in preparation?

21      A    They -- my Attorney, he sent few documents --

22      Q    And by the way, I'm going to -- I'm not going

23   to ask you to reveal any communications between you and

24   your Attorney, that's protected.  But just -- I just

25   want to know what you personally reviewed in



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                                    Page 10

1    preparation?

2        A    Oh, I haven't reviewed anything other than the

3    documents I was served at the beginning of all this.

4        Q    Okay.  So, you -- so did -- you received a

5    summons for this case with a copy of the complaint?

6        A    Yes, sir.

7        Q    All right.  So, is it fair to say that you

8    haven't in preparation today -- for today's deposition

9    reviewed any documents?

10       A    No, sir.

11       Q    All right.  In preparation for today's

12   deposition, have you spoken to anyone other than your

13   Attorney or your Attorney's assistants?

14       A    No, sir.

15       Q    Now, are you aware that there are other

16   Defendants in this case?

17       A    I'm aware of them, but I haven't talked to any

18   of them.

19       Q    Okay.  And those defendants are Jonathan

20   Granger, Danielle Jones, and Sergeant Benny Ingram.  Are

21   you aware of them as being Defendants?

22       A    Yes, sir.

23       Q    Okay.  And you're -- do you know that Step'Han

24   Stoudemire was a Defendant but is no longer a Defendant?

25       A    Yes, sir.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1        Q    Okay.  Do you understand that this lawsuit

2   involves an incident at Jackson CI, H Dorm on November

3   8th, 2022, involving Plaintiff Bernard Wilson?

4        A    Yes, sir.

5        Q    Now, if I during this deposition, refer to a

6   date such as November 4th or November 8th, or November

7   13th, which are dates referred to in the complaint 2022,

8   will you understand that I'm referring to events

9   occurring in 2022, even if I don't mention the year

10  2022?

11       A    Yes, sir.

12       Q    I am going to show you some items, share my

13  screen.  All right.  Do you see on your screen a

14  document summons in a civil action?

15       A    Yes.

16       Q    Is this the summons that you received?  I'll

17  show it from the top.  Scrolling down.  Does that look

18  like what you received?

19       A    Yes.

20       Q    Okay.  I'm going to -- this matter involves,

21  as we discu -- as I mentioned before, November 4th,

22  November 8th, and November 13th, 2022, I just want to

23  take some time just to establish what shifts you might

24  have worked.

25            Do you remember, what -- did you -- do you



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 12

1    remember working or not on November 4th?  And I'm going

2    to sh -- I'm going to go through the roster with you,

3    but off the top of your head, do you remember?

4        A    No, sir.  I -- that time I was off on, -- I

5    was off Thursdays and Fridays, so I say Friday there I

6    was off.

7        Q    Right.  And I was going to show you that --

8    I'm going to do a search for your name here, actually.

9    All right.  So, this is Friday, November 4th, second

10   shift.  And it looks like you were off on November 4th.

11   Is that correct?

12       A    Correct.

13       Q    Okay.  I'm going to move on now to, this is

14   Tuesday, November 8th, 2022, second shift.  Do you see

15   that on your screen?

16       A    Yes, sir.

17       Q    I'm just going to scroll down and do you see

18   your name highlighted on the screen?

19       A    Yes, sir.

20       Q    And it shows that Dorm H does that mean you

21   were an officer assigned to Dorm H that day?

22       A    Yes, sir.

23       Q    And do you know what GS by the way, means?

24       A    No, sir.

25       Q    Okay.  And I'm going to scroll up to the top


UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 13

1   so you can see start time and end time up here.  Do you

2   see that?

3        A    Yes, sir.

4        Q    I'm going to scroll back down to your row and

5   you see 07:00 a.m. to 03:30 p.m.?

6        A    Yes, sir.

7        Q    Is that the sh-- is that the time of the shift

8   that you worked on November 8th?

9        A    Yes, sir.

10       Q    All right.  Now, it also says "Camera 1." What

11  does that mean?

12       A    That mean when emergency traffic call is

13  called, or any sort of handheld camera operations are

14  necessary.  I'm the first one to respond with the

15  camera.

16       Q    So, if there were like a use of force, you

17  would be the person doing the handheld camera?

18       A    Yes, sir.

19       Q    Okay.  So, it's fair to say that you worked --

20  you were working on November 8th, 2022, second shift?

21       A    Yes, sir.

22       Q    All right.  I'm just going to now go to

23  November 13th.  And by the way, this is still November

24  8th, showing that you were under an emergency response

25  team section, that you were Camera 1.  Do you see that?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                           Page 14

```
 1          A     Yes, sir.

 2          Q     All right.  Now, here we are, Sunday, November

 3   13, second shift.  Do you see that?

 4          A     Yes, sir.

 5          Q     All right.  And this is showing Sergeant Dorm

 6   H, Causey.  Do you see that?

 7          A     Yes, sir.

 8          Q     Were you ranked as a sergeant at that time?

 9          A     No, sir.

10          Q     Why are you -- do you know why you were listed

11   as a sergeant?

12          A     No, sir.  I don't make -- I don't know how the

13   captains make their rosters.

14          Q     Okay.  And so it shows that you were in Dorm

15   H, between 07:00 a.m. and 03:30 p.m. that you were

16   assigned there second shift.  Is that correct?

17          A     Yes, sir.

18          Q     Do you re -- do you believe that you were

19   working second shift on November 13, 2022?

20          A     Yes, sir.

21          Q     All right.  I'm now going to show you a

22   picture of inmate Bernard Wilson downloaded from the

23   Florida Department of Corrections website.  Do you see

24   this individual on your screen?

25          A     Yes, sir.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    Q    Do you recognize this individual?

2    A    No, sir.

3    Q    I'm going to show you another inmate, picture

4    of an inmate also downloaded from the FDC website. This

5    is Webins Viellard Do you recognize this inmate?

6    A    No, sir.

7    Q    All right.  I'm going to stop my share for a

8    moment here.  All right.  Now, when I used the word

9    fam -- whether you were familiar with Bernard Wilson.

10   Do you recall him in any way?

11   A    No, sir.

12   Q    And I used the word familiar with Webins

13   Viellard the word familiar.  Do you recall Mr. Viellard

14   in any way?

15   A    No, sir.

16   Q    Do you now just to -- I just want to clear,

17   did you ever have any -- do you know of any incidents

18   involving Mr. Wilson prior to receiving the complaint?

19   A    No, sir.

20   Q    Did you -- do you know prior to receiving the

21   complaint whether Mr. Wilson was involved in any gangs?

22   A    No, sir.

23   Q    Do you know prior to the complaint whether --

24   what his sexual orientation may have been?

25   A    No, sir.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 16

1      Q    And as you sit here today, do you know of any

2    reputation for Mr. Wilson?

3      A    No, sir.

4      Q    I'm going to ask pretty much the same

5    questions regarding Mr. Viellard and all these questions

6    are regard -- prior to receiving the complaint, did --

7    were you aware of any incidents involving Mr. Viellard?

8      A    No, sir.

9      Q    Were you aware of any gang involvement by

10   Mr. Viellard?

11     A    No, sir.

12     Q    What about Mr. Viellard's sexual orientation,

13   any knowledge of that?

14     A    No, sir.

15     Q    And do you have any knowledge of his

16   reputation?

17     A    No, sir.

18     Q    All right.  Let's go -- you okay.  Are you

19   aware that -- well, I'm going to ask a question if you

20   can just answer it.  Are you aware that Mr. Viellard

21   made a pre-allegation against Mr. Wilson on November

22   4th?

23     A    No, sir.

24     Q    All right.  Now, did you work between after

25   November 4th, between, like at any date between November



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 17

1    4th and November 8th -- obviously excluding November

2    4th?

3         A    I don't understand.

4         Q    So, we established that you were off on

5    November 4th.  Do you remember whether you worked

6    November 5th?

7         A    I do not remember.  No, sir.

8         Q    Okay.  Do you know if you worked November 6th?

9         A    I do not remember.

10        Q    Okay.  And what about November 7th, do you

11   remember?

12        A    I do not remember.

13        Q    Okay.  Did you -- let's jump to actually

14   November 8th.  Okay.  We established that you were

15   working at Jackson that day, correct?

16        A    Yes, sir.

17        Q    And you were working in H Dorm?

18        A    Yes, sir.

19        Q    What was your assignment?

20        A    I do not remember.

21        Q    Okay.  What -- around that time, what type of

22   assignments were you doing, generally speaking?

23        A    When I was at work?

24        Q    Yes.

25        A    Generally, I was in the hotel.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 18

1        Q     Generally, what?

2        A     Generally, I was in hotel, the confinement

3    unit.

4        Q     Okay.  And what does that entail for you

5    working in H Dorm?

6        A     Being assigned to one of the wings, via H 1,

7    2, or 3.

8        Q     Okay.  And what do you -- what does that --

9    what does it mean to be assigned?  What do you -- what

10   are your duties during a regular assignment?

11       A     To make my regular rounds on the wing, feed

12   the wing, the food carts.  Collect the food carts.

13       Q     You do food carts with orderlies?

14       A     Yes, sir.

15       Q     Okay.  Anything else you do?

16       A     Not that I can recall.

17       Q     Okay.  Do you -- back on November 8th, do you

18   remember any sort of fight taking place?

19       A     No, sir.

20       Q     I understand that you, you know, you don't

21   recall Mr. Wilson, Mr. Viellard, but I'm just going to

22   ask the question anyway.  Do you remember escorting Mr.

23   Wilson to a cell with Mr. Viellard?

24       A     No, sir.

25       Q     Okay.  Now, when you -- when -- let's talk



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 19

 1    about the procedure for placing an inmate in a cell, in

 2    H Dorm.  Now, that's a confinement unit, correct?

 3        A    Yes, sir.

 4        Q    And are the cells -- that's not an open bay

 5    facility, correct?

 6        A    What do you mean?  Like Jackson has a facility

 7    or --

 8        Q    It's not -- well, no, H Dorm are -- let me ask

 9    another -- let me ask the question another way. Are all

10    the cells in H Dorm two person cells?

11        A    No, sir.

12        Q    What other types of cells are there?

13        A    There are SHOS, cells, and we have a handful

14    of single cells.

15        Q    What was the first type of cell you mentioned?

16        A    SHOS.

17        Q    Showers?

18        A    SHOS, S-H-O-S, Self Harm Observation Status.

19        Q    And do those cells have their own like cell

20    numbers?

21        A    Yes, sir.

22        Q    Do you know what those cell numbers are in H

23    Dorm off the top of your head?

24        A    No, sir.

25        Q    Okay.  Are those cell -- are those SHOS cells



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                                Page 20

1    on the first tier or the second tier?

2        A    They're on the bottom tier.

3        Q    Okay.  And are they in all three wings?

4        A    No, sir.

5        Q    Which wing would those be in?

6        A    Wing 2.

7        Q    Okay.  So, they're -- the SHOS cells are only

8    in Wing 2?

9        A    Yes, sir.

10       Q    And how many SHOS cells are there?

11       A    I do not know.

12       Q    Now, when an inmate is placed to be housed in

13   a cell with another inmate, can you talk me through the

14   protocol for --

15       A    Yes.

16       Q    -- escorting and putting the inmate in the

17   cell?

18       A    Yes, sir.  We have the inmate who's currently

19   in the cell turn forward, turn around, submit seal,

20   application of hand restraints, double lock the hand

21   restraints.

22            We then have him step to the window prior to

23   rolling -- opening the door and placing the inmate into

24   the cell, securing the door, and removing hand

25   restraints one at a time with a second officer present.


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                          Page 21

1      Q    So, the -- is the -- let me -- let's walk

2   through that.  So, how many officers are required to do

3   the movement?

4      A    To open the cell doors?  Two.

5      Q    Two.  Okay.  And is the inmate -- how is the

6   inmate who's being moved into the cell cuffed?

7      A    Behind his back and double locked.

8      Q    Okay.  What does that mean double locked?

9      A    So, that it -- once it's placed onto the

10  inmate, it's double locked so that it does not lock down

11  tighter to ensure that it doesn't tighten down onto the

12  wrist and cut off blood circulation.

13     Q    And does the inmate in H Dorm being --

14  incoming inmate would he have leg shackles?

15     A    No, sir.  Not if he is -- leg shackles only

16  used for CM inmates.

17     Q    Okay.  Are any CM inmates housed in H Dorm?

18     A    Yes, sir.

19     Q    Okay.  So, if an inmate is classified as CM,

20  they would have leg shackles, but if they're not

21  classified as CM, no, leg shackles?

22     A    Correct.

23     Q    If they were CM, where would the leg shackles

24  be removed?

25     A    They'd be removed -- they would be placed on



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    and removed cell front.

2        Q    Like outside the cell?

3        A    Before the cell doors opened.  Yes, sir.

4        Q    Okay.  Now, how does the cell door get opened,

5    by radio?  Does the officer do it himself, how does that

6    work?

7        A    By radio.

8        Q    Okay.  So, the officer -- one of the officers

9    would radio where?

10       A    The -- control -- the H Dorm's control room.

11       Q    Okay.  And the control room -- what does the

12   control room then do?

13       A    They hear the radio and the cell will be

14   called and they push the button to open the cell.

15       Q    And does the officer at the cell door have to

16   then push the cell door or does it automatic open?

17       A    We have to push it open.

18       Q    Okay.  Are these cell doors easy to open or

19   difficult to open?

20       A    It varies from cell door to cell door.

21       Q    How so?

22       A    Some of them have rust on it or some sort of

23   slight maintenance issue, so some of them we have to

24   push a little harder to get it open fully.  Others just

25   slide open easily.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 23

1       Q    Okay.  And with a door that, like the most

2   difficult door you might have, how long would it take to

3   push that door open?

4       A    10 seconds, roughly, I --

5       Q    What was the last thing you said?  You said 10

6   seconds?

7       A    Yes, sir.  It -- I don't really necessarily

8   recall --

9       Q    Approximately.

10      A    -- I didn't have any -- approximately.

11      Q    Okay.  And on average, how long does it take

12  to open a door?

13      A    A second, two.

14      Q    Okay.  Now, once the -- before the door is

15  open, is the inmate inside the cell required to cuff up?

16      A    Yes, sir.

17      Q    And how does that happen?

18      A    There's a cuffing portal that we open.  We

19  instruct the inmate to come forward, turn around, and we

20  apply the hand restraints with his hands behind his

21  back, double locking the hand restraints, and then we

22  have him step to the back window.

23      Q    Okay.  And the -- once the inmate goes to the

24  back are-- the back of the cell, or you said back

25  window, what do you mean?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 24

```
1        A     The back of the cell has a window on the wall.

2        Q     Okay.

3        A     But it's one of the same back of the cell, the

4   window, it's one of the same.

5        Q     So, once that inmate moves to the back of the

6   cell, then what happens next?  That's when the door is

7   opened?

8        A     Yes, sir.

9        Q     Okay.  And then does the incoming inmate at

10  that point go into the cell?

11       A     Yes, sir.

12       Q     And what happens next?

13       A     The cell door is secured shut and the inmate

14  that we just placed into the cell places his hands

15  outside through the cuffing portal for the handcuffs to

16  be removed.

17       Q     Now, when you close the door, do you slide the

18  door closed?

19       A     Yes, sir.

20       Q     And then do you radio to the officer station

21  to lock it?

22       A     It automatically locks once it's closed.

23       Q     Okay.  And what about inmate property, would

24  an inmate carry his own property?

25       A     Yes, sir.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      Q     How do they carry it, behind their back?

2      A     Yes, sir.

3      Q     Okay.  And what -- how do -- what does the

4   inmate carry their property in like a bag or do they

5   just hold the property itself?  How does that work?

6      A     It's -- they carry within their pillowcases.

7      Q     Okay.  The -- is there -- well, let's talk

8   specifically, are you familiar with cell H2201?

9      A     No, sir.

10     Q     How -- do these cells have like a lockbox, and

11  I'm talking about Dorm H.  Do they have like a cuffing

12  like shoebox type object over the cell door for cuffing,

13  or how is that accessed?

14     A     I don't understand the question.

15     Q     Well, what -- when the inmate puts their hands

16  through the door, is there -- what type of -- how does

17  that work?  Is there a trap, like a trap door, like a

18  swinging door for them to put their hands through like a

19  slot?

20     A     Yes, sir.

21     Q     Okay.  And is there a larger container over

22  the slot?

23     A     Over some of the cell doors, not all of them.

24     Q     Okay.  For the ones that have a container over

25  the cell door, can you describe that?



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 26

1      A    It's a gray box that has a slap that you open

2  up and a slide that goes up and down.

3      Q    Okay.  So, are you basically like putting your

4  hands, -- when you're un-cuffing, are you putting your

5  hands down into the box to access the inmate's wrists?

6      A    Yes, sir.

7      Q    Okay.  Are -- do a lot of the cells in Dorm H

8  have those boxes or are -- I guess, are they common in

9  Dorm H?

10      A    No, sir.

11      Q    Are they used for very specific types of

12  cells?

13      A    Yes, sir.

14      Q    Which types of cells?

15      A    Inmates that are under heightened security

16  that are known for staff assaults.

17      Q    Okay.  Do you know whether cell H2201 had such

18  a box?

19      A    No, sir.  It does not have a box.

20      Q    Okay.  Is there any exception for moving an

21  inmate into a cell where you would not cuff up the

22  inmate in the cell first?

23      A    We always handcuff both inmates.

24      Q    Okay.  And is that like a written protocol?

25      A    Yes, sir.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                     Page 27

1          Q     And do you know where that protocol would be

2    found?

3          A     No, sir.

4          Q     Is it like a memo that was sent out to staff

5    or is that training materials?  How would you have that

6    knowledge?

7          A     It's within our post orders.  That's where

8    it's at.

9          Q     Okay.  And post orders are, where are they

10   located?

11         A     They're in the officer station.

12         Q     Okay.  How frequently -- going back to

13   November 2022, how frequently would you go into the

14   officer station?

15         A     Whenever I needed the bathroom.

16         Q     Okay.  Would you look at the post orders every

17   day?

18         A     No, sir.

19         Q     When would you review post orders?

20         A     Once a quarter.

21         Q     Okay.  I'm going to show you -- I'm going to

22   go back to sharing my screen with you.  Do you see on

23   your screen an internal movement sheet?

24         A     I do not.

25         Q     Okay.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 28

1      A    I do not.

2      Q    Now, this is for inmate Wilson Bernard, do you

3  see that?

4      A    Yes, sir.

5      Q    Okay.  And the date at the top here is

6  7/23/2024.  Do you see that?

7      A    Yes, sir.

8      Q    All right.  Now, have you ever seen one of

9  these internal movement documents before?

10     A    Not in that -- not at that time, with my new

11 possession and property, yes, sir.

12     Q    Okay.  So, do you know how to read these --

13 this document?

14     A    Yes, sir.

15     Q    All right.  Let's just -- now it starts at the

16 top here, 11/23/2022.  Okay.  And then it moves down

17 till we get to 10/11/2022.  Do you see that?

18     A    Yes, sir.

19     Q    Okay.  And there's a time 14:11, you see that?

20     A    Yes, sir.

21     Q    Okay.  And then there's a bed, H1219L.  Do you

22 see that?

23     A    Yes, sir.

24     Q    Does that mean that the inmate is being moved

25 to that bed?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 29

1    A    Yes, sir.

2    Q    Okay.  What does the MS stand -- so, at the

3  top here it says MS, and then there's a column.  And

4  then going back to 10/11/2022, there's a DC.  Do you

5  know what that stands for?

6    A    No, sir.

7    Q    There's a DF to the right of that.  Do you

8  know what that stands for?

9    A    No, sir.

10    Q    Okay.  There's a TD.  Any knowledge of what

11  that stands for?

12    A    No, sir.

13    Q    All right.  There's a TM03.  What does that

14  stand for if you know?

15    A    I do not know.

16    Q    Okay.  There's an AM19 here.  Do you know what

17  that stands for?

18    A    No, sir.

19    Q    And then there's an S06.  Do you know what

20  that stands for?

21    A    No, sir.

22    Q    All right.  Up at the top it says SP/job.  Do

23  you know what that stands for?

24    A    No, sir.

25    Q    All right.  So, it appears that on November



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                        Page 30

1    11, 2022, Mr. Wilson was moved at 02:11 p.m. to cell

2    H1219L.  Is that correct?

3         A    Yes, sir.

4         Q    All right.  Moving on to the two -- we have

5    now next going up one row 11/08/2022.  Do you see that?

6         A    Yes, sir.

7         Q    And it shows that at 13:47 is the time, do you

8    see that?

9         A    Yes, sir.

10        Q    And it shows bed H1208L.  Do you see that?

11        A    Yes, sir.

12        Q    So, would that mean that at approximately

13   01:47 p.m. on November 8th, Mr. Wilson was moved to cell

14   H1208L?

15        A    Yes, sir.

16        Q    All right.  And the last one is 11/9/2022. Do

17   you see 12:31?

18        A    Yes, sir.

19        Q    And it shows that he was moved to cell G4108L.

20   Is that correct?

21        A    Yes, sir.

22        Q    And actually the last one I'm going to show

23   you, 11/13/2022, shows that at 17:30 he was moved to

24   cell H1104U.  Is that correct?

25        A    Yes, sir.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1      Q     All right.  Now, I want to just talk about

2   movement regarding around 11/08/2022.  If -- Mr. Wilson

3   claims that he was placed in on November 8th in cell

4   H2201 that he was moved from H1219 to H2201, but that

5   obviously doesn't appear on this sheet.  Is there any

6   reason why a cell would not appear on a sheet like this?

7      A     I do not know, sir.

8      Q     Okay.  It -- when an inmate moves to a cell,

9   how do you -- how is that documented on the unit?

10     A     You talking like paperwork wise?

11     Q     Yeah, paperwork-wise.

12     A     That would be documented on his cell

13  inspection sheet, and the 229.

14     Q     What is the 229?

15     A     That's the daily log of -- for the inmates.

16     Q     Okay.  If you had an inmate placed in a

17  confinement cell temporarily, would that be logged?

18     A     I do not recall, sir.

19     Q     Okay.  Well, do you recall what type of

20  movements you were required to log?

21     A     The -- us placing an inmate into a cell.

22     Q     Okay.  So, anytime you place an inmate into

23  any cell, you're required to log that?

24     A     On the cell inspection.

25     Q     What about on the 229?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 32

1      A    Yes, sir.

2      Q    Okay.  So --

3      A    The document that we moved him to that cell.

4      Q    All right.  And the 229 -- excuse me, that's

5  the daily record of special housing?

6      A    Yes, sir.

7      Q    All right.  So, just to be clear, anytime you

8  move an inmate to any cell whether it's a one of these

9  special cells that would require you to document that on

10  a cell inspection sheet and the 229?

11      A    What do you mean by a special cell?

12      Q    I'm sorry, I'll tell you, I'm just going to

13  stop my share for a second.  Oh, the -- I don't know how

14  you say it. The SHOS cells special housing S-H-O-S

15  cells.

16      A    Okay.

17      Q    How do you say that?

18      A    SHOS.

19      Q    SHOS.  Thank you.  So, when an inmate is

20  moved, for example, to a SHOS cell, would that be

21  documented on section sheet?

22      A    Yes, sir.

23      Q    And would that be documented on the 229 sheet?

24      A    Yes, sir.

25      Q    And when an inmate is moved into like a cell



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1    with another inmate, like a two person cell, would that

2    be documented on the cell inspection sheet?

3        A    Yes, sir.

4        Q    And would that be documented on the 229 sheet?

5        A    Yes, sir.

6        Q    By the way, when an inmate is placed in a cell

7    with another inmate, it does -- do any of the officers

8    first carry out any type of inspection?

9        A    In what manner.

10       Q    Of the cell that's the inmate is going into?

11       A    Yes, sir.

12       Q    Okay.  When does that inspection take place,

13   like right before the inmate has moved in or could it be

14   hours before?  How does that work?

15       A    As we are placing the inmate in.

16       Q    Okay.  And what does the extent of that

17   inspection, is that like a go through all the mattresses

18   type of inspection, or is that just like, look in the

19   cell type of inspection?

20       A    It's ensuring that the cell is a functional

21   cell.

22       Q    What does that mean?

23       A    If running water, functioning toilet, he's got

24   mat, pillow.

25       Q    Okay.  How do you -- do you test the water?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1      A    Test water in what manner?

2      Q    **Like turn on the water, see if the water's**

3  **running?**

4      A    Sometimes.

5      Q    **Okay.  Why would you -- when would you test**

6  **the water by turning it on versus not?**

7      A    If there's no inmate in the cell, just to

8  ensure that it's working and that we have hadn't forgot

9  to put it under maintenance or something.

10     Q    **Okay.  So, if there's another inmate in the**

11 **cell, would you ever test the water to see if it's**

12 **running?**

13     A    No, sir.  Because the inmates are only in

14 cells that are functional.

15     Q    **Okay.**

16     A    So, if there's an inmate in that cell, the

17 inmate would've been removed.

18     Q    **So, let's just talk specifically about when**

19 **you're moving an inmate into a cell with another inmate.**

20 **Take me through the inspection process please.**

21     A    So, we've got both inmates handcuffed and

22 double locked.  We roll the door, we look to make sure

23 that the walls are good, they're -- we make sure that --

24 we look to make sure that the bunks are there, the

25 toilet sink, and that the light fixture isn't broken.



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      Q    Do you do that by going inside the cell or

2   does the officer remain outside the remain -- I'm sorry.

3   Would that be done by going inside the cell or would the

4   officer remain outside the cell?

5      A    Remain outside the cell.

6      Q    Okay.  And there are windows on these cells in

7   H Dorm?

8      A    Yes, sir.

9      Q    Is the inspection always done with the door

10  open?

11     A    Yes, sir.

12     Q    Okay.  Now, do you -- going back to Mr. Wilson

13  from that day, do you remember whether Mr. Wilson and I

14  understand that, you said that you don't, you know, you

15  didn't recall Mr. Wilson, but sometimes going through

16  these depositions, memories are jogged. Do you remember

17  whether inmate Wilson had any injuries on November 8th?

18     A    No, sir.

19     Q    Okay.  Do you know whether inmate Viellard had

20  any injuries on November 8th?

21     A    No, sir.

22     Q    All right.  I'm going to share my screen once

23  again.  All right.  I'm going -- well first of all, I'm

24  going to show you that we have received records

25  regarding Mr. Wilson, have -- there's a diagram of


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    injury for him for an occurrence on 11/08/2022.  Do you

2    see this diagram of injury here?

3         A    Yes, sir.

4         Q    And do you see time of occurrence

5    approximately 1400?

6         A    Yes, sir.

7         Q    And do you see time injury assessed by

8    medical?

9         A    Yes, sir.

10        Q    1440?

11        A    Yes, sir.

12        Q    Do you see -- All right.  I'm going to scroll

13   down and -- now I'm -- actually, I'm going to go -- I'm

14   going to the top of the document.  Do you see where it

15   says "Bernard D Wilson"?

16        A    Yes, sir.

17        Q    Okay.  And this is the same -- this is on the

18   same page of the diagram of injury, right?

19        A    Yes, sir.

20        Q    All right.  I'm going to scroll back down

21   again.  Now, do you see staff's signature?

22        A    Yes, sir.

23        Q    And can you make out, Everett RN?

24        A    Yes, sir.

25        Q    All right.  Are you familiar with a nurse



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 37

```
1    Everett?

2         A    I know of her.

3         Q    Okay.  Oh, what do you know of her?

4         A    That she was a nurse at Jackson Correctional.

5         Q    Okay. Now I'm going to show you -- I'm showing

6    you now the H-housing unit, unit log for 11/8/2022.  Do

7    you see that?

8         A    Yes, sir.

9         Q    All right.  And by the way, the nurse Everett,

10   is that Kaylee Everett?

11        A    I do not know, sir.

12        Q    Okay.

13        A    I don't know.  I don't know her first name.

14        Q    Okay.  Can you describe Ms. Everett?  Is she

15   Caucasian, African American, do you know?

16        A    White, blonde.

17        Q    Okay.  Approximately, how old would she have

18   been back in 2022, do you know?

19        A    I do not know.

20        Q    Okay.  Heavyset, slim?

21        A    I don't recall.

22        Q    Now -- okay.  So, this is the housing unit

23   log, and can you see this okay?

24        A    Yes, sir.

25        Q    All right.  I'm going to scroll down.  Now, do
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 38

1   you see there's a row here at -- it says 01:38, Med-

2   Pass Nurse Everett/OFC Causey.  Do you see that?

3        A    Yes, sir.

4        Q    All right.  Does that -- would that mean

5   01:38, what is the 01:38?

6        A    That'd be 01:38 p.m. --

7        Q    That would be -- p.m.  Okay.  And how do you

8   understand this line, it obviously contains Nurse

9   Everett's name and your name?

10       A    That would be when she was making her rounds

11  in hotel, passing out meds, and I was the one escorting

12  her.

13       Q    Okay.  Do you remember Everett escorting

14  anyone to medical that day?

15       A    I do not recall.

16       Q    All right.  I'm just going to scroll down a

17  little further.  Do you see -- oh, actually, by the way,

18  at 01:38, there's a BR initial here on the right. Do you

19  know whose initial that is?

20       A    No, sir.

21       Q    I'm scrolling down now.  Housing Sergeant

22  Signature.  Do you see that?  Sergeant, Ingram?

23       A    Yes, sir.

24       Q    What -- does that suggest to you that Sergeant

25  Ingram was working that day?



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 39

```
 1        A    Yes, sir.

 2        Q    All right.  Are you -- so, you're familiar

 3   obviously with Sergeant Ingram, correct?

 4        A    Yes, sir.

 5        Q    All right.  And do you remember escorting

 6   anyone with Sergeant Ingram that day?

 7        A    No, sir.

 8        Q    Do you remember escorting anyone with Mr.

 9   Granger that day?

10        A    No, sir.

11        Q    All right.  Do you remember any interactions

12   with Oliver Backup that day?

13        A    I thought -- I'm sorry, the audio cut out.

14   Could you repeat that?

15        Q    Are you familiar with Lieutenant Oliver?

16        A    Yes, sir.

17        Q    Do you remember any interactions with

18   Lieutenant Oliver that day?

19        A    No, sir.

20        Q    Have you -- one second.  As of November --

21   well, when did you start with the department?

22        A    I don't remember.

23        Q    Okay.  And prior to November 2020 -- prior to

24   November 2022, how long had you worked in H Dorm?

25        A    I do not remember.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    Q    Well, do you remember whether it was a short

2    amount of time or a long amount of time?

3    A    No, sir.

4    Q    When you began working at Jackson, where did

5    you start out working?

6    A    Dorm wise or shift wise?

7    Q    Dorm wise?

8    A    I do not remember.

9    Q    Did you ever work in any other dorms besides H

10   Dorm?

11   A    Yes, sir.

12   Q    Okay.  What other dorms did you work in?

13   A    The captains had me between GF and the open

14   Bay's.

15   Q    Okay.  And do you remember how long you did --

16   you worked in those Bay's or you worked in those

17   units -- well, did you work in those units prior to

18   being transferred to H Dorm?

19   A    I do not remember.

20   Q    Okay.  Well, do you remember whether you

21   worked in H Dorm for less than or more than a year?

22   A    I do not remember.

23   Q    Have you ever heard Sergeant Ingram ever say

24   words to the effect "If a duck could hook a truck, you

25   better hook that motherfucker up."?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1        A    No, sir.
 2        Q    Okay.  Have you ever heard Sergeant Ingram
 3   ever call anybody a snitch?
 4        A    No, sir.
 5        Q    Have you ever heard Mr. Granger tell anyone
 6   they were a snitch?
 7        A    No, sir.
 8        Q    Have you ever heard Granger refer to any
 9   snitch?
10        A    No, sir.
11        Q    Have you ever heard Granger refer to anyone as
12   a writ writer?
13        A    No, sir.
14        Q    You ever heard Ingram refer to anyone as a
15   writ writer?
16        A    No, sir.
17        Q    You ever heard Ingram refer to anyone as a
18   rat?
19        A    I'm sorry, the audio cut out again.
20        Q    Have you ever heard Ingram refer to anyone as
21   a rat?
22        A    No, sir.
23        Q    Ever heard Granger refer to anyone as a rat?
24        A    No, sir.
25        Q    All right.  Are you familiar with Danielle
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1  Jones?

2      A    I know of her.

3      Q    Okay.  Have you ever worked any shifts with

4  her?

5      A    Not that I can -- well, she's on second shift

6  now, so recently I've been on shifts with her, but never

7  worked with her.

8      Q    Have you ever heard her refer to anyone as a

9  snitch?

10     A    No, sir.

11     Q    Have you ever heard her refer to anyone as a

12 rat?

13     A    No, sir.

14     Q    You ever heard her refer to anyone as a writ

15 writer?

16     A    No, sir.

17     Q    Are you familiar with Sergeant Garvin?

18     A    No, sir.

19     Q    All right.  Going back to November 8th, 2022,

20 had you heard -- just before, no -- within days within

21 the week -- actually, let me be clear.  Between --

22 anytime between November 4th and November 8th, 2022, did

23 you ever hear about any inmate making a pre- allegation?

24     A    No, sir.

25     Q    Now, did -- now Mr. Viellard stated that he


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    and Mr. Wilson were in a fight together on November 4th.

2    Did you ever hear anything about such a fight?

3        A    No, sir.

4        Q    One second.  Have you ever heard of any

5    officer at Jackson refer to an inmate as a nigger?

6        A    No, sir.

7        Q    And just to be clear, any officer at any time

8    at Jackson CI, you're saying that you have never heard

9    an officer use the word nigger?

10       A    No, sir.

11       Q    At -- during your time at Jackson CI, have you

12   ever heard any officer refer to an inmate as a snitch?

13       A    No, sir.

14       Q    During your time at Jackson CI, have you ever

15   heard any officer referred to an inmate as a rat?

16       A    No, sir.

17       Q    During your time at Jackson CI, have you ever

18   heard an inmate -- I'm sorry.  During your entire time

19   at Jackson CI, have you ever heard any officer refer to

20   an inmate as a writ writer?

21       A    No, sir.

22       Q    And do you understand when I use the word

23   officer, I'm referring to any officer whether that

24   person is a white shirt, a Lieutenant, a Captain, a

25   Corrections Officer, a Sergeant? Do you understand that?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A    Yes, sir.

2      Q    And are your answers the same regarding what I

3   just asked you about the term -- the nigger, snitch,

4   rat, writ writer?

5      A    Yes, sir.

6      Q    One second.  Now, there was a around

7   November -- prior to November 2022, an Assistant Warden

8   at Calhoun named Jerry Shuler.  Does the name Jerry

9   Shuler ring a bell with you?

10     A    Faintly.

11     Q    Okay.  What do you know about Jerry Shuler?

12     A    I do not know anything about him.

13     Q    Okay.  You ever spoken with Jerry Shuler?

14     A    Not that I can recall.

15     Q    Okay.  Do you know whether Jerry Shuler has

16   any family members who also work in FTC?

17     A    I do not know.

18     Q    Let's just talk about November 13th.

19   Mr. Wilson alleges that -- well, that Danielle Jones,

20   that she searched his cell and took him to -- do you

21   know anything about that incident?

22     A    About what incident?

23     Q    Her -- do you know anything about Tisha Hurst

24   or her having got any interactions with Mr. Wilson?

25     A    No, sir.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 45

1      Q    Do you know anything about her searching a
2  cell on November 13th that Mr. Wilson was in?
3      A    No, sir.
4      Q    Do you know anything about her escorting
5  Mr. Wilson to confinement unit?
6      A    No, sir.
7      Q    Do you know anything about her escorting
8  Mr. Wilson anywhere on November 13th?
9      A    No, sir.
10      Q    Okay.  Do officers at Jackson CI ever discuss
11  with one another grievances that inmates have made?
12      A    No, sir.
13      Q    And again, when I meant say, officers, I'm
14  talking about Captains, Lieutenants, Sergeants, anyone
15  of any rank, is that -- do you still say answer the
16  same?
17      A    Yes, sir.
18      Q    Have you yourself ever discussed a grievance
19  with another officer?
20      A    With my current position, having to answer
21  some here and there with my Sergeant and sometimes the
22  Lieutenant or Captain, just to get clarification on the
23  situation, but that's the extent of it -- but it is just
24  simply to gather more information to be able to answer
25  it accurately.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 46

1      Q    Okay.  And have you ever had an inmate make a

2   complaint against you in a grievance, whether informal

3   or formal?

4      A    No.  That -- not that I recall.

5      Q    Has any officer, has any -- of your -- has any

6   supervisor of yours ever discussed with you any

7   allegations made against you by an inmate in a

8   grievance, informal or formal?

9      A    Not that I recall.

10          MR. TARJAN:  All right.  Let's take a five-

11       minute break.

12          THE COURT REPORTER:  We're now off record at

13       11:12 a.m.

14          (Thereupon, a short discussion was held off

15          record.)

16          (Deposition resumed.)

17          THE COURT REPORTER:  We're now back on record

18       11:17 a.m.

19   BY MR. TARJAN:

20      Q    Mr. Causey, I just want to talk to you about

21   the cell windows in H Dorm.  Can you describe -- well,

22   are all the cell windows the same or do they vary in

23   that dorm?

24      A    They're all the same.

25      Q    And can you describe them?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1        A     You want the window that's on the wall or the
 2    window on the door?
 3        Q     Window on the door?
 4        A     It's just a narrow and tall window that is
 5    clear and able to be seen through.
 6        Q     And how tall is it, would you say?
 7        A     I do not know.
 8        Q     Well, approximately, would you say it's taller
 9    than a foot?
10        A     Yes, sir.
11        Q     More than two feet?
12        A     Approximately, I'd say somewhere between two
13    to three.
14        Q     Two to three feet tall?
15        A     Approximately.
16        Q     And how -- approximately, how wide is the
17    window?
18        A     Roughly, five inches, between four to five
19    inches.
20        Q     Okay.  And where is the window located on --
21    that's a window located on the door?
22        A     Yes, sir.
23        Q     And where on the door is it located?
24        A     I don't understand.
25        Q     Is the window above the waist level or below
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                          Page 48

```
1    waist level?

2         A    Yes.  Above waist level.

3         Q    Okay.  And is the window closer to the opening

4    part of the door?  What -- let me rephrase that?

5              So, the door has a slides shut and where the

6    part where it makes contact with the wall where it's,

7    where it's shut is the window closer to that part of the

8    door, or is it closer to the other side of the door?

9         A    I do not know.

10        Q    But when you push open the -- when you push --

11   you said that someone radios to unlock the door, then

12   the door gets pushed open, you push it open with your

13   hands?

14        A    Yes, sir.

15        Q    And --

16        A    You slide it open.

17        Q    You slide it open.  And you're putting your

18   hand to slide it open what on the edge of the door?

19        A    On the door handle.

20        Q    On the door handle.  Okay.  Where is the door

21   handle?

22        A    On the door.

23        Q    Is it waist level?

24        A    Right -- just above.

25        Q    Just above waist level.  Does it run across
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 49

```
 1   the entire door, the width of the door?

 2        A    No, sir.

 3        Q    So, is it -- when you're sliding open the

 4   door, is it closer to the -- that handle?  Is it closer

 5   to the -- where the door the opening is?

 6        A    Yes, sir.

 7        Q    Okay.  And the window, is the window above the

 8   handle?

 9        A    I don't remember.

10        Q    Okay.  And what is the window made of?

11        A    I do not know.

12        Q    Do you have any idea whether it's plexiglass

13   or glass?

14        A    No, sir.

15        Q    I'm sorry?

16        A    I do not know.

17        Q    And is it tinted in any way?

18        A    No, sir.

19        Q    Can you see clearly into a cell?

20        A    Yes, sir.

21        Q    Through that window?

22        A    Yes, sir.

23        Q    And during second shift, are the lights on in

24   the cell?

25        A    Yes, sir.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 50

1        Q     All right.   And can you see every part of the

2    cell when you're standing outside with the door closed,

3    looking through the window?

4        A     The only part that we cannot see is directly

5    underneath the bunk against the wall.

6        Q     Okay.   But the rest of the cell you can see

7    clearly?

8        A     Yes, sir.

9              MR. TARJAN:   All right.   I have no further

10        questions.

11             MR. KVERNE:   Okay.   Thank you.   Causey, I do

12        have a couple of questions for you.

13                       CROSS EXAMINATION

14   BY MR. KVERNE:

15       Q     First, I want to go over a document that Mr.

16   Tarjan had briefly shown you.   It's the housing log from

17   the 8th.   So, I'm going to share my screen real quick.

18   I've got a couple of questions related to it. Can you

19   see my screen?

20       A     Yes, sir.

21       Q     Okay.   And this is the H unit, housing log for

22   the 8th, correct?

23       A     Yes, sir.

24       Q     November 8th, 2022.   Okay.   And the times on

25   the left, I think you already talked about these. These



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 51

1    are at least the 10:00 a.m. ones and the 11:00 a.m. ones

2    are a.m. and then the rest are all p.m.  Is that

3    correct?

4        A    Yes, sir.

5        Q    Okay.  One thing that I wanted to do because

6    he talked with you about this right here, these two

7    things right here, where it says a 01:30 and 01:38,

8    that's 01:30 p.m. and 01:38 p.m.  Right?

9        A    Yes, sir.

10       Q    Okay.  The one -- the thing that I was

11   concerned about is, whose signature is this.  Do you

12   know?

13       A    I -- reading up further up on the log at

14   07:55.  It says Officer Rigsby relieves Officer Golding.

15   So, that would be --

16       Q    Okay.  I'm sorry.  Here?

17       A    Yes, sir.

18       Q    Officer Rigsby.  Okay.  So, you think that

19   that's the BR signatures on the right here are Officer

20   Rigsby?

21       A    Yes, sir.

22       Q    Do you know who Officer Rigsby is?  Have you

23   ever dealt with that person before?

24       A    I know of her.

25       Q    It's a female officer?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    A    I believe so, yes.

2    Q    Do you know what her first name is by any

3    chance?

4    A    No, sir.

5    Q    Okay.  But so it's your understanding that the

6    BR here is Officer Rigsby, right?

7    A    Yes, sir.

8    Q    Okay.  One other thing that I want to talk

9    with you about is just further down on the log.  We're

10   now getting into H Dorm.  It's the same date, right?

11         And it's H unit -- H-housing unit.  And these

12   times here, at least further down, are 03:30 p.m. --

13   starting at 03:30 p.m. it looks like, right?

14   A    Yes, sir.

15   Q    Okay.  And no, it goes to 04:00, etc.  When

16   does second shift end?

17   A    At 03:30.

18   Q    And third shift starts when?

19   A    03:30.

20   Q    Okay.  So, that's the change of them.  And the

21   initials here, these are all DJ, right?  Do you know who

22   DJ is?

23   A    No, sir.

24   Q    Okay.  Could that be Danielle Jones?

25   A    Possibly.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1        Q    Okay.  There's a signature here at the bottom.

2   It says "D Jones CO."  Do you know what that's Danielle

3   Jones' signature.

4        A    I do not know her signature.

5        Q    Okay.  But you agree that it looks like, at

6   least on these housing documents for starting third

7   shift, DJ is the person, is the one that's signing for

8   all of this stuff, right?

9        A    Yes, sir.

10       Q    Okay.  All right.  There's that -- you've

11  stated a lot of times today that you don't remember a

12  lot of specifics about like, transports and other things

13  specifically for that day.  Why is that?

14       A    It was two years ago.  There's been a lot of

15  other inmates I've had to interact with and position

16  changed.  I don't remember.

17       Q    Okay.  You said your position changed?

18       A    Yes, sir.  I went from second shift.  I went

19  from second shift.  I'm now on admin shift as the

20  property officer.

21       Q    Okay.  So, the property officer at Jackson

22  now?

23       A    Yes, sir.

24       Q    When did you change positions for that?  Do

25  you remember?


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 54

1      A    I do not remember.  It was within this year.

2      Q    Okay.  Do you remember the month by any

3  chance?

4      A    No, sir.

5      Q    No?

6      A    No.

7      Q    Okay.  How many -- when you were working in

8  confinement, just estimate for me how many escorts and

9  stuff did you do on a regular basis?

10     A    It varied from day to day.  And with how --

11 depending upon how many moves were on that movement

12 sheet that came down towards the afternoon, how many

13 inmates got placed within confinement during the day,

14 the amount of callouts we have during the day for

15 medical classification, dental, whatever else, it varied

16 from day to day.

17     Q    Okay.  And do you remember every single

18 transport you've ever done?

19     A    No, sir.

20     Q    Every single cell placement you've ever done?

21     A    No, sir.

22     Q    Okay.  One moment.  All right.  I am going to

23 show you one additional document.  I don't think Mr.

24 Tarjan went over this with you today, but is a document,

25 it's the incident report that you provided me yesterday,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 55

1    Mr. Tarjan --

2         A    That's fine.

3         Q    -- that was created Captain Obert.  All right.

4    I'm going to share my screen real quick.  Okay. Mr.

5    Causey, have you ever seen -- did -- have you ever seen

6    this incident report or anything?

7         A    No, sir.

8         Q    Okay.  Now, the incident report appears to be

9    of, been created on November 4th, 2022, right?

10        A    Yes, sir.

11        Q    And it appears it was created by James Obert.

12   He was a captain at the institution, right?

13        A    I don't remember if he was a captain at the

14   time or not.

15        Q    Okay.  But he did work at the institution?

16        A    Yes, sir.

17        Q    And was -- is your recollection that he was

18   a -- he was not a regular floor officer, he was

19   Lieutenant and above, or --

20        A    Yes, sir.  When I first came to Jackson, he

21   was a Lieutenant.  I don't remember when he got promoted

22   to a captain.

23        Q    Okay.  One thing is -- and I just want to

24   bring your attention to this, because we was in

25   discussion yesterday with the Witness, there's -- this



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    portion of this now it says, this is a statement from

2    the major, it looks like the majors may have signed

3    this.  Does that appear to be correct?

4        A    That says the -- to the left there it says

5    Colonel, so that'd be Colonels--

6        Q    Okay.  You think that that might be the

7    Colonel's signature there?

8        A    I do not know his signature.

9        Q    Okay.  But here it describes that there was an

10   attempted pre-allegation and that there were minor

11   injuries noted.

12           And it says, "Do not house inmates together.

13   And the two inmates it appears to be referencing are

14   Bernard D. Wilson," right?

15       A    Yes, sir.

16       Q    Okay.  And then you see where it says CC and

17   then it has a list of names, right?  It says AWP

18   Hancock, Mary CL -- is it CLS, Mary Peterson, all

19   captains, Sergeant Danielle.  Sergeant Garvin.  You see

20   that?

21           MR. KVERNE:  Causey, I think he may have

22       frozen.

23           THE COURT REPORTER:  Off record at 01:29 a.m.

24           (Thereupon, a short discussion was held off

25           record.)



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1              (Deposition resumed.)

 2              THE COURT REPORTER:  We're back on record at

 3         11:35 a.m.  And just to read back of the last

 4         question was.

 5              "Okay.  And you see where it says CC and has a

 6         list of names, Sergeant Garvin, Ms. Peterson, ICT,

 7         and Ms. Hancock Pria.  Do you see that?" That was

 8         the last question before you dropped off,

 9         Mr. Causey?

10              THE WITNESS:  Yep.  I did not hear that

11         question.

12    BY MR. KVERNE:

13         Q    Just so the record's clear, is your name on

14    this document as being CCed?

15         A    No, sir.

16         Q    Okay.  And I think earlier you had indicated

17    you'd never seen this document before, right?

18         A    Correct.

19         Q    Okay.  Were you aware of any type of pre-

20    allegation involving Mr. Viellard or Mr. Wilson stemming

21    from November 4th, 2024 -- Or sorry, 2022,-- November 4,

22    2022?

23         A    No, sir.

24         Q    Okay.  Did you ever have any communications

25    with any of the other officers from Ms. Jones,
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 58

```
 1   Mr. Granger Ingram, about any type of pre allegation

 2   involving Mr. Viellard and Mr. Wilson on November 4th,

 3   2022?

 4        A    No, sir.

 5        Q    Okay.  Did you have any conversations with

 6   anyone else about any type of pre allegation between

 7   those two individuals, Mr. Viellard and Mr. Wilson?

 8        A    No, sir.

 9             MR. KVERNE:  Okay.  One moment.  All right. I

10        don't have any further questions, so.

11             MR. TARJAN:  I have a few follow-up questions.

12                    RE-DIRECT EXAMINATION

13   BY MR. TARJAN:

14        Q    Mr. Causey, and I'm not trying to be impolite,

15   so, I asked this not to --

16             FEMALE SPEAKER:  ---Said Did you call attorney

17        General Patten?.

18             MR. KVERNE:  Yeah.  You can tell my paralegal

19        that he's back, so.

20             FEMALE SPEAKER:  Okay.  You're good.

21   BY MR. TARJAN:

22        Q    Mr. Causey, I'm not asking this to embarrass

23   you.  Have you ever had any head injuries?

24        A    No, sir.

25        Q    Do you have any known memory issues?
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 59

```
1        A    No, sir.

2        Q    At any time, since you've been at Jackson CI,

3   are you aware of -- at any point of inmates engaging in

4   combat or fighting in a cell where officers know that

5   the inmates are fighting but fail to intervene?

6        A    No, sir.

7        Q    Mr. Kverne showed you an incident report

8   involving keep separate.  How do you know as an officer

9   in H Dorm whether inmates are to be kept separate?

10       A    We do not.

11       Q    So, if inmates are to be kept separate, nobody

12  tells you that they're to be kept separate?

13       A    Not to my recollection, no, sir.

14       Q    Do you know who's responsible for keeping

15  inmates separate in H Dorm?

16       A    The housing sergeant.

17       Q    And who is that?

18       A    At the time?  I do not recall.

19       Q    And if an inmate was being moved into a cell

20  with another inmate, that inmate says, "I'm not supposed

21  to be housed with that inmate," would you do any type

22  of -- would you do anything at that point?

23       A    Yes, sir.  We would take the inmate away from

24  the cell, place him to the holding cell, call the

25  housing sergeant for clarification.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 60

1      Q    Okay.  And when you put the inmate in the

2  holding cell, would that information go on the in cell

3  inspection sheet?

4      A    No, sir.

5      Q    Would that information go on the 229?

6      A    No, sir.

7      Q    If the inmate was then moved to another cell

8  to be housed though, would that information go on the

9  cell inspection sheet?

10     A    If he is being housed into another cell?  Is

11 that what you're asking?

12     Q    Yeah.

13     A    Yes, sir.

14     Q    One second.

15     A    Is that -- Hey, sorry.

16     Q    If there was a -- if there was an issue -- no,

17 strike that, one second.  Well, if a -- if an inmate was

18 being moved into a cell and said, "I can't be housed

19 with this inmate" would anyone else besides the housing

20 sergeant be notified?

21     A    Yes, sir.  The Dorm Sergeant and Lieutenant.

22     Q    Okay.  Did you ever socialize with Sergeant

23 Ingram?

24     A    What -- in what manner?

25     Q    Outside of work.  Outside of work?


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1        A    No, sir.

 2        Q    Did you ever socialize with Mr. Ingram?

 3        A    No, sir.

 4        Q    Did you ever socialize outside of work with

 5   Mr. Stoudemire?

 6        A    No, sir.

 7        Q    Did you ever socialize out of work with

 8   Danielle Jones?

 9        A    No, sir.

10        Q    And with what -- at work, did you consider

11   yourself to be on good terms with Sergeant Ingram?

12        A    Yes, sir.

13        Q    Would you guys hang out together at work?

14        A    No, sir.  At work or was at work.

15        Q    And at work did -- did you ever socialize with

16   any of the other inmates -- sorry.  Did you ever

17   socialize with any of the other Defendants?

18        A    No, sir.

19        Q    And what about with Mr. Stoudemire, you ever

20   socialize with him?

21        A    No, sir.

22        Q    At work?

23        A    No, sir.

24             MR. TARJAN:  Okay.  I have no further

25        questions.  Read -- Erik, do you want to talk to
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                              Page 62

1      him about reading waiving?

2          MR. KVERNE:  Yeah.  You don't have any further

3      questions?

4          MR. TARJAN:  No.

5          MR. KVERNE:  Okay.  All right.  Mr. Causey,

6      we're going to have you read a copy of the

7      transcript.  Basically, what that means is

8      basically the Court Reporter's creating a copy of

9      the transcript, and we're going to have you make

10     sure that it's accurate as written.

11         Based on what you said here today there

12     will be a sheet called an errata sheet that'll

13     basically be at the end of it after we provide it

14     to you, where you can make changes to, like

15     answers.

16         For example, let's say you said he and the

17     court reporter transcribed, she, you can make

18     changes like that or corrections to spelling and

19     stuff, but you're not going to be able to change

20     the entire substance of answers, otherwise,

21     Mr. Tarjan will come back and ask you some

22     questions about the changes, okay?

23         THE WITNESS:  Yes, sir.

24         THE COURT REPORTER:  And then counsel do you

25     want to order this one too.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 63

 1            MR. KVERNE:  Yes.  I will order it.

 2            THE COURT REPORTER:  Same --

 3            MR. TARJAN:  I'll order electronic copy.  No

 4        rush.

 5            THE COURT REPORTER:  I'll put the same as last

 6        of yesterday.  Okay.  We're off record now at

 7        11:43.

 8            (Deposition concluded at 11:43 a.m.)

 9            (Reading and signing of the deposition by the

10            witness has been reserved.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF PANAMA CITY

4

5         I, SYMPHONI JOHNSON, Court Reporter and Notary

6    Public for the State of Florida, do hereby certify that

7    I was authorized to and did digitally report and

8    transcribe the foregoing proceedings, and that the

9    transcript is a true and complete record of my notes.

10        I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15

16        Witness my hand this 11th day of December 2024.

17        *Symphoni Johnson*

18   _____

19   SYMPHONI JOHNSON,CER,CDR COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA

20

21

22

23

24

25



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1                   CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF PANAMA CITY

 4

 5       I, SYMPHONI JOHNSON, the undersigned authority,

 6   certify that JOSHUA CAUSEY, appeared before me remotely

 7   pursuant to Florida Supreme Court Order AOSC20-23 and

 8   was duly sworn on the 22nd day of November 2024.

 9

10       Witness my hand this 11th day of December 2024.

11

12

13   _____

14   SYMPHONI JOHNSON,CER,CDR COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 481959
15   Commission Exp:  01/17/2028

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   DATE:       DECEMBER 11, 2024
     TO:         JOSHUA CAUSEY
 2   C/O
                 ERIK D. KVERNE, ESQUIRE
 3               FLORIDA OFFICE OF THE ATTORNEY GENERAL
                 PL-01 THE CAPITOL
 4               TALLAHASSEE, FLORIDA  32399-4120

 5   IN RE:    Bernard D. Wilson v. Lieutenant Ingram
     CASE NO:  5:23-cv-00253-TKW-MJF
 6
     Dear MR. Causey,
 7
          Please take notice that on the 22nd day of
 8   November, 2024, you gave your deposition in the above-
     referenced matter.  At that time, you did not waive
 9   signature.  It is now necessary that you sign your
     deposition.  You may do so by contacting your own
10   attorney or the attorney who took your deposition and
     make an appointment to do so at their office.  You may
11   also contact our office at the below number, Monday -
     Friday, 9:00 AM - 5:00 PM, for further information and
12   assistance.
          If you do not read and sign your deposition within
13   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
14   the Clerk of the Court.
          If you wish to waive your signature, sign your name
15   in the blank at the bottom of this letter and promptly
     return it to us.
16
     Very truly yours,
17
     SYMPHONI JOHNSON, Court Reporter
18   Universal Court Reporting
     (954)712-2600
19

20   I do hereby waive my signature.

21

22

23   _____
     Joshua Causey
24   CC: VIA TRANSCRIPT:
                         Joshua Moross Tarjan, Esquire
25                            Erik D. KVERNE, Esquire
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024                    Page 67

```
1    Errata Sheet

2

3    NAME OF CASE: BERNARD D. WILSON vs LIEUTENANT INGRAM

4    DATE OF DEPOSITION: 11/21/2024

5    NAME OF WITNESS: Joshua Causey

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

**-**

**---said**
58:16

**0**

**01:29**
56:23

**01:30**
51:7,8

**01:38**
38:1,5,6,18 51:7,8

**01:47**
30:13

**02:11**
30:1

**03:30**
13:5 14:15 52:12,
13,17,19

**04:00**
52:15

**07:00**
13:5 14:15

**07:55**
51:14

**1**

**1**
13:10,25 18:6

**10**
23:4,5

**10/11/2022**
28:17 29:4

**10:00**
51:1

**10:15**

**5:8**

**11**
30:1

**11/08/2022**
30:5 31:2 36:1

**11/13/2022**
30:23

**11/23/2022**
28:16

**11/8/2022**
37:6

**11/9/2022**
30:16

**11:00**
51:1

**11:12**
46:13

**11:17**
46:18

**11:35**
57:3

**11:43**
63:7,8

**12:31**
30:17

**13**
14:3,19

**13:47**
30:7

**13th**
11:7,22 13:23
44:18 45:2,8

**1400**
36:5

**1440**
36:10

**14:11**
28:19

**17:30**
30:23

**2**

**2**
18:7 20:6,8

**2020**
39:23

**2022**
11:3,7,9,10,22
12:14 13:20 14:19
27:13 30:1 37:18
39:24 42:19,22
44:7 50:24 55:9
57:22 58:3

**2022,--**
57:21

**2024**
5:2,8 57:21

**22**
5:2

**229**
31:13,14,25 32:4,
10,23 33:4 60:5

**22nd**
5:8

**3**

**3**
18:7

**4**

**4**
57:21

**4th**
11:6,21 12:1,9,10
16:22,25 17:1,2,5
42:22 43:1 55:9

**57:21 58:2**

**5**

**5:23-cv-253-tkw-
mjf**
5:12

**5th**
17:6

**6**

**6th**
17:8

**7**

**7/23/2024**
28:6

**7th**
17:10

**8**

**8th**
11:3,6,22 12:14
13:8,20,24 17:1,14
18:17 30:13 31:3
35:17,20 42:19,22
50:17,22,24

**A**

**a.m.**
5:8 13:5 14:15
46:13,18 51:1,2
56:23 57:3 63:8

**ability**
8:3,13

**able**
45:24 47:5 62:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

**about**
16:12 17:10 19:1
24:23 25:11 31:1,
25 34:18 42:23
43:2 44:3,11,12,
18,21,22,23 45:1,
4,7,14 46:20 50:25
51:6,11 52:9 53:12
58:1,6 61:19 62:1,
22

**above**
47:25 48:2,24,25
49:7 55:19

**access**
26:5

**accessed**
25:13

**accurate**
62:10

**accurately**
45:25

**across**
48:25

**action**
11:14

**actually**
12:8 17:13 30:22
36:13 38:17 42:21

**additional**
54:23

**admin**
53:19

**affect**
8:6,12

**African**
37:15

**after**
5:5 16:24 62:13

**afternoon**
54:12

**again**
35:23 36:21 41:19
45:13

**against**
16:21 46:2,7 50:5

**ago**
53:14

**agree**
53:5

**alcohol**
7:25

**all**
6:7,25 9:1,5 10:3,
7,11 11:13 12:9
13:10,22 14:2,5,21
15:7,8 16:5,18,24
19:9 20:3 25:23
28:8,15 29:13,22,
25 30:4,16 31:1
32:4,7 33:17
35:22,23 36:12,20,
25 37:9,25 38:4,16
39:2,5,11 41:25
42:19 46:10,22,24
50:1,9 51:2 52:21
53:8,10 54:22 55:3
56:18 58:9 62:5

**allegation**
42:23 57:20 58:1,6

**allegations**
46:7

**alleges**
44:19

**already**
50:25

**also**
13:10 15:4 44:16

**always**
26:23 35:9

**am**
11:12 54:22

**AM19**
29:16

**American**
37:15

**amount**
40:2 54:14

**another**
15:3 19:9 20:13
33:1,7 34:10,19
45:11,19 59:20
60:7,10

**answer**
8:3 9:1 16:20
45:15,20,24

**answering**
7:17,18,19 8:6

**answers**
44:2 62:15,20

**any**
7:3,15,25 8:9 9:6,
20,23 10:9,17
13:13 15:10,14,17,
21 16:1,7,9,13,15,
25 18:18 21:17
23:10 26:20 29:10
31:5,23 32:8 33:7,
8 35:17,20 39:11,
17 40:9 41:8 42:3,
23 43:4,7,12,15,
19,23 44:16,24
45:15 46:5,6
49:12,17 52:2 54:2
57:19,24,25 58:1,
5,6,10,23,25 59:2,
3,21 61:16,17 62:2

**anybody**
41:3

**anyone**
10:12 38:14 39:6,8
41:5,11,14,17,20,
23 42:8,11,14
45:14 58:6 60:19

**anything**
8:2,7,22 10:2
18:15 43:2 44:12,
21,23 45:1,4,7
55:6 59:22

**anytime**
31:22 32:7 42:22

**anyway**
18:22

**anywhere**
45:8

**appear**
31:5,6 56:3

**appears**
29:25 55:8,11
56:13

**application**
20:20

**apply**
23:20

**approximately**
23:9,10 30:12 36:5
37:17 47:8,12,15,
16

**are--**
23:24

**around**
17:21 20:19 23:19
31:2 44:6

**ask**
7:2,8,9,16 8:16
9:5,23 16:4,19
18:22 19:8,9 62:21

**asked**
7:3,20 44:3 58:15

**asking**
58:22 60:11

**assaults**
26:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

assessed
36:7

assigned
12:21 14:16 18:6,9

assignment
17:19 18:10

assignments
17:22

Assistant
44:7

assistants
10:13

assume
9:2

attempted
56:10

attention
55:24

attorney
5:25 9:21,24 10:13
58:16

Attorney's
10:13

attorneys
6:25

audio
9:20 39:13 41:19

automatic
22:16

automatically
24:22

average
23:11

aware
10:15,17,21 16:7,
9,19,20 57:19 59:3

away
59:23

AWP
56:17

___

**B**

___

back
13:4 18:17 21:7
23:21,22,24 24:1,
3,5 25:1 27:12,22
29:4 35:12 36:20
37:18 42:19 46:17
57:2,3 58:19 62:21

Backup
39:12

bag
25:4

Based
62:11

basic
7:1

basically
26:3 62:7,8,13

basis
54:9

bathroom
27:15

bay
19:4

Bay's
40:14,16

because
8:21,22 34:13 51:5
55:24

bed
28:21,25 30:10

before
6:5,22 7:21 11:21
22:3 23:14 28:9
33:13,14 42:20
51:23 57:8,17

began
40:4

beginning
10:3

behind
21:7 23:20 25:1

believe
14:18 52:1

bell
44:9

below
47:25

Benny
10:20

Bernard
5:10 11:3 14:22
15:9 28:2 36:15
56:14

besides
40:9 60:19

better
6:17 40:25

between
9:23 14:15 16:24,
25 40:13 42:21,22
47:12,18 58:6

bit
6:10

blonde
37:16

blood
21:12

both
26:23 34:21

bottom
20:2 53:1

box
26:1,5,18,19

boxes
26:8

BR
38:18 51:19 52:6

break
7:15,22 46:11

briefly
50:16

bring
55:24

broken
34:25

bunk
50:5

bunks
34:24

button
22:14

___

**C**

___

Calhoun
44:8

call
13:12 41:3 58:16
59:24

called
5:5 13:13 22:14
62:12

callouts
54:14

came
54:12 55:20

camera
13:10,13,15,17,25

can
6:7,13 8:24 13:1
16:20 18:16 20:13
25:25 36:23 37:14,



**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

23 42:5 44:14
46:21,25 49:19
50:1,6,18 58:18
62:14,17

**can't**
7:12 60:18

**cannot**
7:5 50:4

**captain**
43:24 45:22 55:3,
12,13,22

**captains**
14:13 40:13 45:14
56:19

**carry**
24:24 25:1,4,6
33:8

**carts**
18:12,13

**case**
5:11,13 10:5,16

**Caucasian**
37:15

**cause**
8:8

**Causey**
5:1,4,10 6:1,4 14:6
38:2 46:20 50:11
55:5 56:21 57:9
58:14,22 62:5

**CC**
56:16 57:5

**CCED**
57:14

**cell**
18:23 19:1,15,19,
22,25 20:13,17,19,
24 21:4,6 22:1,2,3,
4,13,14,15,16,18,
20 23:15,24 24:1,

3,6,10,13,14 25:8,
12,23,25 26:17,21,
22 30:1,13,19,24
31:3,6,8,12,17,21,
23,24 32:3,8,10,
11,20,25 33:1,2,6,
10,19,20,21 34:7,
11,16,19 35:1,3,4,
5 44:20 45:2
46:21,22 49:19,24
50:2,6 54:20 59:4,
19,24 60:2,7,9,10,
18

**cells**
19:4,10,12,13,14,
19,25 20:7,10
25:10 26:7,12,14
32:9,14,15 34:14
35:6

**chance**
52:3 54:3

**change**
52:20 53:24 62:19

**changed**
53:16,17

**changes**
62:14,18,22

**CI**
11:2 43:8,11,14,
17,19 45:10 59:2

**circulation**
21:12

**City**
5:15

**civil**
11:14

**CL**
56:18

**claims**
31:3

**clarification**
45:22 59:25

**classification**
54:15

**classified**
21:19,21

**clear**
15:16 32:7 42:21
43:7 47:5 57:13

**clearly**
49:19 50:7

**close**
24:17

**closed**
24:18,22 50:2

**closer**
48:3,7,8 49:4

**CLS**
56:18

**CM**
21:16,17,19,21,23

**CO**
53:2

**cold**
8:4

**Collect**
18:12

**Colonel**
56:5

**Colonel's**
56:7

**Colonels--**
56:5

**column**
29:3

**combat**
59:4

**come**
23:19 62:21

**common**
26:8

**communications**
9:23 57:24

**complaint**
10:5 11:7 15:18,
21,23 16:6 46:2

**computer**
6:18

**concerned**
51:11

**concluded**
63:8

**confinement**
18:2 19:2 31:17
45:5 54:8,13

**consider**
61:10

**contact**
48:6

**container**
25:21,24

**contains**
38:8

**control**
22:10,11,12

**conversations**
58:5

**convicted**
9:6

**copy**
10:5 62:6,8 63:3

**correct**
6:23,24 8:14 9:9
12:11,12 14:16
17:15 19:2,5 21:22
30:2,20,24 39:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

50:22 51:3 56:3
57:18

**Correction**
9:12

**Correctional**
37:4

**corrections**
9:9 14:23 43:25
62:18

**could**
33:13 39:14 40:24
52:24

**counsel**
62:24

**Counsels**
5:19

**couple**
50:12,18

**court**
5:7,14,16,17 7:5,
12 46:12,17 56:23
57:2 62:8,17,24
63:2,5

**created**
55:3,9,11

**creating**
62:8

**crimes**
9:6

**CROSS**
50:13

**cuff**
23:15 26:21

**cuffed**
21:6

**cuffing**
23:18 24:15 25:11,
12

**current**
9:11 45:20

**currently**
9:8 20:18

**cut**
21:12 39:13 41:19

---

### D

**daily**
31:15 32:5

**Danielle**
10:20 41:25 44:19
52:24 53:2 56:19
61:8

**date**
5:7 11:6 16:25
28:5 52:10

**dates**
11:7

**day**
12:21 17:15 27:17
35:13 38:14,25
39:6,9,12,18 53:13
54:10,13,14,16

**days**
42:20

**DC**
29:4

**dealt**
51:23

**Defendant**
10:24

**defendants**
10:16,19,21 61:17

**dental**
54:15

**department**
9:9 14:23 39:21

**depending**
54:11

**deposition**
5:1,9,18 6:5,22 7:2
8:13 9:19 10:8,12
11:5 46:16 57:1
63:8,9

**depositions**
35:16

**describe**
25:25 37:14 46:21,
25

**describes**
56:9

**DF**
29:7

**diagram**
35:25 36:2,18

**didn't**
23:10 35:15

**difficult**
22:19 23:2

**DIRECT**
6:2

**directly**
50:4

**discu**
11:21

**discuss**
45:10

**discussed**
45:18 46:6

**discussion**
46:14 55:25 56:24

**distressed**
8:9

**District**
5:14

**Division**
5:15

**DJ**
52:21,22 53:7

**document**
11:14 28:13 32:3,9
36:14 50:15 54:23,
24 57:14,17

**documented**
31:9,12 32:21,23
33:2,4

**documents**
9:20,21 10:3,9
28:9 53:6

**doesn't**
21:11 31:5

**don't**
6:11 8:15,21 11:9
14:12 17:3 18:20
23:7 25:14 32:13
35:14 37:13,21
39:22 47:24 49:9
53:11,16 54:23
55:13,21 58:10
62:2

**done**
6:12 35:3,9 54:18,
20

**door**
20:23,24 22:4,15,
16,20 23:1,2,3,12,
14 24:6,13,17,18
25:12,16,17,18,25
34:22 35:9 47:2,3,
21,23 48:4,5,8,11,
12,18,19,20,22
49:1,4,5 50:2

**doors**
21:4 22:3,18 25:23

**dorm**
11:2 12:20,21


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

14:5,14 17:17 18:5
19:2,8,10,23
21:13,17 25:11
26:7,9 35:7 39:24
40:6,7,10,18,21
46:21,23 52:10
59:9,15 60:21

**Dorm's**
22:10

**dorms**
40:9,12

**double**
20:20 21:7,8,10
23:21 34:22

**down**
7:5 11:17 12:17
13:4 21:10,11
26:2,5 28:16
36:13,20 37:25
38:16,21 52:9,12
54:12

**downloaded**
14:22 15:4

**dropped**
57:8

**drugs**
7:25

**duck**
40:24

**duly**
5:6

**during**
11:5 18:10 43:11,
14,17,18 49:23
54:13,14

**duties**
18:10

## E

**each**
7:9

**earlier**
57:16

**easily**
22:25

**easy**
22:18

**edge**
48:18

**effect**
40:24

**electronic**
8:23 63:3

**electronically**
8:20

**else**
18:15 54:15 58:6
60:19

**embarrass**
58:22

**emergency**
13:12,24

**end**
13:1 52:16 62:13

**engaging**
59:3

**ensure**
21:11 34:8

**ensuring**
33:20

**entail**
18:4

**entire**
43:18 49:1 62:20

**entirely**
6:11

**Erik**
5:24 61:25

**errata**
62:12

**escorting**
18:22 20:16 38:11,
13 39:5,8 45:4,7

**escorts**
54:8

**establish**
11:23

**established**
17:4,14

**estimate**
54:8

**etc**
52:15

**events**
11:8

**Everett**
36:23 37:1,9,10,14
38:13

**Everett's**
38:9

**Everett/ofc**
38:2

**every**
27:16 50:1 54:17,
20

**everybody**
9:5

**everything**
7:5

**EXAMINATION**
6:2 50:13 58:12

**example**

8:4 32:20 62:16

**exception**
26:20

**excluding**
17:1

**excuse**
32:4

**extent**
33:16 45:23

## F

**facility**
9:14 19:5,6

**fail**
59:5

**Faintly**
44:10

**fair**
9:3 10:7 13:19

**fam**
15:9

**familiar**
15:9,12,13 25:8
36:25 39:2,15
41:25 42:17

**family**
44:16

**fatigued**
8:9

**FDC**
15:4

**feed**
18:11

**feel**
7:16

**feet**
47:11,14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

**female**
51:25 58:16,20

**few**
9:21 58:11

**fight**
18:18 43:1,2

**fighting**
59:4,5

**fine**
6:15 55:2

**finish**
7:10,11,18,19,20

**first**
5:5 7:18 13:14
19:15 20:1 26:22
33:8 35:23 37:13
50:15 52:2 55:20

**five**
47:18

**five-**
46:10

**fixture**
34:25

**floor**
55:18

**Florida**
5:14 9:8,16 14:23

**follow-up**
58:11

**follows**
5:6

**food**
18:12,13

**foot**
47:9

**force**
13:16

**forgot**

34:8

**formal**
46:3,8

**forward**
20:19 23:19

**found**
27:2

**four**
47:18

**free**
7:16

**frequently**
27:12,13

**Friday**
12:5,9

**Fridays**
12:5

**from**
11:17 14:22 15:4
22:20 31:4 35:13
50:16 53:18,19
54:10,16 56:1
57:21,25 59:23

**front**
22:1

**frozen**
56:22

**FTC**
44:16

**fully**
22:24

**functional**
33:20 34:14

**functioning**
33:23

**further**
38:17 50:9 51:13
52:9,12 58:10
61:24 62:2

## G

**G4108l**
30:19

**gang**
16:9

**gangs**
15:21

**Garvin**
42:17 56:19 57:6

**gather**
45:24

**General**
5:25 58:17

**generally**
17:22,25 18:1,2

**gestures**
7:6

**get**
22:4,24 28:17
45:22

**gets**
7:12 48:12

**getting**
52:10

**GF**
40:13

**give**
7:2

**given**
6:4,22

**glass**
49:13

**glitch**
8:22,23

**go**
12:2 13:22 16:18
24:10 27:13,22

33:17 36:13 50:15
60:2,5,8

**goes**
23:23 26:2 52:15

**going**
7:2,8 8:6,8 9:2,22
11:12,20 12:1,2,7,
8,13,17,25 13:4,22
14:21 15:3,7 16:4,
19 18:21 27:12,21
29:4 30:5,22 32:12
33:10 35:1,3,12,
15,22,23,24 36:12,
13,14,20 37:5,25
38:16 42:19 50:17
54:22 55:4 62:6,9,
19

**Golding**
51:14

**gone**
6:25

**good**
6:4,13,14 34:23
58:20 61:11

**Granger**
10:20 39:9 41:5,8,
11,23 58:1

**gray**
26:1

**grievance**
45:18 46:2,8

**grievances**
45:11

**GS**
12:23

**guess**
26:8

**guidelines**
7:1

**guys**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

61:13

## H

**H-HOUSING**
37:6 52:11

**H1104u**
30:24

**H1208l**
30:10,14

**H1219**
31:4

**H1219l**
28:21 30:2

**H2201**
25:8 26:17 31:4

**had**
26:17 31:16 35:17,
19 39:24 40:13
42:20 46:1 50:16
53:15 57:16 58:23

**hadn't**
34:8

**Hancock**
56:18 57:7

**hand**
20:20,24 23:20,21
48:18

**handcuff**
26:23

**handcuffed**
34:21

**handcuffs**
24:15

**handful**
19:13

**handheld**
13:13,17

**handle**
48:19,20,21 49:4,8

**hands**
23:20 24:14 25:15,
18 26:4,5 48:13

**hang**
61:13

**happen**
23:17

**happens**
24:6,12

**hard**
6:9,10

**harder**
22:24

**Harm**
19:18

**has**
19:6 24:1 26:1
33:13 44:15 46:5
48:5 56:17 57:5
63:10

**have**
6:4,25 8:20 9:6
10:12 11:24 15:17,
24 16:15 19:13,19
20:18,22 21:14,20
22:15,17,22,23
23:2,10,22 25:10,
11,24 26:8,19 27:5
28:8 30:4 34:8
35:24,25 37:17
39:20 40:23 41:2,
5,8,11,20 42:3,8,
11 43:4,8,11,14,
17,19 45:11,18
46:1 49:12 50:9,12
51:22 54:14 55:5
56:2,21 57:24
58:5,10,11,23,25
61:24 62:2,6,9

**haven't**
10:2,8,17

**having**
5:5 44:24 45:20

**he**
9:21 21:14,15
30:19,23 31:3,4
42:25 51:6 55:12,
13,15,17,18,20,21
56:21 60:10 62:16

**he's**
33:23 58:19

**head**
7:4 8:4 12:3 19:23
58:23

**hear**
6:7,10,13 22:13
42:23 43:2 57:10

**heard**
40:23 41:2,5,8,11,
14,17,20,23 42:8,
11,14,20 43:4,8,
12,15,18,19

**Heavyset**
37:20

**heightened**
26:15

**held**
46:14 56:24

**her**
7:13 37:2,3,13
38:10,12 42:2,4,6,
7,8,11,14 44:23,24
45:1,4,7 51:24
52:2 53:4

**here**
5:9 7:24 12:8 13:1
14:2 15:8 16:1
28:5,16 29:3,16
36:2 38:1,18 45:21
51:6,7,16,19 52:6,

12,21 53:1 56:9
62:11

**Hey**
60:15

**highlighted**
12:18

**him**
15:10 20:22 23:22
32:3 36:1 44:12,20
59:24 61:20 62:1

**himself**
22:5

**his**
15:24 16:15 21:7
23:20 24:14,24
31:12 44:20 56:8

**hold**
25:5

**holding**
59:24 60:2

**hook**
40:24,25

**hotel**
17:25 18:2 38:11

**hours**
33:14

**house**
56:12

**housed**
20:12 21:17 59:21
60:8,10,18

**housing**
32:5,14 37:22
38:21 50:16,21
53:6 59:16,25
60:19

**Hurst**
44:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

## I

**I'D**
47:12

**I'LL**
7:9,11 11:16 32:12
63:3,5

**I'M**
7:2,8,19 9:1,22
10:17 11:8,20
12:1,2,8,13,17,25
13:4,14,22 14:21
15:3,7 16:4,19
18:21 25:11 27:21
30:22 32:12 35:2,
22,23 36:12,13,20
37:5,25 38:16,21
39:13 41:19 43:18,
23 45:13 49:15
50:17 51:16 53:19
55:4 58:14,22
59:20

**I'VE**
6:12 7:20 8:5 42:6
50:18 53:15

**ICT**
57:6

**idea**
49:12

**impair**
8:2

**impolite**
58:14

**in**
5:10 7:17 8:9,13
9:20,25 10:8,11,16
11:7,9,14 14:14
15:10,14,21 17:17,
25 18:2,5 19:1,10,
22 20:3,5,8,12,16,
19 21:13,17 25:4

26:7,8,22 27:11
28:10 31:3,16
33:6,9,13,15,18
34:1,7,10,13,16
35:6 37:18 38:11
39:24 40:9,12,16,
17,21 43:1 44:16
45:2 46:2,7,21,22
49:17,23 54:7
55:24 59:3,4,9,15
60:1,2,24

**inches**
47:18,19

**incident**
11:2 44:21,22
54:25 55:6,8 59:7

**incidents**
15:17 16:7

**incoming**
21:14 24:9

**indicated**
57:16

**individual**
14:24 15:1

**individuals**
58:7

**infection**
8:10

**influence**
7:25

**informal**
46:2,8

**information**
45:24 60:2,5,8

**Ingram**
5:11 10:20 38:22,
25 39:3,6 40:23
41:2,14,17,20 58:1
60:23 61:2,11

**initial**

38:18,19

**initials**
52:21

**injuries**
35:17,20 56:11
58:23

**injury**
36:1,2,7,18

**inmate**
14:22 15:3,4,5
19:1 20:12,13,16,
18,23 21:5,6,10,
13,14,19 23:15,19,
23 24:5,9,13,23,24
25:4,15 26:21,22
28:2,24 31:8,16,
21,22 32:8,19,25
33:1,6,7,10,13,15
34:7,10,16,17,19
35:17,19 42:23
43:5,12,15,18,20
46:1,7 59:19,20,
21,23 60:1,7,17,19

**inmate's**
26:5

**inmates**
21:16,17 26:15,23
31:15 34:13,21
45:11 53:15 54:13
56:12,13 59:3,5,9,
11,15 61:16

**inside**
23:15 35:1,3

**inspection**
31:13,24 32:10
33:2,8,12,17,18,19
34:20 35:9 60:3,9

**institution**
55:12,15

**instruct**
23:19

**interact**
53:15

**interactions**
39:11,17 44:24

**internal**
27:23 28:9

**intervene**
59:5

**into**
20:23 21:6 24:10,
14 26:5,21 27:13
31:21,22 32:25
33:10 34:19 49:19
52:10 59:19 60:10,
18

**introduce**
5:19

**involved**
15:21

**involvement**
16:9

**involves**
11:2,20

**involving**
11:3 15:18 16:7
57:20 58:2 59:8

**isn't**
34:25

**issue**
8:5 22:23 60:16

**issues**
8:21 58:25

**it's**
6:9 13:19 19:8
21:9,10 24:3,4,22
25:6 26:1 27:7,8
32:8 33:20 34:8,11
47:4,8 48:6,7
49:12 50:16 51:25
52:5,10,11 54:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

62:10

**items**
11:12

**itself**
25:5

---

**J**

**Jackson**
9:17 11:2 17:15
19:6 37:4 40:4
43:5,8,11,14,17,19
45:10 53:21 55:20
59:2

**James**
55:11

**Jerry**
44:8,11,13,15

**job**
7:13

**jogged**
35:16

**Johnson**
5:16

**Jonathan**
10:19

**Jones**
10:20 42:1 44:19
52:24 53:2 57:25
61:8

**Jones'**
53:3

**Joshua**
5:1,4,10,22

**jump**
17:13

**just**
5:19 6:16 7:15
8:23 9:24 11:22,23
12:17 13:22 15:16

16:20 18:21 22:24
24:14 25:5 28:15
31:1 32:7,12 33:18
34:7,18 38:16
42:20 43:7 44:3,18
45:22,23 46:20
47:4 48:24,25 52:9
54:8 55:23 57:3,13

---

**K**

**Kaylee**
37:10

**keep**
59:8

**keeping**
59:14

**kept**
59:9,11,12

**know**
6:11 7:1 8:22,23,
24 9:25 10:23
12:23 14:10,12
15:17,20,23 16:1
17:8 18:20 19:22
20:11 26:17 27:1
28:12 29:5,8,14,
15,16,19,23 31:7
32:13 35:14,19
37:2,3,11,13,15,
18,19 38:19 42:2
44:11,12,15,17,21,
23 45:1,4,7 47:7
48:9 49:11,16
51:12,22,24 52:2,
21 53:2,4 56:8
59:4,8,14

**knowledge**
16:13,15 27:6
29:10

**known**
26:16 58:25

**Kverne**
5:21,24 6:13,16
50:11,14 56:21
57:12 58:9,18 59:7
62:2,5 63:1

---

**L**

**laptop**
6:12

**larger**
25:21

**last**
23:5 30:16,22
57:3,8 63:5

**lawsuit**
11:1

**least**
51:1 52:12 53:6

**left**
6:19 50:25 56:4

**leg**
21:14,15,20,21,23

**less**
40:21

**let's**
16:18 17:13 18:25
21:1 25:7 28:15
34:18 44:18 46:10
62:16

**level**
47:25 48:1,2,23,25

**Lieutenant**
5:11 39:15,18
43:24 45:22 55:19,
21 60:21

**Lieutenants**
45:14

**light**
34:25

**lights**
49:23

**line**
38:8

**list**
56:17 57:6

**listed**
14:10

**little**
6:9,10 22:24 38:17

**located**
9:13 27:10 47:20,
21,23

**lock**
20:20 21:10 24:21

**lockbox**
25:10

**locked**
21:7,8,10 34:22

**locking**
23:21

**locks**
24:22

**log**
31:15,20,23 37:6,
23 50:16,21 51:13
52:9

**logged**
31:17

**long**
23:2,11 39:24
40:2,15

**longer**
10:24

**look**
11:17 27:16 33:18
34:22,24

**looking**
50:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

looks
9:8 12:10 52:13
53:5 56:2

lot
26:7 53:11,12,14

---

**M**

made
16:21 45:11 46:7
49:10

maintenance
22:23 34:9

major
56:2

majors
56:2

make
14:12,13 18:11
34:22,23,24 36:23
46:1 62:9,14,17

makes
48:6

making
38:10 42:23

Malone
9:16

manner
33:9 34:1 60:24

many
20:10 21:2 54:7,8,
11,12

Mary
56:18

mat
33:24

materials
27:5

matter

5:10 11:20

mattresses
33:17

may
6:25 15:24 56:2,21

me
6:7,10 7:10 8:16
19:8,9 20:13 21:1
32:4 34:20 40:13
42:21 48:4 54:8,25

mean
12:20 13:11,12
18:9 19:6 21:8
23:25 28:24 30:12
32:11 33:22 38:4

means
12:23 62:7

meant
45:13

Med-
38:1

medical
36:8 38:14 54:15

medication
7:25

meds
38:11

members
44:16

memo
27:4

memories
35:16

memory
58:25

mention
11:9

mentioned
11:21 19:15

messy
7:12

mic
6:11

middle
7:17

might
11:23 23:2 56:6

minor
56:10

minute
46:11

moment
15:8 54:22 58:9

month
54:2

more
40:21 45:24 47:11

morning
6:4

most
23:1

motherfucker
40:25

move
12:13 32:8

moved
21:6 28:24 30:1,
13,19,23 31:4
32:3,20,25 33:13
59:19 60:7,18

movement
21:3 27:23 28:9
31:2 54:11

movements
31:20

moves
24:5 28:16 31:8
54:11

moving
26:20 30:4 34:19

much
6:17 16:4

muted
5:21

my
5:24 7:10 8:3 9:21
11:12 15:7 18:11
27:22 28:10 32:13
35:22 45:20,21
50:17,19 55:4
58:18 59:13

---

**N**

name
12:8,18 37:13 38:9
44:8 52:2 57:13

name's
5:24

named
44:8

names
56:17 57:6

narrow
47:4

necessarily
23:7

necessary
13:14

need
7:15

needed
27:15

never
6:12,22 42:6 43:8
57:17

new
28:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**next**
24:6,12 30:5

**nigger**
43:5,9 44:3

**no**
6:6 8:1,11,17 9:7
10:10,14,24 12:4,
24 14:9,12 15:2,6,
11,15,19,22,25
16:3,8,11,14,17,23
17:7 18:19,24
19:8,11,24 20:4
21:15,21 25:9
26:10,19 27:3,18
29:6,9,12,18,21,24
34:7,13 35:18,21
38:20 39:7,10,19
40:3 41:1,4,7,10,
13,16,22,24 42:10,
13,16,18,20,24
43:3,6,10,13,16,21
44:25 45:3,6,9,12
46:4 49:2,14,18
50:9 52:4,15,23
54:4,5,6,19,21
55:7 57:15,23
58:4,8,24 59:1,6,
13 60:4,6,16 61:1,
3,6,9,14,18,21,23,
24 62:4 63:3

**nobody**
59:11

**nod**
7:4

**Northern**
5:14

**not**
7:8 8:5,6 9:22 12:1
17:7,9,12,20 18:16
19:4,8 20:11
21:10,15,20 25:23
26:19,21 27:24
28:1,10 29:15

31:6,7,18 34:6
37:11,19 38:15
39:25 40:8,19,22
42:5 44:12,14,17
46:4,9 47:7 48:9
49:11,16 53:4 54:1
55:14,18 56:8,12
57:10 58:14,15,22
59:10,13,18,20
62:19

**noted**
56:11

**notified**
60:20

**November**
5:2,7 11:2,6,21,22
12:1,9,10,14 13:8,
20,23 14:2,19
16:21,25 17:1,5,6,
8,10,14 18:17
27:13 29:25 30:13
31:3 35:17,20
39:20,23,24 42:19,
22 43:1 44:7,18
45:2,8 50:24 55:9
57:21 58:2

**now**
5:8,9 6:13,14,15
7:15 8:15 9:1,19
10:15 11:5 12:13
13:10,22 14:2,21
15:8,16 16:24
18:25 19:2 20:12
22:4 23:14 24:17
28:2,8,15 30:5
31:1 35:12 36:13,
21 37:5,6,22,25
38:21 42:6,25 44:6
46:12,17 52:10
53:19,22 55:8 56:1
63:6

**Number**
5:11

**numbers**
19:20,22

**nurse**
36:25 37:4,9 38:2,
8

---

## O

**Obert**
55:3,11

**object**
25:12

**Observation**
19:18

**obviously**
8:19 17:1 31:5
38:8 39:3

**occurrence**
36:1,4

**occurring**
11:9

**off**
12:3,4,5,6,10 17:4
19:23 21:12 46:12,
14 56:23,24 57:8
63:6

**Office**
5:25

**officer**
9:12 12:21 20:25
22:5,8,15 24:20
27:11,14 35:2,4
43:5,7,9,12,15,19,
23,25 45:19 46:5
51:14,18,19,22,25
52:6 53:20,21
55:18 59:8

**officers**
21:2 22:8 33:7
45:10,13 57:25
59:4

**oh**
10:2 32:13 37:3
38:17

**okay**
5:24 6:9 7:8,13
8:8,12,15,19 9:13,
19 10:4,19,23
11:1,20 12:13,25
13:19 14:14 16:18
17:8,10,13,14,21
18:4,8,15,17,25
19:25 20:3,7 21:5,
8,17,19 22:4,8,11,
18 23:1,11,14,23
24:2,9,23 25:3,7,
21,24 26:3,7,17,
20,24 27:9,12,16,
21,25 28:5,12,16,
19,21 29:2,10,16
31:8,16,19,22
32:2,16 33:12,16,
25 34:5,10,15
35:6,12,19 36:17
37:3,5,12,14,17,
20,22,23 38:7,13
39:23 40:12,15,20
41:2 42:3 44:11,
13,15 45:10 46:1
47:20 48:3,20
49:7,10 50:6,11,
21,24 51:5,10,16,
18 52:5,8,15,20,24
53:1,5,10,17,21
54:2,7,17,22 55:4,
8,15,23 56:6,9,16
57:5,16,19,24
58:5,9,20 60:1,22
61:24 62:5,22 63:6

**old**
37:17

**Oliver**
39:12,15,18

**on**
6:11 8:24 11:2,13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

12:1,4,10,13,15,18
13:8,20 14:19,24
16:21 17:4 18:11,
17 20:1,2 21:25
22:22 23:11 24:1
27:22 29:25 30:4,
13 31:3,5,6,9,12,
24,25 32:9,21,23
33:2,4 34:2,6 35:6,
17,20 36:1,17
38:18 42:5,6 43:1
45:2,8,22 46:17
47:1,2,3,20,21,23
48:18,19,20,22
49:23 50:24 51:13,
19 52:9 53:6,19
54:9,11 55:9 57:2,
13 58:2 60:2,5,8
61:11 62:11

**once**
21:9 23:14,23
24:5,22 27:20
35:22

**one**
13:14 18:6 20:25
22:8 24:3,4 28:8
30:5,16,22 32:8
38:11 39:20 43:4
44:6 45:11 51:5,10
52:8 53:7 54:22,23
55:23 58:9 60:14,
17 62:25

**ones**
25:24 51:1

**only**
7:16 20:7 21:15
34:13 50:4

**onto**
21:9,11

**open**
19:4 21:4 22:14,
16,17,18,19,24,25
23:3,12,15,18 26:1

35:10 40:13 48:10,
12,16,17,18 49:3

**opened**
22:3,4 24:7

**opening**
20:23 48:3 49:5

**operations**
13:13

**order**
62:25 63:1,3

**orderlies**
18:13

**orders**
27:7,9,16,19

**orientation**
15:24 16:12

**other**
7:9 10:2,12,15
19:12 40:9,12 48:8
52:8 53:12,15
57:25 61:16,17

**Others**
22:24

**otherwise**
7:12 62:20

**our**
27:7

**out**
27:4 33:8 36:23
38:11 39:13 40:5
41:19 61:7,13

**outside**
22:2 24:15 35:2,4,
5 50:2 60:25 61:4

**over**
6:25 7:9 25:12,21,
23,24 50:15 54:24

**own**
19:19 24:24

## P

**p.m.**
13:5 14:15 30:1,13
38:6,7 51:2,8
52:12,13

**page**
36:18

**pain**
8:4

**Panama**
5:15

**paperwork**
31:10

**paperwork-wise**
31:11

**paralegal**
58:18

**part**
48:4,6,7 50:1,4

**participate**
8:13

**Pass**
38:2

**passing**
38:11

**Patten**
58:17

**Perfect**
6:20 8:19

**person**
13:17 19:10 33:1
43:24 51:23 53:7

**personally**
9:25

**Peterson**
56:18 57:6

**physical**
8:4

**picture**
14:22 15:3

**pillow**
33:24

**pillowcases**
25:6

**place**
18:18 31:22 33:12
59:24

**placed**
20:12 21:9,25
24:14 31:3,16 33:6
54:13

**placement**
54:20

**places**
24:14

**placing**
19:1 20:23 31:21
33:15

**Plaintiff**
5:23 11:3

**please**
7:20 34:20

**plexiglass**
49:12

**point**
7:15 24:10 59:3,22

**portal**
23:18 24:15

**portion**
56:1

**position**
45:20 53:15,17

**positions**
53:24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

possession
28:11

Possibly
52:25

post
27:7,9,16,19

pre
58:1,6

pre-
42:23 57:19

pre-allegation
16:21 56:10

preparation
9:20 10:1,8,11

present
20:25

pretty
16:4

Pria
57:7

prior
9:19 15:18,20,23
16:6 20:22 39:23
40:17 44:7

procedure
19:1

process
34:20

promise
8:16

promoted
55:21

properly
7:13

property
24:23,24 25:4,5
28:11 53:20,21

protected

9:24

protocol
20:14 26:24 27:1

provide
62:13

provided
54:25

push
22:14,16,17,24
23:3 48:10,12

pushed
48:12

put
25:18 34:9 60:1
63:5

puts
25:15

putting
20:16 26:3,4 48:17

———————

Q

quarter
27:20

question
7:9,10,17,18,20,21
8:16,17,21 9:1,2,5
16:19 18:22 19:9
25:14 57:4,8,11

questions
7:3 8:3,6 16:5
50:10,12,18 58:10,
11 61:25 62:3,22

quick
50:17 55:4

———————

R

radio
22:5,7,9,13 24:20

radios
48:11

rank
9:11 45:15

ranked
14:8

rat
41:18,21,23 42:12
43:15 44:4

re
14:18

RE-DIRECT
58:12

read
28:12 57:3 61:25
62:6

reading
51:13 62:1 63:9

real
50:17 55:4

really
23:7

reason
31:6

recall
15:10,13 18:16,21
23:8 31:18,19
35:15 37:21 38:15
44:14 46:4,9 59:18

received
10:4 11:16,18
35:24

receiving
15:18,20 16:6

recently
42:6

recognize
15:1,5

recollection
55:17 59:13

record
5:20 7:6 32:5
46:12,15,17 56:23,
25 57:2 63:6

record's
57:13

records
35:24

refer
11:5 41:8,11,14,
17,20,23 42:8,11,
14 43:5,12,19

referencing
56:13

referred
11:7 43:15

referring
11:8 43:23

regard
16:6

regarding
16:5 31:2 35:25
44:2

regular
18:10,11 54:9
55:18

related
50:18

relieves
51:14

remain
35:2,4,5

remember
11:25 12:1,3 17:5,
7,9,11,12,20
18:18,22 35:13,16
38:13 39:5,8,11,
17,22,25 40:1,8,

Universal Court Reporting

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

15,19,20,22 49:9
53:11,16,25 54:1,
2,17 55:13,21

**removed**
21:24,25 22:1
24:16 34:17

**removing**
20:24

**repeat**
39:14

**rephrase**
8:16 48:4

**report**
54:25 55:6,8 59:7

**reporter**
5:7,16 7:5,12
46:12,17 56:23
57:2 62:17,24
63:2,5

**Reporter's**
62:8

**Reporting**
5:17

**represent**
6:1

**reputation**
16:2,16

**require**
32:9

**required**
21:2 23:15 31:20,
23

**reserved**
63:10

**respond**
7:11,21 13:14

**response**
13:24

**responses**
7:3

**responsible**
59:14

**rest**
50:6 51:2

**restate**
8:17

**restraints**
20:20,21,25 23:20,
21

**resumed**
46:16 57:1

**reveal**
9:23

**review**
9:20 27:19

**reviewed**
9:25 10:2,9

**right**
6:7,25 9:1,5 10:7,
11 11:13 12:7,9
13:10,22 14:2,5,21
15:7,8 16:18,24
28:8,15 29:7,13,
22,25 30:4,16 31:1
32:4,7 33:13
35:22,23 36:12,18,
20,25 37:9,25
38:4,16,18 39:2,5,
11 41:25 42:19
46:10 48:24 50:1,9
51:6,7,8,19 52:6,
10,13,21 53:8,10
54:22 55:3,9,12
56:14,17 57:17
58:9 62:5

**Rigsby**
51:14,18,20,22
52:6

**ring**
44:9

**RN**
36:23

**roll**
34:22

**rolling**
20:23

**room**
22:10,11,12

**roster**
12:2

**rosters**
14:13

**roughly**
23:4 47:18

**rounds**
18:11 38:10

**row**
13:4 30:5 38:1

**run**
48:25

**running**
33:23 34:3,12

**rush**
63:4

**rust**
22:22

---

## S

**S-H-O-S**
19:18 32:14

**S06**
29:19

**said**
6:23 23:5,24 35:14
48:11 53:17 60:18
62:11,16

**same**
16:4 24:3,4 36:17,
18 44:2 45:16
46:22,24 52:10
63:2,5

**say**
10:7 12:5 13:19
32:14,17 40:23
45:13,15 47:6,8,12
62:16

**saying**
8:12 43:8

**says**
13:10 29:3,22
36:15 38:1 51:7,14
53:2 56:1,4,12,16,
17 57:5 59:20

**screen**
11:13 12:15,18
14:24 27:22,23
35:22 50:17,19
55:4

**scroll**
12:17,25 13:4
36:12,20 37:25
38:16

**scrolling**
11:17 38:21

**seal**
20:19

**search**
12:8

**searched**
44:20

**searching**
45:1

**second**
12:9,14 13:20
14:3,16,19 20:1,25
23:13 32:13 39:20
42:5 43:4 44:6



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

49:23 52:16 53:18,
19 60:14,17

**seconds**
23:4,6

**section**
13:25 32:21

**secured**
24:13

**securing**
20:24

**security**
26:15

**see**
11:13 12:14,17
13:1,2,5,25 14:3,6,
23 27:22 28:3,6,
17,19,22 30:5,8,
10,17 34:2,11
36:2,4,7,12,14,21
37:7,23 38:1,2,17,
22 49:19 50:1,4,6,
19 56:16,19 57:5,7

**seen**
28:8 47:5 55:5
57:17

**Self**
19:18

**sent**
9:21 27:4

**separate**
59:8,9,11,12,15

**sergeant**
10:20 14:5,8,11
38:21,22,24 39:3,6
40:23 41:2 42:17
43:25 45:21 56:19
57:6 59:16,25
60:20,21,22 61:11

**Sergeants**
45:14

**served**
10:3

**sexual**
15:24 16:12

**sh**
12:2

**sh--**
13:7

**shackles**
21:14,15,20,21,23

**shake**
7:4

**share**
11:12 15:7 32:13
35:22 50:17 55:4

**sharing**
27:22

**she**
37:4,14,17 38:10
44:20 62:17

**she's**
42:5

**sheet**
27:23 31:5,6,13
32:10,21,23 33:2,4
54:12 60:3,9 62:12

**shift**
12:10,14 13:7,20
14:3,16,19 40:6
42:5 49:23 52:16,
18 53:7,18,19

**shifted**
6:18

**shifts**
11:23 42:3,6

**shirt**
43:24

**shoebox**
25:12

**short**
40:1 46:14 56:24

**SHOS**
19:13,16,18,25
20:7,10 32:14,18,
19,20

**show**
11:12,17 12:7
14:21 15:3 27:21
30:22 35:24 37:5
54:23

**showed**
59:7

**Showers**
19:17

**showing**
13:24 14:5 37:5

**shown**
50:16

**shows**
12:20 14:14 30:7,
10,19,23

**Shuler**
44:8,9,11,13,15

**shut**
24:13 48:5,7

**side**
48:8

**signature**
36:21 38:22 51:11
53:1,3,4 56:7,8

**signatures**
51:19

**signed**
56:2

**signing**
53:7 63:9

**simply**
45:24

**since**
59:2

**single**
19:14 54:17,20

**sink**
34:25

**sinus**
8:5,9

**sir**
6:6,24 7:14,23 8:1,
11,25 9:4,7,10,18
10:6,10,14,22,25
11:4,11 12:4,16,
19,22,24 13:3,6,9,
18,21 14:1,4,7,9,
12,17,20,25 15:2,
6,11,15,19,22,25
16:3,8,11,14,17,23
17:7,16,18 18:14,
19,24 19:3,11,21,
24 20:4,9,18
21:15,18 22:3
23:7,16 24:8,11,
19,25 25:2,9,20
26:6,10,13,19,25
27:3,18 28:4,7,11,
14,18,20,23 29:1,
6,9,12,18,21,24
30:3,6,9,11,15,18,
21,25 31:7,18
32:1,6,22,24 33:3,
5,11 34:13 35:8,
11,18,21 36:3,6,9,
11,16,19,22,24
37:8,11,24 38:3,
20,23 39:1,4,7,10,
16,19 40:3,11
41:1,4,7,10,13,16,
22,24 42:10,13,16,
18,24 43:3,6,10,
13,16,21 44:1,5,25
45:3,6,9,12,17
47:10,22 48:14
49:2,6,14,18,20,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

22,25 50:8,20,23
51:4,9,17,21 52:4,
7,14,23 53:9,18,23
54:4,19,21 55:7,
10,16,20 56:15
57:15,23 58:4,8,24
59:1,6,13,23 60:4,
6,13,21 61:1,3,6,9,
12,14,18,21,23
62:23

**sit**
7:24 16:1

**situation**
45:23

**slap**
26:1

**slide**
22:25 24:17 26:2
48:16,17,18

**slides**
48:5

**sliding**
49:3

**slight**
8:5 22:23

**slim**
37:20

**slot**
25:19,22

**snitch**
41:3,6,9 42:9
43:12 44:3

**socialize**
60:22 61:2,4,7,15,
17,20

**some**
7:1 8:4,23 11:12,
23 22:22,23 25:23
45:21 62:21

**someone**

**48:11**

**something**
34:9

**sometimes**
8:20 34:4 35:15
45:21

**somewhere**
47:12

**sorry**
7:19 32:12 35:2
39:13 41:19 43:18
49:15 51:16 57:21
60:15 61:16

**sort**
8:4,23 13:13 18:18
22:22

**sound**
6:15,17

**SP/JOB**
29:22

**SPEAKER**
58:16,20

**speaking**
17:22

**special**
32:5,9,11,14

**specific**
26:11

**specifically**
25:8 34:18 53:13

**specifics**
53:12

**spelling**
62:18

**spoken**
10:12 44:13

**staff**
26:16 27:4

**staff's**
36:21

**stand**
29:2,14

**standing**
50:2

**stands**
29:5,8,11,17,20,23

**start**
13:1 39:21 40:5

**starting**
52:13 53:6

**starts**
28:15 52:18

**stated**
42:25 53:11

**statement**
56:1

**States**
5:13

**station**
24:20 27:11,14

**Status**
19:18

**stemming**
57:20

**step**
20:22 23:22

**Step'han**
10:23

**still**
13:23 45:15

**stop**
15:7 32:13

**Stoudemire**
10:24 61:5,19

**strike**
60:17

**stuff**
53:8 54:9 62:19

**submit**
20:19

**substance**
62:20

**suggest**
38:24

**summons**
10:5 11:14,16

**Sunday**
14:2

**supervisor**
46:6

**supposed**
59:20

**sure**
34:22,23,24 62:10

**swinging**
25:18

**sworn**
5:6

**Symphoni**
5:16

----

**T**

----

**take**
7:21 11:23 23:2,11
33:12 34:20 46:10
59:23

**taking**
18:18

**talk**
7:8 18:25 20:13
25:7 31:1 34:18
44:18 46:20 52:8
61:25

**talked**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

10:17 50:25 51:6

**talking**
25:11 31:10 45:14

**tall**
47:4,6,14

**taller**
47:8

**Tarjan**
5:21,22 6:3,15,20,
21 46:10,19 50:9,
16 54:24 55:1
58:11,13,21 61:24
62:4,21 63:3

**TD**
29:10

**team**
13:25

**technical**
8:20

**tell**
32:12 41:5 58:18

**tells**
59:12

**temporarily**
31:17

**term**
44:3

**terms**
61:11

**test**
33:25 34:1,5,11

**testified**
5:6

**than**
10:2,12 40:21
47:9,11

**Thank**
5:22 32:19 50:11

**that**
6:23 7:2,3,8,16,17,
20,21,22 8:2,8,24
9:2,3,9,17 10:7,15,
23 11:1,8,16,17
12:4,7,11,15,20,21
13:2,7,8,11,12,19,
24,25 14:3,6,8,14,
15,16,18 16:13,19,
20 17:4,14,15,21
18:4,8,16,20 21:2,
8,9,10,11 22:5
23:1,3,17,18 24:5,
10,14 25:5,13,17,
24,25 26:1,2,15,
16,24 27:1,4,5
28:3,6,10,17,19,
22,24,25 29:5,7,8,
11,13,17,20,23,25
30:2,5,7,8,10,12,
19,20,23,24 31:3,
4,9,12,17,23 32:3,
9,17,20,23 33:1,4,
12,14,16,17,18,20,
22 34:8,14,16,23,
24,25 35:1,3,13,
14,24 37:4,7,10
38:2,4,7,10,14,19,
22,24,25 39:6,9,
12,14,18 40:25
42:5,25 43:8,23,25
44:14,19,20,21
45:2,11,15 46:4,9,
23 47:4 48:4,7,11
49:4,21 50:4,15
51:2,5,10,15,18,23
52:5,8,24 53:5,10,
11,13,24 54:11,12,
25 55:3,17 56:3,4,
6,9,10,20 57:7,10
58:19 59:4,12,17,
20,21,22 60:2,5,8,
11,15,17 62:7,10,
18

**that'd**

38:6 56:5

**that'll**
62:12

**that's**
5:13 8:6 9:24 19:2,
4 24:6 27:7 31:15
32:4 33:10 45:23
47:1,21 51:8,19
52:20 53:2,7 55:2

**their**
14:13 19:19 25:1,
4,6,15,18

**them**
10:17,18,21 22:22,
25 25:18,23 46:25
52:20

**then**
20:22 22:12,16
23:21 24:6,9,20
28:16,21 29:3,4,19
48:11 51:2 56:16,
17 60:7 62:24

**there**
8:2 10:15 12:5
13:16 14:16 19:12,
13 20:10 25:7,16,
17,21 26:20 31:5
34:24 35:6 44:6
45:21 56:4,7,9,10
60:16 62:11

**there's**
23:18 28:19,21
29:3,4,7,10,13,16,
19 34:7,10,16
35:25 38:1,18
53:1,10,14 55:25

**thereupon**
5:3 46:14 56:24

**these**
16:5 22:18 25:10
28:9,12 32:8 35:6,
16 50:25 51:6

52:11,21 53:6

**they**
9:21 20:3 21:20,
23,25 22:13,14
25:1,4,6,11 26:8,
11 27:9 41:6 46:22

**They'd**
21:25

**they're**
20:2,7 21:20 27:11
34:23 46:24 59:12

**thing**
7:16 23:5 51:5,10
52:8 55:23

**things**
51:7 53:12

**think**
6:23 50:25 51:18
54:23 56:6,21
57:16

**third**
52:18 53:6

**this**
5:10,12,13,18,20,
22 6:12 7:1 8:13,
19 9:5,19 10:3,5,
16 11:1,5,16,20
12:9,13 13:23
14:5,24 15:1,4,5
28:2,13 31:5,6
36:2,17 37:22,23
38:8 50:21 51:6,11
53:8 54:1,24 55:6,
24,25 56:1,3
57:14,17 58:15,22
60:19 62:25

**those**
7:6 10:19 19:19,
22,25 20:5 26:8
40:16,17 58:7

**though**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

60:8

**thought**
39:13

**three**
20:3 47:13,14

**through**
12:2 20:13 21:2
24:15 25:16,18
33:17 34:20 35:15
47:5 49:21 50:3

**Thursdays**
12:5

**tier**
20:1,2

**tighten**
21:11

**tighter**
21:11

**till**
28:17

**time**
5:8 11:23 12:4
13:1,7 14:8 17:21
20:25 28:10,19
30:7 36:4,7 40:2
43:7,11,14,17,18
55:14 59:2,18

**times**
50:24 52:12 53:11

**tinted**
49:17

**Tisha**
44:23

**TM03**
29:13

**today**
7:24 8:3,13 10:8
16:1 53:11 54:24
62:11

**today's**
5:7 10:8,11

**together**
43:1 56:12 61:13

**toilet**
33:23 34:25

**took**
44:20

**top**
11:17 12:3,25
19:23 28:5,16
29:3,22 36:14

**towards**
54:12

**traffic**
13:12

**training**
27:5

**transcribed**
62:17

**transcript**
62:7,9

**transferred**
40:18

**transport**
54:18

**transports**
53:12

**trap**
25:17

**truck**
40:24

**trying**
58:14

**Tuesday**
12:14

**turn**
20:19 23:19 34:2

**turning**
34:6

**two**
19:10 21:4,5 23:13
30:4 33:1 47:11,
12,14 51:6 53:14
56:13 58:7

**type**
17:21 19:15 25:12,
16 31:19 33:8,18,
19 57:19 58:1,6
59:21

**types**
7:6 19:12 26:11,14

_____

**U**

**un-cuffing**
26:4

**under**
5:13 7:24 13:24
26:15 34:9

**underneath**
50:5

**understand**
7:6 8:3,15,21 11:1,
8 17:3 18:20 25:14
35:14 38:8 43:22,
25 47:24

**understanding**
52:5

**understood**
7:22 9:2

**unit**
18:3 19:2 31:9
37:6,22 45:5 50:21
52:11

**United**
5:13

**units**

40:17

**Universal**
5:17

**unlock**
48:11

**up**
12:25 13:1 23:15
26:2,21 29:22 30:5
40:25 51:13

**upon**
54:11

**us**
8:24 31:21

**use**
13:16 43:9,22

**used**
15:8,12 21:16
26:11

_____

**V**

**varied**
54:10,15

**varies**
22:20

**vary**
46:22

**verbal**
7:2

**versa**
7:10

**versus**
34:6

**via**
18:6

**vice**
7:10

**video**
9:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

**Viellard**
15:5,13 16:5,7,10,
20 18:21,23 35:19
42:25 57:20 58:2,7

**Viellard's**
16:12

---

**W**

**waist**
47:25 48:1,2,23,25

**wait**
7:9,10,11

**waiving**
62:1

**walk**
21:1

**wall**
24:1 47:1 48:6
50:5

**walls**
34:23

**want**
9:25 11:22 15:16
31:1 46:20 47:1
50:15 52:8 55:23
61:25 62:25

**wanted**
51:5

**Warden**
44:7

**water**
33:23,25 34:1,2,6,
11

**water's**
34:2

**way**
8:9 9:22 12:23
13:23 15:10,14
19:9 33:6 37:9

38:17 49:17

**we**
6:13 7:8 8:20,24
11:21 14:2 17:4,14
19:13 20:18,22
22:17,23 23:18,19,
21 24:14 26:23
28:17 30:4 32:3
33:15 34:8,22,23,
24 35:24 50:4
54:14 55:24 59:10,
23 62:13

**we're**
5:9 8:19 46:12,17
52:9 57:2 62:6,9
63:6

**we've**
34:21

**Webins**
15:5,12

**website**
14:23 15:4

**week**
42:21

**went**
53:18 54:24

**were**
12:10,21 13:16,20,
24,25 14:8,10,14,
15,18 15:9 16:7,9
17:4,14,17,22
21:23 31:20 41:6
43:1 54:7,11 56:10
57:19

**what**
9:11,25 11:18,23,
25 12:23 13:10
15:24 16:12 17:10,
19,21 18:1,4,8,9
19:6,12,15,22 21:8
22:11 23:5,25
24:6,12,23 25:3,

15,16 29:2,5,8,10,
13,16,19,23 31:14,
19,25 32:11 33:9,
16,22 34:1 37:3
38:5,24 40:12
44:2,11,22 48:4,18
49:10 52:2 53:2
60:11,24 61:10,19
62:7,11

**whatever**
6:16 54:15

**when**
13:12 15:8 17:23
18:25 20:12 24:6,
17 25:15 26:4
27:19 31:8 32:19,
25 33:6,12 34:5,18
38:10 39:21 40:4
43:22 45:13 48:10
49:3 50:2 52:15,18
53:24 54:7 55:20,
21 60:1

**Whenever**
27:15

**where**
6:11 9:13 21:23
22:9 26:21 27:1,7,
9 36:14 40:4
47:20,23 48:5,6,7,
20 49:5 51:7 56:16
57:5 59:4 62:14

**whether**
15:9,21,23 17:5
26:17 32:8 35:13,
17,19 40:1,20
43:23 44:15 46:2
49:12 59:9

**which**
11:7 20:5 26:14

**white**
37:16 43:24

**who**

7:5 44:16 51:22
52:21 59:17

**who's**
20:18 21:6 59:14

**whose**
38:19 51:11

**why**
14:10 31:6 34:5
53:13

**wide**
47:16

**width**
49:1

**will**
8:16,23 11:8 22:13
62:12,21 63:1

**Wilson**
5:11,23 11:3 14:22
15:9,18,21 16:2,21
18:21,23 28:2
30:1,13 31:2
35:12,13,15,17,25
36:15 43:1 44:19,
24 45:2,5,8 56:14
57:20 58:2,7

**window**
20:22 23:22,25
24:1,4 47:1,2,3,4,
17,20,21,25 48:3,7
49:7,10,21 50:3

**windows**
35:6 46:21,22

**wing**
18:11,12 20:5,6,8

**wings**
18:6 20:3

**wise**
31:10 40:6,7

**with**
5:16,25 7:1 10:5



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

12:2 13:14 15:9,12
18:13,23 20:13,25
23:1,20 25:8 27:22
28:10 33:1,7 34:19
35:9 36:25 39:3,6,
8,12,15,17,21
41:25 42:3,6,7,17
44:9,13,24 45:11,
19,20,21 46:6
48:6,12 50:2 51:6,
23 52:9 53:15
54:10,24 55:25
57:25 58:5 59:20,
21 60:19,22 61:2,
4,7,10,11,15,17,
19,20

**within**
25:6 27:7 42:20
54:1,13

**witness**
5:5 6:18 55:25
57:10 62:23 63:10

**won't**
8:12

**word**
15:8,12,13 43:9,22

**words**
40:24

**work**
5:25 8:24 9:8
16:24 17:23 22:6
25:5,17 33:14
40:9,12,17 44:16
55:15 60:25 61:4,
7,10,13,14,15,22

**worked**
11:24 13:8,19
17:5,8 39:24
40:16,21 42:3,7

**working**
12:1 13:20 14:19
17:15,17 18:5 34:8

38:25 40:4,5 54:7

**would**
5:19 7:16 8:2
13:17 20:5 21:14,
20,23,25 22:9 23:2
24:23 26:21 27:1,
5,13,16,19 30:12
31:6,12,17 32:9,
20,23 33:1,4 34:5,
11 35:3 37:17
38:4,7,10 47:6,8
51:15 59:21,22,23
60:2,5,8,19 61:13

**would've**
34:17

**wrist**
21:12

**wrists**
26:5

**writ**
41:12,15 42:14
43:20 44:4

**writer**
41:12,15 42:15
43:20 44:4

**writing**
7:5

**written**
26:24 62:10

_____

## Y

**Yeah**
6:15,16 7:19 31:11
58:18 60:12 62:2

**year**
11:9 40:21 54:1

**years**
53:14

**Yep**

57:10

**yes**
6:8,24 7:7,14,23
8:17,18,25 9:4,10,
15,18 10:6,22,25
11:4,11,15,19
12:16,19,22 13:3,
6,9,18,21 14:1,4,7,
17,20,25 17:16,18,
24 18:14 19:3,21
20:9,15,18 21:18
22:3 23:7,16 24:8,
11,19,25 25:2,20
26:6,13,25 28:4,7,
11,14,18,20,23
29:1 30:3,6,9,11,
15,18,21,25 32:1,
6,22,24 33:3,5,11
35:8,11 36:3,6,9,
11,16,19,22,24
37:8,24 38:3,23
39:1,4,16 40:11
44:1,5 45:17
47:10,22 48:2,14
49:6,20,22,25
50:8,20,23 51:4,9,
17,21 52:1,7,14
53:9,18,23 55:10,
16,20 56:15 59:23
60:13,21 61:12
62:23 63:1

**yesterday**
54:25 55:25 63:6

**you**
5:19,22 6:4,7,10,
14,15,16,23 7:1,2,
4,6,11,15,17,18,
19,21,24 8:8,15,
16,21,22,23,24
9:1,2,6,8,13,19,23,
25 10:4,7,12,15,
21,23 11:1,8,12,
13,16,18,23,25
12:2,3,7,10,14,17,
20,23 13:1,5,8,16,

19,20,24,25 14:3,
6,8,10,14,15,18,
21,23 15:1,3,5,9,
10,13,16,17,20,23
16:1,7,9,15,18,19,
20,24 17:4,5,8,10,
13,14,17,22 18:4,
8,9,13,15,17,20,
22,25 19:6,15,22
20:13 23:2,5,24,25
24:17,20 25:8,25
26:1,3,4,17,21
27:1,5,13,16,19,
21,22 28:2,6,8,12,
17,19,21 29:4,7,
14,16,19,23 30:5,
7,10,17,23 31:9,
10,16,19,20,22
32:7,9,11,12,14,
17,19 33:25 34:5,
11 35:1,12,13,14,
16,19,24 36:1,4,7,
12,14,21,23,25
37:3,5,6,7,14,15,
18,23 38:1,2,7,13,
17,18,22,24 39:2,
5,8,11,14,15,17,
20,21,24 40:1,4,5,
9,12,15,16,17,20,
23,24 41:2,5,8,11,
14,17,20,25 42:3,
8,11,14,17,20,23
43:2,4,8,11,14,17,
19,22,25 44:3,9,
11,13,15,20,23
45:1,4,7,15,18
46:1,2,6,7,20,21,
25 47:1,6,8 48:10,
11,12,16,17 49:12,
19 50:1,6,11,12,
16,18,25 51:6,11,
18,22 52:2,9,21
53:2,5,11,17,24,25
54:2,7,9,17,23,24,
25 55:5 56:6,16,19
57:5,7,8,16,19,24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BERNARD D. WILSON vs LIEUTENANT INGRAM
Causey, Joshua on 11/21/2024

58:5,16,18,23,25
59:3,7,8,12,14,21,
22 60:1,22 61:2,4,
7,10,13,15,16,19,
25 62:2,6,9,11,14,
16,17,21,24

**you'd**
57:17

**you'll**
7:10

**you're**
5:21 6:9 8:12
10:23 26:4 31:23
34:19 39:2 43:8
48:17 49:3 50:2
58:20 60:11 62:19

**you've**
6:22 53:10 54:18,
20 59:2

**your**
6:25 7:4 8:2,12
9:11,24 10:12,13
11:13 12:3,8,15,18
13:4 14:24 17:19
18:10 19:23 26:3,4
27:23 38:9 43:11,
14,17,18 44:2 46:5
48:12,17 52:5
53:17 55:17,24
57:13

**yours**
46:6

**yourself**
5:19 45:18 61:11

---

**Z**

---

**zoom**
5:18 6:12 8:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com