Exhibit M

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

```
                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF FLORIDA
                    PANAMA CITY DIVISION

              CASE NO.: 5:23-cv-00253-TKW-MJF


    BERNARD D. WILSON,

          Plaintiff,

    vs.

    LIEUTENANT INGRAM, et al.,

          Defendants.
    _____/
```

```
              DEPOSITION OF DANIELLE KIMBERLYN JONES
                 TAKEN ON BEHALF OF THE PLAINTIFF

                     DECEMBER 16, 2024
                   2:04 P.M. TO 3:54 P.M.

                ALL PARTIES APPEARED REMOTELY
                         PURSUANT TO
             FLORIDA SUPREME COURT ORDER AOSC20-23
```

```
    REPORTED BY:
    CATHERINE ROJAS, CER, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
```



```
01                      APPEARANCES OF COUNSEL

02    ON BEHALF OF THE PLAINTIFF:

03          Joshua Tarjan, Esquire
            Tarjan Law Firm, P.A.
04          12372 Southwest 82nd Avenue
            Pinecrest, Florida 33156-5223
05          305-423-8747
            josh@tarjanlawfirm.com
06          (REMOTELY VIA ZOOM)

07    ON BEHALF OF THE DEFENDANT:

08          Erik Kverne, Esquire
            Florida Office of the Attorney General
09          PL-01 The Capitol
            Tallahassee, Florida 32399-4120
10          850-717-3300
            erik.kverne@myfloridalegal.com
11          (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
01                    INDEX OF EXAMINATION

02     WITNESS:  Danielle Kimberlyn Jones
                                                    PAGE
03     DIRECT EXAMINATION
            By Joshua Tarjan, Esquire                  5
04
       CROSS EXAMINATION
05          By Erik Kverne, Esquire                   76

06     RE-DIRECT EXAMINATION
            By Joshua Tarjan, Esquire                 83
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



01                    INDEX OF EXHIBITS

02    EXHIBIT                 DESCRIPTION                PAGE

03    (NO MARKED EXHIBITS)

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
01          DEPOSITION OF DANIELLE KIMBERLYN JONES

02                     DECEMBER 16, 2024

03          Thereupon:

04               DANIELLE KIMBERLYN JONES,

05          was called as a witness, and after having

06     been first duly  sworn, testified as follows:

07          THE WITNESS:  Yes, ma'am.

08          THE COURT REPORTER:  Thank you, ma'am, you may

09     put your hand down.  May I have appearances from

10     counsel, starting with the Plaintiff.

11          MR. TARJAN:  Josh Tarjan on behalf of the

12     Plaintiff.

13          MR. KVERNE:  Erik Kverne from the Office

14     Attorney General on behalf of Ms. Jones and the

15     other Defendants.

16          THE COURT REPORTER:  Thank you.  We are now on

17     Bernard D. Wilson versus Lieutenant Ingram.

18          Case number 5:23-CV-00253-TKW-MJF.  The time

19     is 2:05  P.M.  You may proceed, Mr. Tarjan.

20          MR. TARJAN:  Thank you.

21                   DIRECT EXAMINATION

22     BY MR. TARJAN:

23          Q.  Ms. Jones, good afternoon.  Is anyone present

24     with you right now?

25          A.   No, I'm in the room by myself.
```



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                                    Page 6

01        Q.    Okay.  Have you ever given a deposition

02   before?

03        A.    I've never given a deposition.

04        Q.    Okay.  I'm just going to go over some basic

05   ground rules that'll help us make the deposition

06   efficient and easier for the Court Reporter to

07   transcribe.

08             I'm going to ask that you give verbal

09   responses to any questions that I ask or that Mr. Kverne

10   asks.  If you sort of shake your head or nod your head,

11   the Court Reporter can't really record those.  Do you

12   understand?

13        A.    Absolutely.

14        Q.    Perfect.  I'm also going to ask that we not

15   talk each over -- talk over each other.  I'll ask a

16   question, if you can wait for me before answering and

17   vice versa, that way the Court Reporter can write

18   everything down clearly.  Does that make sense?

19        A.    Yeah.  There's a little lag, but I'll try my

20   best.

21        Q.    You're saying there's a little lag with the

22   video and audio?

23        A.    Just like a couple seconds.

24        Q.    Okay.  Well, if you need a -- also, if you

25   need a break at any point, just feel free to ask.  The

01    only thing I would request is that you finish answering

02    a question that anyone has asked before you take the

03    break.  Does that sound fair?

04        A.    Okay.

05        Q.    Now, as you sit here today, are you under the

06    influence of any alcohol or drugs?

07        A.    No.

08        Q.    All right.  You mentioned earlier, I think I

09    overheard you say that you have maybe a cold.  Are you

10    under the influence of any medicine?

11        A.    No.

12        Q.    Okay.  Would the -- how bad is your cold?

13        A.    How bad is my cold?  Well, I mean, I have the

14    sniffles, and I drink a lot of water.

15        Q.    Okay.  Are you thinking clearly today as you

16    sit here?

17        A.    Absolutely.

18        Q.    Okay.  Is there anything that would impair

19    your ability to understand and answer my questions?

20        A.    No.

21        Q.    Okay.  If you don't understand a question, do

22    you promise to ask me to rephrase the question or repeat

23    the question?

24        A.    Sure.

25        Q.    If you answer a question, I'm going to assume

01    that you understood the question.  Does that sound fair?

02        A.    Sure.

03        Q.    Okay.  Can you say your full name?

04        A.    Again, Danielle Kimberlyn Jones.

05        Q.    How do you spell your middle name?

06        A.    It is K-I-M-B-E-R-L-Y-N, Kimberlyn.

07        Q.    And that's Danielle with two L's?  Is that

08    correct?  Yes?

09        A.    Two L's and two E's Danielle.

10        Q.    Okay.  Perfect.  I ask everybody this

11    question.  Have you ever been convicted of any crimes?

12        A.    No.

13        Q.    Do you -- who do you currently work for?

14        A.    I work for the Florida Department of

15    Corrections under Jackson Correctional Institution.

16        Q.    And what is your current rank?

17        A.    I'm a sergeant.

18        Q.    When did you become a sergeant?

19        A.    I believe I became a sergeant April of last

20    year.  I can't remember the exact date.  I know it's

21    been over my probationary period as a sergeant.

22        Q.    Do you think though it was last year, 2023?

23        A.    Somewhere around that time.

24        Q.    Okay.  In anticipation of today's deposition,

25    have you reviewed any documents?



01          A.    Have I reviewed any documents pertaining the

02    case?

03          **Q.    Yeah.   I'm sorry.   Have you reviewed any**

04    **documents pertaining to this case to prepare for your**

05    **deposition today?**

06          A.    I was given a physical copy of what the -- is

07    he called a defendant?   The inmate had depositioned out

08    and then that had the listing of everyone included,

09    including myself.   So I had that physical copy that I

10    have.

11          **Q.    You said depositioned out.   Do you mean you**

12    **received copies of transcripts of other people's**

13    **depositions?**

14          A.    I don't know the wording of when you get

15    served papers.   Is that not when you're deposed?   When

16    you're given --

17          **Q.    Okay.   It sounds like you're -- are you**

18    **referring to a summons that you received with a copy of**

19    **the complaint?**

20          A.    If that's the language for it, then yes.

21          **Q.    Okay.   Is there anything else that you think**

22    **you -- that you've reviewed in anticipation of today's**

23    **deposition?**

24          A.    I think we went over questions that you might

25    ask --



```
01        Q.  I'm not going to -- and I'm not going to ask
02   you to discuss anything -- any conversations between you
03   and your attorney or your attorney's assistants.
04   I'm just asking you what you, yourself, though, did.
05          So did you -- have you -- any other documents
06   you reviewed without telling me about whether your
07   attorney gave them to you or not?
08        A.  No.
09        Q.  Okay.  Now, other than your attorney or his
10   assistants, have you spoken to anyone else in
11   preparation for today's deposition?
12        A.  No.
13        Q.  Okay.  Other than your attorney or his
14   assistants, have you spoken to anyone else about this
15   lawsuit?
16        A.  No.
17        Q.  All right.  Do you understand that Jonathan
18   Granger, Benny Ingram and Joshua Cozy are your co-
19   defendants?
20        A.  That's who I believe they wrote on the paper,
21   yes.
22        Q.  Okay.
23        A.  I think there was one more.
24        Q.  Step'han Stoudemire.  Are you familiar with
25   that person?
```



```
01        A.    Step'han Stoudemire, that's the pronunciation.

02        Q.    Step'han Stoudemire, thank you.

03        A.    Yes, sir.

04        Q.    All right.  Are you aware that he was at one

05   time a defendant in this litigation?

06        A.    When they had given me -- served the

07   paperwork, the -- his name was on the paperwork.

08        Q.    Perfect.  Now, do you understand that this

09   lawsuit involves incidents at Jackson CI, H dorm on

10   November 4th, 8th and 13th, 2022, involving Plaintiff,

11   Bernard Wilson?

12        A.    When I read the documentation, that's what it

13   had stated.

14        Q.    Okay.  And you read the entire complaint?

15        A.    Yes.

16        Q.    Now, if I refer to November 4th, November 8th

17   or November 13th without specifying the year, will you

18   understand that I'm referring to events occurring in

19   2022?

20        A.    Now that you say it, absolutely.

21        Q.    Perfect.  Do you have any social media like

22   Facebook, Instagram, social media that you regularly

23   use?

24        A.    I'm probably one of the few oddballs that

25   doesn't.  And none of those particular things that you
```

```
01   have stated that I really get on.  I think I had a

02   really old one in my teen years, but I've deleted it,

03   and I don't -- I'm not present on any platform regarding

04   social media.

05       Q.   Okay.  What about WhatsApp?  Do you ever use

06   WhatsApp these days?

07       A.   I actually only found out that that's what

08   they're calling Messenger nowadays.

09       Q.   Okay.

10       A.   Like two weeks ago.  So I didn't even know it

11   was a thing.

12       Q.   All right.  So you don't use WhatsApp or

13   Messenger?

14       A.   No, not at all.

15       Q.   Have you heard of an app called Signal?

16       A.   No.

17       Q.   Have you ever heard of an app called Telegram?

18       A.   No.

19       Q.   Do you have a Facebook account?

20       A.   No.

21       Q.   Okay.  Outside of work, do you ever

22   communicate with any of the individuals we previously

23   discussed, Mr. Granger, Mr. Cozy, Mr. Ingram or

24   Stoudemire, Mr. Stoudemire?

25       A.   No.
```

```
01              THE COURT REPORTER:  Mr. Tarjan, can you spell
02        Stoudemire for the record, please?
03              MR. TARJAN:  S-T-O-U-D-E-M-I-R-E.
04              THE COURT REPORTER:  Appreciate it, sir.
05              THE WITNESS:  It does have a hyphen in there
06        somewhere.
07              MR. TARJAN:  Correct.  And the first name is
08        -- I don't know exactly how to say it.  You said it
09        before.  Ms. Jones, Step'han.
10              THE WITNESS:  Step'han.
11              MR. TARJAN:  Step'han, S-T-E-P, there is an
12        apostrophe, H-A-N.
13              THE COURT REPORTER:  Thank you.
14    BY MR. TARJAN:
15        Q.   All one word.  Now, I'm going to share my
16    screen with you and show you some documents.  Are you -
17    - by the way, are you on your phone as -- for this
18    deposition?
19        A.   Yes, sir.
20        Q.   Okay.  If you have any difficulties looking at
21    an image that I show, just let me know and I can try to
22    accommodate.  Do you see on your screen a document?
23        A.   A very small one, yes.
24        Q.   Okay.  Do you see at the top, United States
25    District Court for the Northern District of Florida?
```

```
01        A.    Yes.

02        Q.    Okay.  Do you see in the -- kind of in the

03   middle here, it says summons in a civil action?

04        A.    Yes.

05        Q.    And do you see to Danielle Jones, care of

06   Jackson Correctional Institution?  Do you see that?

07        A.    Yes.

08        Q.    Okay.  Is this the summons that you received

09   that you previously were mentioning?

10        A.    It looks like the front page of it.  There is

11   many pages of it.

12        Q.    Okay.  But you received this document?

13        A.    I do believe that's the document, yes.

14        Q.    Okay.  Do you remember seeing a proof of

15   service page?

16        A.    I don't recall.

17        Q.    Okay.  All right.  I'm going to end that.

18              Now, I hope you can see this.  Do you see

19   another document, it says at the top daily security

20   roster, Jackson CI, Friday, November 4th, 2022?

21        A.    Yes.

22        Q.    Okay.  I've got your name in the search bar

23   here.  This is a PDF that I received from Florida

24   Department of Corrections.  It has been turned over to

25   your attorney.  I'm just going to search for your name.
```

01          There is another Jones who appears, so we'll

02     ignore that one.  All right.  Do you see your name here

03     sort of highlighted?

04          A.   Yes.

05          Q.   Okay.  I'm now going to just scroll up.  And

06     do you see where it says daily -- it's daily security

07     roster Jackson CI Friday, November 4th, 2022, third

08     shift?

09          A.   Yes.

10          Q.   Okay.  I'm scrolling back down.  And do you

11     see your name, again?

12          A.   Yes.

13          Q.   And do you see on the left of your name where

14     it says Officer Dorm H?

15          A.   Um-hum.  Yes.

16          Q.   And do you see where on the right of your

17     name, it says 3:00  P.M., 11:30  P.M.?

18          A.   Yes, that would be third shift.

19          Q.   Okay.  Is it fair to say that you were working

20     that day?

21          A.   On third shift, if you're put on the roster,

22     that means that you're not taken out of a TeleStaff, so

23     you would be at work that day.

24          Q.   Okay.  So do you believe that you were at work

25     on November 4th, 2022, third shift?

01    A.    From the hours of 3:00 to 11:30, yes.

02    Q.    Okay.  Perfect.  I'm going to continue the

03  search.  Let's see.  Okay.  Now, do you see your name

04  again here with the highlight?

05    A.    Yes.

06    Q.    Okay.  And again, to the left, it says Officer

07  Dorm H.  Do you see that?

08    A.    Um-hum.

09    Q.    And again, to the right it says 3:00  P.M. and

10  11:00 --

11          THE COURT REPORTER:  I'm sorry.  Do you see -

12      - I'm sorry.  Do you see that?  There was a um-

13      hum.  Was that a yes, ma'am?

14          THE WITNESS:  Yes.

15          THE COURT REPORTER:  Thank you.

16          THE WITNESS:  My apologies.

17          THE COURT REPORTER:  No worries.  Thank you.

18  BY MR. TARJAN:

19    Q.    Thank you for catching that.  So Officer Dorm

20  H, do you see that, Ms. Jones?

21    A.    Yes.

22    Q.    And to the right, do you see 3:00  P.M., 11:30

23   P.M.?

24    A.    Yes.

25    Q.    I'm going to scroll back up to the top of this

01    page.  And this page is for Tuesday, November 8th, 2022,

02    third shift.  Do you see that?

03         A.   Yes.

04         Q.   All right.  So is it fair to say that you were

05    working third shift 3:00  P.M. to 11:30  P.M. on that

06    day?

07         A.   At that first time -- third shift was my

08    assigned shift, so yes.

09         Q.   Okay.  Do you have any reason to believe that

10    you weren't working that day?

11         A.   Not to my knowledge.

12         Q.   Okay.  And again, these are provided by FDC.

13              Now, I -- do you see your name again here?  On

14    the left?

15         A.   Yes.

16         Q.   Okay.  And I'm just going to scroll up to the

17    top, for a second, of this page.  There's secondary

18    duties.  This is second shift, November 13th.  Do you

19    see that?  That's a Sunday, 2022?

20         A.   Um-hum.  Yes, sir.

21         Q.   Thank you.  Now, your name is here under

22    secondary duties.  Do you see that?  And actually, I'll

23    scroll up so you can actually see.  Do you see where it

24    says secondary duties up here?

25         A.   Yes.

01        Q.   All right.  And to the right of your name, it

02   says post coverage-level one.  Do you see that?

03        A.   Yes.

04        Q.   And to the right of that, it says 8:43 A.M.

05   to -- and 9:15 A.M.  Do you see that?

06        A.   Yes.

07        Q.   Does that mean you were doing post coverage

08   level one from 8:43 A.M. to 9:15 A.M. that day?

09        A.   Where is that at?  So you see the two lines

10   that say my name?  The first name --

11        Q.   Yes.

12        A.   -- post coverage level one.  And typically,

13   what a post coverage is just means that in our various

14   level ones positions, I could be at any of those posts

15   during that duration of time.

16        Q.   What is a level one position?

17        A.   So a level one position could be many things.

18             It could be a roster vacancy such as an

19   officer slot that has to be filled within any dormitory.

20   Could be an officer slot that has to be filled upon the

21   yard.

22             It basically just means you're down a person

23   in a specific spot.  And the level one vacancy is just

24   the type of leveling it is.

25        Q.   Okay.



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                           Page 19

01          A.    I'm not sure past that.

02          Q.    And what does post coverage mean?

03          A.    Post coverage, that's like saying you're at

04    your assigned post.  So it's like a general term for

05    saying you're on duty, you're on the clock.

06          Q.    Do you know what you were doing between 8:43

07    a.m. and 9:15 A.M. that day?

08          A.    That was two years ago, so I don't recall.

09          Q.    Okay.  I guess I'm wondering whether this

10    document would give you any hint as to what you were

11    doing?

12          A.    No.

13          Q.    Okay.  Right below that line, it again repeats

14    your name and then it says Staff Searches entrance gate

15    2:00  P.M., 3:00  P.M.  Do you see that?

16          A.    Yes.

17          Q.    Okay.  What does that tell you?

18          A.    So that's a more specific line.  Staff

19    Searches just means that you are in the visitation park

20    and you're searching in staff between our hours of shift

21    exchange.

22                2:00 to 3:00 is when third shift will come on

23    duty and come through the visitation park to sit in for

24    briefing and you just diligently go through the search

25    process, scan bags, go through baggings, pat search,

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

01    people coming in, various search processes that we have

02    for our institutions per our policy.

03          **Q.   So that's pretty much exclusively with staff**

04    **and not inmates?**

05          A.   The only inmates that would be up there were

06    those that are authorized, and that would be the low

07    custody open bay housing inmates, which would be your

08    staff canteen inmate and your VP orderly inmate.  Those

09    are the only inmates allowed up there.

10          **Q.   Okay.**

11          A.   So you would technically be around at least

12    two inmates, possibly.

13          **Q.   Okay.  I'm going to continue the search.  But**

14    **by the way, so actually going back here for a second,**

15    **the staff searches entrance gate, that would not involve**

16    **inmates though, obviously in a dormitory, right?**

17          A.   Incorrect.  Open bay inmates are still in a

18    dormitory.  I think what you're trying to state is,

19    would it be an inmate from an AMU dormitory?  AMU does

20    not leave their housing, and they're not subjugated to

21    any secondary assignments such as staff canteen inmate

22    or VP orderly inmate.

23          **Q.   So between two and three o'clock, you were**

24    **searching -- you were searching staff though, not**

25    **inmates?**



01      A.   Yeah.  Absolutely.

02      Q.   Okay.  I'm just trying to understand.  I

03 appreciate it.  This is November 13th, second shift.

04 Do you see that at the top?

05      A.   Yes.

06      Q.   Scrolling down, there's an overtime page where

07 it says your name.  Do you see that?

08      A.   Yes.

09      Q.   And it says 6.2 hours?

10      A.   Yes.

11      Q.   Okay.  Is it fair to say that you worked --

12 well, what does that mean, 6.2 hours?  Did you work 6.2

13 hours second shift, overtime?

14      A.   So I'm not sure.  My OSC would be able to

15 explain that because sometimes it's -- you have 6.2

16 hours of overtime that day or you're working 6.2 hours

17 into the next shift.  But we've changed our TeleStaff,

18 so I wouldn't really be able to answer that question.

19      Q.   Okay.  I'm going to continue my search.  Now,

20 I've come to Sunday, November 13th, 2022, third shift.

21 Do you see that?

22      A.   Um-hum.  Yes, sir.

23      Q.   I'm going to scroll down, and do you see your

24 name here?

25      A.   Yes.

01      Q.   All right.  To the left of that, it says

02   officer DART/search.  Do you see that?

03      A.   Yes.

04      Q.   And from -- that's from 3:00  P.M. to 11:30

05    P.M.  Do you see that?

06      A.   Yes.

07      Q.   What does that mean, DART/search?  What are

08   those duties?

09      A.   So DART is something we specifically train

10   for.  Jackson Correctional Institution is the only AMU

11   institution in the entire nation.  And what that

12   consists of is a standalone DART team, which, as you can

13   see on this roster, there's four DART officer slots.

14   And if you scroll up, there'll be a DART sergeant spot.

15   And what that means is if we have an activation where we

16   have rioting, we have protocols and policy that would

17   have us suit up, manage weapons, live fire, lethal,

18   things like that and we would contain a situation.

19         You have to go through different kinds of

20   training for it and once you're DART certified, you have

21   yearly training that follows it.  So that's the first

22   part is DART.

23         The second part is search, which basically

24   means as the previous page that you saw before, during

25   the hours before the shift of the next start, you would

01    be up present during staff searching and you would be

02    assisting with that, helping people get in, searching

03    their bags, x-raying machines, pat searching them.

04    It's considered a secondary duty.

05         Q.   And that search really refers to staff as

06    opposed to inmates, searching staff as opposed to

07    inmates.

08         A.   Every officer on the compound has a duty to

09    search any inmate during their eight and a half hours.

10              So I don't think it has less to do with

11    searching inmates.  I just think it has more to do with

12    searching staff because that's our secondary duty as a

13    DART officer or a DART sergeant.

14         Q.   Okay.  I'm just going to search for your name

15    here again.  So right below that officer DART/search

16    third shift November 13th, there is -- your name comes

17    up again under secondary duties.  Do you see that?

18         A.   Yes.

19         Q.   And to the right is escort detail?

20         A.   Yes.

21         Q.   3:20  P.M. to 5:20  P.M.?

22         A.   Yes.

23         Q.   Does that mean you were doing escort detail

24    from 3:20 to 5:20  P.M.?

25         A.   Absolutely.

01    Q.    Okay.  What does escort detail mean?

02    A.    So when we have movement on our compound at

03    Jackson Correctional Institution, we have a mandate

04    where you essentially follow and help lead lines of

05    inmates and they stay in corrective order until they get

06    from point A to point B.  And then from point A or from

07    point B back to point A in which the DART team are

08    escorts on those situations, as well as medical

09    emergencies.  So if we had an inmate that had a medical

10    emergency in a dormitory, we would go to the dormitory

11    and assist them and medical either putting them on a

12    stretcher, assist them with any kind of medical --

13    wheelchair needs that they have and bring them back to

14    medical.  So we would escort them again from point A to

15    a point B.  We don't really allow inmates anywhere on

16    our compound without an escort.

17    Q.    And would that be something that you would

18    exclusively be doing that sort of escorting, or could -

19    - would there be other things you might do during that

20    period of time?

21    A.    So the hours that you would put it as the 3:20

22    to 5:00, that would be the hours that third shift begins

23    feeding.  So feeding essentially means that they call

24    specific dormitories out of the dormitory to the chow

25    hall where we escort them.  And for about two hours,



01    maybe longer some days, maybe less some days depending

02    on how many inmates come out, we do that constantly

03    until the whole compound is fed.

04         **Q.   Is there a separate -- well, where is the --**

05    **does each dorm have its own eating unit, or do -- is**

06    **there a single unit in the prison?**

07         A.   I don't know what you mean by unit, but

08    there's a specific dining hall that we escort -- they're

09    from their dormitory to the dining hall and then back

10    again.

11         **Q.   Okay.  And are you familiar with H -- I assume**

12    **you're familiar with H Dorm?**

13         A.   Yes.

14         **Q.   What is H dorm?**

15         A.   H dorm is a T-shaped unit dormitory that is a

16    secured housing unit.  We consider it our confinement

17    status unit, which means our AC status, DC status, CM

18    status, PM status.  Inmates are housed there for a

19    duration until either DR Court can be held or they can

20    be transferred off the compound.

21         **Q.   And do inmates in H dorm, are they taken to**

22    **the eating unit outside of H Dorm?**

23         A.   So all of our dormitories, excluding H Dorm,

24    are considered general population.  When inmates fight,

25    stab each other, they show that they can't handle being



01    in a general population, so they're sent into a

02    confinement unit.  When they're in a confinement unit,

03    like I previously stated, it's a secured housing unit,

04    which means you have at minimum one to two inmates per

05    cell.  That's the only amount you can put in a cell and

06    the cell door is closed at all times.  There has to be

07    at least two officers present at a cell door for the

08    door to even be opened.

09          So during feeding, what the dining hall does

10    is they fill up carts with the amount of inmates per

11    wing, and they -- like I said, it was a tea unit, so

12    three carts go out and each officer has a cart for their

13    wing and they give out trays and drinks and cups and

14    everything, and they feed their entire wing by

15    themselves.

16    **Q.   If you were not assigned to -- if you were**

17    **assigned to escort detail as it shows you were on this**

18    **third shift, would you be involved in feeding inmates**

19    **actually inside H Dorm?**

20          A.   So I'm a woman and H Dorm is a gender specific

21    post.  I didn't know if you knew that, but a woman

22    cannot be on the floor of H Dorm.  The only place they

23    can be in confinement is in the bubble unless they're

24    having an authorized controlled use of force, which that

25    would mean they're doing it for -- if an inmate is



01    specifically lashing out and we have policies that go

02    with it.  But as far as DART detailing goes, it's a yard

03    position and a staff searching position.

04          So you would never, unless you got called into

05    the dormitory, be there and I explicitly wouldn't

06    because I'm a woman.

07    **Q.    Okay.  So it sounds like you're saying that H**

08    **Dorm, the officers who would be working in there except**

09    **in the bubble -- well, actually would a female work in**

10    **the bubble in the officer booth in H dorm?**

11    A.    So --

12    **Q.    In H Dorm?**

13    A.    So when you look back at those previous ones

14    where it said officer in H Dorm and then it had my name

15    by it, that's actually the station that I worked at, is

16    in the bubble.  So that's the only -- like I said

17    previous, that's the only place a woman can work in H

18    Dorm, is in the bubble because the post itself is a

19    gender specific post.

20    **Q.    Understood.  Now, let's going back -- going**

21    **back to escort detail, what kind of -- what would you**

22    **generally do during this period of time?  You would be**

23    **-- would you be stationed in one place or you would be**

24    **moving inmates from one dorm to the eating unit back and**

25    **forth?  Can you describe in more detail what that**



01  entails?

02      A.   Can you be more specific about the time you're

03  asking about?

04      **Q.   Sure.  So this period of time, escort detail**

05  **3:20  P.M. to 5:20  P.M. that -- on this -- as on the**

06  **roster, I'm trying to get a sense of what you would've**

07  **been doing regarding inmates and eating.**

08      A.   So --

09      **Q.   Or anything else.  Anything else that would**

10  **involve the escort detail.**

11      A.   Okay.  Sure.  I'll try to break it down again

12  a little bit more detail than I did before.  So you will

13  go into your briefing.  You're assigned to DART, that's

14  your post.  You get your equipment, you walk down the

15  compound.  Security 9, which is typically a sergeant

16  who's over the yard will call out a dormitory to be

17  ready for chow.

18          That dormitory will notify their inmates, it's

19  chow time, you guys are up for chow.  Make sure you're

20  ready.  Make sure you're in Class A.  They're dressed

21  appropriately and that way they can get all of their

22  attention however they do it, by intercom, by gently

23  knocking and telling inmates on the windows, by flashing

24  the lights.

25          There's various means that we have to just



01    tell inmates it's chow time.  When that happens, escort

02    teams, DART teams, if you're not assigned to center gate

03    as a DART position, because there is one position on

04    DART that you would stand at center gate or centralized

05    gate, and you just observe the movement because there's

06    a metal detector there and the other escort team would

07    go down there with Security 9.  The dormitory would

08    release inmates from the dormitory.  We would get a

09    count of the inmates.  We would make sure the door is

10    secured, whatever door they came out of from their

11    dormitory.

12          And then they would call in -- Security 9

13    would call in the count, the dorm, the wing to chow.

14    The control room takes note of that and myself and other

15    DART team members would walk with the inmates all the

16    way up through centralized gate to the dining hall.

17          And then some would stay behind and that way

18    whenever they leave the dining hall, we follow them back

19    while the other DART team members are coming up.  So

20    that way there's always a constant escort and movement.

21    **Q.   When -- excuse me, when you take an inmate to**

22    **-- back from dining to their dorm, would you -- how far**

23    **into the dorm would you go under this escort detail?**

24    A.   To the door.  What we do is we make sure that

25    they come out safely, we secure the door so the door's



```
01   secured.  So we have a very strict policy on making sure
02   that we have secured housing units.  When they walk
03   back, you follow them until their completion, you follow
04   them, the last inmate will go in, and then you go behind
05   and you secure the door again.
06        Q.   When you say door, which door are you
07   referring to?
08        A.   The outside door that the inmates come out of.
09   It's considered an exit door.
10        Q.   Okay.  Do you -- would you have to go into the
11   dorm to get an inmate or inmates?
12        A.   If the officer inside the bubble said that
13   maybe an inmate was trailing behind or was still getting
14   dressed, I might step in and say, Hey, you know, how
15   much longer is it going to be?  Make sure you have your
16   ID on you.  Anyone else coming to chow?  Last call for
17   chow.  And then I would escort that inmate out and we
18   would secure the door.
19        Q.   Now, that -- would you have been involved in
20   -- well I guess I'm wondering, do you -- aside from H
21   Dorm, all the other dorms are general population, right?
22        A.   Yes, sir.
23        Q.   So if you went to G Dorm, for example, would
24   you -- how far into G Dorm would you go to get inmates
25   for the escort detail?
```



01          A.   So that's what's really great about our AMU

02     units, is we have a lot of extra staff that we put in

03     there.  So as far as yard detailing goes, G dorm staff,

04     pat searches one and escorts the inmate from the quads.

05              So there's four quads inside of the AMU unit.

06     The quad -- one quad would come out at a time.  The

07     staff inside pat search one their inmates, inmates come

08     outside line up.  And then from there I would be present

09     outside.  I would never particularly go inside because

10     we have enough staff that are monitoring and having that

11     movement, and those staff secured their own doors.  So

12     --

13          Q.   Okay.

14          A.   -- it's not in my policy to secure their

15     doors.

16          Q.   So when you say you would stay outside, do you

17     mean like physically outside?

18          A.   Yes.

19          Q.   Okay.  For Sunday, I just did another search.

20     This is the last place you come up in this document.

21              Sunday, November 13th, 2022, third shift.

22     Again, you are listed.  Do you see yourself listed here?

23          A.   Yes.

24          Q.   Okay.  And to the left of that is Officer

25     DART/search.  Do you see that?

```
01        A.   Yes.

02        Q.   Okay.  All right.  I'm going to now share

03   another document.  This is a housing unit checklist for

04   H Dorm for November 4th.  I'm going back in time a

05   little bit to November 4th, 2022.  Do you see that?

06        A.   Yes.

07        Q.   Okay.  I'm going to scroll to the bottom of

08   this page here.  Do you see your signature on the bottom

09   left?  I can --

10        A.   Yes.

11        Q.   Okay.  So you were the secure cell housing

12   unit officer?

13        A.   Yes.

14        Q.   Okay.  And are -- I'm scrolling back up to the

15   top.  Did your initials -- or actually, are these your

16   initials on the first two lines or first and third line?

17        A.   Yes.

18        Q.   DJ?

19        A.   Yes.

20        Q.   Okay.  I'm going to scroll down some more.

21             Do you see this, this is now the housing unit

22   log time -- starts with time 3:20 and there's a bunch of

23   rows here and initials.  Are those your initials on the

24   right?

25        A.   Yes.
```

```
01          Q.   Okay.  And on this next page as well 3:30 log

02    of events, it says post orders, present, read and sign

03    by all staff assigned.  I'm just using that as an

04    example.  3:30  P.M., that's your -- those are still

05    your initials?

06          A.   Yes.

07          Q.   Okay.  Okay.  And again, at the bottom here

08    there's a signature D. Jones.  Is that your signature

09    for housing officer?

10          A.   Yes.

11          Q.   Okay.  I'm going to move on to the same

12    document, but for November 8th, 2022.  Do you see that

13    on your screen?

14          A.   Yes.

15          Q.   Okay.  And the first and third lines they say

16    -- do you see your initials DJ?

17          A.   I do see my initials, yes.

18          Q.   Okay.  And once again, I'm just going to

19    scroll down to the bottom.  And do you see your

20    signature there under -- for secure cell housing unit

21    officer?

22          A.   Yes.

23          Q.   Okay.  And you signed that on November 8th,

24    2022?

25          A.   Yes, that's what it says.
```

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                              Page 34

01        Q.    Okay.  And then the next page shows log of

02    events.  And again, first line is 3:30  P.M.  Do you see

03    your signatures, your initials rather, on the right side

04    of the page?

05        A.    From the screen that I can see, yes.

06        Q.    Okay.  And I'm going to scroll down.  And do

07    you see your signature there?  Housing officer signature

08    D. Jones.  Do you see that?

09        A.    Yes.

10        Q.    Is that your signature?

11        A.    Yes.

12        Q.    Okay.  I'm going to now, moving on, show you a

13    photograph of Bernard Wilson, which was taken from the

14    FDC online -- their website.  This has been turned over

15    to your attorney as well.  Do you recognize this person?

16        A.    No.

17        Q.    Okay.  Do you -- does the name Bernard Wilson

18    ring any bells for you?

19        A.    Only the fact his name, that I was served

20    papers with it.

21        Q.    Okay.

22        A.    Doesn't mention anything.

23        Q.    Do you remember having any interaction with

24    Mr. Wilson at any time other -- in your personal memory?

25        A.    Nothing that stands out.  I've worked in the

01    department for over three years, so I've interacted with

02    thousands of inmates.

03         Q.   That's fair.  But Mr. Wilson in particular, do

04    you remember in particular him?

05         A.   No.

06         Q.   Okay.  I'm going to show you another inmate.

07              This is Webens Veillard, spelling,

08    V-E-I-L-L-A-R-D, Webens, W-E-B-E-N-S.  This is also a

09    photograph from the FDC online website.  Do you

10    recognize this individual?

11         A.   No.

12         Q.   Okay.  All right.  One second.  Now, you were

13    -- I'm going to stop the share for a second here.  You

14    were -- the back then, you were assigned to -- on

15    November 4th and 8th to the third shift as we just

16    discussed, correct?

17         A.   Yes.

18         Q.   Okay.  What time does third shift officially

19    start?

20         A.   As I stated previously, third shift is from

21    the hours of 3:00 to 11:30.

22         Q.   Okay.  What time would you ordinarily actually

23    arrive to work?

24         A.   I can tell you when I arrive now.  As of two

25    years ago, I can't remember.  I'm very punctual when it

01    comes to things, so I don't show up exactly on time.  I
02    like to be a little early.
03        Q.   Approximately how early do you think you
04    usually are?
05        A.   Now?  Oh, absolutely, probably 30 minutes
06    before clocking in.  I'm pretty much always on there.
07        Q.   Were you -- going back a couple years, and I
08    understand it's been a couple of years, but do you have
09    any recollection of how early you would typically show
10    up to work back then?
11        A.   Every shift is different.  And again, I've
12    worked for the department over three years.  I've worked
13    every single shift.  It really depends.  Day shift is
14    much more busy, so the search process takes longer, so
15    it behooves you to show up early.  As far as 3:00 to
16    11:00, there typically isn't a lot of movement inside
17    the institution so you can kind of show up later or
18    earlier, depending on if you want canteen that day.
19            Or night shift, if you show up at time.  It
20    really just depends on the shift.  So I can't really
21    recall when I showed up before.
22        Q.   Okay.  And when you -- when you do get to
23    work, let's suppose you get -- like now you get to work
24    approximately 30 minutes early, you said, what do you do
25    during those 30 minutes just to get a sense?  Would you



01    go straight to your assignment, or would you go

02    someplace else?  What would you do?

03        A.    So when you show up, you have to wait until

04    shift briefing.  You can show up however early you want,

05    as long as it's within an hour before your shift

06    briefing starts the visitation park opens and you just

07    get searched in, your baggings get done.  The reason I

08    show up 30 minutes before is so that I can go ahead, get

09    searched in, go through the process, might take 10

10    minutes, who knows, get my bag, organize my -- because

11    you have to take out all your belongings.  You know,

12    take out all your belongings, and I just recess

13    everything.

14        I get my notebook out and I review stuff from

15    the day before that I did and notes that I've taken and

16    things that I might have to do or things that my

17    captains have said or good quotes from them that I feel

18    that are good training points for new officers or

19    policies that I've written about that I feel like would

20    be good points in discussing with new staff or things

21    that maybe I missed that I didn't get to the day before.

22    So that 30 minute window really allows me to not just

23    kind of start my day, but reflect on the day before and

24    then improve my day of.

25        Q.    Where do you spend that time?



```
01        A.    In the visitation park.

02        Q.    Okay.  So your shift starts at three o'clock.

03              Do you then go through a security search right

04   at three o'clock or do you -- five minutes before or

05   what's the timing on that?

06        A.    So when we were discussing the DART position

07   and the staff searching, staff searching between those

08   hours, you essentially would be searched in, when you

09   come in during those hours.  They don't start when your

10   briefing starts, you would be searched as you come in

11   and then at your assigned time at three o'clock, for

12   three -- for third shift, you take a fingerprint, you

13   fingerprint scan that you're on the clock, it registers

14   you in.  Everyone who's on 3:00, 11:00 does this.  They

15   all sit back down.  And then we start our briefing and

16   post assignments, which our captain would stand up there

17   and just basically state where everyone's going to be at

18   for the day.

19              Things that he wants to tell us or inform us

20   or things that are happening within the department that

21   he feels like we should know, things we can improve on.

22   Just a generalized briefing.

23        Q.    And that starts, that briefing starts at three

24   o'clock?

25        A.    Yes, sir.  Every briefing will start at the
```



01   beginning of an assigned shift.

02       **Q.    And that briefing is in the visitation area?**

03       A.    The visitation park, yes.

04       **Q.    Okay.   So -- and then after that briefing --**

05   **how long does the briefing usually last?**

06       A.    Again, it just depends on the captain.   Some

07   captains just want to give people their post assignment

08   and say, go relieve the next shift.   Some people choose

09   to have a generalized discussion.   Some people open the

10   floor up.   Some people can go over Secretary Dixon's new

11   speeches.   So it can vary, but the general amount is as

12   long as you have a briefing from the time you start till

13   before 30 minutes where the next shift would need to

14   clock off, a captain has the liability to hold you

15   during briefing.   So from 3:00 to 3:30 on third shift is

16   when a captain could have his briefing in its entirety.

17       **Q.    Okay.   So would a -- so if you were supposed**

18   **to get to -- what would you -- I'm trying to understand.**

19   **You would have the briefing and even if the briefing, if**

20   **I understand correctly, is let's say 10 minutes, you**

21   **would still be held for the remainder of the time until**

22   **it's time for you to go to your post?**

23       A.    No, sir.   I feel like maybe you didn't

24   understand what I was saying.   A captain has the ability

25   from three o'clock to 3:30 to tell his briefing and his



01   post assignments.  And then once that's briefing is

02   finished, then we go onto the compound, we relieve the

03   off-duty shift, and once we've reached the dormitory,

04   that's when we usually start our logs.  As you've seen,

05   one of my logs stated at 3:20, that's the time that we

06   had come into the dormitory.  So probably 3:15, he ended

07   his briefing, took maybe five minutes to walk down, 3:20

08   we were in the dormitory, I was writing my log, that's

09   when it stated.  That way, by the time their shift comes

10   up, takes five minutes to walk up, they clock out at

11   3:25, 3:30 like they're supposed to.

12       Q.   So the -- you would be in the dorm as early as

13   like 3:20, something like that?

14       A.   You can be in a dormitory as early as three

15   o'clock if you chose to, but you would have to be given

16   that post assignment per your captain and given leave

17   basically to go ahead and head down to your post before

18   the rest of briefing left.

19       Q.   Now, back in 2022, the November 4th and 8th,

20   you were assigned to H Dorm, would you -- is that a post

21   that you would get to early, if you recall, or kind of

22   right before?  Well, let me put it this way.

23   Actually, we looked at the post shifts -- I'm sorry.

24       A.   It's okay.

25       Q.   I don't work for FDC, so --



01          A.    Yeah.

02          Q.    -- I don't know this as well as you.  Let me

03     go back here to share my screen.  Okay.  I'm going to go

04     back to, for example, the housing unit log for -- okay,

05     this is November 4th, 2022.  Do you see that on your

06     screen?

07          A.    Yes, sir.  I see it.

08          Q.    Now, I'm going to scroll down.  You identified

09     your signature earlier.

10          A.    Yes, sir.

11          Q.    Now we go to the next page.  So now we see

12     time 3:20, third shift on duty.  It says the following

13     staff received all information, assume the duties and

14     responsibilities of the housing unit.  Now, to the right

15     of that first line, your initial is there, right?

16          A.    Yes, sir.

17          Q.    So what does that time tell you?  Does that

18     tell you that you -- well, what does that tell you?

19          A.    So I typically check my watch whenever I walk

20     into a dormitory and I'll say, okay, well it's 3:20 when

21     I walked in.  By the time it takes to walk in the door

22     to go up to the bubble and to grab a log might be a

23     minute.  So I know the staff that's walking with me, as

24     you can tell, like our lieutenant, Lieutenant K.

25               King that's listed, he came in at 3:26, he's

01  about six minutes after us.  So whenever he came in, I

02  wrote down the time, showed him the dormitory, wrote

03  down his equipment that we had for it, and so on and so

04  forth.

05      **Q.   Okay.  By the way, it also says 3:20 -- about**

06  **three -- seven lines down, 3:22  P.M., Officer D. Jones,**

07  **PBA Number 3.  What does that mean?**

08      A.   So when it says 3:22  P.M., that means at that

09  time, so two minutes after 3:20, when I came into the

10  dormitory, I had taken PBAH3, I had taken radios 90 --

11  is that 9010?  It's tiny for me.  I think it says 9010

12  and --

13      **Q.   It does say 9010**

14      A.   And then 1056.

15      **Q.   Correct.**

16      A.   So I had taken that equipment, and I had put

17  it on my persons.  The bubble officer typically has two

18  radios, one for the main unit radio traffic, and one for

19  H Dorm itself, because H Dorm works on its own radio

20  frequency that way, they're not distracted by main unit

21  traffic.  So that basically just means at that time I

22  had all of that equipment.  I don't need cuffs or gas

23  when I'm in the bubble because I'm not interacting with

24  any inmates to utilize those things.

25          I could technically put it on, but it's in my



01  best judgment that if I'm not actually going to use them

02  or utilize them, why would I put them on just to wear

03  them in a bubble.

04      **Q.   And when you're in the H Dorm bubble of the**

05  **officer station, what is your job there?  What are your**

06  **duties?**

07      A.   So one of the duties as you can see here, is

08  just a log of events.  I log the events that happen

09  within the dormitory.  I notify the officers if there's

10  emergency traffic and an inmate has gotten sprayed or

11  gassed on the yard and they need a decontamination

12  shower.  I let them know if we have any officials coming

13  onto our dormitory, such as our captain walking in,

14  majors, colonels, things like that, that they would want

15  to be made aware about.  Because typically they have

16  small meetings in the lieutenant's office when they come

17  in and they walk -- have a walkthrough.  And an

18  inspection is what another word for it would be.  I

19  would open cell doors, open wing doors, open --

20      **Q.   Tell me about --**

21      A.   -- doors.

22      **Q.   I'm sorry, I interrupted you.  What was the**

23  **last thing you just said?**

24      A.   Open emergency doors.

25      **Q.   Tell me about opening wing doors.  How -- tell**



01  me about that process.

02       A.   So as I said previously, hotel is our only

03  secured housing unit.  You can't have one door open and

04  then open another door without that previous door being

05  closed.  The same thing goes for the cells.  You have to

06  have two officers present at the cell front door for me

07  to even open the door.  The door can be opened

08  theoretically, but it's in our policy that I'm not

09  supposed to buzz the door without at least two officers

10  or above present.

11       Q.   Okay.  And so, when -- how do you know when to

12  open the door?  Is it on radio traffic?  How does that

13  work?

14       A.   So two things, an officer will radio over it

15  saying Officer John Doe to bubble officer or Officer

16  Jones, as I was at the time, wing one.  And that means

17  wing one door.  And when they say that, I look over in

18  my bubble and I verify that he's at wing one door and I

19  open the door, watch him exit the door, watch and close

20  the door and then verify on the actual screen or panel

21  that we use that the door is secured.  If it's not

22  secured, I radio the officer that the door needs to be

23  secured and then the officer would walk over there and

24  secure the door.

25       Q.   What about -- that's an exterior door or like



01   a door to the dorm as opposed to like a cell door?

02        A.   So that's a couple things.  You have exterior

03   doors, which are the front door and the back door, and

04   then you have wing doors that are inside of the actual

05   housing unit.  So imagine a sally port essentially, once

06   you walk into the building, that has doors leading into

07   the wings.  So the only way you could be able to walk

08   outside a wing is if you opened an emergency exit door

09   or you open a wing door and then followed by an outside

10   falling door, which would be your front door and then

11   your back door.

12        Q.   So what about for opening a cell door for an

13   inmate?  What's the protocol for that?  You said two

14   officers have to be present, I guess, at the door.

15   How does that radio traffic work?

16        A.   So to answer your question fully, our policy

17   states that an officer, one of the two, will radio such

18   as if it's 1101 Officer John Doe to Officer Jones, hotel

19   1101, they would say 1101.  I look over, I'd make sure

20   there were two officers present at the door.  I would

21   make sure the door isn't already unsecured, and then I

22   would press on the panel for the door to open and then

23   press again for the lock to be unreleased.

24             They would open the door together and then

25   they would close the door behind them.  But that's only



01  after handcuffing inmates.

02      Q.   Okay.  And you can see all the doors from your

03  booth?

04      A.   Absolutely.  We consider it a bird's eye view.

05      Q.   And how many wings are you looking at?

06      A.   Again, it's a T Dorm wing, so three wings.

07      Q.   Okay.  And the video -- is there video being

08  recorded during the day?

09      A.   There's video being recorded at all time

10  within H dormitory.

11      Q.   Okay.  Do you have any ability to review

12  videos as you're there in the booth?

13      A.   Absolutely.

14      Q.   Okay.  How does that work?

15      A.   You would go onto the computer monitor, you

16  would go into a settings application, and then you would

17  select the date and time in which you wanted to review,

18  and you would press play in which it would show the date

19  and time you had requested and all cameras that you had

20  requested on it would show the video footage from that.

21      Q.   Is that true for H Dorm?

22      A.   Yes.  That's -- I'm speaking of H Dorm.

23      Q.   Okay.  And do you need any kind of security

24  clearance from like a supervisor to be able to review

25  that video?

01          A.    The video camera is always on, so there's no

02    clearance.    I think the only thing that you might need

03    is a password, maybe.

04          **Q.    So if you -- so I'm trying to understand.    So**

05    **let's suppose that there's some -- you want to go back**

06    **and look at some video from 30 minutes before, you have**

07    **the capability to do that?**

08          A.    Absolutely.

09          **Q.    And do you have to go ask a lieutenant or a**

10    **captain or anyone higher up than you for permission to**

11    **do that?**

12          A.    As a bubble officer, it's actually one of your

13    job duties to review video footage in case you see

14    miscellaneous activity within a wing that maybe you

15    didn't catch at that moment.    Possible inmates opening

16    flaps when they're not supposed to.    Just particularly

17    anything in a dormitory, it's the officer's duty to go

18    through the video footage and review it.    So no, I don't

19    need any permission from a supervisor to review footage.

20          **Q.    Okay.    And is that something that, you know,**

21    **on a particular shift that you would commonly do going**

22    **back --**

23          A.    Absolutely --

24          **Q.    -- going back and reviewing footage?**

25          A.    Yes, sir.    Absolutely.    We go through footage



01  every day.

02      Q.   Okay.  And how many -- in H Dorm, how many

03  cameras are there in H Dorm, if you know?

04      A.   I don't know.

05      Q.   Okay.  How many monitors do you have in the

06  bubble?

07      A.   We have one monitor for all the cameras.  So

08  we have a big camera screen that has -- shows all the

09  ones you can filter through, and then we have a computer

10  monitor that we do our job duty on.

11      Q.   Okay.  You mean like paperwork on that job

12  computer?

13      A.   Yes.

14      Q.   Okay.  And the one monitor, that's like a big

15  TV someone might have in their living room?  Something

16  like that?

17      A.   It's not like a TV.  I would say it's more

18  like another computer monitor, just a little bit bigger

19  and it just shows all the panels of computers and

20  cameras.  I mean, it shows all the squares of cameras.

21      Q.   Okay.  Are all of the squares of camera

22  visible at all times or do you sometimes have to rotate

23  through them?

24      A.   So you have them visual at all times open.

25          And if you want to look at a specific one, or

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

```
01   maybe you need it zoomed in more, you just click on that
02   specific square, and it pulls up that camera feed.
03        Q.   Okay.  Going back to November, 2022, do you
04   remember if the video was black and white or color?
05        A.   Everything is colored camera.
06        Q.   Okay.  So black -- so back in November, 2022,
07   the -- your recollection is that the cameras were,
08   excuse me, color?
09        A.   Since I've been working in the department, I
10   have not witnessed a camera that is in black and white.
11        Q.   Got it.  Okay.  Do those cameras in H Dorm
12   have -- do they record audio?
13        A.   I believe so, yes, sir.
14        Q.   Okay.  When you review video, are you able to
15   listen to the audio as part of that review?
16        A.   You can.
17        Q.   Okay.  Do you have speakers in the booth for
18   that?
19        A.   We don't have speakers designed for it, our
20   computer monitor, as I believe most computers have a
21   speaker within it that you can hear it from.  But if one
22   chose to grab speakers, they absolutely can.
23        Q.   Okay.  Now -- go ahead.
24        A.   You would have to look back on the camera,
25   record it, put it to a flash drive, put it into your
```

01  computer, and then listen through it that way for you to

02  hear anything.  So it's not immediate.

03      Q.  But in terms of actually looking at video

04  without hearing it, you could just --

05      A.  See it.  Yes, sir

06      Q.  You could see it, but if you want to hear it,

07  you have to kind of separate it out.  Is that what

08  you're saying?

09      A.  Yes.

10          MR. TARJAN:  Okay.  I'm going to stop the

11      share for a moment here.  Do you need a break?

12          We've been going for about an hour.  Would you

13      like a five-minute break?  Anybody?

14          MR. KVERNE:  I'm okay.

15          MR. TARJAN:  Ms. Jones?

16          THE WITNESS:  I'm okay.  Thank you.

17          MR. TARJAN:  Madam Court Reporter.

18          THE COURT REPORTER:  I'm fine, thank you very

19      much.

20  BY MR. TARJAN:

21      Q.  Perfect.  We'll keep going.  Now, I wanted to

22  go back to November 4th, 2022.  There was as you may

23  have read in the complaint, there was an allegation --

24  well, there was an allegation -- a pre allegation made

25  by Mr. Vayard against Mr. Wilson.  Prior to this

01    lawsuit, did you hear anything about such an allegation?

02        A.    No.

03        Q.    All right.  Now, on November 8th, just a few

04    days later, Mr. Wilson alleges that he was placed in a

05    dorm with Mr. Vayard, even though Mr. Vayard had made

06    pre allegations against him earlier.  And that

07    Mr. Wilson alleges as well that the two of them then

08    fought while officers did nothing to stop the fight.  Do

09    you remember hearing anything about that incident

10    outside of this lawsuit?

11        A.    No.

12        Q.    And just to be clear, did you ever discuss

13    that incident with Jonathan Granger?

14        A.    What incident?

15        Q.    This fight that Mr. Wilson refers to in his

16    complaint.  Did you ever discuss any such incident with

17    Jonathan Granger?

18        A.    I haven't spoken to any of the people that

19    have been brought up on this case about this case at

20    all.

21        Q.    Okay.  All right.  Let's go back to the -- I'm

22    going to share my screen again.  Okay.  Now, I'm showing

23    you an incident report from November 13th, 2022.  Do you

24    see this report on your screen?

25        A.    Yes.  It's very small.

01        Q.    Okay.  Let me see if I can blow it up a little

02    bit.  Do you see that better?

03        A.    A little better.

04        Q.    Okay.  The reporting employee is Lieutenant

05    Eric Gibson, and it says person involved, Officer Daniel

06    Jones.  Do you see that?

07        A.    Yes.

08        Q.    And it says date of incident, November 13th,

09    2022.  Do you see that?

10        A.    Yes.

11        Q.    Okay.  Now, there's -- do you see a details of

12    incident here section?  Are you able to read that?

13        A.    Do you want me to read it or are you asking -

14    -

15        Q.    Yeah.  Sure.  Go ahead.  You don't have to

16    read it out loud, but if you want to read it to

17    yourself.

18        A.    Okay.

19        Q.    Okay.  Do you have any recollection of this

20    incident?

21        A.    No.  I've searched so many cells and things.

22        Q.    Okay.

23        A.    In my three years, I've seen a many, many

24    reports that look just like this.  Anytime we find

25    contraband, typically an incident report just like this

01  will be written including, you know, the inmate's name,

02  DC number, where we found it, that's part of our policy

03  that we have it and just exactly what he says, photos of

04  contraband were taken.  So this is like a standard form

05  of when we conduct cell searches and things.

06       Q.    Okay.  I'm going to just scroll down a little

07  bit more.  You can see Eric Gibson's, shift supervisor

08  signature.  Do you see that there?

09       A.    Um-hum.  Yes sir.

10       Q.    Okay.  All right.  It was reviewed by Officer

11  Colonel Brad Schoup, is what it looks like.  Do you see

12  that?

13       A.    Yes.

14       Q.    Okay.  There's also the warden's signature,

15  Heath Holland.  Do you see that?

16       A.    Yes.

17       Q.    Going to the next page.  Now, this is an

18  inmate impounded property list.  Do you see that?

19       A.    Yes.

20       Q.    And do you see inmate's name, Wilson Bernard?

21       A.    Yes.

22       Q.    And it says institution, Jackson Correctional

23  Institution.  Do you see that?

24       A.    Yes.

25       Q.    Date property stored 11/13/2022?

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 54

```
01        A.    Yes.

02        Q.    And do you see the items suspected tobacco,

03   two grams?

04        A.    Yes.

05        Q.    Okay.  I'm scrolling down.  Do you see there's

06   now a signature of officers inventorying property.

07   There's November 13th, there's E. Gibson.

08   Do you see that?

09        A.    Yes.

10        Q.    And do you see below Gibson's signature D.

11   Jones, printed?

12        A.    Yes.

13        Q.    And then do you see your signature?

14        A.    Yes.

15        Q.    Okay.  And that's from November 13th, 2022?

16        A.    Yes.

17        Q.    Okay.  Is it fair to say that you -- based on

18   this document, you were involved in impounding some

19   tobacco?

20        A.    Absolutely.

21        Q.    Okay.  Just to sort of finish the process

22   here, there is a chain of custody document that we

23   received.  You can see subject Wilson Bernard.  Do you

24   see that?

25        A.    Yes.
```



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 55

```
01        Q.   And evidence description, approximately one

02   two gram of tobacco.  See that?

03        A.   Yes.

04        Q.   And you see cell G4-108 -- G4-108L under the

05   sheet of his assigned bunk.  Do you see that?

06        A.   Yes.

07        Q.   Okay.  And it was recovered by Officer

08   Danielle Jones, 143689.  Do you see that?

09        A.   Yes.

10        Q.   And do you see date 11/13/2022?

11        A.   Yes.

12        Q.   And you see time 5:05  P.M.?

13        A.   Yes.

14        Q.   And you see from inmate Wilson Bernard

15   DCT24935?

16        A.   Yes.

17        Q.   And that's date 11/13/2022, as well?

18        A.   Yes.

19        Q.   Okay.  And it looks like -- you see method of

20   transfer, hand delivered?

21        A.   Yes.

22        Q.   Okay.  So it looks like it was delivered to

23   Lieutenant Eric Gibson.  Does that appear to be correct?

24        A.   Yes.

25        Q.   And the time is 5:10  P.M., that it was
```

01    delivered to Lieutenant Eric Gibson?

02         A.    Yes.

03         Q.    And then it says from Lieutenant Eric Gibson,

04    November 13th, 2022, to evidence safe time 5:20  P.M.

05    Do you see that?

06         A.    Yes.

07         Q.    Okay.  Now, I'm scrolling down some more and

08    I'm going to just sort of make this a little smaller.

09    Do you see a picture?

10         A.    Yes.

11         Q.    Okay.  And what is that a picture of?

12         A.    It looks to be the contraband.

13         Q.    Okay.  Is that a scale that it's on?

14         A.    Yes.

15         Q.    Okay.  So that's like a downward photograph

16    looking down at the contraband?

17         A.    Yes.

18         Q.    Okay.  Now, I'm also going to show you a min's

19    incident report.  Do you see that on your screen?

20               I'm going to make this a little larger for you

21    -- easier for you to read.  Do you see that?

22         A.    Yes.

23         Q.    Okay.  Now, do you see like four rows down,

24    incident date 11/13/2022?

25         A.    Yes.

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 57

```
01        Q.    Okay.  And incident time 17:05?

02        A.    Yes.

03        Q.    Okay.  Is that a, yes?

04        A.    Yes.  Sorry.

05        Q.    Okay.  No problem.  And do you see under

06    reporting employees, there is Eric Gibson and then

07    there's also witness Danielle Jones?

08        A.    Yes.

09        Q.    Okay.  And do you -- if you want to take a

10    second to read the description of the incident?

11        A.    No, I believe I -- it's just a reiteration of

12    what we just had.

13        Q.    Okay.  And this is the end of the -- that

14    min's report.  Okay.  Having gone through this,

15    sometimes people's memories are jogged, when they go

16    through documents.  Do you have any recollection of this

17    incident at this point?

18        A.    No.

19        Q.    Okay.

20        A.    Oh sorry.

21        Q.    It's okay.  One second.

22        A.    Um-hum.

23        Q.    Okay.  Let me just talk briefly about your

24    relationship, and I just mean that in whatever context,

25    with the other defendants and individuals involved in
```

```
01   this lawsuit.  Did you -- you're familiar with Jonathan
02   Granger?
03        A.   I know him from work, yes.
04        Q.   Okay.  Did you ever socialize with him at any
05   point?
06        A.   Socialize such as what?
07        Q.   Outside of work?
08        A.   No.
09        Q.   Okay.  Did you -- how would you describe your
10   working relationship with him at -- your working
11   relationship with him?
12        A.   Professional.
13        Q.   Professional.  Did you work with him in H
14   Dorm?
15        A.   I believe so.
16        Q.   Okay.
17        A.   I've worked with him in different capacities.
18             Him being a sergeant in other dorms, me being
19   on the yard, him being on the yard.  When you work
20   together for so long, you, kind of, been in so many
21   posts that you've worked with many people over time.
22        Q.   That's fair.  What about -- well, let me ask
23   this with Mr. Granger, would you -- was your -- would
24   you say your relationship with him, and again, that
25   could be in a platonic context, I'm not trying to imply
```



01    anything, would that be in terms of -- would that --

02    when you say professional, would that be -- could there

03    be banter involved?  Could it be, you know, friendly?

04            I guess, I'm trying to understand, you know,

05    like what type of -- you know, what that was like, your

06    relationship with him.

07        A.    I go into work with the mindset of this is the

08    place that I am going to follow our policies, our

09    procedures, my co-workers are here to work just as much

10    as I am.  We're here to keep each other safe.  We're

11    here to walk out of the compound the same way we walked

12    in.  And I don't particularly like involving my personal

13    life with my professional life.  So as far as people at

14    work, I pretty much keep them as that at work.

15        Q.    Okay.  And what about Joshua Cozy?  What was

16    your relationship with him?

17        A.    The same, just professional.  Everyone in this

18    case, I've only been co-workers with in that capacity.

19    I've never socialized with him outside of the

20    institution.

21        Q.    Okay.  And that's true for Step'han Stoudemire

22    as well?

23        A.    Step'han Stoudemire, yes.

24        Q.    Stoudemire.  Thank you.

25        A.    It's okay.  It's a hard one.

01      Q.   Okay.  What is the -- when you go -- like

02  looking at that -- you had a chance to look through that

03  incident report regarding Mr. Wilson and the search.

04  How do you go about doing a search like that?

05      A.   So any officer, at time under, under any posts

06  can search anything or anywhere that they choose to.

07  It's part of our safety and security policies that we

08  have in place.  Especially, if we see things that might

09  seem out of the ordinary.  We also have randomized

10  searches where you might just pick someone from a hat

11  that you decide or flip a coin and say, I'm going to go

12  here today and search this dorm.  There's not really an

13  order about it unless a captain has an authorized mass

14  search and that way all the officer's searches on the

15  institution would come to a centralized location and

16  search specific area.

17      Q.   And that search was, I believe, in G Dorm,

18  actually?

19      A.   Yeah.  The search you're referencing as I read

20  it, it seems like it's just a standard cell search where

21  an officer, myself, walking around, walked into a cell,

22  maybe saw or smelled something.  If it -- the

23  contraband, states it was tobacco, I have a very

24  sensitive nose, so typically if I smell something like

25  that, I'll go into a cell and search and 9 times out of



01  10, I'm pretty good at what I do.

02      Q.   Got it.  Is G Dorm an open bay dorm or are

03  there cells?  Like how does that lay out?

04      A.   So open bay you're referring to is non AMU.

05          AMU are only F and G, and F and G are quad

06  dorms, so they're considered general population.  Their

07  doors -- there's two people to a cell, but the doors can

08  be secured.  They're typically secured during counts and

09  then during nighttime when they sleep.

10      Q.   Okay.  But -- so it's not -- so it's not an

11  open bay place with like lots of rows and rows of bunks?

12      A.   No, sir.

13      Q.   Got it.  So two people can be in a cell.  The

14  cell might be locked, but it might just be open?

15      A.   So all doors are physically secured open

16  whenever we're not in count and whenever they're not

17  asleep.  And there are two bunks inside of a cell where

18  at minimum and maximum one to two inmates can be living

19  in that cell.  There's also two lockers, one for the

20  lower bunk, one for the upper bunk, in which case two

21  inmates can be in that cell.  If there's more than two

22  inmates in a cell, it's actually a policy to tell

23  inmates to exit the cell until there is that two inmate

24  minimum in there.

25      Q.   Okay.  And when you -- when you search a cell,



01    you make sure that there are no inmates in the cell?

02         A.    So our policy for searching cells is to have

03    two officers present.  When there are two officers, you

04    don't need to have an inmate present at cell front while

05    search because your secondary witness is your officer,

06    your second officer with you, in which case your second

07    officer would be standing with you at the door, and

08    you'd be searching inside the cell.  They would be a

09    present witness to that.

10         Q.    Okay.  Do you know who was your secondary

11    witness back on November 13th, 2022?

12         A.    I don't recall.

13         Q.    Let me show you the document again.  Okay.

14    So this is the first page.  Do you see that?

15         A.    Yes.

16         Q.    Okay.  I'm going to scroll down.  Tell me if

17    you want me to stop at any point so you can tell me who

18    the second officer was.

19         A.    You can stop right there.

20         Q.    Okay.

21         A.    So when it talks about -- the first sentence,

22    assigned as a G dormitory lieutenant, so it's stating

23    that I, Officer Danielle Jones had produced contraband.

24              So basically, that I had found contraband

25    within the cell.  It's our policy that we contact the



01    lieutenant of that dormitory, and we show them the

02    contraband and that lieutenant makes the decision of if

03    that contraband is worth -- or is a punishable offense

04    for them to be taken out of AMU and then into a

05    confinement placement.  So I can't go into a cell, find

06    contraband and say, this inmate's going to confinement,

07    to H Dorm.

08           That's not in my -- it's not my right.  Only a

09    lieutenant and above can do that.  So here it just says

10    that I produced the contraband.  It doesn't actually

11    state who was with me.

12        **Q.    Okay.  Do you know whether this was like a**

13    **search where you just happen to, you know, come across**

14    **the cell and your nose gave you a signal?  Or was this,**

15    **you know, you went to the cell, like, with another**

16    **officer to conduct the search?  What was your intent?**

17        A.    So again, it's our job duty and I believe a

18    good responsibility for us to produce contraband

19    whenever we have searches to the point where when we

20    search, we search effectively.  That being said, not

21    every search is going to produce contraband.  And

22    oftentimes, no matter where you're assigned, officers of

23    the dormitory will request aid in searches.  So we just

24    go to dormitories and we will walk around with an

25    officer assigned or a sergeant assigned to dormitory and



01  two at a time we'll go into a cell and just search

02  different cells that they have listed and place out.  I

03  don't have any recollection of why it's just stated that

04  I did.

05       Q.   Okay.  And would you have written any kind of

06  report based on that search result?

07       A.   Not necessarily.  If my lieutenant felt that

08  it was worthy of a report and he wrote the report

09  himself, then it wouldn't be my place to write a

10  secondary report.  His report is more substantial than

11  my report.

12       Q.   Okay.  So in other words, you wouldn't

13  necessarily write a report for finding something like

14  tobacco in this situation?

15       A.   In this situation, because he wrote his

16  report, it wouldn't be in my best interest to write one

17  because he supersedes my rank.

18       Q.   Got it.  And again, with the eye on trying to

19  determine whether anybody else conducted the search with

20  you, was an observer, was a witness, I'm just going to

21  scroll through the document and if you see anything that

22  indicates such a person, just please let me know.  Okay?

23       A.   When you had scrolled through it the first

24  time, I was looking.

25       Q.   Okay.



01      A.   I didn't see any other name besides myself and

02  Lieutenant Gibson.

03      **Q.   Got it.  Okay.  So you're -- as you sit here**

04  **today, you're not sure whether there was a witness to**

05  **your search or not?  An officer is a witness?**

06      A.   I know there was a witness, I just don't

07  recall them.  Anytime I go into a cell and search, I

08  make sure there's another officer with me.

09      **Q.   Okay.  And that officer, would they go into**

10  **the cell with you, or they would just stay outside the**

11  **cell?  What do they do?**

12      A.   Absolutely.  Yeah.  They're present as a

13  witness.  Yes, sir.

14      **Q.   But would they stay outside the cell and**

15  **watch, or would they go into the cell with you?**

16      A.   It really just depends.  If they choose like

17  -- if they choose to search alongside with me, they can.

18  If they choose to stay at the door, they can.

19          Some people like to stand at the door and look

20  out in case inmates don't like you being in their cell

21  and want to create an altercation and come inside the

22  cell, sorry, sometimes the officer stands at the

23  doorway.

24  But you can have two people in the cell or at the door.

25  It really just is personal preference.



01      Q.   So and if you are walking along and suddenly

02   your nose tells you, I think there's, for example,

03   tobacco in this particular cell, you would first -- you

04   would always first get another officer to come and be

05   present during your search?

06      A.   So when I walk around the quad, I don't enter

07   a quad without another officer.  So I wouldn't -- we --

08   there wouldn't even be a situation where I would be

09   alone by myself and other officers have the same

10   policies with them.

11      Q.   Okay.  So when you're working on the floor of

12   G Dorm, you would always have -- you would always be

13   with another officer?

14      A.   Absolutely.

15      Q.   Okay.  Does that mean that the other officer

16   is, like, close to you or would the officer -- does that

17   mean the officer could be on the other side of the dorm

18   keeping an eye on you or how does that work?

19      A.   So we have what's called of sight, of sound

20   and of mind.  If you are not within sight or within

21   sound of another officer, you're in the wrong.  So at

22   all times we will be in sight of each other, let alone

23   within sound.  So typically, most time, either I'll

24   trail behind them, or they'll trail behind me and we'll

25   walk the quads together.



01    Q.   Okay.  Have you ever had an inmate file a

02    complaint against you and then had your supervisor

03    review the matter with you?  I guess, I'm trying to get

04    at whether if someone filed, for example, a grievance

05    that you might actually -- even though a grievance might

06    be confidential, that because you're involved in the

07    grievance that your supervisor might still nevertheless

08    speak with you.  So that's really what my question is

09    asking about.  So have you ever had an inmate file a

10    complaint against you and then had your supervisor

11    review the matter with you?

12    A.   Grievances are only held for OIC's.  Anyone

13    who's an officer or sergeant wouldn't have access and

14    wouldn't have the discussion with them.  Only OIC's

15    discuss that.  There's a whole policy in regards of who

16    they speak to, where they get their witness statements

17    from.  As far as I'm aware, I don't recall any

18    grievances that have been against me other than this.

19    Q.   Okay.

20    A.   And I don't think it is a grievance.  I think

21    this is a lot more.

22    Q.   I'm sorry, what was the -- What did you say?

23    I didn't hear.

24    A.   I said I don't think this is a grievance.  I

25    think this is a lot more.  So this is the first.





01          Q.    What do you mean -- what do you mean a lot

02    more?

03          A.    Well, we're at court right now, so --

04          Q.    Got it.  All right.  I don't have too many

05    more questions, but here we go.

06    Are you familiar with the N word?

07          A.    That's a very bad word, Mr. Joshua.

08          Q.    I agree.  Correct.  That's why I'm not even

09    saying it, but it's a word that begins with an N, ends

10    with an R and has two G's in the middle.  Do you know

11    what I'm referring to?

12          A.    Yes, I do.

13          Q.    Okay.  Have you ever heard any officers use

14    that word?

15          A.    Have I ever heard any officers?

16          Q.    Yes.

17          A.    Not in my official capacity.  I've heard of

18    people of and then being written up and having

19    disciplinary action, but I've never personally, I don't

20    believe in my connection, had people next to me speak of

21    that because it's very, what I would consider aggressive

22    and abusive language.  And we don't tolerate that in the

23    Florida Department of Corrections.

24          Q.    And you say that I've heard of -- you said

25    you've heard of officers being written up for that.

01          Would that -- do you know of those officers as

02    being a Jackson?

03        A.   No, I've only heard of where people from other

04    states will have, oh, look at this, you know, bad

05    officers saying this, or jail counties and stuff you'll

06    see on like a news pamphlet or stuff like that so -- but

07    I've never in my capacity heard people speak like that.

08        Q.   Okay.  Have you ever heard of any FDC officers

09    using that language?

10        A.   Not to my knowledge.  Not that I can recall,

11    no.

12        Q.   Okay.  Have you -- are you familiar with the

13    term, snitch?

14        A.   Yes.

15        Q.   Okay.  What does snitch mean to you?

16        A.   It means that you witnessed something and you

17    either reported or you vocalized it, and people are

18    upset when you vocalize things that you have seen or

19    heard.

20        Q.   Have you ever heard any Florida Department of

21    Corrections officers use that term to refer to an

22    inmate?

23        A.   Not in my capacity.  We don't -- we're very

24    strict on professionality at our workplace.  As far as,

25    that kind of verbiage, that's more like a social

```
01   construct, not really in our professional capacity.
02        Q.   Okay.  But have you, personally, ever heard
03   any FDC officer in any capacity use that term to refer
04   to an inmate?
05        A.   No.
06        Q.   Are you familiar with the term writ writer?
07        A.   Say that again.
08        Q.   Writ writer.
09        A.   Can you spell it?
10        Q.   W-R-I-T and then the word writer?
11        A.   No.  I don't even know what that means.
12        Q.   Okay.  Are you familiar with any terms that
13   are used to refer to inmates who write grievances?
14   Like a pejorative negative term?
15        A.   No.  Just an inmate writing a grievance.
16   I've never heard of some slang they call it.
17        Q.   Okay.  Have you ever seen any FDC officers
18   abuse any inmates?
19        A.   Absolutely not.
20        Q.   All right.  Are you aware of officers -- FDC
21   officers ever retaliating against inmates?
22        A.   Absolutely not.
23        Q.   Are you aware at all of any officers being --
24   FDC officers being arrested throughout the FDC system
25   for crimes against inmates?
```

01       A.   I'm aware that it can happen.  I just -- I

02   don't know personally anyone, or I haven't heard of

03   anything.  Again, I don't keep a lot of social media, so

04   I don't follow things like that.

05       Q.   Okay.  Are you aware of officers -- FDC

06   officers retaliating against inmates?

07       A.   No.

08       Q.   Okay.  One second.  Okay.  I'm almost done.

09            But now that we've spoken now for almost an

10   hour and a half, we've talked about a lot of different

11   things, is there anything regarding any of these

12   incidents on November 4th, November 8th, November 13th,

13   2022, that has come to mind since we begun and that you

14   haven't told me?

15       A.   No.  Again, you're speaking about something

16   that happened years ago, so a lot of it is very common

17   things that could have happened to inmate Joe Burn,

18   Jolly Sue.  I mean, it could have been anybody that

19   you're speaking of because it's just common that we do

20   searches, that we work in certain posts, things like

21   that, so no.

22       Q.   Okay.  When you find contraband in a cell,

23   would you -- what -- you find -- I guess I'm trying to

24   understand, like in this case you find tobacco, you --

25   what do you -- what do you then do?  Do you immediately

01    cuff up the inmates, take them to confinement, you go

02    talk to your supervisor?  What's the next step?

03         A.   So when you find contraband within a cell, you

04    complete the cell search until it's completion.

05              And then we would secure the door closed so

06    that way inmates cannot steal other items in case

07    someone does go to jail.  Because again, I don't have

08    the authorization to lock them up.  Then it's in our

09    policy that I would take that contraband to and OIC,

10    either the OIC of that dormitory or the shift OIC, which

11    would be my captain, and he would make the determination

12    based off of what contraband I found, if it was a DR

13    worthy contraband or if it was lockup worthy contraband.

14    So in that instance that lieutenant decided to put that

15    inmate in confinement for the contraband.

16         Q.   Okay.  So, that was DR worthy confine -- that

17    was DR worthy contraband?

18         A.   Confinement status placement.

19         Q.   Okay.

20         A.   So a DR goes with it.  It's kind of like a

21    square and a rectangle.  Not every rectangle is square,

22    but all squares are rectangles.  All lockups have a DR,

23    but just because you write a DR doesn't mean they go to

24    confinement.

25         Q.   So in this case though, Mr. Wilson did go to



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 73

01    confinement?

02         A.    Yes.  It seems so.

03         Q.    Do you remember, or can you tell -- do you

04    know whether you escorted him to confinement?

05         A.    I don't recall.

06         Q.    Is there any way you would be able to

07    determine that from any records?

08         A.    No, I can tell you this though.  Typically, if

09    you're involved, say, in the specific lockup and the use

10    of force and the DOI that you have written, you would

11    not specifically escort that inmate.  Another officer or

12    sergeant would take over that escort and escort them

13    away.  That way there's no possible, what's the wording,

14    interference of him going to confinement, possible

15    retaliation, anything like that.  That way they make

16    sure you have unbiased people at all times.

17         Q.    Okay.  So is it possible that you might have

18    taken Mr. Wilson to confinement as part of an escort?

19         A.    No.

20         Q.    And where would it be recorded who did take

21    Mr. Wilson to confinement?

22         A.    Hotel.  Hotel cameras.  It would be more

23    possible if we were very short staffed if I did, or it

24    would be more possible if I've ever escorted him

25    previously.  But I -- again, like I don't remember that

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 74

01   day.

02        Q.   Okay.

03             THE COURT REPORTER:  You said what cameras?

04             THE WITNESS:  So how far back, the cameras or

05        the escort?

06             THE COURT REPORTER:  Escort, that one.

07        Escort cameras.  Thank you.

08        A.   So as far as the escort, if we're so short

09   staffed it's possible that if we didn't have enough

10   staff that I would, because I didn't use force on him,

11   it's just I found contraband, brought him up.  But more

12   than -- or if I've escorted him previously, like if he

13   had a medical emergency or something like that, or if he

14   was going to chow, he would've been in the line, that's

15   more plausible.  In a sense, I could say like that

16   probably happened.  But as far as that day, it is just

17   been so long.  I don't specifically recall any of it.

18   BY MR. TARJAN:

19        Q.   But in other -- but -- so you sort of

20   distinguish between maybe finding contraband on someone,

21   like in a line as opposed to finding contraband in a

22   cell.  Is it possible if the staff was short -- if it

23   was short staffed that -- and you find contraband in a

24   cell, that you might escort the inmate in that case as

25   well?

01     A.   So that's up for the OIC to decide.

02          Typically, if you find contraband, you

03   wouldn't really have a reason to retaliate on the

04   inmate.  If you used force on inmate, it'd be more

05   reasonable like, hey, because you used force, we're

06   worried that you might want to retaliate, so you're not

07   going to do the escort, someone else is going to pick up

08   the escort.

09          If you find contraband, every single officer

10   on this compound has found contraband, nuisance,

11   contraband, damage contraband, state contraband, violent

12   contraband.  If you find it, it's considered a non-

13   retaliation thing.  Like they wouldn't be worried that

14   you would get them back or something, like it wouldn't.

15     **Q.   So it's fair to say that if you were short**

16   **staffed, because it's not like a use of force, it's only**

17   **contraband, that in that case it's conceivable that you**

18   **might escort the inmate to confinement in that short**

19   **staff situation where you were searching a cell.**

20   **Is that correct?**

21     A.   If we were.  But I think I remember looking at

22   the docket and every spot was filled, so I doubt it.

23   It's a highly unlikely possibility.

24     **Q.   Okay.  But as you said here today, you're not**

25   **certain.**



01        A.   Yeah.  I don't -- two years ago is a long time

02   to, kind of, try to recall a lot of things.

03             MR. TARJAN:  Okay.  I don't have any more

04        questions.  Mr. Kverne?

05                       CROSS EXAMINATION

06   BY MR. KVERNE:

07        Q.   Yeah.  I have a couple questions.  Ms. Jones,

08   are you okay just for a little bit?

09        A.   Yeah.  Just tired.

10        Q.   Okay.  I don't have any questions for you.

11             So first, do you know anything about the

12   November 4th incident?

13        A.   No, sir.

14        Q.   And that was -- Mr. Tarjan had referenced that

15   it was a PREA complaint.  Do you know anything about

16   that?

17        A.   Only as much as you -- he has told me.  No.

18        Q.   Okay.  And he being, Mr. Tarjan?

19        A.   Yes, sir.

20        Q.   Okay.  What about the November 8th incident?

21   Do you know anything about that?

22        A.   Not that I recall.

23        Q.   Okay.  Do you -- on November 8th of 2022, what

24   would've been your normal shift on that day?  Do you

25   remember?



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 77

```
01        A.   It would be third shift, 3:00 to 11:00, 11:30.

02        Q.   So 3:00 to 11:30 --

03        A.   Yes.

04        Q.   -- on that day?  Okay.  So if the incident

05   occurred at two o'clock, you wouldn't have been

06   involved?

07        A.   No, sir.  That's -- I wouldn't even be on the

08   compound by then.

09        Q.   Okay.  And I think we went through the records

10   earlier and it appeared that you maybe had signed in at

11   around 3:30?

12        A.   Yes, sir.

13        Q.   Okay.  Then November 13th, when you found this

14   tobacco, you said you don't really remember this at all,

15   right?

16        A.   No, sir.

17        Q.   Do you remember any conversation you may have

18   had with Mr. Wilson or anything?

19        A.   No.

20        Q.   Okay.  And you said you don't remember who the

21   other officer was that was helping you with the searches

22   on that date?

23        A.   No.

24        Q.   Okay.  A couple of things I wanted to follow

25   up about that.  You said, when Mr. Tarjan was asking you
```

01    questions, that you make sure to have a second officer,

02    why?

03         A.    That way we have accountability.  That way in

04    case there's no cause of saying, hey, this person

05    planted this item.  There's no cause of saying, hey,

06    they ruined his room or put them in danger or stole any

07    items that he has.  That way it just verifies as a

08    second witness because part of our creed is that we

09    don't lie, we don't steal, we tell the truth, we have a

10    duty to act and respond.

11         Q.    Okay.  And you're certain that you had a

12    second witness on that day, right?

13         A.    Absolutely certain.

14         Q.    Okay.  Is there any other reason why you may

15    need to have a second officer there during a search like

16    that?

17         A.    I can't think of any reason why someone

18    wouldn't want a second officer there.  That just puts

19    you in more reason to question why you're in the cell.

20         Q.    Okay.  And then you said you don't enter the

21    quad by yourself.  What do you mean -- why?

22         A.    For safety is one and security.  So not to say

23    that two people can fight off 50 inmates, but absolutely

24    if I'm getting assaulted, my second officer can call for

25    backup and then we can have appropriate force.  Or in



```
01   such case as cell searches, I don't have to wait and
02   call if I see something I can act right then in that
03   moment, say, "hey, we'll go in the cell", we search the
04   cell, we find the contraband, and then we leave the cell
05   as quick and efficient as possible.
06        Q.   Okay.  One moment.
07        A.   Of course.
08        Q.   You said earlier that you did receive a copy
09   of the complaint that was filed against you, right?
10        A.   Yes, sir.
11        Q.   Okay.  I'm going to share my screen, I'm going
12   to show you a portion of it.  One sec.  All right.  Can
13   you see that?  Do you need me to zoom in?
14        A.   Please zoom in.
15        Q.   Okay.
16        A.   I should have done it on the computer.
17        Q.   Is that better?
18        A.   Yes.  Yes, that's much better.
19        Q.   Okay.  One of the allegations was that during
20   -- on November 13th, 2022, you visited G Dorm and then
21   you searched the Plaintiff's cell for contraband?
22        A.   Yes, sir.
23        Q.   Okay.  And then it says in the complaint that
24   you didn't find any contraband.
25        A.   It says that, but that's incorrect.
```



01      Q.   Okay.  And then it also says that you escorted

02   the Plaintiff to confinement.  You said that that could

03   have been possible, but you were fairly certain it

04   wasn't.  Is that correct?

05      A.   Yes, sir.  When he showed the previous post

06   listing, we had all of our spots filled, so there

07   wouldn't be a reason why I would need to be on it.

08      Q.   Okay.  If you were -- if, let's say

09   hypothetically, you were escorting the inmate, there --

10   the Plaintiff says you made a statement, specifically,

11   it's this statement right here.  "Didn't they tell you

12   not to report that little incident and you filed that

13   grievance anyway.  So your snitch is going to suffer.

14        I will make your stay here at AMU a living

15   hell you fucking rat."  Did you ever say that to

16   Mr. Wilson?

17      A.   Absolutely not.  I don't use profanity as best

18   I can avoid.

19      Q.   Okay.  Is that a type of statement in any way,

20   shape or form that you would've ever made?

21      A.   Absolutely not.

22      Q.   Okay.  All right.  One moment.  Give me one

23   moment.  I'm going to pull up another portion of the

24   complaint.  Let me just find it real quick.

25      A.   Yeah.  Absolutely.



01      Q.   Okay.  I'm going to share a copy of the

02  complaint with you.  All right.  You can see again?

03  You can see the complaint again?

04      A.   Yes.

05      Q.   Okay.  So where it says here on November 8th,

06  the Plaintiff was escorted by Granger and there was a

07  statement from Cozy to Granger.  Based on your

08  interactions with Ingram and Cozy and then Granger, have

09  you ever heard any of them say any of those types of

10  statements before?

11      A.   No.

12      Q.   Do they seem like the type of people that

13  would make that type of statement to you?

14      A.   Absolutely not.  All the people that were

15  listed in this complaint are very professional

16  individuals.

17      Q.   Okay.  And then in a situation where two

18  inmates are saying that they shouldn't be housed

19  together, what would've been -- how would that -- how

20  would that be handled?

21      A.   So inmates can say they don't want to be

22  housed together just because they don't like each other.

23  It's not our discretion.  Inmates are housed together

24  based off their compatibilities.  If two inmates have a

25  reason to not be housed together, such as they're in

01    fear of their life, they believed them to have a

02    pre-allegation, they would be separated immediately.  An

03    investigation would occur.  A lieutenant or an OIC would

04    be present, and it -- there's a whole process involved.

05    So they would have to express that and then our policy

06    would follow.

07        Q.   Now, I want you to -- well, I just want you to

08    take a look at Paragraphs 21 through 25, and then I'm

09    going to continue to scroll down.

10        A.   Okay.

11        Q.   And then keep going to 29, pretty much.

12        A.   Okay.

13        Q.   All right.  The complaint alleges that you saw

14    all of that.  Do you remember seeing any of that?

15        A.   Absolutely not.

16        Q.   If you had seen any of that, what would you

17    have done?

18        A.   I have a duty to respond.  So absolutely, one;

19    I would not have opened the door.  That verbal language

20    is abusive and conductive, and I would call an OIC, an

21    OIC would be present, and they would take the officers

22    out of that situation.

23        Q.   Okay.  That was number one.  Is there anything

24    else you would've done?

25        A.   Well, lots of things.  I would call ICS,



01  there'd be an incident if they were actually fighting or

02  having instance of PREA, stuff like that.  They would be

03  separated immediately, call for other officers to escort

04  them, maybe put them in a dry cell.  That way evidence

05  could be collected if there is evidence.  A nurse would

06  be present, the nurse themselves would look over the

07  inmates for injuries of their allegations that they're

08  claiming, and then an investigation would conclude.

09          MR. KVERNE:  One moment.  Okay.  I don't have

10      any further questions.  Thank you.

11                  RE-DIRECT EXAMINATION

12  BY MR. TARJAN:

13      **Q.   I just have a couple of follow up questions.**

14          **Ms. Jones, were you able to, from the**

15  **photograph, tell what type of tobacco that was?**

16      A.   From the photo?

17      **Q.   Yeah.**

18      A.   I'm not aware from the photo, just because

19  it's so small.  But whenever we submit incident reports,

20  we have a duty to tell the truth.  If we lie on incident

21  report, it's subject to stuff, and then that contraband

22  is tested by another person.  In that case it was and

23  then it was given into an evidence locker and then

24  further testing happened.  So if it was put into all

25  that and nothing was kicked back, that's what it was,

01  essentially.  That's how we know.

02       Q.   Okay.  But are you -- can you say any more

03  about the type of tobacco that was in that photograph?

04       A.   That it's wrapped in cellophane.

05       Q.   Okay.  Anything else?  From the reports, from

06  the nature of the -- of that incident, are you able to

07  tell me what type of tobacco was -- you're saying was

08  confiscated?

09       A.   What kind?  Like do you mean like the brand?

10       Q.   Brand, anything about it?

11       A.   So it's loose tobacco.  There's no branding on

12  it.  I can tell you that.  It's wrapped in cellophane so

13  it's just leafy loose tobacco wrapped in plastic.

14       Q.   Okay.

15       A.   About two grams.

16       Q.   Are FDC employees allowed to bring cigarettes

17  to work?

18       A.   FDC employees are allowed to bring in one pack

19  of cigarettes or one can of smokeless tobacco into work.

20       Q.   So they can bring in one pack of cigarettes

21  and what was the last thing you said?

22       A.   One can of smokeless tobacco, so that'd be

23  chewing tobacco.

24       Q.   Okay.

25       A.   Or referred to as dip.



01      Q.   Okay.  Do you know whether the tobacco in that

02   plastic bag was chewing tobacco?

03      A.   I have no recollection of what it was.

04      Q.   Okay.  And what happens to contraband once

05   it's, you know, through that chain of custody?  Where

06   does it end up?

07      A.   As it's stated in the final page, it goes into

08   an evidence locker.  As far as it goes past that, I have

09   no idea what happens to it.

10            MR. TARJAN:  Okay.  All right.  Mr. Kverne, do

11       you have any other questions?  I'll just ask

12       Ms. Jones --

13            MR. KVERNE:  No questions.

14   BY MR. TARJAN:

15      Q.   -- were my -- thank you.  Ms. Jones.  Did you

16   understand all my questions today?

17      A.   Yes.

18      Q.   Is there anything you want to clarify or state

19   at this point about anything in this deposition?

20      A.   No.

21      Q.   Okay.  Have my questions been fair?

22      A.   I think being two years away from a date

23   doesn't necessarily quantify as fair.  I think it's your

24   job to investigate things that are brought to you, but I

25   wish it was much sooner so I could actually speak on

01  what's happening and show you evidence of things that

02  you're questioning against.  And I feel sad that you

03  don't get that justification.

04      Q.   But aside from that, have my questions today

05  been otherwise fair?

06      A.   I guess.

07      Q.   Well, my questions -- have my questions felt

08  to you antagonistic?  For example, have I been, you

09  know, jumping down your throat?  Have I been doing

10  anything that would seem, you know, sort of unfair,

11  undiplomatic, unsportsmanlike, etcetera?

12      A.   I don't feel like you've been unprofessional.

13          MR. TARJAN:  Okay.  Thank you.  So Mr. Kverne,

14      do you want to go over reading and waiving?

15          MR. KVERNE:  Yes.  She's going to read a copy

16      of the transcript.  What that means, Ms. Jones, is

17      basically, the Court Reporter has been creating a

18      copy of the transcript and everything that's being

19      stated here.  You have an opportunity to read it to

20      make sure that everything that you've said and that

21      she recorded were accurate and line up with each

22      other.  So for example, let's say you said he and

23      the Court Reporter recorded she, as an example, you

24      can make a change on a document called an errata

25      sheet to make sure that it's accurate, that type of

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                      Page 87

```
01        thing.
02             THE WITNESS:  Fair enough.
03             MR. KVERNE:  Well, I just want you to read it
04        to make sure that it's accurate because this is --
05        it's testimony that's taken under oath and can be
06        used against you in court and possibly in the
07        future.  So we just need to make sure it's accurate
08        for you.  Okay?  So you're going to read a copy of
09        it.  Madam Court Reporter, I'll arrange the reading
10        of it.  We're also going to purchase a copy of the
11        transcript.  Just an electronic copy.
12        I do not need a hard copy of it.
13             THE COURT REPORTER:  You got it.  May I
14        address the read letter to you, Erik, and then you
15        address it to your client?
16             MR. KVERNE:  That's fine.  Yeah.
17             THE COURT REPORTER:  Okay.  I appreciate that.
18        Thank you for confirming.  Mr. Tarjan, are you
19        going --
20             MR. TARJAN:  And I'm --
21             THE COURT REPORTER:  -- to order?
22             MR. TARJAN:  Yes.  I'm going to order an
23        electronic copy as well.  No rush.
24             THE COURT REPORTER:  You got it.  Standard
25        delivery.  I'll have a copy for you, Eric, and an
```



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 88

```
01        original for you, Josh.

02             MR. TARJAN:  Thank you.

03             THE COURT REPORTER:  My pleasure.  May I go

04        off record everyone.  Oh, before I go off record,

05        Josh, you were mentioning documents on the record.

06             Those will not be marked as exhibits.  I just

07        want to confirm that, correct?

08             MR. TARJAN:  I'm not going to mark those as

09        exhibits at this time.

10             THE COURT REPORTER:  I appreciate you

11        confirming that on the record.  The time is now

12        3:54  P.M., we are going off the record.

13             (Deposition concluded at 3:54 P.M.)

14             (Reading and signing of the deposition by the

15        witness has been reserved.)

16

17

18

19

20

21

22

23

24

25
```



```
01                    CERTIFICATE OF REPORTER

02   STATE OF FLORIDA

03   COUNTY OF BROWARD

04

05       I, CATHERINE ROJAS, CER, Court Reporter and

06   Notary Public for the State of Florida, do hereby

07   certify that I was authorized to and did digitally

08   report and transcribe the foregoing proceedings, and

09   that the transcript is a true and complete record of my

10   notes.

11       I further certify that I am not a relative,

12   employee, attorney or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorneys or counsel connected with the action, nor am

15   I financially interested in the action.

16

17       Witness my hand this 27th day of December, 2024.

18

19

20

21

22   CATHERINE ROJAS, CER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA

23

24

25
```



```
01                     CERTIFICATE OF OATH

02    STATE OF FLORIDA

03    COUNTY OF BROWARD

04

05         I, CATHERINE ROJAS, CER, the undersigned

06    authority, certify that DANIELLE KIMBERLYN JONES,

07    appeared before me remotely pursuant to Florida Supreme

08    Court Order AOSC20-23 and was duly sworn on the 16th

09    day of December, 2024.

10

11         Witness my hand this 27th day of December, 2024.

12

13

14

15

16    _____
      CATHERINE ROJAS, CER, Court Reporter
17    Notary Public, State of Florida
      Notary Commission No: HH 327747
18    Notary Commission Exp: 01/16/2027

19

20

21

22

23

24

25
```



```
01   DATE:        December 31, 2024
     TO:          Danielle Kimberlyn Jones
02   C/O          Erik Kverne, Esquire
                  Florida Office of the Attorney General
03                PL-01 The Capitol
                  Tallahassee, Florida 32399-4120
04   IN RE:       Bernard D. Wilson v. Lieutenant Ingram
                  CASE NO:  5:23-CV-00253-TKW-MJF
05
     Dear Ms. Jones,
06
            Please take notice that on December 16, 2024, you
07   gave your deposition in the above-referenced matter.
     At that time, you did not waive signature.  It is now
08   necessary that you sign your deposition.  You may do so
     by contacting your own attorney or the attorney who
09   took your deposition and make an appointment to do so
     at their office.  You may also contact our office at
10   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
     for further information and assistance.
11
            If you do not read and sign your deposition
12          within thirty (30) days, the original, which has
     already been forwarded to the ordering attorney, may be
13   filed with the Clerk of the Court.

14          If you wish to waive your signature, sign your
     name in the blank at the bottom of this letter and
15   promptly return it to us.

16   Very truly yours,

17   _____
18   Catherine Rojas, CER, Court Reporter
     Universal Court Reporting
19   (954)712-2600

20   I do hereby waive my signature.

21

22   _____
23   Danielle Kimberlyn Jones
     Cc: via transcript:
24                              Joshua Tarjan, Esquire

25
```



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024                    Page 92

```
1   Errata Sheet

2

3   NAME OF CASE: Bernard D. Wilson vs Lieutenant Ingram

4   DATE OF DEPOSITION: 12/16/2024

5   NAME OF WITNESS: Danielle Jones

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                        _____
```



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

---

**1**

**10**
37:9 39:20 61:1

**1056**
42:14

**11/13/2022**
53:25 55:10,17
56:24

**1101**
45:18,19

**11:00**
16:10 36:16 38:14
77:1

**11:30**
15:17 16:1,22 17:5
22:4 35:21 77:1,2

**13th**
11:10,17 17:18
21:3,20 23:16
31:21 51:23 52:8
54:7,15 56:4 62:11
71:12 77:13 79:20

**143689**
55:8

**16**
5:2

**17:05**
57:1

---

**2**

**2022**
11:10,19 14:20
15:7,25 17:1,19
21:20 31:21 32:5
33:12,24 40:19
41:5 49:3,6 50:22
51:23 52:9 54:15
56:4 62:11 71:13

76:23 79:20

**2023**
8:22

**2024**
5:2

**21**
82:8

**25**
82:8

**29**
82:11

**2:00**
19:15,22

**2:05**
5:19

---

**3**

**3**
42:7

**30**
36:5,24,25 37:8,22
39:13 47:6

**3:00**
15:17 16:1,9,22
17:5 19:15,22 22:4
35:21 36:15 38:14
39:15 77:1,2

**3:15**
40:6

**3:20**
23:21,24 24:21
28:5 32:22 40:5,7,
13 41:12,20 42:5,9

**3:22**
42:6,8

**3:25**
40:11

**3:26**

41:25

**3:30**
33:1,4 34:2 39:15,
25 40:11 77:11

**3:54**
88:12,13

---

**4**

**4th**
11:10,16 14:20
15:7,25 32:4,5
35:15 40:19 41:5
50:22 71:12 76:12

---

**5**

**50**
78:23

**5:00**
24:22

**5:05**
55:12

**5:10**
55:25

**5:20**
23:21,24 28:5 56:4

**5:23-CV-00253-
TKW-MJF**
5:18

---

**6**

**6.2**
21:9,12,15,16

---

**8**

**8:43**
18:4,8 19:6

**8th**
11:10,16 17:1
33:12,23 35:15
40:19 51:3 71:12
76:20,23 81:5

---

**9**

**9**
28:15 29:7,12
60:25

**90**
42:10

**9010**
42:11,13

**9:15**
18:5,8 19:7

---

**A**

**a.m.**
18:4,5,8 19:7

**ability**
7:19 39:24 46:11

**able**
21:14,18 45:7
46:24 49:14 52:12
73:6 83:14 84:6

**about**
10:6,14 12:5 24:25
28:2,3 31:1 37:19
42:1,5 43:15,20,25
44:1,25 45:12
50:12 51:1,9,19
57:23 58:22 59:15
60:4,13 62:21 67:9
71:10,15 76:11,15,
20,21 77:25 84:3,
10,15 85:19

**above**
44:10 63:9

---



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

**absolutely**
6:13 7:17 11:20
21:1 23:25 36:5
46:4,13 47:8,23,25
49:22 54:20 65:12
66:14 70:19,22
78:13,23 80:17,21,
25 81:14 82:15,18

**abuse**
70:18

**abusive**
68:22 82:20

**AC**
25:17

**access**
67:13

**accommodate**
13:22

**account**
12:19

**accountability**
78:3

**accurate**
86:21,25 87:4,7

**across**
63:13

**act**
78:10 79:2

**action**
14:3 68:19

**activation**
22:15

**activity**
47:14

**actual**
44:20 45:4

**actually**
12:7 17:22,23
20:14 26:19 27:9,

15 32:15 35:22
40:23 43:1 47:12
50:3 60:18 61:22
63:10 67:5 83:1
85:25

**address**
87:14,15

**after**
5:5 39:4 42:1,9
46:1

**afternoon**
5:23

**again**
8:4 15:11 16:4,6,9
17:12,13 19:13
23:15,17 24:14
25:10 28:11 30:5
31:22 33:7,18 34:2
36:11 39:6 45:23
46:6 51:22 58:24
62:13 63:17 64:18
70:7 71:3,15 72:7
73:25 81:2,3

**against**
50:25 51:6 67:2,
10,18 70:21,25
71:6 79:9 86:2
87:6

**aggressive**
68:21

**ago**
12:10 19:8 35:25
71:16 76:1

**agree**
68:8

**ahead**
37:8 40:17 49:23
52:15

**aid**
63:23

**alcohol**
7:6

**all**
7:8 10:17 11:4
12:12,14 13:15
14:17 15:2 17:4
18:1 22:1 25:23
26:6 29:15 30:21
32:2 33:3 35:12
37:11,12 38:15
41:13 42:22 46:2,
9,19 48:7,8,19,20,
21,22,24 51:3,20,
21 53:10 60:14
61:15 66:22 68:4
70:20,23 72:22
73:16 77:14 79:12
80:6,22 81:2,14
82:13,14 83:24
85:10,16

**allegation**
50:23,24 51:1

**allegations**
51:6 79:19 83:7

**alleges**
51:4,7 82:13

**allow**
24:15

**allowed**
20:9 84:16,18

**allows**
37:22

**almost**
71:8,9

**alone**
66:9

**along**
66:1

**alongside**
65:17

**already**
45:21

**also**
6:14,24 35:8 42:5
53:14 56:18 57:7
60:9 61:19 80:1
87:10

**altercation**
65:21

**always**
29:20 36:6 47:1
66:4,12

**am**
59:8,10

**amount**
26:5,10 39:11

**AMU**
20:19 22:10 31:1,5
61:4,5 63:4 80:14

**another**
14:19 15:1 31:19
32:3 35:6 43:18
44:4 48:18 63:15
65:8 66:4,7,13,21
73:11 80:23 83:22

**answer**
7:19,25 21:18
45:16

**answering**
6:16 7:1

**antagonistic**
86:8

**anticipation**
8:24 9:22

**any**
6:9,25 7:6,10 8:11,
25 9:1,3 10:2,5
11:21 12:3,22
13:20 17:9 18:14,
19 19:10 20:21
23:9 24:12 34:18,



23,24 36:9 42:24
43:12 46:11,23
47:19 51:16,18
52:19 57:16 58:4
60:5 62:17 64:3,5
65:1 67:17 68:13,
15 69:8,20 70:3,
12,17,18,23 71:11
73:6,7 74:17 76:3,
10 77:17 78:6,14,
17 79:24 80:19
81:9 82:14,16
83:10 84:2 85:11

**anybody**
50:13 64:19 71:18

**anyone**
5:23 7:2 10:10,14
30:16 47:10 67:12
71:2

**anything**
7:18 9:21 10:2
28:9 34:22 47:17
50:2 51:1,9 59:1
60:6 64:21 71:3,11
73:15 76:11,15,21
77:18 82:23 84:5,
10 85:18,19 86:10

**Anytime**
52:24 65:7

**anyway**
80:13

**anywhere**
24:15 60:6

**apologies**
16:16

**apostrophe**
13:12

**app**
12:15,17

**appear**
55:23

**appearances**
5:9

**appeared**
77:10

**appears**
15:1

**application**
46:16

**appreciate**
13:4 21:3 87:17
88:10

**appropriate**
78:25

**appropriately**
28:21

**approximately**
36:3,24 55:1

**April**
8:19

**area**
39:2 60:16

**around**
8:23 20:11 60:21
63:24 66:6 77:11

**arrange**
87:9

**arrested**
70:24

**arrive**
35:23,24

**aside**
30:20 86:4

**ask**
6:8,9,14,15,25
7:22 8:10 9:25
10:1 47:9 58:22
85:11

**asked**
7:2

**asking**
10:4 28:3 52:13
67:9 77:25

**asks**
6:10

**asleep**
61:17

**assaulted**
78:24

**assigned**
17:8 19:4 26:16,17
28:13 29:2 33:3
35:14 38:11 39:1
40:20 55:5 62:22
63:22,25

**assignment**
37:1 39:7 40:16

**assignments**
20:21 38:16 40:1

**assist**
24:11,12

**assistants**
10:3,10,14

**assisting**
23:2

**assume**
7:25 25:11 41:13

**attention**
28:22

**attorney**
5:14 10:3,7,9,13
14:25 34:15

**attorney's**
10:3

**audio**
6:22 49:12,15

**authorization**
72:8

**authorized**
20:6 26:24 60:13

**avoid**
80:18

**aware**
11:4 43:15 67:17
70:20,23 71:1,5
83:18

**away**
73:13 85:22

---

**B**

**back**
15:10 16:25 20:14
24:7,13 25:9
27:13,20,21,24
29:18,22 30:3
32:4,14 35:14
36:7,10 38:15
40:19 41:3,4 45:3,
11 47:5,22,24
49:3,6,24 50:22
51:21 62:11 74:4
75:14 83:25

**backup**
78:25

**bad**
7:12,13 68:7 69:4

**bag**
37:10 85:2

**baggings**
19:25 37:7

**bags**
19:25 23:3

**banter**
59:3

**bar**
14:22

**based**



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

54:17 64:6 72:12
81:7,24

**basic**
6:4

**basically**
18:22 22:23 38:17
40:17 42:21 62:24
86:17

**bay**
20:7,17 61:2,4,11

**became**
8:19

**because**
21:15 23:12 27:6,
18 29:3,5 31:9
37:10 42:19,23
43:15 62:5 64:15,
17 67:6 68:21
71:19 72:7,23
74:10 75:5,16 78:8
81:22 83:18 87:4

**become**
8:18

**before**
6:2,16 7:2 13:9
22:24,25 28:12
36:6,21 37:5,8,15,
21,23 38:4 39:13
40:17,22 47:6
81:10 88:4

**beginning**
39:1

**begins**
24:22 68:9

**begun**
71:13

**behalf**
5:11,14

**behind**
29:17 30:4,13
45:25 66:24

**behooves**
36:15

**believe**
8:19 10:20 14:13
15:24 17:9 49:13,
20 57:11 58:15
60:17 63:17 68:20

**believed**
82:1

**bells**
34:18

**belongings**
37:11,12

**below**
19:13 23:15 54:10

**Benny**
10:18

**Bernard**
5:17 11:11 34:13,
17 53:20 54:23
55:14

**besides**
65:1

**best**
6:20 43:1 64:16
80:17

**better**
52:2,3 79:17,18

**between**
10:2 19:6,20 20:23
38:7 74:20

**big**
48:8,14

**bigger**
48:18

**bird's**
46:4

**bit**
28:12 32:5 48:18

52:2 53:7 76:8

**black**
49:4,6,10

**blow**
52:1

**booth**
27:10 46:3,12
49:17

**bottom**
32:7,8 33:7,19

**Brad**
53:11

**brand**
84:9,10

**branding**
84:11

**break**
6:25 7:3 28:11
50:11,13

**briefing**
19:24 28:13 37:4,6
38:10,15,22,23,25
39:2,4,5,12,15,16,
19,25 40:1,7,18

**briefly**
57:23

**bring**
24:13 84:16,18,20

**brought**
51:19 74:11 85:24

**bubble**
26:23 27:9,10,16,
18 30:12 41:22
42:17,23 43:3,4
44:15,18 47:12
48:6

**building**
45:6

**bunch**

32:22

**bunk**
55:5 61:20

**bunks**
61:11,17

**Burn**
71:17

**busy**
36:14

**buzz**
44:9

---

**C**

**call**
24:23 28:16 29:12,
13 30:16 70:16
78:24 79:2 82:20,
25 83:3

**called**
5:5 9:7 12:15,17
27:4 66:19 86:24

**calling**
12:8

**came**
29:10 41:25 42:1,9

**camera**
47:1 48:8,21 49:2,
5,10,24

**cameras**
46:19 48:3,7,20
49:7,11 73:22
74:3,4,7

**can**
6:16,17 8:3 13:1,
21 14:18 17:23
22:12 25:19 26:5,
23 27:17,25 28:2,
21 32:9 34:5 35:24
36:17 37:4,8 38:21



39:10,11 40:14
41:24 43:7 44:7
46:2 48:9 49:16,
21,22 52:1 53:7
54:23 60:6 61:7,
13,18,21 62:17,19
63:9 65:17,18,24
69:10 70:9 71:1
73:3,8 78:23,24,25
79:2,12 80:18
81:2,3,21 84:2,12,
19,20,22 86:24
87:5

**can't**
6:11 8:20 25:25
35:25 36:20 44:3
63:5 78:17

**cannot**
26:22 72:6

**canteen**
20:8,21 36:18

**capability**
47:7

**capacities**
58:17

**capacity**
59:18 68:17 69:7,
23 70:1,3

**captain**
38:16 39:6,14,16,
24 40:16 43:13
47:10 60:13 72:11

**captains**
37:17 39:7

**care**
14:5

**cart**
26:12

**carts**
26:10,12

**case**
5:18 9:2,4 47:13
51:19 59:18 61:20
62:6 65:20 71:24
72:6,25 74:24
75:17 78:4 79:1
83:22

**catch**
47:15

**catching**
16:19

**cause**
78:4,5

**cell**
26:5,6,7 32:11
33:20 43:19 44:6
45:1,12 53:5 55:4
60:20,21,25 61:7,
13,14,17,19,21,22,
23,25 62:1,4,8,25
63:5,14,15 64:1
65:7,10,11,14,15,
20,22,24 66:3
71:22 72:3,4
74:22,24 75:19
78:19 79:1,3,4,21
83:4

**cellophane**
84:4,12

**cells**
44:5 52:21 61:3
62:2 64:2

**center**
29:2,4

**centralized**
29:4,16 60:15

**certain**
71:20 75:25 78:11,
13 80:3

**certified**
22:20

**chain**
54:22 85:5

**chance**
60:2

**change**
86:24

**changed**
21:17

**check**
41:19

**checklist**
32:3

**chewing**
84:23 85:2

**choose**
39:8 60:6 65:16,
17,18

**chose**
40:15 49:22

**chow**
24:24 28:17,19
29:1,13 30:16,17
74:14

**CI**
11:9 14:20 15:7

**cigarettes**
84:16,19,20

**civil**
14:3

**claiming**
83:8

**clarify**
85:18

**Class**
28:20

**clear**
51:12

**clearance**

46:24 47:2

**clearly**
6:18 7:15

**click**
49:1

**client**
87:15

**clock**
19:5 38:13 39:14
40:10

**clocking**
36:6

**close**
44:19 45:25 66:16

**closed**
26:6 44:5 72:5

**CM**
25:17

**co-**
10:18

**co-workers**
59:9,18

**coin**
60:11

**cold**
7:9,12,13

**collected**
83:5

**Colonel**
53:11

**colonels**
43:14

**color**
49:4,8

**colored**
49:5

**come**
19:22,23 21:20



25:2 29:25 30:8
31:6,7,20 38:9,10
40:6 43:16 60:15
63:13 65:21 66:4
71:13

**comes**
23:16 36:1 40:9

**coming**
20:1 29:19 30:16
43:12

**common**
71:16,19

**commonly**
47:21

**communicate**
12:22

**compatibilities**
81:24

**complaint**
9:19 11:14 50:23
51:16 67:2,10
76:15 79:9,23
80:24 81:2,3,15
82:13

**complete**
72:4

**completion**
30:3 72:4

**compound**
23:8 24:2,16 25:3,
20 28:15 40:2
59:11 75:10 77:8

**computer**
46:15 48:9,12,18
49:20 50:1 79:16

**computers**
48:19 49:20

**conceivable**
75:17

**conclude**
83:8

**concluded**
88:13

**conduct**
53:5 63:16

**conducted**
64:19

**conductive**
82:20

**confidential**
67:6

**confine**
72:16

**confinement**
25:16 26:2,23
63:5,6 72:1,15,18,
24 73:1,4,14,18,21
75:18 80:2

**confirm**
88:7

**confirming**
87:18 88:11

**confiscated**
84:8

**connection**
68:20

**consider**
25:16 46:4 68:21

**considered**
23:4 25:24 30:9
61:6 75:12

**consists**
22:12

**constant**
29:20

**constantly**
25:2

**construct**
70:1

**contact**
62:25

**contain**
22:18

**context**
57:24 58:25

**continue**
16:2 20:13 21:19
82:9

**contraband**
52:25 53:4 56:12,
16 60:23 62:23,24
63:2,3,6,10,18,21
71:22 72:3,9,12,
13,15,17 74:11,20,
21,23 75:2,9,10,
11,12,17 79:4,21,
24 83:21 85:4

**control**
29:14

**controlled**
26:24

**conversation**
77:17

**conversations**
10:2

**convicted**
8:11

**copies**
9:12

**copy**
9:6,9,18 79:8 81:1
86:15,18 87:8,10,
11,12,23,25

**correct**
8:8 13:7 35:16
42:15 55:23 68:8
75:20 80:4 88:7

**Correctional**
8:15 14:6 22:10
24:3 53:22

**Corrections**
8:15 14:24 68:23
69:21

**corrective**
24:5

**correctly**
39:20

**could**
18:14,17,18,20
24:18 39:16 42:25
45:7 50:4,6 58:25
59:2,3 66:17
71:17,18 74:15
80:2 83:5 85:25

**counsel**
5:10

**count**
29:9,13 61:16

**counties**
69:5

**counts**
61:8

**couple**
6:23 36:7,8 45:2
76:7 77:24 83:13

**course**
79:7

**court**
5:8,16 6:6,11,17
13:1,4,13,25
16:11,15,17 25:19
50:17,18 68:3
74:3,6 86:17,23
87:6,9,13,17,21,24
88:3,10

**coverage**
18:7,12,13 19:2,3



UNIVERSAL
COURT REPORTING
Clear Value. Every Case.

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

**coverage-level**
18:2

**Cozy**
10:18 12:23 59:15
81:7,8

**create**
65:21

**creating**
86:17

**creed**
78:8

**crimes**
8:11 70:25

**CROSS**
76:5

**cuff**
72:1

**cuffs**
42:22

**cups**
26:13

**current**
8:16

**currently**
8:13

**custody**
20:7 54:22 85:5

———————

**D**

**daily**
14:19 15:6

**damage**
75:11

**danger**
78:6

**Daniel**
52:5

**Danielle**
5:1,4 8:4,7,9 14:5
55:8 57:7 62:23

**DART**
22:9,12,13,14,20,
22 23:13 24:7 27:2
28:13 29:2,3,4,15,
19 38:6

**DART/SEARCH**
22:2,7 23:15 31:25

**date**
8:20 46:17,18 52:8
53:25 55:10,17
56:24 77:22 85:22

**day**
15:20,23 17:6,10
18:8 19:7 21:16
36:13,18 37:15,21,
23,24 38:18 46:8
48:1 74:1,16 76:24
77:4 78:12

**days**
12:6 25:1 51:4

**DC**
25:17 53:2

**DCT24935**
55:15

**DECEMBER**
5:2

**decide**
60:11 75:1

**decided**
72:14

**decision**
63:2

**decontamination**
43:11

**defendant**
9:7 11:5

**defendants**
5:15 10:19 57:25

**deleted**
12:2

**delivered**
55:20,22 56:1

**delivery**
87:25

**department**
8:14 14:24 35:1
36:12 38:20 49:9
68:23 69:20

**depending**
25:1 36:18

**depends**
36:13,20 39:6
65:16

**deposed**
9:15

**deposition**
5:1 6:1,3,5 8:24
9:5,23 10:11 13:18
85:19 88:13,14

**depositioned**
9:7,11

**depositions**
9:13

**describe**
27:25 58:9

**description**
55:1 57:10

**designed**
49:19

**detail**
23:19,23 24:1
26:17 27:21,25
28:4,10,12 29:23
30:25

**detailing**

27:2 31:3

**details**
52:11

**detector**
29:6

**determination**
72:11

**determine**
64:19 73:7

**didn't**
12:10 26:21 37:21
39:23 47:15 65:1
67:23 74:9,10
79:24 80:11

**different**
22:19 36:11 58:17
64:2 71:10

**difficulties**
13:20

**diligently**
19:24

**dining**
25:8,9 26:9 29:16,
18,22

**dip**
84:25

**DIRECT**
5:21

**disciplinary**
68:19

**discretion**
81:23

**discuss**
10:2 51:12,16
67:15

**discussed**
12:23 35:16

**discussing**
37:20 38:6

Universal
COURT REPORTING
Clear Value. Every Case.

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

**discussion**
39:9 67:14

**distinguish**
74:20

**distracted**
42:20

**District**
13:25

**Dixon's**
39:10

**DJ**
32:18 33:16

**docket**
75:22

**document**
13:22 14:12,13,19
19:10 31:20 32:3
33:12 54:18,22
62:13 64:21 86:24

**documentation**
11:12

**documents**
8:25 9:1,4 10:5
13:16 57:16 88:5

**Doe**
44:15 45:18

**doesn't**
11:25 34:22 63:10
72:23 85:23

**DOI**
73:10

**don't**
7:21 9:14 12:3,12
13:8 14:16 19:8
23:10 24:15 25:7
36:1 38:9 40:25
41:2 42:22 47:18
48:4 49:19 52:15
59:12 62:4,12 64:3
65:6,20 66:6

67:17,20,24 68:4,
19,22 69:23 70:11
71:2,3,4 72:7 73:5,
25 74:17 76:1,3,10
77:14,20 78:9,20
79:1 80:17 81:21,
22 83:9 86:3,12

**done**
37:7 71:8 79:16
82:17,24

**door**
26:6,7,8 29:9,10,
24,25 30:5,6,8,9,
18 41:21 44:3,4,6,
7,9,12,17,18,19,
20,21,22,24,25
45:1,3,8,9,10,11,
12,14,20,21,22,24,
25 62:7 65:18,19,
24 72:5 82:19

**door's**
29:25

**doors**
31:11,15 43:19,21,
24,25 45:3,4,6
46:2 61:7,15

**doorway**
65:23

**dorm**
11:9 15:14 16:7,19
25:5,12,14,15,21,
22,23 26:19,20,22
27:8,10,12,14,18,
24 29:13,22,23
30:11,21,23,24
31:3 32:4 40:12,20
42:19 43:4 45:1
46:6,21,22 48:2,3
49:11 51:5 58:14
60:12,17 61:2 63:7
66:12,17 79:20

**dormitories**
24:24 25:23 63:24

**dormitory**
18:19 20:16,18,19
24:10,24 25:9,15
27:5 28:16,18
29:7,8,11 40:3,6,8,
14 41:20 42:2,10
43:9,13 46:10
47:17 62:22 63:1,
23,25 72:10

**dorms**
30:21 58:18 61:6

**doubt**
75:22

**down**
5:9 6:18 15:10
18:22 21:6,23
28:11,14 29:7
32:20 33:19 34:6
38:15 40:7,17 41:8
42:2,3,6 53:6 54:5
56:7,16,23 62:16
82:9 86:9

**downward**
56:15

**DR**
25:19 72:12,16,17,
20,22,23

**dressed**
28:20 30:14

**drink**
7:14

**drinks**
26:13

**drive**
49:25

**drugs**
7:6

**dry**
83:4

**duly**
5:6

**duration**
18:15 25:19

**during**
18:15 22:24 23:1,9
24:19 26:9 27:22
36:25 38:9 39:15
46:8 61:8,9 66:5
78:15 79:19

**duties**
17:18,22,24 22:8
23:17 41:13 43:6,7
47:13

**duty**
19:5,23 23:4,8,12
41:12 47:17 48:10
63:17 78:10 82:18
83:20

---

**E**

**E's**
8:9

**each**
6:15 25:5,25 26:12
59:10 66:22 81:22
86:21

**earlier**
7:8 36:18 41:9
51:6 77:10 79:8

**early**
36:2,3,9,15,24
37:4 40:12,14,21

**easier**
6:6 56:21

**eating**
25:5,22 27:24 28:7

**effectively**
63:20

**efficient**
6:6 79:5



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

eight
23:9

either
24:11 25:19 66:23
69:17 72:10

electronic
87:11,23

else
9:21 10:10,14 28:9
30:16 37:2 64:19
75:7 82:24 84:5

emergencies
24:9

emergency
24:10 43:10,24
45:8 74:13

employee
52:4

employees
57:6 84:16,18

end
14:17 57:13 85:6

ended
40:6

ends
68:9

enough
31:10 74:9 87:2

entails
28:1

enter
66:6 78:20

entire
11:14 22:11 26:14

entirety
39:16

entrance
19:14 20:15

equipment
28:14 42:3,16,22

Eric
52:5 53:7 55:23
56:1,3 57:6 87:25

Erik
5:13 87:14

errata
86:24

escort
23:19,23 24:1,14,
16,25 25:8 26:17
27:21 28:4,10
29:1,6,20,23
30:17,25 73:11,12,
18 74:5,6,7,8,24
75:7,8,18 83:3

escorted
73:4,24 74:12 80:1
81:6

escorting
24:18 80:9

escorts
24:8 31:4

Especially
60:8

essentially
24:4,23 38:8 45:5
84:1

etcetera
86:11

events
11:18 33:2 34:2
43:8

every
23:8 36:11,13
38:25 48:1 63:21
72:21 75:9,22

everybody
8:10

everyone
9:8 38:14 59:17
88:4

everyone's
38:17

everything
6:18 26:14 37:13
49:5 86:18,20

evidence
55:1 56:4 83:4,5,
23 85:8 86:1

exact
8:20

exactly
13:8 36:1 53:3

EXAMINATION
5:21 76:5 83:11

example
30:23 33:4 41:4
66:2 67:4 86:8,22,
23

except
27:8

exchange
19:21

excluding
25:23

exclusively
20:3 24:18

excuse
29:21 49:8

exhibits
88:6,9

exit
30:9 44:19 45:8
61:23

explain
21:15

explicitly
27:5

express
82:5

exterior
44:25 45:2

extra
31:2

eye
46:4 64:18 66:18

---

F

Facebook
11:22 12:19

fact
34:19

fair
7:3 8:1 15:19 17:4
21:11 35:3 54:17
58:22 75:15 85:21,
23 86:5 87:2

fairly
80:3

falling
45:10

familiar
10:24 25:11,12
58:1 68:6 69:12
70:6,12

far
27:2 29:22 30:24
31:3 36:15 59:13
67:17 69:24 74:4,
8,16 85:8

FDC
17:12 34:14 35:9
40:25 69:8 70:3,
17,20,24 71:5
84:16,18



fear
82:1

fed
25:3

feed
26:14 49:2

feeding
24:23 26:9,18

feel
6:25 37:17,19
39:23 86:2,12

feels
38:21

felt
64:7 86:7

female
27:9

few
11:24 51:3

fight
25:24 51:8,15
78:23

fighting
83:1

file
67:1,9

filed
67:4 79:9 80:12

fill
26:10

filled
18:19,20 75:22
80:6

filter
48:9

final
85:7

find

52:24 63:5 71:22,
23,24 72:3 74:23
75:2,9,12 79:4,24
80:24

finding
64:13 74:20,21

fine
50:18 87:16

fingerprint
38:12,13

finish
7:1 54:21

finished
40:2

fire
22:17

first
5:6 13:7 17:7
18:10 22:21 32:16
33:15 34:2 41:15
62:14,21 64:23
66:3,4 67:25 76:11

five
38:4 40:7,10

five-minute
50:13

flaps
47:16

flash
49:25

flashing
28:23

flip
60:11

floor
26:22 39:10 66:11

Florida
8:14 13:25 14:23
68:23 69:20

follow
24:4 29:18 30:3
59:8 71:4 77:24
82:6 83:13

followed
45:9

following
41:12

follows
5:6 22:21

footage
46:20 47:13,18,19,
24,25

force
26:24 73:10 74:10
75:4,5,16 78:25

form
53:4 80:20

forth
27:25 42:4

fought
51:8

found
12:7 53:2 62:24
72:12 74:11 75:10
77:13

four
22:13 31:5 56:23

free
6:25

frequency
42:20

Friday
14:20 15:7

friendly
59:3

from
5:9,13 14:23 16:1
18:8 20:19 22:4

23:24 24:6,14 25:9
27:24 29:8,10,22
30:20 31:4,8 34:5,
13 35:9,20 37:14,
17 39:12,15,25
46:2,20,24 47:6,19
49:21 51:23 54:15
55:14 56:3 58:3
60:10 67:17 69:3
73:7 81:7 83:14,
16,18 84:5 85:22
86:4

front
14:10 44:6 45:3,10
62:4

fucking
80:15

full
8:3

fully
45:16

further
83:10,24

future
87:7

_____

G

G's
68:10

G4-108
55:4

G4-108l
55:4

gas
42:22

gassed
43:11

gate
19:14 20:15 29:2,



4,5,16

**gave**
10:7 63:14

**gender**
26:20 27:19

**general**
5:14 19:4 25:24
26:1 30:21 39:11
61:6

**generalized**
38:22 39:9

**generally**
27:22

**gently**
28:22

**get**
9:14 12:1 23:2
24:5 28:6,14 29:8
30:11,24 36:22,23,
25 37:7,8,10,14,21
39:18 40:21 66:4
67:3,16 75:14 86:3

**get all**
28:21

**getting**
30:13 78:24

**Gibson**
52:5 54:7 55:23
56:1,3 57:6 65:2

**Gibson's**
53:7 54:10

**give**
6:8 19:10 26:13
39:7 80:22

**given**
6:1,3 9:6,16 11:6
40:15,16 83:23

**go**
6:4 19:24,25 22:19
24:10 26:12 27:1

28:13 29:7,23
30:4,10,24 31:9
37:1,8,9 38:3 39:8,
10,22 40:2,17
41:3,11,22 46:15,
16 47:5,9,17,25
49:23 50:22 51:21
52:15 57:15 59:7
60:1,4,11,25 63:5,
24 64:1 65:7,9,15
68:5 72:1,7,23,25
79:3 86:14 88:3,4

**goes**
27:2 31:3 44:5
72:20 85:7,8

**going**
6:4,8,14 7:25 10:1
13:15 14:17,25
15:5 16:2,25 17:16
20:13,14 21:19,23
23:14 27:20 30:15
32:2,4,7,20 33:11,
18 34:6,12 35:6,13
36:7 38:17 41:3,8
43:1 47:21,24 49:3
50:10,12,21 51:22
53:6,17 56:8,18,20
59:8 60:11 62:16
63:6,21 64:20
73:14 74:14 75:7
79:11 80:13,23
81:1 82:9,11 86:15
87:8,10,19,22
88:8,12

**gone**
57:14

**good**
5:23 37:17,18,20
61:1 63:18

**gotten**
43:10

**grab**
41:22 49:22

**gram**
55:2

**grams**
54:3 84:15

**Granger**
10:18 12:23 51:13,
17 58:2,23 81:6,7,
8

**great**
31:1

**grievance**
67:4,5,7,20,24
70:15 80:13

**grievances**
67:12,18 70:13

**ground**
6:5

**guess**
19:9 30:20 45:14
59:4 67:3 71:23
86:6

**guys**
28:19

---

**H**

**H-A-N**
13:12

**had**
9:7,8,9 11:6,13
12:1 24:9 27:14
40:6 42:3,10,16,22
46:19 51:5 57:12
60:2 62:23,24
64:23 67:1,2,9,10
68:20 74:13 76:14
77:10,18 78:11
80:6 82:16

**half**
23:9 71:10

**hall**
24:25 25:8,9 26:9
29:16,18

**hand**
5:9 55:20

**handcuffing**
46:1

**handle**
25:25

**handled**
81:20

**happen**
43:8 63:13 71:1

**happened**
71:16,17 74:16
83:24

**happening**
38:20 86:1

**happens**
29:1 85:4,9

**hard**
59:25 87:12

**has**
7:2 14:24 18:19,20
23:8,10,11 26:6,12
34:14 39:14,24
42:17 43:10 45:6
48:8 60:13 68:10
71:13 75:10 76:17
78:7 86:17 88:15

**hat**
60:10

**have**
5:9 6:1 7:9,13
8:11,25 9:1,3,10
10:5,10,14 11:21
12:1,15,17,19
13:5,20 17:9 20:1
21:15 22:15,16,17,
19,20 24:2,3,13
25:5 26:4 27:1



UNIVERSAL
COURT REPORTING
Clear Value. Every Case.

28:25 30:1,2,10,
15,19 31:2,10 36:8
37:3,11,16,17
39:9,12,16,19
40:15 43:12,15,17
44:3,5,6 45:2,4,14
46:11 47:6,9 48:5,
7,8,9,15,22,24
49:10,12,17,19,20,
24 50:7,23 51:19
52:15,19 53:3
57:16 60:8,9,23
62:2,4 63:19 64:2,
3,5 65:24 66:9,12,
19 67:1,9,13,14,18
68:4,13,15 69:4,8,
12,18,20 70:2,17
71:17,18 72:7,22
73:10,16,17 74:9
75:3 76:3,7,10
77:5,17 78:1,3,9,
15,25 79:1,16 80:3
81:8,24 82:1,5,17,
18,19 83:9,13,20
85:3,8,11,21 86:4,
7,8,9,19 87:25

**haven't**
51:18 71:2,14

**having**
5:5 26:24 31:10
34:23 57:14 68:18
83:2

**he**
9:7 11:4 38:19,21
40:6 41:25 42:1
51:4 53:3 64:8,15,
17 72:11 74:12,13,
14 76:17,18 78:7
80:5 86:22

**he's**
41:25 44:18

**head**
6:10 40:17

**hear**
49:21 50:2,6 51:1
67:23

**heard**
12:15,17 68:13,15,
17,24,25 69:3,7,8,
19,20 70:2,16 71:2
81:9

**hearing**
50:4 51:9

**Heath**
53:15

**held**
25:19 39:21 67:12

**hell**
80:15

**help**
6:5 24:4

**helping**
23:2 77:21

**here**
7:5,16 14:3,23
15:2 16:4 17:13,
21,24 20:14 21:24
23:15 31:22 32:8,
23 33:7 35:13 41:3
43:7 50:11 52:12
54:22 59:9,10,11
60:12 63:9 65:3
68:5 75:24 80:11,
14 81:5 86:19

**hey**
30:14 75:5 78:4,5
79:3

**higher**
47:10

**highlight**
16:4

**highlighted**
15:3

**highly**
75:23

**him**
35:4 42:2 44:19
51:6 58:3,4,10,11,
13,17,18,19,24
59:6,16,19 73:4,
14,24 74:10,11,12

**himself**
64:9

**hint**
19:10

**his**
10:9,13 11:7 34:19
39:16,25 40:7 42:3
51:15 55:5 64:10,
15 78:6

**hold**
39:14

**Holland**
53:15

**hope**
14:18

**hotel**
44:2 45:18 73:22

**hour**
37:5 50:12 71:10

**hours**
16:1 19:20 21:9,
12,13,16 22:25
23:9 24:21,22,25
35:21 38:8,9

**housed**
25:18 81:18,22,23,
25

**housing**
20:7,20 25:16 26:3
30:2 32:3,11,21
33:9,20 34:7 41:4,
14 44:3 45:5

**hum**
16:13

**hyphen**
13:5

**hypothetically**
80:9

---

**I**

**I'D**
45:19

**I'LL**
6:15,19 17:22
28:11 41:20 60:25
66:23 85:11 87:9,
25

**I'M**
5:25 6:4,8,14 7:25
8:17 9:3 10:1,4
11:18,24 12:3
13:15 14:17,25
15:5,10 16:2,11,
12,25 17:16 19:1,9
20:13 21:2,14,19,
23 23:14 26:20
27:6 28:6 30:20
32:2,4,7,14,20
33:3,11,18 34:6,12
35:6,13,25 36:6
39:18 40:23 41:3,8
42:23 43:1,22 44:8
46:22 47:4 50:10,
14,16,18 51:21,22
53:6 54:5 56:7,8,
18,20 58:25 59:4
60:11 61:1 62:16
64:20 67:3,17,22
68:8,11 71:1,8,23
78:24 79:11 80:23
81:1 82:8 83:18
87:20,22 88:8

**I'VE**
6:3 12:2 14:22



21:20 34:25 35:1
36:11,12 37:15,19
49:9 52:21,23
58:17 59:18,19
68:17,19,24 69:3,7
70:16 73:24 74:12

**ICS**
82:25

**ID**
30:16

**idea**
85:9

**identified**
41:8

**ignore**
15:2

**image**
13:21

**imagine**
45:5

**immediate**
50:2

**immediately**
71:25 82:2 83:3

**impair**
7:18

**imply**
58:25

**impounded**
53:18

**impounding**
54:18

**improve**
37:24 38:21

**in**
5:25 8:24 9:22
10:10 11:5,18 12:2
13:5 14:2,3,22
18:13,23 19:19,20,

23 20:1,16,17
22:11 23:2 24:5,7,
10 25:6,21 26:1,2,
5,18,23 27:8,9,10,
12,14,16,17,18,23,
25 28:20 29:12,13
30:4,14,19 31:2,
14,20 32:4 34:24,
25 35:3,4 36:6
37:7,9,20 38:1,8,9,
10,14 39:2,16
40:8,12,14,19
41:21,25 42:1,23,
25 43:3,4,13,16,17
44:8,17 46:12,17,
18 47:13,17 48:2,
3,5,15 49:1,6,9,10,
11,17 50:3,23
51:4,15 52:23
54:18 57:24,25
58:13,17,18,20,25
59:1,12,17,18
60:8,17 61:13,16,
19,20,21,22,24
62:1,6 63:8,23
64:12,14,15,16
65:20,24 66:3,21,
22 67:6,15 68:10,
17,20,22 69:7,23
70:1,3 71:20,22,24
72:6,8,14,15,25
73:9 74:14,15,19,
21,23,24 75:17,18
77:10 78:3,6,19,25
79:2,3,13,14,23
80:19 81:15,17,25
83:4,22 84:3,4,12,
13,18,20 85:1,7,19
87:6

**incident**
51:9,13,14,16,23
52:8,12,20,25
56:19,24 57:1,10,
17 60:3 76:12,20
77:4 80:12 83:1,

19,20 84:6

**incidents**
11:9 71:12

**included**
9:8

**including**
9:9 53:1

**incorrect**
20:17 79:25

**indicates**
64:22

**individual**
35:10

**individuals**
12:22 57:25 81:16

**influence**
7:6,10

**inform**
38:19

**information**
41:13

**Ingram**
5:17 10:18 12:23
81:8

**initial**
41:15

**initials**
32:15,16,23 33:5,
16,17 34:3

**injuries**
83:7

**inmate**
9:7 20:8,19,21,22
23:9 24:9 26:25
29:21 30:4,11,13,
17 31:4 35:6 43:10
45:13 53:18 55:14
61:23 62:4 67:1,9
69:22 70:4,15

71:17 72:15 73:11
74:24 75:4,18 80:9

**inmate's**
53:1,20 63:6

**inmates**
20:4,5,7,9,12,16,
17,25 23:6,7,11
24:5,15 25:2,18,
21,24 26:4,10,18
27:24 28:7,18,23
29:1,8,9,15 30:8,
11,24 31:7 35:2
42:24 46:1 47:15
61:18,21,22,23
62:1 65:20 70:13,
18,21,25 71:6
72:1,6 78:23
81:18,21,23,24
83:7

**inside**
26:19 30:12 31:5,
7,9 36:16 45:4
61:17 62:8 65:21

**inspection**
43:18

**Instagram**
11:22

**instance**
72:14 83:2

**institution**
8:15 14:6 22:10,11
24:3 36:17 53:22,
23 59:20 60:15

**institutions**
20:2

**intent**
63:16

**interacted**
35:1

**interacting**
42:23



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

**interaction**
34:23

**interactions**
81:8

**intercom**
28:22

**interest**
64:16

**interference**
73:14

**interrupted**
43:22

**into**
21:17 26:1 27:4
28:13 29:23 30:10,
24 40:6 41:20 42:9
45:6 46:16 49:25
59:7 60:21,25
63:4,5 64:1 65:7,9,
15 83:23,24 84:19
85:7

**inventorying**
54:6

**investigate**
85:24

**investigation**
82:3 83:8

**involve**
20:15 28:10

**involved**
26:18 30:19 52:5
54:18 57:25 59:3
67:6 73:9 77:6
82:4

**involves**
11:9

**involving**
11:10 59:12

**isn't**
36:16 45:21

**it'd**
75:4

**it's**
8:20 15:6 19:4
21:15 23:4 26:3
27:2 28:18 29:1
30:9 31:14 36:8
37:5 39:22 40:24
41:20 42:11,25
44:8,21 45:18 46:6
47:12,17 48:17
50:2 51:25 56:13
57:11,21 59:25
60:7,20 61:10,22
62:22,25 63:8,17
64:3 68:9,21 71:19
72:4,8,20 74:9,11
75:12,15,16,17,23
80:11 81:23 83:19,
21 84:4,11,12,13
85:5,7,23 86:25
87:4,5,7

**item**
78:5

**items**
54:2 72:6 78:7

**its**
25:5 39:16 42:19

**itself**
27:18 42:19

---

**J**

**Jackson**
8:15 11:9 14:6,20
15:7 22:10 24:3
53:22 69:2

**jail**
69:5 72:7

**job**
43:5 47:13 48:10,
11 63:17 85:24

**Joe**
71:17

**jogged**
57:15

**John**
44:15 45:18

**Jolly**
71:18

**Jonathan**
10:17 51:13,17
58:1

**Jones**
5:1,4,14,23 8:4
13:9 14:5 15:1
16:20 33:8 34:8
42:6 44:16 45:18
50:15 52:6 54:11
55:8 57:7 62:23
76:7 83:14 85:12,
15 86:16

**Josh**
5:11 88:1,5

**Joshua**
10:18 59:15 68:7

**judgment**
43:1

**jumping**
86:9

**just**
6:4,23,25 10:4
13:21 14:25 15:5
17:16 18:13,22,23
19:19,24 21:2
23:11,14 28:25
29:5 31:19 33:3,18
35:15 36:20,25
37:6,12,22 38:17,
22 39:6,7 42:21
43:2,8,23 47:16
48:18,19 49:1 50:4
51:3,12 52:24,25

53:3,6 54:21 56:8
57:11,12,23,24
59:9,17 60:10,20
61:14 63:9,13,23
64:1,3,20,22 65:6,
10,16,25 70:15
71:1,19 72:23
74:11,16 76:8,9
78:7,18 80:24
81:22 82:7 83:13,
18 84:13 85:11
87:3,7,11 88:6

**justification**
86:3

---

**K**

**K-I-M-B-E-R-L-Y-
N**
8:6

**keep**
50:21 59:10,14
71:3 82:11

**keeping**
66:18

**kicked**
83:25

**Kimberlyn**
5:1,4 8:4,6

**kind**
14:2 24:12 27:21
36:17 37:23 40:21
46:23 50:7 58:20
64:5 69:25 72:20
76:2 84:9

**kinds**
22:19

**King**
41:25

**knew**
26:21



knocking
28:23

know
8:20 9:14 12:10
13:8,21 19:6 25:7
26:21 30:14 37:11
38:21 41:2,23
43:12 44:11 47:20
48:3,4 53:1 58:3
59:3,4,5 62:10
63:12,13,15 64:22
65:6 68:10 69:1,4
70:11 71:2 73:4
76:11,15,21 84:1
85:1,5 86:9,10

knowledge
17:11 69:10

knows
37:10

Kverne
5:13 6:9 50:14
76:4,6 83:9 85:10,
13 86:13,15 87:3,
16

**L**

L's
8:7,9

lag
6:19,21

language
9:20 68:22 69:9
82:19

larger
56:20

lashing
27:1

last
8:19,22 30:4,16
31:20 39:5 43:23

84:21

later
36:17 51:4

lawsuit
10:15 11:9 51:1,10
58:1

lay
61:3

lead
24:4

leading
45:6

leafy
84:13

least
20:11 26:7 44:9

leave
20:20 29:18 40:16
79:4

left
15:13 16:6 17:14
22:1 31:24 32:9
40:18

less
23:10 25:1

let alone
66:22

let's
16:3 27:20 36:23
39:20 47:5 51:21
80:8 86:22

lethal
22:17

letter
87:14

level
18:8,12,14,16,17,
23

leveling
18:24

liability
39:14

lie
78:9 83:20

lieutenant
5:17 41:24 47:9
52:4 55:23 56:1,3
62:22 63:1,2,9
64:7 65:2 72:14
82:3

lieutenant's
43:16

life
59:13 82:1

lights
28:24

line
19:13,18 31:8
32:16 34:2 41:15
74:14,21 86:21

lines
18:9 24:4 32:16
33:15 42:6

list
53:18

listed
31:22 41:25 64:2
81:15

listen
49:15 50:1

listing
9:8 80:6

litigation
11:5

little
6:19,21 28:12 32:5
36:2 48:18 52:1,3
53:6 56:8,20 76:8

80:12

live
22:17

living
48:15 61:18 80:14

location
60:15

lock
45:23 72:8

locked
61:14

locker
83:23 85:8

lockers
61:19

lockup
72:13 73:9

lockups
72:22

log
32:22 33:1 34:1
40:8 41:4,22 43:8

logs
40:4,5

long
37:5 39:5,12 58:20
74:17 76:1

longer
25:1 30:15 36:14

look
27:13 44:17 45:19
47:6 48:25 49:24
52:24 60:2 65:19
69:4 82:8 83:6

looked
40:23

looking
13:20 46:5 50:3
56:16 60:2 64:24



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

75:21

**looks**
14:10 53:11 55:19,
22 56:12

**loose**
84:11,13

**lot**
7:14 31:2 36:16
67:21,25 68:1
71:3,10,16 76:2

**lots**
61:11 82:25

**loud**
52:16

**low**
20:6

**lower**
61:20

---

**M**

**ma'am**
5:7,8 16:13

**machines**
23:3

**Madam**
50:17 87:9

**made**
43:15 50:24 51:5
80:10,20

**main**
42:18,20

**majors**
43:14

**make**
6:5,18 28:19,20
29:9,24 30:15
45:19,21 56:8,20
62:1 65:8 72:11
73:15 78:1 80:14

81:13 86:20,24,25
87:4,7

**makes**
63:2

**making**
30:1

**manage**
22:17

**mandate**
24:3

**many**
14:11 18:17 25:2
46:5 48:2,5 52:21,
23 58:20,21 68:4

**mark**
88:8

**marked**
88:6

**mass**
60:13

**matter**
63:22 67:3,11

**maximum**
61:18

**may**
5:8,9,19 50:22
77:17 78:14 87:13
88:3

**maybe**
7:9 25:1 30:13
37:21 39:23 40:7
47:3,14 49:1 60:22
74:20 77:10 83:4

**me**
6:16 7:22 10:6
11:6 13:21 29:21
37:22 40:22 41:2,
23 42:11 43:20,25
44:1,6 49:8 52:1,
13 57:23 58:18,22

62:13,16,17 63:11
64:22 65:8,17
66:24 67:18 68:20
71:14 76:17 79:13
80:22,24 84:7

**mean**
7:13 9:11 18:7
19:2 21:12 22:7
23:23 24:1 25:7
26:25 31:17 42:7
48:11,20 57:24
66:15,17 68:1
69:15 71:18 72:23
78:21 84:9

**means**
15:22 18:13,22
19:19 22:15,24
24:23 25:17 26:4
28:25 42:8,21
44:16 69:16 70:11
86:16

**media**
11:21,22 12:4 71:3

**medical**
24:8,9,11,12,14
74:13

**medicine**
7:10

**meetings**
43:16

**members**
29:15,19

**memories**
57:15

**memory**
34:24

**mention**
34:22

**mentioned**
7:8

**mentioning**
14:9 88:5

**Messenger**
12:8,13

**metal**
29:6

**method**
55:19

**middle**
8:5 14:3 68:10

**might**
9:24 24:19 30:14
37:9,16 41:22 47:2
48:15 60:8,10
61:14 67:5,7 73:17
74:24 75:6,18

**min's**
56:18 57:14

**mind**
66:20 71:13

**mindset**
59:7

**minimum**
26:4 61:18,24

**minute**
37:22 41:23

**minutes**
36:5,24,25 37:8,10
38:4 39:13,20
40:7,10 42:1,9
47:6

**miscellaneous**
47:14

**missed**
37:21

**moment**
47:15 50:11 79:3,6
80:22,23 83:9

**monitor**

46:15 48:7,10,14,
18 49:20

**monitoring**
31:10

**monitors**
48:5

**more**
10:23 19:18 23:11
27:25 28:2,12
32:20 36:14 48:17
49:1 53:7 56:7
61:21 64:10 67:21,
25 68:2,5 69:25
73:22,24 74:11,15
75:4 76:3 78:19
84:2

**most**
49:20 66:23

**move**
33:11

**movement**
24:2 29:5,20 31:11
36:16

**moving**
27:24 34:12

**much**
20:3 30:15 36:6,14
50:19 59:9,14
76:17 79:18 82:11
85:25

**my**
6:19 7:13,19 8:21
12:2 13:15 16:16
17:7,11 18:10
21:14,19 27:14
31:14 33:17 37:10,
14,16,23,24 40:5,8
41:3,19 42:17,25
44:18 51:22 52:23
59:9,12,13 63:8
64:7,9,11,16,17
67:8 68:17,20

69:7,10,23 72:11
78:24 79:11 85:15,
16,21 86:4,7 88:3

**myself**
5:25 9:9 29:14
60:21 65:1 66:9

---

**N**

**name**
8:3,5 11:7 13:7
14:22,25 15:2,11,
13,17 16:3 17:13,
21 18:1,10 19:14
21:7,24 23:14,16
27:14 34:17,19
53:1,20 65:1

**nation**
22:11

**nature**
84:6

**necessarily**
64:7,13 85:23

**need**
6:24,25 39:13
42:22 43:11 46:23
47:2,19 49:1 50:11
62:4 78:15 79:13
80:7 87:7,12

**needs**
24:13 44:22

**negative**
70:14

**never**
6:3 27:4 31:9
59:19 68:19 69:7
70:16

**nevertheless**
67:7

**new**
37:18,20 39:10

**news**
69:6

**next**
21:17 22:25 33:1
34:1 39:8,13 41:11
53:17 68:20 72:2

**night**
36:19

**nighttime**
61:9

**no**
5:25 7:7,11,20
8:12 10:8,12,16
12:14,16,18,20,25
16:17 19:12 34:16
35:5,11 39:23
47:1,18 51:2,11
52:21 57:5,11,18
58:8 61:12 62:1
63:22 69:3,11
70:5,11,15 71:7,
15,21 73:8,13,19
76:13,17 77:7,16,
19,23 78:4,5 81:11
84:11 85:3,9,13,20
87:23

**nod**
6:10

**non**
61:4

**non-**
75:12

**none**
11:25

**normal**
76:24

**Northern**
13:25

**nose**
60:24 63:14 66:2

**not**
6:14 9:15 10:1,7
12:3,14 15:22
17:11 19:1 20:4,
15,20,24 21:14
26:16 29:2 31:14
37:22 42:20,23
43:1 44:8,21 47:16
48:17 49:10 50:2
58:25 60:12 61:10,
16 63:8,20 64:7
65:4,5 66:20 68:8,
17 69:10,23 70:1,
19,22 72:21 73:11
75:6,16,24 76:22
78:22 80:12,17,21
81:14,23,25 82:15,
19 83:18 87:12
88:6,8

**note**
29:14

**notebook**
37:14

**notes**
37:15

**nothing**
34:25 51:8 83:25

**notify**
28:18 43:9

**November**
11:10,16,17 14:20
15:7,25 17:1,18
21:3,20 23:16
31:21 32:4,5
33:12,23 35:15
40:19 41:5 49:3,6
50:22 51:3,23 52:8
54:7,15 56:4 62:11
71:12 76:12,20,23
77:13 79:20 81:5

**now**
5:16,24 7:5 10:9
11:8,16,20 13:15



14:18 15:5 16:3 17:13,21 21:19 27:20 30:19 32:2, 21 34:12 35:12,24 36:5,23 40:19 41:8,11,14 49:23 50:21 51:3,22 52:11 53:17 54:6 56:7,18,23 68:3 71:9 82:7 88:11

**nowadays**
12:8

**nuisance**
75:10

**number**
5:18 42:7 53:2 82:23

**nurse**
83:5,6

**O**

**o'clock**
20:23 38:2,4,11,24 39:25 40:15 77:5

**oath**
87:5

**observe**
29:5

**observer**
64:20

**obviously**
20:16

**occur**
82:3

**occurred**
77:5

**occurring**
11:18

**oddballs**
11:24

**off**
25:20 39:14 72:12 78:23 81:24 88:4, 12

**off-duty**
40:3

**offense**
63:3

**office**
5:13 43:16

**officer**
15:14 16:6,19 18:19,20 22:2,13 23:8,13,15 26:12 27:10,14 30:12 31:24 32:12 33:9, 21 34:7 42:6,17 43:5 44:14,15,22, 23 45:17,18 47:12 52:5 53:10 55:7 60:5,21 62:5,6,7, 18,23 63:16,25 65:5,8,9,22 66:4,7, 13,15,16,17,21 67:13 70:3 73:11 75:9 77:21 78:1, 15,18,24

**officer's**
47:17 60:14

**officers**
26:7 27:8 37:18 43:9 44:6,9 45:14, 20 51:8 54:6 62:3 63:22 66:9 68:13, 15,25 69:1,5,8,21 70:17,20,21,23,24 71:5,6 82:21 83:3

**official**
68:17

**officially**
35:18

**officials**
43:12

**oftentimes**
63:22

**oh**
36:5 57:20 69:4 88:4

**OIC**
72:9,10 75:1 82:3, 20,21

**OIC's**
67:12,14

**okay**
6:1,4,24 7:4,12,15, 18,21 8:3,10,24 9:17,21 10:9,13,22 11:14 12:5,9,21 13:20,24 14:2,8, 12,14,17,22 15:5, 10,19,24 16:2,3,6 17:9,12,16 18:25 19:9,13,17 20:10, 13 21:2,11,19 23:14 24:1 25:11 27:7 28:11 30:10 31:13,19,24 32:2, 7,11,14,20 33:1,7, 11,15,18,23 34:1, 6,12,17,21 35:6, 12,18,22 36:22 38:2 39:4,17 40:24 41:3,4,20 42:5 44:11 46:2,7,11, 14,23 47:20 48:2, 5,11,14,21 49:3,6, 11,14,17,23 50:10, 14,16 51:21,22 52:1,4,11,18,19,22 53:6,10,14 54:5, 15,17,21 55:7,19, 22 56:7,11,13,15, 18,23 57:1,3,5,9, 13,14,19,21,23 58:4,9,16 59:15, 21,25 60:1 61:10, 25 62:10,13,16,20 63:12 64:5,12,22, 25 65:3,9 66:11,15 67:1,19 68:13 69:8,12,15 70:2, 12,17 71:5,8,22 72:16,19 73:17 74:2 75:24 76:3,8, 10,18,20,23 77:4, 9,13,20,24 78:11, 14,20 79:6,11,15, 19,23 80:1,8,19,22 81:1,5,17 82:10, 12,23 83:9 84:2,5, 14,24 85:1,4,10,21 86:13 87:8,17

**old**
12:2

**on**
5:11,14,16 10:20 11:7,9 12:1,3 13:17,22 15:13,16, 21,25 17:5,13 19:5,22 22:13 23:8 24:2,8,11,15 25:2 26:17,22 28:5,23 29:3 30:1,16 32:8, 16,23 33:1,11,13, 23 34:3,12 35:14 36:1,6,18,20 37:23 38:5,13,14,21 39:6,15 41:5,12 42:3,17,19,25 43:2,11 44:12,20 45:22 46:20 47:1, 21 48:10,11 49:1, 24 51:3,19,24 54:17 56:13,19 58:19 60:14 62:11 64:6,18 66:11,17, 18 69:6,24 71:12

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

74:10,20 75:3,4,10
76:23,24 77:4,7,22
78:12 79:16,20
80:7 81:5,7 83:20
84:11 85:25 86:24
88:5,11

**once**
22:20 33:18 40:1,3
45:5 85:4

**one**
10:23 11:4,24 12:2
13:15,23 15:2
18:2,8,12,16,17,23
26:4 27:23,24 29:3
31:4,6,7 35:12
40:5 42:18 43:7
44:3,16,17,18
45:17 47:12 48:7,
14,25 49:21 55:1
57:21 59:25 61:18,
19,20 64:16 71:8
74:6 78:22 79:6,
12,19 80:22 82:18,
23 83:9 84:18,19,
20,22

**ones**
18:14 27:13 48:9

**online**
34:14 35:9

**only**
7:1 12:7 20:5,9
22:10 26:5,22
27:16,17 34:19
44:2 45:7,25 47:2
59:18 61:5 63:8
67:12,14 69:3
75:16 76:17

**onto**
40:2 43:13 46:15

**open**
20:7,17 39:9
43:19,24 44:3,4,7,
12,19 45:9,22,24

48:24 61:2,4,11,
14,15

**opened**
26:8 44:7 45:8
82:19

**opening**
43:25 45:12 47:15

**opens**
37:6

**opportunity**
86:19

**opposed**
23:6 45:1 74:21

**order**
24:5 60:13 87:21,
22

**orderly**
20:8,22

**orders**
33:2

**ordinarily**
35:22

**ordinary**
60:9

**organize**
37:10

**original**
88:1

**OSC**
21:14

**other**
5:15 6:15 9:12
10:5,9,13 24:19
25:25 29:6,14,19
30:21 34:24 57:25
58:18 59:10 64:12
65:1 66:9,15,17,22
67:18 69:3 72:6
74:19 77:21 78:14
81:22 83:3 85:11

86:22

**otherwise**
86:5

**our**
18:13 19:20 20:2
21:17 23:12 24:2,
16 25:16,17,23
31:1 38:15,16 40:4
41:24 43:13 44:2,8
45:16 48:10 49:19
53:2 59:8 60:7
62:2,25 63:17
69:24 70:1 72:8
78:8 80:6 81:23
82:5

**out**
9:7,11 12:7 15:22
24:24 25:2 26:12,
13 27:1 28:16
29:10,25 30:8,17
31:6 34:25 37:11,
12,14 40:10 50:7
52:16 59:11 60:9,
25 61:3 63:4 64:2
65:20 82:22

**outside**
12:21 25:22 30:8
31:8,9,16,17 45:8,
9 51:10 58:7 59:19
65:10,14

**over**
6:4,15 8:21 9:24
14:24 28:16 34:14
35:1 36:12 39:10
44:14,17,23 45:19
58:21 73:12 83:6
86:14

**overheard**
7:9

**overtime**
21:6,13,16

**own**

25:5 31:11 42:19

---

**P**

**P.M.**
5:19 15:17 16:9,
22,23 17:5 19:15
22:4,5 23:21,24
28:5 33:4 34:2
42:6,8 55:12,25
56:4 88:12,13

**pack**
84:18,20

**page**
14:10,15 17:1,17
21:6 22:24 32:8
33:1 34:1,4 41:11
53:17 62:14 85:7

**pages**
14:11

**pamphlet**
69:6

**panel**
44:20 45:22

**panels**
48:19

**paper**
10:20

**papers**
9:15 34:20

**paperwork**
11:7 48:11

**Paragraphs**
82:8

**park**
19:19,23 37:6 38:1
39:3

**part**
22:22,23 49:15
53:2 60:7 73:18



78:8

**particular**
11:25 35:3,4 47:21
66:3

**particularly**
31:9 47:16 59:12

**password**
47:3

**past**
19:1 85:8

**pat**
19:25 23:3 31:4,7

**PBA**
42:7

**PBAH3**
42:10

**PDF**
14:23

**pejorative**
70:14

**people**
20:1 23:2 39:7,8,9,
10 51:18 58:21
59:13 61:7,13
65:19,24 68:18,20
69:3,7,17 73:16
78:23 81:12,14

**people's**
9:12 57:15

**per**
20:2 26:4,10 40:16

**Perfect**
6:14 8:10 11:8,21
16:2 50:21

**period**
8:21 24:20 27:22
28:4

**permission**
47:10,19

**person**
10:25 18:22 34:15
52:5 64:22 78:4
83:22

**personal**
34:24 59:12 65:25

**personally**
68:19 70:2 71:2

**persons**
42:17

**pertaining**
9:1,4

**phone**
13:17

**photo**
83:16,18

**photograph**
34:13 35:9 56:15
83:15 84:3

**photos**
53:3

**physical**
9:6,9

**physically**
31:17 61:15

**pick**
60:10 75:7

**picture**
56:9,11

**place**
26:22 27:17,23
31:20 59:8 60:8
61:11 64:2,9

**placed**
51:4

**placement**
63:5 72:18

**Plaintiff**
5:10,12 11:10

80:2,10 81:6

**Plaintiff's**
79:21

**planted**
78:5

**plastic**
84:13 85:2

**platform**
12:3

**platonic**
58:25

**plausible**
74:15

**play**
46:18

**please**
13:2 64:22 79:14

**pleasure**
88:3

**PM**
25:18

**point**
6:25 24:6,7,14,15
57:17 58:5 62:17
63:19 85:19

**points**
37:18,20

**policies**
27:1 37:19 59:8
60:7 66:10

**policy**
20:2 22:16 30:1
31:14 44:8 45:16
53:2 61:22 62:2,25
67:15 72:9 82:5

**population**
25:24 26:1 30:21
61:6

**port**
45:5

**portion**
79:12 80:23

**position**
18:16,17 27:3 29:3
38:6

**positions**
18:14

**possibility**
75:23

**possible**
47:15 73:13,14,17,
23,24 74:9,22 79:5
80:3

**possibly**
20:12 87:6

**post**
18:2,7,12,13 19:2,
3,4 26:21 27:18,19
28:14 33:2 38:16
39:7,22 40:1,16,
17,20,23 80:5

**posts**
18:14 58:21 60:5
71:20

**pre**
50:24 51:6

**pre-allegation**
82:2

**PREA**
76:15 83:2

**preference**
65:25

**preparation**
10:11

**prepare**
9:4

**present**



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

5:23 12:3 23:1
26:7 31:8 33:2
44:6,10 45:14,20
62:3,4,9 65:12
66:5 82:4,21 83:6

**press**
45:22,23 46:18

**pretty**
20:3 36:6 59:14
61:1 82:11

**previous**
22:24 27:13,17
44:4 80:5

**previously**
12:22 14:9 26:3
35:20 44:2 73:25
74:12

**printed**
54:11

**Prior**
50:25

**prison**
25:6

**probably**
11:24 36:5 40:6
74:16

**probationary**
8:21

**problem**
57:5

**procedures**
59:9

**proceed**
5:19

**process**
19:25 36:14 37:9
44:1 54:21 82:4

**processes**
20:1

**produce**
63:18,21

**produced**
62:23 63:10

**profanity**
80:17

**professional**
58:12,13 59:2,13,
17 70:1 81:15

**professionality**
69:24

**promise**
7:22

**pronunciation**
11:1

**proof**
14:14

**property**
53:18,25 54:6

**protocol**
45:13

**protocols**
22:16

**provided**
17:12

**pull**
80:23

**pulls**
49:2

**punctual**
35:25

**punishable**
63:3

**purchase**
87:10

**put**
5:9 15:21 24:21
26:5 31:2 40:22

42:16,25 43:2
49:25 72:14 78:6
83:4,24

**puts**
78:18

**putting**
24:11

___

### Q

**quad**
31:6 61:5 66:6,7
78:21

**quads**
31:4,5 66:25

**quantify**
85:23

**question**
6:16 7:2,21,22,23,
25 8:1,11 21:18
45:16 67:8 78:19

**questioning**
86:2

**questions**
6:9 7:19 9:24 68:5
76:4,7,10 78:1
83:10,13 85:11,13,
16,21 86:4,7

**quick**
79:5 80:24

**quotes**
37:17

___

### R

**radio**
42:18,19 44:12,14,
22 45:15,17

**radios**
42:10,18

**randomized**
60:9

**rank**
8:16 64:17

**rat**
80:15

**rather**
34:3

**RE-DIRECT**
83:11

**reached**
40:3

**read**
11:12,14 33:2
50:23 52:12,13,16
56:21 57:10 60:19
86:15,19 87:3,8,14

**reading**
86:14 87:9 88:14

**ready**
28:17,20

**real**
80:24

**really**
6:11 12:1,2 21:18
23:5 24:15 31:1
36:13,20 37:22
60:12 65:16,25
67:8 70:1 75:3
77:14

**reason**
17:9 37:7 75:3
78:14,17,19 80:7
81:25

**reasonable**
75:5

**recall**
14:16 19:8 36:21
40:21 62:12 65:7
67:17 69:10 73:5



74:17 76:2,22

**receive**
79:8

**received**
9:12,18 14:8,12,23
41:13 54:23

**recess**
37:12

**recognize**
34:15 35:10

**recollection**
36:9 49:7 52:19
57:16 64:3 85:3

**record**
6:11 13:2 49:12,25
88:4,5,11,12

**recorded**
46:8,9 73:20
86:21,23

**records**
73:7 77:9

**recovered**
55:7

**rectangle**
72:21

**rectangles**
72:22

**refer**
11:16 69:21 70:3,
13

**referenced**
76:14

**referencing**
60:19

**referred**
84:25

**referring**
9:18 11:18 30:7
61:4 68:11

**refers**
23:5 51:15

**reflect**
37:23

**regarding**
12:3 28:7 60:3
71:11

**regards**
67:15

**registers**
38:13

**regularly**
11:22

**reiteration**
57:11

**relationship**
57:24 58:10,11,24
59:6,16

**release**
29:8

**relieve**
39:8 40:2

**remainder**
39:21

**remember**
8:20 14:14 34:23
35:4,25 49:4 51:9
73:3,25 75:21
76:25 77:14,17,20
82:14

**repeat**
7:22

**repeats**
19:13

**rephrase**
7:22

**report**
51:23,24 52:25
56:19 57:14 60:3

64:6,8,10,11,13,16
80:12 83:21

**reported**
69:17

**Reporter**
5:8,16 6:6,11,17
13:1,4,13 16:11,
15,17 50:17,18
74:3,6 86:17,23
87:9,13,17,21,24
88:3,10

**reporting**
52:4 57:6

**reports**
52:24 83:19 84:5

**request**
7:1 63:23

**requested**
46:19,20

**reserved**
88:15

**respond**
78:10 82:18

**responses**
6:9

**responsibilities**
41:14

**responsibility**
63:18

**rest**
40:18

**result**
64:6

**retaliate**
75:3,6

**retaliating**
70:21 71:6

**retaliation**
73:15 75:13

**review**
37:14 46:11,17,24
47:13,18,19 49:14,
15 67:3,11

**reviewed**
8:25 9:1,3,22 10:6
53:10

**reviewing**
47:24

**right**
5:24 7:8 10:17
11:4 12:12 14:17
15:2,16 16:9,22
17:4 18:1,4 19:13
20:16 22:1 23:15,
19 30:21 32:2,24
34:3 35:12 38:3
40:22 41:14,15
51:3,21 53:10
62:19 63:8 68:3,4
70:20 77:15 78:12
79:2,9,12 80:11,22
81:2 82:13 85:10

**ring**
34:18

**rioting**
22:16

**room**
5:25 29:14 48:15
78:6

**roster**
14:20 15:7,21
18:18 22:13 28:6

**rotate**
48:22

**rows**
32:23 56:23 61:11

**ruined**
78:6

**rules**
6:5

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

**rush**
87:23

**S**

**S-T-E-P**
13:11

**S-T-O-U-D-E-M-I-R-E**
13:3

**sad**
86:2

**safe**
56:4 59:10

**safely**
29:25

**safety**
60:7 78:22

**said**
9:11 13:8 26:11
27:14,16 30:12
36:24 37:17 43:23
44:2 45:13 63:20
67:24 68:24 74:3
75:24 77:14,20,25
78:20 79:8 80:2
84:21 86:20,22

**sally**
45:5

**same**
33:11 44:5 59:11,
17 66:9

**saw**
22:24 60:22 82:13

**say**
7:9 8:3 11:20 13:8
15:19 17:4 18:10
21:11 30:6,14
31:16 33:15 39:8,
20 41:20 42:13
44:17 45:19 48:17

54:17 58:24 59:2
60:11 63:6 67:22
68:24 70:7 73:9
74:15 75:15 78:22
79:3 80:8,15 81:9,
21 84:2 86:22

**saying**
6:21 19:3,5 27:7
39:24 44:15 50:8
68:9 69:5 78:4,5
81:18 84:7

**says**
14:3,19 15:6,14,17
16:6,9 17:24 18:2,
4 19:14 21:7,9
22:1 33:2,25 41:12
42:5,8,11 52:5,8
53:3,22 56:3 63:9
79:23,25 80:1,10
81:5

**scale**
56:13

**scan**
19:25 38:13

**Schoup**
53:11

**screen**
13:16,22 33:13
34:5 41:3,6 44:20
48:8 51:22,24
56:19 79:11

**scroll**
15:5 16:25 17:16,
23 21:23 22:14
32:7,20 33:19 34:6
41:8 53:6 62:16
64:21 82:9

**scrolled**
64:23

**scrolling**
15:10 21:6 32:14
54:5 56:7

**search**
14:22,25 16:3
19:24,25 20:1,13
21:19 22:23 23:5,
9,14 31:7,19 36:14
38:3 60:3,4,6,12,
14,16,17,19,20,25
61:25 62:5 63:13,
16,20,21 64:1,6,19
65:5,7,17 66:5
72:4 78:15 79:3

**searched**
37:7,9 38:8,10
52:21 79:21

**searches**
19:14,19 20:15
31:4 53:5 60:10,14
63:19,23 71:20
77:21 79:1

**searching**
19:20 20:24 23:1,
2,3,6,11,12 27:3
38:7 62:2,8 75:19

**sec**
79:12

**second**
17:17,18 20:14
21:3,13 22:23
35:12,13 57:10,21
62:6,18 71:8 78:1,
8,12,15,18,24

**secondary**
17:17,22,24 20:21
23:4,12,17 62:5,10
64:10

**seconds**
6:23

**Secretary**
39:10

**section**
52:12

**secure**
29:25 30:5,18
31:14 32:11 33:20
44:24 72:5

**secured**
25:16 26:3 29:10
30:1,2 31:11 44:3,
21,22,23 61:8,15

**security**
14:19 15:6 28:15
29:7,12 38:3 46:23
60:7 78:22

**see**
13:22,24 14:2,5,6,
18 15:2,6,11,13,16
16:3,7,11,12,20,22
17:2,13,19,22,23
18:2,5,9 19:15
21:4,7,21,23 22:2,
5,13 23:17 31:22,
25 32:5,8,21
33:12,16,17,19
34:2,5,7,8 41:5,7,
11 43:7 46:2 47:13
50:5,6 51:24 52:1,
2,6,9,11 53:7,8,11,
15,18,20,23 54:2,
5,8,10,13,23,24
55:2,4,5,8,10,12,
14,19 56:5,9,19,
21,23 57:5 60:8
62:14 64:21 65:1
69:6 79:2,13 81:2,
3

**seeing**
14:14 82:14

**seem**
60:9 81:12 86:10

**seems**
60:20 73:2

**seen**
40:4 52:23 69:18
70:17 82:16



UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

select
46:17

sense
6:18 28:6 36:25
74:15

sensitive
60:24

sent
26:1

sentence
62:21

separate
25:4 50:7

separated
82:2 83:3

sergeant
8:17,18,19,21
22:14 23:13 28:15
58:18 63:25 67:13
73:12

served
9:15 11:6 34:19

service
14:15

settings
46:16

seven
42:6

shake
6:10

shape
80:20

share
13:15 32:2 35:13
41:3 50:11 51:22
79:11 81:1

she
86:21,23

She's
86:15

sheet
55:5 86:25

shift
15:8,18,21,25
17:2,5,7,8,18
19:20,22 21:3,13,
17,20 22:25 23:16
24:22 26:18 31:21
35:15,18,20 36:11,
13,19,20 37:4,5
38:2,12 39:1,8,13,
15 40:3,9 41:12
47:21 53:7 72:10
76:24 77:1

shifts
40:23

short
73:23 74:8,22,23
75:15,18

should
38:21 79:16

shouldn't
81:18

show
13:16,21 25:25
34:12 35:6 36:1,9,
15,17,19 37:3,4,8
46:18,20 56:18
62:13 63:1 79:12
86:1

showed
36:21 42:2 80:5

shower
43:12

showing
51:22

shows
26:17 34:1 48:8,
19,20

side
34:3 66:17

sight
66:19,20,22

sign
33:2

signal
12:15 63:14

signature
32:8 33:8,20 34:7,
10 41:9 53:8,14
54:6,10,13

signatures
34:3

signed
33:23 77:10

signing
88:14

since
49:9 71:13

single
25:6 36:13 75:9

sir
11:3 13:4,19 17:20
21:22 30:22 38:25
39:23 41:7,10,16
47:25 49:13 50:5
53:9 61:12 65:13
76:13,19 77:7,12,
16 79:10,22 80:5

sit
7:5,16 19:23 38:15
65:3

situation
22:18 64:14,15
66:8 75:19 81:17
82:22

situations
24:8

six
42:1

slang
70:16

sleep
61:9

slot
18:19,20

slots
22:13

small
13:23 43:16 51:25
83:19

smaller
56:8

smell
60:24

smelled
60:22

smokeless
84:19,22

sniffles
7:14

snitch
69:13,15 80:13

social
11:21,22 12:4
69:25 71:3

socialize
58:4,6

socialized
59:19

some
6:4 13:16 25:1
29:17 32:20 39:6,
8,9,10 47:5,6
54:18 56:7 65:19
70:16



**someone**
48:15 60:10 67:4
72:7 74:20 75:7
78:17

**someplace**
37:2

**something**
22:9 24:17 40:13
47:20 48:15 60:22,
24 64:13 69:16
71:15 74:13 75:14
79:2

**sometimes**
21:15 48:22 57:15
65:22

**somewhere**
8:23 13:6

**sooner**
85:25

**sorry**
9:3 16:11,12 40:23
43:22 57:4,20
65:22 67:22

**sort**
6:10 15:3 24:18
54:21 56:8 74:19
86:10

**sound**
7:3 8:1 66:19,21,
23

**sounds**
9:17 27:7

**speak**
67:8,16 68:20 69:7
85:25

**speaker**
49:21

**speakers**
49:17,19,22

**speaking**

46:22 71:15,19

**specific**
18:23 19:18 24:24
25:8 26:20 27:19
28:2 48:25 49:2
60:16 73:9

**specifically**
22:9 27:1 73:11
74:17 80:10

**specifying**
11:17

**speeches**
39:11

**spell**
8:5 13:1 70:9

**spelling**
35:7

**spend**
37:25

**spoken**
10:10,14 51:18
71:9

**spot**
18:23 22:14 75:22

**spots**
80:6

**sprayed**
43:10

**square**
49:2 72:21

**squares**
48:20,21 72:22

**stab**
25:25

**staff**
19:14,18,20 20:3,
8,15,21,24 23:1,5,
6,12 27:3 31:2,3,7,
10,11 33:3 37:20

38:7 41:13,23
74:10,22 75:19

**staffed**
73:23 74:9,23
75:16

**stand**
29:4 38:16 65:19

**standalone**
22:12

**standard**
53:4 60:20 87:24

**standing**
62:7

**stands**
34:25 65:22

**start**
22:25 35:19 37:23
38:9,15,25 39:12
40:4

**starting**
5:10

**starts**
32:22 37:6 38:2,
10,23

**state**
20:18 38:17 63:11
75:11 85:18

**stated**
11:13 12:1 26:3
35:20 40:5,9 64:3
85:7 86:19

**statement**
80:10,11,19 81:7,
13

**statements**
67:16 81:10

**states**
13:24 45:17 60:23
69:4

**stating**
62:22

**station**
27:15 43:5

**stationed**
27:23

**status**
25:17,18 72:18

**stay**
24:5 29:17 31:16
65:10,14,18 80:14

**steal**
72:6 78:9

**step**
30:14 72:2

**Step'han**
10:24 11:1,2 13:9,
10,11 59:21,23

**still**
20:17 30:13 33:4
39:21 67:7

**stole**
78:6

**stop**
35:13 50:10 51:8
62:17,19

**stored**
53:25

**Stoudemire**
10:24 11:1,2 12:24
13:2 59:21,23,24

**straight**
37:1

**stretcher**
24:12

**strict**
30:1 69:24

**stuff**
37:14 69:5,6 83:2,



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

21

**subject**
54:23 83:21

**subjugated**
20:20

**submit**
83:19

**substantial**
64:10

**suddenly**
66:1

**Sue**
71:18

**suffer**
80:13

**suit**
22:17

**summons**
9:18 14:3,8

**Sunday**
17:19 21:20 31:19,
21

**supersedes**
64:17

**supervisor**
46:24 47:19 53:7
67:2,7,10 72:2

**suppose**
36:23 47:5

**supposed**
39:17 40:11 44:9
47:16

**sure**
7:24 8:2 19:1
21:14 28:4,11,19,
20 29:9,24 30:1,15
45:19,21 52:15
62:1 65:4,8 73:16
78:1 86:20,25

87:4,7

**suspected**
54:2

**sworn**
5:6

**system**
70:24

---

**T**

**T-SHAPED**
25:15

**take**
7:2 29:21 37:9,11,
12 38:12 57:9
72:1,9 73:12,20
82:8,21

**taken**
15:22 25:21 34:13
37:15 42:10,16
53:4 63:4 73:18
87:5

**takes**
29:14 36:14 40:10
41:21

**talk**
6:15 57:23 72:2

**talked**
71:10

**talks**
62:21

**Tarjan**
5:11,19,20,22
13:1,3,7,11,14
16:18 50:10,15,17,
20 74:18 76:3,14,
18 77:25 83:12
85:10,14 86:13
87:18,20,22 88:2,8

**tea**

26:11

**team**
22:12 24:7 29:6,
15,19

**teams**
29:2

**technically**
20:11 42:25

**teen**
12:2

**Telegram**
12:17

**Telestaff**
15:22 21:17

**tell**
19:17 29:1 35:24
38:19 39:25 41:17,
18,24 43:20,25
61:22 62:16,17
73:3,8 78:9 80:11
83:15,20 84:7,12

**telling**
10:6 28:23

**tells**
66:2

**term**
19:4 69:13,21
70:3,6,14

**terms**
50:3 59:1 70:12

**tested**
83:22

**testified**
5:6

**testimony**
87:5

**testing**
83:24

**than**
10:9,13 28:12
47:10 61:21 64:10
67:18 74:12

**thank**
5:8,16,20 11:2
13:13 16:15,17,19
17:21 50:16,18
59:24 74:7 83:10
85:15 86:13 87:18
88:2

**that**
6:8,9,14,17,18 7:1,
2,3,9,18 8:1,7,23
9:8,9,15,18,21,22,
24 10:17,25 11:4,
8,18,20,22,24,25
12:1,7 13:21 14:6,
8,9,17,23 15:2,18,
19,20,22,23,24
16:7,12,13,19,20
17:2,4,5,7,9,10,19,
22 18:2,4,5,7,8,9,
10,13,15,19,20
19:1,7,8,13,15,17,
19 20:1,5,6,15
21:4,7,11,12,15,
16,18,21 22:1,2,5,
7,11,15,16,18,21,
24 23:2,5,15,17,23
24:9,13,17,18,19,
21,22,23 25:2,8,
15,25 26:21,24
27:1,7,15,25 28:5,
9,18,21,25 29:1,4,
14,17,20,24 30:2,
8,12,17,19 31:2,
10,24,25 32:5
33:3,8,12,23 34:5,
8,10,19,25 36:18
37:8,15,16,17,18,
19,21,22,25 38:5,
13,19,20,23 39:2,4
40:5,9,13,16,20,21
41:5,15,17,18


UNIVERSAL
COURT REPORTING
Clear Value. Every Case.

Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

42:3,7,8,11,16,20,
21,22 43:1,8,14
44:1,4,8,12,16,17,
18,21,22 45:4,6,
13,15,17 46:14,19,
20,21,25 47:2,5,7,
11,14,15,20,21
48:8,10,11,16
49:1,2,7,10,15,18,
21 50:1,7 51:4,6,7,
9,13,15,18 52:2,6,
9,12,24 53:3,8,12,
15,18,23 54:8,17,
22,24 55:2,5,8,23,
25 56:5,11,13,19,
21 57:3,13,24
58:21,24 59:1,2,5,
8,14,18 60:2,4,6,7,
8,11,14,17,25
61:3,19,21,23
62:1,9,14,23,24,25
63:1,2,3,9,10,20
64:2,3,6,7,21 65:9
66:15,16,18 67:5,
6,7,15,18 68:9,14,
21,22,24,25 69:1,
6,7,9,10,16,18,21,
25 70:3,7,11,12
71:1,4,9,13,16,17,
18,19,20,21 72:6,
9,10,14,16 73:7,
10,11,12,13,15,17,
25 74:6,9,10,13,
15,16,23,24 75:6,
13,15,17,18,20
76:14,16,21,22,24
77:4,10,21,22,25
78:1,3,7,8,11,12,
16,18,23 79:2,8,9,
13,17,19,23,25
80:1,2,4,12,15,19,
20 81:12,13,14,18,
19,20 82:5,13,14,
16,19,22,23 83:2,
4,7,15,21,22,25
84:3,4,6,12 85:1,5,

8,24 86:1,2,3,4,10,
16,20,25 87:4,17
88:7,11

**that'd**
84:22

**that'll**
6:5

**that's**
8:7 9:20 10:20
11:1,12 12:7 14:13
17:19 19:3,18 20:3
22:4,21 23:12 26:5
27:15,16,17 28:13
31:1 33:4,25 35:3
40:1,4,5,8 41:23,
25 44:25 45:2,25
46:22 48:14 53:2
54:15 55:17 56:15
58:22 59:21 63:8
67:8 68:7,8 69:25
74:14 75:1 77:7
79:18,25 83:25
84:1 86:18 87:5,16

**their**
20:20 23:3,9 25:9
26:12,14 28:18,21
29:10,22 30:3
31:7,11,14 34:14
39:7 40:9 48:15
61:6 65:20 67:16
81:24 82:1 83:7

**them**
10:7 23:3 24:11,
12,13,14,25 29:18
30:3,4 37:17 43:1,
2,3,12 45:25
48:23,24 51:7
59:14 63:1,4 65:7
66:10,24 67:14
72:1,8 73:12 75:14
78:6 81:9 82:1
83:4

**themselves**

26:15 83:6

**then**
9:8,20 19:14 24:6
25:9 27:14 29:12,
17 30:4,17 31:8
34:1 35:14 36:10
37:24 38:3,11,15
39:4 40:1,2 42:14
44:4,20,23 45:4,9,
10,21,22,24 46:16
48:9 50:1 51:7
54:13 56:3 57:6
61:9 63:4 64:9
67:2,10 68:18
70:10 71:25 72:5,8
77:8,13 78:20,25
79:2,4,20,23 80:1
81:8,17 82:5,8,11
83:8,21,23 87:14

**theoretically**
44:8

**there**
7:18 9:21 10:23
13:5,11 14:10 15:1
16:12 20:5,9 23:16
24:19 25:4,6,18
26:6 27:5,8 29:3,6,
7 31:3,8 33:20
34:7 36:6,16 38:16
41:15 43:5 44:23
45:20 46:7,12 48:3
50:22,23,24 53:8
54:22 57:6 59:2
61:3,17,23,24
62:1,3,19 65:4,6
66:8 71:11 73:6
78:14,15,18 80:6,9
81:6 82:23 83:5
85:18

**there'd**
83:1

**there'll**
22:14

**there's**
6:19,21 17:17 21:6
22:13 25:8 28:25
29:5,20 31:5 32:22
33:8 43:9 46:9
47:1,5 52:11 53:14
54:5,7 57:7 60:12
61:7,19,21 65:8
66:2 67:15 73:13
78:4,5 82:4 84:11

**Thereupon**
5:3

**these**
12:6 17:12 32:15
71:11

**they**
10:20 11:6 24:5,
13,23 25:19,21,25
26:10,11,13,14,22
28:21,22 29:10,12,
18,25 30:2 33:15
38:9,14 40:10
43:11,14,15,16,17
44:17 45:19,24,25
49:12,22 57:15
60:6 61:9 62:8
64:2 65:9,10,11,
14,15,16,17,18
67:16 70:16 72:23
73:15 75:13 78:6
80:11 81:12,18,21,
22 82:1,2,5,21
83:1,2 84:20

**they'll**
66:24

**they're**
12:8 20:20 25:8
26:1,2,23,25 28:20
40:11 42:20 47:16
61:6,8,16 65:12
81:25 83:7

**thing**
7:1 12:11 43:23



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

44:5 47:2 75:13
84:21 87:1

**things**
11:25 18:17 22:18
24:19 36:1 37:16,
20 38:19,20,21
42:24 43:14 44:14
45:2 52:21 53:5
60:8 69:18 71:4,
11,17,20 76:2
77:24 82:25 85:24
86:1

**think**
7:8 8:22 9:21,24
10:23 12:1 20:18
23:10,11 36:3
42:11 47:2 66:2
67:20,24,25 75:21
77:9 78:17 85:22,
23

**thinking**
7:15

**third**
15:7,18,21,25
17:2,5,7 19:22
21:20 23:16 24:22
26:18 31:21 32:16
33:15 35:15,18,20
38:12 39:15 41:12
77:1

**this**
8:10 9:4 10:14
11:5,8 13:17 14:8,
12,18,23 16:25
17:1,17,18 19:9
21:3 22:13 26:17
27:22 28:4,5 29:23
31:20 32:3,8,21
33:1 34:14,15
35:7,8,10 38:14
40:22 41:2,5 50:25
51:10,15,19,24
52:19,24,25 53:4,
17 54:18 56:8,20

57:13,14,16,17
58:1,23 59:7,17
60:12 62:14 63:6,
12,14 64:14,15
66:3 67:18,21,24,
25 69:4,5 71:24
72:25 73:8 75:10
77:13,14 78:4,5
80:11 81:15 85:19
87:4 88:9

**those**
6:11 11:25 18:14
20:6,8 22:8 24:8
27:13 31:11 32:23
33:4 36:25 38:7,9
42:24 49:11 69:1
81:9 88:6,8

**though**
8:22 10:4 20:16,24
51:5 67:5 72:25
73:8

**thousands**
35:2

**three**
20:23 26:12 35:1
36:12 38:2,4,11,
12,23 39:25 40:14
42:6 46:6 52:23

**throat**
86:9

**through**
19:23,24,25 22:19
29:16 37:9 38:3
47:18,25 48:9,23
50:1 57:14,16 60:2
64:21,23 77:9 82:8
85:5

**throughout**
70:24

**till**
39:12

**time**
5:18 8:23 11:5
17:7 18:15 24:20
27:22 28:2,4,19
29:1 31:6 32:4,22
34:24 35:18,22
36:1,19 37:25
38:11 39:12,21,22
40:5,9 41:12,17,21
42:2,9,21 44:16
46:9,17,19 55:12,
25 56:4 57:1 58:21
60:5 64:1,24 66:23
76:1 88:9,11

**times**
26:6 48:22,24
60:25 66:22 73:16

**timing**
38:5

**tiny**
42:11

**tired**
76:9

**tobacco**
54:2,19 55:2 60:23
64:14 66:3 71:24
77:14 83:15 84:3,
7,11,13,19,22,23
85:1,2

**today**
7:5,15 9:5 60:12
65:4 75:24 85:16
86:4

**today's**
8:24 9:22 10:11

**together**
45:24 58:20 66:25
81:19,22,23,25

**told**
71:14 76:17

**tolerate**

68:22

**took**
40:7

**top**
13:24 14:19 16:25
17:17 21:4 32:15

**traffic**
42:18,21 43:10
44:12 45:15

**trail**
66:24

**trailing**
30:13

**train**
22:9

**training**
22:20,21 37:18

**transcribe**
6:7

**transcript**
86:16,18 87:11

**transcripts**
9:12

**transfer**
55:20

**transferred**
25:20

**trays**
26:13

**true**
46:21 59:21

**truth**
78:9 83:20

**try**
6:19 13:21 28:11
76:2

**trying**
20:18 21:2 28:6



39:18 47:4 58:25
59:4 64:18 67:3
71:23

**Tuesday**
17:1

**turned**
14:24 34:14

**TV**
48:15,17

**two**
8:7,9 12:10 18:9
19:8 20:12,23
24:25 26:4,7 32:16
35:24 42:9,17
44:6,9,14 45:13,
17,20 51:7 54:3
55:2 61:7,13,17,
18,19,20,21,23
62:3 64:1 65:24
68:10 76:1 77:5
78:23 81:17,24
84:15 85:22

**type**
18:24 59:5 80:19
81:12,13 83:15
84:3,7 86:25

**types**
81:9

**typically**
18:12 28:15 36:9,
16 41:19 42:17
43:15 52:25 60:24
61:8 66:23 73:8
75:2

---

**U**

---

**um-**
16:12

**Um-hum**
15:15 16:8 17:20
21:22 53:9 57:22

**unbiased**
73:16

**under**
7:5,10 8:15 17:21
23:17 29:23 33:20
55:4 57:5 60:5
87:5

**understand**
6:12 7:19,21 10:17
11:8,18 21:2 36:8
39:18,20,24 47:4
59:4 71:24 85:16

**understood**
8:1 27:20

**undiplomatic**
86:11

**unfair**
86:10

**unit**
25:5,6,7,15,16,17,
22 26:2,3,11 27:24
31:5 32:3,12,21
33:20 41:4,14
42:18,20 44:3 45:5

**United**
13:24

**units**
30:2 31:2

**unless**
26:23 27:4 60:13

**unlikely**
75:23

**unprofessional**
86:12

**unreleased**
45:23

**unsecured**
45:21

**unsportsmanlike**
86:11

**until**
24:5 25:3,19 30:3
37:3 39:21 61:23
72:4

**up**
15:5 16:25 17:16,
23,24 20:5,9
22:14,17 23:1,17
26:10 28:19 29:16,
19 31:8,20 32:14
36:1,10,15,17,19,
21 37:3,4,8 38:16
39:10 40:10 41:22
47:10 49:2 51:19
52:1 68:18,25
72:1,8 74:11 75:1,
7 77:25 80:23
83:13 85:6 86:21

**upon**
18:20

**upper**
61:20

**upset**
69:18

**us**
6:5 22:17 38:19
42:1 63:18

**use**
11:23 12:5,12
26:24 43:1 44:21
68:13 69:21 70:3
73:9 74:10 75:16
80:17

**used**
70:13 75:4,5 87:6

**using**
33:3 69:9

**usually**
36:4 39:5 40:4

**utilize**
42:24 43:2

---

**V**

---

**V-E-I-L-L-A-R-D**
35:8

**vacancy**
18:18,23

**various**
18:13 20:1 28:25

**vary**
39:11

**Vayard**
50:25 51:5

**Veillard**
35:7

**verbal**
6:8 82:19

**verbiage**
69:25

**verifies**
78:7

**verify**
44:18,20

**versa**
6:17

**versus**
5:17

**vice**
6:17

**video**
6:22 46:7,9,20,25
47:1,6,13,18 49:4,
14 50:3

**videos**
46:12

**view**
46:4

**violent**
75:11



**visible**
48:22

**visitation**
19:19,23 37:6 38:1
39:2,3

**visited**
79:20

**visual**
48:24

**vocalize**
69:18

**vocalized**
69:17

**VP**
20:8,22

---

**W**

**W-E-B-E-N-S**
35:8

**W-R-I-T**
70:10

**wait**
6:16 37:3 79:1

**waiving**
86:14

**walk**
28:14 29:15 30:2
40:7,10 41:19,21
43:17 44:23 45:6,7
59:11 63:24 66:6,
25

**walked**
41:21 59:11 60:21

**walking**
41:23 43:13 60:21
66:1

**walkthrough**
43:17

**want**
36:18 37:4 39:7
43:14 47:5 48:25
50:6 52:13,16 57:9
62:17 65:21 75:6
78:18 81:21 82:7
85:18 86:14 87:3
88:7

**wanted**
46:17 50:21 77:24

**wants**
38:19

**warden's**
53:14

**wasn't**
80:4

**watch**
41:19 44:19 65:15

**water**
7:14

**way**
6:17 13:17 20:14
28:21 29:16,17,20
40:9,22 42:5,20
45:7 50:1 59:11
60:14 72:6 73:6,
13,15 78:3,7 80:19
83:4

**we**
5:16 6:14 9:24
12:22 20:1 22:9,
15,16,18 24:2,3,9,
10,14,15,25 25:2,
8,16 27:1 28:25
29:8,9,18,24,25
30:1,2,17 31:2,10
35:15 38:6,15,21
40:2,4,5,8,23
41:11 42:3 43:12
44:21 46:4 47:25
48:7,8,9,10 49:19
52:24 53:2,3,5

**we'll**
15:1 50:21 64:1
66:24 79:3

**we're**
59:10 61:16 68:3
69:23 74:8 75:5
87:10

**we've**
21:17 40:3 50:12
71:9,10

**weapons**
22:17

**wear**
43:2

**Webens**
35:7,8

**website**
34:14 35:9

**weeks**
12:10

**went**
9:24 30:23 63:15
77:9

**were**
14:9 15:19,24 17:4
18:7 19:6,10 20:5,
23,24 23:23 26:16,
17 32:11 35:12,14
36:7 38:6 39:17
40:8,20 45:20 49:7
53:4 54:18 73:23

54:22 57:12 59:11
60:7,8,9 62:25
63:1,19,20,23,24
66:7,19,22 68:5,22
69:23 71:13,19,20
72:5 73:23 74:9
75:21 77:9 78:3,8,
9,25 79:3,4 80:6
83:19,20 84:1 87:7
88:12

**we'll**
15:1 50:21 64:1
66:24 79:3

**we're**
59:10 61:16 68:3
69:23 74:8 75:5
87:10

**we've**
21:17 40:3 50:12
71:9,10

**weapons**
22:17

**wear**
43:2

**Webens**
35:7,8

**website**
34:14 35:9

**weeks**
12:10

**went**
9:24 30:23 63:15
77:9

**were**
14:9 15:19,24 17:4
18:7 19:6,10 20:5,
23,24 23:23 26:16,
17 32:11 35:12,14
36:7 38:6 39:17
40:8,20 45:20 49:7
53:4 54:18 73:23

75:15,19,21 80:3,
8,9 81:14 83:1,14
85:15 86:21 88:5

**weren't**
17:10

**what**
8:16 9:6 10:4
11:12 12:5,7
18:13,16 19:2,6,
10,17 20:18 21:12
22:7,11,15 24:1
25:7,14 26:9
27:21,25 28:6
29:24 33:25 35:18,
22 36:24 37:2
39:18,24 41:17,18
42:7 43:5,18,22
44:25 45:12 50:7
51:14 53:3,11
56:11 57:12 58:6,
22 59:5,15 60:1
61:1 63:16 65:11
67:8,22 68:1,11,21
69:15 70:11 71:23,
25 72:12 74:3
76:20,23 78:21
81:19 82:16 83:15,
25 84:7,9,21 85:3,
4,9 86:16

**what's**
31:1 38:5 45:13
66:19 72:2 73:13
86:1

**whatever**
29:10 57:24

**Whatsapp**
12:5,6,12

**wheelchair**
24:13

**when**
8:18 9:14,15 11:6,
12 19:22 24:2
25:24 26:2 27:13



877-291-3376
www.ucrinc.com

29:1,21 30:2,6
31:16 35:24,25
36:21,22 37:3
38:6,8,9 39:16
40:4,9 41:20 42:8,
9,23 43:4,16
44:11,17 47:16
49:14 53:5 57:15
58:19 59:2 60:1
61:9,25 62:3,21
63:19 64:23 66:6,
11 69:18 71:22
72:3 77:13,25 80:5

**whenever**
29:18 41:19 42:1
61:16 63:19 83:19

**where**
15:6,13,16 17:23
18:9 21:6 22:15
24:4,25 25:4 27:14
37:25 38:17 39:13
53:2 60:10,20
61:17 63:13,19,22
66:8 67:16 69:3
73:20 75:19 81:5,
17 85:5

**whether**
10:6 19:9 63:12
64:19 65:4 67:4
73:4 85:1

**which**
20:7 22:12,23 24:7
25:17 26:4,24
28:15 30:6 34:13
38:16 45:3,10
46:17,18 61:20
62:6 72:10

**while**
29:19 51:8 62:4

**white**
49:4,10

**who**
8:13 10:20 15:1

27:8 37:10 62:10,
17 63:11 67:15
70:13 73:20 77:20

**who's**
28:16 38:14 67:13

**whole**
25:3 67:15 82:4

**why**
43:2 64:3 68:8
78:2,14,17,19,21
80:7

**will**
11:17 19:22 28:12,
16,18 30:4 38:25
44:14 45:17 53:1
63:23,24 66:22
69:4 80:14 88:6

**Wilson**
5:17 11:11 34:13,
17,24 35:3 50:25
51:4,7,15 53:20
54:23 55:14 60:3
72:25 73:18,21
77:18 80:16

**window**
37:22

**windows**
28:23

**wing**
26:11,13,14 29:13
43:19,25 44:16,17,
18 45:4,8,9 46:6
47:14

**wings**
45:7 46:5,6

**wish**
85:25

**with**
5:10,24 6:21 8:7
9:18 10:24 12:22
13:16 16:4 20:3

23:2,10,11 24:12
25:11,12 26:10
27:2 29:7,15 32:22
34:20,23 35:1
37:20 41:23 42:23
51:5,13,16 57:25
58:1,4,10,11,13,
17,21,23,24 59:6,
7,13,16,18,19
61:11 62:6,7
63:11,15,24 64:18,
19 65:8,10,15,17
66:10,13 67:3,8,
11,14 68:6,9,10
69:12 70:6,12
72:20 77:18,21
81:2,8 86:21

**within**
18:19 37:5 38:20
43:9 46:10 47:14
49:21 62:25 66:20,
23 72:3

**without**
10:6 11:17 24:16
44:4,9 50:4 66:7

**witness**
5:5,7 13:5,10
16:14,16 50:16
57:7 62:5,9,11
64:20 65:4,5,6,13
67:16 74:4 78:8,12
87:2 88:15

**witnessed**
49:10 69:16

**woman**
26:20,21 27:6,17

**wondering**
19:9 30:20

**word**
13:15 43:18 68:6,
7,9,14 70:10

**wording**

9:14 73:13

**words**
64:12

**work**
8:13,14 12:21
15:23,24 21:12
27:9,17 35:23
36:10,23 40:25
44:13 45:15 46:14
58:3,7,13,19 59:7,
9,14 66:18 71:20
84:17,19

**worked**
21:11 27:15 34:25
36:12 58:17,21

**working**
15:19 17:5,10
21:16 27:8 49:9
58:10 66:11

**workplace**
69:24

**works**
42:19

**worried**
75:6,13

**worries**
16:17

**worth**
63:3

**worthy**
64:8 72:13,16,17

**would**
7:1,12,18 15:18,23
19:10 20:5,6,7,11,
15,19 21:14 22:16,
18,25 23:1 24:10,
14,17,19,21,22
26:18,25 27:4,8,9,
21,22,23 28:9
29:4,6,7,8,9,12,13,
15,17,22,23 30:10,



Bernard D. Wilson vs Lieutenant Ingram
Jones, Danielle on 12/16/2024

17,18,19,23,24
31:6,8,9,16 35:22
36:9,25 37:1,2,19
38:8,10,16 39:13,
17,18,19,21 40:12,
15,20,21 43:2,14,
18,19 44:23 45:10,
19,20,22,24,25
46:15,16,18,20
47:21 48:17 49:24
50:12 58:9,23
59:1,2 60:15 62:7,
8 64:5 65:9,10,14,
15 66:3,4,8,12,16
68:21 69:1 71:23
72:5,9,11 73:6,10,
12,20,22,24 74:10
75:14 77:1 80:7
81:13,19,20 82:2,
3,5,6,16,19,20,21,
25 83:2,5,6,8
86:10

**would've**
28:6 74:14 76:24
80:20 81:19 82:24

**wouldn't**
21:18 27:5 64:9,
12,16 66:7,8
67:13,14 75:3,13,
14 77:5,7 78:18
80:7

**wrapped**
84:4,12,13

**writ**
70:6,8

**write**
6:17 64:9,13,16
70:13 72:23

**writer**
70:6,8,10

**writing**
40:8 70:15

**written**
37:19 53:1 64:5
68:18,25 73:10

**wrong**
66:21

**wrote**
10:20 42:2 64:8,15

---

**X**

**x-raying**
23:3

---

**Y**

**yard**
18:21 27:2 28:16
31:3 43:11 58:19

**Yeah**
6:19 9:3 21:1 41:1
52:15 60:19 65:12
76:1,7,9 80:25
83:17 87:16

**year**
8:20,22 11:17

**yearly**
22:21

**years**
12:2 19:8 35:1,25
36:7,8,12 52:23
71:16 76:1 85:22

**yes**
5:7 8:8 9:20 10:21
11:3,15 13:19,23
14:1,4,7,13,21
15:4,9,12,15,18
16:1,5,13,14,21,24
17:3,8,15,20,25
18:3,6,11 19:16
21:5,8,10,22,25
22:3,6 23:18,20,22
25:13 30:22 31:18,

23 32:1,6,10,13,
17,19,25 33:6,10,
14,17,22,25 34:5,
9,11 35:17 38:25
39:3 41:7,10,16
46:22 47:25 48:13
49:13 50:5,9 51:25
52:7,10 53:9,13,
16,19,21,24 54:1,
4,9,12,14,16,25
55:3,6,9,11,13,16,
18,21,24 56:2,6,
10,14,17,22,25
57:2,3,4,8 58:3
59:23 62:15 65:13
68:12,16 69:14
73:2 76:19 77:3,12
79:10,18,22 80:5
81:4 85:17 86:15
87:22

**you**
5:8,16,19,20,24
6:1,8,10,11,16,24
7:1,2,5,8,9,15,21,
22,25 8:1,3,5,11,
13,18,22,25 9:3,
11,14,17,18,21,22,
24 10:2,4,5,6,7,10,
14,17,24 11:2,4,8,
14,17,20,21,22,25
12:5,12,15,17,19,
21 13:1,8,13,16,
17,20,22,24 14:2,
5,6,8,9,12,14,18
15:2,6,10,13,16,
19,23,24 16:3,7,
11,12,15,17,19,20,
22 17:2,4,9,10,13,
18,21,22,23 18:2,
5,7,9 19:6,10,15,
17,19,24 20:11,23,
24 21:4,7,11,12,
15,21,23 22:2,5,
12,14,19,20,24,25
23:1,17,23 24:4,

17,19,21 25:7,11
26:4,5,16,17,18,21
27:4,13,21,22,23,
25 28:2,6,12,14,19
29:4,5,21,22,23
30:3,4,5,6,10,14,
15,16,19,20,23,24
31:16,20,22,25
32:5,8,11,21
33:12,16,19,23
34:2,7,8,12,15,17,
18,23 35:4,6,9,12,
13,14,22,24 36:3,
7,8,9,15,17,18,19,
22,23,24,25 37:1,
2,3,4,6,11,25 38:3,
4,8,10,12,14
39:12,14,17,18,19,
20,22,23 40:12,14,
15,20,21 41:2,5,8,
17,18,24 43:7,22,
23 44:3,5,11 45:2,
4,6,7,8,9,13 46:2,
5,11,15,16,17,18,
19,23 47:2,4,5,6,9,
10,13,14,20,21
48:3,5,9,11,22,24,
25 49:1,3,14,16,
17,21,24 50:1,4,6,
7,11,12,16,18,22
51:1,9,12,16,23
52:2,6,9,11,12,13,
15,16,19 53:1,7,8,
11,15,18,20,23
54:2,5,8,10,13,17,
18,23 55:4,5,8,10,
12,14,19 56:5,9,
18,19,20,21,23
57:5,9,16 58:1,4,9,
13,19,20,23,24
59:2,3,4,5,24 60:1,
2,4,10,11 61:25
62:1,3,6,7,10,13,
14,17,19 63:12,13,
14,15 64:5,12,20,
21,23 65:3,10,15,

20,24 66:1,2,3,12,
16,18,20 67:1,2,3,
5,8,9,10,11,22
68:1,6,10,13,24
69:1,4,8,12,15,16,
17,18,20 70:2,6,9,
12,17,20,23 71:5,
13,22,23,24,25
72:1,3,23 73:3,4,6,
8,10,16,17 74:3,7,
19,23,24 75:2,4,5,
6,9,12,14,15,17,
19,24 76:8,10,11,
15,17,21,23,24
77:5,10,13,14,17,
20,21,25 78:1,11,
14,19,20,21 79:8,
9,12,13,20,21,24
80:1,2,3,8,9,10,11,
12,15,20 81:2,3,9,
13 82:7,13,14,16,
24 83:10,14 84:2,
6,9,12,21 85:1,5,
11,15,18,24 86:1,
2,8,10,13,14,19,
22,23 87:3,6,8,13,
14,18,24,25 88:1,
2,5,10

**you'd**
62:8

**you'll**
69:5

**you're**
6:21 9:15,16,17
15:21,22 18:22
19:3,5,20 20:18
21:16 22:20 25:12
27:7 28:2,13,19,20
29:2 38:13 43:4
46:12 50:8 58:1
60:19 61:4 63:22
65:3,4 66:11,21
67:6 71:15,19 73:9
75:6,24 78:11,19
84:7 86:2 87:8

**you've**
9:22 40:4 58:21
68:25 86:12,20

**your**
5:9 6:10 7:12,19
8:3,5,16 9:4 10:3,
6,9,13,18 13:17,22
14:22,25 15:2,11,
13,16 16:3 17:13,
21 18:1 19:4,14
20:7,8 21:7,23
23:14,16 28:13,14
30:15 32:8,15,23
33:4,5,8,13,16,19
34:3,7,10,15,24
37:1,5,7,11,12
38:2,9,11 39:22
40:16,17 41:5,9,15
43:5 45:10,11,16
46:2 47:12 49:7,25
51:24 54:13 56:19
57:23 58:9,10,23,
24 59:5,16 62:5,6,
10 63:14,16 65:5
66:2,5 67:2,7,10
72:2 76:24 80:13,
14 81:7 85:23 86:9
87:15

**yourself**
10:4 31:22 52:17
78:21

---

**Z**

---

**zoom**
79:13,14

**zoomed**
49:1

