Exhibit N

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:23-CV-00253-TKW-MJF


BERNARD D. WILSON,

        Plaintiff,

vs.

LIEUTENANT INGRAM, et al.,

        Defendants.
_____/






DEPOSITION OF JONATHAN RAY GRANGER

TAKEN ON BEHALF OF THE PLAINTIFF

DECEMBER 17, 2024
10:00 A.M. TO 10:54 A.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23






REPORTED BY:
DARIA ROMANIUK, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1                 APPEARANCES OF COUNSEL

 2    ON BEHALF OF THE PLAINTIFF:

 3         JOSHUA TARJAN, ESQUIRE
           THE TARJAN LAW FIRM P.A.
 4         12372 SOUTHWEST 82 AVENUE
           PINECREST, FLORIDA 33156
 5         (305) 423-8747
           JOSH@TARJANLAWFIRM.COM
 6         (REMOTELY VIA ZOOM)

 7         JAMES COOK, ESQUIRE
           LAW OFFICE OF JAMES COOK
 8         314 WEST JEFFERSON STREET
           TALLAHASSEE, FLORIDA 32301
 9         (850) 222-8080
           COOKJV@GMAIL.COM
10         (REMOTELY VIA ZOOM)

11    ON BEHALF OF THE DEFENDANT:

12         CLARISSA VIRGINIA JIMENEZ, ESQUIRE
           FLORIDA OFFICE OF THE ATTORNEY GENERAL
13         PL-01 THE CAPITOL
           TALLAHASSEE, FLORIDA 32399
14         (850) 414-3709
           CLARISSA.JIMENEZ@MYFLORIDALEGAL.COM
15         (REMOTELY VIA ZOOM)

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1                      INDEX OF EXAMINATION

 2    WITNESS:   JONATHAN RAY GRANGER
                                               PAGE
 3    DIRECT EXAMINATION
           BY MR. TARJAN, ESQUIRE                 5
 4
      CROSS EXAMINATION
 5         BY MS. JIMENEZ, ESQUIRE               42

 6    RE-DIRECT EXAMINATION
           BY MR. TARJAN, ESQUIRE               43
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 4

1                    INDEX OF EXHIBITS

2    EXHIBIT                DESCRIPTION                PAGE

3    (NO EXHIBITS MARKED)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1              DEPOSITION OF JONATHAN RAY GRANGER

2                     DECEMBER 17, 2024

3         THE COURT REPORTER:  We're now on the record.

4    Today's date is December 17th, 2024, and the time

5    is 10:00 a.m.  We're here for the deposition of

6    Jonathan Granger.

7         The Court Reporter is Daria Romaniuk with

8    Universal Court reporting.

9         Would Counsels please introduce themselves for

10   the record?

11        MR. TARJAN:  This is Joshua Tarjan on behalf

12   of the Plaintiffs, Bernard Wilson.

13        MR. COOK:  James Cook on behalf of the

14   Plaintiffs, Bernard Wilson.

15        MS. JIMENEZ:  Clarissa Jimenez, standing in

16   for Counsel of record, Erik Kverne, on behalf of

17   Defendant, Mr. Jonathan Granger.

18        THE COURT REPORTER:  Thank you, Counsels. You

19   may proceed.

20   Thereupon:

21              JONATHAN RAY GRANGER

22   was called as a witness, and after having been first

23   duly sworn, testified as follows:

24                   DIRECT EXAMINATION

25   BY MR. TARJAN:
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 6

```
 1      Q    Good morning, Mr. Granger.  How are you today?

 2      A    I'm good.  How are you?

 3      Q    Fine.  Thank you.  Have you ever given a

 4   deposition before?

 5      A    No, sir.

 6      Q    All right.  We'll just go over a few ground

 7   rules, just so we can be efficient and also the Court

 8   Reporter can get a clear transcript.

 9           I'm going to ask that you give verbal

10   responses to any questions that may be asked of you.  If

11   you shake your head or nod your head, Court Reporter

12   can't record that.  Do you understand?

13      A    Yes, sir.

14      Q    Okay.  We're also doing this by Zoom.

15   Sometimes there are audio hiccups, that sort of thing.

16   So, if you don't understand something that I ask for

17   whatever reason, will you let me know, and I can restate

18   the question, we can fix the audio problem, or what

19   whatever the issue is?

20      A    Yes, sir.

21      Q    All right.  I'm going to ask that we not talk

22   over each other again because of the Court Reporter. So,

23   I'll ask a question, you can wait for me to finish. You

24   will then answer.  And I'll wait for you to finish and

25   all of that.  Does it make sense?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 7

```
1        A    It does.
2        Q    Okay.  If you need to take a break at any
3   point, just let us know, that's fine.  All I ask is that
4   you finish answering whatever the question is before
5   going on break, okay?
6        A    No problem.
7        Q    Now, as you sit here today, are you under the
8   influence of any alcohol, drugs, or medication?
9        A    I am not.
10       Q    Is there anything that would impair your
11  ability to understand and answer my questions this
12  morning, for example, a head cold or physical pain,
13  anything like that?
14       A    No, sir.
15       Q    Okay.  Now if you ask -- if you answer a
16  question, I'm going to assume that you understood the
17  question.  Does that sound fair?
18       A    Yes.
19       Q    Okay.  I know you said it just before, but can
20  you state your full name again, please?
21       A    Jonathan Ray Granger.
22       Q    How do you spell your first name?
23       A    J-O-N-A-T-H-A-N.
24       Q    Middle name is R-A-Y?
25       A    R-A-Y.
```


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 8

1      Q      Okay. And Granger is G-R-A-N-G-E-R?

2      A      That's correct.

3      Q      Okay.  I ask everybody this question.  Have

4   you ever been convicted of any crimes?

5      A      I have not.

6      Q      Okay.  And who do you currently work for?

7      A      Florida Department of Corrections.

8      Q      And what is your current rank?

9      A      I am a Correctional Officer Lieutenant.

10     Q      And where are you located?

11     A      Jackson Correctional Institution but assigned

12  to Graceville Work Camp.

13     Q      Now, I'm not going to -- I'm going to ask you

14  some questions about preparing for this deposition and

15  speaking to people, but I don't -- I'm not going to --

16  I'm not asking any conversations that you may have had

17  with your Attorney or their law firm.

18            So, that's basically, privileged, so -- but my

19  question is, did you review any documents or video in

20  preparation for today's deposition?

21     A      Only the material that I've -- as far as the

22  case-related stuff that's been filed.  What I've been

23  sent.

24     Q      And do you mean by that, like the summons and

25  complaints that was processed served on you?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1        A    Correct.

 2        Q    Okay.  Have you reviewed anything else in

 3   preparation?

 4        A    No, sir.

 5        Q    Okay.  Now, other than your Attorney and

 6   anyone in their firm, assistance, for example, have you

 7   spoken to anyone in preparation for today's deposition?

 8        A    Absolutely not.

 9        Q    Okay.  Now, other Defendants in this case are

10   Danielle Jones.  Are you familiar with her?

11        A    Yes, sir.

12        Q    Benny Ingram, are you familiar with him?

13        A    I am.

14        Q    Josh Causey, familiar with him?

15        A    Yes.

16        Q    And I don't know if I'm going to say this

17   right, but Steven Stoudemire, or Studemire?

18        A    Yes.

19        Q    You're familiar with him?

20        A    Yes.

21        Q    Okay.  Have you spoken with any of them about

22   this lawsuit?

23        A    I have not.

24        Q    Okay.  Now, do you understand that this

25   lawsuit involves incidents at Jackson Correctional
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
1    Institution H Dorm on November 4th, 8th, and 13th, 2022

2    involving Plaintiff Bernard Wilson?

3         A    Yeah.  I'm aware that it involved incidents in

4    November of '22.  Yes.

5         Q    Okay.  And are you aware that those the

6    specific dates are in the -- as alleged in the complaint

7    are November 4th, 8th and 13th?

8         A    And -- if that's what's in there, yeah.

9         Q    Okay.  So, if I refer to November 4th,

10   November 8th, or November 13th without specifying the

11   year in the rest of this deposition, will you understand

12   that I'm referring to events occurring in November 2022?

13        A    Yes, sir.

14        Q    All right.  Do you have any social media

15   accounts, like, for example --

16        A    I do.

17        Q    What social media accounts do you have?

18        A    Facebook and a TikTok.

19        Q    Okay.  And do you -- have you on Facebook

20   posted anything about this lawsuit?

21        A    No.

22        Q    Okay.  Have you posted anything about

23   Bernard Wilson?

24        A    No.

25        Q    And same question for TikTok, have you posted
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1    anything on TikTok about this lawsuit?

2        A    No, sir.

3        Q    Okay.  Any other applications, like what

4    about, for example, WhatsApp?

5        A    No.

6        Q    Do you have WhatsApp?

7        A    I don't have WhatsApp.

8        Q    Signal?

9        A    No, sir.

10       Q    Telegram?

11       A    No, sir.

12       Q    Okay.  All right.  Are there any other

13   channels of communication that you might use to discuss

14   this case with, for example, other corrections officers?

15       A    No, sir.

16       Q    Okay.  Have you ever posted anything about

17   your job or any Inmates on any of your social media

18   accounts?

19       A    I don't believe so.

20       Q    Okay.

21       A    Other than just -- nothing specific, nothing

22   specific, just work-related events or whatnot.

23       Q    Okay.

24       A    Holiday parties, or things like that.

25       Q    Any discussions of, like, incidents?
```


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 12

1      A    No, not of incident.

2      Q    Okay.  Any discussions of specific Inmates?

3      A    No, sir.

4      Q    Okay.  What is your Facebook handle?

5      A    Just my full name.

6      Q    Full name?  Okay.  Is it the full name with

7  Ray or without the Ray?

8      A    Honestly, I'm not a 100% positive about it. I

9  don't use it constantly.

10     Q    Okay.

11     A    It's probably just my first and last name.

12     Q    Okay.  And how long have you had that account?

13     A    For as long as Facebook has been around.

14     Q    Okay.  And what about TikTok?  What's your

15  handle for TikTok?

16     A    I believe that'll be the same way.

17     Q    Okay.  All right.  And how frequently do you

18  post things?

19     A    It's actually very rare.  I'm not very active

20  on TikTok or Facebook.

21     Q    Okay.  Now I'm going to share my screen.  And

22  are you looking at a computer screen or a cell phone?

23     A    No.  I'm on a phone.

24     Q    I'm sorry?

25     A    I'm on a telephone, a cellular phone.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 13

```
 1        Q    Okay.  So, if it's hard for you to see

 2   something, just let me know, okay?  And I can try to

 3   expand the screen.

 4              All right.  Do you -- let me see if I can

 5   expand this.  All right.  Do you see a document on your

 6   screen?

 7        A    I do.

 8        Q    Okay.  Do you see at the top it says, "United

 9   States District Court"?

10        A    I do.

11        Q    And it says on the left, "Bernard D. Wilson,

12   Plaintiffs v. Lieutenant Ingram, et al., Defendants."

13   You see that?

14        A    Yes.

15        Q    All right.  And then it says, "Summons in a

16   Civil Action."  And then, do you see your name below

17   that?

18        A    I do.

19        Q    Is this the document that you were served?  I

20   can scroll down.  It says, "A lawsuit has been filed

21   against you.  Within 21 days after service of summons on

22   you (not counting the day you received it) - or 60 days

23   if you are the United States or United States agency,"

24   et cetera, do you see that?

25        A    Was this the original one that would've been
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 14

 1  served?

 2       Q    Yes, sir.

 3       A    Yes, sir.

 4       Q    Okay.  So, this was what was served on you,

 5  and there's a signature by the clerk, Jeremy Wright,

 6  Deputy Clerk.  You see that?

 7       A    Right.

 8       Q    Okay.  Is this what you received with the copy

 9  of the complaint?

10       A    I honestly don't remember seeing this

11  particular document.

12       Q    Okay.  Did you receive -- did someone give you

13  a -- did someone serve you anything regarding this

14  lawsuit?

15       A    Yes.

16       Q    Okay.  When was that?

17       A    I'm not sure.  It's been a couple of months

18  ago.

19       Q    Okay.  But you got some sort of official

20  looking piece of paper about this lawsuit?

21       A    Yes.

22       Q    And was there a complaint attached to it?

23       A    Yes, sir.

24       Q    Okay.  Perfect.  Have you had an opportunity

25  to read that complaint?


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                          Page 15

```
 1        A     I did.

 2        Q     Okay.  I'm going to now -- anything else

 3   you -- I'm going to close this document.  Is there any

 4   reason you would like to continue looking at it?

 5        A     No, sir.

 6        Q     All right.  Now, I have received from Florida

 7   Department of Corrections The Daily Security Roster for

 8   November 4th, 2022, November 8th, 2022, as well.  And

 9   these have been all -- these documents have been turned

10   over to your attorneys.

11              I'm just going to do a search for your name

12   and try to just establish whether or not you are working

13   on given days.  So, this is -- do you see your name on

14   the screen?  I know your screen may be tiny.

15        A     Um-hum.

16        Q     Okay.  Jonathan Granger?

17        A     Yes.

18        Q     Okay.  Now, to the left of that is Officer,

19   Dorm H.  Do you see that?

20        A     Yes.

21        Q     And to the right, it says, "07:00 a.m.,

22   03:30 p.m."  Do you see that?

23        A     Yes.

24        Q     Is that the shift time?

25        A     That's correct.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 16

1      Q    Okay.  I've just scrolled up to the top of

2  this screen -- I'm sorry, this page, and it says,

3  "Friday, November 4th, 2022, second shift."  Do you see

4  that?

5      A    Yes, sir.

6      Q    Okay.  Do you believe that you were working on

7  November 4th, 2022?

8      A    Yes, sir.

9      Q    Okay.  And the time being from 07:00 a.m. to

10 03:30 p.m., second shift?

11     A    Yes, sir.

12     Q    Okay.  I'm just going to continue.  Now, you

13 show up as -- on -- I'm going to just scroll up to the

14 top of this page.

15          Also, second shift, November 4th.  You're on a

16 listing for emergency response teams, Officer, Dorm H.

17 Do you see that?

18     A    Yes, sir.

19     Q    Okay.  And it says, "Cell extraction, yes."

20 Quick -- I guess, quick response, no, dart, no.  Cell

21 extraction, does that mean that you were involved doing

22 cell extraction if necessary?

23     A    If necessary, I would have been put on a cell

24 extraction team.  Yes, sir.

25     Q    Okay.  And would that have been for any Dorm



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 17

```
 1   or just Dorm H?
 2       A    Most likely, it would be a confinement or a
 3   secure housing unit.
 4       Q    Okay.  I'm going to keep searching here.
 5   There's a Jovannah Cherina Granger, any relation to you?
 6       A    No, sir.
 7       Q    Okay.  The next time you appear, I'm going to
 8   scroll to the top here.  Is -- November 8th, second
 9   shift.  Okay.  Do you see your name, Jonathan Granger?
10       A    Yeah.
11       Q    And you see to the left Officer, Dorm H?
12       A    Yes.
13       Q    Do you know what GS stands for by the way?
14       A    Gender specific.
15       Q    General specific?
16       A    Gender specific.
17       Q    Gender specific.  What does that mean?  In
18   this context?
19       A    Only -- since it has -- since that unit houses
20   male Inmates, only male officers could work floor on
21   that unit.
22       Q    Okay.
23       A    In that position.
24       Q    Okay.  And do you see it to the right of your
25   name, 07:00 a.m. to 03:30 p.m.?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 18

```
 1        A    Yes, sir.

 2        Q    Okay.  So, is it fair to say that you were

 3   working second shift, November 8th, 2022 --

 4        A    Yes, sir.

 5        Q    -- from 07:00 a.m. to 03:30 p.m.?

 6        A    Yes.

 7        Q    Okay.  Let's see.  Okay.  The only other time

 8   you show up is days off.  I don't know if you see your

 9   name there, you see your name?

10        A    Yes.

11        Q    And this would be November 13th.  Okay.  Let

12   me just scroll back to the top here for a second.  Now,

13   I've just gone back to second shift, November 4th, 2022,

14   and there's a special assignment section.  Do you see

15   that?

16        A    Yes.

17        Q    Now, Benny Ingram is listed on the left with

18   Post Coverage Level 1.  Do you know what that would

19   stand for, Post Coverage Level 1?

20        A    No, sir.

21        Q    Okay.  All right.  I'm now going to show you

22   housing unit -- H Housing Unit Checklist, checklists

23   that we have received.  Again, these have been turned

24   over to your attorneys.  This is from

25   November 4th, 2022.  Do you see that?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 19

1     A    I do.

2     Q    Okay.  I'm going to scroll down.  I'm going to

3  go to Page 9, actually.  Let me see.  Okay.  This is

4  Florida Department of Corrections Housing Unit Log.  H

5  Housing Unit date 11/04/22.  Do you see that at the top?

6     A    Yes.

7     Q    Okay.  I'm just going to scroll down.

8  Actually, not very much, about one, two, three, four,

9  five lines down, there's a line that says, "Ingram." Do

10 you see that?

11    A    I do.

12    Q    Okay.  It's a -- the time is 07:30.  There's a

13 PBA Number 6, what does that mean?

14    A    That's an equipment number, that's a piece of

15 equipment.  That's what the rest of this would designate

16 what equipment he had from the housing unit that day.

17    Q    Okay.  And now, you are a couple lines down

18 from that for 07:30 a.m., Granger.  Do you see your

19 name?

20    A    Yes.

21    Q    Okay.  So, you were issued equipment on that

22 day?

23    A    Yes, sir.

24    Q    Okay.  What is the PBA equipment?

25    A    That would be your personal body alarm system.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 20

```
 1        Q    What does that mean, a radio?

 2        A    No.  It's a unit, it's a panic button that you

 3   wear on your belt.

 4        Q    Okay.  And it looks like you also had a

 5   chemical agent device?

 6        A    Right.

 7        Q    Is that something you would wear on your body

 8   during the course of the shift?

 9        A    Yes.

10        Q    Okay.  Is there any other equipment you

11   remember being given?

12        A    Every day in that position, you would wear the

13   PBA, chemical agent, two sets of handcuffs, a radio, and

14   a set of keys.

15        Q    Okay.  And is that radio, does that allow you

16   to communicate with the booth, the security booth in the

17   dorm?

18        A    It does.

19        Q    And does it allow you to communicate across

20   the entire campus of the facility?

21        A    It can.  It does have that.  It is capable of

22   that.

23        Q    Okay.  I'm going to go now to -- I'm going to

24   go now to page -- and Page 9.  Let's see.  Actually, one

25   second.  Okay.  Yeah, I'm going to go to Page 19,
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 21

```
1    actually.  All of the logs in this particular document
2    are from November 4th.
3              Now, actually, before we do this, let me show
4    you -- let me go to November.  I'm going to go to
5    November 8th, okay?  This is the H Housing Unit
6    Checklist.  Do you see that?
7         A    Yes, sir.
8         Q    Okay.  And this is for November 8th, 2022. I'm
9    going to go to Page 9.  Okay.  Do you see Florida
10   Department of Corrections Housing Unit Log at the top
11   there?
12        A    I do.
13        Q    H Housing Unit date --
14        A    Yes.
15        Q    -- 11/08/22, you see that?
16        A    Yes.
17        Q    Okay.  And I'm just going to ask that you wait
18   for me to finish my question just because of the Court
19   Reporter, okay?
20        A    Yes, sir.
21        Q    Okay.  Now we see, about three, four, five,
22   six, seven lines down, 07:30.  Do you see your name
23   here, Granger?
24        A    Yes, sir.
25        Q    Okay.  And once again, it looks like you were
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   issued equipment?

 2        A    Correct.

 3        Q    Okay.  And -- okay.  Now, I'm now on Page 12

 4   of this document.  It's also November 8th, and it's also

 5   H Housing Unit.  Do you see that at the top?

 6        A    Yes.

 7        Q    All right.  I'm going to scroll down.  And

 8   probably in the middle of your screen at this point, it

 9   says, "Inspection completed by Sergeant Granger"?

10        A    Correct.

11        Q    Okay.  And now, it begins that at 03:30, if

12   you go up a few lines, "The Confinement Sergeant and

13   Officer will conduct a security check of the inside of

14   the building at the completion of the shift.  The entire

15   housing unit will be inspected for safety, sanitation,

16   security, and maintenance discrepancies." Do -- you see

17   all that there, correct?

18        A    Yes, sir.

19        Q    Okay.  And so, you -- the -- this indicates

20   that you would have completed that inspection at 03:30

21   on that day?

22        A    Yes, sir.

23        Q    Okay.  Do you have any reason to think that

24   you were not working on November 4th, 2022?

25        A    No, sir.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    Q    And do you have any reason to think you were

2    not working on November 8th, 2022?

3    A    I do not.

4    Q    Okay.  I'm going to now go to -- I'm showing

5    you a picture now that was taken from the FDC website of

6    Inmate Bernard Wilson.  Are you able to see that

7    photograph?

8    A    Yes, sir.

9    Q    All right.  Do you recognize this person?

10   A    I mean, I'm sure I've dealt with him.  I've

11   worked, you know, supervised him over time.

12   Q    Okay.  We'll come back to that.  And I'm also

13   going to show you a picture of an Inmate named

14   Webens Veillard V-E-I-L-L-A-R-D, first name W-E-B-E-N-S.

15   Do you recognize this person?

16   A    I mean, I know he's been here at the

17   institution.

18   Q    Okay.  All right.  Okay.  Now I want to go

19   back to the housing unit logs for a second.  This is the

20   log -- these are the logs for November 4th, okay? And

21   I'm going to scroll down here on Page 19.

22        Now, there is a log of -- there's a log of

23   events here.  Actually, I'm going to start on the

24   first -- okay.  Now I'm on Page 19, there's a -- at

25   06:30 p.m., there's security check all secured.  Do you



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1   see that?

2       A    Yes, sir.

3       Q    Okay.  There's also another security check at

4   07:00 p.m., all secured.  You see that?

5       A    Um-hum, yes.

6       Q    Now, at 07:22 p.m., it says, "Loss of Inmate

7   Veillard Webens, DC Number C90725.  Do you see that?

8       A    I do.

9       Q    And it's from H1-2190 to medical.  Do you see

10  that?

11      A    Yes, sir.

12      Q    Okay.  Do you know anything about him going to

13  medical?

14      A    Yeah, I don't know.

15      Q    Okay.  And a couple lines down from there, we

16  have 08:03 p.m., loss of Inmate Wilson Bernard, with the

17  DC number from H1-2191 to medical.  Do you know anything

18  about that?

19      A    No, sir.

20      Q    Okay.  And then, at 08:09 p.m., it says, "Gain

21  of Inmate Veillard Webens from medical to hotel holding

22  cell."  Do you see that?

23      A    Yes.

24      Q    And 08:13 p.m., gain of Inmate Wilson Bernard

25  from medical to hotel holding cell.  Do you see that?



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A    Yes.

2      Q    Okay.  And then, at 08:31 p.m., there's

3  movement of Inmate Wilson Bernard from holding to

4  H1-219l.  Do you see that?

5      A    Yes, sir.

6      Q    Okay.  Are these types of entries always done

7  when an Inmate moves in and out of the H Dorm?

8      A    Yes.

9      Q    Okay.  What about when an Inmate is being

10 moved within H Dorm, would these types of notations

11 always be done as well?

12     A    No.  Normally, when a in-house movement

13 occurs, there's a movement sheet that's kept that would

14 be that -- where those would be documented.

15     Q    Okay.  What is that --

16     A    Those are only -- the housing log is external

17 movement.

18     Q    Okay.  And what do -- what would you call the

19 form that is for internal movements?

20     A    It's an in-house movement sheet.

21     Q    Okay.  So, anytime it's moved from one cell to

22 another, that would be recorded on the in-house movement

23 sheet?

24          MS. JIMENEZ:  Form.

25     A    Yes.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1   BY MR. TARJAN:
2       Q    Okay.  And would an in-house movement sheet
3   reflect movements externally as well?
4       A    It does have gains and losses on it.
5       Q    Okay.  So, basically, anytime there's a
6   movement anywhere, that gets recorded on the in-house
7   movement sheet?
8       A    Yes, sir.
9       Q    Okay.  One second.  Okay.  I'm going to stop
10  sharing my screen.  All right.  I showed you
11  Bernard Wilson, his photo previously, and I wanted to go
12  over how -- what is your -- what did you know about
13  Mr. Wilson prior to this lawsuit?
14      A    As in?
15      Q    Well, okay.  What -- had you had any specific
16  encounters with him?  Had you moved him, for example?
17      A    I mean, I'm sure I had dealt with him as far
18  as movement goes if he's - if he was in confinement at
19  the time.
20      Q    Okay.  Well, let's do this.  Let's start
21  with -- let's start with November 4th.  So,
22  Webens Veillard alleged that he made a pre-allegation
23  against Mr. Wilson.  Prior to this lawsuit, did you know
24  anything about that allegation?
25      A    No, sir.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      Q    Okay.  Did you know about any allegations that

2   Mr. Veillard made against Mr. Wilson prior to this

3   lawsuit?

4      A    No, sir.

5      Q    Okay.  On November 4th, do you remember moving

6   Mr. Wilson?

7      A    Not particularly.

8      Q    You say not particularly.  Is there any aspect

9   in which you recall moving him?

10     A    No.

11     Q    Do you recall moving Mr. Veillard on

12  November 4th?

13     A    No, sir, I don't.

14     Q    Okay.  Do you remember -- and I just have to

15  ask these questions.  Do you remember any encounters

16  with Mr. Wilson on November 4th?

17     A    No, sir.

18     Q    Same question for Mr. Veillard.  Do you

19  remember any encounters with him on November 4th?

20     A    No, sir.

21     Q    Okay.  Now, there's an allegation Mr. Wilson

22  has said that -- and Mr. Veillard, in his deposition as

23  well, stated that the two of them were put in a cell

24  together and on November 8th, despite the pre-

25  allegation.  And now, before November 8th, had you heard



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1    about any fights between Mr. Veillard and Mr. Wilson?

 2        A    I believe you blanked out for a second on my

 3    end here.

 4        Q    I'm sorry.

 5        A    Could you repeat that for me, please?

 6        Q    Sure.  So, I'm not sure how much you heard, so

 7    I'll just repeat it.  So, both -- so, Mr. Wilson, of

 8    course, has alleged that he was put in a November 8th,

 9    with Mr. Veillard, here's what I'm -- I think I froze.

10    Can you guys hear me?

11        A    I can hear you.

12        Q    Okay.  I'm going to turn off my video just to

13    make sure that I'm less interfering.  Can you hear me

14    now?

15        A    Yes, sir.

16        Q    Okay.  So, all right.  So back to

17    November 8th, Mr. Wilson alleges that he and

18    Mr. Veillard were placed in a cell together, that

19    Mr. Wilson was placed in a cell with Mr. Veillard

20    despite the PREA allegation, and that they engaged in

21    combat in the cell.

22             And Mr. Veillard, in his deposition, basically

23    made the same claim.  Do you -- can you understand what

24    I'm saying now with this -- the technical issues?

25        A    Yes.
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1     Q    Okay.  So, I -- what I want to ask you about

2    is any sort of fight, whether you heard of any fight

3    between the two of them prior to November 8th?

4          MR. COOK:  Objection.

5     A    Repeat that last part of the question there,

6    sir.

7    BY MR. TARJAN:

8     Q    Sure.  Did prior -- did you hear of any fight

9    between Mr. Wilson and Mr. Veillard prior to

10   November 8th, 2022?

11    A    No, sir.

12    Q    All right.  Now, let's talk about

13   November 8th.  What were your duties in H Dorm on that

14   day?

15    A    I believe I was a confinement wing officer

16   that day.

17    Q    Okay.  What does that entail?

18    A    You're assigned to a wing; mine was normally

19   wing three.  And you basically make security checks,

20   conduct movements, any callouts they may have, escort,

21   assist the officers of the other wings with movement and

22   escorts.

23    Q    Okay.  Would you be -- when you say escorts,

24   would you be putting Inmates in and out taking --

25   putting Inmates into and taking them out of cells?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 30

1    A    Yes, sir, could be.

2    Q    Okay.  Now when you put -- when you place an

3    Inmate in a cell, what is the protocol for doing that in

4    H Dorm?

5    A    Both Inmates must be placed in hand

6    restraints, you have to have two staff at the door to

7    open the door, and any movement, whether it's one Inmate

8    or two Inmates, has to be one on -- at least one on one

9    direct escort supervision.

10   Q    Okay.  So, two staff at the door, that means

11   that one person would be, for example, what, operating

12   the door, and the other person would be standing by?

13   A    No, sir.  The door is operated by the control

14   room in the unit.

15   Q    Okay.  And is that true for also closing the

16   door?

17   A    No, sir.  You close the door manually.

18   Q    Okay.  So, now, if you're taking an Inmate to

19   a cell, is that -- that Inmate is shackled before they

20   get to the cell?

21   A    Hand restraints.

22   Q    Hand restraints.  Are leg restraints ever

23   used?

24   A    They can be if necessary.

25   Q    Okay.  When would they be used?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 31

```
1         A    Say you're in a use of force or a combative MA

2   or a high-security MA, a heightened security. Patient

3   would be in a heightened security status.

4         Q    Okay.  Now, when the -- let's break it down.

5   When you -- the -- in -- you get to the door with the

6   Inmate who's going to be going into the cell.  Is the

7   Inmate who's already in the cell, are they cuffed up

8   first?

9         A    Yes, sir.

10        Q    And how do they do that?

11        A    There's a port on the door, and I mean, you

12  place hand restraints on them and ask them to step away

13  from the door, have them step to the back of the cell.

14  Then you open the door, and the other Inmate can be

15  placed then.

16             And then you -- then they, one at a time, will

17  put their hands through the port on the door, and you

18  receive the hand restraints back.

19        Q    Okay.  Is there ever any exception to that

20  where you would not handcuff these -- the Inmate inside

21  the cell?

22        A    No, sir.

23        Q    First?  You said no?

24        A    No, sir.

25        Q    Okay.  Now let's talk about more detail --
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 32

1    specifics of November 8th.  Do you remember escorting

2    Mr. Wilson to a cell in Dorm H that day?

3         A    No, sir.

4         Q    Okay.  Well, do you have any recollection of

5    removing Mr. Wilson from a cell that day?

6         A    No, sir.

7         Q    Okay.  Did you take Mr. Wilson to medical that

8    day?

9         A    No, sir.  I don't recall anything about

10   dealing with Mr. Wilson.

11        Q    Okay.  And that's on November 8th, you're

12   saying?

13        A    Correct.

14        Q    All right.  What about anything involving

15   Mr. -- do you remember anything involving Mr. Veillard

16   on November 8th?

17        A    No, sir.

18        Q    Now, you had -- prior to November 8th, did you

19   have any sense of a reputation for Mr. Wilson?

20        A    No, sir.

21        Q    Okay.  Did you know if he was in a gang or

22   not?

23        A    No, sir.  I don't.

24        Q    Okay.  Did you know whether Mr. Veillard was

25   in a gang?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 33

```
 1        A    No idea, sir.

 2        Q    Did you know whether Mr. Wilson had a

 3   reputation for violence, for example?

 4        A    No, sir.

 5        Q    What about Mr. Webens, did you have a sense

 6   for him having a reputation for violence?

 7        A    No, sir.

 8        Q    Okay.  Do you know how tall Mr. Wilson is?

 9        A    No, sir.  I don't recall.

10        Q    Do you recall how tall Mr. Veillard is?

11        A    No, sir.

12        Q    Okay.  Do you have a sense as you sit here

13   today whether Mr. Wilson is -- well, how tall are you?

14        A    I'm almost 6.1.  I'm 6.1.

15        Q    Okay.  Is -- would you say that Mr. Wilson is

16   about your size?

17        A    Honestly, sir, I couldn't recall.

18        Q    Okay.  And same question for Mr. Veillard. Do

19   you have any sense of Mr. Veillard's size relative to

20   your own?

21        A    The best recollection on him is he's a slim

22   guy.  Like, I don't remember how tall he would be.

23        Q    Okay.  Mr. Veillard is someone who has written

24   a number of grievances over time.  Did you have a sense

25   of whether Mr. Veillard was a difficult Inmate?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1        A    No, sir.

 2        Q    Okay.  Did you have a sense whether Mr. Wilson

 3   was a difficult Inmate?

 4        A    No, sir.

 5        Q    Okay.  Prior to November 8th -- well, are you

 6   aware of any grievances that Mr. Wilson has written?

 7        A    No, sir.  I generally don't deal in

 8   grievances.

 9        Q    What about any complaints against staff that

10   Mr. Wilson had made?  Are you aware of any?

11        A    No, sir.

12        Q    All right.  So, in his complaint, Mr. Wilson

13   claims that on November 8th, he was being escorted from

14   Cell H1219 to Cell H2201.

15             And that you stated to him in the presence of

16   Ingram and Causey, "You like to write grievances?  This

17   is how we deal with snitches like you."  Did you

18   remember saying anything like that on that day?

19        A    Absolutely not.

20        Q    Okay.  He also further down in the complaint

21   says that once in a cell that he was pleading to be

22   taken out of the cell and that Ingram, Granger, and

23   Causey disregarded Plaintiff's pleas.  Do you have any

24   recollection of that?

25        A    No, sir.  I have no recollection of anything
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   similar to this.

 2        Q    Okay.  He says that they did not -- "You'll be

 3   all right.  Snitches get stitches."  Have you ever

 4   referred to Inmates as stitch -- as snitches?

 5        A    No, sir.

 6        Q    Okay.  And have you ever heard any Florida

 7   Department of Corrections employees refer to Inmates as

 8   snitches?

 9        A    No, sir.

10        Q    Okay.  And you -- I assume do you know what a

11   snitch is?

12        A    Yes, sir.

13        Q    Okay.  How do you -- just to make sure we're

14   talking about the same thing.  Well, how do you define

15   snitch?

16        A    I guess somebody that will tell on you.  I

17   don't know.

18        Q    Okay.  I think we're talking about the same

19   word.  What about -- have you ever heard the term writ

20   writer?

21        A    I'm sorry?

22        Q    Have you ever heard the term writ writer?

23        A    Yes, sir.

24        Q    Okay.  What is a writ writer?

25        A    An Inmate that writes grievances.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 36

1     Q    Okay.  Is it used in like a negative context,
2  like to sort of disparagingly?
3     A    Not necessarily.
4     Q    Okay.  Have you yourself ever used that term
5  to describe an Inmate?
6     A    No, sir.
7     Q    Have you ever heard any other Department of
8  Corrections officers use that term?
9     A    Hold on just a second.  I'm sorry.  I had a
10  call try to come through.  Let me try to get this back
11  up where it was.
12     Q    Okay.
13     A    Okay.  Can you hear me now?
14     Q    Yes.
15     A    Okay.  Where were we at?  I'm sorry.
16     Q    I was asking you about writ writer.  Have you
17  ever heard any Florida Department of Corrections
18  employees referring to Inmates as writ writers?
19     A    Yes.
20     Q    Okay.  Like in what context?
21     A    Just describing an Inmate that writes
22  grievances.
23     Q    Okay.  And is that -- have you heard them use
24  that, like, in a negative way, like referring
25  disparagingly about an Inmate?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 37

1          A    No, sir.

2          Q    Okay.  Have you ever heard Lieutenant Ingram,

3     or whatever his rank may have been at any time, refer to

4     an Inmate as a writ writer?

5          A    No, sir.

6          Q    Have you ever heard Joshua Causey ever use the

7     term writ writer?

8          A    No, sir.

9

10         Q    Have you ever heard Steven Stoudemire use that

11    term?

12         A    No, sir.

13         Q    Have you ever heard Danielle Jones use that

14    term?

15         A    No, sir.

16         Q    Okay.  Now, have you ever heard someone at the

17    fire department of corrections -- well, Mr. Wilson has

18    said he's heard, for example, Lieutenant Ingram use the

19    phrase, "If a duck could hook a truck, you better hook

20    that motherfucker up."  Did you hear what I just said,

21    barely?

22         A    Yes, sir.

23         Q    Have you ever heard that phrase before or

24    words to that effect?

25         A    No.  I have not.


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1     Q     Have you ever -- have you ever used that

2   phrase before?

3     A     No.

4     Q     Okay.

5     A     That's the first time I've heard that.

6     Q     Have you -- I'm going to refer to -- speak

7   about the N word for a second.  This is a derogatory

8   term used to describe black people.  It starts with an

9   N, it ends with an R, and it has two G's in the middle.

10  Do you know what term I'm referring to?

11    A     Yes, sir.

12    Q     Okay.  Have you ever heard any fire department

13  of corrections employees use that term in reference to

14  Inmates?

15    A     No, sir.

16    Q     Have you ever heard anyone -- you said you've

17  heard employees use the term writ writer.  Have you ever

18  heard anyone use the term writ writer to refer to

19  Mr. Wilson?

20    A     No, sir.

21    Q     Okay.  Do you recall having any discussions

22  about Mr. Wilson with any other FDC employees?

23    A     No, sir.

24    Q     Do you remember having any conversations

25  with -- about Mr. Veillard with any other FDC employees?



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1      A    No, sir.

2      Q    Okay.  Mr. Wilson claims in his complaint that

3  when he was shoved into the cell and that you stated,

4  "Wilson, get your big scary ass in there and fuck or

5  fight."  Do you know of anyone saying any words to that

6  effect?

7      A    No, sir.

8      Q    Okay.  He also states that Mr. Causey said,

9  "Well, now it's your turn to be molested, Wilson."  Do

10  you recall hearing anyone say any words to that effect?

11      A    No, sir.

12      Q    And also, he says that Ingram stated, "Stop

13  being a coward and let's see who fucks who."  Do you

14  recall anyone saying any words to that effect?

15      A    No, sir.

16      Q    Okay.  When you move -- are you familiar with

17  an IM 70?

18      A    I know what you're talking about, but as far

19  as being familiar with it, no, sir.

20      Q    Okay.  When Inmates are put together, are you

21  part of any part of the decision-making who to put in

22  what cell?

23      A    No, sir.

24      Q    Okay.  That said, do you -- if you needed to

25  put an Inmate in a cell with another Inmate, you know,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 40

```
 1   even temporarily, is that something that you could do?

 2       A    As in?

 3       Q    Without class -- for example, without a

 4   classification, pronouncement, without an IM 70,

 5   reviewing an IM 70?

 6       A    I wouldn't be able to do it.  We have staff

 7   that are responsible for that, specific to that.

 8       Q    When -- If you're moving an Inmate to a cell

 9   to be put in there with another Inmate, do you know if

10   the person in the booth, checks the status of the two

11   Inmates at that point?

12       A    No, sir.  They all --

13       Q    You don't --

14       A    There's a movement control officer that does

15   all of that.

16       Q    Okay.  Are -- do you know whether Jackson

17   County -- so, the facility is in Jackson County,

18   correct?

19       A    Yes.

20       Q    All right.  Do you know whether Jackson County

21   has a history of racial conflict?

22       A    No, sir.  Not to my knowledge.

23       Q    Okay.  Have you ever heard of any racial

24   incidents historically there targeting blacks?

25       A    I mean, to be honest, sir, that's not
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    something that I that I bother to keep it up with, so

2    no.  No, not particularly.

3        Q    Okay.  Have you ever heard about any lynchings

4    that have happened there?

5        A    No, sir.

6        Q    Okay.  Are you aware of any issue in Jackson

7    CI with guards or employees being -- a guards or

8    employees being acting in any racist sort of way towards

9    Inmates?

10       A    No, sir.  No, sir.

11       Q    All right.

12           MR. TARJAN:  I'm just going to ask that we

13       just take a couple of minutes break, okay?  So --

14           THE WITNESS:  Yes.

15           MR. TARJAN:  -- we'll take -- we'll just take

16       a few minutes.  No more -- I'll -- no more.  I just

17       need to speak with my co-counsel, okay?  We can go

18       off the record.

19           THE COURT REPORTER:  Going off the record,

20       time is 10:50 a.m.

21           (Thereupon, a short discussion was held off

22       record.)

23           (Deposition resumed.)

24           THE COURT REPORTER:  Back in the record, the

25       time is 10:51 a.m.



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   BY MR. TARJAN:
 2       Q    All right.  Mr. Granger, I don't have too many
 3   more questions.  Do you have any tattoos?
 4       A    No, sir.  Not -- none at all.
 5       Q    Okay.  Have you ever been affiliated with the
 6   KKK?
 7       A    No, sir.
 8       Q    Have you ever been affiliated with any
 9   organizations that might be deemed to have negative
10   views towards blacks?
11       A    No, sir.
12       Q    Okay.  Are you aware of any FDC staff being
13   involved with racist, white supremacist-type
14   organization -- organizations?
15       A    No, sir.
16           MR. TARJAN:  Okay.  I don't have any more
17       questions.  Ms. Jimenez?
18                      CROSS EXAMINATION
19   BY MS. JIMENEZ:
20       Q    Thank you.  I just want to clarify for the
21   record.  Mr. Granger, do you recall the incident that
22   Mr. Tarjan described that occurred on November 8th,
23   between Mr. Veillard and Mr. Wilson?
24       A    No, sir -- or no, ma'am.  I don't recall
25   anything through the, you know, anything similar to that
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 43

```
 1   happening.
 2        Q    And do you recall being a part of any transfer
 3   that took place of Mr. Veillard on November 8th?
 4        A    No, ma'am.
 5        Q    And do you recall any -- being a part of any
 6   team that did the transfer of Mr. Wilson on
 7   November 8th?
 8        A    No, ma'am.
 9             MS. JIMENEZ: All right.  I have no further
10        questions.
11                       RE-DIRECT EXAMINATION
12   BY MR. TARJAN:
13        Q    All right.  Mr. Granger, have my question --
14   have you understood all my questions today?
15        A    Yes, sir.
16        Q    Is there anything you want to clarify at this
17   point?
18        A    No, sir.  I think we're good.
19        Q    Okay.  Have my questions been fair?
20        A    I believe so.
21             MR. TARJAN:  Okay.  Thank you.  Ms. Jimenez,
22        do you want to have him read?
23             MS. JIMENEZ:  Yeah.
24             MR. TARJAN:  Well, your Attorney is going to
25        arrange for you to review a copy of the transcript
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024                    Page 44

```
1       so you can see whether there is any changes you

2       want to make in terms of now these are usually, you

3       know, changes like more minor changes. You know,

4       you would be able to mark, you know, if a name

5       someone the, you know, he versus she.  If you want

6       to make more substantive changes, then I might be

7       able to come back and re-depose you, okay?  So,

8       that's something that your Attorney is going to

9       prepare with you, okay?

10          THE WITNESS:  Okay.

11          MR. TARJAN:  All right.  I have no further

12      questions.  I think we're done.  Thank you,

13      Mr. Granger.

14          (Deposition concluded at 10:54 a.m.)

15          (Reading and signing of the deposition by the

16          witness has been reserved.)

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1               CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF BROWARD

4

5        I, DARIA ROMANIUK, Court Reporter and Notary Public

6    for the State of Florida, do hereby certify that I was

7    authorized to and did digitally report and transcribe

8    the foregoing proceedings, and that the transcript is a

9    true and complete record of my notes.

10       I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15       Witness my hand this 3rd day of January, 2025.

16

17

18

19

20      

21

22

23   _____
     DARIA ROMANIUK, CER, COURT REPORTER
24   NOTARY PUBLIC, STATE OF FLORIDA

25

**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
1                    CERTIFICATE OF OATH

2   STATE OF FLORIDA

3   COUNTY OF BROWARD

4

5       I, DARIA ROMANIUK, the undersigned authority,

6   certify that JONATHAN RAY GRANGER, appeared before me

7   remotely pursuant to Florida Supreme Court Order AOSC20-

8   23 and was duly sworn on the 17th day of December, 2024.

9

10      Witness my hand this 3rd day of January, 2025.

11

12

13

14

15

16

17   _____
     DARIA ROMANIUK, CER, COURT REPORTER
18   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 338428
19   Commission Exp:  December 5, 2026

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   DATE:      3RD DAY OF JANUARY, 2024
     TO:        JONATHAN RAY GRANGER
 2   C/O

               CLARISSA VIRGINIA JIMENEZ, ESQUIRE
 3             CLARISSA.JIMENEZ@MYFLORIDALEGAL.COM

 4   IN RE:    BERNARD D. WILSON V. LIEUTENANT INGRAM
     CASE NO.: 5:23-CV-00253-TKW-MJF
 5
     Dear Mr. Granger,
 6
         Please take notice that on the 17th day of
 7   December, 2024, you gave your deposition in the above-
     referenced matter.  At that time, you did not waive
 8   signature.  It is now necessary that you sign your
     deposition.  You may do so by contacting your own
 9   attorney or the attorney who took your deposition and
     make an appointment to do so at their office.  You may
10   also contact our office at the below number, Monday -
     Friday, 9:00 AM - 5:00 PM, for further information and
11   assistance.
         If you do not read and sign your deposition within
12   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
13   the Clerk of the Court.
         If you wish to waive your signature, sign your name
14   in the blank at the bottom of this letter and promptly
     return it to us.
15
     Very truly yours,
16
     DARIA ROMANIUK, CER, Court Reporter
17   Universal Court Reporting
     (954)712-2600
18

19   I do hereby waive my signature.

20

21

22

23
     _____
24   JONATHAN RAY GRANGER
     Cc: via transcript:
25                          JOSHUA TARJAN, ESQUIRE
                 CLARISSA VIRGINIA JIMENEZ, ESQUIRE
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   Errata Sheet

 2

 3   NAME OF CASE: Bernard D. Wilson vs Lieutenant Ingram

 4   DATE OF DEPOSITION: 12/17/2024

 5   NAME OF WITNESS: Jonathan Granger

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

**0**

**03:30**
15:22 16:10 17:25
18:5 22:11,20

**06:30**
23:25

**07:00**
15:21 16:9 17:25
18:5 24:4

**07:22**
24:6

**07:30**
19:12,18 21:22

**08:03**
24:16

**08:09**
24:20

**08:13**
24:24

**08:31**
25:2

**1**

**1**
18:18,19

**100%**
12:8

**10:00**
5:5

**10:50**
41:20

**10:51**
41:25

**10:54**
44:14

**11/04/22**
19:5

**11/08/22**
21:15

**12**
22:3

**13th**
10:1,7,10 18:11

**17**
5:2

**17th**
5:4

**19**
20:25 23:21,24

**2**

**2022**
10:1,12 15:8 16:3,
7 18:3,13,25 21:8
22:24 23:2 29:10

**2024**
5:2,4

**21**
13:21

**22**
10:4

**4**

**4th**
10:1,7,9 15:8 16:3,
7,15 18:13,25 21:2
22:24 23:20 26:21
27:5,12,16,19

**6**

**6**
19:13

**6.1**
33:14

**60**
13:22

**7**

**70**
39:17 40:4,5

**8**

**8th**
10:1,7,10 15:8
17:8 18:3 21:5,8
22:4 23:2 27:24,25
28:8,17 29:3,10,13
32:1,11,16,18
34:5,13 42:22
43:3,7

**9**

**9**
19:3 20:24 21:9

**A**

**a.m.**
5:5 15:21 16:9
17:25 18:5 19:18
41:20,25 44:14

**ability**
7:11

**able**
23:6 40:6 44:4,7

**about**
8:14 9:21 10:20,22
11:1,4,16 12:8,14
14:20 19:8 21:21
24:12,18 25:9
26:12,24 27:1 28:1

29:1,12 31:25
32:9,14 33:5,16
34:9 35:14,18,19
36:16,25 38:7,22,
25 39:18 41:3

**Absolutely**
9:8 34:19

**account**
12:12

**accounts**
10:15,17 11:18

**across**
20:19

**acting**
41:8

**Action**
13:16

**active**
12:19

**actually**
12:19 19:3,8 20:24
21:1,3 23:23

**affiliated**
42:5,8

**after**
5:22 13:21

**again**
6:22 7:20 18:23
21:25

**against**
13:21 26:23 27:2
34:9

**agency**
13:23

**agent**
20:5,13

**ago**
14:18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**alarm**
19:25

**alcohol**
7:8

**all**
6:6,21,25 7:3
10:14 11:12 12:17
13:4,5,15 15:6,9
18:21 21:1 22:7,17
23:9,18,25 24:4
26:10 28:16 29:12
32:14 34:12 35:3
40:12,15,20 41:11
42:2,4 43:9,13,14
44:11

**allegation**
26:24 27:21,25
28:20

**allegations**
27:1

**alleged**
10:6 26:22 28:8

**alleges**
28:17

**allow**
20:15,19

**almost**
33:14

**already**
31:7

**also**
6:7,14 16:15 20:4
22:4 23:12 24:3
30:15 34:20 39:8,
12

**always**
25:6,11

**am**
7:9 8:9 9:13

**another**

24:3 25:22 39:25
40:9

**answer**
6:24 7:11,15

**answering**
7:4

**any**
6:10 7:2,8 8:4,16,
19 9:21 10:14
11:3,12,17,25 12:2
15:3 16:25 17:5
20:10 22:23 23:1
26:15 27:1,8,15,19
28:1 29:2,8,20
30:7 31:19 32:4,19
33:19 34:6,9,10,23
35:6 36:7,17 37:3
38:12,21,22,24,25
39:5,10,14,21
40:23 41:3,6,8
42:3,8,12,16 43:2,
5 44:1

**anyone**
9:6,7 38:16,18
39:5,10,14

**anything**
7:10,13 9:2 10:20,
22 11:1,16 14:13
15:2 24:12,17
26:24 32:9,14,15
34:18,25 42:25
43:16

**anytime**
25:21 26:5

**anywhere**
26:6

**appear**
17:7

**applications**
11:3

**around**

12:13

**arrange**
43:25

**ask**
6:9,16,21,23 7:3,
15 8:3,13 21:17
27:15 29:1 31:12
41:12

**asked**
6:10

**asking**
8:16 36:16

**aspect**
27:8

**ass**
39:4

**assigned**
8:11 29:18

**assignment**
18:14

**assist**
29:21

**assistance**
9:6

**assume**
7:16 35:10

**attached**
14:22

**Attorney**
8:17 9:5 43:24
44:8

**attorneys**
15:10 18:24

**audio**
6:15,18

**aware**
10:3,5 34:6,10
41:6 42:12

**away**
31:12

**B**

**back**
18:12,13 23:12,19
28:16 31:13,18
36:10 41:24 44:7

**barely**
37:21

**basically**
8:18 26:5 28:22
29:19

**because**
6:22 21:18

**before**
6:4 7:4,19 21:3
27:25 30:19 37:23
38:2

**begins**
22:11

**behalf**
5:11,13,16

**believe**
11:19 12:16 16:6
28:2 29:15 43:20

**below**
13:16

**belt**
20:3

**Benny**
9:12 18:17

**Bernard**
5:12,14 10:2,23
13:11 23:6 24:16,
24 25:3 26:11

**best**
33:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger on 12/17/2024

**better**
37:19

**between**
28:1 29:3,9 42:23

**big**
39:4

**black**
38:8

**blacks**
40:24 42:10

**blanked**
28:2

**body**
19:25 20:7

**booth**
20:16 40:10

**both**
28:7 30:5

**bother**
41:1

**break**
7:2,5 31:4 41:13

**building**
22:14

**button**
20:2

**C**

**C90725**
24:7

**call**
25:18 36:10

**called**
5:22

**callouts**
29:20

**Camp**

**8:12**

**campus**
20:20

**can**
6:7,8,17,18,23
7:19 13:2,4,20
20:21 28:10,11,13,
23 30:24 31:14
36:13 41:17 44:1

**can't**
6:12

**capable**
20:21

**case**
9:9 11:14

**case-related**
8:22

**Causey**
9:14 34:16,23 37:6
39:8

**cell**
12:22 16:19,20,22,
23 24:22,25 25:21
27:23 28:18,19,21
30:3,19,20 31:6,7,
13,21 32:2,5
34:14,21,22 39:3,
22,25 40:8

**cells**
29:25

**cellular**
12:25

**cetera**
13:24

**changes**
44:1,3,6

**channels**
11:13

**check**
22:13 23:25 24:3

**Checklist**
18:22 21:6

**checklists**
18:22

**checks**
29:19 40:10

**chemical**
20:5,13

**Cherina**
17:5

**CI**
41:7

**Civil**
13:16

**claim**
28:23

**claims**
34:13 39:2

**clarify**
42:20 43:16

**Clarissa**
5:15

**class**
40:3

**classification**
40:4

**clear**
6:8

**clerk**
14:5,6

**close**
15:3 30:17

**closing**
30:15

**co-counsel**
41:17

**cold**
7:12

**combat**
28:21

**combative**
31:1

**come**
23:12 36:10 44:7

**communicate**
20:16,19

**communication**
11:13

**complaint**
10:6 14:9,22,25
34:12,20 39:2

**complaints**
8:25 34:9

**completed**
22:9,20

**completion**
22:14

**computer**
12:22

**concluded**
44:14

**conduct**
22:13 29:20

**confinement**
17:2 22:12 26:18
29:15

**conflict**
40:21

**constantly**
12:9

**context**
17:18 36:1,20

**continue**
15:4 16:12

**control**
30:13 40:14



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger on 12/17/2024

conversations
8:16 38:24

convicted
8:4

Cook
5:13 29:4

copy
14:8 43:25

correct
8:2 9:1 15:25 22:2,
10,17 32:13 40:18

Correctional
8:9,11 9:25

corrections
8:7 11:14 15:7
19:4 21:10 35:7
36:8,17 37:17
38:13

could
17:20 28:5 30:1
37:19 40:1

couldn't
33:17

Counsel
5:16

Counsels
5:9,18

counting
13:22

County
40:17,20

couple
14:17 19:17 24:15
41:13

course
20:8 28:8

Court
5:3,7,8,18 6:7,11,
22 13:9 21:18

41:19,24

Coverage
18:18,19

coward
39:13

crimes
8:4

CROSS
42:18

cuffed
31:7

current
8:8

currently
8:6

**D**

Daily
15:7

Danielle
9:10 37:13

Daria
5:7

dart
16:20

date
5:4 19:5 21:13

dates
10:6

day
13:22 19:16,22
20:12 22:21 29:14,
16 32:2,5,8 34:18

days
13:21,22 15:13
18:8

DC
24:7,17

deal
34:7,17

dealing
32:10

dealt
23:10 26:17

December
5:2,4

decision-making
39:21

deemed
42:9

Defendant
5:17

Defendants
9:9 13:12

define
35:14

department
8:7 15:7 19:4
21:10 35:7 36:7,17
37:17 38:12

deposition
5:1,5 6:4 8:14,20
9:7 10:11 27:22
28:22 41:23 44:14,
15

Deputy
14:6

derogatory
38:7

describe
36:5 38:8

described
42:22

describing
36:21

designate
19:15

despite
27:24 28:20

detail
31:25

device
20:5

difficult
33:25 34:3

direct
5:24 30:9

discrepancies
22:16

discuss
11:13

discussion
41:21

discussions
11:25 12:2 38:21

disparagingly
36:2,25

disregarded
34:23

District
13:9

document
13:5,19 14:11 15:3
21:1 22:4

documented
25:14

documents
8:19 15:9

don't
6:16 8:15 9:16
11:7,19 12:9 14:10
18:8 24:14 27:13
32:9,23 33:9,22
34:7 35:17 40:13
42:2,16,24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

**done**
25:6,11 44:12

**door**
30:6,7,10,12,13,
16,17 31:5,11,13,
14,17

**dorm**
10:1 15:19 16:16,
25 17:1,11 20:17
25:7,10 29:13 30:4
32:2

**down**
13:20 19:2,7,9,17
21:22 22:7 23:21
24:15 31:4 34:20

**drugs**
7:8

**duck**
37:19

**duly**
5:23

**during**
20:8

**duties**
29:13

---

**E**

**each**
6:22

**effect**
37:24 39:6,10,14

**efficient**
6:7

**else**
9:2 15:2

**emergency**
16:16

**employees**
35:7 36:18 38:13,

17,22,25 41:7,8

**encounters**
26:16 27:15,19

**end**
28:3

**ends**
38:9

**engaged**
28:20

**entail**
29:17

**entire**
20:20 22:14

**entries**
25:6

**equipment**
19:14,15,16,21,24
20:10 22:1

**Erik**
5:16

**escort**
29:20 30:9

**escorted**
34:13

**escorting**
32:1

**escorts**
29:22,23

**establish**
15:12

**et**
13:24

**et al**
13:12

**events**
10:12 11:22 23:23

**Every**
20:12

**everybody**
8:3

**EXAMINATION**
5:24 42:18 43:11

**example**
7:12 9:6 10:15
11:4,14 26:16
30:11 33:3 37:18
40:3

**exception**
31:19

**expand**
13:3,5

**external**
25:16

**externally**
26:3

**extraction**
16:19,21,22,24

---

**F**

**Facebook**
10:18,19 12:4,13,
20

**facility**
20:20 40:17

**fair**
7:17 18:2 43:19

**familiar**
9:10,12,14,19
39:16,19

**far**
8:21 26:17 39:18

**FDC**
23:5 38:22,25
42:12

**few**
6:6 22:12 41:16

**fight**
29:2,8 39:5

**fights**
28:1

**filed**
8:22 13:20

**fine**
6:3 7:3

**finish**
6:23,24 7:4 21:18

**fire**
37:17 38:12

**firm**
8:17 9:6

**first**
5:22 7:22 12:11
23:14,24 31:8,23
38:5

**five**
19:9 21:21

**fix**
6:18

**floor**
17:20

**Florida**
8:7 15:6 19:4 21:9
35:6 36:17

**follows**
5:23

**force**
31:1

**form**
25:19,24

**four**
19:8 21:21

**frequently**
12:17

**Friday**



**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

16:3

**from**
15:6 16:9 18:5,24
19:16,18 21:2 23:5
24:9,15,17,21,25
25:3,21 31:13 32:5
34:13

**froze**
28:9

**fuck**
39:4

**fucks**
39:13

**full**
7:20 12:5,6

**further**
34:20 43:9 44:11

─────── **G** ───────

**G's**
38:9

**G-R-A-N-G-E-R**
8:1

**gain**
24:20,24

**gains**
26:4

**gang**
32:21,25

**Gender**
17:14,16,17

**General**
17:15

**generally**
34:7

**get**
6:8 30:20 31:5
35:3 36:10 39:4

**gets**
26:6

**give**
6:9 14:12

**given**
6:3 15:13 20:11

**go**
6:6 19:3 20:23,24,
25 21:4,9 22:12
23:4,18 26:11
41:17

**goes**
26:18

**going**
6:9,21 7:5,16 8:13,
15 9:16 12:21
15:2,3,11 16:12,13
17:4,7 18:21 19:2,
7 20:23,25 21:4,9,
17 22:7 23:4,13,
21,23 24:12 26:9
28:12 31:6 38:6
41:12,19 43:24
44:8

**gone**
18:13

**good**
6:1,2 43:18

**Graceville**
8:12

**Granger**
5:1,6,17,21 6:1
7:21 8:1 15:16
17:5,9 19:18 21:23
22:9 34:22 42:2,21
43:13 44:13

**grievances**
33:24 34:6,8,16
35:25 36:22

**ground**
6:6

**GS**
17:13

**guards**
41:7

**guess**
16:20 35:16

**guy**
33:22

**guys**
28:10

─────── **H** ───────

**H1-2190**
24:9

**H1-219l**
24:17 25:4

**H1219**
34:14

**H2201**
34:14

**had**
8:16 12:12 14:24
19:16 20:4 26:15,
16,17 27:25 32:18
33:2 34:10 36:9

**hand**
30:5,21,22 31:12,
18

**handcuff**
31:20

**handcuffs**
20:13

**handle**
12:4,15

**hands**
31:17

**happened**
41:4

**happening**
43:1

**hard**
13:1

**has**
12:13 13:20 17:19
27:22 28:8 30:8
33:23 34:6 37:17
38:9 40:21 44:16

**have**
6:3 8:3,5,16 9:2,6,
21,23 10:14,17,19,
22,25 11:6,7,16
12:12 14:24 15:6,9
16:23,25 18:23
20:21 22:20,23
23:1 24:16 26:4
27:14 29:20 30:6
31:13 32:4,19
33:5,12,19,24
34:2,23,25 35:3,6,
19,22 36:4,7,16,23
37:2,3,6,10,13,16,
23,25 38:1,6,12,
16,17 40:6,23
41:3,4 42:2,3,5,8,
9,16 43:9,13,14,
19,22 44:11

**having**
5:22 33:6 38:21,24

**he**
19:16 26:18,22
28:8,17 32:21
33:22 34:13,20,21
35:2 39:3,8,12
44:5

**he's**
23:16 26:18 33:21
37:18

**head**
6:11 7:12

**hear**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

28:10,11,13 29:8
36:13 37:20

**heard**
27:25 28:6 29:2
35:6,19,22 36:7,
17,23 37:2,6,10,
13,16,18,23 38:5,
12,16,17,18 40:23
41:3

**hearing**
39:10

**heightened**
31:2,3

**held**
41:21

**her**
9:10

**here**
5:5 7:7 17:4,8
18:12 21:23 23:16,
21,23 28:3 33:12

**here's**
28:9

**hiccups**
6:15

**high-security**
31:2

**him**
9:12,14,19 23:10,
11 24:12 26:16,17
27:9,19 33:6,21
34:15 43:22

**his**
26:11 27:22 28:22
34:12 37:3 39:2

**historically**
40:24

**history**
40:21

**Hold**
36:9

**holding**
24:21,25 25:3

**Holiday**
11:24

**honest**
40:25

**honestly**
12:8 14:10 33:17

**hook**
37:19

**hotel**
24:21,25

**houses**
17:19

**housing**
17:3 18:22 19:4,5,
16 21:5,10,13
22:5,15 23:19
25:16

---

**I**

**I'LL**
6:23,24 28:7 41:16

**I'M**
6:2,9,21 7:16 8:13,
15,16 9:16 10:3,12
12:8,19,21,23,24,
25 14:17 15:2,3,11
16:2,12,13 17:4,7
18:21 19:2,7
20:23,25 21:4,8,17
22:3,7 23:4,10,12,
21,23,24 26:9,17
28:4,6,9,12,13,24
33:14 35:21 36:9,
15 38:6,10 41:12

**I'VE**
8:21,22 16:1 18:13

23:10 38:5

**idea**
33:1

**IM**
39:17 40:4,5

**impair**
7:10

**in**
5:15 8:19 9:2,6,7,9
10:3,6,8,11,12
13:15 17:17,23
20:12,16 21:1 22:8
25:7 26:14,18
27:9,22,23 28:8,
18,19,20,21,22
29:13,24 30:3,5,14
31:1,3,5,7 32:2,21,
25 34:7,12,15,20,
21 36:1,20,24
38:9,13 39:2,4,21,
25 40:2,9,10,17
41:6,8,24 44:2

**in-house**
25:12,20,22 26:2,6

**incident**
12:1 42:21

**incidents**
9:25 10:3 11:25
40:24

**indicates**
22:19

**influence**
7:8

**Ingram**
9:12 13:12 18:17
19:9 34:16,22
37:2,18 39:12

**Inmate**
23:6,13 24:6,16,
21,24 25:3,7,9
30:3,7,18,19 31:6,

7,14,20 33:25 34:3
35:25 36:5,21,25
37:4 39:25 40:8,9

**Inmates**
11:17 12:2 17:20
29:24,25 30:5,8
35:4,7 36:18 38:14
39:20 40:11 41:9

**inside**
22:13 31:20

**inspected**
22:15

**inspection**
22:9,20

**institution**
8:11 10:1 23:17

**interfering**
28:13

**internal**
25:19

**into**
29:25 31:6 39:3

**introduce**
5:9

**involved**
10:3 16:21 42:13

**involves**
9:25

**involving**
10:2 32:14,15

**issue**
6:19 41:6

**issued**
19:21 22:1

**issues**
28:24

**it's**
12:11,19 13:1
14:17 19:12 20:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger on 12/17/2024

22:4 24:9 25:20,21
30:7 39:9

---

### J

**J-O-N-A-T-H-A-N**
7:23

**Jackson**
8:11 9:25 40:16,
17,20 41:6

**James**
5:13

**Jeremy**
14:5

**Jimenez**
5:15 25:24 42:17,
19 43:9,21,23

**job**
11:17

**Jonathan**
5:1,6,17,21 7:21
15:16 17:9

**Jones**
9:10 37:13

**Josh**
9:14

**Joshua**
5:11 37:6

**Jovannah**
17:5

**just**
6:6,7 7:3,19 11:21,
22 12:5,11 13:2
15:11,12 16:1,12,
13 17:1 18:12,13
19:7 21:17,18
27:14 28:7,12
35:13 36:9,21
37:20 41:12,13,15,
16 42:20

---

### K

**keep**
17:4 41:1

**kept**
25:13

**keys**
20:14

**KKK**
42:6

**know**
6:17 7:3,19 9:16
13:2 15:14 17:13
18:8,18 23:11,16
24:12,14,17 26:12,
23 27:1 32:21,24
33:2,8 35:10,17
38:10 39:5,18,25
40:9,16,20 42:25
44:3,4,5

**knowledge**
40:22

**Kverne**
5:16

---

### L

**last**
12:11 29:5

**law**
8:17

**lawsuit**
9:22,25 10:20 11:1
13:20 14:14,20
26:13,23 27:3

**least**
30:8

**left**
13:11 15:18 17:11
18:17

---

**leg**
30:22

**less**
28:13

**let's**
18:7 20:24 26:20,
21 29:12 31:4,25
39:13

**Level**
18:18,19

**Lieutenant**
8:9 13:12 37:2,18

**likely**
17:2

**line**
19:9

**lines**
19:9,17 21:22
22:12 24:15

**listed**
18:17

**listing**
16:16

**located**
8:10

**log**
19:4 21:10 23:20,
22 25:16

**logs**
21:1 23:19,20

**long**
12:12,13

**looking**
12:22 14:20 15:4

**looks**
20:4 21:25

**loss**
24:6,16

---

**losses**
26:4

**lynchings**
41:3

---

### M

**MA**
31:1,2

**ma'am**
42:24 43:4,8

**made**
26:22 27:2 28:23
34:10

**maintenance**
22:16

**make**
6:25 28:13 29:19
35:13 44:2,6

**male**
17:20

**manually**
30:17

**many**
42:2

**mark**
44:4

**material**
8:21

**may**
5:19 6:10 8:16
15:14 29:20 37:3

**me**
6:17,23 13:2,4
18:12 19:3 21:3,4,
18 28:5,10,13
36:10,13

**mean**
8:24 16:21 17:17
19:13 20:1 23:10,

---



**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger on 12/17/2024

16 26:17 31:11
40:25

**means**
30:10

**media**
10:14,17 11:17

**medical**
24:9,13,17,21,25
32:7

**medication**
7:8

**middle**
7:24 22:8 38:9

**might**
11:13 42:9 44:6

**mine**
29:18

**minor**
44:3

**minutes**
41:13,16

**molested**
39:9

**months**
14:17

**more**
31:25 41:16 42:3,
16 44:3,6

**morning**
6:1 7:12

**Most**
17:2

**motherfucker**
37:20

**move**
39:16

**moved**
25:10,21 26:16

**movement**
25:3,12,13,17,20,
22 26:2,6,7,18
29:21 30:7 40:14

**movements**
25:19 26:3 29:20

**moves**
25:7

**moving**
27:5,9,11 40:8

**much**
19:8 28:6

**must**
30:5

**my**
7:11 8:18 12:5,11,
21 21:18 26:10
28:2,12 40:22
41:17 43:13,14,19

---

**N**

**name**
7:20,22,24 12:5,6,
11 13:16 15:11,13
17:9,25 18:9 19:19
21:22 23:14 44:4

**named**
23:13

**necessarily**
36:3

**necessary**
16:22,23 30:24

**need**
7:2 41:17

**needed**
39:24

**negative**
36:1,24 42:9

**next**
17:7

**no**
6:5 7:6,14 9:4
10:21,24 11:2,5,9,
11,15 12:1,3,23
15:5 16:20 17:6
18:20 20:2 22:25
24:19 25:12 26:25
27:4,10,13,17,20
29:11 30:13,17
31:22,23,24 32:3,
6,9,17,20,23 33:1,
4,7,9,11 34:1,4,7,
11,25 35:5,9 36:6
37:1,5,8,12,15,25
38:3,15,20,23
39:1,7,11,15,19,23
40:12,22 41:2,5,
10,16 42:4,7,11,
15,24 43:4,8,9,18
44:11

**nod**
6:11

**none**
42:4

**normally**
25:12 29:18

**not**
6:21 7:9 8:5,13,15,
16 9:8,23 12:1,8,
19 13:22 14:17
15:12 19:8 22:24
23:2,3 27:7,8 28:6
31:20 32:22 34:19
35:2 36:3 37:25
40:22,25 41:2 42:4

**notations**
25:10

**nothing**
11:21

**November**

10:1,4,7,9,10,12
15:8 16:3,7,15
17:8 18:3,11,13,25
21:2,4,5,8 22:4,24
23:2,20 26:21
27:5,12,16,19,24,
25 28:8,17 29:3,
10,13 32:1,11,16,
18 34:5,13 42:22
43:3,7

**now**
5:3 7:7,15 8:13
9:5,9,24 12:21
15:2,6,18 16:12
18:12,17,21 19:17
20:23,24 21:3,21
22:3,11 23:4,5,18,
22,24 24:6 27:21,
25 28:14,24 29:12
30:2,18 31:4,25
32:18 36:13 37:16
39:9 44:2

**number**
19:13,14 24:7,17
33:24

---

**O**

**Objection**
29:4

**occurred**
42:22

**occurring**
10:12

**occurs**
25:13

**off**
18:8 28:12 41:18,
19,21

**officer**
8:9 15:18 16:16
17:11 22:13 29:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

40:14

**officers**
11:14 17:20 29:21
36:8

**official**
14:19

**okay**
6:14 7:2,5,15,19
8:1,3,6 9:2,5,9,21,
24 10:5,9,19,22
11:3,12,16,20,23
12:2,4,6,10,12,14,
17,21 13:1,2,8
14:4,8,12,16,19,24
15:2,16,18 16:1,6,
9,12,19,25 17:4,7,
9,22,24 18:2,7,11,
21 19:2,3,7,12,17,
21,24 20:4,10,15,
23,25 21:5,8,9,17,
19,21,25 22:3,11,
19,23 23:4,12,18,
20,24 24:3,12,15,
20 25:2,6,9,15,18,
21 26:2,5,9,15,20
27:1,5,14,21
28:12,16 29:1,17,
23 30:2,10,15,18,
25 31:4,19,25
32:4,7,11,21,24
33:8,12,15,18,23
34:2,5,20 35:2,6,
10,13,18,24 36:1,
4,12,13,15,20,23
37:2,16 38:4,12,21
39:2,8,16,20,24
40:16,23 41:3,6,
13,17 42:5,12,16
43:19,21 44:7,9,10

**on**
5:3,11,13,16 7:5
8:25 10:1,19 11:1,
17 12:20,23,25
13:5,11,21 14:4

15:13 16:6,13,15,
23 17:20 18:17
19:21 20:3,7 22:3,
21,24 23:2,21,23,
24 25:22 26:4,6
27:5,11,16,19,24
28:2 29:13 30:8
31:11,12,17 32:11,
16 33:21 34:13,18
35:16 36:9 42:22
43:3,6

**once**
21:25 34:21

**one**
13:25 19:8 20:24
25:21 26:9 30:7,8,
11 31:16

**only**
8:21 17:19,20 18:7
25:16

**open**
30:7 31:14

**operated**
30:13

**operating**
30:11

**opportunity**
14:24

**organization**
42:14

**organizations**
42:9,14

**original**
13:25

**other**
6:22 9:5,9 11:3,12,
14,21 18:7 20:10
29:21 30:12 31:14
36:7 38:22,25

**out**
25:7 28:2 29:24,25

34:22

**over**
6:6,22 15:10 18:24
23:11 26:12 33:24

**own**
33:20

___

**P**

___

**p.m.**
15:22 16:10 17:25
18:5 23:25 24:4,6,
16,20,24 25:2

**page**
16:2,14 19:3
20:24,25 21:9 22:3
23:21,24

**pain**
7:12

**panic**
20:2

**paper**
14:20

**part**
29:5 39:21 43:2,5

**particular**
14:11 21:1

**particularly**
27:7,8 41:2

**parties**
11:24

**Patient**
31:2

**PBA**
19:13,24 20:13

**people**
8:15 38:8

**Perfect**
14:24

**person**
23:9,15 30:11,12
40:10

**personal**
19:25

**phone**
12:22,23,25

**photo**
26:11

**photograph**
23:7

**phrase**
37:19,23 38:2

**physical**
7:12

**picture**
23:5,13

**piece**
14:20 19:14

**place**
30:2 31:12 43:3

**placed**
28:18,19 30:5
31:15

**Plaintiff**
10:2

**Plaintiff's**
34:23

**Plaintiffs**
5:12,14 13:12

**pleading**
34:21

**pleas**
34:23

**please**
5:9 7:20 28:5

**point**
7:3 22:8 40:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

43:17

**port**
31:11,17

**position**
17:23 20:12

**positive**
12:8

**post**
12:18 18:18,19

**posted**
10:20,22,25 11:16

**pre-**
27:24

**pre-allegation**
26:22

**PREA**
28:20

**preparation**
8:20 9:3,7

**prepare**
44:9

**preparing**
8:14

**presence**
34:15

**previously**
26:11

**prior**
26:13,23 27:2
29:3,8,9 32:18
34:5

**privileged**
8:18

**probably**
12:11 22:8

**problem**
6:18 7:6

**proceed**
5:19

**processed**
8:25

**pronouncement**
40:4

**protocol**
30:3

**put**
16:23 27:23 28:8
30:2 31:17 39:20,
21,25 40:9

**putting**
29:24,25

---

**Q**

**question**
6:18,23 7:4,16,17
8:3,19 10:25 21:18
27:18 29:5 33:18
43:13

**questions**
6:10 7:11 8:14
27:15 42:3,17
43:10,14,19 44:12

**quick**
16:20

---

**R**

**R-A-Y**
7:24,25

**racial**
40:21,23

**racist**
41:8 42:13

**radio**
20:1,13,15

**rank**
8:8 37:3

**rare**
12:19

**Ray**
5:1,21 7:21 12:7

**re-depose**
44:7

**RE-DIRECT**
43:11

**read**
14:25 43:22

**reading**
44:15

**reason**
6:17 15:4 22:23
23:1

**recall**
27:9,11 32:9 33:9,
10,17 38:21 39:10,
14 42:21,24 43:2,5

**receive**
14:12 31:18

**received**
13:22 14:8 15:6
18:23

**recognize**
23:9,15

**recollection**
32:4 33:21 34:24,
25

**record**
5:3,10,16 6:12
41:18,19,22,24
42:21

**recorded**
25:22 26:6

**refer**
10:9 35:7 37:3

38:6,18

**reference**
38:13

**referred**
35:4

**referring**
10:12 36:18,24
38:10

**reflect**
26:3

**regarding**
14:13

**relation**
17:5

**relative**
33:19

**remember**
14:10 20:11 27:5,
14,15,19 32:1,15
33:22 34:18 38:24

**removing**
32:5

**repeat**
28:5,7 29:5

**Reporter**
5:3,7,18 6:8,11,22
21:19 41:19,24

**reporting**
5:8

**reputation**
32:19 33:3,6

**reserved**
44:16

**response**
16:16,20

**responses**
6:10

**responsible**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

40:7

**rest**
10:11 19:15

**restate**
6:17

**restraints**
30:6,21,22 31:12,
18

**resumed**
41:23

**review**
8:19 43:25

**reviewed**
9:2

**reviewing**
40:5

**right**
6:6,21 9:17 10:14
11:12 12:17 13:4,
5,15 14:7 15:6,21
17:24 18:21 20:6
22:7 23:9,18 26:10
28:16 29:12 32:14
34:12 35:3 40:20
41:11 42:2 43:9,13
44:11

**Romaniuk**
5:7

**room**
30:14

**Roster**
15:7

**rules**
6:7

_____
**S**
_____

**safety**
22:15

**said**
7:19 27:22 31:23
37:18,20 38:16
39:8,24

**same**
10:25 12:16 27:18
28:23 33:18 35:14,
18

**sanitation**
22:15

**say**
9:16 18:2 27:8
29:23 31:1 33:15
39:10

**saying**
28:24 32:12 34:18
39:5,14

**says**
13:8,11,15,20
15:21 16:2,19 19:9
22:9 24:6,20 34:21
35:2 39:12

**scary**
39:4

**screen**
12:21,22 13:3,6
15:14 16:2 22:8
26:10

**scroll**
13:20 16:13 17:8
18:12 19:2,7 22:7
23:21

**scrolled**
16:1

**search**
15:11

**searching**
17:4

**second**
16:3,10,15 17:8
18:3,12,13 20:25

23:19 26:9 28:2
36:9 38:7

**section**
18:14

**secure**
17:3

**secured**
23:25 24:4

**security**
15:7 20:16 22:13,
16 23:25 24:3
29:19 31:2,3

**see**
13:1,4,5,8,13,16,
24 14:6 15:13,19,
22 16:3,17 17:9,
11,24 18:7,8,9,14,
25 19:3,5,10,18
20:24 21:6,9,15,
21,22 22:5,16 23:6
24:1,4,7,9,22,25
25:4 39:13 44:1

**seeing**
14:10

**sense**
6:25 32:19 33:5,
12,19,24 34:2

**sent**
8:23

**Sergeant**
22:9,12

**serve**
14:13

**served**
8:25 13:19 14:1,4

**service**
13:21

**set**
20:14

**sets**
20:13

**seven**
21:22

**shackled**
30:19

**shake**
6:11

**share**
12:21

**sharing**
26:10

**she**
44:5

**sheet**
25:13,20,23 26:2,7

**shift**
15:24 16:3,10,15
17:9 18:3,13 20:8
22:14

**short**
41:21

**shoved**
39:3

**show**
16:13 18:8,21 21:3
23:13

**showed**
26:10

**showing**
23:4

**Signal**
11:8

**signature**
14:5

**signing**
44:15

**similar**



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

35:1 42:25

**since**
17:19

**sir**
6:5,13,20 7:14 9:4,
11 10:13 11:2,9,
11,15 12:3 14:2,3,
23 15:5 16:5,8,11,
18,24 17:6 18:1,4,
20 19:23 21:7,20,
24 22:18,22,25
23:8 24:2,11,19
25:5 26:8,25 27:4,
13,17,20 28:15
29:6,11 30:1,13,17
31:9,22,24 32:3,6,
9,17,20,23 33:1,4,
7,9,11,17 34:1,4,7,
11,25 35:5,9,12,23
36:6 37:1,5,8,12,
15,22 38:11,15,20,
23 39:1,7,11,15,
19,23 40:12,22,25
41:5,10 42:4,7,11,
15,24 43:15,18

**sit**
7:7 33:12

**six**
21:22

**size**
33:16,19

**slim**
33:21

**snitch**
35:11,15

**snitches**
34:17 35:3,4,8

**social**
10:14,17 11:17

**some**
8:14 14:19

**somebody**
35:16

**someone**
14:12,13 33:23
37:16 44:5

**something**
6:16 13:2 20:7
40:1 41:1 44:8

**Sometimes**
6:15

**sorry**
12:24 16:2 28:4
35:21 36:9,15

**sort**
6:15 14:19 29:2
36:2 41:8

**sound**
7:17

**speak**
38:6 41:17

**speaking**
8:15

**special**
18:14

**specific**
10:6 11:21,22 12:2
17:14,15,16,17
26:15 40:7

**specifics**
32:1

**specifying**
10:10

**spell**
7:22

**spoken**
9:7,21

**staff**
30:6,10 34:9 40:6
42:12

**stand**
18:19

**standing**
5:15 30:12

**stands**
17:13

**start**
23:23 26:20,21

**starts**
38:8

**state**
7:20

**stated**
27:23 34:15 39:3,
12

**states**
13:9,23 39:8

**status**
31:3 40:10

**step**
31:12,13

**Steven**
9:17 37:10

**stitch**
35:4

**stitches**
35:3

**stop**
26:9 39:12

**Stoudemire**
9:17 37:10

**Studemire**
9:17

**stuff**
8:22

**substantive**
44:6

**summons**
8:24 13:15,21

**supervised**
23:11

**supervision**
30:9

**supremacist-type**
42:13

**sure**
14:17 23:10 26:17
28:6,13 29:8 35:13

**sworn**
5:23

**system**
19:25

---

**T**

**take**
7:2 32:7 41:13,15

**taken**
23:5 34:22

**taking**
29:24,25 30:18

**talk**
6:21 29:12 31:25

**talking**
35:14,18 39:18

**tall**
33:8,10,13,22

**targeting**
40:24

**Tarjan**
5:11,25 26:1 29:7
41:12,15 42:1,16,
22 43:12,21,24
44:11

**tattoos**
42:3

**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

**team**
16:24 43:6

**teams**
16:16

**technical**
28:24

**Telegram**
11:10

**telephone**
12:25

**tell**
35:16

**temporarily**
40:1

**term**
35:19,22 36:4,8
37:7,11,14 38:8,
10,13,17,18

**terms**
44:2

**testified**
5:23

**than**
9:5 11:21

**Thank**
5:18 6:3 42:20
43:21 44:12

**that**
6:9,10,12,15,16,
21,25 7:3,10,13,
16,17 8:16,21,24,
25 9:24 10:3,5,12
11:13,24 12:12
13:13,17,19,24,25
14:6,16,25 15:18,
19,22,24 16:4,6,
17,21,25 17:17,19,
21,23 18:2,15,18,
23,25 19:5,9,10,
13,16,18,21,25
20:1,2,7,12,15,21,

22 21:6,15,17
22:5,11,17,20,21,
23 23:5,6,12 24:1,
4,7,10,18,22,25
25:4,13,14,15,19,
22 26:6,22,24
27:1,22,23 28:5,8,
13,17,18,20 29:5,
13,16,17 30:3,10,
11,15,19 31:10,19
32:2,5,7 33:15
34:6,9,13,15,18,
21,22,24 35:2,16,
25 36:4,8,21,23,24
37:10,13,20,23,24
38:1,5,13 39:2,3,5,
8,10,12,14,24
40:1,7,11,14,15
41:1,4,12 42:9,21,
22,25 43:3,6 44:8

**that'll**
12:16

**that's**
7:3 8:2,18,22 10:8
15:25 19:14,15
25:13 32:11 38:5
40:25 44:8

**their**
8:17 9:6 31:17

**them**
9:21 27:23 29:3,25
31:12,13 36:23

**themselves**
5:9

**then**
6:24 13:15,16
24:20 25:2 31:14,
15,16 44:6

**there**
6:15 7:10 10:8
11:12 14:22 15:3
18:9 20:10 21:11
22:17 23:22 24:15

27:8 29:5 31:19
39:4 40:9,24 41:4
43:16 44:1

**there's**
14:5 17:5 18:14
19:9,12 23:22,24,
25 24:3 25:2,13
26:5 27:21 31:11
40:14

**thereupon**
5:20 41:21

**these**
15:9 18:23 23:20
25:6,10 27:15
31:20 44:2

**they**
28:20 29:20 30:19,
24,25 31:7,10,16
35:2 40:12

**thing**
6:15 35:14

**things**
11:24 12:18

**think**
22:23 23:1 28:9
35:18 43:18 44:12

**this**
5:11 6:14 7:11 8:3,
14 9:9,16,22,24
10:11,20 11:1,14
13:5,19,25 14:4,8,
10,13,20 15:3,13
16:2,14 17:18
18:11,24 19:3,15
21:1,3,5,8 22:4,8,
19 23:9,15,19
26:13,20,23 27:2
28:24 34:16 35:1
36:10 38:7 43:16

**those**
10:5 25:14,16

**three**
19:8 21:21 29:19

**through**
31:17 36:10 42:25

**Tiktok**
10:18,25 11:1
12:14,15,20

**time**
5:4 15:24 16:9
17:7 18:7 19:12
23:11 26:19 31:16
33:24 37:3 38:5
41:20,25

**tiny**
15:14

**today**
6:1 7:7 33:13
43:14

**today's**
5:4 8:20 9:7

**together**
27:24 28:18 39:20

**took**
43:3

**top**
13:8 16:1,14 17:8
18:12 19:5 21:10
22:5

**towards**
41:8 42:10

**transcript**
6:8 43:25

**transfer**
43:2,6

**truck**
37:19

**true**
30:15

**try**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

13:2 15:12 36:10

**turn**
28:12 39:9

**turned**
15:9 18:23

**two**
19:8 20:13 27:23
29:3 30:6,8,10
38:9 40:10

**types**
25:6,10

---

**U**

**Um-hum**
15:15 24:5

**under**
7:7

**understand**
6:12,16 7:11 9:24
10:11 28:23

**understood**
7:16 43:14

**unit**
17:3,19,21 18:22
19:4,5,16 20:2
21:5,10,13 22:5,15
23:19 30:14

**United**
13:8,23

**Universal**
5:8

**up**
16:1,13 18:8 22:12
31:7 36:11 37:20
41:1

**us**
7:3

**use**
11:13 12:9 31:1

36:8,23 37:6,10,
13,18 38:13,17,18

**used**
30:23,25 36:1,4
38:1,8

**usually**
44:2

---

**V**

**V-E-I-L-L-A-R-D**
23:14

**Veillard**
23:14 24:7,21
26:22 27:2,11,18,
22 28:1,9,18,19,22
29:9 32:15,24
33:10,18,23,25
38:25 42:23 43:3

**Veillard's**
33:19

**verbal**
6:9

**versus**
44:5

**video**
8:19 28:12

**views**
42:10

**violence**
33:3,6

---

**W**

**W-E-B-E-N-S**
23:14

**wait**
6:23,24 21:17

**want**
23:18 29:1 42:20

43:16,22 44:2,5

**wanted**
26:11

**way**
12:16 17:13 36:24
41:8

**we**
6:7,18,21 18:23
21:3,21 24:15
34:17 36:15 40:6
41:12,17

**we'll**
6:6 23:12 41:15

**we're**
5:3,5 6:14 35:13,
18 43:18 44:12

**wear**
20:3,7,12

**Webens**
23:14 24:7,21
26:22 33:5

**website**
23:5

**were**
13:19 16:6,21 18:2
19:21 21:25 22:24
23:1 27:23 28:18
29:13 36:15

**what**
6:18 8:8,22 10:17
11:3 12:4,14 14:4,
8 17:13,17 18:18
19:13,15,16,24
20:1 25:9,15,18
26:12,15 28:9,23
29:1,13,17 30:3,11
32:14 33:5 34:9
35:10,19,24 36:20
37:20 38:10 39:18,
22

**what's**
10:8 12:14

**whatever**
6:17,19 7:4 37:3

**whatnot**
11:22

**Whatsapp**
11:4,6,7

**when**
14:16 25:7,9,12
29:23 30:2,25
31:4,5 39:3,16,20
40:8

**where**
8:10 25:14 31:20
36:11,15

**whether**
15:12 29:2 30:7
32:24 33:2,13,25
34:2 40:16,20 44:1

**which**
27:9

**white**
42:13

**who**
8:6 33:23 39:13,21

**who's**
31:6,7

**will**
6:17,24 10:11
22:13,15 31:16
35:16

**Wilson**
5:12,14 10:2,23
13:11 23:6 24:16,
24 25:3 26:11,13,
23 27:2,6,16,21
28:1,7,17,19 29:9
32:2,5,7,10,19
33:2,8,13,15 34:2,
6,10,12 37:17



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Bernard D. Wilson vs Lieutenant Ingram
Jonathan Granger  on 12/17/2024

38:19,22 39:2,4,9
42:23 43:6

**wing**
29:15,18,19

**wings**
29:21

**with**
5:7 8:17 9:10,12,
14,19,21 11:14
12:6 14:8 18:17
20:16 23:10 24:16
26:16,17,21 27:16,
19 28:9,19,24
29:21 31:5 32:10
34:17 38:8,9,22,25
39:16,19,25 40:9
41:1,7,17 42:5,8,
13 44:9

**within**
13:21 25:10

**without**
10:10 12:7 40:3,4

**witness**
5:22 41:14 44:10,
16

**word**
35:19 38:7

**words**
37:24 39:5,10,14

**work**
8:6,12 17:20

**work-related**
11:22

**worked**
23:11

**working**
15:12 16:6 18:3
22:24 23:2

**would**
5:9 7:10 15:4

16:23,25 17:2
18:11,18 19:15,25
20:7,12 22:20
25:10,13,14,18,22
26:2 29:23,24
30:11,12,25 31:3,
20 33:15,22 44:4

**would've**
13:25

**wouldn't**
40:6

**Wright**
14:5

**writ**
35:19,22,24 36:16,
18 37:4,7 38:17,18

**write**
34:16

**writer**
35:20,22,24 36:16
37:4,7 38:17,18

**writers**
36:18

**writes**
35:25 36:21

**written**
33:23 34:6

---

**Y**

**yeah**
10:3,8 17:10 20:25
24:14 43:23

**year**
10:11

**yes**
6:13,20 7:18 9:11,
15,18,20 10:4,13
13:14 14:2,3,15,
21,23 15:17,20,23

16:5,8,11,18,19,24
17:12 18:1,4,6,10,
16 19:6,20,23 20:9
21:7,14,16,20,24
22:6,18,22 23:8
24:2,5,11,23 25:1,
5,8,25 26:8 28:15,
25 30:1 31:9
35:12,23 36:14,19
37:22 38:11 40:19
41:14 43:15

**you**
5:18 6:1,2,3,9,10,
11,12,16,17,23,24
7:2,4,7,15,16,19,
20,22 8:4,6,10,13,
16,19,24,25 9:2,6,
10,12,21,24 10:5,
11,14,17,19,22,25
11:6,13,16 12:12,
17,22 13:1,4,5,8,
13,16,19,21,22,23,
24 14:4,6,8,12,13,
19,24 15:3,4,12,
13,19,22 16:3,6,
12,17,21 17:5,7,9,
11,13,24 18:2,8,9,
14,18,21,25 19:5,
10,17,18,21 20:2,
4,7,10,12,15,19
21:4,6,9,15,17,22,
25 22:5,12,16,19,
20,23,24 23:1,5,6,
9,11,13,15,25
24:4,7,9,12,17,22,
25 25:4,18 26:10,
12,15,16,23 27:1,
5,8,9,11,14,15,18,
25 28:2,5,6,10,11,
13,23 29:1,2,8,19,
23,24 30:2,6,17
31:5,11,14,16,17,
20,23 32:1,4,7,15,
18,21,24 33:2,5,8,
10,12,13,15,19,24

34:2,5,10,15,16,
17,23 35:3,6,10,
13,14,16,19,22
36:4,7,13,16,23
37:2,6,10,13,16,
19,20,23 38:1,6,
10,12,16,17,21,24
39:3,5,10,13,16,
20,24,25 40:1,9,
13,16,20,23 41:3,6
42:3,5,8,12,20,21,
25 43:2,5,14,16,
21,22,25 44:1,2,3,
4,5,7,9,12

**You'll**
35:2

**you're**
9:19 16:15 29:18
30:18 31:1 32:11
39:18 40:8

**you've**
38:16

**your**
6:11 7:10,20,22
8:8,17 9:5 11:17
12:4,14 13:5,16
15:10,11,13,14
17:9,24 18:8,9,24
19:18,25 20:3,7
21:22 22:8 26:12
29:13 33:16,20
39:4,9 43:24 44:8

**yourself**
36:4

---

**Z**

**Zoom**
6:14


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com