Exhibit O

# DEPARTMENT OF CORRECTIONS  Mins # 1152267

## INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Jackson Correctional Institution | **Incident Report Number:** 104-22-11-086 |
| **Reporting Employee:** Lieutenant Eric Gibson | **PREA Number:** |
| **Employee ID Number:** ▮▮▮▮ | **Date of incident:** November 13, 2022 |
| **Person(s) Involved:** Officer Danielle Jones | **Time of incident:** 5:05pm |
| | **Witness(es):** |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No
Duty Warden Notified: ☐ Yes ☒ No  Time: N/A
EAC Notified: ☐ Yes ☒ No  Time: N/A
Supporting Documents Attached ☒ Yes

Disciplinary Report Initiated: ☐ Yes ☒ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☐ Yes ☒ No
Duty Officer Name: N/A

**DETAILS OF INCIDENT:**   On November 13, 2022 while assigned as G-Dormitory Lieutenant at approximately 5:05 pm I was notified of a cell search that had produced contraband. Officer Danielle Jones conducted a cell search of G4-108 where Inmate Wilson, Bernard #T24935 was assigned. During the search Officer Jones discovered possible tobacco wrapped in celophane under Inmate Wilson's sheets on his assigned bed. Inmate Wilson was placed in Administrative Confinement under investigation pending the testing of substance to determine if it contains any narcotics. Inmate Wilson has a TRD of Life and is affiliated with a Security Threat Group "Bloods". Photos of contraband were taken and are attached to this report. DC1-801 Chain of Custody was completed as well as a DC6-220 and Inmate Wilson refused to sign the DC6-220. The contraband was placed in the Evidence Locker pending testing. Forwarded to Chief of Security and Security Threat Group Sergeant James Conrad.

| | | |
|---|---|---|
| **Correctional Officer Lieutenant Eric Gibson** | | 11/13/22 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:**   Writer of report

| | | |
|---|---|---|
| **Correctional Officer Lieutenant, Eric Gibson** | *Eric Gibson* | 11/13/2022 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:**  Intel review 11/14/22
 Inmate Wilson will remain in his current
 status pending discipline

 cc  ICT

| | | |
|---|---|---|
| **Correctioanl Officer Colonel, Brad Shouppe** | | 11/14/22 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**  IA  11/14/22
 Concur w/n Actor  TW

| | | |
|---|---|---|
| **Warden, Heath Holland** | | 11/14/22 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

# FLORIDA DEPARTMENT OF CORRECTIONS

## Inmate Impounded Property List
### (Please Print)

Inmate's Name Wilson, Bernard          Inmate Number T24935

Institution Jackson Correctional Institution    Date Property Stored 11/13/22

| Item | Number | Code | Item | Number | Code |
|------|--------|------|------|--------|------|
| Suspected Tobacco | | | | | |
| (2) grams | Bundle | C | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I.    Signature of Officer(s) inventorying property:

NOVEMBER 13, 2022          E. GIBSON                    LT
Date                        Officer's Name-PRINT         Rank

                            Signature of Officer

November 13th 2022          D. Jones                     CO
Date                        Officer's Name-PRINT         Rank

                            Signature of Officer

II.   The personal property listed above was inventoried in my presence and is a true listing of all    property
      taken from me.

NOVEMBER 13, 2022          REFUSED TO SIGN
Date                        Signature of Inmate          Inmate Number

III.  I have on this date received all of the above property marked K – Inmate allowed to keep.

_____    _____    _____
Signature of Inmate         Inmate Number               Date

_____    _____    _____
Date                        Name of Officer issuing property-PRINT    Rank

                            _____
                            Signature of Officer issuing property

IV.   I have on this date received all of the above listed property which has been stored.

_____    _____    _____
Date                        Signature of Inmate         Inmate Number

V.    Signature of Property Officer who returns property to inmate:

_____    _____
Date                        Name of Officer returning stored property-PRINT

                            _____    _____
                            Signature of Officer returning stored property    Rank

ORIGINAL - Remain with property until Section IV is signed by inmate, then original    Symbols Indicate:
        will be filed in the inmate's Property File.                                   S - storage
COPY    - To inmate whose property is collected.                                       C - contraband/confiscated
COPY    - To inmate's Property File.                                                   K - inmate allowed to keep

DC6-220 (Effective 6/20)          Incorporated by Reference in Rule 33-602.201, F.A.C.

APPENDIX - D

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**CHAIN OF CUSTODY**

Case: _____    Inspector: _____

Offense: _____3-16_____    Subject: _Wilson, Bernard DC#T24935_____

Victim: _____    Comments: _____

Evidence Description: _____    approximately one (2) gram of tobacco

Location of Evidence Found: _____    cell G4-108L under the sheet of his assigned bunk

---

Recoveredby: ___Officer Danielle Jones▮▮▮    Date: 11-13-2022_____Time: _5:05**p.m.**

From: ___Inmate Wilson, Bernard DC#T24935_____Date: _____11-13-2022_____

To: ___Lieutenant Eric Gibson▮▮▮_____Time: _____5:10pm_____

Method of Transfer: ___hand delivered_____Reason for Transfer:___evidence_____

---

From: ___Lieutenant Eric Gibson_____Date:November 13, 2022_____

To:Evidence Safe_____Time:5:20_____ a.m./**p.m.**

Method of Transfer: _Hand delivered to TSL_____Reason for Transfer: _Evidence_____

---

From: _____    Date: _____

To: _____    Time: _____ a.m./p.m.

Method of Transfer: _____    Reason for Transfer: _____

---

From: _____    Date: _____

To: _____    Time: _____ a.m./p.m.

Method of Transfer: _____    Reason for Transfer: _____

---

From: _____    Date: _____

To: _____    Time: _____ a.m./p.m.

Method of Transfer: _____    Reason for Transfer: _____

DC1-801 (Effective 11/13)    Incorporated by Reference in Rule 33-602.203, F. A. C.



```
11/14/2022                 FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:  1
   MINO101                    MINS INCIDENT REPORT                         TIME 14:19


PREPARED BY: R104AMY CLARK, AMY HALL           INCIDENT NUMBER: 0001152267
INCIDENT TYPE: 23T TOBACCO CONTRABAND          STATUS OF INCIDENT: ENTERED
REPORT DATE:   11/14/2022                       REPORT TIME:   14:04
INCIDENT DATE: 11/13/2022                       INCIDENT TIME: 17:05
REPORTING FACILITY: 104 JACKSON C.I.           INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.           INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 01 HOUSING AREA             DAY CODE: 7      SHIFT CODE: 3
DATE REPORTED TO MANAGEMENT: 11/13/2022        W-B REVIEW BY:
IG NUMBER:                                      UOF NUMBER:
DATE ASSIGNED:
INJURIES: N        STG/STI INVOLVEMENT: N      PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: N    WEAPONS USED: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: OTH DC LOC-SPECIFY-MINS          SEND TO IG OFFICE: Y


        NAME                TITLE            BIRTHDATE  R S   ID NUMBER
   ----------------- ---------------------- ---------- - - ----------------
REPORTING EMPLOYEE (S)
  GIBSON, ERIC R.     CORRECTIONAL OFFICER LI            1 1
SUBJECT (S)
  WILSON, BERNARD D.  INMATE  TRD:LIFE SNT              2 1 T24935
WITNESSES (S)
  JONES, DANIELLE K.  CORRECTIONAL OFFICER              1 2 143689


CONTRABAND RECOVERED          TYPE      POSSESS     QUANTITY      UNIT MSR
------------------------      ------    -------    ----------    --------
TOBACCO                       POSSES    INMATE           2.00    GRAMS


DESCRIPTION OF PHYSICAL EVIDENCE:
     2 GRAMS OF TOBACCO


DESCRIPTION OF INCIDENT:
     ON NOVEMBER 13, 2022 WHILE ASSIGNED AS G DORMITORY
     LIEUTENANT AT APPROXIMATELY 5:05 PM LIEUTENANT ERIC GIBSON
     WAS NOTIFIED OF A CELL SEARCH THAT HAD PRODUCED CONTRABAND.
     OFFICER DANNIELLE JONES CONDUCTED A CELL SEARCH OF G4-108
     WHERE INMATE WILSON, BERNARD DC#T24935 WAS ASSIGNED. DURING
     THE SEARCH OFFICER JONES DISCOVERED POSSIBLE TOBACCO WRAPPED
     IN CELLOPHANE UNDER INMATE WILSON'S SHEETS ON HIS ASSIGNED
     BED.


ACTION TAKEN:
     INMATE WAS ESCORTED TO MEDICAL HE RECEIVED PRE-CONFINEMENT
     PHYSICAL AND WAS PLACED IN ADMINISTRATIVE CONFINEMENT
     PENDING A DISCIPLINARY REPORT FOR A 3-16 NON-DEATH ROW
```

```
11/14/2022              FLORIDA DEPARTMENT OF CORRECTIONS           PAGE:   2
  MINO101                    MINS INCIDENT REPORT                   TIME 14:19
        AND/OR NON-COMMUNITY RELEASE PROGRAM INMATES - POSSESSION,
        INTRODUCTION, OR TRAFFICKING OF TOBACCO OR TOBACCO-RELATED
        PRODUCTS SUCH AS LIGHTERS OR CIGARETTE PAPERS.  THE
        CONTROBAND WAS PLACED IN THE EVIDENCE LOCKER, ALONG WITH A
        CHAIN OF CUSTODY.
```