# Exhibit P

```
PREPARED BY: R104AMY CLARK, AMY HALL      INCIDENT NUMBER: 0001152267
INCIDENT TYPE: 23T TOBACCO CONTRABAND     STATUS OF INCIDENT: REF. TO MG
REPORT DATE:   11/14/2022                 REPORT TIME:   14:04
INCIDENT DATE: 11/13/2022                 INCIDENT TIME: 17:05
REPORTING FACILITY: 104 JACKSON C.I.      INCIDENT REGION: 1
INCIDENT FACILITY : 104 JACKSON C.I.      INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 01 HOUSING AREA        DAY CODE: 7    SHIFT CODE: 3
DATE REPORTED TO MANAGEMENT: 11/13/2022   W-B REVIEW BY: JAB
IG NUMBER:                                UOF NUMBER:
DATE ASSIGNED: 11/15/2022
INJURIES:         STG/STI INVOLVEMENT: N  PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: N   WEAPONS USED: N         INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N         CHEMICAL AGENTS USED: N
EVIDENCE LOC: OTH DC LOC-SPECIFY-MINS     SEND TO IG OFFICE: Y


          NAME                TITLE          BIRTHDATE  R S    ID NUMBER
  ------------------- ----------------------- ---------- - - ----------------
REPORTING EMPLOYEE (S)
  GIBSON, ERIC R.     CORRECTIONAL OFFICER LI            1 1
SUBJECT (S)
  WILSON, BERNARD D.  INMATE  TRD:LIFE SNT              2 1 T24935
WITNESSES (S)
  JONES, DANIELLE K.  CORRECTIONAL OFFICER              1 2


CONTRABAND RECOVERED        TYPE      POSSESS      QUANTITY     UNIT MSR
------------------------    ------    -------      ----------   --------
TOBACCO                     POSSES    INMATE            2.00    GRAMS
```

DESCRIPTION OF PHYSICAL EVIDENCE:
  2 GRAMS OF TOBACCO


DESCRIPTION OF INCIDENT:
  ON NOVEMBER 13, 2022 WHILE ASSIGNED AS G DORMITORY
  LIEUTENANT AT APPROXIMATELY 5:05 PM LIEUTENANT ERIC GIBSON
  WAS NOTIFIED OF A CELL SEARCH THAT HAD PRODUCED CONTRABAND.
  OFFICER DANNIELLE JONES CONDUCTED A CELL SEARCH OF G4-108
  WHERE INMATE WILSON, BERNARD DC#T24935 WAS ASSIGNED. DURING
  THE SEARCH OFFICER JONES DISCOVERED POSSIBLE TOBACCO WRAPPED
  IN CELLOPHANE UNDER INMATE WILSON'S SHEETS ON HIS ASSIGNED
  BED.


ACTION TAKEN:
  INMATE WAS ESCORTED TO            HE RECEIVED
           AND WAS PLACED IN ADMINISTRATIVE CONFINEMENT
  PENDING A DISCIPLINARY REPORT FOR A 3-16 NON-DEATH ROW

```
         AND/OR NON-COMMUNITY RELEASE PROGRAM INMATES - POSSESSION,
         INTRODUCTION, OR TRAFFICKING OF TOBACCO OR TOBACCO-RELATED
         PRODUCTS SUCH AS LIGHTERS OR CIGARETTE PAPERS.  THE
         CONTROBAND WAS PLACED IN THE EVIDENCE LOCKER, ALONG WITH A
         CHAIN OF CUSTODY.


OIG ACTION:
         *** AFTER INITIAL REVIEW BY THE OFFICE OF INSPECTOR GENERAL,
         THIS INCIDENT IS REFERRED TO MANAGEMENT FOR HANDLING;
         FLORIDA ADMINISTRATIVE CODE (F.A.C.) RULES 33-601.301 ~
         33-601.314, INMATE DISCIPLINE, IDENTIFIES UNACCEPTABLE
         CONDUCT AND BEHAVIOR AND ADDRESSES THE AUTHORITY AND
         DISCIPLINARY PROCESS WITHIN THE DEPARTMENT TO ADDRESS THIS
         MATTER. THE RESULTS OF THE ACTION TAKEN REGARDING THE
         COMPLAINT(S) IN THIS MINS CAN BE ASCERTAINED IN THE
         DEPARTMENT'S ELECTRONIC DATABASE, CORRECTIONS DATA CENTER. /
         JAB ***
```