# Exhibit R

# H   HOUSING UNIT CHECKLIST (SECURE CELL)
## THIS FORM WILL BE COMPLETED BY EACH SHIFT AND ATTACHED TO YOUR LOG

DATE: Nov. 8th 2022

- ☑ EQUIPMENT INVENTORY. ALL SHIFTS. **Time began/ended** within same entry. Completed by ___D.J.___ with general statements such as: "All equipment accounted for" (list any discrepancies, etc.)

- ☑ Key Control and Locking Systems. Note on the Housing Unit log who conducted the checks & Control Room was notified.

- ☑ KEY INVENTORY. ALL SHIFTS. **Time began/ended** within the same entry. Completed by ___D.J.___ with general statements such as: "All accounted for and in serviceable condition" (list any discrepancies).

- ☑ RADIO INVENTORY: ALL SHIFTS. At the beginning of each shift, staff assigned to twenty-four (24)-hour security posts where handheld/portable radios are located will confirm the presence and working condition of the assigned radio(s) and advice the institution main control room. Additionally an entry will be made on the appropriate log associated with the post. **Officers must sign out/in the radio on the DC6-209.**

- ☑ PERSONAL BODY ALARM SYSTEM. All body alarms are present and working. The PBA number and to whom it is assigned to. If malfunction, notify the Shift OIC immediately. An Incident Report and Work Order submitted if malfunction is noted.

- ☑ CHEMICAL AGENTS ACCOUNTABILITY. All Chemical Agents assigned to the housing unit is accounted for with seal intact. The chemical agent number/seal number and to whom it is assigned to. If discrepancy is noted notify the Shift OIC immediately. An Incident Report will be submitted and chemical agent will be placed in the Control Room for replacement.

- ☑ FOR SECURE CELL HOUSING UNITS ONLY. All housing sliding doors and locking mechanisms have been physically checked and control panels observed for malfunctions during **each formal count** and all are functioning properly. (Note any discrepancies on the DC6-257 Lock/Locking System Inspection Log by calling the Control Room and notifying the Shift Supervisor.)

- N/A **Day Shift (2nd Shift)** will complete the lock and locking systems check on Form DC6-257 and log **start/finish times** on the DC6-209 Housing Unit Log.

- ☑ SECURITY BUILDING CHECK (INSIDE AND OUTSIDE). ALL SHIFTS. Housing Sergeant/Officer conducted inside and outside security check of the security building to include all doors, locks, windows and bars. **Completed time.**

- ☑ HOUSING CHECKS (**external/internal**) CIRCLE YOUR ASSIGNED DORM **A  B  C  D  E  F  G (H) A/C  D/C  INF** list time began/completed in same entry and by whom the housing check was completed. EVERY DORM HAS TO BE ON DAILY LOG – Each Shift.

- ☑ OFFICER'S STATION CHECK (INSIDE AND OUTSIDE). ALL SHIFTS. Housing Sergeant/Officer conducted inside and outside security check of the Housing Unit to include all doors, locks, windows and bars. **Completed time.**

- ☑ FIRST AID KIT/BLOODBORNE PATHOGENS KIT. ALL SHIFTS. Seals intact and secure.

- ☑ SHIFT SUPERVISORS CHECK. ALL SHIFTS. Inclusive of Safety, Security and Sanitation inspections of all dorms and medical etc. **Beginning/completed times** within same entry **(OIC must sign).**

- ☑ GENERAL POPULATION MEAL FOR YOUR DORM. **Beginning/Completed times** within same entry.

- ☑ COMPOUND OPENED/CLOSED.

- ☑ RECREATION YARD OPENED/CLOSED.

- ☑ CONTROLLED/RESTRICTED MOVEMENT. Imposed/lifted. You MUST show restricted movement after dusk and before dawn.

- ☑ RECALL

- ☑ COUNTS. **Formal and informal,** i.e. Midnight, Pre-Turnout, Morning, Midday, Afternoon, Secure and Master Roster. Specific titles are required. Both Formal and Informal Counts must have start time, completed time and total of inmates for each informal count.

- ☐ CLEAR COUNT.

- ☑ INMATE MOVEMENT. Show inmates name and FDC number, Officers escorting to/from (unless mass movement then only the number of inmates and names of officers escorting.)

- ☑ AFTER-HOUR COMPOUND INMATE MOVEMENT. **# of inmates, escorted to/from by whom.**

- ☑ ALL GAINS/LOSSES. Show inmates name and FDC number, show escort officers names, rec'd from or lost to, revised count total; to include out-count.

- ☐ FIRE SAFETY CHECKS.

- N/A VISITORS. Record all visitor, etc. by name, time of entry/exit, purpose of visit, etc.

- ☑ 30 MINUTES SECURITY CHECKS (INTERNAL). Inmate housing. All doors, locks windows bars secure.

- ☑ Announcement to all inmates that a female staff member is present or could be present in the dormitory and that all inmates shall be dressed accordingly.

- ☑ **Secure Cell Housing Units only: The condition and working order of each cell, which includes windows, walls, lighting, plumbing, etc… is inspected on a daily basis and whenever occupancy changes and this is properly documented on the DC6-209 and DC6-221 as appropriate.**

## FURTHER INSTRUCTIONS

Review the DC6-209 Housing Unit Log, at the beginning of the shift in order to become familiar with actions and/or unusual incidents that have transpired during the previous shift(s) and take appropriate steps for any corrective or follow-up action required. Ensure that the DC6-209 is utilized to document all pertinent information relating to the operations of the dormitory, inmate movement, counts, etc… The DC6-209 will be initialed by the Officer making each entry and will be reviewed and signed by the Housing Unit Sergeant on each shift, attach the checklist to the DC6-209, and forward daily to the Chief of Security at the conclusion of the Night Shift (C or D) via the paperwork folder in the Control Room.

_D. Jones_ on November 8th 2022                         _A. M____ Cos  11-8-22_
Secure Cell Housing Unit Officer Signature/Date        Secure Cell Housing Unit Sergeant Signature/Date

DC6-209 (Effective 12/13)                              Incorporated by Reference in Rule 33-601.800, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
# HOUSING UNIT LOG

## JACKSON CORRECTIONAL INSTITUTION

**HOUSING UNIT** H HOUSING UNIT          **DATE** November 8, 2022
(SECURE CELL)

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:30 pm | 3rd Shift on duty. The following staff received all information and assumed the duties and | |
| 3:30 pm | responsibilities of the housing unit: H1# 69, H2# 53 H3# 64 Inmates assigned to dorm. | |
| 5:45 pm | Lieutenant/Sergeant: Williams/Dudley (PBA# C/R) (Chemical Agent # C/R) | |
| 5:45 pm | (Handcuff # C/R, # NA # MA, # NA ) (Radio# C/R ) Keys (# C/R ) | |
| 3:31 pm | Sergeant/Officer: A. Blakely (PBA# CK) (Chemical Agent # H4 5851483 ) | |
| 3:31 pm | (Handcuff # H9, # H10 # MA, # NA ) (Radio# 1057 ) Keys (# 218 w/6 ) | |
| 3:32 pm | Sergeant/Officer: D. Jones (PBA# ) (Chemical Agent # CM ) | |
| 3:32 pm | (Handcuff # 204, # MA # NA, # NA ) (Radio# 1052 ) Keys (# ) | |
| 3:33 pm | Sergeant/Officer: D. Conley (PBA# AV) (Chemical Agent # H3 5851405 ) | |
| 3:33 pm | (Handcuff # 506, # NA # NA, # MK ) (Radio# 1054 ) Keys (# 211 w/6 ) | |
| 3:34 pm | Sergeant/Officer: D. Deese (PBA# B3) (Chemical Agent # H6 5851980 ) | |
| 3:34 pm | (Handcuff # H8, # NA # NA, # NA ) (Radio# 1056 ) Keys (# 219 w/7 ) | |
| 3:35 pm | Sergeant/Officer: J. Ranew (PBA# AV) (Chemical Agent # H1 5851159 ) | |
| 3:35 pm | (Handcuff # 573, # MA # MA, # NA ) (Radio# 1053 ) Keys (# 228 w/5 ) | |
| 3:36 pm | Chemical Agent OC MK4 Canisters present and accounted for **Yes**/ No; Secured box present with | |
| 3:36 pm | Canister # H2, # H5, # n/a, # n/a, # n/a present **Yes**/ No. | |
| 3:36 pm | Discrepancies: none | |
| 3:37 pm | Key ring #'s# 212 w/ 5, # 215 w/ 6, # 220 w/ 3, # 221 w/ 3, # 222 w/ 5 | |
| 3:37 pm | Continued Key ring #'s # n/a w/, # n/a w/, # n/a w/. | |
| 3:37 pm | All accounted for and all are in serviceable condition; Discrepancies: none | |
| 3:38 pm | Ligature cutters present **Yes**/No, Mirror present **Yes**/No, Discrepancies: none | |
| 3:30 pm | Tool Accountability Log signed by Sgt/Ofc D. Jones | |
| 3:38 pm | Flashlight # H1, # H2, # n/a present **Yes**/ No; operational **Yes**/ No. | |
| 3:39 pm | Radios # 9018 # n/a, # n/a, # n/a, # n/a are present and working properly. | |
| 3:40 pm | 13 Handcuffs present and accounted for **Yes**/ No | |
| 3:40 pm | 10 Leg Restraints present and accounted for **Yes**/ No | |
| 3:40 pm | 4 Waist chains present and accounted for **Yes**/ No | |
| 3:40 pm | 6 RIPP Tether's present and accounted for **Yes** / No | |
| 3:40 pm | 3 Metal Detectors (Handheld) present and accounted for **Yes**/ No | |
| 3:40 pm | 1 Velcro Cuffs Cover present and accounted for **Yes**/ No | |
| 3:40 pm | All equipment accounted for **Yes** / No. Discrepancies: none | |

**Housing Sergeant Signature:** A. Maley cos

**Housing Officer Signature:** D. Jones co

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Night Shift.

DC6-209 (Effective 12/13)          Incorporated by Reference in Rule 33-601.800, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## HOUSING UNIT LOG

### JACKSON CORRECTIONAL INSTITUTION

**HOUSING UNIT** H HOUSING UNIT  **DATE** November 8, 2022
(SECURE CELL)

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:30 pm | Post Orders present; read and signed by all staff assigned? **Yes**/No. | |
| 4:00 pm | Over the counter medication inventoried and accounted for by Sgt/Ofc D. Jones | |
| 3:41 pm | First Aid Kit Present **Yes**/No Seal# 504 205 One way Breathing Mask Present **Yes**/No | |
| 3:41 pm | PPE Kit Present **Yes**/No Seal # 506218 Fire Alarm Operational **Yes**/No | |
| 3:41 pm | Fire Extinguishers fully charged and Present **Yes**/No. Seal# 2022 | |
| 4:00 pm | External check of the Confinement Unit was conducted and all exterior windows were inspected to | |
| 4:00 pm | ensure they were secured, that security bars/screens were intact and that no evidence of tampering | |
| 4:00 pm | was found, recreation areas to include fencing/gates were inspected to ensure that there was no | |
| 4:00 pm | tears/holes noted and no contraband located. by Sgt/Ofc A. Blakely, at 4:00 AM/**PM**. | |
| 4:10 pm | An inspection of all emergency exit doors, control room doors and non-cell windows of the | |
| 4:10 pm | housing unit was conducted by Sgt/Ofc A. Blakely, at 4:10 AM/**PM** | |
| 4:15 pm | All secure sliding cell doors and locking mechanisms were visually inspected (when the cell doors | |
| 4:15 pm | are open) or physically checked (by pulling on them when they are in the secured position) and | |
| 4:15 pm | control panels observed by staff for malfunctions during each formal count, but not less than twice | |
| 4:15 pm | per shift **Yes**/No Discrepancies: none | |
| 4:00 pm | Sliding Door/Locking Mechanism check conducted by A. Blakely at 4:00 AM/**PM** | |
| 9:00 pm | Sliding Door/Locking Mechanism check conducted by A. Blakely at 9:00 AM/**PM** | |
| 11:30 pm | Sliding Door/Locking Mechanism check conducted by n/a at n/a AM/PM/**N/A** | |
| 11:30 pm | Sliding Door/Locking Mechanism check conducted by n/a at n/a AM/PM/**N/A** | |
| 4:20 pm | An inspection of the condition and working order of each cell, which included windows, walls etc. | |
| 4:20 pm | was conducted on 3rd shift by: Sgt/Ofc A. Blakely at 4:20 AM/**PM**/N/A | |
| 4:15 pm | The Confinement Sergeant and Officer will conduct a security check of the inside of the building at | |
| 4:15 pm | the **beginning** of the shift. The entire housing unit will be inspected for safety, sanitation, security, | |
| 4:15 pm | and maintenance discrepancies. There shall be none of the following: clothing lines, pictures | |
| 4:15 pm | affixed to walls or lockers, excessive property or property improperly stored, windows or light | |
| 4:15 pm | fixtures covered with paper, clothes or towels not heater vents that have been covered or otherwise | |
| 4:15 pm | tampered with. Inspection completed by: Sergeant A. Blakely and | |
| 4:15 pm | ~~Officer~~ Cap. K. Williams at 4:15 AM/**PM** | |
| 3:30 pm | Daily lock and locking systems inspection completed by the n/a shift housing unit | |
| 3:30 pm | supervisor at n/a AM/PM/ **N/A** and documented on the DC6-257. | |
| 3:42 pm | Housing Unit Sergeant/Officer inspection of Fixed Wing Camera Operational: **Yes**/No | |
| 3:42 pm | Deficiencies: Yes/**No** If yes, OIC notified: Yes/No & Incident Report Submitted: Yes/No | |

**Housing Sergeant Signature:** A. Blakely

**Housing Officer Signature:**

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Night Shift.

DC6-209 (Effective 12/13)    Incorporated by Reference in Rule 33-601.800, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

## JACKSON CORRECTIONAL INSTITUTION

**HOUSING UNIT** __H HOUSING UNIT__   **DATE** November 8th, 2022
(SECURE CELL)

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:30pm | Announcement made to all inmates that a female staff member is assigned or could be assigned to | |
| 3:30pm | the dormitory and all Inmates shall be dressed accordingly. | |
| 3:43pm | At the beginning of shift Intercom Systems Functioning: **Yes**/No. Active Listening Mode for each | |
| 3:43pm | wing operational: **Yes**/No. Discrepancies: none | |
| 3:44pm | Beginning of Shift-Dorm Exhaust fans/ventilation checked for malfunctions. Operational: **Yes**/No | |
| 3:44pm | (If no, notify the Shift Supervisor and submit maintenance work order request.) | |
| 11:30pm | End of Shift-Dorm Exhaust fans/ventilation checked for malfunctions. Operational: **Yes**/No | |
| 11:30pm | (If no, notify the Shift Supervisor and submit maintenance work order request.) | |
| 3:35pm | **Confinement Wing #1** Food Cart Arrives: Breakfast, Lunch, Evening Meal (Temp: 114°) | |
| 3:35pm | Beginning Amount of Food Trays# 69, Lids# 69, Sporks # 69, Cups # 69 | |
| 3:35pm | **Confinement Wing #2** Food Cart Arrives: Breakfast, Lunch, Evening Meal (Temp: 120°) | |
| 3:35pm | Beginning Amount of Food Trays# 53, Lids# 53, Sporks # 53, Cups # 53 | |
| 3:35pm | **Confinement Wing #3** Food Cart Arrives: Breakfast, Lunch, Evening Meal (Temp: 119°) | |
| 3:35pm | Beginning Amount of Food Trays# 64, Lids# 64, Sporks # 64, Cups # 64 | |
| 6:11pm | **Confinement Wing #1 the following items were returned to Food Service at the completion of** | |
| 6:11pm | the meal: Food Trays# 69, Lids# 69, Sporks # 69, Cups # 69 | |
| 5:30pm | **Confinement Wing #2 the following items were returned to Food Service at the completion of** | |
| 5:30pm | the meal: Food Trays# 53, Lids# 53, Sporks # 53, Cups # 53 | |
| 5:48pm | **Confinement Wing #3 the following items were returned to Food Service at the completion of** | |
| 5:48pm | the meal: Food Trays# 64, Lids# 64, Sporks # 64, Cups # 64 | |
| 3:45pm | Beginning of Shift - Privacy Barriers are affixed to the shower cells within PREA standard 115.15 | |
| 3:45pm | **Yes**/ No. Discrepancies: none | |
| 11:30pm | End of Shift – Privacy Barriers are affixed to the shower cells within PREA standard 115.15 | |
| 11:30pm | **Yes**/ No. Discrepancies: none | |
| 3:46pm | **INMATE TELEPHONES** in all wings were checked by security staff members **at the beginning** | |
| 3:46pm | of the shift. Operational: **YES**/ NO. Deficiencies: YES / **NO**.  n/a | |
| 3:46pm | If deficiencies noted: Shift Supervisor  n/a  notified at n/a AM/PM | |
| 11:30pm | **INMATE TELEPHONES** in all wings were inspected by security staff members **prior to the** | |
| 11:30pm | **conclusion** of the shift. Operational: **YES**/ NO. Deficiencies: YES / **NO**.  n/a | |
| 11:30pm | If deficiencies noted: Shift Supervisor  n/a  notified at n/a AM/PM | |
| **Housing Sergeant Signature:** | H. M[illegible] LCS | |
| **Housing Officer Signature:** | [signature] Jones CO | |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Night Shift.

DC6-209 (Effective 12/13)   Incorporated by Reference in Rule 33-601.800, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
# HOUSING UNIT LOG

## JACKSON CORRECTIONAL INSTITUTION

**HOUSING UNIT** __H HOUSING UNIT__     **DATE** November 8th, 2022
(SECURE CELL)

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:47pm | INMATE KIOSKS in all wings were checked by security staff members **at the beginning of the** | |
| 3:47pm | shift. Operational: (YES) / NO. Deficiencies: YES (NO). n/a | |
| 3:47pm | If deficiencies noted: Shift Supervisor n/a notified at n/a AM/PM | |
| 11:30pm | INMATE KIOSKS in all wings were checked by security staff members **prior to the conclusion** | |
| 11:30pm | of shift. Operational: (YES) / NO. Deficiencies: YES (NO) n/a | |
| 11:30pm | If deficiencies noted: Shift Supervisor n/a notified at n/a AM/PM | |
| 3:48pm | # n/a Kiosk Privacy Shields present. In working condition (Yes)/No Discrepancies Noted: none | |
| 10:40pm | The Confinement Sergeant and Officer will conduct a security check of the inside of the building at | |
| 10:40pm | the **completion** of the shift. The entire housing unit will be inspected for safety, sanitation, security, | |
| 10:40pm | and maintenance discrepancies. There shall be none of the following: clothing lines, pictures | |
| 10:40pm | affixed to walls or lockers, excessive property or property improperly stored, windows or light | |
| 10:40pm | fixtures covered with paper, clothes or towels not heater vents that have been covered or otherwise | |
| 10:40pm | tampered with. Inspection completed by: Sergeant A. Blakely and | |
| 10:40pm | Officer D. Corley at 10:40 AM/(PM) | |
| * 4:15p | Fixed Wing Camera inspection conducted by **Shift Supervisor** K Williams | KB |
| * 4:15p | Fixed Wing Camera Operational: (YES) / NO. Deficiencies: YES / NO. | KB |
| * 4:15p | **Shift Supervisor** conducted unannounced round and security inspection of all inmate housing and | KB |
| * 4:15p | activity areas. BY: K With at 4:15 AM/(PM) | KB |
| 3:30pm | 3rd shift on duty, all tools and equipment present and | |
| 3:30pm | accounted for; Security check, all secure | |
| 4:00pm | Security check, all secure; Captain Williams enters H-dorm | |
| 4:30pm | Security check, all secure | |
| 4:32pm | All wings begin feeding | |
| 5:00pm | Security check, all secure | |
| 5:30pm | Security check, all secure; Captain Williams exits H-dorm | |
| 6:00pm | Security check, all secure | |
| | | |
| 6:30pm | Security check, all secure | |
| 7:00pm | Security check, all secure; Count in progress w/(64)w2(53) | |
| 7:00pm | W3 (64) Holding cell (0) Total (187) for watch, all secure | |

**Housing Officer Signature:** A. _____  D. Jones

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Night Shift.

DC6-209 (Effective 12/13)      Incorporated by Reference in Rule 33-601.800, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

## JACKSON CORRECTIONAL INSTITUTION

HOUSING UNIT __H HOUSING UNIT__   DATE November 8th 2022
(SECURE CELL)

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 7:30pm | Security check, all secure; fire watch, all secure | |
| 7:45pm | Clear count | |
| 8:00pm | Security check, fire watch; all secure | |
| 8:30pm | Security check, fire watch; all secure | |
| 8:50pm | Count recall | |
| 9:00pm | Fire watch, security check, Master roster count in progress | |
| 9:00pm | W1(69) W2(54) W3(64) orderlies (3) Total (190) all secure | |
| 9:30pm | Fire watch, security check; all secure | |
| 10:00pm | Fire watch, security check; all secure; clear count | |
| 10:30pm | Fire watch, security check; all secure | |
| 11:00pm | Fire watch, security check; all secure | |
| 11:30pm | 3rd shift of duty all tools and equipment present and | |
| 11:30pm | accounted for | |

Housing Sergeant Signature: A. M_____
Housing Officer Signature: D. Jones. co

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Night Shift.

DC6-209 (Effective 12/13)   Incorporated by Reference in Rule 33-601.800, F.A.C.