# Exhibit S

# Florida Department of Corrections
## Daily Security Roster
## JACKSON C.I.
## *Tuesday, November 08, 2022*
## *Second Shift*

| 7 Day | Post | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Captain, Shift (52) | CARTER, TRENTON A. | 07:00 AM | 03:30 PM | |
| I | Lieutenant, Housing (57) | GAINES, TRACEY R. | 07:00 AM | 03:30 PM | |
| I | Lieutenant, Housing (58) | PARKER, JIMMY L. | 07:00 AM | 03:30 PM | |
| I | Lieutenant, Housing (59) | OLIVER, LUCIOUS A. | 07:00 AM | 03:30 PM | |
| I | Sergeant, Control Room (147) | SALTER, LATEISHA R. | 07:00 AM | 03:30 PM | |
| I | Sergeant, Dorm A (148) | MORGAN, GREGORY D. | 07:00 AM | 03:30 PM | A1 |
| I | Sergeant, Dorm B (149) | TAYLOR, TORI C. | 07:00 AM | 03:00 PM | A2 |
| I | Sergeant, Dorm C (150) | RUSS, MITTIE L. | 07:00 AM | 03:30 PM | A2 |
| II | Sergeant, Dorm D (151) | | 07:00 AM | 03:30 PM | |
| II | Sergeant, Dorm E (152) | | 07:00 AM | 03:30 PM | |
| I | Sergeant, Dorm F (153) | NEWTON, WILLIAM L. | 07:00 AM | 03:30 PM | A2 |
| I | Sergeant, Dorm G (154) | WARREN, CHRISTA L. | 07:00 AM | 03:30 PM | |
| I | Sergeant, Dorm H (155) - (GS) | INGRAM, BENNY R. | 07:00 AM | 03:30 PM | |
| II | Sergeant, Confinement (156) - (GS) | | 07:00 AM | 03:30 PM | |
| I | Sergeant, Vehicle Gate/Visitation (157) | LAWRENCE III, JOHN W. | 07:00 AM | 03:30 PM | |
| I | Sergeant, DART/Search (158) | HEWETT, SCOTTY D. | 07:00 AM | 03:30 PM | |
| II | Sergeant, Internal (159) | | 07:00 AM | 03:30 PM | |
| I | Officer, Control Room (169) | WHITE, ALANA L. | 07:00 AM | 03:00 PM | |
| I | Officer, Dorm A (170) | JOHNSON, CAROL B. | 07:00 AM | 03:00 PM | |
| II | Officer, Dorm A (171) | | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm B (172) | COOK, LATEISHA M. | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm B (173) | | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm C (174) | PABON, MIGUEL A. | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm C (175) | | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm D (176) | | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm D (177) | | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm E (178) | | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm E (179) | | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm F (180) | SCOTT, NAFEESHA B. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm F (181) | JEFFERSON, DELEISHA A. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm F (182) | PERKINS, BRANDY N. | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm F (183) | | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm G (184) | GRISSOM-HUNTER, TARA M. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm G (185) | ANDERSON, ASHLY R. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm G (186) | | 07:00 AM | 03:30 PM | |
| II | Officer, Dorm G (187) | | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm H (188) - (GS) | CAUSEY, JOSHUA R. | 07:00 AM | 03:30 PM | Camera 1 |
| I | Officer, Dorm H (189) - (GS) | GRANGER, JONATHAN R. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm H (190) | RILEY, DAVID W. | 07:00 AM | 03:30 PM | |
| I | Officer, Dorm H (191) | GOLDING, EBONY B. | 07:00 AM | 03:30 PM | |
| II | Officer, Confinement (192) - (GS) | | 07:00 AM | 03:30 PM | |
| II | Officer, Confinement (193) | | 07:00 AM | 03:30 PM | |
| II | Officer, Perimeter Security (194) | | 07:00 AM | 03:30 PM | |
| I | Officer, Perimeter Security (195) | | 07:00 AM | 03:30 PM | |
| I | Officer, Perimeter Security (196) | BURCH, JILL I. | 07:00 AM | 03:30 PM | |

# Florida Department of Corrections

## Daily Security Roster

## JACKSON C.I.

***Tuesday, November 08, 2022***

***Second Shift***

| 7 Day Post | | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Officer, Perimeter Security (197) | | 07:00 AM | 03:30 PM | |
| I | Officer, Internal Security (198) | CANDELARIA, ANGEL L. | 07:00 AM | 03:30 PM | A1 |
| I | Officer, Internal Security (199) | GULLETT, AUSTIN L. | 07:00 AM | 03:30 PM | A1 |
| I | Officer, Internal Security (200) | MACK, RONNIE L. | 07:00 AM | 03:00 PM | Camera 2 |
| I | Officer, Infirmary (201) - (GS) | WILLIAMS, JOSHUA P. | 07:00 AM | 03:30 PM | |
| I | Officer, Movement Control/Muilti-Treatment (202) | MOUNT, JENNIFER B. | 07:00 AM | 03:30 PM | |
| I | Officer, Movement Control/Center Gate (203) | GRAHAM, ROY L. | 07:00 AM | 03:30 PM | |
| I | Officer, Transport/Escort/Visitation (204) | JONES, CHRISTOPHER K. | 07:00 AM | 03:30 PM | |
| II | Officer, Transport/Escort/Visitation (205) | | 07:00 AM | 03:30 PM | |
| II | Officer, Transport/Escort/Visitation (206) | | 07:00 AM | 03:30 PM | |
| II | Officer, Transport/Escort/Visitation (207) | | 07:00 AM | 03:30 PM | |
| I | Officer, Food Service (208) | KELLEY, JONATHON L. | 02:30 AM | 11:00 AM | |
| I | Officer, Wellness (209) | PETERSON, DIANA | 07:00 AM | 03:30 PM | |
| I | Officer, Wellness (210) | WALKER, ALVIN R. | 07:00 AM | 03:30 PM | |
| I | Officer, Wellness (211) | KLINGE, CHAD M. | 07:00 AM | 03:30 PM | |
| I | Officer, Wellness (212) | COVINGTON, JOHN R. | 07:00 AM | 03:30 PM | |
| I | Officer, DART/Search (213) | PATTON, TAMARA L. | 07:00 AM | 03:30 PM | |
| I | Officer, DART/Search (214) | KIRKLAND, ARRON A. | 07:00 AM | 03:30 PM | |
| I | Officer, DART/Search (215) | SIMS, SKYLER S. | 07:00 AM | 03:30 PM | |
| I | Officer, DART/Search (216) | WESTER, DERRICK G. | 07:00 AM | 03:30 PM | |

Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| ANDERSON, ASHLY R | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| BROWN, GARY F | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| CANDELARIA, ANGEL LUIS | CANTEEN SUPERVISION | 01:40 PM | 02:45 PM | 1.1 HRS |
| COVINGTON, JOHN R | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| GULLETT, AUSTIN LOGAN | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| HAMLER, BROOKE A | Post Coverage - Level 1 | 11:43 AM | 02:00 PM | 2.3 HRS |
| HAMLER, BROOKE A | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| HEWETT, SCOTTY D | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| JOHNSTON, GREGORY PAUL | Post Coverage - Level 1 | 11:00 AM | 03:00 PM | 4.0 HRS |
| KIRKLAND, ARRON ANDREW | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| KLINGE, CHAD M | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| MORGAN, GREGORY DOUGLAS | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| MORGAN, GREGORY DOUGLAS | CANTEEN SUPERVISION | 01:40 PM | 02:45 PM | 1.1 HRS |
| MCAMIS, RORY A | WELLNESS SECURITY | 01:55 PM | 02:55 PM | 1.0 HRS |
| PETERSON, DIANA | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| PATTON, TAMARA LEE | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| PEARCE, WADE SCOTT | WELLNESS SECURITY | 01:55 PM | 02:55 PM | 1.0 HRS |
| PERKINS, BRANDY NICOLE | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| RUSS, MITTIE L | MESS HALL SUPERVISION | 09:30 AM | 01:35 PM | 4.1 HRS |
| RUSS, MITTIE L | CANTEEN SUPERVISION | 01:40 PM | 02:45 PM | 1.1 HRS |
| SHELTON, AMANDA L. | Post Coverage - Level 1 | 11:10 AM | 02:00 PM | 2.8 HRS |
| SHELTON, AMANDA L. | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |

# Florida Department of Corrections

Daily Security Roster

JACKSON C.I.

***Tuesday, November 08, 2022***

***Second Shift***

Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| SIMS, SKYLER S | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| TAYLOR, TORI CHRISTINA | CANTEEN SUPERVISION | 01:40 PM | 02:45 PM | 1.1 HRS |
| WALKER, ALVIN ROMAINE | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |
| WESTER, DERRICK G. | STAFF SEARCHES-ENTRANCE GATE | 02:00 PM | 03:00 PM | 1.0 HRS |

Special Assignment

| Name | Assignment | Date Began |
|---|---|---|
| BROWN, GARY F | COMPOUND SECURITY | 11/08/2022 |
| BOWEN, SARAH M | DR COORDINATOR | 11/08/2022 |
| LACKEY, KYLE WAYNE | TRAINING INSTRUCTOR | 11/08/2022 |
| MATHENA, THEODORE MAXWELL | USE OF FORCE/DR COORDINATOR | 11/08/2022 |
| PETERSON, SHELINA A | ADMINISTRATIVE POST | 11/08/2022 |

Days Off

| | |
|---|---|
| ADAMS, SABRINA DAWN | BROWN, ANDREA SUE * |
| BENTON, JUSTIN BLAKE | KLINGE, DELA CROSS |
| COTTER, JARAH GRANT | HILTON, CANDI ASHLEY (OPS) |
| JACKSON, DEADRIA L | JENKINS, PAXTON G |
| KELLY, APRIL NICHOLE | MERCER, ROBERT MATTHEW |
| MORALES, SILVESTRE SAMUEL | PENIX, AARON RUSSELL |
| DANIELS, CHRISTINA JEAN | REDDING, LATACHA S |
| BENTLEY, MELISSA SUE | SMITH, SARAH E (OPS) (ADJ) |
| STOUDEMIRE, STEP'HAN JOSEPH EARL | YATES, BRANDON MICHAEL |

Annual Leave

| Name |
|---|
| BENTON, TIMOTHY GREGG |
| DANIELS, JAKE G |

Compensatory Leave

| Name |
|---|
| DEESE, RONALD DUANE |

Sick Leave

| Name |
|---|
| PERKINS, TIMOTHY S |

Other Leave

| Name | Reason |
|---|---|
| ROBERSON, DESTINY AYANA | LEAVE WITHOUT PAY |
| WILLIAMS, VICTORIA LYNN | FMLA |

# Florida Department of Corrections

## Daily Security Roster

## JACKSON C.I.

***Tuesday, November 08, 2022***

***Second Shift***

### Training

| | |
|---|---|
| ALLEY, NANCY KATE * | BARNES, DONNELL |
| BORDEN, RYAN EDMOND * | COACHMAN JR, JIMMY LEE |
| JACKSON, CHASITY KATIA | LAYTON, ALIVIA KAYE * |
| OWENS, DANIELLE MARIE * | SEGREST, JOHN P |
| SPIRES, LEMON D | |

### Overtime

| | |
|---|---|
| BAXTER, DYLAN MATTHEW (0.3 hrs) | BEASLEY, ROBERT H * (0.1 hrs) |
| COBB, DUSTIN A (0.4 hrs) | DEESE, MELISSA L (0.3 hrs) |
| GILES, JOSALYNNE L (0.1 hrs) | HAMLER, BROOKE A (3.2 hrs) |
| JOHNSTON, GREGORY PAUL (4 hrs) | LYONS, LOUIS FREDERICK (0.3 hrs) |
| MORILLO, RUBEN E (0.3 hrs) | MARTINEZ, SERGIO * (0.1 hrs) |
| RISCHAR, ALEXIS D (0.1 hrs) | SHELTON, AMANDA L. (3.8 hrs) |
| TAYLOR, E'RYAN JA'QUAN * (8 hrs) | |

### Emergency Response Teams

| Post Title | Officer Name | Team | Cell Extr | Quick Resp | DART |
|---|---|---|---|---|---|
| Officer, Internal Security(198) | CANDELARIA, ANGEL LUIS | A1 | Yes | Yes | No |
| Officer, Dorm H(188) | CAUSEY, JOSHUA R | Camera 1 | No | No | No |
| Officer, Internal Security(199) | GULLETT, AUSTIN LOGAN | A1 | Yes | Yes | No |
| Sergeant, DART/Search(158) | HEWETT, SCOTTY D | | No | No | Yes |
| Officer, DART/Search(214) | KIRKLAND, ARRON ANDREW | | No | No | Yes |
| Officer, Internal Security(200) | MACK, RONNIE L | Camera 2 | No | No | No |
| Sergeant, Dorm A(148) | MORGAN, GREGORY DOUGLAS | A1 | Yes | Yes | No |
| Sergeant, Dorm F(153) | NEWTON, WILLIAM L | A2 | Yes | No | No |
| Officer, DART/Search(213) | PATTON, TAMARA LEE | | No | No | Yes |
| Sergeant, Dorm C(150) | RUSS, MITTIE L | A2 | No | No | No |
| Officer, DART/Search(215) | SIMS, SKYLER S | | Yes | No | Yes |
| Sergeant, Dorm B(149) | TAYLOR, TORI CHRISTINA | A2 | No | No | No |
| Officer, DART/Search(216) | WESTER, DERRICK G. | | No | No | Yes |

### Daily Roster Remarks

Duty Warden: Assistant Warden of Operations J. Floyd
Shift OIC: Captain T. Carter
Control Room Supervisor: Sergeant L. Salter

NATIONAL GUARD OFFICER T. SIMMS IN LEVEL 1 POST 197 FROM 7:00AM-3:30PM
NATIONAL GUARD OFFICER L FERREIRA IN LEVEL 1 POST 195 FROM 7:00AM-3:30PM
NATIONAL GUARD OFFICER L. CAGLE IN LEVEL 1 POST 186 FROM 7:00AM-3:30PM

Florida Department of Corrections

Daily Security Roster

JACKSON C.I.

APPROVED DAILY ROSTER

________________________________

Day Shift Supervisor

________________________________

DATE

# Florida Department of Corrections
## Daily Security Roster
## JACKSON C.I.
## *Tuesday, November 08, 2022*
## *Third Shift*

| 7 Day Post | | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Captain, Shift (53) | OBERT, JAMES C. | 03:00 PM | 11:30 PM | |
| I | Lieutenant, Housing (60) | JOHNSON, AMANDA P. | 03:00 PM | 11:30 PM | |
| I | Lieutenant, Housing (61) | COLOMB, MICHEAL G. | 03:00 PM | 11:30 PM | |
| I | Lieutenant, Housing (62) | DUDLEY, STEDMAN S. | 03:00 PM | 11:30 PM | |
| I | Sergeant, Control Room (249) | PADELFORD, PAULA D. | 03:00 PM | 11:00 PM | |
| I | Sergeant, Dorm A (250) | MCNEALY, LATRISHA D. | 03:00 PM | 11:30 PM | A1 |
| I | Sergeant, Dorm B (251) | DAVIS, TINA M. | 03:00 PM | 11:00 PM | A2 |
| I | Sergeant, Dorm C (252) | MCGHEE, TONYA Y. | 03:00 PM | 11:00 PM | A2 |
| II | Sergeant, Dorm D (253) | | 03:00 PM | 11:30 PM | |
| II | Sergeant, Dorm E (254) | | 03:00 PM | 11:30 PM | |
| I | Sergeant, Dorm F (255) | AKINS, SARA J. | 03:00 PM | 11:30 PM | A1 |
| I | Sergeant, Dorm G (256) | HAMLER, BROOKE A. | 03:00 PM | 11:30 PM | A2 |
| I | Sergeant, Dorm H (257) - (GS) | BLAKELY, ARENTHIUS O. | 03:00 PM | 11:30 PM | |
| II | Sergeant, Confinement (258) - (GS) | | 03:00 PM | 11:30 PM | |
| I | Sergeant, DART/Search (259) | SHELTON, AMANDA L. | 03:00 PM | 11:30 PM | |
| II | Sergeant, Internal (260) | | 03:00 PM | 11:30 PM | |
| I | Officer, Control Room (269) | TAYLOR, TORI C. | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm A (270) | CHAMBLISS, W. D. | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm A (271) | | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm B (272) | WILLIAMS, KOMESHION C. | 03:00 PM | 11:00 PM | |
| II | Officer, Dorm B (273) | | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm C (274) | WOODWARD, SHANNA M. | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm C (275) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm D (276) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm D (277) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm E (278) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm E (279) | | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm F (280) | SELLERS, BRIT A. | 03:00 PM | 07:00 PM | |
| I | Officer, Dorm F (281) | WHITEHEAD, BUDDY J. | 03:00 PM | 11:00 PM | |
| I | Officer, Dorm F (282) | | 03:00 PM | 11:00 PM | |
| II | Officer, Dorm F (283) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm F (284) | | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm G (285) | COOK, ROBERT E. | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm G (286) | DINKINS, SHAKKARA S. | 03:00 PM | 11:00 PM | |
| I | Officer, Dorm G (287) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm G (288) | | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm G (289) | | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm H (290) - (GS) | CONLEY JR, DENNIS J. | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm H (291) - (GS) | RANEW, JOSHUA G. | 03:00 PM | 11:00 PM | Camera 2 |
| I | Officer, Dorm H (292) | DEESE, DUSTIN D. | 03:00 PM | 11:30 PM | |
| I | Officer, Dorm H (293) | JONES, DANIELLE K. | 03:00 PM | 11:30 PM | |
| II | Officer, Dorm H (294) | | 03:00 PM | 11:30 PM | |
| II | Officer, Confinement (295) - (GS) | | 03:00 PM | 11:30 PM | |
| II | Officer, Confinement (296) | | 03:00 PM | 11:30 PM | |
| I | Officer, Perimeter Security (297) | CONNOR, ERIC E. | 03:00 PM | 11:30 PM | |

# Florida Department of Corrections
## Daily Security Roster
## JACKSON C.I.
### *Tuesday, November 08, 2022*
### *Third Shift*

| 7 Day Post | | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Officer, Perimeter Security (298) | ENFINGER, SHERRY A. | 03:00 PM | 11:00 PM | |
| I | Officer, Perimeter Security (299) | | 03:00 PM | 11:00 PM | |
| I | Officer, Internal Security (300) | GRANGER, JAVONNAH C. | 03:00 PM | 11:00 PM | Camera 1 |
| I | Officer, Internal Security (301) | JOHNSTON, GREGORY P. | 03:00 PM | 11:00 PM | A1 |
| II | Officer, Internal Security (302) | | 03:00 PM | 11:30 PM | |
| I | Officer, Infirmary (303) - (GS) | MACK, RONNIE L. | 03:00 PM | 07:00 PM | |
| II | Officer, Movement Control/Muilti-Treatment (304) | | 03:00 PM | 11:30 PM | |
| II | Officer, Transport/Escort/Visitation (305) | | 03:00 PM | 11:30 PM | |
| II | Officer, Transport/Escort/Visitation (306) | | 03:00 PM | 11:30 PM | |
| II | Officer, Transport/Escort/Visitation (307) | | 03:00 PM | 11:30 PM | |
| II | Officer, Transport/Escort/Visitation (308) | | 03:00 PM | 11:30 PM | |
| I | Officer, Food Service (309) | DEAL, GREGORY D. | 10:30 AM | 07:00 PM | |
| II | Officer, Wellness (310) | | 10:30 AM | 07:00 PM | |
| II | Officer, Wellness (311) | | 03:00 PM | 11:30 PM | |
| II | Officer, Wellness (312) | | 03:00 PM | 11:30 PM | |
| I | Officer, DART/Search (313) | ROBERSON, DEDDRICK A. | 03:00 PM | 11:00 PM | |
| I | Officer, DART/Search (314) | GODWIN, DYLAN L. | 03:00 PM | 11:30 PM | |
| I | Officer, DART/Search (315) | GARVIN, CAREY G. | 03:00 PM | 07:00 PM | |
| I | Officer, DART/Search (316) | PEARCE, WADE S. | 03:00 PM | 07:00 PM | |

Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| ANDERSON, APRIL LYNN | Post Coverage - Level 1 | 07:00 PM | 10:00 PM | 3.0 HRS |
| ANDERSON, APRIL LYNN | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| DEESE, MELISSA L | Post Coverage - Level 1 | 07:00 PM | 11:30 PM | 4.5 HRS |
| GODWIN, DYLAN LANCE | CENTER GATE | 03:20 PM | 05:30 PM | 2.2 HRS |
| GODWIN, DYLAN LANCE | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| GRANGER, JAVONNAH CHERINA | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| GRANGER, JAVONNAH CHERINA | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| JOHNSTON, GREGORY PAUL | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| JOHNSTON, GREGORY PAUL | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| KEYS, KADEJAH LASHAE | Post Coverage - Level 1 | 07:00 PM | 10:00 PM | 3.0 HRS |
| KEYS, KADEJAH LASHAE | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| MCNEALY, LATRISHA D | MESS HALL SUPERVISION | 03:20 PM | 05:30 PM | 2.2 HRS |
| MCGHEE, TONYA Y | MESS HALL SUPERVISION | 03:20 PM | 05:30 PM | 2.2 HRS |
| PEARCE, WADE SCOTT | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| ROBERSON, DEDDRICK A | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| SHELTON, AMANDA L. | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| SHELTON, AMANDA L. | STAFF SEARCHES-ENTRANCE GATE | 10:00 PM | 11:30 PM | 1.5 HRS |
| SELLERS, BRIT AYBRUM | Post Coverage - Level 1 | 07:00 PM | 11:30 PM | 4.5 HRS |
| GARVIN, CAREY G. | ESCORT DETAIL | 03:20 PM | 05:30 PM | 2.2 HRS |
| DAVIS, TINA M | MESS HALL SUPERVISION | 03:20 PM | 05:30 PM | 2.2 HRS |

Florida Department of Corrections

Daily Security Roster

JACKSON C.I.

***Tuesday, November 08, 2022***

***Third Shift***

Special Assignment

| Name | Assignment | Date Began |
|---|---|---|
| BRANCH, JEFFREY G | SHIFT SUPERVISOR | 11/08/2022 |
| BARRENTINE, TABITHA | rec | 11/08/2022 |
| HARDBOWER, MATTHEW DANIEL | COMPOUND SECURITY | 11/08/2022 |
| MORALES, CARLENE FRANCIS | Rec | 11/08/2022 |
| MORGAN, GREGORY DOUGLAS | COMPOUND SECURITY | 11/08/2022 |
| WILLIAMS, KRISTOPHER | 2A | 11/08/2022 |

Days Off

| | |
|---|---|
| ALBRIGHT, CRYSTALROSE SUMMER | Brafort, JONATHAN DENZELL * |
| BASFORD, JOSEPH | BRIGHT, KONNOR |
| Ennis, DUSTIN SHAUN | GIBSON, ERIC R |
| GARDNER, KATELYN ELIZABETH | HANNAH, LANCE RAYMOND * |
| HARDBOWER, RANDAL JAMES | MCCULLOUGH, JOHN DAVID |
| ENNIS, JENNIFER LOUISE | PARKER, DESIREE DANIEL |
| QUATTLEBAUM, MARY | RASH, HEATHER MARIE |
| BENTLEY, MELISSA SUE | WRIGHT, PERSEFNI LILEEN |

Sick Leave

| Name |
|---|
| LOPER, ALVIN E |
| WHITE, ARIEL MICHELLE |

Other Leave

| Name | Reason |
|---|---|
| BENJAMIN, EVELYN C.I. | NO PAY STATUS |
| BOYD, SHARON D | ALTERNATE DUTY |
| GIBSON, FORREST D. | ALTERNATE DUTY |

Training

| | |
|---|---|
| BOWEN, LORISSA C * | CURRY III, DONALD LEE |
| COATES, WILLIAM DANIEL * | DURDEN, BRANNON DREW * |
| GRANTHAM, MORGAN ELAINE * | JACKSON, RONCHEA JEROME * |
| LOVETT, AUTILLA Y * | BASFORD, CAITLIN J * |
| SHIVER, KADEN DOUGLAS | TAYLOR, E'RYAN JA'QUAN * |
| VALERIO, NATHANIEL NICOLAS * | WHITE, STEVE * |

Overtime

| | |
|---|---|
| ANDERSON, APRIL LYNN (4.5 hrs) | DEESE, MELISSA L (4.5 hrs) |
| KEYS, KADEJAH LASHAE (4.5 hrs) | MACK, RONNIE L (4 hrs) |
| GARVIN, CAREY G. (4 hrs) | |

Emergency Response Teams

| Post Title | Officer Name | Team | Cell Extr | Quick Resp | DART |
|---|---|---|---|---|---|
| Sergeant, Dorm F(255) | AKINS, SARA JOY | A1 | No | Yes | No |

Florida Department of Corrections

Daily Security Roster

JACKSON C.I.

***Tuesday, November 08, 2022***

***Third Shift***

| | | | | | |
|---|---|---|---|---|---|
| Officer, Dorm G(285) | COOK, ROBERT ERIC | | Yes | No | No |
| Sergeant, Dorm B(251) | DAVIS, TINA M | A2 | No | No | No |
| Officer, DART/Search(315) | GARVIN, CAREY G. | | No | No | Yes |
| Officer, DART/Search(314) | GODWIN, DYLAN LANCE | | Yes | No | Yes |
| Officer, Internal Security(300) | GRANGER, JAVONNAH | Camera 1 | No | No | No |
| Sergeant, Dorm G(256) | HAMLER, BROOKE A | A2 | No | No | No |
| Officer, Internal Security(301) | JOHNSTON, GREGORY PAUL | A1 | Yes | Yes | No |
| Sergeant, Dorm C(252) | MCGHEE, TONYA Y | A2 | No | No | No |
| Sergeant, Dorm A(250) | MCNEALY, LATRISHA D | A1 | No | Yes | No |
| Officer, DART/Search(316) | PEARCE, WADE SCOTT | | No | No | Yes |
| Officer, Dorm H(291) | RANEW, JOSHUA GLEN | Camera 2 | No | No | No |
| Officer, DART/Search(313) | ROBERSON, DEDDRICK A | | Yes | No | Yes |
| Sergeant, DART/Search(259) | SHELTON, AMANDA L. | | Yes | No | Yes |

Daily Roster Remarks

Duty Warden: AWO J. Floyd
Shift OIC: Captain J. Obert
Control Room Supervisor: Sergeant P. Padelford

NG Officer Torres assigned to Post 282 - F dorm
NG Officer Perezlisboa assigned to Post 287 - G dorm
NG Officer MacKay assigned to Post 299 - Post 4

APPROVED DAILY ROSTER

______________________________

Evening Shift Supervisor

______________________________

DATE