# Exhibit T

<div align="center">

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTH DISTRICT OF FLORIDA
PANAMA CITY DIVISION

</div>

**BERNARD D. WILSON,**

    **Plaintiff,**

**v.**              **Case No.: 5:23-cv-00253-TKW-MJF**

**INGRAM, ET AL.,**

    **Defendants.**

_____/

<div align="center">

**DECLARATION OF KILEE EVERETT**

</div>

    I, Kilee Everett, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. My name is Kilee Everett and I am a former employee of Centurion Health as a registered nurse at Jackson Correctional Institution.

2. I have been contacted by the Office of the Attorney General regarding an incident that occurred on November 8, 2022. The incident allegedly occurred at Jackson Correctional Institution when two inmates were housed in the same dorm room.

3. On the date of the alleged incident, I was the assigned registered nurse who examined the Plaintiff Bernard Wilson DC#T24935 when he was brought to Medical. Any records with my name/signature that was entered on the day in question are accurate and true, as it relates to my observations during the examination.

4. The foregoing facts are known by me to be true and correct based upon my review of the records. I am over facts and 18, am competent to testify to the foregoing facts, and would so testify if I appeared in court as a witness regarding this matter. Under penalties of perjury, I declare that I read the foregoing and the facts stated herein are true and correct.

_*[signature]*_                                                01/03/2025

_____             _____

**&lt;Name&gt;**                                                                    **Date**
**Declarant**