# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

Case No. 5:23-cv-00253-TKW-MJF

INGRAM, et al.,

    Defendants.

### PLAINTIFF'S UNOPPOSED TIME-SENSITIVE MOTION
### FOR LEAVE TO EXCEED WORD LIMIT BY 2,000 WORDS

    PLAINTIFF, through counsel, moves this Honorable Court for leave to file a Response to Defendants' Motion for Summary Judgment that is 2,000 words over the 8,000 limit, would show opposing counsel does not object, and would further show:

1. Defendants have filed a multifaceted motion for summary judgment (Doc. 74) with 20 exhibits and seven distinct grounds.

2. Plaintiff has tried and failed to respond sufficiently for a fair disposition on the merits in under 8,000 words.

3. Plaintiff anticipates needing to file a response that will exceed 8,000 words but should be no more than 10,000, which should be ready to file on deadline.

4. Opposing counsel does not object to Plaintiff's request.

5. The submission deadline for Plaintiff's response is February 6, 2025. (Doc. 75).

    WHEREFORE, Plaintiff moves this Honorable Court for leave to file a

response to the Defendants' Motion for Summary Judgment which is greater than 8,000 but not more than 10,000 words in length.

Respectfully Submitted,,   */s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*/s/James V. Cook*
JAMES V. COOK, ESQ.
FBN 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 850 561-0836 fax
cookjv@gmail.com

ATTORNEYS FOR PLAINTIFF

I CERTIFY that I have conferred in good faith with opposing counsel and there is no objection to the relief requested.

I CERTIFY a true copy hereof was served 2/4/25 on all counsel of record registered with the CM/ECF electronic filing system.

*/s/Joshua Tarjan*