UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                                                                              Case No. 5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.
_____/

## ORDER

On January 6, 2025, Defendants Ingram, Granger, Jones and Causey filed a motion for summary judgment. Doc. 74. The motion, together with the supporting memorandum, is 7,901 words. *See* Doc. 74 at 34. Plaintiff has filed a consent motion for leave to file an opposing memorandum that exceeds the 8,000-word limit by an additional 2,000 words. Doc. 76.

Local Rule 7.1 requires that a memorandum not exceed 8,000 words. N.D. Fla. Loc. R. 7.1(F). "In extraordinary circumstances, the Court may grant leave to file a longer memorandum, but doing so is disfavored." *Id*. A party who moves for leave to file a longer memorandum may attach the proposed memorandum to the motion if the opposing

party consents to the motion. *Id*. Otherwise, the party must obtain leave to file the longer memorandum before tendering the memorandum. *Id*.

Plaintiff has not alleged extraordinary circumstances justifying an overlong memorandum.[1] The issues in this case are not novel, nor are the facts complex. Nevertheless, because Defendants do not oppose the motion, the undersigned will grant *some* leeway by authorizing an additional 1,000 words.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to exceed the word limit, Doc. 76, is **GRANTED**, but only to the extent that an additional 1,000 words is authorized (for a total of 9,000 words).

2. Because Plaintiff's memorandum was due today, Plaintiff's deadline to file the opposing memorandum is **EXTENDED** to **FEBRUARY 12, 2025**.

**SO ORDERED** this 6th day of February, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] Plaintiff chose not to attach the proposed memorandum.