UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

     Plaintiff,

vs.

INGRAM, et al.,

     Defendants.

Case No. 5:23-cv-00253-TKW-MJF

## PLAINTIFF'S NOTICE OF FILING

Plaintiff Bernard Wilson gives notice of filing the following documents in connection with his response to Defendants' motion for summary judgment (Doc. 74):

1. Grievance 1/21/22

2. Grievance 8/17/22

3. Grievance 8/18/22

4. Grievance 10/20/22, response, 10/31/22 appeal, and suspension removal

5. Grievance 11/9/22

6. Grievance 11/10/22

7. Sick Call Request 11/10/22

8. Grievance 11/11/22

9. Grievance 11/14/22

10.    Declaration of Bernard Wilson

11.    Daily Security Rosters 11/4/22[1]

12.    Daily Security Rosters 11/5/22

13.    Daily Security Rosters 11/7/22

14.    Daily Security Rosters 11/13/22

15.    Wilson Daily Record of Special Housing – Supplement, 10/11/22-11/9/22

16.    Veillard Daily Record of Special Housing – Supplement

17.    Cell Inspection reports for Webens Veillard

Respectfully submitted on February 12, 2025,

/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

---

[1] Items 11-17 to be filed under seal.