**FLORIDA DEPARTMENT OF CORRECTI**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☑ Third Party Grievance Alleging Sexual Abuse     2201-105-035

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Wilson    Bernard    D.    T24935    Calhoun C.I
Last    First    Middle Initial    DC Number    Institution

### Part A – Inmate Grievance

PER Ch. 33 - this grievance of SENSITIVE NATURE is REGARDS to Sgt. Shuler's callous disregard for the safety + well-being of petitioner, also his abusive, threatening and profane language which is clearly prohibited by FL. Dept. of Corr. On Jan. 21st 2022 at approximately 9:30 AM as grievant proceeded to legal mail Shuler stated to petitioner, "Wilson where your Pu**y ass is going?" Grievant informed Shuler, respectfully, "sir I'm going to legal mail." Which Shuler replied, "Your snitch ass going to file another lawsuit?" Shuler further went on to make threats in the manner of - "If you file a lawsuit on anybody here then me and my Brothers will guarantee that you won't live to collect!" This threat clearly indicates that Shuler is part of some "gang"/organization. Further note that Shuler was previously employed by FL.D.O.C (Liberty) in the year of 2017. Plaintiff was housed at Liberty C.I while Shuler was employed and Plaintiff filed a lawsuit against several staff members at Liberty C.I. and was successful in 2020 grievant was rewarded $5,000.00 in a settlement. Since arriving here at Calhoun C.I grievant has recieved a number of threats of retaliation by Shuler and several Calhoun C.I staff members. These threats of retaliation coupled with Shuler's labeling grievant a "snitch" clearly violates grievant's 8th Amend. right to be free from cruel and unusual punishment. Labeling an inmate a "snitch" clearly subjects him to the risk of violence at the hands of other inmates. Therefore, satisfying the prongs set forth in 42 U.S.C 1983 claim. Grievant wishes to place this administration on fair notice that it's staff's conduct is unlawful and any harm that befall plaintiff shall be seen as retaliatory acts. Grievant's family will be (cont. pg.2)

1-21-2022    T24935
DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    Ø / _____
                                                                          #   Signature

Mailed 1/27/22 E. May

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

JAN 24
Submitted by the inmate on: _____    Institutional Mailing Log #: _____    E. May
            (Date)                                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    10-9    CENTRAL OFFICE
                INMATE (2 Copies)                INMATE
                INMATE'S FILE                    INMATE'S FILE - INSTITUTION./FACILITY
                INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

filing an online grievance concerning this matter. Grievant has several witnesses whom have witnessed Shuler's threats of retaliation and obscene/unproffessional behavior towards plaintiff along with his labeling grievant a "Snitch".

- Remedy Sought - No further retaliation by Calhoun Staff member. And an injunction placed against Shuler along with an interview by the inspector General.

JAN 24