**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

07A - Mailroom

| Mail Number: |
|---|
| Team Number: |
| Institution: |

**TO:** (Check One)

☑ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other  Mail Room

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Wilson, Bernard | T34935 | A3-203L | ~~N/A~~ U/A | 8-18-22 |

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is in regards to grievant's not recieving his mandated legal documents provided by the "Circuit Court for the 13th judicial Circuit in and for Hillsborough County" in the month of May 2022! Grievant has just been informed that a copy of an order denying his motion, filed April 25th 2011, ~~was the~~ was mailed to him at Calhoun C.I on May 11th 2022! However, grievant has NEVER recieved any legal documents deriving from the "Hillsborough courts" in the month of May nor following. To fail to provide grievant or withhold his federally mandated mail is a Federal violation. And to hinder one's access to the courts constitutes a violation of his rights. Grievant is well aware that THIS institution's mail room is not responsible nor has no knowledge of this matter. Grievant solely wishes for this matter to be rectified and a copy of (cont. pg. 2)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) | *Bernard* | DC#: T34935 |
|---|---|---|

T34 - 2252 - 0852

— — — — — — DO NOT WRITE BELOW THIS LINE — — — — — —    RECEIVED

**RESPONSE**                              DATE RECEIVED: _____

You have not recieved any legal mail for the month's of April through Aug. 19th of 2022

[The following pertains to informal grievances only]

Based on the above information, your grievance is ~~Denied~~ **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Clifford | Official (Signature): | Clifford | Date: | 8/22/22 |
|---|---|---|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

pg. 2

the legal mail log for the month of May to be provided therefore to substantiate said claim.

Relief sought; Please provide a copy of the legal mail log for the month of MAY, from MAY 11th 2022 to August 12, 2022, showing any legal documents deriving from the Hillsborough County Courthouse.

## PART B - RESPONSE

| WILSON, BERNARD | T24935 | 2208-104-098 | JACKSON C.I. | G3213L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal is being returned without disposition for the following reasons:

Your request for Administrative Remedy has not been filed in compliance with Chapter 33-103.006, F.A.C., Inmate Grievance Procedure. You did not provide this office with a copy of the informal grievance filed at the institutional level required by rule. Chapter 33-103.014(1)(g) states that a grievance may be returned without further action if the grievance did not have the attachments required: informal grievance AND RESPONSE.

In addition, you are out of time frame. Your hearing was held on July 26, 2022. The formal grievance in regards to this hearing was received in this office on August 19, 2022. You are only allowed 15 days after a hearing to grieve your issues. You have exceeded the time frame.

In order to receive administrative review of your complaint, you must correct the stated defect (s) and re-submit the grievance within the time frames set forth in Department of Corrections Rules Chapter 33-103.011 F.A.C.

Your request for administrative appeal is returned without action.

Glenn Hancock, AWP                    August 19, 2022

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *b. Hancock* (signature) SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/19/2022 DATE |

INMATE FILE COPY

MAILED / FILED

AUG 19 2022

JACKSON CI