*Original copy* O6C-Security

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other INSPECTOR GENERAL |
|---|---|---|---|---|

| FROM: | Inmate Name: BERNARD WILSON | DC Number: T24935 | Quarters: H1-104 | Job Assignment: Conf. | Date: 11-9-22 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☑

PER ch. 33... this informal grievance is in regards to Jackson C.I staff members' display of retaliatory acts toward grievant. On Nov. 4th 2022 between the hours of 1:00p.m-2:50p.m grievant was escorted by confinement staff and relocated to H2-201 where an inmate was housed who had previously alleged "PREA" against grievant which an incident report was documented and a "SPECIAL REVIEW" was established between grievant and other inmate. However, grievant notified staff of this issue and that he was afraid to go into cell H2-201. Staff then stated "Snitches gets stitches!" and forced grievant into cell where grievant was then attacked and physically assaulted. Video recording and audio recordings from H-2 during the afore-mentioned time will substantiate this claim. Grievant was threatened by confinement staff and including it's lieutenant, to not report nor document any injuries. Grievant is in DIRE fear of his life, well-being and welfare! Grievant does not wish to be retaliated upon any further.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]     DC#: T24935

104-2211-02316

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                         DATE RECEIVED: NOV 17 2022

Your grievance has been reviewed and processed. Reason for return more information is needed to properly investigate this matter. Officers names and inmates names are needed

[The following pertains to informal grievances only.]
Based on the above information, your grievance is ___Return___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): Cooky     Official (Signature): [signed]     Date: 11/22/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.