Original/copy

06X - Security

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☒ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name: Bernard Wilson  DC Number: T24935  Quarters: H1-104u  Job Assignment: Conf.  Date: 11·10·22

**REQUEST**  Check here if this is an informal grievance ☒

Per Ch 33... this informal grievance is in regards to Jackson C.I.'s staff members display of retaliatory acts towards grievant. On November 4, 2022 during conf. showers grievant's cellmate alleged "PREA" against grievant. A PREA assessment was conducted by medical and an incident report followed thus, placing a "special review" on grievant and his "then" cellmate. On November 8th, 2022 between the hours of 12:30pm - 2:30pm grievant was removed from his cell (H1-219) and en-route to another cell confinement staff members made abusive, threatening and deragatory comments towards grievant as they then stated "You like to write grievances? This is how we deal with snitches like you!" As they led grievant to cell H2-201 where grievant's previous cellmate was housed (whom there's a special review placed on.) While at the cell front of H2-201 grievant informed conf. staff that "I can't go in there with him! I'm afraid he would hurt me and we are "keep seperate" from one another!" (cont. pg-2)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: T24935

104-2211-0234

DO NOT WRITE BELOW THIS LINE

**RESPONSE**  DATE RECEIVED: NOV 17 2022

Your grievance has been reviewed and processed. Reason for return more information is needed. Officers names and inmates names.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Return** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____  Official (Signature): _____  Date: 11/22/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

pg. 2 of 2

At which point Sgt Ingram stated, "Nah, you'll be alright! Snitches get stitches!" Proceeding to place grievant in cell H2-201. At which point grievant's cellmate began to attack him, hitting him in the head and causing him to fall and hit his back flat on the steal bottom bunk. He then bit grievant on his abdomen area. Grievant began to scream for help while beating on the cell door. Confinement staff approached the cell door several times and taunted grievant while encouraging his cellmate to continue assaulting him. Lieutenant Oliver then approached H2-201 and grievant cried while begging him to remove him from the cell at the same time showing the blood and injuries that his cellmate caused. At which point Oliver stated, "You gotta deal with it!" Only after approximately one hour of this beating that grievant was removed from cell H2-201 and placed in H1-208. Grievant was then removed from H1-208 to go see medical staff at which point he was threatened by confinement staff, "That if he told anyone what occurred then they would kill him themselves! You're at A.M.U we run this shit and do as we please!" Medical staff did not document any of grievant's injuries.

Grievant is in dire fear of his life and welfare! The staff here at Jackson C.I has instilled grave fear in the the mind of grievant and he prays that this informal grievance be considered as a plea for help?!

Unnotarized Oath

I swear that the above-mentioned facts are true and correct.

\* July Note: Grievant wishes to preserve the video/audio recordings from H2-between the times of 1:00pm - 2:45pm! Thus, validating, supporting and substantiating grievant's claim!

\* A handwritten copy of this document has been forwarded to grievant's family + attorney for documentation purposes.