FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: ~~10~~ 11-10-22   Time: ___

Inmate Name: BERNARD WILSON   DC#: T24935

Housing assignment: G4108 L   Job assignment: N/A

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☒No
If so, what type: ___

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☒No   If so, why: ___

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): ___

☐ Problem with ADA/Disability equipment or supplies (explain the problem): ___

☐ Mental Health

☐ Dental

☒ Medical (explain): I have wounds from previously being assaulted/attacked that are causing me pain.

When did problem/symptoms start? ~~6~~ 11-8-22

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 11-10-22 @ 1148
Triaged by: (Print name and licensure) Thomas RN   on (Date/Time) 11-10-22 @ 1153
Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: ___   Signature/Stamp of Nurse Completing Sick Call: ___

Inmate Name ___
DC# ___ Race/Sex ___
Date of Birth ___
Institution ___

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)   (Revised 6/21)   Incorporated by Reference in Rule 33-402.101, F.A.C.