**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

*JOG: Security*

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Bernard Wilson | T24935 | 6 4108 L | U - A | 11·11·22 |

### REQUEST

Check here if this is an informal grievance ☑

This informal grievance is in regards to the constant retaliatory acts of harassment by Lieutenant PATRICE BARNES towards grievant. On 11·11·22 approximately 6:45 A.M. as grievant (G.4) and his dormitory were en-route to the dining hall for the morning meal. L.T. BARNES observed grievant and for the first time as he was recently released from confinement (11·9·22) and very loudly stated, "why they let your snitching ass out of confinement you stupid writ-writer (a person who writes grievances) take your ass back to the dorm, you will NEVER eat any time I'm out here!!" Grievant was then sent back to his dormitory without be allowed to eat morning meal. PER chapter 33·204·003 (2)(E) "Food shall not be withheld...as a disciplinary action for an individual inmate!" (ACA Standard 4-4320) Furthermore. Dewalt v. Carter, 224 F. 3d 607 (7th cir 2000) > A prison official may not retaliate against a prisoner because that prisoner filed a grievance. L.t. BARNES denying

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC#: T24935

104-2811-0195

---

DO NOT WRITE BELOW THIS LINE    ~~RECEIVED~~

## RESPONSE

DATE RECEIVED: NOV 1 5 2022

Your Grievance has been reviewed and processed. Officer Barnes was interviewed and denied all allegations. Due to that fact ~~~~ This Grievance is denied.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _(Returned, Denied or Approved)_. If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Connally | Official (Signature): _____ | Date: 11/18/22 |
|---|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

cont. from p. 1 - pg. 2 of 3

grievant his right to "eat" clearly violates his 8th amendment constitutional right to be free from cruel and unusual punishment due to Barnes' acting with sadistic and malicious intent in her depriving grievant of such a right resulting in a form of torture. Grievant does not have any food/canteen which would compensate for his not being allowed to eat "Morning Meal" resorting in his suffering severe hunger pains/cramps, migrane headaches, worry, stress and severe depression. Also, to satisfy "Fair Notice"; ACA standard 4-4228-"All personnel who work with inmates should receive sufficient training so that they are thoroughly familiar with the rules..." Therefore, Barnes' being on "fair notice" that her conduct is unlawful has been satisfied.

At the outset, grievant request that surveillance video footage taken from G-dormitory (G-4 and G-dorm sallyport of G-4 and G-dorm front walk way) shall be perserved for any future civil action and also to be used as proof to support and substantiate grievant's claim set-forth herein in the above-styled cause.

Grievant does not wish to be retaliated upon by Patrice Barnes nor any of her co-horts for his petitioning for the redress of the grievance procedure.

Remedy Sought; Patrice Barnes has blatantly stated that "Jackson C.I. needs me! I run this shit and these crackers wouldn't dare try me!" obviously Barnes seems to be invincible and above the law. Therefore Lieutenant Barnes shall be held responsible and her interactions with inmates shall be restricted.

* Attachment; as grievant prepared this informal grievance, (see surveillance recording footage of G-4 dormitory at approximately 7:05 a.m - until) L.t. Barnes entered G-4 dormitory and ordered inmates to "lockdown" (count has not been called)! At which time Barnes announced to the dorm, "this switch

2

p. 3 of 3

ASS inmate BERNARD WILSON in 4/08 bottom is the reason ya'll on lockdown EARLY AND until ya'll beat his ASS then ya'll gonna stay locked down OR EVERY MORNING I'm in here I will torture ya'll ASS so blame "Wills Wilson!" BARNES' behavior is rogue and sadistic! BARNES' has clearly acted with callous disregard for grievant's safety AND welfare!

NOTE; SEVERAL INMATES witnessed, AND HAVE written "SWORN Affidavits", BARNES unapproved unproffessional actions.

3