FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Original Copy*

PROVIDED TO
JACKSON C.I.

FOR MAILING

RECEIVED

NOV 2 8 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Wilson, Bernard D. | T24935 | Jackson C.I |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

22.6-348 73

This is AN *Emergency Grievance* in regards to "Retaliatory Acts" displayed by Jackson C.I's "A.M.U" staff members: Sgt. Ingram (confinement staff), Sgt. Granger (conf. staff), Officer Causey (conf. staff), Lieutenant Oliver (conf. staff), Officer Danielle Jones! The following is an account of the events in which for grievant files this *Emergency Grievance*. On November 4, 2022 during conf. showers grievant's cellmate alleged "Prea" against grievant. A "Prea" assessment was conducted by medical and an incident report followed thus placing a "Special Review" on grievant and his "then" cellmate. On November 8th, 2022 between the hours of 1:00pm through 2:45 p.m grievant was removed from cell H1-219 and En-Route to be housed to another cell conf. staff, as named above, made abusive, threatening and derogatory comments towards grievant as they stated, "You like to write grievances? This is how we deal with snitches like you!" As Grievant was led to cell H2-201 where grievant's previous cellmate was housed (whom there's a special review placed on) While at the cell front of H2-201 grievant informed conf. staff that "I can't go in there with him! I'm afraid he's gonna beat me up and we are "keep seperate" from one another!" At which point Sgt. Benny Ingram stated, "Naw, you'll be alright! Snitches get stitches!" As he proceeded to force grievant into cell H2-201. At which point grievant's cellmate began to attack him, hitting him in the head and causing him to fall and hit his back flat on the edge of the steal bottom bunk. He then bit grievant on his abdomen. Grievant screamed for help and beat on the door. Confinement staff approached the cell door several times throughout this altercation thus witnessing said assault and the blood on grievant while they taunted and encouraged grievant's cellmate to continue assaulting him. Lieutenant Oliver then approached cell H2-201 and grievant cried and begged him to remove him from the cell while showing him the blood and injuries that his cellmate caused. At which Oliver stated, "You gotta deal with it!" Oliver then looked at grievant's cellmate and stated, "continue handling that problem!" (cont. pg.2)

| 11.14.22 | T24935 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø / _____
#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must state a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: _____     _____
         (Date)                                                                                                          (Received By)

104
106

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

cont. from pg. 1

(further encouraging him to assault grievant.) Only after approximately one hour of this "beating" that grievant was removed from cell H2-201 and housed in H1-208. Grievant then was escorted to see medical at which point he was threatened by conf. staff that if, "...You tell ANYONE what occurred then ~~you~~ we will kill you ourselves! You're at A.M.U. & we run this shit!" Medical staff did not document ANY of grievant's injuries.

* Grievant's U.S. constitutional rights to be free from cruel + unusual punishment at the hands of other inmates, by staff's labeling him a snitch which are protected under the 8th amendment and his 1st amend right to be free from retaliatory acts for his petitioning his right to the redress of the grievance procedure.

On November 13, 2022 between the hours of 5:00pm-6:30pm, as grievant was housed in G4-108Low, grievant was on the phone and off. D. Jones, accompanied by 2 other officers, entered G-4 dormitory and proceeded directly to grievant's assigned cell and commenced to "search".

* Duly note; D. Jones was NOT assigned to G dorm at all but security 9! Jones then, after her search, ordered grievant to the sally port where she placed him in hand restraints and escorted him to confinement. (~~grievant's~~) (grievant's cell was the ONLY cell Jones conducted a search of! > See video surveillance of G-4 dormitory) On the way to confinement Jones informed grievant that he's a snitch for writing grievances and "I will make your stay here at A.M.U. a living hell you fucking rat!" Grievant was then placed in H-dormitory confinement. Grievant has yet to find out his confinement status!

Unnotarized Oath

I swear, due to penalties of perjury, that the above facts are true and correct. Executed this 14th day of Nov. 2022 by the undersigned.

Respectfully Submitted,

# T24935

* Grievant has filed several informal/formal grievances at the institutional level in regards to these incidents. Grievant prays that NONE ARE destroyed.

MAILED/FILED

DEC 09 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, BERNARD | T24935 | 22-6-34873 | JACKSON C.I. | G2209U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The issue of your complaint has been referred to the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

As action has been initiated, you may consider your appeal approved from that standpoint. This does not constitute substantiation of your allegations.

A. JOHNS

_%. Culpepper_

A Johns

12-6-22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|