UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

     Plaintiff,

vs.

INGRAM, et al.,

     Defendants.

Case No. 5:23-cv-00253-TKW-MJF

## DECLARATION OF BERNARD WILSON

I, Bernard Wilson, pursuant to 28 U.S.C. § 1746, state as follows:

1.    I am Plaintiff in this case.

2.    I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3.    The injuries I suffered as a result of the attack against me on November 8, 2022, are as follows:

4.    I received bleeding abrasions, including scrapes, on my shins, ankles, hands, elbows, head, face, back, and chest.

5.    My right eyebrow was split, at the corner of my eye, and the wound was bleeding.

6.    My lip was busted on the inside where the lip hit my teeth, as teeth dug through the interior of my lip, and took two to three weeks to heal.

7.    In biting me, Mr. Veillard removed chunks of skin and a layer of skin was removed from my abdomen. Veillard clamped down tightly with his teeth and I had to poke him in his eye to make him let go. The wound bled profusely and blood was everywhere from that wound.

8.    The bite wound took over a month to heal.

9.    The scar from the bite wound is still visible 2 years later.

10.    After the attack, I had headaches for about a month.

11.    I also suffered dizziness which lasted about 10 days. If I sat up too fast I would have to hold onto something and wait to clear my head.

12.    I felt nauseated and queasy for about 4-5 days after the incident, which I attribute to hitting the back of my skull on concrete.

13.    My vision was blurred about 10 days after the incident.

14.    I had a lump the size of half a ping pong ball from hitting my head which took a month for the swelling to completely disappear. The lump was painful and I could not sleep on the back of my head.

15.    From hitting my back on the metal bunk, I continue to suffer. I get a sharp shooting pain in my left leg when I put weight on my left foot, and it is difficult for me to get up if I sit for too long.

FURTHER, AFFIANT SAYETH NAUGHT,

2

I declare under penalty of perjury that the foregoing is true and

correct. Executed on _Feb. 11ᵗʰ_____, 2025, at _Charlotte C.I_, Florida.

_____
Bernard Wilson, DC# T24935