EXHIBIT TO BE FILED UNDER SEAL

Daily Security Roster, 11/7/22