# EXHIBIT TO BE FILED UNDER SEAL

# Daily Security Roster, 11/13/22