EXHIBIT TO BE FILED UNDER SEAL

Daily Record of Special Housing for Bernard Wilson, 10/11/22-11/9/22