EXHIBIT TO BE FILED UNDER SEAL

Daily Record of Special Housing for Webens Veillard, 10/31/22-11/28/22