# EXHIBIT TO BE FILED UNDER SEAL

# Cell Inspection report for Webens Veillard with 11/4/22 entry