UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

## PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS

Plaintiff, Bernard Wilson, through undersigned counsel, and pursuant to Local rule 5.5(C), moves to seal certain exhibits to be filed in support of Plaintiff's Response (Doc. 79) to Defendants' Motion for Summary Judgment (Doc. 74), and states:

1. On October 10, 2024, this Honorable Court issued an order to protect the confidentiality of Florida Department of Corrections ("FDC") discovery records, restricting Plaintiff's disclosure of "Any FDC Duty Rosters (i.e., work schedules, inmates rosters)" and "Floor plans, housing logs and dormitory logs." (Doc. 70 at ¶¶ 4a., b.)

2. Under the Order, confidential discovery materials may be used for litigation, and filed under seal. *Id.* at ¶ 10, 12.

3. On February 12, 2025, Plaintiff filed his Response (Doc. 79).

1

4. For exhibits to be filed under seal, Plaintiff filed placeholders: Docs 78-11 through 78-17.

5. Plaintiff seeks to file the following confidential FDC documents as exhibits in support of his Response, to be sealed:

    a. Daily Security Rosters 11/4/22 (placeholder Doc. 78-11)

    b. Daily Security Rosters for 11/5/22 (placeholder Doc. 78-12)

    c. Daily Security Rosters for 11/7/22 (placeholder Doc. 78-13)

    d. Daily Security Rosters for 11/13/22 (placeholder Doc. 78-14)

    e. Daily Record of Special Housing Supplement for Bernard Wilson (placeholder Doc. 78-15)

    f. Daily Record of Special Housing Supplement for Webens Veillard (placeholder Doc. 78-16)

    g. Cell Inspection report for Webens Veillard (placeholder Doc. 78-17)

WHEREFORE, Plaintiff moves this Honorable Court for an order permitting Plaintiff to file the aforementioned records under seal.

Respectfully submitted,

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747

(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*/s/ James V. Cook*
James V. Cook, Esq., FNB 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 850-561-0836 fax
cookjv@gmail.com

Attorneys for Plaintiff

## CERTIFICATION PURSUANT TO L.R. 7.1(C)

I hereby certify that I complied with the attorney-conference requirement of Local Rule 7.1(B), and opposing counsel does not oppose the relief sought herein.

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

I hereby certify that the foregoing document contains 251 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

*/s/ Joshua Tarjan*