UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                                          Case No.  5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO SEAL

The undersigned has considered, without hearing, Plaintiff's unopposed motion to file seven summary-judgment exhibits under seal. Doc. 80; *see also* Doc. 78-11 through Doc. 78-17. The documents are subject to the Confidentiality Order dated October 10, 2024, Doc. 70.

Accordingly, it is **ORDERED**:

1. Plaintiff's unopposed motion, Doc. 80, is **GRANTED**.

2. Plaintiff shall provide the clerk of court with the seven documents for which placeholder exhibits were filed, *see* Doc. 78-11 through Doc. 78-17. The clerk of court must file those seven documents under seal.

**SO ORDERED** on February 13, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**