IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    Plaintiff,

v.                                     Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.,**

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

    **Jones**, **Causey**, **Ingram**, and **Granger** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file their Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, and in support states the following:

1. On January 6, 2025, Defendants filed their Motion for Summary Judgment. (Doc. 74). Based on Defendants' filing, this Court issued an Order regarding the motion and required a response by Plaintiff by February 6, 2025. (Doc. 75 at ⁋ 1).

2. On February 4, 2025, Plaintiff filed a Motion to Exceed the Word Limit required by the Local Rules, and this Court granted Plaintiff's Motion in

1

part. *See* (Docs. 76, 77). This Court's Order required Plaintiff's Motion to be filed by February 12, 2025. (Doc. 77 at ¶ 2).

3. On February 12, 2025, Plaintiff filed his Response to Defendants' Motion for Summary Judgment. (Docs. 78, 79).

4. Based on Plaintiff's filing, Defendants' Reply to Plaintiff's Response is due by February 19, 2025. However, Defendants require a short extension to file their Reply.

5. The reason for the short extension is because undersigned counsel is currently working on a significant deadline in a case that is likely to go to trial in *Melendez v. FDC, et al.*, 3:20-cv-1023-BJD/JBT (M.D. Fla. 2020). The required submission has necessitated much of undersigned counsel's time during the week of February 17, 2025, and not much time has been able to be spent on drafting a Reply in this case.

6. Based on the need for a short extension, Defendants request until February 26, 2025, to file their Reply.

7. Additionally, as a result of needing the short extension, Defendant reached out to Plaintiff's counsel, who indicated that there was no objection to this request.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, undersigned counsel has had to devote a significant amount of time to a deadline in a separate case and has not had the time to devote to a Reply in this case. Based on the inability to complete the Reply, Defendants reached out to Plaintiff about an extension, and in response, Plaintiff's counsel indicated that there was no objection to this request.

**WHEREFORE**, Defendant respectfully requests until February 26, 2025, to file their Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Unopposed Motion for Extension of Time to File Reply to Response to Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on February 18, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
