# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BERNARD D. WILSON

v.

LIEUTENANT INGRAM, *et al.*

Case No. 5:23-cv-253-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: <u>Defendants' Unopposed Motion for Extension of Time to File Reply Memorandum</u>

Doc. # <u>82</u>

                                        JESSICA J. LYUBLANOVITS,
CLERK OF COURT

<u>s/ Jennifer Wood, Law Clerk</u>

It is **ORDERED**:

Defendants' motion for extension of time to file a reply memorandum, Doc. 82, is **GRANTED**. Defendants' deadline to file a reply memorandum is **FEBRUARY 26, 2025**. A reply memorandum should not be filed as a matter of course. It should be filed "*only if the opposing memorandum raised new matters not addressed in the original supporting memorandum.*" N.D. Fla. Loc. R. 56.1(D) (emphasis added)

**SO ORDERED** this <u>19th</u> day of February, 2025.

                                      /s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**