UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                                              Case No.: 5:23cv253-TKW-MJF

LIEUTENANT INGRAM, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 88). Defendants filed objections to the R&R, *see* Doc. 89, but Plaintiff did not.

The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's recommended disposition of Defendants' motion for summary judgment. Indeed, even without considering Plaintiff's declaration (Doc. 78-10),[1] the Court agrees with the magistrate judge's determination that there is sufficient evidence that Plaintiff suffered more than a de

---

[1] The inconsistencies between Plaintiff's declaration and his deposition testimony and medical records raise credibility issues that can be argued to the jury if Plaintiff testifies consistent with his declaration at trial.

1

minimum injury to allow him to seek compensatory damages. Moreover, Defendants' argument regarding punitive damages is no more persuasive in this case than they were in the prior cases in which the argument was rejected.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (Doc. 74) is GRANTED with respect to (a) the First Amendment retaliation claim against Defendant Jones, (b) the Eighth Amendment interference-with-medical-treatment claim against Defendant Ingram, and (c) the conspiracy claim against all Defendants. The motion is DENIED in all other respects.

3. Plaintiff's Eighth Amendment claim against Defendant Jones is deemed abandoned and is DISMISSED.

4. The Clerk shall terminate Defendant Jones as a party in CM/ECF.

5. Defendants' motion to strike and exclude evidence (Doc. 86) is DENIED as moot.

6. This case is returned to the magistrate judge for further pretrial proceedings, including a settlement conference.

**DONE AND ORDERED** this 14th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**