## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

BERNARD D. WILSON,

      Plaintiff,

v.                             Case No.  5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

      Defendants.

_____/

## <u>ORDER TO SHOW CAUSE</u>

On April 15, 2025, the undersigned ordered Plaintiff to file (1) a written statement of the facts that will be presented on Plaintiff's behalf at trial, (2) Plaintiff's exhibit list, and (3) Plaintiff witness list. Doc. 91. The undersigned imposed a compliance deadline of May 6, 2025. Plaintiff has not filed the required materials.

Accordingly it is **ORDERED**:

1.      On or before **MAY 13, 2025**, Plaintiff shall explain and show cause for his failure to comply with the undersigned's order dated April 15, 2025. Plaintiff's response must be accompanied by the following:

      a.      Plaintiff's statement of facts,

Page 1 of 2

        b.     Plaintiff' exhibit list, and

        c.     Plaintiff's witness list.

    2.    Plaintiff's failure to comply with this order likely will result in a sanction, which may include the exclusion of Plaintiff's evidence at trial, dismissal of Plaintiff's claims, or other appropriate sanction.

    **SO ORDERED** on May 8, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**