UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

vs.

INGRAM, et al.,

    Defendants.

Case No. 5:23-cv-00253-TKW-MJF

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (Doc. 94)

Plaintiff, through undersigned counsel, responds to the Court's Order to Show Cause (Doc. 94) as to his attorneys' failure to submit Plaintiff's statement of facts, exhibit list and witness list by May 13, as ordered by this Honorable Court in its April 15 Order Requiring Pretrial Materials (Doc. 91).

Plaintiff's undersigned counsel ("Counsel") profusely apologize for their mistake. Upon receiving the Order To Show Cause on May 8, and realizing their mistake, Counsel that day began drafting the required documents, and filed them the next day, May 9 (Doc. 95), a copy of which is submitted with this Response.

Counsel do not attempt to excuse their error but in hindsight believe their error came about when on April 15, two orders were filed, Docs. 91 and 92, at 2:00 pm and 2:11 pm CDT, respectively. Both attorneys maintain

their calendars separately, and add dates as orders come into their inboxes, as emailed by the electronic filing system. In this case, however both attorneys inadvertently overlooked the first order and only focused on the second.

There have been no other such mistakes by Plaintiff's counsel in this matter, and Counsel will diligently monitor their inboxes to avoid such error in the future.

WHEREFORE, Plaintiff through Counsel requests the Court not impose sanctions or take any action detrimental to Plaintiff Wilson, who was not responsible for his attorneys' error.

Respectfully submitted on May 13, 2025,

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 243 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

*/s/ Joshua Tarjan*