**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BERNARD D. WILSON
DC# T24935,**

      **Plaintiff,**

**v.**                              **Case No.: 5:23-cv-253-TKW/MJF**

**INGRAM, ET AL.,**

      **Defendants.**
_____/

**DEFENDANTS' PRE-TRIAL NARRATIVE,
EXHIBIT LIST, AND WITNESS LIST**

In accordance with this Court's Order, (Doc. 91), **Granger**, **Ingram**, and

**Causey** ("Defendants"), hereby submit this Pre-Trial Narrative, Exhibit List, and

Witness List with addresses and summaries of anticipated testimony:

**PRETRIAL NARRATIVE**

On October 11, 2022, Plaintiff was moved into cell H1219L while at Jackson

Correctional Institution ("Jackson"). On October 31, 2022, a second inmate, Webens

Veillard, DC# C90725 ("Veillard"), was moved into the same cell as Plaintiff. Both

Plaintiff and Veillard occupied the same cell until around 7:00 PM on Friday,

November 4, 2022, when Veillard made a sexual battery allegation against Plaintiff

to Captain James Obert. Based on the sexual battery allegation, Plaintiff and Veillard

were separated from one another and placed in different cells. During the separation,

1

on November 4, 2022, at around 9:00 PM, Plaintiff was medically assessed, and no injuries were noted to Plaintiff. Plaintiff was escorted to medical by Lieutenant K. King and Sergeant R. Hardbower.

On Monday, November 7, 2022, an Inspector General ("IG") investigation was opened based on sexual battery allegations. As part of the investigation, an Incident Report was created with log # 104-22-11-39, and the Colonel and Warden informed certain individuals, who are not Defendants, not to place Plaintiff and Veillard together.

On November 8, 2022, it is believed that Plaintiff was taken from his cell and escorted to Veillard's cell. While being escorted, Plaintiff was handcuffed and eventually arrived at Veillard's cell. Upon arriving at Veillard's cell, Plaintiff was placed inside the cell. When Plaintiff was placed inside of Veillard's cell, neither Plaintiff nor Veillard said anything to the officers present at the time. After placement in the cell, Veillard self-inflicted his own injuries and told Plaintiff he was beat up because he didn't want a roommate. Later, Veillard reported his injuries to an officer, and both Plaintiff and Veillard were taken to medical.

At approximately 2:20 PM, Plaintiff was escorted to medical for an assessment. While in medical, Plaintiff indicated to Nurse Kilee Everett ("Everett") that Veillard claimed injuries against him and stated that Veillard "didn't want to be in a cell with another inmate and started 'beating himself up and was going to say

he got beat-up.'" Plaintiff was also medically assessed, and no injuries were noted to Plaintiff. Plaintiff was then escorted from medical and placed in a cell without incident.

At approximately 2:30 PM, Veillard was escorted to medical for an assessment. While in medical, Everett medically assessed Veillard and determined that he had a "lower lip abrasion with minimal bleeding" and that his injuries appeared "to be self inflicted – as bitten lower lip by self and abrasion to chin." Veillard was also escorted from medical and placed in a different cell from Plaintiff without incident.

Since the date of the incident, Plaintiff has not complained about any significant injury stemming from November 8, 2022. Plaintiff also has not been diagnosed with any significant injury since the date by medical statff.

Meanwhile, the IG investigation continued but was ultimately determined to be unfounded on February 9, 2023. *See* (Exhibit I at 42).[1]

---

[1] There is no video of the incident alleged by Plaintiff.

## EXHIBIT LIST

1. Incident Report Log # 104-22-11-39.

2. MINS Report Log # 1151168

3. PREA Report Log # X104-22-23.

4. IG Case Master Report Log # 22-17455.

5. Control Room Log Check List from November 4, 2022.

6. H Dorm Housing Unit Log from November 4, 2022.

7. H Dorm Housing Unit Log from November 8, 2022.

8. Daily Security Roster from November 4, 2022.

9. Daily Security Roster from November 8, 2022.

10. Plaintiff 229s related to incident.

11. Webens Veillard 229s related to incident.

12. Plaintiff's Administrative Grievances.

13. Plaintiff's Internal and External movements via CDC.

14. Plaintiff's Disciplinary History via CDC.

15. Plaintiff's Medical and Mental Health Records.

16. Witness Webens Veillard's Medical and Mental Health Records.

17. Certified copies of Plaintiff's convictions.

18. Certified copies of convictions of any inmate witness called by Plaintiff.

19. Plaintiff's call audio, mail, and email records.

20. Any exhibit listed by Plaintiff (subject to Defendants' objections).

## **WITNESS LIST**

1. Jonathan Granger (Defendant)
   a. Address: Care of counsel.
   b. Anticipated Testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

2. Benny Ingram (Defendant)
   a. Address: Care of counsel.
   b. Anticipated Testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

3. Joshua Causey (Defendant)
   a. Address: Care of counsel.
   b. Anticipated Testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

4. Webens Veillard (Witness)
   a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
   b. Anticipated Testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

5. Bernard D. Wilson (Plaintiff)
   a. Address: Care of Plaintiff's counsel.
   b. Anticipated Testimony: Regarding the incident at issue.
   c. Approximate testimony time: 1-2 hours.

6. Captain James Obert (Witness)
   a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
   b. Anticipated Testimony: Regarding his interaction with Plaintiff on November 4, 2022.
   c. Approximate testimony time: 30 minutes.

7. Lt. Lucious Oliver (Witness)
   a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.

     b. Anticipated Testimony: Regarding the incident at issue.

     c. Approximate testimony time: 1-2 hours.

8. Sgt. Garvin (Witness)

     a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.

     b. Anticipated Testimony: Regarding actions taken after November 4, 2022, incident.

     c. Approximate testimony time: 30 minutes.

9. Stacy L. Harris (Witness)

     a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.

     b. Anticipated Testimony: Regarding IG investigation and review.

     c. Approximate testimony time: 1 hour.

10. Raymond Burch (Witness)

     a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.

     b. Anticipated Testimony: Regarding IG investigation and review.

     c. Approximate testimony time: 1 hour.

11. Felicia Register (Witness)

     a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.

     b. Anticipated Testimony: Regarding medical treatment on November 4, 2022, and other medical treatment.

     c. Approximate testimony time: 1 hour.

12. Kilee Everett, RN (Witness)

     a. Address: N.W. Fla. Community Hospital, 1360 Brickyard Road, Chipley, FL 32428.

     b. Anticipated testimony: Regarding medical treatment on November 8, 2022, and other medical treatment.

     c. Approximate testimony time: 1 hour.

13. Chad Clark, LPN (Witness)

     a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.

     b. Anticipated Testimony: Regarding medical treatment of Webens Veillard on November 4, 2022, and other medical treatment.

     c. Approximate Testimony: 30 minutes.

14. Shirley Sims, LPN (Witness)
    a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
    b. Anticipated Testimony: Regarding medical treatment of Plaintiff on November 16, 2022, and other medical treatment.
    c. Approximate Testimony: 30 minutes.

15. Jessica Sima, RN (Witness)
    a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
    b. Anticipated Testimony: Regarding medical treatment of Plaintiff on November 16, 2022, and other medical treatment.
    c. Approximate Testimony: 30 minutes.

16. CorAnn Thomas, RN (Witness)
    a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
    b. Anticipated Testimony: Regarding medical treatment on December 15, 2022, and other treatment.
    c. Approximate testimony time: 30 minutes.

17. Samuel Defigarelli (Witness)
    a. Address: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144.
    b. Anticipated Testimony: Regarding medical treatment on January 6, 2023, and other treatment.
    c. Approximate testimony time: 30 minutes.

18. Wes Kirkland or Michael Harrel (Witness)
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.
    b. Anticipated Testimony: Regarding use of force procedures and requirements.
    c. Approximate testimony time: 1 hour.

19. Kellie Caswell, RN, BSN (Witness) (medical records)
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.
    b. Anticipated Testimony: Regarding summary testimony of Plaintiff's Medical Records.
    c. Approximate testimony time: 2 hours.

20. Any record custodian necessary for Defendants' Exhibits from Florida Department of Corrections or Medical providers.

21. Any witness included on Plaintiff's Witness List (subject to Defendant's objections).

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Pre-Trial Narrative, Exhibit List, and Witness List* was e-filed and served electronically through CM/ECF on Plaintiff's counsel of record on May 30, 2025.

/s Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829