IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD D. WILSON**
DC# T24935,

    **Plaintiff,**

v.                                  Case No.: 5:23-cv-253-TKW/MJF

**INGRAM, ET AL.,**

    **Defendants.**
_____/

**UNOPPOSED MOTION FOR RISK MANAGER TO APPEAR REMOTELY**

    **Granger**, **Ingram**, and **Causey** ("Defendants"), through counsel, move this Court to allow the Risk Manager assigned to this case appear remotely for the August 13, 2025, Settlement Conference, and in support state the following:

1. On April 15, 2025, this Court issued an Order setting a Settlement Conference for May 23, 2025, at 9:30 Central Time in Pensacola, Florida. (Doc. 92).

2. Prior to the date of the Settlement Conference, Defendants filed an Unopposed Motion to Continue the Settlement Conference, which this Court granted. (Docs. 96, 97). The Settlement Conference was rescheduled for August 13, 2025. (Doc. 97).

3. Based on the date of the Settlement Conference, undersigned counsel has consulted with the Risk Manager for this case in preparation for the conference. During the conversation, the Risk Manager overseeing this case requested to appear remotely for the August 13, 2025, Settlement Conference, if possible.

4. The Risk Manager requests to appear remotely to save state resources and be available in office for other issues that may arise within her responsibilities. The Risk Manager will be available by telephone or other electronic means to consult about settlement.

5. Further, undersigned counsel intends to be present in person for the Settlement Conference with full settlement authority. Undersigned counsel will be able to resolve this case, provided that a resolution can be reached.[1]

6. Based on the above request, undersigned counsel reached out to Plaintiff's counsel, who indicated that there was no opposition to allowing the Risk Manager to appear remotely for the conference.

---

[1] The parties have engaged in extensive settlement discussions and are close to a resolution already.

**WHEREFORE**, Defendants respectfully request that this Court allow the Risk Manager assigned to this case appear remotely for the August 13, 2025, Settlement Conference.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. In response, Plaintiff's counsel indicated that he had no objection to the relief requested in this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Risk Manager to Appear Remotely* was e-filed and served electronically on counsel of record through CM/ECF on July 31, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
