UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.  Case No. 5:23-cv-253-TKW-MJF

LIEUTENANT INGRAM, *et al.*,

    Defendants.

_____/

**SETTLEMENT CONFERENCE REPORT**

On August 13, 2025, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b) and upon referral by the District Court. The conference resulted in **SETTLEMENT** of this civil action.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**