# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BERNARD D. WILSON**
**DC# T24935,**

    Plaintiff,

v.                                                    **Case No.: 5:23-cv-253-TKW/MJF**

**INGRAM, ET AL.,**

    Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**Granger**, **Ingram**, and **Causey** ("Defendants"), through counsel, and **Joshua Bowens** ("Plaintiff") hereby stipulate to the entry of an Order dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The issues between the above-mentioned parties have been resolved through settlement. As part of the settlement, all parties are to bear their own fees and costs.

1

Respectfully submitted,

                               **JAMES UTHMEIER**
                               **ATTORNEY GENERAL**
                               Office of the Attorney General
                               The Capitol, PL-01
                               Tallahassee, Florida 32399-1050
                               Telephone: (850) 414-3300
                               Facsimile: (850) 488-4872

| /s James V. Cook | /s Erik Kverne |
|---|---|
| James V. Cook | Erik Kverne |
| Fla. Bar No. 966843 | Special Counsel – Assistant Attorney General |
| Law Office of James Cook | Florida Bar No. 99829 |
| 314 West Jefferson St. | Erik.Kverne@myfloridalegal.com |
| Tallahassee, FL 32301 | Attorney for Defendants |
| (850) 222-8080 | |
| Attorney for Plaintiff | |

DATED: 8/26/2025                     DATED: 8/26/2025

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Voluntary Dismissal With Prejudice* was e-filed and served on Plaintiff's counsel of record on August 26, 2025.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com