UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD D. WILSON,**

    **Plaintiff**,

v.   Case No.: 5:23cv253-TKW-MJF

**LIEUTENANT INGRAM, et al.,**

    **Defendants**.

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of voluntary dismissal with prejudice (Doc. 105), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**